UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Defense for Children Int'l - Palestine, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>,<br><br>Defendant(s). | Case No. _____<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, _____, an active member in good standing of the bar of _____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: _____ in the above-entitled action. My local co-counsel in this case is _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: _____.

| | |
|---|---|
| _____<br>MY ADDRESS OF RECORD | _____<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| _____<br>MY TELEPHONE # OF RECORD | _____<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| _____<br>MY EMAIL ADDRESS OF RECORD | _____<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court _____ times in the 12 months preceding this application.

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules. I declare under penalty of perjury that the foregoing is true and correct.
4  Dated: _____

                      APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

                      UNITED STATES DISTRICT/MAGISTRATE JUDGE

| | |
|---|---|
| Marc Van Der Hout, Cal. Bar No. 80778 | Sadaf M. Doost, Cal. Bar No. 346104 |
| Johnny Sinodis, Cal. Bar No. 290402 | Baher A. Azmy, *pro hac vice* motion pending |
| Van Der Hout LLP | Katherine M. Gallagher, *pro hac vice* motion pending |
| 360 Post Street, Suite 800 | Maria C. LaHood, *pro hac vice* motion pending |
| San Francisco CA 94108 | Astha Sharma Pokharel, *pro hac vice* motion pending |
| (415) 981-3000 | Samah Sisay, *pro hac vice* motion pending |
| ndca@vblaw.com | Pamela C. Spees, *pro hac vice* motion pending |
| | Center for Constitutional Rights |
| | 666 Broadway, 7th Floor |
| | New York, NY 10012 |
| | (212) 614-6464 |
| | sdoost@ccrjustice.org |
| | bazmy@ccrjustice.org |
| | kgallagher@ccrjustice.org |
| | mlahood@ccrjustice.org |
| | asharmapokharel@ccrjustice.org |
| | ssisay@ccrjustice.org |
| | pspees@ccrjustice.org |

Attorneys for Plaintiffs DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE, et al.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States,* ANTONY J. BLINKEN, *Secretary of State,* LLOYD JAMES AUSTIN III, *Secretary of Defense,* in their official capacities,<br><br>Defendants. | Case No.: _____<br><br>**DECLARATION OF ASTHA SHARMA POKHAREL IN SUPPORT OF APPLICATION TO APPEAR *PRO HAC VICE*** |

DECLARATION OF ASTHA SHARMA POKHAREL    Case No. _____

1

I, Astha Sharma Pokharel, declare as follows:

1. I am an active member in good standing of the bar of the State of New York (Bar No. 5588819), and an attorney at the Center for Constitutional Rights, which is a legal nonprofit organization located at 666 Broadway, New York, NY 10012. I work remotely and currently reside in the State of California.

2. Northern District of California Civil Local Rule 11-3(c) states that an applicant applying to appear *pro hac vice* who either resides in the State of California or "[i]s regularly engaged in the practice of law in the State of California" is ineligible for permission to practice *pro hac vice* "[u]nless authorized . . . by an order of the assigned judge."

3. Although I reside in California, I work remotely for a New York-based nonprofit legal organization, where I represent clients on a *pro bono* basis on civil and human rights matters. As such, I do not maintain an office in California, and my office is in New York.

4. I do not regularly engage in practice in California and have never applied for *pro hac vice* admission by this or any other district court in California.

5. On November 6, 2023, I confirmed with the Northern District of California Attorney Admissions Office that I should submit this application for admission *pro hac vice*.

6. Accordingly, I have attached this declaration along with my application.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 14, 2023

_____
Astha Sharma Pokharel

DECLARATION OF ASTHA SHARMA POKHAREL

Case No. _____

2



## Appellate Division of the Supreme Court of the State of New York Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

### Astha Sharma Pokharel

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 27, 2018**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on November 1, 2023.

*Robert D. Mayberger*

Clerk of the Court

CertID-00144955



State of New York
Supreme Court, Appellate Division
Third Judicial Department
Admissions Office
P.O. Box 7350, Capitol Station
Albany, NY 12224-0350

Robert D. Mayberger
Clerk of the Court

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

Anthony A. Moore
Director of Attorney Admissions

To Whom It May Concern:

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022