AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE, et al.<br><br>*Plaintiff(s)*<br>v.<br>JOSEPH R. BIDEN, JR., President of the United States, ANTONY J. BLINKEN, Secretary of State, LLOYD JAMES AUSTIN III, Secretary of Defense, in their official capacities<br>*Defendant(s)* | Civil Action No. 4:23-cv-05829-DMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  President Joseph R. Biden, Jr., Executive Office of the President, The White House, 1600 Pennsylvania Ave. N.W., Washington, D.C. 20500
Secretary of State Antony J. Blinken, U.S. Department of State, The Executive Office, Office of the Legal Adviser, Suite 5.600, 600 19th St N.W., Washington, D.C. 20522
Secretary of Defense Lloyd J. Austin III, U.S. Department of Defense, 1000 Defense Pentagon, Washington, D.C. 20301-1000
Yvonne Nickerson, Civil Process Clerk, N.D. Cal. U.S. Attorney's Office, 450 Golden Gate Ave., San Francisco, CA 94102
Assistant Attorney General for Administration, Justice Management Division, Office of the Attorney General, U.S. Department of Justice, 950 Pennsylvania Ave., N.W., Washington, D.C. 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Marc Van Der Hout
Johnny Sinodis
Van Der Hout LLP
360 Post Street, Suite 800,
San Francisco, CA 94108

Sadaf Doost
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Mark B. Busby*

Date:   11/16/2023

*Thelma Nudo*
*Signature of Clerk or Deputy Clerk*