Marc Van Der Hout, Cal. Bar No. 80778
Johnny Sinodis, Cal. Bar No. 290402
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco CA 94108
(415) 981-3000
ndca@vblaw.com

Sadaf M. Doost, Cal. Bar No. 346104
Baher A. Azmy, admitted *pro hac vice*
Katherine Gallagher, admitted *pro hac vice*
Maria C. LaHood, admitted *pro hac vice*
Astha Sharma Pokharel, admitted *pro hac vice*
Samah Sisay, admitted *pro hac vice*
Pamela C. Spees, admitted *pro hac vice*
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6464
sdoost@ccrjustice.org
bazmy@ccrjustice.org
kgallagher@ccrjustice.org
mlahood@ccrjustice.org
asharmapokharel@ccrjustice.org
ssisay@ccrjustice.org
pspees@ccrjustice.org

Attorneys for Plaintiffs DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE, et al.

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR

Plaintiffs,

v.

JOSEPH R. BIDEN, JR., *President of the United States,* ANTONY J. BLINKEN, *Secretary of State,* LLOYD JAMES AUSTIN III, *Secretary of Defense,* in their official capacities,

Defendants.

Case No.: 23-CV-5829

**DECLARATION OF PAMELA C. SPEES IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Hearing: January 11, 2024 at 1:00 p.m.

**DECLARATION OF PAMELA SPEES**

I, Pamela Spees, under penalty of perjury declare as follows:

1.   I represent the Plaintiffs in this action and submit this declaration in support of their motion for a preliminary injunction, for the purpose of bringing to the Court's attention official government disclosures and admissions by Defendants and other United States officials, as well as information in the public domain, about the mass killings of Palestinian people in Gaza, the serious physical and mental harm done to them, and the urgent and severe impacts of the escalation of Israel's 16-year-long blockade of Gaza into a total siege, which has restricted nearly all access to food, water, fuel, electricity and other basic necessities for survival.

**Israel's Prolonged Occupation of Palestine and Blockade of Gaza Are Historic Precursors That Have Enabled the Conditions for the Presently Unfolding Genocide**

2.   Gaza is a 25-mile strip of land often described as an open-air prison, where many of the 2.2 million Palestinian residents are refugees and descendants of people who were expelled from their land by Zionist militias and the Israeli army during the 1947-1949 Nakba. Half of Gaza residents are children.

a.   Attached as Exhibit A-1 is a true and correct copy of a portion of a historical timeline published by the United Nations entitled "The Question of Palestine," which briefly describes the Nakba, which means "[C]atastrophe" in Arabic, and refers to the mass displacement of and dispossession of Palestinians in 1947-48.

b.   Attached as Exhibit A-2 is a true and correct copy of a report by Francesca Albanese, the United Nations Special Rapporteur on the Situation of Human Rights in the Palestinian Territories Occupied Since 1967, U.N. Doc. A/77/356, Sept. 21, 2022, in which she observed, at para. 6:

> Since 1967, the human rights situation in the occupied Palestinian territory has been steadily deteriorating, primarily as a result of gross violations of international law, including racial segregation and subjugation by the occupying Power, Israel. This has taken various forms: draconian restrictions on Palestinian movement inside and

outside the occupied Palestinian territory; repression of political and civic participation; denial of residency rights, status and family unification; dispossession of Palestinian land and property; forcible transfers; unlawful killings; widespread arbitrary arrests and detention, including of children; the obstruction and denial of humanitarian aid and cooperation; the denial of ownership and access to natural resources; settler violence; and violent suppression of popular resistance against the occupation. All together, these practices constitute collective punishment of the Palestinian people.

3.   Israel has occupied Gaza since 1967, blockaded it since 2007, and it has subjected the Palestinian people in Gaza to at least five military assaults since this blockade.

a.  Attached as Exhibit B-1 is a true and correct copy of a Press Release issued by the Israeli Prime Minister's Media Adviser, entitled, *Security Cabinet declares Gaza hostile territory*, Sept. 19, 2007, in which he announced that restrictions on movement of people to and from the Gaza Strip would be imposed, along with restrictions on the passage of various goods to Gaza, and a reduction of the supply of fuel and electricity.

b.  Attached as Exhibit B-2 is a true and correct copy of *Where We Work: Gaza Strip,* United Nations Relief and Works Agency for Palestine Refugees in the Near East, last updated August 2023 (noting that 63 percent of the population is food-insecure, with 82 percent unable to refrigerate food, and 95 percent unable to access clean water, and that in 2021, human rights organizations reported that 97 percent of Gaza's water was rendered contaminated).

c.  Attached as Exhibit B-3 is a true and correct copy of a report by Medical Aid for Palestinians and Al-Mezan Center, entitled, *Delayed, Denied and Deprived: Collective Punishment of Palestinian Patients in Gaza in the Context of Israel's 15-year Blockade,* June 2022.

d.  Attached as Exhibit B-4 is a true and correct copy of *Overview: November 2021,* United Nations Office for the Coordination of Humanitarian Affairs, Nov. 3, 2021 (reporting on the escalation of Israeli attacks in Gaza in the wake of protests of the forced evictions of Palestinian

families in Sheikh Jarrah, as a result of which 261 Palestinians in Gaza were killed, including 67 children and 41 women).

e.  Attached as Exhibit B-5 is a true and correct copy of *Gaza Ten Years Later,* United Nations Country Team in the occupied Palestinian Territory, July 2017 (noting that since its earlier finding in 2012 that Gaza would become "unliveable" by 2020 based on the trends they reviewed, the "deterioration has accelerated, sped-along not least by a devastating round of hostilities in 2014").

f.  Attached as Exhibit B-6 is a true and correct copy of a report by Francesca Albanese, the United Nations Special Rapporteur on the Situation of Human Rights in the Palestinian Territories Occupied Since 1967, U.N. Doc. A/HRC/53/59, June 9, 2023. In it she notes the legal framework of occupation is applicable to Gaza and the West Bank, including East Jerusalem.

g.  Attached as Exhibit B-7 is a true and correct copy of a report by Francesca Albanese, the United Nations Special Rapporteur on the Situation of Human Rights in the Palestinian Territories Occupied Since 1967, U.N. Doc. A/78/545, Oct. 20, 2023.

**The United States' Influence Over and Historic Support for Israel Despite
Its Persistent Violations of International Law**

4.  The United States exercises significant influence over Israel, in no small part due to their historically close relationship and unparalleled U.S. support for Israel's military, which the United States has maintained despite Israel's persistent violations of international law.

a.  Attached as Exhibit C-1 is a true and correct copy of Jeremy M. Sharp, *U.S. Foreign Aid to Israel*, Congressional Research Service (updated Mar. 1, 2023), describing history of U.S. military assistance to Israel as of March 1, 2023.

b.  Attached as Exhibit C-2 is a true and correct copy of Press Release, The White House Office of the Press Secretary, FACT SHEET: Memorandum of Understanding Reached with Israel, Sept. 14, 2016.

**The Current Military Assault and Siege on Gaza**

5.   Since the attacks on October 7, 2023, by fighters from Hamas's military wing, which included unlawful direct attacks against civilians that killed approximately 1,200 civilians and soldiers and led to the taking of 240 hostages and military captives, Israel has launched its most recent and already-deadliest assault on Gaza in response. As of the date of this filing, Israel's assault on Gaza has killed at least 11,078 Palestinians in Gaza, mostly civilians, including women and children, injuring tens of thousands, and forcibly displacing more than 1.6 million into conditions that are life-threatening. At the same time, Israeli officials have continued and escalated their dangerous and dehumanizing rhetoric, voicing a genocidal intent.

a.   Attached as Exhibit D-1 is a true and correct copy of *Hostilities in the Gaza Strip and Israel" Flash Update #37,* Nov. 12, 2023. The report notes that as of November 10, 11,078 Palestinians have been killed including 4,506 children and 3,027 women. Approximately 2,700 others, including some 1,500 children, "have been reported missing and may be trapped or dead under the rubble, awaiting rescue or recovery." Another 27,490 have been injured. This was the last update provided as the Ministry of Health in Gaza had not been able to provide updated casualty figures since Nov. 10th due to the "collapse of services and communications at hospitals."

The report also notes that at Al Shifa Hospital, "two premature babies and ten other patients have died" since the power outage that started on 11 November, "compounded by the lack of medical consumables" and "[a]nother 36 babies in incubators as well as kidney dialysis patients are at heightened risk of death." According to the report, Israeli authorities continue to ban the entry of fuel, "which is desperately needed to operate electricity generators to run life-saving equipment."

Schools, hospitals, and refugee camps continued to be hit, with the report specifically citing airstrikes hitting a clinic in Ash Shati camp, Al Mahdi Hospital, and an UNRWA school in Beit Lahiya.

Across the Gaza Strip, "all municipal water wells" were forced to "shut down again due to lack of fuel," raising serious concerns about the consequences of water consumption from unsafe sources, including risks of dehydration and waterborne diseases. Food insecurity has been reportedly increasing, with lack of electricity and fuel contributing to the issue, as has waiting in long queues for food – in some instances over 5 hours – which exposes those in line to airstrikes.

b. Attached as Exhibit D-2 is a true and correct copy of *Netanyahu: We will target Hamas everywhere it operates; Gazans should 'get out now,'* The Times of Israel, Oct. 7, 2023 (quoting Prime Minister Netanyahu as ordering more than two million Palestinians in Gaza to "get out now," threatening that Israel "will operate everywhere and with full force"").

c. Attached as Exhibit D-3 is a true and correct copy of Emanuel Fabian, *Defense minister announces 'complete siege' of Gaza: No power, food or fuel,* The Times of Israel, Oct. 9, 2023 (quoting Israeli Defense Minister Yoav Gallant saying "I have ordered a complete siege on the Gaza Strip. There will be no electricity, no food, no fuel, everything is closed" and "We are fighting human animals and we are acting accordingly.").

d. Attached as Exhibit D-4 is a true and correct copy of Bethan McKernanon & Quique Kierszenbaum, *'Emphasis is on damage, not accuracy': ground offensive into Gaza seems imminent,* The Guardian, Oct. 10, 2023 (quoting Israeli Defense Forces spokesperson Daniel Hagari announcing that the Israeli military had already dropped "hundreds of tons of bombs" and that "the emphasis is on damage and not on accuracy").

e. Attached as Exhibit D-5 is a true and correct copy of *Hostilities in the Gaza Strip and Israel: Flash Update #4*, United Nations Office for the Coordination of Humanitarian Affairs, Oct.

10, 2023 (reporting that by October 10, 2023, seven journalists had been killed as well as six healthcare workers, and that "heavy Israeli bombardments from air, sea, and land have continued almost uninterrupted across the Gaza Strip" which led to a "significant increase in the death toll, including among children and women").

f.   Attached as Exhibit D-6 is a true and correct copy of Ibrahim Dahman, *Gaza's sole power station stops working as fuel runs out, after Israel orders 'complete' blockade*, CNN, Oct. 11, 2023 (reporting that Gaza's sole power plant shut down after its fuel ran out under Israel's siege of the entire Strip, resulting in the loss of electricity for over 2 million Palestinians).

g.   Attached as Exhibit D-7 is a true and correct copy of *Israel/occupied Palestinian territory: UN experts deplore attacks on civilians, call for truce and urge international community to address root causes of violence,* United Nations Office of the High Commissioner, Oct. 12, 2023 (noting reporting that after the Israeli Defense Minister threatened to bomb those attempting to provide humanitarian aid to Gaza, "Israel reportedly bombed the Rafah crossing at the Gaza-Egyptian border, disrupting movement in and out of Gaza, rendering the crossing closed and the enclave completely blockaded").

h.   Attached as Exhibit D-8 is a true and correct copy of *Questions and Answers on Israel's Use of White Phosphorus in Gaza and Lebanon*, Human Rights Watch, Oct. 12, 2023 (documenting Israel's use of white phosphorous in densely populated areas across Gaza, which can cause severe burns "down to the bone" and often fatal even if exposed on only 10 percent of a human body, and can cause organ failure).

i.   Attached as Exhibit D-9 is a true and correct copy of a tweet issued by the verified account of the Israeli Air Force, Oct. 12, 2023, announcing that the IAF had dropped "about 6,000 bombs."

j.   Attached as Exhibit D-10 is a true and correct copy of *Today's top news: Occupied Palestine Territory, Afghanistan*, United Nations Office for the Coordination of Humanitarian

Affairs, Oct. 12, 2023 (reporting that Israeli forces struck seven water and sewage facilities that served more than one million people, as well as 88 education facilities, including 18 UN-run schools, two of which were being used as emergency shelters for displaced Palestinians, and 70 other schools).

k.   Attached as Exhibit D-11 is a true and correct copy of Paul Blumenthal, *Israeli President Suggests that Civilians in Gaza Are Legitimate Targets,* Huffington Post, Oct. 13, 2023. The article quotes Israeli President Isaac Herzog saying: "It is an entire nation out there that is responsible. It is not true this rhetoric about civilians not being aware, not involved. It's absolutely not true." It also quotes Israeli Defense Force Maj. Gen. Ghassan Alian as saying: "Human animals must be treated as such. There will be no electricity and no water [in Gaza], there will only be destruction. You wanted hell, you will get hell."

l.   Attached as Exhibit D-12 is a true and correct copy of a Twitter Post by Israeli Minister of Energy and Infrastructure Israel Katz, Oct. 13, 2023, which states, "All the civilian population in [G]aza is ordered to leave immediately. We will win. They will not receive a drop of water or a single battery until they leave the world."

m.   Attached as Exhibit D-13 is a true and correct copy of *Israel must rescind evacuation order for northern Gaza and comply with international law: UN expert,* United Nations, Oct. 13, 2023 (communication from UN Special Special Rapporteur on the human rights of internally displaced persons demanding that Israel "rescind its order for 1.1 million Palestinians to leave northern Gaza within 24 hours, condemning the evacuation order as a crime against humanity and a blatant violation of international humanitarian law.").

n.   Attached as Exhibit D-14 is a true and correct copy of *Hostilities in the Gaza Strip and Israel: Flash Update #6,* United Nations Office for the Coordination of Humanitarian Affairs, Oct.

13, 2023, Reliefweb (noting accounts of incidents where "civilians and civilian objects appear to have been directly targeted by Israeli airstrikes").

o.   Attached as Exhibit D-15 is a true and correct excerpt of Paul Cunningham, *Death toll rises, chaos reigns as invasion of Gaza inevitable,* RTÉ News, Oct. 14, 2023 (quoting Israeli Minister of Defense Yoav Gallant as saying: "Gaza won't return to what it was before. We will eliminate everything.").

p.   Attached as Exhibit D-16 is a true and correct copy of Bethan McKernan & Sufian Taha*, Gaza civilians afraid to leave home after bombing of 'safe routes',* The Guardian, Oct. 15, 2023 (reporting on forensic analysis of aerial photos and social media posts that confirmed at least 12 people, including women and children, were killed  on one of the two roads the Israeli army had identified as a "safe route").

q.   Attached as Exhibit D-17 is a true and correct copy of *UNRWA SITUATION REPORT #7 ON THE GAZA STRIP AND THE WEST BANK,* United Nations Relief and Works Agency for Palestine Refugees in the Near East (as of Oct. 16, 2023) (reporting that "Israeli Air Forces continued to strike also in Khan Younis and other southern areas despite the directive for people in Gaza to move south;" that Gaza's last functioning desalination plant had collapsed, increasing concerns over dehydration and waterborne diseases; and at least 14 of the agency's staff had been killed since October 7th, but expected that the number was likely higher).

r.   Attached as Exhibit D-18 is a true and correct copy of *Ministry of Foreign Affairs, Excerpt from PM Netanyahu's remarks at the opening of the Winter Assembly of the 25th Knesset's Second Session,* Oct. 16, 2023. In this speech, Netanhayu stated: "This is a struggle between the children of light and the children of darkness, between humanity and the law of the jungle."

s.   Attached as Exhibit D-19 is a true and correct copy of *Israel/OPT: Israeli army threats ordering residents of northern Gaza to leave may amount to war crimes*, Amnesty International,

Oct. 25, 2023. This report explains that the Israeli army's messages in dropped leaflets "warning" residents to leave immediately as inadequate and "cannot be considered an effective warning to civilians," serving as "further evidence that Israel aims to forcibly displace civilians in northern Gaza. . .[and] may amount to the war crime of collective punishment."

t.   Attached as Exhibit D-20 is a true and correct copy of *Barkat: We'll wipe Iran's leaders off the face of the earth if they expand conflict*, Times of Israel, Oct. 23, 2023 (quoting Israel's Minister of Economy Nir Barkat who said: "Israel has a very clear message to our enemies. We are saying to them, look what's happening in Gaza – you are going to get the same treatment if you attack us. We are going to wipe you off the face of the earth.").

u.   Attached as Exhibit D-21 is a true and correct copy of Hagar Shezaf, *'Wait for the Great Nakba': Palestinians Find Threatening Leaflets on Cars in West Bank,* Haaretz, Oct. 27, 2023 (describing leaflets placed on cars in a village in the West Bank warning Palestinians that it was their "last chance to flee to Jordan in an orderly manner before we forcefully expel you from our holy lands bequeathed to us by God" and promising a "great" Nakba or "catastrophe").

v.   Attached hereto as Exhibit D-22 is a true and correct copy of Mirna Alsharif, *Netanhayu invokes 'Amalek' narrative in speech about expanding ground operation in Gaza,* NBC News, Oct. 29, 2023 (explaining that Netanyahu's invocation of the story of Amalek, when he stated "You must remember what Amalek has done to you, says our Holy Bible, and we do remember, and we are fighting," drew criticism because of scripture suggesting that Amalekites must not be spared, as they are seen as the "archetypal enemy of the Jews").

w.   Attached as Exhibit D-23 is a true and correct copy of Kareem Khadder, *Catastrophic damage after second Israeli airstrike hits Gaza refugee camp,* CNN, Nov. 1, 2023 (reporting on catastrophic damage caused by two Israeli strikes on the densely populated refugee camp of Jabalia

("Jabalya"), which killed and wounded hundreds of Palestinians, as well a relief workers; and noting that the Israeli Defense Forces took responsibility for the bombing).

x.   Attached as Exhibit D-24 is a true and correct copy of *Israel hits Gaza Strip with the equivalent of two nuclear bombs,* Euro-Med Human Rights Monitor, Nov. 2, 2023. The report notes Israel has dropped more than 25,000 tons of explosives on the Gaza Strip since the start of its siege on October 7, which is the equivalent of two nuclear bombs. The report notes that the Israeli army had "admitted to bombing over 12,000 targets in the Gaza Strip, with a record tally of bombs exceeding 10 kilograms of explosives per individual." It also noted that Israel had used internationally banned weapons in its attacks on Gaza, in particular the use of cluster and phosphorous bombs.

y.   Attached as Exhibit D-25 is a true and correct copy of *Netanyahu to soldiers: New pages in Israel's history are being written by you*, The Jerusalem Post, Nov. 3, 2023 (noting that Prime Minister Netanyahu reiterated again the war between light and dark: "This is the war between the sons of light and the sons of darkness. We will not let up on our mission until the light overcomes the darkness – the good will defeat the extreme evil that threatens us and the entire world.").

z.   Attached as Exhibit D-26 is a true and correct copy of a post to the official verified Twitter feed of Prime Minister Netanyahu, Nov. 3, 2023, in the original Hebrew with automated Twitter translation (referring again to the scriptural story of Amalek as he sent Israel IDF soldiers on their mission).

aa.  Attached as Exhibit D-27 is a true and correct copy of *Israel is Waging an Extensive War of Starvation against Gaza's Civilian Population*, Euro-Med Human Rights Monitor, Nov. 5, 2023 (reporting on Israel's attacks on food and water sources, facilities, and infrastructure including flour stores, bakeries, and fisherman's boats; health consequences due to inadequate access to food

and water especially on pregnant people and children; and the imminent risk of child deaths due to an increasing need of medical attention from acute malnutrition).

bb. Attached as Exhibit D-28 is a true and correct copy of *Hostilities in the Gaza Strip and Israel: Flash Update #30,* OCHA, Nov. 5, 2023. The report notes that as of Nov. 5, 2023, and since Oct. 7, 2023, 9,770 people have been killed in Gaza, including 4,008 children and 2,550 women; 2,260 others are reporting missing in Gaza, including 1,270 children, most of whom are presumed to be trapped under rubble; and 1.5 million people are in Gaza are internally displaced.

The report also noted that between November 4-5, "[i]ntense bombardments took place across the Gaza Strip, including Deir Al Balah and the southern areas," that airstrikes targeted residential buildings in three refugee camps, and that "Gaza remains under a full electricity blackout since 11 October, following Israel's halt of its power and fuel supply."

While a severe water shortage continues, the report notes that seven water facilities across the Gaza Strip were directly hit in the Israeli bombardment between November 4 and 5 and sustained major damage.

cc. Attached as Exhibit D-29 is a true and correct excerpt of *A third of buildings in northern Gaza are damaged or destroyed, analysis estimates*, New York Times, Nov. 7, 2023, reporting that approximately "a third of all buildings in northern Gaza have been damaged or destroyed."

dd. Attached as Exhibit D-30 is a true and correct excerpt of *Israel-Hamas War: The W.H.O. chief says more than 250 attacks on Gaza and West Bank health care facilities have been verified*, Nov. 11, 2023 reporting that "The United Nations has verified more than 250 attacks on health care facilities in Gaza and the West Bank, including hospitals, clinics, ambulances and patients, with five hospitals hit in the last week alone, according to the director general of the United Nations' World Health Organization."

ee. Attached as Exhibit D-31 is a true and correct copy of *Hostilities in the Gaza Strip and Israel - reported impact: Day 35*, OCHA, Nov. 10, 2023 (reporting 11,078 fatalities including 4,506 children and 3,027 women, 27,490 injuries, about 1.6 million internally displaced people (70% of Gaza), and at least 45 percent of all housing units in Gaza have been destroyed or damaged).

ff.  Attached as Exhibit D-32 is a true and correct copy of *Framework of Analysis for Atrocity Crimes: A Tool for Prevention*, United Nations (2014).

gg. Attached as Exhibit D-33 is a true and correct copy of Ruby Mellen, Artur Galocha, and Julia Ledur, *Gaza reports more than 11,100 killed. That's one out of every 200 people.,* The Washington Post, Nov. 13, 2023.

hh. Attached as Exhibit D-34 is a true and correct copy of *Hostilities in the Gaza Strip and Israel" Flash Update #39,* Nov. 14, 2023.

### United States' Failure to Prevent and Complicity in Genocide

6.   Defendants have repeatedly refused to use their obvious and considerable influence to set conditions or place limits on Israel's massive bombing and total siege of Gaza. They have done so despite escalating evidence of Israeli acts directed at inflicting mass harm to the Palestinian population in Gaza, including the creation of conditions of life calculated to bring about their physical destruction through a total siege, and even in the face of mounting deaths including of thousands of children. Instead, their actions to fund, arm, and endorse Israel's devastating bombing campaign and total siege of the Palestinians in Gaza constitutes a failure to prevent an unfolding genocide and complicity in its development.

a.  Attached as Exhibit E-1 is a true and correct copy of *Statement from President Joe Biden Condemning Terrorist Attacks in Israel,* The White House, Oct. 7, 2023 (quoting President Biden as saying that the United States "stand[s] ready to offer all appropriate means of support to the

Government and people of Israel," and declared, "[m]y Administration's support for Israel's security is rock solid and unwavering.").

b.   Attached as Exhibit E-2 is a true and correct copy of *Joint Statement on Israel,* The White House, Oct. 9, 2023 (President Biden, joined by leaders from France, Germany, Italy, and the United Kingdom, released a statement of support for Israel and declaring their commitment to remain "united and coordinated… to ensure Israel is able to defend itself, and to ultimately set the conditions for a peaceful and integrated Middle East region.").

c.   Attached as Exhibit E-3 is a true and correct copy of the first page and excerpt of *Department Press Briefing – October 10, 2023,* U.S. Dept. of State (transcript) (when asked about $4 billion a year in U.S. aid to Israel and the complete blockade and impact on civilians, Matthew Miller, a spokesperson for the U.S. Department of State stated: "Israel has a right to conduct an aggressive response to respond to the terrorism that's been committed against its citizens. We expect them to follow international law, we believe that they will, and we will remain in close contact with them about it.").

d.   Attached as Exhibit E-4 is a true and correct copy of *Readout of President Biden and Vice President Harris' Call with Prime Minister Netanyahu,* The White House, Oct. 11, 2023 (noting that President Biden and Vice President Harris "spoke with Prime Minister Netanyahu to discuss ongoing U.S. support for Israel as Israel defends itself and protects its people").

e.   Attached as Exhibit E-5 is a true and correct copy of *Secretary Antony J. Blinken and Israeli Prime Minister Benjamin Netanyahu After Their Meeting,* U.S. Dept. of State, Oct. 12, 2023 (noting that Secretary of State Antony Blinken reaffirmed to Prime Minister Netanyahu that the United States "will always be there, by your side," a message he said was delivered from President Biden to Netanyahu "from the moment this crisis began" and was communicated to Israeli counterparts "on a daily-even an hourly-basis").

f.   Attached as Exhibit E-6 is a true and correct copy of Creede Newton, *A history of the US blocking UN resolutions against Israel,* Al Jazeera, May 19, 2021 (noting that over the past 50 years, the United States has vetoed of resolutions at the United Nations Security Council that were critical of Israel, including at least 53 since 1972).

g.   Attached as Exhibit E-7 is a true and correct copy of  *Statement From Secretary Lloyd J. Austin III on U.S. Force Posture Changes in the Middle East,* U.S. Dept. of Defense (Oct. 8, 2023), in which Secretary of Defense Lloyd Austin states that he had directed an aircraft carrier strike group to the Eastern Mediterranean and that the U.S. government would "be rapidly providing the Israel Defense Forces with additional equipment and resources, including munitions." He further stated:

> Strengthening our joint force posture, in addition to the material support that we will rapidly provide to Israel, underscores the United States' ironclad support for the Israel Defense Forces and the Israeli people. My team and I will continue to be in close contact with our Israeli counterparts to ensure they have what they need to protect their citizens and defend themselves against these heinous terrorist attacks.

h.   Attached as Exhibit E-8 is a true and correct copy of Anthony Capaccio, *Boeing Sped 1,000 Smart Bombs to Israel After Hamas Attacks,* Bloomberg, Oct. 10, 2023.

i.   Attached as Exhibit E-9 is a true and correct copy of the first page and excerpt of *Press Briefing by Press Secretary Karine Jean-Pierre and NSC Coordinator for Strategic Communications John Kirby,* The White House, Oct. 12, 2023, in which National Security Council Coordinator John Kirby stated:

> We are providing [Israel] military aid as we speak. So, no, there's no plans of — of holding back military assistance. We wouldn't do that. The President has been talking now for three days about how we're going to keep giving them the capabilities that they need.

j.   Attached as Exhibit E-10 is a true and correct copy of the first page and excerpts of *Senior Defense Official Holds a Background Briefing on Israel*, U.S. Dept. of Defense, Transcript, Oct.

12, 2023. In the background briefing, the senior defense official admits that small diameter bombs

and JDAMs were to be sent to Israel in the short term.

k.   Attached as Exhibit E-11 is a true and correct copy of the first page of *Secretary of Defense*

*Lloyd J. Austin III Joint Press Conference With Israeli Defense Minister Yoav Gallant in Tel Aviv,*

*Israel,* U.S. Dept. of Defense, Transcript, Oct. 13, 2023. In the joint press conference, Secretary

Austin confirmed that the U.S. was prepared to deploy additional military assistance to Israel, and

that "munitions, air defense capabilities and other equipment and resources" were already "rapidly

flowing." Israel's Defense Minister, Yoav Gallant, acknowledged the extensive support and

assistance, and close coordination between the two countries:

> I briefed the secretary on strategic developments in our region, and the
> chief of staff together with the IDF leadership shared our operations.
> Defense cooperation and U.S. support in the Pentagon, in the White
> House, in the Congress ensure freedom of operation and enforce our
> capabilities. In fact, today we will receive the second aircraft carrying
> essential munitions to the IDF. U.S. deployment of assets on land, in air
> and at sea sends a strong message to both partners and enemies in the
> region. On behalf of Israel's defense establishment and on behalf of our
> citizens, Mr. Secretary, thank you very much.

l.   Attached as Exhibit E-12 is a true and correct copy of *UN expert warns of new instance of*

*mass ethnic cleansing of Palestinians, calls for immediate ceasefire,* Press Release, UN Special

Procedures, Oct. 14, 2023.

m.  Attached as Exhibit E-13 is a true and correct copy of *Readout of President Biden's Call*

*with Prime Minister Netanyahu of Israel,* The White House, Oct. 14, 2023 (President Biden

reiterates "unwavering U.S. support for Israel" and "updated Prime Minister Netanyahu on U.S.

military support").

n.   Attached as Exhibit E-14 is a true and correct copy of *Secretary Antony J. Blinken Remarks*

*to the Press,* U.S. Dept. of State, Oct. 15, 2023 (Where Blinken stated: "We will stand with [Israel]

today, tomorrow, and every day, and we're doing that in word and also in deed;" and  "we've

backed that up not only with the words that we're saying, but with what we're actually doing, including the deployment of [U.S.] aircraft carrier battle groups.").

o.   Attached as Exhibit E-15 is a true and correct copy of *DOD Remains Resolute in Support of Israel,* U.S. Dept. of Defense, Oct. 16, 2023 (reporting that Secretary Austin had ordered 2,000 U.S. military troops to prepare for deployment in support of Israel and quoting Department of Defense Press Secretary as saying: "Since leaving Israel, [Defendant Austin] has held calls with [Minister of Defense] Gallant . . . on a near daily basis and will likely have another call today," and further that "[w]e are working to meet Israel's needs, which include air defense, precision guided munitions, artillery and medical supplies.").

p.   Attached as Exhibit E-16 is a true and correct copy of a letter from Josh Paul, dated Oct. 18, 2023, explaining his resignation as former director in the State Department's Bureau of Political-Military Affairs, "due to a policy disagreement concerning [the United States'] continued lethal assistance to Israel."

q.   Attached as Exhibit E-17 is a true and correct copy of Josh Paul, *Opinion  This is not the State Department I know. That's why I left my job.* Washington Post, Oct. 23, 2023, in which Paul states: "Israeli requests for munitions started arriving immediately, including for a variety of weapons that have no applicability to the current conflict." Paul further stated "[t]he risk is obvious that American weapons provided to Israel, especially air-to-ground munitions, will inflict civilian harm and violate human rights." According to Paul, the administration's unwillingness to engage in debate on the wisdom of these decisions was "proof of our willingness to abandon our values and turn a blind eye to the suffering of millions in Gaza when it is politically expedient."

r.   Attached as Exhibit E-18 is a true and correct copy of *Gaza: UN experts decry bombing of hospitals and schools as crimes against humanity, call for prevention of genocide,* Press Release, United Nations Special Procedures, Oct. 19, 2023 (stating that "[c]onsidering statements made by

Israeli political leaders and their allies, accompanied by military action in Gaza and escalation of

arrests and killing in the West Bank, there is also a risk of genocide against the Palestinian People"

and calling for a ceasefire, humanitarian aid, and a guarantee of physical safety for civilians).

s.   Attached as Exhibit E-19 is a true and correct copy of Akbar Shahid Ahmed, *Exclusive:*
*'Mutiny Brewing' Inside State Department Over Israel-Palestine Policy, Huffington Post,* Oct. 19,

2023 (reporting that State Department staffers were frustrated that Blinken and his team were not

interested in the advice of their own experts as they supported unconditionally Israel's expanding

operation in Gaza and that there is "basically a mutiny brewing within State at all levels").

t.   Attached as Exhibit E-20 is a true and correct copy of the first page and excerpt of *Remarks*
*by President Biden on the October 7th Terrorist Attacks and the Resilience of the State of Israel*
*and its People, Tel Aviv, Israel,* The White House, Oct. 18, 2023, in which President Biden told

Prime Minister Netanyahu: "[m]y administration has been in close touch with your leadership from

the first moments of [the October 7 attack], and we are going to make sure we have — you have

what you need to protect your people, to defend your nation." He went on to say, "For decades,

we've ensured Israel's qualitative military edge. And later this week, I'm going to ask the United

States Congress for an unprecedented support package for Israel's defense.").

u.   Attached as Exhibit E-21 is a true and correct copy of the first page of *Remarks by*
*President Biden and Prime Minister Netanyahu of Israel Before Bilateral Meeting | Tel Aviv,*
*Israel,* The White House, Oct. 18, 2023, during which Netanyahu stated:

> I've seen your support every day in the depth and breadth of cooperation
> that we have had since the beginning of this war, a level of cooperation
> that is truly unprecedented in the history of the great alliance between
> our two nations. We see that support in your steadfast commitment to
> provide Israel with the tools we need to defend ourselves.

v.   Attached as Exhibit E-22 is a true and correct copy of *Israel-Gaza crisis: US vetoes*
*Security Council resolution,* UN News, Oct. 18, 2023 (noting that United States Ambassador to

the United Nations vetoed a Security Council resolution condemning all violence against civilians and urging "humanitarian pauses" to deliver aid to Palestinians in Gaza).

w.  Attached as Exhibit E-23 is a true and correct copy of *Gaza crisis: Deadlock deepens as Security Council rejects competing resolutions by US and Russia,* UN News, Oct. 25, 2023.

x.  Attached as Exhibit E-24 is a true and correct copy of Michelle Nichols, *UN overwhelmingly calls for aid truce between Israel and Hamas,* Reuters, Oct. 28, 2023 (noting that the United States voted against the resolution calling for a ceasefire, which was passed by the overwhelming majority of countries represented).

y.  Attached as Exhibit E-25 is a true and correct copy of Anthony Capaccio, *Boeing Accelerates Delivery of Up to 1,800 GPS-Guidance Bomb Kits to Israel*, Bloomberg, Oct. 18, 2023 (noting that under guidance from the Pentagon, Boeing was "speeding" delivery of 1,800 Joint Direct Attack Munition ("JDAM") kits to Israel, after the Israeli Air Force publicly confirmed that it had dropped 6,000 bombs in the first five days of the conflict).

z.   Attached as Exhibit E-26 is a true and correct copy of *Transcript: Senior Defense Official, Senior Military Official Hold a Background Briefing on Israel,* U.S. Dept. of Defense, Oct. 23, 2023 (Senior Defense Department official confirmed that tens of thousands of 155mm artillery shells that had been set aside for Ukraine had been withdrawn and redirected to Israel, and that JDAMs, small diameter bombs, and ammunition were provided to Israel.).

aa.  Attached as Exhibit E-27 is a true and correct copy of Nancy A. Youssef, *Israel Receives Ammunition From U.S.,* The Wall Street Journal, Oct. 19, 2023 (Defense Department official confirmed that the U.S. shipped nearly a million rounds of 7.62mm ammunition and tens of thousands of 30mm rounds to Israel).

bb. Attached as Exhibit E-28 is a true and correct copy of *Letter from Shalanda D. Young, Director of the Office of Management and Budget in the Executive Office of the President,* dated Oct. 20, 2023, requesting $14.1 billion from Congress in additional military assistance to Israel.

cc.  Attached as Exhibit E-29 is a true and correct copy of an excerpt of  *Gallant: We can't say 'no' to the US on humanitarian aid given how much they do for us,* The Times of Israel, Oct. 20, 2023 (reporting that Israeli Defense Minister Yoav Gallant was criticized by Israeli lawmakers about why he agreed to allow humanitarian aid into Gaza from Egypt before hostages were returned to which he replied, "The Americans insisted and we are not in a place where we can refuse them. We rely on them for planes and military equipment. What are we supposed to do? Tell them no?")

dd. Attached as Exhibit E-30 is a true and correct copy of the first page and excerpt of *Remarks by President Biden on How Bidenomics and the Investing in America Agenda are Growing the Economy in Every Region of the Country,* The White House, Oct. 23, 2023 (President Biden continues to reject suggestion of cease-fire until hostages are released).

ee.  Attached as Exhibit E-31 is a true and correct copy of Hind Hassan and Lama Al Arian, *US Should Press Israel to Implement Measures to Save 'Tens of Thousands of Lives' in Gaza: Internal Cable,* Vice, Oct. 28, 2023 (reporting on "growing discontent" among U.S. officials in multiple departments of the Administration over "Israel's military offensive" and existence of an diplomatic cable from the U.S. Office for Palestinian Affairs in Jerusalem, which reports directly to the Department of State for Palestinian issues, warning the White House of the need to "take immediate action in order to 'save the lives of tens of thousands of people'").

ff.  Attached as Exhibit E-32 is a true and correct copy of Tara Copp and Aamer Madhani, *Pentagon rushes Marine Corps general, other advisors to Middle East,* Associated Press, Oct. 23, 2023 (reporting that Pentagon sent Marine Corps general "versed in urban warfare, to Israel to aid

in its war planning and is speeding multiple sophisticated air defense systems to the Middle East days ahead of an anticipated ground assault into Gaza").

gg. Attached as Exhibit E-33 is a true and correct copy of the first page and excerpt of *Press Briefing by Press Secretary Karine Jean-Pierre and NSC Coordinator for Strategic Communications John Kirby,* Oct. 23, 2023. In this briefing, Kirby confirmed the U.S. had continued to be in close communication with Israel about its military strategy:

> I can tell you, we have, since the beginning of the conflict, in the early hours, maintained a level of communication with our Israeli counterparts to ascertain their intentions, their strategy, their aims to — to see what their answers are to the kinds of tough questions that any military ought to be asking before you launch any kind of a major operation. Have you thought through the branches? Have you thought through the sequels? Have you thought through the unintended consequences?

hh. Attached as Exhibit E-34 is a true and correct copy of the first page and excerpt of *Press Briefing by Press Secretary Karine Jean-Pierre and NSC Coordinator for Strategic Communications John Kirby,* Oct. 24, 2023. When asked whether the United States had discussed any possible "red lines" with Israel, Kirby said "no."

ii. Attached as Exhibit E-35 is a true and correct copy of the first page and excerpt of *Press Briefing by Press Secretary Karine Jean-Pierre, National Economic Council Director Lael Brainard, and NSC Coordinator for Strategic Communications John Kirby*, The White House, Oct. 26, 2023 (Kirby confirms that President Biden "continues to be routinely updated by the national security team on the situation there. Obviously continuing to support . . . Israel's military" and "[s]ecurity assistance continues to flow to them as needed, almost on a daily basis.").

jj. Attached as Exhibit E-36 is a true and correct copy of Volker Turk, *Gaza: Continued violence is not the answer,* UN High Commissioner for Human Rights, Oct. 28, 2023 (UN's Human Rights chief calls "on all parties as well as third States, in particular those with influence over the parties to the conflict, to do all in their power to de-escalate this conflict.").

kk. Attached as Exhibit E-37 is a true and correct copy of the first page and excerpt of *Press Briefing by Press Secretary Karine Jean-Pierre and NSC Coordinator for Strategic Communications John Kirby,* The White House, Oct. 30, 2023 (Kirby states unequivocally that the administration still does "not support a ceasefire at this time" and also confirmed that the United States had influenced Israel to restore telecommunications in Gaza).

ll.   Attached as Exhibit E-28 is a true and correct copy of the first page and excerpt of *Transcript: Deputy Pentagon Press Secretary Sabrina Singh Holds an Off-Camera, On-the-Record Press Briefing,* U.S. Dept. of Defense, Oct. 30, 2023. In the briefing, Singh admitted that "conversations both [at the Department of Defense] and across other agencies and all the way up to the president have certainly informed and at least guided some of what the Israelis are doing on the ground in their ground operation," but concluded "we're not directing them." Singh also reiterated that the United States was "not putting any limits on how Israel uses weapons that is [sic] provided. That is really up to the Israel Defense Force to use in how they are going to conduct their operations. But we're not putting any constraints on that."

mm.   Attached as Exhibit E-29 is a true and correct copy of Congressional Notification Transmittal Letter from United States Department of State to Congress (Oct. 31, 2023) approving transfer of $320 million sale by U.S. company of defense articles to Israeli manufacturer of precision bomb kits.

nn. Attached as Exhibit E-40 is a true and correct copy of *Press Release: Gaza is 'running out of time' UN experts warn, demanding a ceasefire to prevent genocide*, Nov. 2, 2023 ("We remain convinced that the Palestinian people are at grave risk of genocide. The time for action is now. Israel's allies also bear responsibility and must act now to prevent its disastrous course of action.").

oo.  Attached as Exhibit E-41 is a true and correct copy of *Biden tells a heckler calling for cease-fire: 'I think we need a pause'*, The Hill, Nov. 1, 2023 (Biden admits "convincing" Israel to pause airstrikes to release American hostages).

pp. Attached as Exhibit E-42 is a true and correct copy of the first page and excerpt of *Remarks by Vice President Harris in Press Gaggle, Bletchley, United Kingdom,* The White House, Nov. 2, 2023 (Harris states: "[w]e are not going to create any conditions on the support that we are giving to Israel to defend itself.").

qq. Attached as Exhibit E-43 is a true and correct copy of *Ukraine v. Russian Federation,* Declaration of Intervention of the Government of the United States of America pursuant to article 63 of the Statute of the International Court of Justice, Sept. 7, 2022, para. 22.

rr.  Attached as Exhibit E-44 is a true and correct copy of the first page and excerpt of *Biden calls Russian war in Ukraine 'genocide',* PBS News Hour, April 13, 2023 (quoting President Biden as having described Russia's war in Ukraine as a genocide: "Yes, I called it genocide. It's become clearer and clearer that Putin is just trying to wipe out the idea of even being a Ukraine.").

ss. Attached as Exhibit E-45 is a true and correct copy of *Secretary-General's Press Conference - on the Middle East,* United Nations Secretary-General, Nov. 6, 2023, describing that "Gaza is becoming a graveyard for children.  Hundreds of girls and boys are reportedly being killed or injured every day."

tt.  Attached as Exhibit E-46 is a true and correct copy of the first page and excerpt of *Department Press Briefing*, U.S. Dept. of State, Nov. 7, 2023. In this press briefing, after asked by a reporter about the unfolding genocide in Gaza, Department of State Deputy Press Spokesperson Patel explained that there is generally "a rigorous process in place for evaluating whether something constitute as genocide or not," but admitted that there was no such "active, ongoing process" for Israel's actions in Gaza.

uu. Attached as Exhibit E-47 is a true and correct copy of the first page and excerpt of *Deputy Pentagon Press Secretary Sabrina Singh Holds an On-Camera Press Briefing*, U.S. Dept of Defense, Nov. 7, 2023. In this briefing, Singh admits that "we don't put conditions on weapons that . . . we're sending or that Israel is using." When asked whether there was any sort of end use monitoring in place for weapons transferred to Israel, as is required under U.S. law (22 U.S.C. § 2785), she admits, "I wouldn't say it's necessarily an end use monitoring", but stated only "we expect them to be used in accordance with [humanitarian] laws.

vv. Attached as Exhibit E-48 is a true and correct copy of the first page and excerpt of *Press Briefing by Press Secretary Karine Jean-Pierre and NSC Coordinator for Strategic Communications John Kirby,* The White House, Nov. 7, 2023. During this briefing, the National Security Council Spokesperson John Kirby was asked by a reporter whether the Administration was still not drawing any "red lines" for Israel, in light of the death toll of Palestinian civilians that keeps going up, Kirby responded "that is still the case."

ww.    Attached as Exhibit E-49 is a true and correct copy of the first page and excerpt of *Department Press Briefing, U.S. Dept of Defense*, Nov. 9, 2023. In it, Department of State Deputy Spokesperson Vedant Patel confirms that the "rigorous process" for evaluating whether something constitute a genocide, has not been initiated in the case of Gaza.

xx. Attached as Exhibit E-50 is a true and correct copy of the first page and excerpt of *Remarks by President Biden Before Marine One Departure*, The White House, Nov. 9, 2023. In it, Biden says there is "no possibility" of ceasefire in Gaza.

yy. Attached as Exhibit E-51  is a true and correct copy of the first page and excerpt of  *Press Gaggle with NSC Coordinator for Strategic Communications John Kirby*, The White House, Nov. 9, 2023. In it, Kirby confirms that the position of the Biden Administration is that it "still [does not] believe a ceasefire is appropriate at this time."

zz. Attached as Exhibit E-52 is a true and correct copy of C. Todd Lopez, *Defense Official Said U.S. Won't Hesitate to Defend Its Troops in Middle East,* Department of Defense News, Nov. 9, 2023 (noting that Defense official Dana Stroul testified before the House Committee on Foreign Affairs that the department is "working around-the-clock to determine which munitions and equipment from U.S. inventory can quickly be made available," that "[a]ir defense is a high priority, as are medical supplies, artillery, ammunition and precision-guided munitions" and that "[d]eliveries are taking place on a near daily basis").

aaa.   Attached as Exhibit E-53 is a true and correct copy of Maziar Motamedi, *How are Gaza casualty updates affected by Israeli attacks on hospitals?,* Al Jazeera, Nov. 12, 2023 (noting that United States Assistant Secretary of State for Near East Affairs, Barbara Leaf, testified before a House panel on November 8, 2023, and confirmed that the number of those killed in Gaza is like "higher than is being cited").

bbb.   Attached as Exhibit E-54 is a true and correct copy of Hearing Notice: Friend and Ally: U.S. Support for Israel after Hamas' Barbaric Attack, Foreign Affairs Committee, U.S. House of Representatives, Nov. 8, 2023 (notice of hearing featuring U.S. Assistant Secretary of State for Near East Affairs, Barbara Leaf, and Deputy Assistant Defense Secretary, Dana Stroul, before the House Committee on Foreign Affairs.)

ccc.   Attached as Exhibit E-55 is a true and correct copy of  Tony Capaccio, *US is quietly sending Israel more ammunition, missiles,* Bloomberg News, Nov. 14, 2023 (noting that the Defense Department "quietly ramped up military aid to Israel," including "more laser-guided missiles for its Apache gunship fleet, as well as 155mm shells, night-vision devices, bunker-buster munitions and new army vehicles").

ddd.   Attached as Exhibit E-56 is a true and correct copy of *Joint Letter to Secretary of Defense Lloyd Austin Opposing 155mm Artillery Shell Transfer to Israel,*  Nov. 13, 2023 (letter

from humanitarian and faith-based organizations expressing alarm about transfer of 155mm shells to Israel and citing sources showing that "[w]hen explosive weapons are used in populated areas, on average 90 percent of the victims are civilians" and that use of these shells is "inherently indiscriminate" in Gaza, as "one of the world's most densely populated places").

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.   Executed this 15th day of November, 2023.

PAMELA C. SPEES