# EXHIBIT

# D-1

OPT HOME

# Hostilities in the Gaza Strip and Israel | Flash Update #37

*12 Nov 2023*

## KEY POINTS

- Bombardments and armed clashes around the Shifa hospital in Gaza city intensified since the afternoon of 11 November. Critical infrastructure, including the oxygen station, water tanks and a well, the cardiovascular facility, and the maternity ward, was damaged,and three nurses killed. While many internally displaced persons (IDPs) and some staff and patients have managed to flee, others are trapped inside, fearing to leave or physically unable to do so.

- At Shifa, two premature babies and ten other patients have died since the power outage that started on 11 November, compounded by the lack of medical consumables. Another 36 babies in incubators as well as kidney dialysis patients are at hightened risk of death. On 12 November, the World Health Organization (WHO) indicated that it had lost communication with its contacts in Shifa.

- On 12 November, the Palestine Red Crescent Society (PRCS) announced that the Al Quds Hospital in Gaza city was no longer operational due to the depletion of available fuel and power outage.

- On the afternoon of 11 November, an airstrike reportedly hit and destroyed the Swedish clinic in Ash Shati camp, west of Gaza city, were some 500 IDPs were sheltering. The casualty toll remains unclear. Overnight (11-12 November), another airstrike hit Al Mahdi Hospital in Gaza city, reportedly killing two doctors and injuring others.

- Hospitals and medical personnel are specifically protected under international humanitarian law (IHL). They must not be used to shield military objectives from attack. Any military operation around or within hospitals must take steps to spare and protect the patients, medical staff, and other civilians. All feasible precautions must be taken, including effective warnings, which consider the ability of patients, medical staff and other civilians to evacuate safely.

- The building of the United Nations Development Programme (UNDP) in Gaza city and an UNRWA school in Beit Lahiya, both of which were hosting IDPs, were hit on 11 and 12 November, respectively, resulting in an unclear number of casualties.

- The flight of tens of thousands of IDPs southwards from the areas north of Wadi Gaza (hereafter "the north"), through a "corridor" opened by the Israeli military, continued on 12 November.

- Hundreds of thousands of people remaining in the north are struggling to survive. Consumption of water from unsafe sources raises serious concerns about dehydration and waterborne diseases. The World Food Programme (WFP) has expressed concern about malnutrition and starvation.



A hospital patient being transported southwards through a "corridor" opened by the Israeli military following its calls to evacuate northern Gaza. Photo by OCHA, 12 November 2023

## Hostilities and casualties (Gaza Strip)

- Clashes between Israeli forces and Palestinian armed groups in and around Gaza city, in several areas in the North Gaza governorate and to a lesser extent in the Middle area continued overnight (11-12 November), alongside Israeli bombardments from the air, sea, and land across the Gaza Strip. Israeli ground troops have maintained the effective severance of the north from the south, except for the "corridor" to the south.

- Other deadly attacks included the following: on 11 November, at about 13:00, a building in the Ash Shabora area of Rafah (in the south) was hit, reportedly killing 13 people and injuring 15 others; on 12 November, at about 2:00 a.m., two consecutive airstrikes in Jabalia camp reportedly killed 18 Palestinians; on 12 November, at about 10:00 a.m., a residential building in Bani Suhaila, east of Khan Yunis (in the south), was hit, reportedly killing at least 13 Palestinians and injuring 20 others.

- On 12 November, for the second consecutive day, following the collapse of services and communications at hospitals in the north, the Ministry of Health (MoH) in Gaza did not update casualty figures. The Palestinian fatality toll in Gaza as of 10 November at 14:00  (latest update provided) stood at 11,078, of whom 4,506 were said to be children and 3,027 women. About 2,700 others, including some 1,500 children, have been reported missing and may

be trapped or dead under the rubble, awaiting rescue or recovery. Another 27,490 Palestinians have reportedly been injured.

- No fatalities among Israeli soldiers operating in Gaza have been reported over the past 24 hours. The total number of soldiers killed since the start of ground operations stands at 47, according to Israeli official sources.

- See the latest snapshot for more breakdowns.

## Displacement (Gaza Strip)

- On 12 November, for the nineth consecutive day, the Israeli military – which has called upon residents of the north to leave southwards – opened a "corridor" along the main traffic artery, Salah Ad Deen Road, between 9:00 and 16:00. Additionally, the Israeli military announced via its social media channel in Arabic "a tactical halt in military activities" between 10:00 and 14:00 in Jabalia and Izbat Malin, next to Gaza city, to enable people to leave southwards. Tens of thousands of displaced people evacuated.

- IDPs reached the main junction next to Wadi Gaza on foot or donkey carts, given that the Israeli military reportedly stopped vehicles at about 4-5 kilometres away from that point. Most were able to carry only a few belongings. Most IDPs arrived exhausted and thirsty. UN monitors and NGOs distributed water and biscuits next to the junction.

- One UNRWA school and one health centre in Gaza city were hit by a strike on 11 November. The health centre was sheltering over 1,000 IDPs, some of whom were able to flee with UNRWA's coordination southwards.

- The number of IDPs in the south continues to increase, with UNRWA sheltering 618,000 people in 97 facilities, three of which were recently opened in Rafah. Following these openings, the average number of IDPs per shelter slightly declined. However, UNRWA shelters are accommodating far more people than their intended capacity. Overcrowding is leading to the spread of diseases, including acute respiratory illness and diarrhea, raises environmental and health issues and limits the Agency's ability to ensure effective and timely services.

- Over 1.5 million people in Gaza are estimated to be internally displaced, including about 778,000 IDPs who are staying in at least 154 UNRWA shelters.

- See the live IDP dashboard for the latest figures and more breakdowns.

## Humanitarian Access (Gaza Strip)

- A total of 76 trucks, carrying food, medicines, health supplies, bottled water, blankets, tents and hygiene products, crossed from Egypt into Gaza on 12 November as of 18:00. This brings the number of trucks that have entered Gaza since 21 October to 981.

- As of the time of writing, it is unclear whether the Egyptian border was operated on 12 November for the evacuation of foreign nationals and dual citizens, or injured people. Between 2 and 9 November, 131 injured people were taken for medical care in Egypt.

- The Kerem Shalom crossing with Israel, which prior to the hostilities was the main entry point for goods, remains closed, as does the Israeli pedestrian crossing of Erez.

- In the International Humanitarian Conference held on 9 November in Paris, the UN Emergency Relief Coordinator, Martin Griffiths stated that "the modest number of trucks we have so far managed to get in via the Rafah border crossing is wholly inadequate compared to the vast sea of needs […] We need to get hundreds of trucks per day into Gaza, not dozens, and be allowed to reach every place people are sheltering."

## Electricity

- 11 November marked one month since Gaza has been under an electricity blackout, following Israel's shutting off the electricity supply and the depletion of fuel reserves for Gaza's sole power plant. The entry of fuel, which is desperately needed to operate electricity generators to run life-saving equipment, remains banned by the Israeli authorities.

## Health care, including attacks (Gaza Strip)

- Bombardments and clashes between Israeli troops and armed groups around the Shifa hospital in Gaza city intensified since the afternoon of 11 November.

- The Israeli military has repeatedly alleged that armed groups operate a military compound within and underneath the Shifa hospital. The hospital's management and the Palestinian MoH have strongly denied this allegation and have called for an independent investigation.

- An unconfirmed number of IDPs, along with several staff and patients have reportedly fled the Shifa hospital over the past few days, amid the intensified attacks and Israeli calls to evacuate it. The Israeli military has claimed it had opened "a corridor" for people to leave the hospital. However, reports cited by the WHO indicated that some of those fleeing have come under fire, resulting in casualties. Humanitarian agencies have received desperate calls from staff and patients' relatives willing to leave but fearing reported snipers around the hospital. Others, particularly people with disabilities, are physically unable to leave by themselves.

- The last generator at the Shifa hospital ran out of fuel on 11 November. Since the start of the power outage, which is compounded by the lack of medical consumables, two premature babies and ten other patients have died in the hospital, according to the Palestinian MoH in Ramallah. Shifa's director has stated to the media that by tomorrow 13 November, kidney dialysis patients might die due to the inability to treat them. The MoH has also warned about the inability of the hospital staff to bury the bodies of about 100 fatalities, which began to decompose in the hospital yard, alongside risks associated with the medical waste accumulated inside the departments.

- The Israeli military has reported that, in the morning of 12 November, its troops attempted to deliver to Shifa hospital 300 litres of fuel for urgent medical purposes, and that the delivery was not taken by the hospital. Shifa's director has stated to the media that the amount delivered would have been sufficient for 15-30 minutes only, noting that the hospital would have accepted it if was delivered through the International Committee of the Red Cross (ICRC).

- On 12 November, PRCS reported that the Al Quds Hospital in Gaza city was no longer operational due to the depletion of available fuel and power outage. Medical staff are making every effort to provide care to patients and the wounded, even resorting to traditional medical methods amid dire humanitarian conditions and a shortage of medical supplies, food, and water.

- As of 11 November, only seven out of 18 PRCS ambulances in the north were still functioning, but at risk of completely ceasing operations due to fuel depletion.

- UNRWA has continued to provide health care to IDPs at shelters through 124 medical teams deployed to the shelters. Between 10 and 11 November, a total of 18,076 were treated.

## Water and sanitation (Gaza Strip)

- As of 9 November, following a few days of limited operation, all municipal water wells across the Gaza Strip had to shut down again due to lack of fuel. As a result, the trucking and pumping of brackish water for non-drinking

domestic uses came to a halt.

- Anecdotal reports indicate that people hosted or living near the sea, are reaching the beaches to bathe and wash clothes in the sea, as well as carrying seawater to their homes and shelters for domestic consumption. This practice may carry various negative health ramifications due to the high pollution levels of seawater.

- In the north, neither the water desalination plant nor the Israeli pipeline is operational. Similarly, no distribution of bottled water among IDPs accommodated in shelters has taken place for over a week. There is serious concern about dehydration and waterborne diseases following water consumption from unsafe sources.

- UNRWA has been providing about 1.5 litres of potable water and 3-4 litres of non-potable water per person per day in all shelters in the south. In the largest shelter located in Khan Younis (over 21,700 IDPs), UNRWA in partnership with UNICEF, installed a desalination plant, which turns brackish water extracted from wells, into potable water.

- Transfer of solid waste to landfills in most municipalities has largely stopped due to lack of fuel and insecurity. Waste is accumulating in the streets and outside IDP shelters, creating a high risk of airborne diseases and infestation of insects and rats. By contrast, solid waste collection from the camps and IDP shelters has continued intermittently: about 100 loads were transferred to temporary dumping sites on 10-11 November.

## Food security

- Lack of food in the north is of increasing concern. Since 7 November, no bakeries have been active, due to the lack of fuel, water, and wheat flour, as well as the damage sustained by many. Wheat flour is reportedly no longer available in the market. Food security partners have been unable to deliver assistance in the north as access has been largely cut off There are indications of negative coping mechanisms due to food scarcity, including skipping or reducing meals and using unsafe and unhealthy methods for making fire. People are reportedly resorting to unconventional eating, such as consuming combinations of raw onion and uncooked eggplant.

- Women, especially those pregnant or lactating, struggle to find food, putting their families at risk. Their ability to nourish themselves and their children is severely compromised, endangering their health and well-being.

- Access to bread in the south is also challenging. The only operative mill in Gaza remains unable to grind wheat due to a lack of electricity and fuel. Eleven bakeries have been hit and destroyed since 7 October. Only one of the bakeries contracted by WFP, along with eight other bakeries in the south, intermittently provides bread to shelters, depending on the availability of flour and fuel. People queue lasting over 5 hours in front of bakeries, where they are exposed to airstrikes.

- WFP and its partners report that some essential food items such as rice, pulses, and vegetable oil are nearly depleted in the market. Other items, including wheat flour, dairy products, eggs, and mineral water, have disappeared from the shelves in shops across Gaza over the past two days. Despite limited stock at the wholesale level, these items cannot reach retailers due to extensive damage, security issues, and the lack of fuel. Food and beverage prices have surged by 10 per cent since the start of hostilities, with fresh vegetable prices spiking by 32 per cent, potato prices rising by 30 per cent, and fresh fruit prices increasing by 27 per cent.

## Hostilities and casualties (Israel)

- The indiscriminate firing of rockets by Palestinian armed groups towards Israeli population centres has continued over the past 24 hours, with no reported fatalities. In total, over 1,200 Israelis and foreign nationals have been killed in Israel, according to the Israeli authorities as cited by the media (the reported estimate has been revised by Israeli sources), the vast majority on 7 October. As of 10 November, the names of 1,162 fatalities in Israel have been released, including 845 civilians and police officers. Of those whose ages have been provided, 33 are children.

- According to the Israeli authorities, 239 people are held captive in Gaza, including Israelis and foreign nationals. Media reports indicate that about 30 of the hostages are children. So far, four civilian hostages have been released by Hamas, and one female Israeli soldier was rescued by Israeli forces. Hamas has claimed that 57 of the hostages had been killed by Israeli airstrikes. On 12 November, the Secretary-General of the United Nations, António Guterres, renewed his call to release the hostages.

## Violence and casualties (West Bank)

- On 12 November, a Palestinian man died of wounds sustained by Israeli forces during a search-and-arrest operation in Burqa village (Nablus).

- Since 7 October, 172 Palestinians, including 46 children, have been killed by Israeli forces; and an additional eight, including one child, have been killed by Israeli settlers in the West Bank, including East Jerusalem. Three Israelis have been killed in attacks by Palestinians.

- The number of Palestinians killed in the West Bank since 7 October accounts for 42 per cent of all Palestinian fatalities in the West Bank in 2023 (417). About 59 per cent of the fatalities since 7 October occurred during confrontations that followed Israeli search-and-arrest operations, primarily in Jenin and Tulkarm governorates. Some 27 per cent were in the context of demonstrations in solidarity with Gaza; seven per cent were killed in settler attacks against Palestinians, and the remaining seven per cent were killed while attacking or allegedly attacking Israeli forces or settlers.

- Since 7 October, Israeli forces have injured 2,586 Palestinians, including at least 267 children, over half of them in the context of demonstrations. An additional, 74 Palestinians have been injured by settlers. Some 33 per cent of those injuries have been caused by live ammunition.

- In the past 24 hours, Israeli settlers, reportedly from Tappuah, threw stones, physically assaulted and injured three Palestinian farmers, including two women, in the village of Jamma'in (Nablus).

- Since 7 October, OCHA has recorded 241 settler attacks against Palestinians, resulting in Palestinian casualties (30 incidents), damage to Palestinian-owned property (174 incidents), or both casualties and damage to property (37 incidents). This reflects a daily average of over six incidents, compared with three since the beginning of the year. Over one-third of these incidents included threats with firearms, including shootings. In nearly half of all incidents, Israeli forces were either accompanying or actively supporting the attackers.

## Displacement (West Bank)

- No new displacements were recorded during the past 24 hours. Since 7 October, at least 121 Palestinian households comprising 1,149 people, including 452 children, have been displaced amid settler violence and access restrictions. The displaced households are from 15 herding/Bedouin communities.

- Additionally, 45 Palestinians, including 24 children, have been displaced since 7 October following punitive demolitions, and another 135 Palestinians, including 66 children, following demolitions in Area C and East Jerusalem, due to lack of permits.

## Funding

- On 7 November, the UN and its partners issued a plan that outlines the minimum necessary to scale up humanitarian operations in support of 2.2 million people in the Gaza Strip and 500,000 of the most vulnerable in the West Bank. An estimated US$1.2 billion is required to deliver existing humanitarian services amid ongoing hostilities. The UN has shared its response plan with potential donors and partners as part of an updated Flash Appeal.

- Private donations are collected through the [Humanitarian Fund](#).

# HUMANITARIAN NEEDS AND RESPONSES

## Multi-Purpose Cash Assistance (MPCA)

**Priority needs**

- Access to basic needs and services is severely halted by the lack of resources and the security situation. IDPs outside formal shelters have extremely limited access to assistance. Those are prioritized for Emergency MPCA.

- Banks are temporarily closed, limiting access to cash. The capacities of financial service providers are severely limited and change by the hour (partners currently using PalPay).

- Depletion of stocked items to be purchased is worsening.

**Response to date**

- Some 27,634 households started receiving Emergency MPCA (NIS754 or $187 per household) as of 26 October. Redemption rates were reported as up to 86 per cent.

## Protection

**Priority needs**

- An estimated 20,000 people in need of specialized mental health services, including mental health drugs, who are in precarious situations with the disruption to mental health services.

- Documentation of violations of international human rights law and humanitarian law.

- Opening roads, safe access to basic needs, medicines, mental health support, and ambulance services in the West Bank.

**Response to date**

- Some 3,000 IDPs have received psychosocial support and social work intervention services from UNRWA social workers and counsellors since the crisis began.

- In the West Bank, UNRWA provided psychosocial support services to 155 Palestinian workers from Gaza, in Hebron, Ramallah, and Tulkarm, and to 240 students at Nur Shams Boys' schools.

- One partner reached at least 4,000 IDPs in shelters in Gaza and provided psychological first aid and needs assessment for non-food items (NFIs) and assistive devices.

- Partners provided about 700 psychological, social, and legal consultations for gender-based violence (GBV) incidents. Furthermore, 1,144 first psychiatric medical services were provided for GBV cases.

- UNICEF is leading the mapping of orphanages and shelters which host children with a view to support the registration of unaccompanied and separated children, to facilitate identification, reunification, and alternative care options at national level (both Gaza and the West Bank).

## Shelter

**Priority needs**

- Urgent need to provide services and basic shelter and NFI to IDPs.

- Provision of NFIs and house maintenance for people displaced in urban centres and with host families.

- Provision of shelter cash assistance for IDPs (reintegration package and belongings loss compensation) for at least 25,000 families.

**Response to date**

- Some 760,000 IDPs are hosted at 149 UNRWA schools across the Gaza Strip.

- Distribution of 20,000 NFIs in Rafah and Khan Younis, including bedding sets and dignity kits.

- Distribution of 820 hygiene kits to displaced families.

- ICRC and PRCS distributed 15,500 NFIs for displaced families, mainly mattresses and blankets.

## Health

**Priority needs**

- Improve the nutritional status, particularly of about 283,000 children under five and pregnant or lactating women, in response to the concerning food security and water situation in Gaza.

- Ensuring the provision of Infant and Young Child Feeding in Emergencies, including preventive nutrition interventions, cash voucher assistance, curative nutrition interventions, intact nutrition supplies pipeline, and a functional nutrition coordination mechanism.

- Addressing shortages of medical supplies impacting case management.

- Fuel supply for hospitals and ambulances.

- Urgent need to restock medical supplies given depletion of stocks in the local market.

- Need for short and long-term mental health and psychosocial support services for large numbers of psychologically traumatized people.

- Access to mobile clinics for 29 communities in Area C locations in Hebron, Jenin and Qalqiliya who have not had access since escalations began.

**Response to date**

- UNRWA continues to provide primary health-care services in the shelters, through 95 mobile medical units and medical teams.

- PMRS has eight mobile health teams also providing primary health-care services to IDPs and expects to increase the number to twelve.

- Partners are continuing to mobilize resources in Cairo; with support from WHO, the Health Cluster has deployed a logistics team based in Cairo to assist partners with health coordination.

## Food Security

**Priority needs**

- Electricity, fuel, and water sources to maintain agriculture.

- Many shops have food supplies to last less than a week.

- Safe access to farms, livestock, fisheries, and other livelihoods.

- Urgent import of fodder.

**Response to date**

- On 2 November, WFP continued to assist UN shelters by distributing bread, tuna, date bars and food parcels for host communities.

- Oxfam covered 189 households in the Gaza governorate.

- Dan Church Aid (DCA) covered 18,000 households sheltering in UNRWA designated emergency shelters in the Gaza governorate.

- Islamic Relief Palestine provided food assistance to 10,000 IDPs in non-UNRWA shelters or with host families.

- Anera provides hot meals to a total of 120,000 people. Food parcels, 80 per cent to UNRWA DES shelters, 20 per cent to hosting communities and other smaller scale shelters. 2,000 households in North Gaza and 12,000 households in Khan Yunis have already been covered. Ten thousand households in the Middle Area are ongoing. Vegetable baskets to host families and small-scale shelters for 2,000 IDPs (UN shelter) in Khan Younis and 2,000 IDPs (UN shelter) in the Middle Area. Planning food parcels distributed covering 1,000 IDPs in collective shelters and host families.

- Save the Children is providing food in-kind to 75,000 IDPs outside UNRWA shelters.

- UPA in partnership with PARC is providing 617 food parcels in five different shelter schools.

## Education

**Priority needs**

- Safe access to schools and communities.

**Response to date**

- Provision of emergency education supplies and learning, recreational kits/stationery to 11,250 children.

- Provision of psychosocial support to 28,300 school-aged children

- Provision of recreational activities for school-aged children.

## WASH (Water, Sanitation and Hygiene)

**Priority needs**

- Provision of clean drinking water.

- Provision of alternative power supply and 20,000 litres per day of emergency fuel to sustain the operation of WASH facilities, along with replenishing the chlorine supply for water treatment plants.

- Support to restore disrupted municipal services, including solid waste management, water, and sanitation operations, as appealed by the Gaza Strip municipalities.

- Delivery of essential WASH services and provisions to IDPs in collective centres, including drinking water and hygiene kits.

**Response to date**

- Since 7 October WASH partners have provided:

- Some 9,500 hygiene kits to families in the UNRWA IDP centres.

- 1,950 cubic metres of drinking water trucked to IDP centres and host families.

- 175 cubic metres of bottled water among IDPs in UNRWA shelters.

- Four water storage tanks, with a capacity of 10 cubic metres, and twenty others, with a capacity of 1.5 cubic metres each, to be used by communities and shelters.

- 8,000 units of ten litres of water capacity.

- 4,000 water purification tools for the hosted families in vulnerable communities and IDP centres.

- 211 cubic metres of fuel to WASH facilities.

- 5 cubic metres of anti-scaling to desalination plants.

Protection against sexual abuse and exploitation (PSEA) remains a cross-cutting priority for all clusters. The SAWA helpline, reachable at 121 and through WhatsApp at +972 59-4040121 (East Jerusalem at 1-800-500-121), operates 24/7. This toll-free number is widely disseminated across all areas of intervention to report cases of SEA and to facilitate emergency counseling and referrals for affected communities to access life-saving services. The PSEA Network monitors calls daily and will increase the number of counselors if necessary.



## The Gaza Strip prior to the current escalation

# EXHIBIT
# D-2

● **LIVE UPDATE** / FROM THE LIVEBLOG OF SATURDAY, OCTOBER 7, 2023

# Netanyahu: We will target Hamas everywhere it operates; Gazans should 'get out now'

7 October 2023, 10:36 pm



Prime Minister Benjamin Netanyahu delivers a televised address on October 7, 2023. (Screenshot/ GPO)

In an address to the nation, Prime Minister Benjamin Netanyahu vows to use "all the power" of the IDF to destroy Hamas's capabilities, and tells Gaza's residents to "get out now."

Calling today's events something "never before seen in Israel," he vows to ensure "it will never happen again."

He begins by saying Hamas "invaded Israeli territory this morning," and started a "cruel and evil war," targeting innocent civilians young and old.

"We will win this war, but the price will be unbearably heavy," he says.

"Hamas wants to murder us all," Netanyahu says, "murdering children and mothers in their homes, in their beds.

"It is an enemy that kidnaps elderly people, children, young girls," an enemy "that massacres and slaughters our civilians, our children, who simply wanted to enjoy the festival."

"What happened today has never been seen before in Israel and I will ensure it never happens again. The entire government supports this decision. The IDF will immediately use all its power to destroy Hamas's capabilities," he says. "We will fight them to the bitter end and avenge this black day they plotted for Israel and its people."

Israel will target Hamas everywhere — turning the places it "hides and operates" into "cities of ruin."

He tells the "residents of Gaza" to "get out now because we will operate everywhere and with full force."

# EXHIBIT
# D-3

● **LIVE UPDATE** / FROM THE LIVEBLOG OF MONDAY, OCTOBER 9, 2023

# Defense minister announces 'complete siege' of Gaza: No power, food or fuel

By **EMANUEL FABIAN** ⌄
9 October 2023, 12:26 pm

Defense Minister Yoav Gallant says he has ordered a "complete siege" of the Gaza Strip, as Israel fights the Hamas terror group.

"I have ordered a complete siege on the Gaza Strip. There will be no electricity, no food, no fuel, everything is closed," Gallant says following an assessment at the IDF Southern Command in Beersheba.

"We are fighting human animals and we are acting accordingly," he adds.

# EXHIBIT
# D-4

Sign in

**Support the Guardian**

Fund independent journalism with $5 per month

**Support us** →

| News | Opinion | Sport | Culture | Lifestyle |

**Israel**

🕐 This article is more than **1 month old**

# 'Emphasis is on damage, not accuracy': ground offensive into Gaza seems imminent

Surrounded by evidence of heavy fighting and with air raid sirens still sounding, Road 232 is the new frontline between Israel and the enclave

Israel and Hamas at war – live updates and latest news



📷 The Israeli army continues the deployment of armoured vehicles and artillery to the Gaza border.
Photograph: Anadolu/Getty Images

**Bethan McKernan** *and Quique Kierszenbaum in Re'im, Gaza envelope*

Tue 10 Oct 2023 14.48 EDT

oad 232, an Israeli highway, runs parallel to the blockaded Gaza Strip. It is surrounded by flat agricultural land in every direction, and from it the higher floors of the overcrowded enclave's high rise buildings are clearly visible, about 3 miles (5km) away.

Now, the route appears to have become the new de facto boundary between territory controlled by Israel and Hamas, the Islamist movement that launched a devastating surprise sea, land and air offensive on 20 neighbouring kibbutzim and Israeli towns last weekend. They slaughtered more than 1,000 people, and abducted dozens more to be used as bargaining chips. More than 900 people in Gaza have been killed in retaliatory Israeli airstrikes.

It is not just a new border: it is a new frontline. Early on Tuesday, four days into the fifth round of war since Hamas seized control of Gaza in 2007, the Israel Defence Forces (IDF) said that Israel's perimeter with the strip had finally been secured – but by midmorning, that was no longer the case.

Map

The boom and crump of airstrikes and artillery, along with the rattle of automatic gunfire, echoed across the empty fields; a convoy of Israeli tanks roared past, sending soil and dust metres up into the air. Two military helicopters hovered overhead and jumpy soldiers at checkpoints bristled at every distant movement. Huge plumes of black smoke rose above Gaza.



📷 Israeli troops inspect the site of the weekend attack on the Supernova desert music festival by Palestinian militants near Kibbutz Re'im. Photograph: Jack Guez/AFP/Getty Images

Kibbutz Re'im, off Road 232, is where 260 partygoers at an all-night rave were massacred at daybreak on Saturday. Survivors have told of playing dead next to bodies of their friends and watching women being raped before they were shot in the head, or tied up and burned. On the outskirts of the kibbutz, the bodies of Israelis have now all been removed. Those of the men who murdered them remain.

On the sides of the road were the rotting corpses of five men, stripped to their underwear, after being checked for explosives. All were surrounded by piles of clothing and military equipment bearing the green insignia of Hamas, and the white of Palestinian Islamic Jihad. One was missing his head. Shot-up and abandoned cars bearing both Israeli and Palestinian licence plates were scattered up and down the highway.

In Sderot, a working class town on the north-east corner of Gaza, the situation was not much better. Katry Kamenetski, 48, who moved to Israel from Moldova six years ago, never really liked the place. But after hiding in

her apartment with her 23-year-old daughter for four days, watching the battle between Israeli forces and gunmen who seized the police station over the road, she was happy to get outside on Tuesday, even if air raid sirens meant ducking into public bomb shelters every so often.

"There were Israeli snipers on our roof, we could hear them. The electricity and water kept going off. We sat in the dark with absolutely no idea what was going on … I am only learning the full picture today," she said.



📷 Katry Kamenetski: 'We sat in the dark with absolutely no idea what was going on.' Photograph: Quique Kierszenbaum/The Guardian

"We got very contradictory messages. Sometimes, the municipality WhatsApp or social media said it was OK to go out, everything was over, even though it wasn't. They were still finding terrorists in searches of houses.

"On Monday, my boss actually asked if I was going to be coming into the office."

As she spoke, the sound of bulldozers demolishing the police station could be heard over the road. The IDF regained control over it on Sunday after an intense firefight. Ten militants were killed in what Israel's armed forces call a "pressure cooker" operation – steadily increasing fire on a building in which armed Palestinians are holed up, and using increasingly heavy weaponry, from more and more angles, until either they surrender or the building caves in on them. In almost all cases, it is the latter.

Elsewhere in the centre of Sderot, a town of 28,000 people, there was evidence of heavy fighting on a main street; a playground on one side of the road, a library on the other, and burnt-out, bullet-riddled vehicles in between. A missile thudded into a building a few streets over and the air defence system began to blare constantly as a car carrying two volunteers showed up.

Netan El, 19, from central Israel, shrugged off questions about the danger he faced in delivering food and supplies to families in the town. "It's what we do," he said.

On Monday night, Israelis were told by the Home Front to prepare a safe place to shelter and enough food, water and other supplies to last 72 hours – a clear sign that a ground offensive into Gaza is imminent. The move will undoubtedly claim many more Palestinian and Israeli lives. Speaking on Tuesday morning, IDF spokesperson R Adm Daniel Hagari made the startling admission that "hundreds of tons of bombs" had already been dropped on the tiny strip, adding that "the emphasis is on damage and not on accuracy".

The question now is whether the prime minister, Benjamin Netanyahu, will continue with his promise to "flatten" the enclave, home to 2.3 million trapped civilians, or re-occupy it. Israel pulled out occupying ground forces from Gaza in 2005. The strip was taken over by Hamas during the Palestinian civil war with the secular Fatah party two years after that, leading Israel and Egypt to besiege it, and there have now been five wars and several smaller escalations between Israel and Gaza's fighting factions since.



📷 An Israeli soldier patrols near the police station in Sderot. Photograph: Quique Kierszenbaum/The Guardian

There are also growing signs that the fighting on the Gaza front will drag in other actors and theatres. Israel's far-right national security minister, Itamar Ben-Gvir, said on Tuesday that his ministry would be providing 10,000 rifles to civilian security teams in border towns, as well as mixed Jewish-Arab cities and Israeli settlements in the West Bank, where over the last 18 months tensions have reached their highest levels for 20 years.

To Israel's north, the Lebanese militant group, Hezbollah, has threatened to join the fray if a ground invasion of Gaza is launched. The group has already claimed responsibility for rocket fire into Israel, and deadly clashes have erupted on the border.

"When I moved here, I thought: 'This is awful. How do the families and the babies cope with all of this?'" said Kamenetski, the survivor from Sderot.

"You do kind of get used to it. But I am not thinking about the possibility of a bigger war. Right now it is one day at a time."

# EXHIBIT
# D-5

OPT HOME

# Hostilities in the Gaza Strip and Israel | Flash Update #4

*10 Oct 2023*

## KEY POINTS

Information on humanitarian needs is as of 12:00, while casualty figures and the number of people displaced are updated as of 21:00.

- The Humanitarian Coordinator issued a statement calling on all sides to uphold international humanitarian law, protect civilians, and asking for all relevant parties to facilitate safe access of humanitarian goods and personnel. Over the past 24 hours, heavy Israeli bombardments from air, sea, and land have continued almost uninterrupted across the Gaza Strip. This has led to a significant increase in the death toll, including among children and women. Palestinian armed groups in Gaza carried out indiscriminate rocket firing overnight, targeting Israeli population centres.

- In the past 24 hours, over 400 Palestinian fatalities were recorded in Gaza compared with the over 200 in the previous two days, since the start of hostilities. As of 17:30 today, according to the Ministry of Health in Gaza, at least 830 Palestinians have been killed and 4,250 others injured.

# PALESTINIAN CASUALTIES

## Gaza*

❌🧍 **830** Fatalities

🧑‍🦽 **4,250** Injuries

*According to the MoH in Gaza*

## West Bank

❌🧍 **19** Fatalities

🧑‍🦽 **332** Injuries

# ISRAELI CASUALTIES**

❌🧍 **1,000** Fatalities

🧑‍🦽 **2,806** Injuries

**According to Israeli official sources*

# INTERNALLY DISPLACED PEOPLE BY GOVERNORATE LOCATED IN UNRWA SCHOOLS / SHELTERS

*as of 12:00, 10 October 2023*

**175,486** IDPs out of a total of 263,934

**88** Total Schools



# INTERNALLY DISPLACED PEOPLE

46,705 — 7-Oct
123,602 — 8-Oct
187,518 — 9-Oct
263,934 — 10-Oct

- As of 21:00 today, according to Israeli media, more than 1,000 Israelis, including foreign nationals, were killed by Palestinians and at least 2,806 people were injured, according to the Ministry of Health in Israel.

- According to Israeli sources, between 50 and 100 members of the Israeli forces and Israeli and foreign civilians, including women and children, have been captured and forcibly taken into Gaza. Palestinian armed groups in Gaza claim to have captured and forcibly taken over 150 people.

- Mass displacement has continued over the past 24 hours across the Gaza Strip, with the total displacement now exceeding 263,934 people. This number is expected to rise further. Among the displaced, over 175,486 people are seeking shelter in UNRWA schools, while about 3,000 Palestinians in Gaza remain displaced due to previous escalations.

- On 9 October, people claimed to be members of the Palestinian Islamic Jihad (PIJ) reportedly infiltrated Israel from Lebanon and exchanged fire with Israeli forces. Three Israeli soldiers and two PIJ members were killed.



Internally displaced persons sheltering in an UNRWA school. Photo by Adham El Baba

## GAZA HUMANITARIAN OVERVIEW

Hostilities have continued for the fourth consecutive day, resulting in additional Palestinian and Israeli casualties and property damage and a significant rise in internally displaced persons (IDPs).

*Hostilities and casualties*

The past 24 hours have been characterized by an escalation in Israeli aerial and ground bombardments throughout the Gaza Strip with a particular focus on Al Rimal area west of Gaza city and Khan Younis. Communities in various parts of the territory received warnings to evacuate their houses and re-locate to the centres of the Gaza Strip's cities.

Airstrikes targeted several telecommunication installations, destroying two of the three main lines for mobile communication. Gaza residents are now relying on just one line for mobile and internet connections, resulting in disruptions to mobile and internet services.

Several residential buildings in heavily populated areas were also targeted, resulting in casualties, including among the elderly, women, and children.

On 9 October at 17:25, Israeli air forces reportedly struck a residential building with two missiles in Al Bureij, Central Gaza, killing 13 persons.

On 9 October, at around 21:30, Israeli air forces reportedly struck a residential building with two missiles in Al Attarah area, Beit Lahia, North Gaza, killing ten members of the same family, including five children.

On 9 October at around 22:15, Israeli air forces reportedly struck a residential building with three missiles in Khan Yunis, killing ten persons.

On 10 October at around 2:15, Israeli forces reportedly struck a building with two missiles west of Gaza city, killing three Palestinian journalists. According to Government Media Office in Gaza and Ministry of Health in Gaza, seven Palestinian journalists have been killed since 7 October.

According to the Gaza Ministry of Public Works and Housing, a total of 1,009 housing units have been destroyed, 560 that were severely damaged and rendered uninhabitable, and another 12,630 sustained less damage. Human rights organizations have expressed concerns regarding incidents where civilian objects and civilians appear to have been directly hit by Israeli airstrikes.

Since 7 October, Palestinian armed groups in Gaza have launched thousands of rockets and mortar shells into Israel, with some rockets reaching areas including the Jerusalem area, the Tel Aviv metropolitan area, and southern Israel. In the evening of 9 October, one rocket from Gaza landed in Betar Illit settlement west of Bethlehem, with nine Israeli injuries reported.

## Displacement

As of 23:00 today, over 263,934 people in Gaza are believed to have
fled their homes, with UNRWA hosting 175,486 in 88 schools, some of which operated as emergency shelters. Additionally, 14,548 IDPs have taken refuge at 12 government schools. It is estimated that over 73,900 IDPs, whose homes have been destroyed or damaged, are with relatives and neighbours, at Palestinian Authority schools, a church in Gaza City and other facilities. The number of IDPs represents the highest number of people displaced since the 50-day escalation of hostilities in 2014. This is increasing the caseload for humanitarian organizations to meet displaced people's basic needs of shelter, bedding, food, water and sanitation (WASH) facilities, additionally the prevailing insecurity and reduced access to impacted areas impedes distributions, particularly for families who are not in UNRWA shelters.

## Attacks on WASH, health care and education facilities

Meeting basic needs is becoming increasingly challenging for those who have not been displaced, including access to water for domestic use due to the damage and the reduction in power supply to sewage infrastructures. Since the beginning of the escalation, Israeli airstrikes have damaged five WASH facilities in the north of Gaza and Gaza city, which previously provided water and sanitation services to over 500,000 people. In Beit Lahia and the rest of the Northern Area, sewage and solid waste are accumulating in the streets due to damage to sewage lines and infrastructure.

WHO documented 37 health attacks since 7 October, recorded in the WHO Surveillance System for Attacks on Health Care. These attacks have resulted in six fatalities among healthcare workers, eight injuries, and have affected 13 healthcare facilities and at least 15 ambulances. During the past 24 hours, airstrikes targeted areas near Beit Hanoun hospital and a healthcare facility in Gaza City, causing damage to the surrounding areas of both facilities and rendering the hospital and center inaccessible. Gaza's 13 hospitals and other health facilities are only partially functioning due to severe shortages of essential medical supplies and the emergency fuel needed to operate backup electricity generators.

Initial reports state that there are at least 15 education facilities that have been affected, including five UNRWA schools damaged. According to the UN, 16 internally displaced people sheltered at an UNRWA elementary school, in Gaza city, were injured because of an airstrike targeting a mosque nearby. On 9 October, Israeli airstrikes targeting the Islamic university west of Gaza City, caused severe damage, with no casualties.

## Electricity, fuel and water

On the evening of 9 October, the Israeli authorities announced a total halting of food, fuel, electricity and water into the Gaza Strip. Since the evening of 7 October, the Israeli authorities have ceased selling and supplying electricity to the Gaza Strip, reducing the hours of electricity to 3-4 per day. The Gaza Power Plant is currently the only source of power, and it will reportedly run out of fuel by midday 11 October, should fuel reserves not be replenished. According to the GPP, the Israeli authorities have warned that they would attack the plant if it receives more fuel.

On the evening of 8 October, the Israeli authorities decided to cut off their water supply to Gaza. This decision affects over 610,000 people in Gaza and will result in a shortage of drinkable water.

The Israeli forces declared siege is having a detrimental effect on food security within the Gaza Strip. Poultry and livestock sectors are at risk of collapsing due to the severe shortage of fodder, placing the livelihood of more than 1,000 herders at risk, and the availability of main sources of protein for the entire population of Gaza. Lack of access to livelihood and electricity cuts will affect refrigeration, irrigation, incubation, and other machinery that will impact agriculture, poultry, cattle, fish, and other products.

*Access restrictions within and in and out of Gaza*

Erez and Kerem Shalom crossings remain closed due to the hostilities. An estimated 130 referral patients and their companions from the Gaza Strip are unable to cross Beit Hanoun (Erez) checkpoint to reach scheduled medical appointments each day.

Israeli forces reportedly struck twice in less than 24 hours in the vicinity of the Rafah crossing with Egypt, the only thus-far open exit out of the Gaza Strip. This has forced the crossing to close for about five hours and prevented Palestinians from leaving or arriving.

# WEST BANK HUMANITARIAN OVERVIEW

*Casualties*

In the West Bank, including East Jerusalem, confrontations between Palestinians and Israeli forces have continued for the third consecutive day in multiple locations. Between 7 and 10 October, as of 16:00, 19 Palestinians, including three children, were killed by Israeli forces in various areas across the West Bank. A total of 332 Palestinians, including 39 children, were injured by Israeli forces in the West Bank, including East Jerusalem. Most of the injuries (307) were reported in various demonstrations in solidarity with residents of the Gaza Strip, during which confrontations were reported between Palestinians who threw stones and, in some instances, opened fire and Israeli forces who shot live ammunition. Overall, 169 Palestinians were treated for teargas inhalation, 104 were shot with live ammunition, 32 were injured by rubber bullets, seven were hit by shrapnel or teargas canisters, and 20 were physically assaulted.

*Settler-related violence*

Over the past two days, the situation in Palestinian communities near settlements across the West Bank has been reported as very tense. In Einabus (Nablus) dozens of armed settlers reportedly from Yitzhar settlement attacked the village accompanied with Israeli forces. Settlers threw stones causing damage to three homes, set fire to another one and to a Palestinian vehicle, and opened fire at residents who threw stones. During the event, a total of eight Palestinians, including one child were injured, including four Palestinians injured with live ammunition fired by either Israeli forces or settlers. Attacks by settlers with live ammunition against Palestinian vehicles travelling on roads near Al Mu'arrajat Center and East (both in Ramallah) and Jaba' between Nablus and Jenin, were also reported, causing damage to at least three vehicles.

In the southern West Bank, in two separate incidents on 8 and 9 October, dozens of armed settlers attacked Palestinian families in Al Ganoub herding community located near Sa'ir (Hebron) and another family in as Samu village (Hebron) and forced them to leave the area at gun point. Settlers also set fire to two residential tents and vandalized nine water tanks, and two solar systems. Subsequently, three families of 15 members, including five children, were displaced.

*Access restrictions*

The Israeli authorities have continued to impose multiple movement restrictions, including the closure of several checkpoints and the blocking of entrances to towns and cities across the West Bank. This has been done either by closing road gates or erecting earth mounds disconnecting cities and towns from the main roads in the West Bank for the third consecutive day.

Since 7 October, Israeli authorities continue to isolate Barta'a enclave communities, comprising of six communities, home to about 9,000 people, by closing the checkpoint and Barrier gates impeding their movement and access to services. All checkpoints segregating part of the Israeli-controlled area of Hebron (H2) from the rest of the city were closed for the fourth consecutive day, impeding the movement of 7,000 Palestinian residents, and preventing them from reaching essential services. Access of Palestinians to the Old City in Jerusalem, including the Al Aqsa Mosque, has been also restricted for the fourth consecutive day.

### Attacks on health care

WHO has documented 15 health attacks since 7 October in the West Bank, recorded in the WHO Surveillance System for Attacks on Health Care. Including 13 attacks involving obstruction to delivery of health care; five involving physical violence towards health teams; four involving detention of health staff and ambulances; and three involving militarized search of health assets.

Humanitarian needs across the OPT continue to rise, the response to which is impeded by a current lack of access.

# HUMANITARIAN NEEDS, RESPONSES & CONSTRAINTS

## Protection

**Priority Needs**

- Protection needs across Gaza continue to rise, the response to which is impeded by a current lack of access.

- Protective supplies and materials are lacking in shelters.

- NFIs and hygiene support for IDPs including dignity kits for women and girls.

- Psychological first aid for affected persons as well as frontline workers.

- Mental health and psychosocial support (MHPSS) for affected families.

- Increased levels of distress, fear, anxiety, insecurity, and panic attacks is expected, especially among children and women. Parents and children will require more MHPSS, especially regarding how to help children who suffer from fear and panic.

- 50,000 Dignity Kits for women and men.

- Cash assistance for the host community and protection cases, women, and families in Designated Emergency Shelters.

- Emergency referral pathways for gender-based violence (GBV).

- Enhance the infrastructure for remote services to respond to GBV through solving the electricity shortages and internet disruptions (by providing power banks, phones, tablets, etc.).

- Need to increase documentation of violations of International Human Rights Law and Humanitarian Law.

- Risk of death and injury posed by explosive ordnance or bombing. Substantial risk of ERW contamination.

Response to Date

- GBV remote services activated with already existing survivors. Services include Psychosocial Support (PSS) counselling, legal, case management, and family visitations and other remote services for 572 people.

- GBV Sub-Cluster is conducting outreach to shelters to check their emergency plans, any urgent needs and to put them on alert.

- Counting and procuring dignity kits: GBV partners have 650 dignity kits ready for distribution with at least 600 more being procured.

- PC in contact with UNRWA Protection team to ensure coordination for any needed back-up response, including providing services for women and girls inside the DES. Needs to be covered in host communities as well.

- Child Protection Area of Responsibility/MHPSS: Scaled up capacity of helplines and remote psychosocial support and referral to other services for children and their caregivers.

- Dissemination of ERW messages.

- Protection Cluster is continuing to closely monitor the situation, with OHCHR and cluster partners monitoring and documenting possible violations of international humanitarian law and international human rights law, and civilian fatalities.

- Protection cluster partners have initiated an emergency mass media campaign through various platforms, including social media and radio stations, to send Explosive Ordnance Risk Education (EORE) and Conflict Preparedness and Protection (CPP) messages to as wide a population as possible. The aim is to mitigate the risk of death and injury posed by explosive ordnance or bombing.

- Psychological first aid (PFA) services, provided remotely.

- Awareness campaigns about coping mechanisms in times of crises and emergencies

- Scaled up capacity of helplines and remote psychosocial support and referral to other services for children and their caregivers.

- Free telephone counselling

- MHPSS and CP partners continued their hotline services to provide remote MHPSS services and guidance.

- One partner in Gaza has been able to reach the following number of people with services: Psychological consultations (48); Social consultations (37); Legal advice (3); Psychological follow-up (36); Social follow-up (14); Legal follow-up (25); Support messages (325); Psychological first aid services (65); Awareness about coping mechanisms in times of crises and emergencies (168); Emotional and psychological support (211).

Key Constraints and Gaps

- Movement and access restrictions: Safety risks and hazards disrupt capacity of emergency responders to mobilize; concerns regarding movement restrictions for people with disabilities and elderly people.

- Information challenges: Lack of electricity/Internet hinders frontline workers to connect children with their parents during family visitation services; Limited access to basic emergency info (ambulances, police, and civil defense).

- Service cuts and closures/infrastructure damage: Closure of offices of service providers due to security concerns; Lack of infrastructure to provide remote GBV protection services; Power and Internet outages at service providers.

- Trauma and psychosocial distress on protection partners' frontline staff.

- Limited supplies of non-food items (NFIs), including number of available dignity kits (650).

## Shelter

**Priority Needs**

- According to the Ministry of Public Works and Housing (MoPWH), According to the Gaza Ministry of Public Works and Housing, a total of 1,009 housing units have been destroyed, 560 that were severely damaged and rendered uninhabitable, and another 12,630 sustained less damage.

- Overall, 263,934 people who had their homes destroyed or damaged and have left their homes due to protection concerns, have been internally displaced. Among the displaced, over 175,486 people took shelter in 88 UNRWA schools, some of which are designated emergency shelters.

- Urgent needs to provide services and basic SNFIs needs for the IDPs in the collective centers and provision of shelter support for the people in urban displacement.

- Provision of shelter cash assistance for IDPs (reintegration package and belongings loss compensation).

**Response to Date**

- 175,486 IDPs are hosted at 88 UNRWA schools.

- Shelter cluster partners are verifying the needs to distribute essential NFIs in coordination with the shelter cluster and MoSD.

**Key Constraints and Gaps**

- Movement restrictions particularly for people in urban areas.

- Lack of access to potential suppliers for shelter/NFIs and a shortage in the bedding sets in Gaza.

## Health

**Priority Needs**

- With the high number of casualties, there is an urgent need for trauma and emergency care following the trauma pathway and the caseload continues to increase.

- The electricity cuts are affecting hospitals that now rely on back-up generators.

- The number of primary healthcare facilities that are partially functioning has dropped to 50 per cent.

- Hospitals continue to see an unprecedented high influx of trauma patients. They are overstretched and healthcare workers overwhelmed by the caseload.

- There is an urgent need for medical disposable items which are in shortage.

- Demands for fuel to run ambulances and back-up generators in hospitals keep soaring.

- Movement restrictions across the West Bank and potential risk of settler attacks at junctions has disrupted mobile clinics, UNRWA and some MoH health facilities.

**Response to Date**

- Fifteen out of 22 UNRWA health centres across the Gaza strip have resumed providing primary healthcare services from 09:00 – 12:00 to patients with urgent referred appointments. Treatment is provided for non-communicable diseases and critical outpatient cases. Provision of health care services through the toll-free hotline continues.

- Partners who still have some prepositioned supplies continue to be released to hospitals in Gaza. Considering the caseload of casualties, the supplies that were prepositioned fall significantly short of what is needed.

- Some partners have started early rehabilitation and post-trauma services to the injured tailored to their specific needs.

- Surge staff remains present in the hospitals supporting case management

- Ambulances and emergency medical teams despite the risk continue to operate in increasingly more difficult terrain to provide the necessary pre-hospital care and referral of the injured.

**Key Constraints and Gaps**

- Insecurity and the massive infrastructure damage is hindering access to essential health care services for the population.

- Health attacks on ambulance services and health facilities remain a concern. Some hospitals have suffered some damage, this adds a burden on the remaining fully functional health facilities.

- Shortages of medical supplies impacting case management.

- Poor funding of humanitarian health response means there are limited resources that can be adequately reprogrammed to support the emergency response.

## Food Security

**Priority Needs**

- Priority is to provide crucial food assistance to the most vulnerable Palestinian families and to provide emergency food assistance to the IDPs already seeking shelter in UNRWA schools.

- UNRWA food operation remains on hold, disrupting the third distribution cycle for 112,759 families.

- Poultry and livestock sectors are at risk of collapsing due to the severe shortage of fodder, placing the livelihood of more than 1000 herders at risk, and the availability of meat and other fresh sources of protein -such as eggs, yogurt, and cheese- for the entire population of Gaza.

- Transportation of poultry from farms to markets has almost stopped completely due to companies or intermediaries declining to work due to the danger of transport trucks roaming at night, and therefore there is a fear that the chicken commodity will not be available in the markets.

- According to WFP monitoring assessment, there has been a significant decrease in food stocks, as a third of the shops in Gaza Strip suffer from shortage of commodities. About 50% of the shops in North Gaza and 50% of those in Rafah suffer from shortages. There is a significant decrease in wheat flour and eggs specifically at shops. Most

shops have an adequate stock of food commodities for approximately two weeks, around 36% of the respondents indicated that the current supply is sufficient for one week only.

- Five FSS partner contracted shops were destroyed during the escalation in Gaza.

- Access to agriculture: Strawberry and tomato farmers are at risk of losing their entire seasonal production due to access restrictions.

- Inaccessibility to olive trees could lead to losing olives and oil.

- Closure of Kerem Shalom crossing means that no fodder enters Gaza. This endangers the livestock and poultry sectors affecting the livelihoods of over 10,000 producers and the provision of animal protein to Gaza.

- Lack of access and electricity cuts will affect refrigeration, irrigation, incubation, and other machinery that will affect agriculture, poultry, cattle, fish, and other products. Some products have started spoiling already.

- Milk produced by dairy cattle cannot be marketed to dairy factories. It is expected that 35,000 litres of milk will be spoiled daily.

- Closure of the sea puts at risk more than 4,000 fisheries.

- In the West Bank, some villages reported the issue of food availability, fresh products like cheese yogurt and wheat flour, due to high demand, closures, and movement restrictions.

## Response to Date

- FSS partners are preparing to distribute ready-to-eat food rations to 100,000 IDPs in UNRWA shelters, as well as 100,000 people outside shelters with a cash-transfer value of $12.4 (USD) per person for one month.

- FSS partners are aiming to resume food assistance to 136,000 of the most vulnerable people with a cash-transfer value of $12,4 (USD) per-person for one month of those it had suspended earlier this year and provide an additional cash top-up to 205,000 people who received their October assistance.

- Market monitoring of food availability and prices has begun.

- UNRWA is replenishing stock of food Items for 150,000 IDPs which will be between 10 to 30 days.

- FSS partners started the daily distribution of fresh bread and canned food to 73, 538 displaced people in UNRWA's shelters using WFP's standby contracted bakeries.

- A FSS partner is planning to reach 805,000 with emergency food and cash assistance across Gaza and the West Bank.

- A FSS partner is launching an immediate cash assistance top-up to around 166,000 of those who have already received assistance this month.

- An FSS partner is currently in the process of purchasing an additional 120 metric ton of food from Egypt for the IDP emergency response.

- Currently, aa FSS partner is working to purchase food parcels for 300,000 people that are hosting displaced families outside shelters in Gaza

- Plans are made to distribute fresh bread to around 132,000 IDPs on October 10.

**Key Constraints and Gaps**

- The closure of Kerem Shalom, Erez and Allenby Commercial terminal poses challenges for the entry of food items into Gaza.

- The Rafah crossing has been shut to goods.

- The current stockpile of fodder should be sufficient for 10-12 days maximum, while 600 tons are needed daily to feed poultry and the livestock.

- The Ministry of Agriculture has reported considerable damage to agricultural lands and some poultry farms. However, it is impossible to carry out field assessments, so no estimation is available for shelter damages.

- Farmers cannot access their lands for daily agricultural practices (crop service, irrigation, harvesting).

- Lack of electricity and fuel causing food products to spoil.

- The delivery of food items to North Gaza is currently blocked.

## Education

**Priority Needs**

- All education facilities in the West Bank and Gaza are closed, affecting more than 1,400,000 children.

- 83 UNRWA schools (DES and non-DES) are being used for shelter and reports indicate that displaced families are taking shelter in at least 12 government schools (Not official DES).

- The mental wellbeing of students and school staff is negatively affected by the current situation in Gaza.

- The mental well-being of children and staff is severely affected.

**Response to Date**

- Provision of school-based PSS and recreational activities to at least 70,000 children and school staff as soon as the situation allows.

- Emergency rehabilitation for at least 20 damaged schools.

- Provision of emergency supplies and learning kits for 10,000 children in DES and 50,000 children in schools once they reopen.

- Provision of catch-up classes, especially to displaced children (at least 20,000 children).

**Key Constraints and Gaps**

- Insecurity and movement restriction is resulting in school closure and limited access of service providers to schools.

- Electricity cuts make online distance learning almost impossible.

## WASH

**Priority Needs**

- All solid waste collection and transfer to landfills remains on hold.

- Five of the WASH infrastructures and facilities have been affected in the north of Gaza and Gaza City, these facilities served over 500,000 people with water and sanitation services.

- Israel's decision to cut the water supply to Gaza via Mekorot water company by 100% has impacted over 610,000 people in Gaza. This will result in a severe shortage of drinkable water available to the population, inevitably affecting the water quality within the distribution network.

- Gaza's current electricity generation is less than 60 MW. This falls significantly short of the necessary power to sustain WASH services across the entire Gaza Strip. Four out of the five wastewater treatment plants have stopped working due to the lack of fuel which led to more than 120,000 m3/d of wastewater being disposed into the sea.

- Municipalities are urging residents to conserve water usage to maintain essential services, as they anticipate a drastic reduction of more than 50% in the coming days.

- There is an urgent need for an alternative power supply source. In the meantime, providing fuel (Emergency fuel of 20,000 litres/day) is needed to ensure WASH facilities in their continued operation.

- The chlorine supply for the water treatment plants, currently using the emergency supply, needs to be replenished.

- Spare parts for the water and sanitation facilities and infrastructure to be used as part of the emergency repair need to be replenished.

## Response to Date

- 70,000 litres of fuel were allocated for distribution among the WASH facilities experiencing power shortages.

- The operation of water wells in Jabalia, Khan Younis and Rafah is ongoing.

## Key Constraints and Gaps

- The access and distribution of materials and items necessary for the WASH facilities is not possible yet.

- Israel's decision to cut water supply to Gaza.

- The closure on the Gaza Strip poses challenges for the entry of WASH items.

Protection against sexual abuse and exploitation (PSEA) remains a cross-cutting priority for all clusters. The SAWA helpline, reachable at 121 and through WhatsApp at +972 59-4040121 (East Jerusalem at 1-800-500-121), operates 24/7. This toll-free number is widely disseminated across all areas of intervention to report cases of SEA and to facilitate emergency counseling and referrals for affected communities to access life-saving services. The PSEA Network is monitoring calls daily and will increase the number of counselors if necessary

# The Gaza Strip prior to the current escalation



# EXHIBIT
# D-6

🔗 https://www.cnn.com/2023/10/11/middleeast/gaza-power-plant-shuts-down-intl/index.html

✎ Ibrahim Dahman

# Gaza's sole power station stops working as fuel runs out, after Israel orders 'complete' blockade

See the devastation in Gaza after Israeli strikes

02:16 - Source: CNN

*Gaza CNN* —

Gaza's only power station has stopped working after the fuel needed for generating electricity ran out on Wednesday, Gaza officials said.

"Gaza is currently without power," the head of the Gaza power authority, Galal Ismail, told CNN.

The power plant's shutdown comes two days after the Israeli government said it would order a "complete siege" of the Palestinian enclave, closing off access to electricity, food, fuel and water in response to the surprise attack launched by Hamas on Israel that killed at least 1,200 people.

People in Gaza still use power generators for electricity, but with a blockade on all sides of the border, the fuel needed for generators to work is running out, Ismail said.

The Palestinian health ministry warned that hospitals are set to run out of fuel on Thursday, leading to "catastrophic" conditions.

Case 4:23-cv-05829-JSW   Document 19-11   Filed 11/16/23   Page 40 of 228

The Hamas-controlled coastal enclave has been hammered by Israeli airstrikes that have killed 1,055 people and wounded 5,184 others, according to the health ministry. The Israel Defense Forces (IDF) says it is targeting Hamas terrorists, but the dense population of Gaza – 2 million people living in 140 square miles – means that civilians are often caught in the crossfire.

The result has been a humanitarian crisis that has displaced more than 236,000 Gazans, according to the United Nations Office for Coordination of Humanitarian Affairs (OCHA). That number is expected to rise further.

At least 11 employees working with the UN's Relief and Works Agency (UNRWA) have been killed in Gaza airstrikes since Saturday, according to the agency.

"Citizens need protection," UN spokesman Stephane Dujarric said Wednesdau, adding "we want to see a humanitarian corridor."

Israel also seems to have removed some of its previous guardrails on its rules of engagement meant to protect civilians. Israeli Defense Minister Yoav Gallant said Tuesday that he had "released all restraints" on the IDF in their fight against Hamas.

Further Palestinian casualties are feared as Israel maintains its bombardment for a fifth day and the "complete siege" ordered by Gallant on Monday takes effect.

Dozens of Israeli fighter jets struck more than 70 targets in the Daraja Tuffah area of Gaza Wednesday, where the IDF claimed "a large number of terror attacks against Israel are directed." The IDF also said it had struck Hamas naval targets in Gaza early Wednesday, which it claimed were used to carry out attacks on the Israeli coastline.

The Palestinian Ministry of Interior Affairs said residential areas in the eastern part of Jabalia and the Qizan al-Najjar region of Khan Yunis had come under intense airstrikes, with attacks targeting civilians' homes and roads, resulting in "direct injuries among citizens," the ministry said.

OCHA said that imposition of sieges that endanger civilians by depriving them of essential goods "is prohibited under international humanitarian law."

"These risks (are) seriously compounding the already dire human rights and humanitarian situation in Gaza, including the capacity of medical facilities to operate, especially in light of the increasing number of injured people," spokesperson Ravina Shamdasani said Tuesday.

Cutting off the water supply to Gaza "affects over 610,000 people and will result in severe shortage of drinking water," UN OCHA's Jens Laerke added.

Destruction of infrastructure and streets by Israeli bombs is also hampering efforts by medical teams to reach victims, according to the UN.

Officials with the UN's Relief and Works Agency (UNRWA) said 11 of its employees had died as a result of airstrikes on Gaza and at least 14 of their facilities there have been damaged directly or indirectly.

The agency has been unable to bring any aid into Gaza since Saturday, according to UNRWA director of communications Juliette Touma.

Israel controls the movement of residents from Gaza into Israel through two crossings, Erez and Kerem Shalom, both of which have been shut.

The only border crossing between Gaza and Egypt was struck by Israeli warplanes Tuesday, the spokesperson for the Palestinian Interior Ministry Eyad al-Bozom said. The tightly controlled Rafah crossing is the only one available to Gazans looking to flee.

The IDF said it struck the Rafah area Tuesday, including an underground tunnel used for "smuggling weapons and equipment."

CNN's Eyad Kourdi, Amir Tal, Abeer Salman, Celine Alkhaldi and Helen Regan contributed to this report.

# EXHIBIT
# D-7

 Welcome to the United Nations                         Resource        English

                                                                                          

**Latest / Media Center**

PRESS RELEASES | SPECIAL PROCEDURES

# Israel/occupied Palestinian territory: UN experts deplore attacks on civilians, call for truce and urge international community to address root causes of violence

**12 October 2023**

**Share**

GENEVA (12 October 2023) – UN independent experts* today unequivocally condemned targeted and deadly violence directed at



civilians in Israel and violent and indiscriminate attacks against Palestinian civilians in Gaza and a further tightening of the unlawful blockade, which will have devastating impacts on the whole civilian population.

"We strongly condemn the horrific crimes committed by Hamas, the deliberate and widespread killing and hostage-taking of innocent civilians, including older persons and children. These actions constitute heinous violations of international law and international crimes, for which there must be urgent accountability," the experts said.

"We also strongly condemn Israel's indiscriminate military attacks against the already exhausted Palestinian people of Gaza, comprising over 2.3 million people, nearly half of whom are children. They have lived under unlawful blockade for 16 years, and already gone through five major brutal wars, which remain unaccounted for," they said.

"This amounts to collective punishment," the UN experts said. "There is no justification for violence that indiscriminately targets innocent civilians, whether by Hamas or Israeli forces. This is absolutely prohibited under international law and amounts to a war crime."

The experts also expressed concern about reports that journalists and media workers reporting on the conflict had been targeted, with seven Palestinian journalists and media workers reportedly killed in Israeli airstrikes.

At dawn on 7 October 2023, Palestinian armed groups from Gaza fired more than 5,000 rockets indiscriminately towards Israel, and breached the heavily fortified Gaza barrier to launch ground attacks in multiple locations in Israel. The attacks indiscriminately targeted both civilians and security forces. Hamas stated that its actions were taken in response to Israel's continuous violence against Palestinians in the occupied West Bank including east Jerusalem. More than 1,200 Israelis and foreign nationals, the majority of whom were civilians, were reportedly killed, and more than 3,000 wounded. Reports suggest that more than 100 Israelis

and foreign nationals, including children and older persons, and some known human rights defenders, have been taken hostage in Gaza by Hamas.

"Taking hostages in the context of hostilities constitutes a war crime. The civilians taken by Hamas must be immediately released, pending which their fate and whereabouts must be disclosed," the UN experts said.

As a result of the Israeli attacks against Gaza, by air, land and sea, at least 1,100 Palestinians have been killed, including older persons and 290 children, and more than 5,000 injured. The airstrikes appear to have targeted densely populated areas, including markets, two hospitals, destroyed residential buildings and damaged 20 United Nations Reliefs and Works Agency (UNRWA) facilities, including schools sheltering displaced civilians. As of 11 October, the UN estimated that at least 340,000 people have been displaced within Gaza, and nearly 218,600 people are sheltering in 92 UNRWA schools across the Gaza Strip.

"Indiscriminately killing civilians in the context of hostilities, with no regard for the principles of distinction, precaution and proportionality, is a war crime," the experts said.

They also stressed that indiscriminate rocket attacks, bombing of civilian infrastructure and shelling densely populated areas constitute grave breaches of international humanitarian law, whether committed by Palestinian armed groups or by Israeli Defence Forces.

On 9 October, the Israeli Defence Minister announced that authorities would completely cut essential supplies to Gaza, stating they are fighting "human animals." The Minister threatened to bomb those attempting to provide humanitarian aid to the Gaza Strip. On 9 and 10 October, Israel reportedly bombed the Rafah crossing at the Gaza-Egyptian border, disrupting movement in and out of Gaza, rendering the crossing closed and the enclave completely blockaded.

"Besides this appalling language that dehumanises the Palestinian people, especially those who have been unlawfully "imprisoned" in Gaza

for 16 years, we condemn the withholding of essential supplies such as food, water, electricity and medicines. Such actions will precipitate a severe humanitarian crisis in Gaza, where its population is now at inescapable risk of starvation. Intentional starvation is a crime against humanity," the experts said.

The experts reminded the international community of its responsibilities to address the root causes of the current conflict, including the 56-year-old occupation and the annexation pursued by Israel. They urged the international community to identify viable paths to prevent further violations of international law, human suffering, and bloodshed.

A peaceful solution is imperative in view of the dehumanising language that is increasingly being used against both Palestinians and Israelis, the experts said.

"As the civilian death toll from the violence mounts, we call for an immediate de-escalation of tensions in the region and an effective response by the international community premised upon international law and the protection of equal rights and dignity of all," they said.

In the **short term**, the experts urged:

1. An **immediate end to violations of international humanitarian law and human rights**, in particular the right to life. To this effect, support the investigation launched by the Commission of Inquiry on the Occupied Palestinian Territory, including East Jerusalem, and Israel, into all violations reported since 7 October, including unlawful deaths and enforced disappearances, and the investigation by the International Criminal Court;

2. The **agreement of a ceasefire**, to be monitored by an independent, international body;

3. The **release of hostages** taken by Hamas and Palestinians **arbitrarily detained** by Israel, particularly women, children, older persons, persons with disabilities and those who are gravely ill;

4. The establishment of an **international protective presence** in the occupied Palestinian territory;

5. The provision of all **necessary financial and humanitarian aid** and the creation of humanitarian corridors that allow people to leave Gaza and return as soon as the hostilities cease; and

6. The **dignity of the dead** from the latest violence be respected and that they are swiftly handed over to mourning relatives.

"Breaking the cycle of violence in Israel and the occupied Palestinian territory is paramount," the experts said. "Armed attacks and military responses have already proven incapable of leading to security and respect for human rights of all. Restoring international legality, accountability and respect for humanity and dignity of all must prevail, including an end to Israel's 56 years of military occupation."

ENDS

The experts: **Francesca Albanese, Special Rapporteur on the situation of human rights in the Palestinian Territory occupied since 1967**; Pedro Arrojo Agudo, **Special Rapporteur on the human rights to safe drinking water and sanitation**; Balakrishnan Rajagopal, **Special Rapporteur on the right to adequate housing**; Aua Baldé (Chair-Rapporteur), Gabriella Citroni (Vice-Chair), Angkhana Neelapaijit, Grażyna Baranowska, Ana Lorena Delgadillo Pérez, **Working Group on enforced or involuntary disappearances**; Reem Alsalem, **Special Rapporteur on violence against women and girls, its causes and consequences**; Mama Fatima Singhateh, **Special Rapporteur on the sale, sexual exploitation and sexual abuse of children**; Morris Tidball-Binz, **Special Rapporteur on extrajudicial, summary or arbitrary executions**; Ian Fry, **Special Rapporteur on the promotion and protection of Human Rights in the context of Climate Change**; Javaid Rehman, **Special Rapporteur on the situation of human rights in the Islamic Republic of Iran**; Siobhán Mullally, **Special Rapporteur on trafficking in persons, especially women and children**; Ashwini, K.P, **Special Rapporteur on contemporary forms of racism, racial**

**discrimination, xenophobia and related intolerance**; Tomoya Obokata, **Special Rapporteur on contemporary forms of slavery, including its causes and consequences**; Fernand de Varennes, **the Special Rapporteur on Minority issues**; Michael Fakhri, **Special Rapporteur on the right to food**; Irene Khan, **Special Rapporteur on the protection and promotion of freedom of opinion and expression**; Mary Lawlor, **Special Rapporteur on the situation of human rights defenders**; Dorothy Estrada Tanck (Chair), Ivana Radačić (Vice-chair), Elizabeth Broderick, Meskerem Geset Techane and Melissa Upreti, **Working Group on discrimination against women and girls**; Farida Shaheed, **Special Rapporteur on the right to education**; Mohamed Abdelsalam Babiker, **Special Rapporteur on the Situation of Human Rights in Eritrea; Clément Nyaletsossi Voule, Special Rapporteur on the rights to freedom of peaceful assembly and of association**; Attiya Waris, **Independent Expert on the effects of foreign debt and other related international financial obligations of States on the full enjoyment of all human rights, particularly economic, social and cultural rights**; Vitit Muntarbhorn, **Special Rapporteur on the situation of human rights in Cambodia**; Barbara G Reynolds (Chair), Bina D'Costa, Catherine S. Namakula, Dominique Day, Miriam Ekiudoko, **Working Group of Experts on People of African Descent**; Isha Dyfan, **Independent Expert on the situation of human rights in Somalia**; Alexandra Xanthaki, **Special Rapporteur in the field of cultural rights**; José Francisco Calí Tzay, **Special Rapporteur on the rights of Indigenous Peoples**; Richard Bennett, **Special Rapporteur on the situation of human rights in Afghanistan**; **Obiora C. Okafor, Independent Expert on human rights and international solidarity**; David Boyd, **Special Rapporteur on the issue of human rights obligations relating to the enjoyment of a safe, clean, healthy and sustainable environment**; Livingstone Sewanyana, **Independent Expert on the promotion of a democratic and equitable international order**; Alice Jill Edwards, **Special Rapporteur on Torture and other Cruel, Inhuman or Degrading Treatment or Punishment**; Muluka-Anne Miti-Drummond, **Independent Expert on the enjoyment of human rights by persons with albinism**; Ravindran Daniel (Chair-Rapporteur), Sorcha MacLeod, Chris Kwaja, Carlos Salazar Couto, **Working Group on the use of mercenaries**; Surya Deva, **Special**

**Rapporteur on the right to development**, and Ms. Paula Gaviria Betancur, **Special Rapporteur on the human rights of internally displaced persons**

*The Special Rapporteurs are part of what is known as the **Special Procedures** of the Human Rights Council. Special Procedures, the largest body of independent experts in the UN Human Rights system, is the general name of the Council's independent fact-finding and monitoring mechanisms that address either specific country situations or thematic issues in all parts of the world. Special Procedures experts work on a voluntary basis; they are not UN staff and do not receive a salary for their work. They are independent from any government or organisation and serve in their individual capacity.*

UN Human Rights, Country Pages: **Occupied Palestinian Territory** and **Israel**

For more information and **media requests**, please contact Junko Tadaki (+41 22 917 9298, **junko.tadaki@un.org**) or write to: **sr-hrc-opt@un.org**

For media inquiries related to other UN independent experts, please contact Maya Derouaz (**maya.derouaz@un.org**) and Dharisha Indraguptha (**dharisha.indraguptha@un.org**)

Follow news related to the UN's independent human rights experts on Twitter @UN_SPExperts

Concerned about the world we live in?
**Then STAND UP for someone's rights today**
#Standup4humanrights
and visit the web page at **http://www.standup4humanrights.org**

# EXHIBIT
# D-8



DONATE NOW

October 12, 2023 4:45PM EDT

Available In   English   العربية   Français   עברית   Bahasa Indonesia

# Questions and Answers on Israel's Use of White Phosphorus in Gaza and Lebanon

 



Human Rights Watch has determined based on verified video and witness accounts that Israeli forces used white phosphorus in military operations in Lebanon and Gaza on October 10 and 11, 2023, respectively. The videos show multiple airbursts of artillery-fired white phosphorus over the Gaza City port and two rural locations along the Israel-Lebanon border.

White phosphorus, which can be used as a smokescreen or a weapon, has the potential to cause civilian harm due to the severe burns it causes and its lingering long-term effects on survivors. Its use in densely populated areas of Gaza violates the requirement under international humanitarian law that parties to the conflict take all feasible precautions to avoid civilian injury and loss of life. It also

highlights the need to reexamine the status and adequacy of Protocol III of the Convention on Conventional Weapons (CCW), currently the only international law dedicated to governing incendiary weapons.

1. What is white phosphorus?

2. How is white phosphorus used?

3. What harm does white phosphorus cause?

4. What is the status of white phosphorus under international law?

5. What has been Israel's past policy and practice regarding white phosphorus?

1. **What is white phosphorus?**

White phosphorus is a chemical substance, dispersed in artillery shells, bombs, and rockets, that ignites when exposed to oxygen. The chemical reaction creates intense 815-degree Celsius heat. It produces light and a thick smoke used for military purposes, but also inflicts horrific injuries when the phosphorus comes in contact with people. It is not considered a chemical weapon because it operates primarily by heat and flame rather than toxicity. White phosphorus can be delivered via felt wedges soaked in phosphorus and emits a distinct "garlic" smell.

2. **How is white phosphorus used?**

White phosphorus is used primarily to obscure military operations on the ground. It can create a smokescreen at night or during the day to mask the visual movement of troops. It also interferes with infrared optics and weapon tracking systems, thus protecting military forces from guided weapons such as anti-tank missiles.

When airburst, white phosphorus covers a larger area than when groundburst and is useful to mask large troop movements. In so doing, however, it spreads the incendiary effects over a wider area, and in densely populated areas like Gaza it increases the risks to civilians. When the weapon is groundburst, the danger zone is more concentrated, and the smokescreen remains for longer. The cloud from white phosphorus is dependent on atmospheric



conditions, so it is not possible to
generalize how long it will remain in the air.

Airbursts of artillery-fired white phosphorus fall over the Gaza city port, October 11, 2023.  © 2023 Mohammed Adeb/AFP via Getty Images

White phosphorus can also be used as an
incendiary weapon. US forces used white phosphorus during the second battle of Fallujah in Iraq in 2004 to "smoke out" concealed combatants, who were then attacked.

### 3. What harm does white phosphorus cause?

White phosphorus causes severe burns, often down to the bone, that are slow to heal and likely to develop infections. If not all fragments of white phosphorus are removed, they can exacerbate wounds after treatment and reignite when exposed to oxygen. White phosphorus burns on only 10 percent of a human body are often fatal. It can also cause respiratory damage and organ failure.

Those who survive their initial injuries often experience a lifetime of suffering. Contractures—the permanent tightening of muscles and other tissue—impede mobility, while the trauma of the initial attack, painful treatments, and appearance-changing scars lead to psychological harm and social exclusion.

The fires caused by white phosphorus can also destroy civilian structures and property, damage crops, and kill livestock. Furthermore, inadequate resources available to medical providers in armed conflict settings exacerbate the already challenging process of treating serious burns.

### 4. What is the status of white phosphorus under international law?

When used as a weapon, munitions with white phosphorus are considered incendiary weapons. Although incendiary weapons are not explicitly banned by international humanitarian law, customary international humanitarian law requires states to take all feasible precautions to avoid the harm to civilians caused by those weapons.

In addition, incendiary weapons are governed by Protocol III to the CCW. Palestine and Lebanon have joined Protocol III, while Israel has not ratified the protocol. Protocol III prohibits the use of airdropped incendiary weapons in "concentrations of civilians," but it has two significant loopholes.

First, it restricts some but not all use of ground-launched incendiary weapons where there are concentrations of civilians, which would encompass white phosphorus artillery strikes in Gaza. Second, the protocol's definition of incendiary weapons covers weapons that are "primarily designed" to set fires and burn people and thus arguably excludes multipurpose munitions, such as those containing white phosphorus if they are being used as smokescreens, even if they cause the same incendiary

effects. Human Rights Watch and many CCW states parties have recommended closing that loophole and strengthening the restriction on the use of ground-launched incendiary weapons.

Human Rights Watch endorses the widely supported call for CCW states parties to agree at their November 2023 meeting to set aside time for dedicated discussions of the status and adequacy of Protocol III.

5. **What has been Israel's past policy and practice regarding white phosphorus?**

From December 27, 2008, to January 18, 2009, during Operation Cast Lead, the Israeli military fired approximately 200 ground-launched white phosphorus munitions into populated areas of Gaza. Israeli forces relied particularly on 155mm M825E1 artillery projectiles, which send burning phosphorus wedges 125 meters in all directions, giving them a broad area effect. Israel's Ministry of Foreign Affairs stated that the Israeli military used the shells only to create smokescreens. Whatever their ostensible purpose, however, Human Rights Watch found dozens of civilian casualties in the six incidents it documented. The white phosphorus shells also damaged civilian structures, including a school, a market, a humanitarian aid warehouse, and a hospital.

The attacks generated international and domestic outrage. In 2013, in response to a petition before Israel's High Court of Justice regarding the Gaza attacks, the Israeli military claimed that it would no longer use white phosphorus in populated areas except in two narrow situations that it revealed only to the justices. In the court's ruling, Justice Edna Arbel explained that the conditions would "render use of white phosphorous an extreme exception in highly particular circumstances." Although this pledge to the court did not represent an official change in policy, Justice Arbel called on the Israeli military to conduct a "thorough and comprehensive examination" and adopt a permanent military directive.

Also in 2013, the Israeli armed forces announced it was developing new smoke shells without white phosphorus. It stated it reserved the right to use and stockpile its white phosphorus munitions until it had sufficient alternatives, but explained that "[d]epending on the outcome of this development process, the new shells are intended to gradually replace the current smoke shells as the primary means employed by the IDF [Israel Defense Forces] for screening purposes."

# EXHIBIT D-9





← **Post**



**Israeli Air Force** ✔
@IAFsite

**Follow**  •••

Dozens of fighter jets and helicopters attacked a series of terrorist targets of the Hamas terrorist organization throughout the Gaza Strip. So far, the IAF has dropped about 6,000 bombs against Hamas targets.



11:03 AM · Oct 12, 2023 · **20.7M** Views

**3,887** Reposts   **5,976** Quotes   **17.8K** Likes   **1,767** Bookmarks

💬   ⟲   ♡   🔖 1.7K   ⬆

**Don't miss what's happening**
People on X are the first to know.

Log in   Sign up

# EXHIBIT
# D-10

# Today's top news: Occupied Palestinian Territory, Afghanistan

## Occupied Palestinian Territory

Mass displacement continues across Gaza. More 338,000 people are now displaced – this is an increase of 30 per cent since yesterday. More than 218,000 displaced people are sheltering in United Nations Relief and Works Agency for Palestine Refugees in the Near East (UNRWA) schools.

In Gaza, more than 2,500 housing units have been destroyed or severely damaged and rendered uninhabitable, and while another nearly 23,000 have sustained moderate to minor damage.

At least 88 education facilities have been struck, including 18 UNRWA schools, two of which were used as emergency shelters for displaced, as well as 70 Palestinian Authority schools. This means that for the sixth consecutive day, more than 600,000 children have had no access to education at a safe place in Gaza.

Gaza's sole power plant ran out of fuel and has stopped functioning, leaving the Strip in a blackout.

Since the start of hostilities, seven significant water and sewage facilities serving more than one million people were hit by airstrikes and have been severely damaged. In some areas, sewage and solid waste are now accumulating in the streets, posing a health hazard.

Half of the bakeries have less than a week's supply of wheat flour, while 70 percent of shops report significantly decreased food stocks.

Humanitarian agencies continue to face major constraints in providing humanitarian assistance. The insecurity is preventing safe access to impacted areas and warehouses. Despite the challenging conditions, humanitarian workers have provided some assistance, including the distribution of fresh bread to 137,000 displaced people, the delivery of 70,000 litres of fuel to water and sanitation facilities, and the activation of psychosocial support helplines.

Yesterday, the Under-Secretary-General for Humanitarian Affairs, Martin Griffiths, allocated(https://x.com/UNReliefChief/status/1712238976377995318?s=20) US$9 million from the Central Emergency Response Fund(https://cerf.un.org/) to urgently respond to relief efforts.

## Afghanistan

We are continuing to assess the impact of the earthquake that hit the country yesterday.

As of yesterday, 1 person had been killed and an estimated 140 were injured by the second earthquake. Already, 17,000 people had been directly affected by first earthquake.

Damaged housing, plus the fear of returning home due to persistent aftershocks, have resulted in the several informal sites having sprouted across Herat City.

The response continues and our international colleagues are working with local partners to support affected communities.

The International Organization for Migration (IOM) distributed humanitarian aid to 930 families in the affected area and in sites in Herat city hosting families who have been displaced by the disaster. This includes shelter assistance to more than 700 families whose homes were completely destroyed by the earthquakes.   IOM also provided four ambulances to the regional hospital in Herat City to transport injured people to the provincial hospital.

The UN Refugee Agency (UNHCR) distributed solar lamps and hygiene kits, among other critical supplies, and is working to ensure that people with disabilities, older people and households headed by women receive support tailored to them. UNHCR says plans are under way to deliver psychosocial support to help people affected by the earthquake overcome the trauma.

For its part, UNICEF distributed more than 500 blankets and tents for temporary health care, while the World Food Programme has dispatched more than 81 tons of food.

Posted on 12 October 2023

# EXHIBIT
# D-11



/ **HUFFPOST SHOPPING'S BEST FINDS** /

**The Inexpensive Kitchen Tool That Saved My Family's Enormous Holiday Dinner**

**25 Pieces Of Clothing You Won't Regret Buying Once It's Freezing Out**

**28 Cheap Fall Dresses That Look Cozy All Season**

>

Ad removed.  Details

POLITICS   ISRAEL   GAZA   HAMAS

# Israeli President Suggests That Civilians In Gaza Are Legitimate Targets

"It is an entire nation out there that is responsible," Isaac Herzog said as Israel ordered 1.1 million Palestinians to evacuate their homes.

**By Paul Blumenthal**

Oct 13, 2023, 11:43 AM EDT
**Updated** Oct 16, 2023

  



Israeli Defense Minister Yoav Gallant ordered a "complete siege" on the Gaza Strip

As Israel engages in a massive air campaign ahead of an anticipated full-scale ground invasion of the Gaza Strip, Israeli President Isaac Herzog said on Friday that all citizens of Gaza are responsible for the attack Hamas perpetrated in Israel last weekend that left over 1,200 people dead.

"It is an entire nation out there that is responsible," Herzog said at a press conference on Friday. "It is not true this rhetoric about civilians not being aware, not involved. It's absolutely not true. They could have risen up. They could have fought against that evil regime which took over Gaza in a coup d'etat."

ADVERTISEMENT





**Dash Wingtip Oxford**

Florsheim - Sponsored

SHOP

When a reporter asked Herzog to clarify whether he meant to say that since Gazans did not remove Hamas from power "that makes them, by implication, legitimate targets," the Israeli president claimed, "No, I didn't say that."

But he then stated: "When you have a missile in your goddamn kitchen and you want to shoot it at me, am I allowed to defend myself?"

At another point in the press conference, Herzog presented a different perspective, saying, "Of course there are many, many innocent Palestinians who don't agree to this — but unfortunately in their homes, there are missiles shooting at us, at my children."

Herzog's comments follow Israel's announcement that it had directed the 1.1 million residents of northern Gaza to evacuate, likely ahead of a ground invasion. Israel dropped thousands of flyers over northern Gaza and left voice messages on Friday directing people to leave their homes and flee south.

Human rights groups and the United Nations denounced the evacuation order.

"The United Nations considers it impossible for such a movement to take place without devastating humanitarian consequences," Stéphane Dujarric, spokesman for the UN secretary-general, said in a statement. "The United Nations strongly appeals for any such order, if confirmed, to be rescinded avoiding what could transform what is already a tragedy into a calamitous situation."

"Ordering a million people in Gaza to evacuate, when there's no safe place to go, is not an effective warning," Clive Baldwin, senior legal advisor to Human Rights Watch, said in a statement. "World leaders should speak up now before it is too late," he added.

Fabrizio Carboni, the Near and Middle East regional director for the International Committee of the Red Cross, said in a statement that both the collective punishment of civilians by Israel and taking of hostages by Hamas are violations of international humanitarian law.



Israeli President Isaac Herzog (right) said "an entire nation out there that is responsible" for Hamas' Oct. 7 attack on Israel. Secretary of State Anthony Blinken (left)met with Herzog on Oct. 12.  JACQUELYN MARTIN VIA GETTY IMAGES

"We are now in contact with Hamas and Israeli officials as part of efforts on this issue," Carboni said in a statement. "As a neutral intermediary we stand ready to conduct humanitarian visits; facilitate communication between hostages and family members; and to facilitate any eventual release."

ADVERTISEMENT



In addition, a small handful of Democratic Party politicians denounced both Israel's order to evacuate northern Gaza and Herzog's statement of support for collective punishment.

"The mass expulsion of over 1 million people in a day is ethnic cleansing," Rep. Ilhan Omar (D-Minn.) said on social media.

"I get [Herzog] wanting to go after Hamas," Rep. Mark Pocan (D-Wis.) said on social media. "But international standards must apply, protection of innocents must be respected, and unrealistic demands like moving 1.1 million people in 24 hours is ridiculous. Israel will lose public support & hurt innocent people."

The Biden administration has refused any effort to criticize Israeli military actions. Which House officials denounced calls for de-escalation, calling some lawmakers' comments "repugnant."

The Israeli Defense Forces said on Thursday that it has already dropped more than 6,000 bombs on Gaza, an area twice the size of Washington, D.C., with a population of 2.2 million, half of whom are children. The bombing campaign has killed more than 1,500 people, including 500 children, and wounded more than 6,000 people so far, according to the Gaza Ministry of Health.

ADVERTISEMENT

Israel also cut off all access to electricity and water in Gaza. The sole power plant in Gaza ran out of fuel on Oct. 11, leaving hospitals to run on backup generators.

So far, more than 400,000 Palestinians have been displaced inside Gaza, according to the UN. But there is nowhere to go. The only border crossing to Egypt is closed. Israel has bombed it repeatedly since the beginning of the war and Egypt refuses to admit refugees.

Herzog's comments in support of collective punishment follow a string of dehumanizing statements from Israeli leaders following the massacre of civilians by Hamas.

"We are fighting human animals and we act accordingly," Defense Minister Yoav Gallant said on Oct. 9, two days after the attack.

"Human animals must be treated as such," IDF Maj. Gen. Ghassan Alian said on Oct. 10. "There will be no electricity and no water [in Gaza], there will only be destruction. You wanted hell, you will get hell."

ADVERTISEMENT



*This story and headline have been updated to reflect an additional quote from Herzog.*

## RELATED

ISRAEL    GAZA    HAMAS

**Paul Blumenthal**
Senior Reporter, HuffPost

Suggest a correction

Do you have info to share with HuffPost reporters? Here's how.

‹ GO TO HOMEPAGE

# POPULAR IN THE COMMUNITY

# EXHIBIT
# D-12




← **Post**

 ישראל כ"ץ Israel Katz ✔                    **Follow**   •••
@Israel_katz

Indeed, Madam Congresswoman.

We have to draw a line.

We will Not tolerate murdering children and burning families.

The line has been crossed. We will fight the terrorist organization Hamas and destroy it. All the civilian population in gaza is ordered to leave immediately.

We will win. They will not receive a drop of water or a single battery until they leave the world.
@AOC

>  **Alexandria Ocasio-Cortez** ✔  @AOC · Oct 12
> This is collective punishment and a violation of international law.
>
> We cannot starve nearly a million children to death over the horrific actions of Hamas, whose disregard for Israeli, Palestinian, and human life overall could not be more clear....
> Show more

🖉 Last edited 1:01 PM · Oct 13, 2023 · **68.6K** Views

**78** Reposts   **30** Quotes   **425** Likes   **10** Bookmarks

💬              ⟲              ♡              🔖 10              ⬆

**Don't miss what's happening**
People on X are the first to know.                    Log in    Sign up

# EXHIBIT
# D -13



# THE QUESTION OF PALESTINE

| HOME | KEY TOPICS | THE COMMITTEE | EVENTS | DOCUMENT DATABASE |

CIVIL SOCIETY    UN SYSTEM    RESOLUTIONS    FAQ    SEARCH

HISTORICAL TIMELINE

## Israel must rescind evacuation order for northern Gaza and comply with international law: UN expert

GENEVA (13 October 2023) – A UN expert today demanded that Israel immediately rescind its order for 1.1 million Palestinians to leave northern Gaza within 24 hours, condemning the evacuation order as a crime against humanity and a blatant violation of international humanitarian law.

"Forcible population transfers constitute a crime against humanity, and collective punishment is prohibited under international humanitarian law," said Paula Gaviria Betancur, Special Rapporteur on the human rights of internally displaced persons.

"We are horrified at the prospect of an additional 1 million Palestinians joining the over 423,000 people already forcibly driven from their homes by the violence over the past week," she said.

"It is inconceivable that more than half of Gaza's population could traverse an active war zone, without devastating humanitarian consequences, particularly while deprived of essential supplies and basic services," said Gaviria Betancur.

Shortly before midnight, the Israeli military informed the United Nations that the entire population of Gaza, north of Wadi Gaza, should relocate to southern Gaza within 24 hours, including UN staff and those sheltered in UN facilities.

"The humanitarian system in Gaza is already at breaking point. Gaza's infrastructure has been devastated by indiscriminate bombardments from air, land and sea, and those currently displaced have nowhere to go," the expert said.



"Tripling the displaced population overnight will decimate and permanently alter the civilian population of Gaza," she warned.

The Special Rapporteur said that humanitarian actors in Gaza were facing an overwhelming rise in needs against a backdrop of attacks on healthcare facilities and health workers, threats against humanitarian workers, and a draconian siege that has cut off access to water, fuel, medicine, electricity, communications, and essential humanitarian supplies.

"More than two-thirds of internally displaced persons are sheltering in UNRWA schools which are not fit for this purpose, and have themselves been bombarded. Over 1,400 Palestinians have been killed and more than

6,000 have been injured since 7 October, leaving hospitals overwhelmed," she said.

"Because there is no conceivable way for hospitals to evacuate the most serious cases, the WHO has called the evacuation order an effective 'death sentence' for the sick," added Gaviria Betancur added.

Recalling the earlier statement from a group of UN experts, she urged Israel to adhere to international law.

"I would like to remind Israel that observance of international law is compulsory, not optional, during any conflict," the expert said.

"To that end, I call for the strict respect of international humanitarian law and its provisions, including unrestricted humanitarian access to those in need, the cessation of indiscriminate attacks against civilians, and an end to forced displacement of populations and blockade," she said.

ENDS

Ms. Paula Gaviria Betancur is the Special Rapporteur on the human rights of internally displaced persons

The Special Rapporteurs are part of what are known as the Special Procedures of the Human Rights Council. Special Procedures, the largest body of independent experts in the UN Human Rights system, is the general name of the Council's independent fact-finding and monitoring mechanisms that address either specific country situations or thematic issues in all parts of the world. Special Procedures experts work on a voluntary basis; they are not UN staff and do not receive a salary for their work. They are independent from any government or organization and serve in their individual capacity.

**Document Type:** Press Release
**Document Sources:** Special Rapporteur on the human rights of internally displaced persons
**Subject:** Armed conflict, Gaza Strip, Internally displaced persons
**Publication Date:** 13/10/2023
**URL source:** https://www.ohchr.org/en/press-releases/2023/10/israel-must-rescind-evacuation-order-northern-gaza-and-comply-international



Share This Page, Choose Your Platform!



# EXHIBIT
# D-14

**oPt(/country/pse)** + 1 more

# Hostilities in the Gaza Strip and Israel | Flash Update #6

Situation Report

**Source:** OCHA(/organization/ocha)

**Posted:** 13 Oct 2023

**Originally published:** 12 Oct 2023

**Origin:** View original



**Download Report**

(PDF | 1.26 MB)
(/attachments/1944335d-c3c6-4
487-be04-3e14d3faa3a9/Hostiliti
es%20in%20the%20Gaza%20Stri
p%20and%20Israe...pdf)

**KEY POINTS**

- Israeli bombardments from the air, sea, and land have continued and intensified across the Gaza Strip for
  the sixth consecutive day. According to the Ministry of Health in Gaza, between 18:30 yesterday and
  14:00 today, 317 Palestinians were killed and 929 others injured. In total, 1,417 have been killed and 6,268
  injured in Gaza since 7 October. Human rights organizations have expressed concerns about incidents
  where civilians and civilian objects appear to have been directly targeted by Israeli airstrikes

- Palestinian armed groups in Gaza continued their indiscriminate rocket firing towards Israeli population centres, albeit with lesser intensity than in previous days. As a result, since yesterday noon, two people were killed in the southern Israel and several others were severely injured. According to Israeli official sources, at least 1,300 Israelis and foreign nationals have been killed in Israel since 7 October and at least 3,391 have been injured, the vast majority during the initial attack carried out by Palestinian armed groups

- Mass displacement continues. In the Gaza Strip, the cumulative number of internally displaced persons (IDPs) increased by 25 percent over the past 24 hours, now exceeding 423,000 of whom over two thirds are taking shelter in UNRWA schools.

- Mass displacement in southern Israel has primarily occurred in the immediate vicinity to Gaza, where dozens of small communities have been fully evacuated. The Israeli authorities have been responding to the needs of these IDPs (this Flash Update focuses on the humanitarian needs in Gaza and the West Bank).

- Since yesterday at 14:00 Gaza has been undergoing a full electricity blackout, which has brought essential health, water and sanitation services to the brink of collapse, and exacerbated food insecurity. This followed Israel's halt of its electricity and fuel supply to Gaza on 8 October, which in turn triggered the shutdown of Gaza's sole power plant yesterday, after it depleted its fuel reserves. Secretary-General António Guterres stressed yesterday that "crucial life-saving supplies, including fuel, food and water, must be allowed into Gaza"

- Between 100 and 150 Israelis, including soldiers and civilians, some of whom are women and children, as well as some foreign nationals, have been captured and forcibly taken into Gaza. The Secretary-General called yesterday for the "immediate release of all Israeli hostages". Hostage-taking is forbidden under International Humanitarian Law.

- Settler attacks, alongside confrontations between Palestinians and Israeli forces, continued across the West Bank, including East Jerusalem, resulting in the killing of eight Palestinians, including two children, since yesterday noon

**UN Office for the Coordination of Humanitarian Affairs:**

To learn more about OCHA's activities, please visit https://www.unocha.org/.

---

**Primary country:**

occupied Palestinian territory(/country/pse)

**Other country:**

Israel(/country/isr)

**Source:**

UN Office for the Coordination of Humanitarian Affairs(/organization/ocha)

**Format:**

# EXHIBIT
# D-15

**Weather Warning** (Red)  ✕

# Death toll rises, chaos reigns as invasion of Gaza inevitable

Updated / Saturday, 14 Oct 2023 13:59



Palestinian women and children flee in the aftermath of an Israeli air strike in Rafah in southern Gaza

As rockets are intercepted in the skies over Tel Aviv several times a day, a steady stream of refugees fills the city's hotels. They've fled, they tell us, even greater danger in the Israeli towns and villages near Gaza.

The death toll in Gaza rises and chaos reigns as the hours count down to the now inevitable Israeli invasion.

Israel intends to prosecute its latest war with the militant group Hamas to the bitter end, irrespective of international condemnation.

In southern Israel this week, Defence Minister Yoav Gallant gave an insight into his government's thinking: "Gaza won't return to what it was before. We will eliminate everything."

He was addressing Israeli soldiers who'd retaken Kibbutz Be-eri from Hamas, where dozens of residents were killed last weekend and others were taken hostage.

As Hamas fighters shot people in the streets and set fire to homes, a mothers' WhatsApp group at the Kibbutz sent desperate messages to each other.

The BBC reported how one message read: "We have a terrorist on the stairs, Call someone." Help didn't come for hours.

The Israeli determination to not just avenge what happened, but to ensure it never happens again, is the driver for the fearsome government rhetoric.

Israeli Prime Minister Benjamin Netanyahu said last night in a television address that Hamas would be destroyed, no matter how long it takes.

He declared: "This is just the beginning... our enemies have only begun paying the price and I will not say more. This is just the beginning."

Yet the prime minister's capacity to prosecute such a long war is in doubt.

An opinion poll this week suggested that only 29% of Israelis believe he's still qualified to be prime minister given that more than 1,300 Israelis were killed, and 3,000 were injured, in the surprise attack by Hamas last weekend.

Mr Netanyahu was also criticised last night for making his brief television address at the beginning of the sabbath - an unusual occurrence.

Opposition leader Yair Lapid denounced Mr Netanyahu saying: "How can Israel's prime minister send an entire nation into a frenzy... only to then say nothing on the hostages, the north, the evacuations."

---

**Read more:**
Thousands on move in Gaza ahead of expected incursion
Live: Updates as they happen
Watch: The Israel–Palestine conflict - a brief history

---



A Palestinian man inspects the damage to a building after Israeli strikes in Khan Yunis in southern Gaza

What's not in doubt is that Israel is about to launch a ground offensive inside Gaza, which Defence Minister Gallant declared could last weeks, if not months.

The Jerusalem Post is reporting that the Israeli Defence Forces will be augmented by an astonishing 360,000 reservists.

The first step has been relentless air strikes across Gaza for the past week, which have cost more than 1,900 Palestinian lives and obliterated residential tower blocks.

Before Israeli troops and reservists cross into Gaza en masse, security experts predict that the air strikes will intensify even further.

The Israeli intent to defy international opinion has been exemplified by its extraordinary demand that more than one million Palestinians leave their homes in northern Gaza within 24 hours.

UN Secretary General António Guterres said moving one million people across a war zone would be extremely hazardous, if not impossible.

The very idea of forcing a million people from their homes, and closing hospitals, was denounced by the World Health Organization.

The International Committee of the Red Cross said it was contrary to international humanitarian law.

The condemnation, however, hasn't resulted in Israel deviating from its path.

Similar condemnation for imposing a blockade this week on energy, food, water, and medical supplies entering Gaza was also ignored.

Israel may have briefly extended its deadline for civilians to evacuate northern Gaza but the central aim remains the same - to destroy Hamas.

The Israeli Defence Forces claimed today that Gaza City is the location of most of the Hamas commanders and that's why it must be taken.

The corollary is that civilians must move south of the Gaza river to be "safer" because the IDF is going to "enhance our significant military operations" in that zone.

A spokesman said the IDF were "advertising our intensions in advance" because they want "civilians not to be affected by the war... they are not our enemy."

With more than two million people living in an area measuring just 365sq.km, many more civilians will almost certainly be killed.

Health authorities in Gaza say that more than 1,900 Palestinians have already been killed over the past week in Israeli airstrikes.

This death toll will undoubtedly spiral when the land invasion rolls into Gaza in the coming hours.

# News Headlines

The latest headlines from the RTÉ Newsroom - straight to your inbox.

**Sign Me Up →**



A ...ted from RTE.ie

# EXHIBIT
# D-16

**Gaza**

# Gaza civilians afraid to leave home after bombing of 'safe routes'

**Analysis of aerial photos and social media posts confirms attack on road identified as safe by Israeli army**

⬤ **Israel and Hamas at war – live updates**



🎥 Footage shows moments after airstrike hit civilian convoy fleeing northern Gaza – video

**Bethan McKernan** *and* **Sufian Taha** *in Jerusalem*

Sun 15 Oct 2023 05.04 EDT

A convoy of vehicles carrying fleeing civilians in Gaza that was hit by a deadly airstrike was travelling on one of the two roads identified by the Israeli army as "safe routes" to the southern half of the strip, according to analysis.

The Friday afternoon bombing in Gaza City, which killed a reported 70 people, including children, occurred on Salah-al-Din Road, a main thoroughfare in the overcrowded territory, home to a trapped population of 2.3 million people.

The Forensic Architecture investigative unit at the Palestinian human rights organisation Al-Haq used aerial photos and social media posts to geolocate the site of the strike, sharing its findings with the Guardian. The BBC's Verify unit came to the same conclusion.

The warring parties blamed each other for the attack. Hamas, the militant group in control of the Gaza Strip, said it had been carried out by Israel. In a briefing on Sunday, the Israel Defence Forces (IDF) denied Israeli munitions had hit the convoy.

Video and pictures of the aftermath of the attack show 12 dead bodies, most of whom are women and children, the youngest about two years old, and several damaged vehicles.

**Evacuation of northern Gaza**



Guardian graphic. Source: IDF, OpenStreetMap

The Palestinian health ministry said 70 people were killed on the road, which was filled with traffic as Palestinians tried to adhere to Israeli orders given early on Friday to evacuate the northern half of Gaza.

Shadows and the position of the sun suggest the attack on the civilian convoy occurred at about 5.30pm. At 6.03pm, in social media posts, the IDF identified the exact same road in an infographic as the safe route to follow the Israeli evacuation directive for about half of the strip's population to travel south of the Gaza River, which is just south of Gaza City.

Conflicting timeframes for safe passage communicated by the IDF, and the bombing of Salah al-Din Road, a supposedly safe route, have led many people still in northern Gaza to conclude it is not safe to leave their homes.

The IDF declined to comment on the specifics of the incident on Friday. It said: "The IDF follows international law and takes feasible precautions to mitigate civilian harm, including specific actions taken yesterday and today to urge civilians to relocate towards southern Gaza."



People rushed to hospital after Israeli airstrike hits convoy of people fleeing Gaza – video

Israel has also blamed Hamas, the militant group that controls the strip, for preventing the population from leaving: the militants have urged residents to "hold on to your homes and land".

Hazem al-Enezi, the director of the Mubarrat Al Rehma orphanage in central Gaza City, said he could not move the children he looks after even if it were safe to do so. "We have 27 kids living here, nine of them are under 10. Normally we have 25 staff, but it is only me and one other care worker right now because of the situation," he said when reached by phone.



Girls at the Mubarrat Al Rehma orphanage in central Gaza City. Photograph: Hazem al-Enezi

"You have to understand, several of our children have physical disabilities and special needs, they are already scared and traumatised. There is no safe passage and no safe place for them anywhere in Gaza."

Salah al-Din Road and the strip's coastal highway have both since been identified by the IDF as safe routes for people to move to locations south of the river. The message was passed on in more social media posts, text messages sent to people in Gaza, and pamphlets dropped across the strip by air early on Saturday. The UN has warned that the order to flee en masse is impossible to carry out quickly.

It is not known, however, how many people have received the messages, as electricity has been cut and communication lines have been shaky since Israel began bombing the strip on Saturday in response to massacres committed by Hamas, the militant group in control of the territory, in southern Israel last weekend. The attacks killed 1,300 people. In Gaza, more than 2,200 people have been killed in the most intense airstrikes Israel has ever launched on the territory since Hamas seized control in 2007.

The unprecedented evacuation directive is almost certainly a prelude to a full-scale ground invasion by Israeli forces designed to root out Hamas. The airstrikes have already caused a humanitarian catastrophe, and more bloodshed on both sides is likely after the imminent ground invasion.

The Rafah crossing into Egypt was supposed to open for foreign and dual nationals to leave the strip on Saturday afternoon, but by sundown remained shut.

Article count **off**

I hope you appreciated this article. Before you move on, I was hoping you would consider taking the step of supporting the Guardian's journalism.

From Elon Musk to Rupert Murdoch, a small number of billionaire owners have a powerful hold on so much of the information that reaches the public about what's happening in the world. The Guardian is different. We have no billionaire owner or shareholders to consider. Our journalism is produced to serve the public interest - not profit motives.

And we avoid the trap that befalls much US media - the tendency, born of a desire to please all sides, to engage in false equivalence in the name of neutrality. While fairness guides everything we do, we know there is a right and a wrong position in the fight against racism and for reproductive justice. When we report on issues like the climate crisis, we're not afraid to name who is responsible. And as a global news organization, we're able to provide a fresh, outsider perspective on US politics - one so often missing from the insular American media bubble.

Around the world, readers can access the Guardian's paywall-free journalism because of our unique reader-supported model. That's because of people like you. Our readers keep us independent, beholden to no outside influence and accessible to everyone - whether they can afford to pay for news, or not.

**If you can, please consider supporting us just once from $1, or better yet, support us every month with a little more. Thank you.**



**Betsy Reed**
*Editor, Guardian US*

| One-time | **Monthly** | Annual |
|---|---|---|
| $5 per month | $7 per month | Other |

# EXHIBIT

# D -17



**UNRWA Situation Report #7 on the situation in the Gaza Strip and the West Bank (including East Jerusalem)**

**16 October 2023 as of 18:00**



© 2023 United Nations Photo

## Area general updates

- Heavy Israeli Forces' bombardments, from the air, sea and land, have continued.
- Israeli Air Forces continued to strike also in Khan Younis and other southern areas despite the directive for people in Gaza to move south.
- Water remains a key issue as people will start dying without water.
- Concerns over dehydration and waterborne diseases are high given the collapse of water and sanitation services, including today's shutdown of Gaza's last functioning seawater desalination plant.
- One line of water was opened today for three hours only in the South of the Gaza Strip, feeding limited water to only half of the population of Khan Yunis (nearly 100,000 people). This does not solve the urgent water needs in other parts of Khan Yunis, the Middle Area and Rafah.  Only 14 per cent of the population in the Strip benefited from this three-hour opening of the water line.
- 600,000 litres of fuel are needed in Gaza per day to operate water and desalinization plants. UNRWA moved (on 16 October) some of its existing -but very limited- fuel supplies that it already had inside Gaza.
- Fuel reserves at all hospitals across Gaza are expected to last for an additional 24 hours only. The shutdown of backup generators would place the lives of thousands of patients at serious risk.
- In nine days of conflict, according to the Palestinian Ministry of Health, **2,670 Palestinians have been killed in** Gaza (an average of 267 per day, or 11 every hour) and **9,600 are injured.**
- In Israel, 1,300 people were killed and at least 4,121 were injured according to different sources.
- **14 UNRWA staff members have sadly been killed since 7 October.** These are confirmed reports, but the number is likely to be higher.

- **24 confirmed reports of UNRWA installations** across the Gaza Strip impacted as a result of airstrikes and bombardment. The actual number is likely to be higher.
- Estimates that 1 million people have been displaced across the Gaza Strip. Some **600,000** in the Middle Area, Khan Yunis and Rafah, of those nearly 400,000 are in UNRWA installations.
- **UNRWA Rafah Logistics Base** is now hosting nearly **8,000 people** and the numbers continue to increase. Tensions there are very high.
- Despite the Israeli Forces' evacuation order, **an unknown number of internally displaced remain in UNRWA schools in the north. UNRWA is no longer able to assist or protect the displaced in those areas and does not have information on their needs and conditions.**
- UNRWA is running eight Primary Health Clinics in the middle and southern areas.
- UNRWA is likely to run out of medicines in its health clinics in the coming month. In some clinics, supplies are likely to run out sooner, due to difficulties with transporting supplies from one location to another.

## The West Bank (including East Jerusalem)

- In the West Bank, significant access and movements restrictions and increasing **settler violence continue**. According to OCHA, 58 Palestinians have been killed and 1,176 injured since 7 October.

## Other

- Intensive high-level advocacy efforts are being made by UNRWA and the UN to allow critical humanitarian supplies into the Gaza Strip.

## FOR MORE INFORMATION, PLEASE CONTACT:

Tamara Alrifai, UNRWA Spokesperson/

Director of External Relations & Communications

**Mobile:** +962 (0)79 090 0140 **Email:** t.alrifai@unrwa.org

Juliette Touma, UNRWA Director of Communications

**Mobile:** +962-79-867-4628 (on WhatsApp) +972 54240-2753, +970-56-294-0311

**On Twitter:** @JulietteTouma

**Email:** j.touma@unrwa.org

# EXHIBIT
# D -18

Press Releases
# Excerpt from PM Netanyahu's remarks at the opening of the Winter Assembly of the 25th Knesset's Second Session

**Publish Date:**  16.10.2023

**This is a struggle between the children of light and the children of darkness, between humanity and the law of the jungle. We saw this in the horrors that the reprehensible murderers perpetrated in the communities of the area adjacent to the Gaza Strip, and in the killing field at a festival in Re'im.**

Prime Minister Benjamin Netanyahu, today (Monday, 16 October 2023), at the opening of the Winter Assembly of the 25th Knesset's Second Session [translated from Hebrew]:

"This is a moment of genuine struggle against those who have risen up against us to destroy us. Our goal is victory – a crushing victory over Hamas, toppling its regime and removing its threat to the State of Israel once and for all.

There are many questions about the disaster that befell us ten days ago. We will investigate everything thoroughly. We have already begun to apply immediate lessons. However, now we are focused on one goal: Uniting our forces and storming forward to victory.

To this end, determination is required because victory will take time. There will be difficult moments. There will be pitfalls. Sacrifice will be necessary. But we will win because this is our very existence in this region, in which there are many dark forces.

Hamas is part of the axis of evil of Iran, Hezbollah and their minions. They seek to destroy the State of Israel and murder us all. They want to return the Middle East to the abyss of the barbaric fanaticism of the Middle Ages, whereas we want to take the Middle East forward to the heights of progress of the 21st century.

This is a struggle between the children of light and the children of darkness, between humanity and the law of the jungle. We saw this in the horrors that the reprehensible murderers perpetrated in Kibbutz Be'eri, in Kfar Aza, in the other communities of the area adjacent to the Gaza Strip, and in the killing field of young people at a festival in Re'im.

Many people around the world now understand who stands against Israel. They understand that Hamas is ISIS. They understand that Hamas is the new version of Nazism. Just as the world united to defeat the Nazis and ISIS, so too will it unite to defeat Hamas.

I tell our friends in the enlightened world: Our war is also your war. If we do not stand together in a united front, it will reach you as well.

We have a message for Iran and Hezbollah: Do not test us in the north. Do not repeat your previous mistake because the price you will pay will be much worse.

President Biden told you in English: 'Don't do it.' I tell you in Hebrew: Be careful.

We have gone to war. We will win. We will not stop until victory."

## More on the subject

Swords of Iron – MFA updates

Swords of Iron - IDF updates

This page was last updated on 16.10.2023

**Useful information**

All services

Contact the government

RSS

Terms of use

---

**Support**

Call Us 1299

# EXHIBIT
# D -19

Which language would you like to use this site in?   CLOSE

ENGLISH     ESPAÑOL     FRANÇAIS     العربية



© X (formerly Twitter)

A leaflet carrying the insignia of the Israeli military reading in Arabic: "Anyone who chooses not to leave from the north of the [Gaza] Strip to south of Wadi Gaza may be determined an accomplice in a terrorist organization."

---

October 25, 2023

# Israel/OPT: Israeli army threats ordering residents of northern Gaza to leave may amount to war crimes

On 21 October 2023, the Israeli army dropped leaflets on northern Gaza ordering residents' immediate "evacuation". The leaflets warned residents to leave immediately, declaring their lives at risk and explicitly stating that "anyone who chooses not to leave from the north of the [Gaza] Strip to south of Wadi Gaza may be determined an accomplice in a terrorist organization". The move came one week after the Israeli army had issued an ultimatum warning the 1.1 million residents in those areas to leave southwards.

Responding to the latest developments, Amnesty International's Senior Crisis Response Adviser, Donatella Rovera said:

"Declaring a whole city or region a military target flies in the face of international humanitarian law, which stipulates that those carrying out attacks must distinguish at all times between civilians or civilian objects and military objectives, and that they must take all possible measures to spare civilians and civilian objects. Violating the principle of distinction by targeting civilians or civilian objects or by carrying out indiscriminate attacks that kill or injure civilians is a war crime.

> **"**
>
> # The messages in these leaflets cannot be considered an effective warning to civilians and instead provide further evidence that Israel aims to forcibly displace civilians in northern Gaza.
>
> **Donatella Rovera. Amnesty International's Senior Crisis Response Adviser**

"The messages in these leaflets cannot be considered an effective warning to civilians and instead provide further evidence that Israel aims to forcibly displace civilians in northern Gaza. These threats also may amount to the war crime of collective punishment for holding hundreds of thousands of civilians responsible for acts they did not commit, based solely on the fact that they are staying in their homes when they have nowhere safe to go amid a relentless campaign of Israeli bombardment across the entire Gaza Strip."



©MAHMUD HAMS/AFP via Getty Images

A man looks on through a hole in a building as people search for survivors and the bodies of victims through buildings that were destroyed during Israeli bombardment, in Khan Yunis in the southern Gaza Strip on October 25, 2023.

These leaflets must also be read **in the context of the Israeli army's initial so-called "evacuation" order,** the repeated forced "evacuation" orders against some 23 hospitals located north of Wadi Gaza and the conditions imposed by Israeli authorities on the entry of humanitarian aid and where it may be distributed. These conditions include limiting the distribution of the largely insufficient humanitarian aid that entered Gaza recently to areas south of Wadi Gaza, effectively turning humanitarian aid into a form of blackmailing residents into leaving.



**Bel Trew** ✔ · Oct 21
@Beltrew · **Follow**
Replying to @Beltrew

Just to reiterate - the WHO has said it is impossible to evacuate hospitals, UN experts say it could amount to forcible transfer. Civilians are always protected under international law whether they choose to evacuate or not.

**Bel Trew** ✔
@Beltrew · **Follow**

This is the leaflet.

2:36 AM · Oct 22, 2023

❤ 312    💬 Reply    ⬆ Share

**Read 21 replies**

Amnesty International reiterates its call on the Israeli authorities to immediately rescind the forced "evacuation" orders and to put an end to threats designed to sow fear and panic among Gaza's civilian population. All conditions on the distribution of humanitarian aid must be urgently lifted and aid, including fuel, must be allowed into Gaza in sufficient quantities to meet the dire needs of the civilian population.

NEWS    ISRAEL AND OCCUPIED PALESTINIAN TERRITORIES    MIDDLE EAST AND NORTH AFRICA    PALESTINE (STATE OF)

# EXHIBIT
# D -20

# Barkat: We'll wipe Iran's leaders off the face of the earth if they expand conflict

Economy minister warns Tehran against pushing Hezbollah to open a second front against Israel as it battles Hamas: 'We will go to the head of the snake'

By **TOI STAFF**

23 October 2023, 6:43 pm



Nir Barkat, minister of economy and industry, at the Prime Minister's Office in Jerusalem on September 10, 2023. (Chaim Goldberg/Flash90)

Economy Minister Nir Barkat has threatened that if the Iran-backed Lebanon-based Hezbollah terror group opens a second front against Israel in the north, Israel will target Iranian leaders and "wipe them off the face of the earth."

In an interview with the UK's Mail on Sunday, Barkat, of Prime Minister Benjamin Netanyahu's Likud party, took a belligerent tone against Tehran, holding it responsible for any Hezbollah decision to expand the conflict.

"The plan of Iran is to attack Israel on all fronts. If we find they intend to target Israel, we will not just retaliate to those fronts, but we will go to the head of the snake, which is Iran," Barkat said.



"The ayatollahs in Iran are not going to sleep [well] at night, we are going to make sure they pay a heavy price if, God forbid, they open the northern front," he said.

Israel is currently waging war against the Hamas terror group in Gaza following its murderous assault on southern Israel on October 7, which killed more than 1,400 people, most of them civilians, and saw at least 222 taken hostage in Gaza.

Since then Hezbollah has traded fire with the IDF in limited skirmishes. Israel has evacuated tens of thousands of people from border communities in anticipation of a potential wider conflict.



Smoke rises from inside an Israeli army position which was hit by missiles launched by the Hezbollah terror group, as seen from Tair Harfa village, a Lebanese border village with Israel, south Lebanon, October 20, 2023. (AP Photo/Hassan Ammar)

"Lebanon and Hezbollah are going to pay a heavy price, similar to what Hamas is going to pay. But that's not enough," Barkat said, warning against further escalation.

"The very clear message is that we are going to be going after the heads of Iran as well. When will we do that? When we decide," Barkat said. "Israel has a very clear message to our enemies. We are saying to them, look what's happening in Gaza – you are going to get the same treatment if you attack us. We are going to wipe you off the face of the earth."

The US has also warned Tehran against expanding the Israel-Hamas war into a regional conflict, but in more diplomatic terms.

"We are concerned at the possibility of Iranian proxies escalating their attacks against our own personnel, our own people," US Secretary of State Antony Blinken said on CBS News on Sunday. "We expect there is a likelihood of escalation."

"No one should take advantage of this moment to escalate to further attacks on Israel or, for that matter, attacks on us, on our personnel."



USS Gerald R. Ford aircraft carrier refuels from the underway replenishment oiler USNS Laramie in the eastern Mediterranean Sea, Oct. 11, 2023. (US Navy photo via AP)

US troops have been attacked in Iraq and in Syria with drones and rockets in separate incidents this past week. A group of Iranian-backed militias in Iraq warned that US forces "must leave immediately" or their bases in Iraq and elsewhere in the region will continue to come under attack.

Blinken said the United States, which has sent two aircraft carrier groups to the eastern Mediterranean, was "taking every measure to make sure that we can defend them. And if necessary, respond decisively."

Since October 7, Israel has pursued a relentless bombing campaign against Hamas in Gaza and has called up some 350,000 reserve troops in preparation for a planned ground offensive.

Israel says its offensive is aimed at destroying Hamas's infrastructure, and has vowed to eliminate the entire terror group, which rules the Strip. It says it is targeting all areas where Hamas operates, while seeking to minimize civilian casualties.

Iran has celebrated the Hamas assault but denied taking part in the planning or training for the operation. It has also called on all Muslim nations to cooperate in confronting Israel.

# EXHIBIT

# D -21

Search                     HAARETZ li, Grace   Gift Haaretz

Haaretz | Israel News

# 'Wait for the Great Nakba': Palestinians Find Threatening Leaflets on Cars in West Bank

After an attack on their olive groves by Israeli settlers, Palestinians from the West Bank town of Deir Istiya find leaflets tucked under windshields warning them to flee to Jordan or be forcefully removed

Hagar Shezaf   Oct 27, 2023   🔔 Follow

Amid rising violence in the West Bank against the backdrop of the Gaza war, residents of the Palestinian village of Deir Istiya returning from the olive harvest on Friday found leaflets tucked under their cars' windshield wipers threatening to forcefully expel them from their lands.

Titled "You wanted war, wait for the great Nakba," the Arabic-language leaflets were addressed to "the enemies in the Jewish bank," and warned Palestinians that it was "their last chance to flee to Jordan in an orderly fashion before we forcefully expel you from our holy lands bequeathed to us by God."

The leaflets were found on cars near the Yakir Junction, on Palestinian farm lands north of the Israeli settlement of Ariel, the head of the Deir Istiya council, Firas Diab, said. Earlier that day, settlers drove into the village's olive groves and pelted the farmers with stones. Over the last few days, the locations and photographs of Palestinian olive groves as well as harvesting times have been posted on settlers' WhatsApp groups.

The leaflet also said: "The murderous, ISIS-like, demonic Hamas organization that wants to destroy this country made its biggest mistake in history by declaring war and massacring children and old people... You wanted a Nakba like in 1948 and we will bring down on you a big catastrophe soon." The Palestinians use the term "Nakba," meaning "disaster," to refer to the establishment of the State of Israel and the loss of their ancestral lands.

Over the last few weeks, after a Hamas surprise attack on Israeli communities in the Gaza border area claimed over 1,000 lives, IDF operations and settler violence in the West Bank have killed over 100 Palestinians, according to the Israeli army and to the Palestinian Health Ministry. Two soldiers were also killed, one by an explosive device and another in a friendly fire incident.

**Click the alert icon to follow topics:**

🔔 Nakba    🔔 Palestinians    🔔 Israel settlers    🔔 West Bank

# EXHIBIT
# D -22

Thirty-seven seconds later, the same group of journalists was targeted by a second attack, Reporters Without Borders concluded in its investigation, noting that the two bombardments were of different intensity and that the first one killed Abdallah.

The second bomb hit the Al-Jazeera vehicle next to him and injured his colleagues, the investigation found. The attacks came from east of where the journalists were stationed, in the direction of the Israeli border.

Reporters Without Borders said, based on its investigation, that the attacks must have been targeted, saying two strikes in the same place in a short time could have indicated that.

It said it would have been "impossible" to mistake the reporters for fighters because of their heightened position and the fact that they had been there for an hour.

SHARE THIS - 

---

14d ago / 5:16 PM EDT

## Netanyahu invokes 'Amalek' narrative in speech about expanding ground operation in Gaza

 **Mirna Alsharif**

Netanyahu invoked the "Amalek" narrative in a speech about the country's expanding its ground operation in Gaza yesterday.

"You must remember what Amalek has done to you, says our Holy Bible," Netanyahu said, based on a translation. "And we do remember, and we are fighting. Our brave troops and combatants who are now in Gaza or around Gaza, and in all other regions in Israel, are joining this chain of Jewish heroes, a chain that has started 3,000 years ago from Joshua ben Nun, until the heroes of 1948, the Six-Day War, the '73 October War and all other wars in this country."

Amalek is an ancient biblical nation that was in Canaan, which was a land in the southern Levant. The Amalekites attacked the Jewish people after the exodus from Egypt, and "they are seen as the archetypal enemy of the Jews," according to Chabad.org.

Netanyahu's use of the narrative drew online criticism because of scripture suggesting that Amalekites must not be spared.



# EXHIBIT

# D -23

11/12/23, 10:35 PM
Case 4:23-cv-05829-JSW Document 19-11 Filed 11/16/23 Page 107 of 228
Catastrophic damage after second Israeli airstrike hits Gaza refugee camp | CNN

🔗 https://www.cnn.com/2023/10/31/middleeast/jabalya-blast-gaza-intl/index.html

✏️ Tara John

# Catastrophic damage after second Israeli airstrike hits Gaza refugee camp

*Jerusalem CNN* —

Israeli strikes targeting Hamas commanders and the militant group's infrastructure in the densely populated Jabalya refugee camp in northern Gaza have left catastrophic damage and killed a large number of people, according to eyewitnesses and medics in the enclave.

The devastation wrought by the strike triggered fresh outcry over spiraling civilian casualties as Gazans awoke to another communications blackout Wednesday morning. Survivors and eyewitnesses spoke of apocalyptic scenes in the aftermath of Tuesday's strike, which tore a massive crater through the middle of the crowded camp.

"I was waiting in line to buy bread when suddenly and without any prior warning seven to eight missiles fell," an eyewitness, Mohammad Ibrahim, told CNN.

"There were seven to eight huge holes in the ground, full of killed people, body parts all over the place," he said. "It felt like the end of the world."

According to a statement by the Israel Defense Forces (IDF), the initial airstrike killed several Hamas members, including Ibrahim Biari, whom it described as one of the Hamas commanders responsible for the October 7 attack on Israel, which left than 1,400 people dead and hundreds taken hostage.

The IDF claimed the Central Jabalya Battalion had taken control of civilian buildings and said collapsed tunnels were partly responsible for the scale of destruction caused by Tuesday's

strike.

Hamas has claimed to have built <u>hundreds of kilometers of tunnels</u> underneath Gaza, which it has used to smuggle goods from Egypt and launch attacks into Israel.

Hamas however strongly denied the presence of one of its leaders in the refugee camp. Hazem Qassem, a spokesman for the militant group, accused Israel of attempting to justify what he described as a "heinous crime against safe civilians, children, and women in Jabalya camp."

A second IDF strike also hit the Falluja neighborhood of the same refugee camp on Wednesday. The massive blast destroyed several buildings, with video from the site showing a deep crater and people digging through the rubble searching for bodies.

The Civil Defense in Hamas-run Gaza described it as the "second massacre" in two days. The airstrike killed at least 80 people and injured hundreds more, according to Dr. Atef Al Kahlout, the director of Gaza's Indonesian hospital. He told CNN more bodies were being dug out of the rubble, and the majority of casualties were women and children.

The IDF said the Wednesday attack targeted a Hamas command and control complex and "eliminated" Hamas terrorists.

The United Nations Human Rights Office has said that the attacks on Jabalya, which is Gaza's largest refugee camp, "could amount to war crimes" given "the high number of civilian casualties and the scale of destruction," it wrote on social media.

Israel's weeks long bombardment of Gaza has killed at least 8,700 people, according to figures released by the Palestinian Ministry of Health in Ramallah, drawn from sources in the Hamas-controlled enclave. Women, children and the elderly make up more than 70% of those killed, the ministry said on Monday.

The strikes continue amid increasingly urgent calls for ceasefire by the UN and aid organizations, and despite a UN General Assembly resolution backed by over 100 countries calling for a <u>sustained humanitarian truce.</u>

Seventy United Nations aid workers have also been killed, according to the UN's Relief and Works Agency for Palestine Refugees in the Near East (UNRWA). Juliette Touma, the agency's communications director, told CNN's Becky Anderson that one colleague was killed at home "with his wife and eight children when his UN car, clearly marked as UN, was parked outside of his house."

In New York, a United Nations human rights official said he was leaving his job amid what he called a "textbook case of genocide" of Palestinians in Gaza. Craig Mokhiber, director of the UN's New York Office of the High Commissioner for Human Rights, wrote in his departure letter that he believes the US, UK and much of Europe is "complicit" in the bloodshed in Gaza, and that after witnessing what happened in Rwanda, Bosnia, and Rohingya civilians in Myanmar, the UN has repeatedly failed to stop genocide.

Eyewitness Mohammad Al Aswad described a "horrific scene" in the aftermath of the strike on Tuesday, telling CNN that he ran to the refugee camp to check on family after hearing the missiles land.

"Children were carrying other injured children and running, with grey dust filling the air. Bodies were hanging on the rubble, many of them unrecognized. Some were bleeding and others were burnt," Al Aswad told CNN by telephone.

People in the area were hysterical, he added. "I saw women screaming and confused. They didn't know whether to cry for losing their children or run and look for them, especially since many children were playing in the neighborhood."

Images from the scene showed a huge crater among rubble and damaged buildings. Palestinians and rescue workers are seen attempting to find victims, some using their hands to scoop the detritus away.

Casualty figures from the airstrike are not yet clear and the communications blackout in the Strip has made it difficult to establish the full extent of the toll. Officials in Hamas-run Gaza, as well as medics who treated the casualties, say the attack caused "hundreds" of deaths and injuries.

Jabalya is a densely populated refugee camp established shortly after the Arab-Israeli war of 1948, when hundreds of thousands of Palestinians fled or were expelled from territory that encompassed the newly established State of Israel, and later denied return.

The camp is a crowded built-up area with houses, shops and apartment buildings jammed up against one another, the roads between them in many areas barely wide enough for a car to pass.

Speaking to CNN's Wolf Blitzer, IDF spokesperson Lt. Col. Richard Hecht accused Hamas of "hiding, as they do, behind civilians." Reminded that there are many innocent civilians in the camp, Hecht responded, "This is the tragedy of war" and urged civilians to move south.

Southern Gaza has also seen lethal airstrikes, and aid organizations have repeatedly warned that there is no safe place in the isolated enclave.

On Wednesday, two Palestinian telecoms firms announced internet and communication network disruptions in Gaza. Paltel said there was a "complete interruption of all communications and internet services in the Gaza Strip," while mobile phone services from the communications company Jawwal were also down, according to a company statement.

At the Indonesian hospital, the nearest major medical facility to Jabalya, videos showed a long line of bodies lying on the floor of the hospital as well as large numbers of wounded people, including children, as doctors rushed to treat their injuries.

Many of the injured could be seen receiving treatment on the floor because of the hospital's overcrowded conditions. Hospital head Dr. Atef al-Kalhout estimated that scores had been killed in the blast.

"What you see is a scene no one can imagine: injured martyrs, charred bodies in the hundreds," said another doctor, Mohammad al Rann. "All we can do is keep taking them in. Most of the injuries are from explosives and head injuries and amputations."

Mohammed Hawajreh, a nurse with Doctors Without Borders (MSF) at Al Shifa hospital in Gaza, said that some of the wounded also arrived at that hospital. "Young children arrived at

the hospital with deep wounds and severe burns. They came without their families. Many were screaming and asking for their parents. I stayed with them until we could find a place, as the hospital was full with patients," Hawajreh said in a statement.

According to the Hamas-controlled Ministry of Interior in Gaza, twenty homes were "completely destroyed" in the bombing.

Jabalya, like other refugee camps in the Strip, is crowded with homes, shops, and apartment buildings, where many roads between them are barely wide enough for a car to pass.

Many Palestinian refugees settled in the camp in the wake of the 1948 Arab-Israeli war, after fleeing villages in what became the state of Israel, according to UNRWA.

Jabalya is the largest refugee camp in Gaza, says UNRWA, and is spread out across 1.4 square kilometers. It has long grappled with overcrowding. It is also among the poorest areas in the enclave and home to busy open-air markets.

Shortly after the blast, Israeli human rights organization B'tselem condemned Israel's weeks-long aerial bombardment of Gaza, saying "the scale of killing Israel has and continues to wreak on Gaza is horrifying," in a statement released Tuesday.

"More than 8,000 people have been killed so far, more than half of them women and children. Entire buildings have collapsed with occupants still inside. Whole families have been wiped out in an instant. This criminal harm to civilians is intolerable and the obvious needs to be stated again and again – not everything is allowed in war, including war on Hamas," it said.

The Palestinian Ministry of Foreign Affairs described the strike as a "massacre," referencing "chilling documented scenes" of children and women. "It has its bones, in a large-scale massacre carried out in full view of the world and under the pretext of self-defense," the statement added.

Saudi Arabia, Iran, Jordan and Egypt have also condemned the strike, with Egypt accusing Israel of breaking international law with what it said was the "inhuman" targeting of a residential area. "Egypt considered this as a new flagrant violation by the Israeli forces

11/12/23, 10:35 PM
Case 4:23-cv-05829-JSW Document 19-11 Filed 11/16/23 Page 112 of 228
Israel's Jabalya refugee camp: Witness describes aftermath of Israeli strike | CNN

against the provisions of international law and international humanitarian law," the ministry said.

"I am sorry to those innocent men, women and children in Jabalia Refugee Camp that the world could not protect you," Humza Yousaf, the head of the Scottish government, posted on the platform X.

"This blatant disregard for human life must be condemned unequivocally," Yousaf added. "Do not let any more children die. We need an immediate ceasefire, nothing less."

When pressed multiple times throughout a White House briefing on the Jabalya strike and on whether Israel is doing enough to protect Palestinian civilians, National Security Council spokesman John Kirby said the US has "indications they are trying."

Civilians have been killed to the tune of many thousands … We recognize that, we observe that, and we're not accepting of any single civilian death in Gaza."

He added that "it is not the goal of Israeli forces to go out and deliberately take innocent civilian life."

Riyad Mansour, the head of the Palestinian Permanent Observer Mission to the United Nations, told CNN on Tuesday that the Israeli strike on Jabalya refugee camp was a war crime and should be referred to the International Criminal Court (ICC).

"Those who are responsible for giving the orders for that crime should hear something from Mr. (Karim A. A.) Khan from the ICC (International Criminal Court)," he said in reference to the ICC prosecutor. "And if he has the courage, and I hope he does, we appreciate the fact that he came to Rafah crossing, and he made a statement there. But it would be also nice to issue a warrant of arrest for those who are responsible for such crimes."

The IDF on Wednesday announced the death of another soldier, bringing the total number of Israeli soldiers to have died since the start of the ground incursion to 16. Of that figure, 15 were killed inside Gaza.

Details on how the soldiers were killed have not been released but seven were part of the Givati brigade and two were members of the armored corps.

The Israeli military claimed it killed "approximately 50 Hamas terrorists" during ground operations in the northern Gaza Strip Tuesday. It comes after Israel said over the weekend it had entered a "second stage" of its war against Hamas following weeks of strikes on Gaza.

In a statement Tuesday evening, the IDF said that troops from its Givati Brigade also operated in western Jablaya and were targeting a Hamas commander in the area. The area of operation included "firing positions, terror tunnels used by terror operatives as a passageway to the coast, and a large stock of weapons," the statement added.

The IDF said "soldiers killed a number of terrorists in the course of combat" in addition to targeted strikes by the Israeli Air Force. In addition to seizing weapons and military equipment, the IDF claimed to have located intelligence documents as well.

*This story is developing and is being updated.*

CNN's Richard Allen Greene, Amir Tal, Manveena Suri, Caitlin Hu, Ibrahim Dahman, Kevin Flower, Hamdi Alkhshali, Zeena Saifi, Chris Liakos, Melissa Bell, Nada Bashir, Kyle Blaine and Tamar Michaelis contributed to this report. Journalist Asmaa Khalil also contributed to this report.

Generated with Reader Mode

# EXHIBIT
# D -24



 English ⌄    ☰          **GET INVOLVED    DONATE** 🔍



# Israel hits Gaza Strip with the equivalent of two nuclear bombs



📅  02 Nov 2023

📍  Israel-Palestinian Territory

🔗  Share On               AR

**Geneva** - Israel has dropped more than 25,000 tons of explosives on the Gaza Strip since the start of its large-scale war on 7 October, equivalent to two nuclear bombs, Euro-Med Human Rights Monitor said in a press release issued today.

According to the Geneva-based human rights organisation, the Israeli army has admitted to bombing over 12,000 targets in the Gaza Strip, with a record tally of bombs exceeding 10 kilograms of explosives per individual. Euro-Med Monitor highlighted that the weight of the nuclear bombs dropped by the United States on Hiroshima and Nagasaki in Japan at the end of World War II in August 1945 was estimated at about 15,000 tons of explosives.

Due to technological developments affecting the potency of bombs, the explosives dropped on Gaza may be twice as powerful as a nuclear bomb. This means that the destructive power of the explosives dropped on Gaza exceeds that of the bomb dropped on Hiroshima, Euro-Med Monitor said, noting that the area of the Japanese city is 900 square kilometres, while the area of Gaza does not exceed 360 square kilometres.

The rights group's statement underlined that Israel uses bombs with huge destructive power, some of which range from 150 to 1,000 kilograms, and cited a recent statement by Israeli War Minister Yoav Gallant that declared that more than 10,000 bombs have been dropped on Gaza City alone.

Israel's use of internationally banned weapons in its attacks on the Gaza Strip has been documented, said Euro-Med Monitor, especially the use of cluster and phosphorus bombs, which are waxy toxic substances that react quickly to oxygen and cause severe second- and third-degree burns.

The Euro-Med Monitor team has also documented cases of injuries among Gazans due to Israeli air strikes that are similar to those caused by the aforementioned cluster bombs. These small, high-explosive bombs cause penetrating shrapnel wounds and explosions inside the body, leaving victims with severe burns that lead to skin melting off and sometimes to death. Fragments from these bombs cause unusual swelling and poisoning of the body, plus internal injuries from transparent fragments that do not appear on x-rays.

Israel's use of highly explosive bombs in densely populated areas poses the single greatest threat to civilians in modern armed conflicts, said Euro-Med Monitor, and explains the complete leveling of residential neighbourhoods in Gaza and the overall severity of the widespread devastation there.

The rights organisation further stressed that Israel's destructive and arbitrary attacks are in violation of international humanitarian law, which stipulates that the protection of civilians is obligatory in all cases and under any circumstances, and that killing civilians is considered a war crime in both international and non-international armed conflicts and may amount to a crime against humanity.

The Hague Conventions of 1899 and 1907 and the 1949 Geneva Convention both regulates fundamental human rights in times of war to prevent lethal health effects from weapons that are prohibited by international law—some of which because they have the potential to cause "genocide".

"The attack or bombardment, by whatever means, of towns, villages, dwellings, or buildings which are undefended is prohibited," according to Article 25 of the Hague Regulations relating to the laws and customs of land warfare prohibits.

Meanwhile, Article 53 of the Fourth Geneva Convention states that "Any destruction by the Occupying Power of real or personal property belonging individually or collectively to private persons, or to the State, or to other public authorities,

or to social or cooperative organizations, is prohibited, except where such destruction is rendered absolutely necessary by military operations." Violations of Article 147 of the Fourth Geneva Convention are considered to be grave breaches of the Law of Armed Conflict, and therefore to be war crimes.

Euro-Med Human Rights Monitor called for the formation of an independent international committee to investigate the volume of explosives and internationally prohibited weapons being used by Israel against civilians in the Gaza Strip. The rights organisation also called on the international community to hold all those responsible for these inhumane attacks accountable, and to take any necessary measures to guarantee justice for the Palestinian victims.

FOCUS AREAS



Euro-Med Human Rights Monitor is a Geneva-based independent organization

# EXHIBIT

# D -25

Advertisement

Jerusalem Post > breaking news

## BREAKING NEWS

# Netanyahu to soldiers: New pages in Israel's history are being written by you

By JERUSALEM POST STAFF
NOVEMBER 3, 2023 13:34



Subscribe for our newsletter

Your e-mail address

By subscribing I accept the privacy policy

Prime Minister Benjamin Netanyahu addressed IDF soldiers in a letter on Friday, expressing admiration for their efforts in the fight against Hamas.

"We constantly remember the sights of the horrific massacre on Shabbat Simchat Torah, October 7, 2023. Before our eyes stand our brothers and sisters who were murdered, wounded, kidnapped, or were IDF soldiers or security personnel who fell in battle," wrote Netanyahu.

"In their name and on their behalf we embarked on a campaign, the purpose of which is the destruction of the cruel and murderous enemy Hamas-ISIS, the return of our abductees, and the return of security to our country, our citizens, and our children."

"This is the war between the sons of light and the sons of darkness. We will not let up on our mission until the light overcomes the darkness - the good will defeat the extreme evil that threatens us and the entire world."

"Dear IDF soldiers and personnel in the security forces, wherever you are - on land, in the air, and at sea, in the assembly areas and in the depths of the terrain, in the intelligence, armament, logistics, and medical directorates - new pages in Israel's history are being written by you. Your valor, your devotion to the goal, and your courage are hugely inspiring."

# EXHIBIT
# D-26

**Benjamin Netanyahu - בנימין נתניהו**
@netanyahu

לוחמים ולוחמות, חיילים וחיילות, כל כוחות הביטחון היקרים, שליחי העם והמדינה,

יסוד קיומו של עם ישראל בן אלפי השנים הוא המאבק המתמיד על חיינו וחירותנו.

מאז ומעולם נאבקנו באויבים מרים, שקמו עלינו לכלותנו. כשאנו מצוידים בעוז רוח ובצדקת הדרך, עמדנו בנחישות מול מבקשי נפשנו.

המאבק הנוכחי במרצחי ה'חמאס' הוא פרק נוסף בסיפור העמידה הלאומית לדורותיה.

'זכור את אשר עשה לך עמלק'.

אנו זוכרים כל העת את מראות הטבח המחריד בשבת שמחת תורה, 7 באוקטובר 2023. לנגד עינינו עומדים אחינו ואחיותינו הנרצחים, הפצועים, החטופים, נופלי צה"ל וכוחות הביטחון.

בשמם ולמענם יצאנו למערכה, שתכליתה השמדת האויב האכזר והרצחני חמאס-דאעש, השבת חטופינו והשבת הביטחון לארצנו, לאזרחינו ולילדינו.

זוהי מלחמת בני האור בבני החושך. לא נרפה משליחותנו עד שהאור יכריע את החושך – הטוב יביס את הרוע הקיצוני שמאיים עלינו ועל העולם כולו.

חיילי צה"ל ולוחמי כוחות הביטחון היקרים, בכל מקום בו אתם נמצאים – ביבשה, באוויר ובים, בשטחי הכינוס ובעומק השטח, במערכי המודיעין, החימוש, הלוגיסטיקה והרפואה – דפים חדשים בתולדות ישראל נכתבים על ידכם.

תעוזתכם, דבקותכם במטרה ואומץ ליבכם מעוררים השראה עצומה.

כולכם נצר לשרשרת הגיבורים שלא נרתעו ולא נסוגו אחור – יהושע בן נון, דבורה הנביאה, דוד המלך, יהודה המכבי, בר-כוכבא, יוסף טרומפלדור, לוחמי המחתרות, צה"ל וזרועות הביטחון. הם אחזו בחרב המגן למען נצח ישראל, ואתם צועדים בעקבותיהם.

בכל מפגשיי איתכם בשבועות האחרונים התפעמתי עמוקות מתעצמות הנפש שלכם – מרוח הניצחון, כנאמר בתנ"ך: "וַתְּאַזְּרֵנִי חַיִל לַמִּלְחָמָה, תַּכְרִיעַ קָמַי תַּחְתָּי" (תהילים י"ח, מ').

כשאני שולח אתכם למשימה, גיבורינו היקרים, אני בטוח בניצחוננו המוחלט על אויבינו. יחד עם כל עם ישראל - אני סומך עליכם, אני גאה בכם ואני אוהב אתכם.

"יִתֵּן השם אֶת אֹיְבֵינוּ הַקָּמִים עָלֵינוּ נִגָּפִים לְפָנֵיהֶם!

הַקָּדוֹשׁ בָּרוּךְ הוּא יִשְׁמֹר וְיַצִּיל אֶת חַיָּלֵינוּ מִכָּל צָרָה וְצוּקָה,
וּמִכָּל נֶגַע וּמַחֲלָה,
וְיִשְׁלַח בְּרָכָה וְהַצְלָחָה בְּכָל מַעֲשֵׂה יְדֵיהֶם.
יַדְבֵּר שׂוֹנְאֵינוּ תַּחְתֵּיהֶם,
וִיעַטְּרֵם בְּכֶתֶר יְשׁוּעָה וּבַעֲטֶרֶת נִצָּחוֹן".

חזקו ואמצו לניצחון – בעזרת השם, יחד ננצח!

שבת שלום,

בנימין נתניהו
ראש ממשלת ישראל

Translated from Hebrew by
Soldiers, soldiers, all the dear security forces,
Messengers of the people and the state,

The foundation of the existence of the thousand-year-old nation of Israel is the constant struggle for our lives and freedom.

Since time immemorial we have struggled with bitter enemies, who rose up against us for our sins. When we are equipped with the strength of spirit and the righteousness of the way, we stood resolutely against the seekers of our souls.

The current fight against the 'Hamas' murderers is another chapter in the story of national standing for generations.

'Remember what Amalek did to you'.

We constantly remember the sights of the horrific massacre on Shabbat Simchat Torah, October 7, 2023. Before our eyes stand our brothers and sisters who were murdered, wounded, kidnapped, fallen by the IDF and the security forces.

In their name and on their behalf we embarked on a campaign, the purpose of which is the destruction of the cruel and murderous enemy Hamas-ISIS, the return of our abductees and the return of security to our country, our citizens and our children.

This is the war between the sons of light and the sons of darkness. We will not let up on our mission until the light overcomes the darkness - the good will defeat the extreme evil that threatens us and the entire world.

Dear IDF soldiers and soldiers of the security forces, wherever you are - on land, in the air and at sea, in the assembly areas and in the depths of the terrain, in the intelligence, armament, logistics and medical systems - new pages in Israel's history are being written by you.

Your courage, your devotion to the goal and your courage are hugely inspiring.

All of you are a descendant of the chain of heroes who did not hesitate and did not retreat - Yehoshua ben Nun, Deborah the prophetess, King David, Yehuda the Maccabee, Bar Kochba, Joseph Trumpeldor, the underground fighters, the IDF and the security forces. They took hold of the shield sword for Israel's eternity, and you follow in their footsteps.

In all my meetings with you in the last few weeks, I was deeply impressed by the immensity of your spirit - by the spirit of victory, as it is said in the Bible: "And prepare me an army for the battle, let me rise under me" (Psalm 18:3).

As I send you on a mission, our dear heroes, I am confident of our complete victory over our enemies. Together with all the people of Israel - I trust you, I am proud of you and I love you.

"May God grant that our enemies who rise up against us are rebuked in their faces!
The Holy One, blessed be He, will protect and save our soldiers from all trouble and distress, and from every affliction and disease,
And he will send blessing and success in every work done by their hands.
Shonain will speak under them,
And they will be crowned with the crown of salvation and the crown of victory."

Be strong and embrace victory - with God's help, together we will win!

Shabbat Shalom,

Benjamin Netanyahu
Israel's prime minister

7:18 AM · Nov 3, 2023 · **1.5M** Views

# EXHIBIT
# D-27



 English ∨   ☰

GET INVOLVED     DONATE   🔍



# Israel is Waging an Extensive War of Starvation against Gaza's Civilian Population



 05 Nov 2023

 Israel-Palestinian Territory

 Share On     ✉ ⧉                   AR

**Geneva** — As part of its ongoing war for the fifth week in a row, Israel has sharply increased in recent hours what can only be described as a war of starvation against civilians in the Gaza Strip in an effort to deepen their difficult living conditions,

which has reached catastrophic levels, Euro-Med Human Rights Monitor said in a statement issued on Sunday.

According to Euro-Med Monitor, the Israeli war of starvation has taken very dangerous turns, including cutting off all food supplies to the Northern half and bombing and destroying factories, bakeries, food stores, water stations, and tanks throughout the entire enclave.

Israel has deliberately focused its attacks over the past few hours on targeting electrical generators and solar energy units, on which commercial facilities and restaurants depend to maintain the minimum possible level of their work.

Euro-Med Monitor further noted that Israel's attacks also targeted the agricultural areas east of Gaza, flour stores, and fishermen's boats, as well as relief organizations' centers, including those belonging to the United Nations Relief and Works Agency for Palestine Refugees (UNRWA), the largest provider of humanitarian aid in the Strip.

Euro-Med Monitor warned of an imminent explosion in child deaths in Gaza if the world does not act quickly, as Gaza has seen a dramatic increase in the past two days in the number of children who need medical attention due to acute malnutrition.

Prior to the ongoing Israeli war, 70% of the Gaza Strip's children suffered from varying health issues

including malnutrition, anemia, and weakened immunity. However, Euro-Med Monitor said, the number has increased to over 90% as a result of the unprecedented Israeli attacks.

Euro-Med Monitor made clear that women and children in Gaza are disproportionately suffering from the effects of Israel's war. Approximately 52,500 infants in Gaza are currently at risk of starvation, death, dehydration, and other health hazards due to overcrowding, in addition to 55,000 pregnant women, of whom 5,500 are expected to give birth this month.

Mothers and newborns are seriously threatened by Israel's attacks, the disruption of damaged or non-operating health facilities, the large-scale displacement, and the collapse of food, water, and electricity supplies.

It further added that the risks of malnutrition were extremely high among pregnant women, which had a significant impact on children's survival and development, and as access to food and water worsened, mothers struggled to feed and care for their families, increasing the risks of malnutrition, illness, and death.

It also stated that pregnant women are particularly vulnerable to malnutrition, which will have a substantial negative impact on the survival and development of their children, pointing out that as access to food and water is restricted, mothers found

it increasingly difficult to care for and feed their families, raising the risks of malnutrition, illness, and death.

Additionally, Euro-Med emphasized that Israel has only allowed about 2% of the needed and necessary aid and food supplies to enter the Gaza Strip through the Rafah crossing with Egypt up until today, despite ongoing calls from human rights organizations to allow unrestricted entry of food, water, and fuel supplies.

Although a limited amount of food aid was allowed to enter, no commercial food imports were delivered, leaving the Gaza Strip's population of approximately 2.3 million people in dire need of food in light of the collective punishment approach imposed on them.

Even though only a restricted quantity of food supplies was permitted to enter, no commercial food imports were delivered, leaving the Gaza Strip's 2.3 million people in desperate need of food in light of the Israeli collective punishment policy.

The limited food supplies entering from Egypt are distributed primarily to displaced people and host families in the southern Gaza Strip, with flour only provided to bakeries, while any access to food supplies to Gaza City and its northern areas is prevented.

The World Food Program projects that the current supply of basic foods will last no more than four days

before completely running out, while widespread damage, instability, and fuel shortages have paralyzed the food trade.

According to Euro-Med Monitor, getting bread in the Gaza Strip has become an existential challenge, since Gaza's sole mill there is still unable to grind wheat because of a shortage of fuel and electricity. Since October 7, 11 bakeries have been bombed and destroyed, while the ones that are still operating face tremendous difficulties due to fuel and flour shortages.

There was only one World Food Program-affiliated bakery that occasionally supplied bread to the shelters, based on the availability of fuel and flour, while residents are forced to wait in line for long hours at bakeries amid ongoing air strikes.

The distribution of food supplies to the displaced families in northern Gaza has virtually ceased in recent days due to the Israeli army's intensified ground operations, according to Euro-Med Monitor. This poses a threat of widespread famine, the cost of which will be borne primarily by children.

Additionally, access to basic food such as flour, oil, and sugar in some of the warehouses that were not destroyed is a huge challenge due to fuel shortages, damaged roads, and risks of air strikes.

The power outage crisis disrupted food supplies by affecting the cooling and irrigation of crops. More

than 15,000 farmers lost their crop production, while 10,000 livestock keepers were unable to obtain sufficient feed, and many of them have lost their animals.

Less than three liters of clean water per person are thought to be available at this time, out of the minimum of fifteen liters per day required for people during the world's worst humanitarian crises.

According to Euro-Med Monitor, the supply of bottled water is running low, and because of the acute shortage, prices have already increased to the point where an ordinary family in Gaza cannot afford it. In some areas, prices have increased by five times.

Euro-Med Monitor also noted that Israel has deliberately bombed water wells and tanks, the most recent of which was the destruction of the water well and Tal al-Zaatar tank in the northern Gaza Strip, which served more than 70,000 people.

According to the Palestinian Water Authority, Gaza's water output is currently only 5% of its average production and is predicted to continue declining unless fuel or electricity is provided for water and sanitation facilities to start up again.

Hundreds of thousands of people in Gaza City and its northern areas face a severe water shortage, raising fears of drought and water-borne diseases due to the consumption of water from unsafe sources, in light of the suspension of most water facilities where

residents rely on a minimum of private wells, purification stations, and agricultural wells.

Euro-Med Monitor stressed that international humanitarian law strictly prohibits the use of starvation weapons. Under international humanitarian law, Israel has an obligation to provide basic needs and protection to the Gazan people as an occupying power.

In this regard, Euro-Med Monitor called for decisive international action to impose a ceasefire in the Gaza Strip and prevent further deterioration of the situation by providing fair and unrestricted access to basic and relief materials to the entire Gaza Strip, and the entry of food, water, medical, and fuel supplies to meet the needs of the population.



**EURO-MEDITERRANEAN HUMAN RIGHTS MONITOR**

Defending freedom Throughout the MENA Region and Europe

Euro-Med Human Rights Monitor is a Geneva-based independent organization with regional offices across the MENA region and Europe

**FOCUS AREAS**



**CONNECT WITH US**

**NEWSLETTER**

# EXHIBIT

# D-28



Women and girls queueing for bread in the Gaza Strip, outside a damaged bakery. Eleven bakeries have been hit and destroyed since 7 October. In southern Gaza, with no electricity or fuel, the only operative mill cannot grind wheat. Photo by UNRWA

OPT HOME

# Hostilities in the Gaza Strip and Israel | Flash Update #30

*05 Nov 2023*

## Hostilities and casualties (Gaza Strip)

- As hostilities entered the thirtieth day, ongoing armed clashes between the Israeli military and Palestinian armed groups were reported in northwest and south Gaza City. Intense bombardments took place across the Gaza Strip, including in Deir Al Balah and the southern areas.

- Between 4 November (noon) and 5 November (14:00), 243 Palestinians were killed in Gaza, according to the Ministry of Health (MoH) in Gaza. At least 65 of these reported fatalities were recorded during airstrikes targeting residential buildings in three refugee camps: Al Bureij and Al Maghazi, both in Deir Al Balah (at least 51 reported fatalities) and Jabaliya in North Gaza governorate (14 reported fatalities). Most of the fatalities are women and children, according to MoH.

- This brings the reported fatality toll since the start of the hostilities to 9,770 including 4,008 children and 2,550 women, according to the MoH in Gaza. About 2,260 others are reported missing in Gaza, including 1,270 children. Most are presumed to be trapped under rubble. On average, 134 children have been killed in Gaza every day since the start of the hostilities, based on the MoH figures.

- On 5 November, one Israeli soldier was reportedly killed in Gaza, bringing the total number of soldiers killed since the start of ground operations to 29, according to Israeli sources.

- See the latest snapshot for more breakdowns.

## Access and movement (Gaza Strip)

- No exits of dual nationals or patients from Gaza to Egypt through the Rafah crossing was recorded on 5 November, for the second consecutive day. This is reportedly due to the failure of Hamas, Israel and Egypt to reach an agreement regarding the safe evacuation of patients from northern Gaza. The halt in the exit of dual nationals and patients followed an attack on an ambulance convoy on its way from Gaza city to Rafah on 3 November. More than 1,100 people reportedly crossed from Gaza to Egypt on 2 and 3 November.

- On 5 November, the Israeli military called again on residents of Gaza city and the North Gaza governorate to move southwards between 10:00 and 14:00. However, UN monitoring suggests that less than 2,000 moved. This is attributed to the heavy damage sustained by the two main traffic arteries; fear of being hit and potentially killed, as has reportedly happened to people traveling southwards; and lack of information due to the limited connectivity to cellular networks and internet. The Israeli military claims that Hamas has been physically hindering people's movement to the south.

- On 5 November, a limited number of trucks carrying humanitarian supplies crossed from Egypt into Gaza. Since 21 October, at least 451 trucks have entered Gaza. Of these, at least 158 trucks carried food, 102 carried health supplies, 44 carried water or hygiene products, 32 carried non-food items, and eight carried nutrition supplies, with the remaining trucks carrying mixed cargo.

- The Kerem Shalom crossing with Israel, which prior to the hostilities was the main entry point for goods, remains closed, as does the Israeli pedestrian crossing of Erez.

## Displacement (Gaza Strip)

- About 1.5 million people in Gaza are internally displaced (IDPs). Of them, some 717,000 are sheltering in 149 UNRWA facilities, 122,000 in hospitals, churches, and public buildings, 110,000 people in 89 non-UNRWA schools, and the remainder are residing with host families.

- Overcrowding remains a major concern. Over 530,000 people are sheltering in 92 UNRWA facilities in the south and shelters are unable to accommodate new arrivals. Many IDPs are seeking safety by sleeping in the streets, near UNRWA premises.

- An estimated 160,000 IDPs are housed in 57 UNRWA facilities in Gaza city and the North Gaza governorate. UNRWA, however, is no longer able to provide services in those areas and does not have accurate information on people's needs and conditions since the Israeli evacuation order on 12 October.

- Several cases of acute respiratory infections, diarrhea and chicken pox have been reported among people taking refuge at UNRWA shelters.

- See the live IDP dashboard for the latest figures and more breakdowns.

## Electricity

- Gaza remains under a full electricity blackout since 11 October, following Israel's halt of its power and fuel supply, which triggered the shutdown of Gaza's sole power plant.

- The entry of fuel, which is desperately needed to operate electricity generators to run life-saving equipment, remains banned by the Israeli authorities.

- Multiple solar panels on the roofs of standing buildings, particularly in Gaza city, have reportedly been destroyed in the past few days during Israeli bombardments. Affected facilities include Shifa and Nasser hospitals, several wate

wells, and bakeries. This has eliminated one of the remaining sources of energy, which is not dependent on fuel.

## Health care, including attacks (Gaza Strip)

- In the past 24 hours, strikes continued in the close vicinity of hospitals, including the Indonesian Hospital (Beit Lahiya) and the Al Quds Hospital in Tal Al Hawa (Gaza city). In the latter, two patients and 12 people sheltering at the hospital were reported injured, and the hospital also sustained damage. The Israeli military claims that members of armed groups have been shooting from those areas.

- Since 3 November, the main electricity generators at Shifa Hospital in Gaza city and the Indonesian Hospital in North Gaza have reportedly stopped operating due to the lack of fuel. Both hospitals operate secondary, smaller generators, which provide only a few hours of electricity a day for the most critical services.

- Since the start of hostilities, 14 out of 35 hospitals with inpatient capacities have stopped functioning and 51 (71 per cent) of all primary care facilities across Gaza (72) have shut down due to damage or lack of fuel.

## Water and sanitation (Gaza Strip)

- Hundreds of thousands of residents in Gaza city and the North Gaza governorate are facing a severe water shortage, following the shutdown of all municipal water wells due to the lack of fuel, alongside the halt of water trucking activities. This situation raises concerns of dehydration and waterborne diseases due to water consumption from unsafe sources. However, a precise assessment is uncertain due to hostilities and access restrictions.

- In the south, all municipal wells have stopped operating since 2 November, due to the lack of fuel. Additionally, one of the two desalination plants in the area shut down and the other is operating at minimum levels. The two pipelines from Israel servicing these areas are operational.

- Six of the trucks that entered on 4 November from Egypt carried a total of 198 cubic metres of bottled water. They were distributed during the day at IDP shelters in the south of Gaza, meeting the drinking needs of about 66,000 IDPs for one day.

- On 4 and 5 November, seven water facilities across the Gaza Strip were directly hit and sustained major damage, including three sewage pipelines in Gaza city, two water reservoirs (in Gaza City, Rafah and Jabalia refugee camp) and two water wells in Rafah. The Gaza municipality warned about the imminent risk of sewage flooding.

## Food security

- According to the World Food Programme (WFP), stocks of some essential food items in Gaza, including rice, vegetable oil and pulses, are about to be depleted in the coming 1-3 days. Additionally, retailers are facing significant challenges when restocking available items from wholesalers due to widespread destruction, insecurity, and lack of fuel.

- Food supplies entering from Egypt include mainly ready-to-eat food (canned tuna and date bars) and are primarily distributed to IDPs and host families in southern Gaza, with only flour being provided to bakeries.

- Distribution of food assistance to IDPs in Gaza city and northern Gaza was almost completely halted for the past few days, following the intensification of ground operations. Anecdotal information suggests that limited food assistance by local NGOs and community-based organizations continues. Some reports indicate that no bakery is currently operational in these areas.

- Access to bread in the south is also challenging. The only operative mill in Gaza remains unable to grind wheat due to a lack of electricity and fuel. Eleven bakeries have been hit and destroyed since 7 October. Only one of the bakeries contracted by WFP, along with eight other bakeries in the southern and Middle areas, intermittently provides bread to shelters, depending on the availability of flour and fuel. People queue for long hours in bakeries, where they are exposed to airstrikes.

## Hostilities and casualties (Israel)

- The indiscriminate firing of rockets by Palestinian armed groups towards Israeli population centres has continued over the past 24 hours, resulting in no reported fatalities. Overall, about 1,400 Israelis and foreign nationals have been killed in Israel, according to the Israeli authorities, the vast majority on 7 October. As of 3 November, the names of 1,159 of these fatalities have been released, including 828 civilians. Of those whose ages have been provided, 31 are children.

- According to the Israeli authorities, 242 people are held captive in Gaza, including Israelis and foreign nationals. Media reports indicate that about 30 of the hostages are children. So far, four civilian hostages have been released by Hamas, and one female Israeli soldier was rescued by Israeli forces. Hamas has claimed that 57 of the hostages were killed by Israeli airstrikes.

## Violence and casualties (West Bank)

- Israeli forces shot and killed five Palestinians, including one child, between the afternoon of 4 November and noontime on 5 November. The deadliest incident, which lasted for over five hours, took place in the town of Abu Dis (Jerusalem) and resulted in three Palestinians killed. The operation involved armed clashes with Palestinians, during which Israeli forces fired a missile at a house where a wanted person was hiding and destroyed it. Another two fatalities, including a 17-year-old child, were reported during search-and-arrest operations in Al 'Eizariya (Jerusalem), and Nuba (Hebron).

- Since 7 October, 141 Palestinians, including 43 children, have been killed by Israeli forces; and eight, including one child, by Israeli settlers. Two Israelis have been killed by Palestinians.

- The number of Palestinians killed in the West Bank since 7 October accounts for more than one-third of all Palestinian fatalities in the West Bank in 2023 (388). About 55 per cent of these fatalities occurred during confrontations that followed Israeli search-and-arrest operations, primarily in Jenin and Tulkarm governorates. Some 30 per cent were in the context of demonstrations in solidarity with Gaza; eight per cent were killed in settler attacks against Palestinians, and the remaining seven where while attacking or allegedly attacking Israeli forces or settlers.

- Since 7 October, Israeli forces have injured 2,322 Palestinians, including at least 244 children, over half of them in the context of demonstrations. Sixty-four Palestinians have been injured by settlers. Some 27 per cent of those injuries have been caused by live ammunition.

- In the past 24 hours, armed Israeli settlers stormed the community of Khirbet Yarza (Tubas), broke into homes, physically assaulted and injured four men, and threatened others. In Qusra (Nablus) and Jinsafut (Qalqiliya), according to residents, settlers vandalized a total of 500 olive trees and crops.

- Since 7 October, OCHA has recorded 202 settler attacks against Palestinians, resulting in Palestinian casualties (28 incidents), damage to Palestinian-owned property (141 incidents), or both casualties and damage to property (33 incidents). This reflects a daily average of seven incidents, compared with three since the beginning of the year. Over one-third of these incidents included threats with firearms, including shootings. In nearly half of all incidents, Israeli forces were either accompanying or actively supporting the attackers.

## Displacement (West Bank)

- Since 7 October, at least 111 Palestinian households comprising 905 people, including 356 children, have been displaced amid settler violence and access restrictions. The displaced households are from more than 15 herding/Bedouin communities.

- An additional 120 Palestinians, including 55 children, have been displaced since 7 October following demolitions in Area C and East Jerusalem, due to lack of permits, and another 23, including 13 children, following punitive demolitions.

# HUMANITARIAN NEEDS AND RESPONSES

## Multi-Purpose Cash Assistance (MPCA)

**Priority needs**

- Access to basic needs and services is severely halted by the lack of resources and the security situation. IDPs outside formal shelters have extremely limited access to assistance. Those are prioritized for Emergency MPCA.

- Banks are temporarily closed, limiting access to cash. The capacities of financial service providers are severely limited and change by the hour (partners currently using PalPay).

- Depletion of stocked items to be purchased is worsening.

**Response to date**

- Some 17,874 households started receiving Emergency MPCA (NIS754 or $187 per household) as of 26 October. Redemption rates were reported as up to 86 per cent.

## Protection

**Priority needs**

- An estimated 20,000 people in need of specialized mental health services, including mental health drugs, who are in precarious situations with the disruption to mental health services.

- Documentation of violations of international human rights law and humanitarian law.

- Opening roads, safe access to basic needs, medicines, mental health support, and ambulance services in the West Bank.

**Response to date**

- Some 3,000 IDPs have received psychosocial support and social work intervention services from UNRWA social workers and counsellors since the crisis began.

- In the West Bank, UNRWA provided psychosocial support services to 155 Palestinian workers from Gaza, in Hebron, Ramallah, and Tulkarm, and to 240 students at Nur Shams Boys' schools.

- One partner reached at least 4,000 IDPs in shelters in Gaza and provided psychological first aid and needs assessment for non-food items (NFIs) and assistive devices.

- Partners provided about 700 psychological, social, and legal consultations for gender-based violence (GBV) incidents. Furthermore, 1,144 first psychiatric medical services were provided for GBV cases.

- UNICEF is leading the mapping of orphanages and shelters which host children with a view to support the registration of unaccompanied and separated children, to facilitate identification, reunification, and alternative care options at national level (both Gaza and the West Bank).

## Shelter

**Priority needs**

- Urgent need to provide services and basic shelter and NFI to IDPs.

- Provision of NFIs and house maintenance for people displaced in urban centres and with host families.

- Provision of shelter cash assistance for IDPs (reintegration package and belongings loss compensation) for at least 25,000 families.

**Response to date**

- Some 716,881 IDPs are hosted at 149 UNRWA schools across the Gaza Strip.

- Distribution of 20,000 NFIs in Rafah and Khan Younis, including bedding sets and dignity kits.

- Distribution of 820 hygiene kits to displaced families.

- ICRC and PRCS distributed 15,500 NFIs for displaced families, mainly mattresses and blankets.

## Health

**Priority needs**

- Improve the nutritional status, particularly of about 283,000 children under five and pregnant or lactating women, in response to the concerning food security and water situation in Gaza.

- Ensuring the provision of Infant and Young Child Feeding in Emergencies, including preventive nutrition interventions, cash voucher assistance, curative nutrition interventions, intact nutrition supplies pipeline, and a functional nutrition coordination mechanism.

- Addressing shortages of medical supplies impacting case management.

- Fuel supply for hospitals and ambulances.

- Urgent need to restock medical supplies given depletion of stocks in the local market.

- Need for short and long-term mental health and psychosocial support services for large numbers of psychologically traumatized people.

- Access to mobile clinics for 29 communities in Area C locations in Hebron, Jenin and Qalqiliya who have not had access since escalations began.

**Response to date**

- UNRWA continues to provide primary health-care services in the shelters, through 95 mobile medical units and medical teams.

- PMRS has eight mobile health teams also providing primary health-care services to IDPs and expects to increase the number to twelve.

- Partners are continuing to mobilize resources in Cairo; with support from WHO, the Health Cluster has deployed a logistics team based in Cairo to assist partners with health coordination.

## Food Security

**Priority needs**

- Electricity, fuel, and water sources to maintain agriculture.

- Many shops have food supplies to last less than a week.

- Safe access to farms, livestock, fisheries, and other livelihoods.

- Urgent import of fodder.

**Response to date**

- On 2 November, WFP continued to assist UN shelters by distributing bread, tuna, date bars and food parcels for host communities.

- Oxfam covered 189 households in the Gaza governorate.

- Dan Church Aid (DCA) covered 18,000 households sheltering in UNRWA designated emergency shelters in the Gaza governorate.

- Islamic Relief Palestine provided food assistance to 10,000 IDPs in non-UNRWA shelters or with host families.

- Anera provides hot meals to a total of 120,000 people. Food parcels, 80 per cent to UNRWA DES shelters, 20 per cent to hosting communities and other smaller scale shelters. 2,000 households in North Gaza and 12,000 households in Khan Yunis have already been covered. Ten thousand households in the Middle Area are ongoing. Vegetable baskets to host families and small-scale shelters for 2,000 IDPs (UN shelter) in Khan Younis and 2,000 IDPs (UN shelter) in the Middle Area. Planning food parcels distributed covering 1,000 IDPs in collective shelters and host families.

- Save the Children is providing food in-kind to 75,000 IDPs outside UNRWA shelters.

- UPA in partnership with PARC is providing 617 food parcels in five different shelter schools.

## Education

**Priority needs**

- Safe access to schools and communities.

**Response to date**

- Provision of emergency education supplies and learning, recreational kits/stationery to 11,250 children.

- Provision of psychosocial support to 28,300 school-aged children

- Provision of recreational activities for school-aged children.

## WASH (Water, Sanitation and Hygiene)

**Priority needs**

- Provision of clean drinking water.

- Provision of alternative power supply and 20,000 litres per day of emergency fuel to sustain the operation of WASH facilities, along with replenishing the chlorine supply for water treatment plants.

- Support to restore disrupted municipal services, including solid waste management, water, and sanitation operations, as appealed by the Gaza Strip municipalities.

- Delivery of essential WASH services and provisions to IDPs in collective centres, including drinking water and hygiene kits.

**Response to date**

Since 7 October WASH partners have provided:

- Some 9,500 hygiene kits to families in the UNRWA IDP centres.

- 1,950 cubic metres of drinking water trucked to IDP centres and host families.

- 175 cubic metres of bottled water among IDPs in UNRWA shelters.

- Four water storage tanks, with a capacity of 10 cubic metres, and twenty others, with a capacity of 1.5 cubic metres each, to be used by communities and shelters.

- 8,000 units of ten litres of water capacity.

- 4,000 water purification tools for the hosted families in vulnerable communities and IDP centres.

- 211 cubic metres of fuel to WASH facilities.

- 5 cubic metres of anti-scaling to desalination plants.

Protection against sexual abuse and exploitation (PSEA) remains a cross-cutting priority for all clusters. The SAWA helpline, reachable at 121 and through WhatsApp at +972 59-4040121 (East Jerusalem at 1-800-500-121), operates 24/7. This toll-free number is widely disseminated across all areas of intervention to report cases of SEA and to facilitate emergency counseling and referrals for affected communities to access life-saving services. The PSEA Network monitors calls daily and will increase the number of counselors if necessary.

# The Gaza Strip prior to the current escalation



# EXHIBIT
# D -29

the Jabaliya neighborhood on several other days, some with dozens of fatalities. The casualty counts could not immediately be independently confirmed.

Refugee camp neighborhoods in the south, below the evacuation boundary established by Israel, have also been struck, including multiple times in Nuseirat, Bureij and Maghazi. A strike on Maghazi over the weekend killed at least 47 people, Gaza's health ministry said, with the death toll expected to rise. A spokesperson for the Israeli military said it was looking into reports of the strike.

Overall in Gaza, about 1.5 million people are internally displaced, according to a United Nations estimate.

— *Lauren Leatherby and Leanne Abraham*

---

Nov. 7, 2023

## A third of buildings in northern Gaza are damaged or destroyed, analysis estimates 🔗

The vast devastation from Israeli attacks on the Gaza Strip continues to worsen. Roughly a third of all buildings in northern Gaza have been damaged or destroyed, an analysis of satellite imagery found — with thousands of buildings showing evidence of new damage just last week.

**Large swaths of northern Gaza are damaged**

☐ **Damage since Oct. 29**   ☐ **Older damage**



Sources: Damage analysis of Copernicus Sentinel-1 satellite data by Corey Scher of the CUNY Graduate Center and Jamon Van Den Hoek of Oregon State University; satellite image from Copernicus  •  Note: Data is of Gaza through Nov. 5 at 5:41 p.m. in Gaza and Israel.  •  By The New York Times

The Israeli military has continued to pummel the Gaza Strip, and particularly northern Gaza, with strikes even as ground troops have moved toward Gaza City over the past week and a half. Israel said on Monday that it had struck about 450 targets in Gaza in the previous 24 hours. Israel has encircled Gaza City, effectively cutting northern Gaza off from the south.

More than 10,000 people have been killed in Gaza since Israel's bombardment of the strip began a month ago, according to the Gaza Health Ministry in the Hamas-run Gaza Strip.

Throughout the entire Gaza Strip, including southern Gaza, at least 38,000 buildings appear to be damaged, or an estimated 13 to 18 percent of all buildings, according to the analysis by two researchers, Jamon Van Den Hoek of Oregon State University and Corey Scher of the CUNY Graduate Center. The assessment identified individual building footprints that were most likely damaged based on an analysis of satellite imagery ending on Sunday.

The Israeli military on Monday reiterated its demand that residents of northern Gaza move south, and an evacuation corridor was reopened for four hours. United Nations monitors reported about 5,000 people left the north during that window, while others were unable to make the journey. Because of heavy damage to roads, the only option was to flee on foot, according to a report from the United Nations' humanitarian and emergency relief office.

The damage assessment shows that Israeli forces have continued to strike in southern Gaza, below the evacuation line, though damage there is less concentrated than in the north.

**Additional strikes in southern Gaza**
☐ Damage since Oct. 29   ☐ Older damage

Nuseirat

Bureij

*Evacuation
zone boundary*

Maghazi

I S R A E L

Al Musaddar

Deir al Balah

G A Z A
S T R I P

**Gaza
Strip**

WEST
BANK

ISRAEL

Wadi as Salqa

Al Qarara

As Sureij

Bani Suheila

Abasan al-Kabira

Khuza'a

Khan Younis

Al Fukhkhari

Umm Kameil

Umm al Kilab

Al Mawasi

Tal as Sultan

Rafah                    Shokat as Sufi

E G Y P T

**N**
1 mile

Sources: Damage analysis of Copernicus Sentinel-1 satellite data by Corey Scher of the CUNY Graduate Center and Jamon Van Den Hoek of Oregon State University; satellite image from Copernicus  ·  Note: Data is of Gaza through Nov. 5 at 5:41 p.m. in Gaza and Israel.  ·  By The New York Times

In an interview with ABC News that aired Monday night, Israel's Prime Minister, Benjamin Netanyahu, indicated that he expected Israel to have an "overall security responsibility" over Gaza for an "indefinite period" once the fighting there is over, though he did not say who he thought should govern the enclave if Hamas is eliminated.

*— Leanne Abraham and Tim Wallace*

---

Nov. 5, 2023

## Frequent fighting along the Israel-Lebanon border continues as tensions mount 🔗

Intense clashes have escalated for weeks along Israel's northern border with Lebanon, stoking fears of a war between Israel and Hezbollah, the powerful Lebanese militia and political party that is an ally of Hamas.

# EXHIBIT
# D -30

Show more

## Life in Gaza City: Privation, rationing and desperate fear. 🔗



Smoke and flares rise over Gaza City during an Israeli strike in the Gaza Strip, as seen from southern Israel on Friday.  Leo Correa/Associated Press

For years, Mohammad Matar worked on constructing pipelines that moved water across the Gaza Strip — from northern Beit Lahia to southern Rafah. Now, he can barely get access to water himself.

Mr. Matar, a 35-year-old civil engineer, was reached by phone on Thursday evening in Gaza City, where he and his family have remained even as Israeli ground forces continue their relentless assault on Hamas.

Show more

## The W.H.O. chief says more than 250 attacks on Gaza and West Bank health care facilities have been verified. 🔗



Tedros Adhanom Ghebreyesus, left, the director general of the World Health Organization, at a United Nations Security Council meeting on Friday.  Timothy A. Clary/Agence France-Presse — Getty Images

The United Nations has verified more than 250 attacks on health care facilities in Gaza and the West Bank, including hospitals, clinics, ambulances and patients, with five hospitals hit in the last week alone, according to the director general of the United Nations' World Health Organization.

The United Nations Security Council convened an emergency meeting on Friday focused on the health crisis in Gaza, but the attacks on hospitals dominated the discussion. As the meeting began, U.N. officials and diplomats said they were receiving reports of fighting outside Rantisi Hospital and Al-Shifa Hospital, which was struck on Friday.

"The situation on the ground is impossible to describe," said the director general, Tedros Adhanom Ghebreyesus. "Hospital corridors crammed with the injured, the sick, the dying. Morgues overflowing. Surgery without anesthesia. Tens of thousands of displaced people sheltering at hospitals."

Dr. Tedros told the Security Council that the W.H.O. had also documented 25 attacks on Israeli health care facilities.

Israel's ambassador to the United Nations, Gilad Erdan, said Hamas's main command headquarters was under Al-Shifa Hospital. Both Hamas and the hospital have denied that accusation.

Mr. Erdan criticized the United Nations and the Security Council, accusing them of receiving "every single information" from Hamas's leaders and of failing to call out Hamas for its atrocities.

"What about Hamas's exploitation of hospitals, ambulances and medical clinics for terror in Gaza?" Mr. Erdan asked the Council, saying that Hamas operated tunnels underneath and adjacent to the hospitals.

Marwan Jilani, the director general of the Palestine Red Crescent Society, told the Council that he had rewritten his speech several times as the situation around Gaza hospitals deteriorated on Friday. He said patients and tens of thousands of civilians taking shelter at hospitals were at risk from direct and indirect fire.

Twenty people were injured, and one killed, by direct fire at Al-Shifa Hospital, Dr. Jilani said.

"The health sector in Gaza is under attack," he told the Council. "Hospitals are being deliberately targeted in a desperate attempt to force the civilian population out of Gaza." He said four hospitals had been targeted in the past 24 hours.

Hospitals in Gaza are facing extraordinary challenges, including a lack of fuel and electricity, which has forced doctors to operate in the dark and to prioritize which patients should get care. Surgeons have had to operate, including amputating limbs, without anesthesia. Disease is spreading because of lack of food, water and hygiene, U.N. officials and Dr. Jilani said.

"The wounded are no longer being treated for their injuries," Dr. Ghassan Abu-Sittah, a British Palestinian surgeon volunteering at Al-Shifa Hospital, said in a post on X on Friday night. "They are being stabalised the best they could."

At the Quds Hospital, where 40,000 displaced Palestinians are sheltering, the main generator was shut down after it ran out of fuel, and Dr. Jilani said there was a real possibility that all of the patients in its intensive care unit and the babies in incubators would die.

Calls for a cease-fire have intensified at the United Nations, with officials and many diplomats calling for an immediate halt to the fighting to save trapped civilians and deliver humanitarian aid at scale. The Security Council, however, remains divided over the wording of a legally binding resolution. Russia, China, France and some other members are insisting on language demanding a cease-fire, while the United States is rejecting calls for a cease-fire and asking for the resolution to include Israel's right to defend itself.

Diplomats said one proposal being floated was to introduce multiple resolutions, addressing one issue at a time. They said Malta, a nonpermanent member of the Council, was working on a resolution that would focus only on protecting children in Gaza and ensuring that they received adequate care.

In Gaza, medical workers have coined a new abbreviation, W.C.N.S.F.: "Wounded Child, No Surviving Family," said Lana Zaki Nusseibeh, the United Arab Emirates' ambassador to the Council. "Let that sink in."

"Medical staff tell us that they are in fear of their lives and the lives of their patients being taken," Ms. Nusseibeh said. "And they do not know if they will make it until the morning."

— *Farnaz Fassihi*

Show less

# EXHIBIT
# D -31

## HOSTILITIES IN THE GAZA STRIP AND ISRAEL - REPORTED IMPACT

10 November 2023 at 23:59

**DAY 34**

### OVERVIEW

The snapshot provides a comprehensive overview of the ongoing humanitarian crisis in Gaza as of 10 November 2023, including casualties, particularly among women and children.

Significant damage has been inflicted upon critical infrastructure and essential services, affecting people's ability to maintain their dignity and basic living standards.

This snapshot highlights reported figures on the impact of hostilities on people in Gaza, where a major humanitarian crisis has unfolded.



| 11,078* | 27,490* | ~1.6 million | 0 hours |
|---|---|---|---|
| Fatalities | Injuries | internally displaced (70% of Gaza) | Full electricity blackout for 31 days |

*Reported by MoH Gaza

## REPORTED CASUALTIES (Cumulative) as of 10 November 2023

### Palestinians*

**11,078**
Reported fatalities
in addition to **1,000** fatalities** (at least) in Israel

3,027 Women
4,506 Children    68% of Reported fatalities
678 Elderly



07 Oct    Daily/cumulative    10 Nov

**Families with multiple fatalities**

**1,130**  At least **6,120** of the reported fatalities were from 825 families

| More than 10 | 312 Families |
| 6 to 9 | 189 Families |
| 2 to 5 | 549 Families |

**27,490**
Reported injuries



07 Oct    Daily/cumulative    10 Nov

*According to the Ministry of Health in Gaza

### Israelis**

**Israel**

Over **1,200***** Reported fatalities

1,162 identified fatalities, including at least 31 children

**~5,400** Reported injuries

**Gaza**

**42** Reported fatalities    **NA** Reported injuries

** According to Israeli media citing official sources
***The reported estimate, which includes foreign nationals, has been changed by the Israeli sources

Other **2,700** people including **1,500** children reported missing and may be trapped under the rubble

### DAMAGE*

**10,000** Destroyed buildings

**41,000+** Destroyed housing units

**222,000+** Partially damaged housing units

- At least **45%** of Gaza's housing units reportedly destroyed or damaged
- 279 education facilities reportedly damaged
- 135 health facilities attacked
- 11 bakeries reportedly destroyed
- 21 hospitals and 47 Health care center out of service
- 53 ambulances damaged
- 20 WASH facilities damaged
  At least 3 churches and 67 mosques damaged

*Ministry of public works and housing as of 6 Nov.

### BASIC SERVICES AND LIVELIHOODS

#### FOOD SECURITY

Market stocks of essential food*:
Wheat flour (**12** days), Vegetable oil (**0** days, Pulse (**0** days), Sugar (**0** days), Rice: (**0** day).

*Source: WFP

The **only** operative mill cannot transform wheat due to elctrecity outages

**4-6 hours** average waiting time to receive half of normal bread portion

#### WATER AND SANITATION

**90%** less water consumption than pre-hostalities (average)

Most of **65** sewerage pumping are not operational

**50%** leakage in a main water pipeline between Rafah and Khan Younis

**Two** of the **3** water pipelines from Israel are functioning

#### HEALTH

**Shut down**
over **1/2** of the hospitals and nearly **2/3** of primary health care shut down

**At high risk**
At least **1,000** kidney failure, >**2,000** cancer patients, **130** neonates in incubators

**Critical shortages**
of drugs, blood products and supplies
(**Fuel at the hospitals is being severely rationed**)

**Evacuation orders**
All **13** hospitals still operational in Gaza city and Northern Gaza have received evacuation orders

#### EDUCATION

**625K (100%)**
Students with no access to education

**Over 51%** of Gaza's education facilities have been hit

#### HUMANITARIAN OPERATION

at least **198** medical staff (according to the MoH), of whom at least **16** were on duty when killed (WHO), **99** UNRWA staff, **20** Palestinian Civil Defense personel and **49** Journalists. **50** UNRWA installations damaged

#### MOVEMENT AND ACCESS

Closure of crossings with Israel. Rafah crossing with Egypt is partially open. Prohibition of sea access and restrictions near Israel's perimeter fence.

#### INCOMING TRUCKLOADS

**500 trucks** pre-crisis average per working day in 2023



20 Oct    25 Oct    10 Nov

**861** trucks with humanitarian aid entered Gaza since 21 October.

Disclaimer: The UN has so far not been able to produce independent, comprehensive, and verified casualty figures; the current numbers have been provided by the Palestinian Ministry of Health in Gaza and the Israeli authorities and await further verification.Other yet-to-be verified figures are also sourced.

# EXHIBIT

# D-32



United Nations







# Framework
# of Analysis
## for ATROCITY CRIMES

### A tool for prevention





[blank inside cover]



# Framework
# of Analysis
## for ATROCITY CRIMES

### A tool for prevention

United Nations, 2014



Secretary-General Ban visits Auschwitz-Birkenau, Poland
*UN Photo/Evan Schneider*

**Cover photos** (counter-clockwise from top):

Santa Cruz massacre 17th anniversary march, Dili, *UN Photo/Martine Perret*

A woman testifies in the trial of former Guatemalan military dictator, *Photo © Elena Hermosa/Trocaire, licensed under Creative Commons Attribution 2.0 Generic license*

A woman mourns at the Srebrenica-Potocari memorial and cemetery, *AP Photo/Marko Drobnjakovic*

Darfur village abandoned after heavy clashes, *UN Photo/Albert González Farran*

Rwandan refugees returning from Goma, *UN Photo/John Isaac*

Young children at the "Killing Fields" memorial in the outskirts of Phnom Penh, *UN Photo/John Isaac*

# Foreword

## by the Secretary-General of the United Nations

All of us have a responsibility to ask ourselves what we can do to protect populations from the most serious international crimes: genocide, crimes against humanity and war crimes. These crimes continue to be perpetrated in many places across the world. Although calls for accountability are now the norm when such crimes are committed, impunity is all too common. We can and must do more, much earlier, to save lives and prevent societies from collapsing and descending into horrific violence.

The first thing we can do is to be more alert and pay attention to the warning signs. Atrocity crimes take place on a large scale, and are not spontaneous or isolated events; they are processes, with histories, precursors and triggering factors which, combined, enable their commission.

My Special Advisers on the Prevention of Genocide and on the Responsibility to Protect have developed this Framework of Analysis for the Prevention of Atrocity Crimes as a guide for assessing the risk of genocide, crimes against humanity and war crimes. With the help of the Framework, we can better sound the alarm, promote action, improve monitoring or early warning by different actors, and help Member States to identify gaps in their atrocity prevention capacities and strategies.

I am pleased to present this Framework at a time when the United Nations is undergoing a system-wide revision of the way we respond to situations where serious violations of international human rights and humanitarian law are happening or could happen. Through the "Human Rights Up Front" initiative, we are committed to upholding the promise of "never again" and drawing lessons from past failures. In practice, it means putting human rights, the protection of populations and the prevention of atrocity crimes at the centre of our work.

As affirmed at the 2005 World Summit, States have the primary responsibility for protecting their own populations from genocide, war crimes, ethnic cleansing and crimes against humanity. The international community has committed to support each State in this endeavour and, should States manifestly fail in meeting their responsibilities, to take collective action in a timely and decisive manner in line with the United Nations Charter.

I therefore urge the widest possible use of this Framework to support prevention strategies at the national, regional and international levels. Prevention means acting early; to do that, we need to know what to look for. Together with a commitment to accountability, we owe this to the millions of victims of the horrific international crimes of the past — and those whose lives we may be able to save in the future.

**BAN Ki-moon**
*United Nations Secretary-General*
*July 2014*

# Contents

**Foreword by the Secretary-General of the United Nations** . . . . . . . . . . . . . . . . . . . . . . . . . . . . iii

**I.   INTRODUCING THE FRAMEWORK OF ANALYSIS** . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

What do we mean by atrocity crimes? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Who are the victims of atrocity crimes? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Why is it important to prevent atrocity crimes? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Is there a legal responsibility to prevent atrocity crimes? . . . . . . . . . . . . . . . . . . . . . . . . . 2

How can atrocity crimes be prevented?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

What are the roles of the Special Advisers on the Prevention of Genocide and on the Responsibility to Protect?. . . 4

What is the Framework of Analysis?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

What are risk factors and indicators?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

How to use the Framework of Analysis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

How accurate are risk assessments of atrocity crimes? . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

**II.   FRAMEWORK OF ANALYSIS FOR ATROCITY CRIMES** . . . . . . . . . . . . . . . . . . . . . . . 9

**Common Risk Factors**

**Risk Factor 1:** Situations of armed conflict or other forms of instability . . . . . . . . . . . . . . 10

**Risk Factor 2:** Record of serious violations of international human rights and humanitarian law . . . . . . . . 11

**Risk Factor 3:** Weakness of State structures. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

**Risk Factor 4:** Motives or incentives . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

**Risk Factor 5:** Capacity to commit atrocity crimes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

**Risk Factor 6:** Absence of mitigating factors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

**Risk Factor 7:** Enabling circumstances or preparatory action . . . . . . . . . . . . . . . . . . . . . . 16

**Risk Factor 8:** Triggering factors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

**Specific Risk Factors**

**Risk Factor 9:** Intergroup tensions or patterns of discrimination against protected groups . . . . . . . . . . . 18

**Risk Factor 10:** Signs of an intent to destroy in whole or in part a protected group . . . . . . . . . . . . . . . 19

**Risk Factor 11:** Signs of a widespread or systematic attack against any civilian population . . . . . . . . . . . 20

**Risk Factor 12:** Signs of a plan or policy to attack any civilian population . . . . . . . . . . . . . . . . . . . 21

**Risk Factor 13:** Serious threats to those protected under international humanitarian law . . . . . . . . . . . . . 22

**Risk Factor 14:** Serious threats to humanitarian or peacekeeping operations . . . . . . . . . . . . . . 24

**ANNEX I: Legal Definitions of Atrocity Crimes** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

Atrocity crimes are considered to be the most serious crimes against humankind. Their status as international crimes is based on the belief that the acts associated with them affect the core dignity of human beings.

# I.   INTRODUCING THE FRAMEWORK OF ANALYSIS

## What do we mean by atrocity crimes?

The term "atrocity crimes" refers to three legally defined international crimes: **genocide**, **crimes against humanity** and **war crimes**. The definitions of the crimes can be found in the 1948 Convention on the Prevention and Punishment of the Crime of Genocide, the 1949 Geneva Conventions[1] and their 1977 Additional Protocols,[2] and the 1998 Rome Statute of the International Criminal Court, among other treaties.[3]

In the 2005 World Summit Outcome Document (paragraphs 138 and 139), United Nations Member States made a commitment to protect populations from genocide, war crimes, ethnic cleansing and crimes against humanity, a principle referred to as the "Responsibility to Protect". In this context, the term "atrocity crimes" has been extended to include **ethnic cleansing** which, while not defined as an independent crime under international law, includes acts that are serious violations of international human rights and humanitarian law that may themselves amount to one of the recognized atrocity crimes, in particular crimes against humanity.[4]

---

[1]   The Geneva Conventions comprise the 1949 Geneva Convention (I) for the Amelioration of the Condition of the Wounded and Sick in Armed Forces in the Field; the 1949 Geneva Convention (II) for the Amelioration of the Condition of Wounded, Sick and Shipwrecked Members of Armed Forces at Sea; the 1949 Geneva Convention (III) relative to the Treatment of Prisoners of War; and the 1949 Geneva Convention (IV) relative to the Protection of Civilian Persons in Time of War.

[2]   The Additional Protocols comprise the 1977 Protocol Additional to the Geneva Conventions of 12 August 1949, and relating to the Protection of Victims of International Armed Conflicts (Protocol I); and the 1977 Protocol Additional to the Geneva Conventions of 12 August 1949, and relating to the Protection of Victims of Non-International Armed Conflicts (Protocol II).

[3]   For definitions of each of the crimes, consult Annex I.

[4]   For possible definitions of ethnic cleansing, consult Annex I.

## Who are the victims of atrocity crimes?

Atrocity crimes are considered to be the most serious crimes against humankind. Their status as international crimes is based on the belief that the acts associated with them affect the core dignity of human beings, in particular the persons that should be most protected by States, both in times of peace and in times of war. However, the victims targeted by acts of genocide, crimes against humanity and war crimes differ.

**Genocide**, according to international law, is a crime committed against members of a national, ethnical, racial or religious group. Even though the victims of the crimes are individuals, they are targeted because of their membership, real or perceived, in one of these groups. When speaking about potential victims of genocide, the Framework will refer to them as "**protected groups**".

**Crimes against humanity** encompass acts that are part of a widespread or systematic attack directed against any civilian population. Even if non-civilians might also become victims of the attack, for an act to be considered a crime against humanity, the ultimate target of the attack must be the civilian population. When speaking about potential victims of crimes against humanity, the Framework will refer to them as a "**civilian population**".

**War crimes** can be committed against a diversity of victims, either combatants or non-combatants. In international armed conflicts, victims include those specifically protected by the four 1949 Geneva Conventions, i.e., (1) the wounded and sick in armed forces in the field; (2) the wounded, sick and shipwrecked members of armed forces at sea; (3) prisoners of war; and (4) civilian persons. It also includes those protected under

the 1977 Additional Protocol I. In the case of non-international armed conflicts, common Article 3 of the four 1949 Geneva Conventions affords protection to "persons taking no active part in the hostilities, including members of armed forces who have laid down their arms and those placed 'hors de combat' by sickness, wounds, detention, or any other cause". It also includes those protected under the 1977 Additional Protocol II. Protection under international humanitarian law in both types of conflicts covers medical and religious personnel, humanitarian workers and civil defence staff. When speaking about potential victims of war crimes, the Framework will refer to them as "**those protected under international humanitarian law**".

Due to the diversity of types of victims of the three crimes, when speaking broadly about potential victims of atrocity crimes as protected by international law, the Framework will refer to them as "**protected groups, populations or individuals**".

## Why is it important to prevent atrocity crimes?

One of the principal roles of the United Nations Special Advisers on the Prevention of Genocide and on the Responsibility to Protect is to mobilize action for the prevention of atrocity crimes. The first and most compelling reason for this focus is the imperative to **preserve human life**. Atrocity crimes are, for the most part, large-scale events that, if prevented, will avoid significant loss of human life, as well as physical, psychosocial and psychological damages and trauma. However, there are also other significant reasons to focus on prevention.

Atrocity crimes tend to occur in countries with some level of instability or crisis. Consequently, measures taken to prevent these crimes are likely to contribute to **national peace and stability**. Prevention also serves the larger agenda of **regional and international peace and stability**. Atrocity crimes and their consequences can spill over into neighbouring countries by, for example, creating or reinforcing tensions between groups that are defined along religious or ethnic lines rather than by national borders. The United Nations

Security Council has stated in several of its resolutions that serious and gross breaches of international human rights and humanitarian law constitute threats to international peace and security. The preamble to the Rome Statute of the International Criminal Court also states that international crimes "threaten the peace, security and well-being of the world".

A further key reason for focusing on the prevention of atrocity crimes lies in the fact that prevention is **much less costly** than intervening to halt these crimes, or dealing with their aftermath. Wars, humanitarian crises, the rebuilding of nations and the building of sustainable peace after conflict require high and sustained levels of international support, often over many years. The political cost and challenges of early engagement by the international community are also less than when crises are imminent or ongoing, by which time options for preventive action are much more limited and there is a greater likelihood of political stalemate and failure.

Finally, by taking measures to prevent atrocity crimes and fulfilling their primary responsibility to protect, **States reinforce their sovereignty** and reduce the need for more intrusive forms of response from other States or international actors. As the United Nations Secretary-General has emphasized, the principle of the Responsibility to Protect is designed to be an ally of sovereignty, rather than to undermine it. Efforts by States to prevent atrocity crimes from being committed within their own borders are another way of fulfilling their sovereign responsibilities.

## Is there a legal responsibility to prevent atrocity crimes?

Apart from the moral and ethical responsibility that we all have to protect populations at risk of atrocity crimes, both individually and collectively, there are also **well-established legal obligations** to do so. Such obligations can be found in the Convention on the Prevention and Punishment of the Crime of Genocide, in international human rights and humanitarian law and in customary international law. International courts and tribunals have also cited these obligations and clarified their specific content.

The responsibilities that fall on States through ratified treaties or customary law entail an obligation not only to punish atrocity crimes but also to prevent them. In some cases, such as for the crime of genocide, the obligation to prevent contained in the **Convention on the Prevention and Punishment of the Crime of Genocide** (Article I) has become a norm of customary international law, which means that it is mandatory for all States, regardless of whether they have ratified the Convention. The obligation to "respect and ensure respect for international humanitarian law", as contained in common Article 1 of the **Geneva Conventions**, is also considered to be a norm of customary international law. This provision can be interpreted as including an obligation to prevent violations of international humanitarian law, including war crimes.

**International human rights law** also places obligations on State Parties to take steps to prevent the acts it seeks to prohibit. For example, the Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment specifies in Article 2 that State Parties "shall take effective legislative, administrative, judicial or other measures to prevent acts of torture". When part of a widespread or systematic attack against a civilian population, torture can constitute a crime against humanity.

On 27 February 2007 the **International Court of Justice** issued an important judgment in the *Case Concerning Application of the Convention on the Prevention and Punishment of the Crime of Genocide* (Bosnia and Herzegovina v. Serbia and Montenegro). The Court stated that the obligation "to prevent" within the scope of the Convention on the Prevention and Punishment of the Crime of Genocide imposed an obligation that was not territorially limited. According to the Court, every State with a "capacity to influence effectively the action of persons likely to commit, or already committing genocide," even if outside its own borders, is under the obligation "to employ all means reasonably available to them, so as to prevent genocide so far as possible".

The **principle of the Responsibility to Protect**, which reaffirms the primary responsibility of the State to protect its population from atrocity crimes, is founded on all these legal obligations and interpretations. Paragraph 138 of the 2005 World Summit Outcome Documents specifies that States have a responsibility to prevent the commission of genocide, war crimes, ethnic cleansing and crimes against humanity, as well as incitement to these acts. Paragraph 139 goes on to underline the responsibility of the international community to prevent atrocity crimes by helping States to build capacity to protect their populations and assisting States under stress "before crisis and conflicts break out". When States "manifestly fail" in their responsibility to protect populations from atrocity crimes, the international community has also declared that it is prepared to take collective action, in a "timely and decisive manner", to protect populations from these crimes, using all available tools, and bearing in mind the principles of the United Nations Charter and international law.

> As the United Nations Secretary-General has emphasized, the principle of the Responsibility to Protect is designed to be an ally of sovereignty, rather than to undermine it.

## How can atrocity crimes be prevented?

Preventing genocide, war crimes, ethnic cleansing and crimes against humanity is primarily the responsibility of individual States. Prevention is an ongoing process that requires sustained efforts to **build the resilience of societies to atrocity crimes** by ensuring that the rule of law is respected and that all human rights are protected, without discrimination; by establishing legitimate and accountable national institutions; by eliminating corruption; by managing diversity constructively; and by supporting a strong and diverse civil society and a pluralistic media. Failure by the State to provide such protection and guarantees to its population can create an environment conducive to atrocity crimes. In such cases, prevention involves efforts to halt a likely course of events.

Atrocity crimes are not usually single or random events. Instead, they tend to develop in a dynamic process that offers entry points for action to prevent

their occurrence. To be able to engage in the level of violence associated with atrocity crimes, perpetrators need time to develop the capacity to do so, mobilize the resources, and take concrete steps that will help them to achieve their objectives. This does not mean that an overt plan to commit atrocity crimes will always exist from the onset of the process. In some past cases of genocide, for example, the intent to destroy a group was formulated at a later stage of the violence.

However, as atrocity crimes are processes, it is possible to identify warning signs or indicators that they might occur. This is particularly true in the case of genocide and crimes against humanity. If we **understand the root causes and precursors** of these crimes, and can **identify risk factors** that can lead to or enable their commission, it follows that we can also **identify measures that can be taken by States and the international community** to prevent these crimes.

The earlier the risk factors are identified, the greater the opportunities for early prevention. As times goes on, preventive action becomes more difficult and more costly. If, for example, the motivation behind increased violence against a particular group is recognized at an early stage, it will be possible for the State or the international community to develop strategies aimed at addressing and defusing this motivation. However, if atrocity crimes are already occurring, the options available to respond will be very limited and, in some cases, may require the use of coercive measures including, if all peaceful means fail, the use of force.

## What are the roles of the Special Advisers on the Prevention of Genocide and on the Responsibility to Protect?

The United Nations Secretary-General's Special Advisers on the Prevention of Genocide and on the Responsibility to Protect, who have distinct but complementary mandates, work together to **advance national and international efforts to protect populations from genocide, war crimes, ethnic cleansing and crimes against humanity, as well as their incitement**.

The Special Adviser on the Prevention of Genocide acts as an early warning mechanism by alerting the United Nations Secretary-General and, through him, the Security Council to situations where there is a risk of genocide and presenting recommendations. The Special Adviser also advocates and mobilizes the United Nations system, Member States, regional arrangements and civil society for appropriate preventive action. Working under the overall guidance of the Special Adviser on the Prevention of Genocide, the Special Adviser on the Responsibility to Protect leads the conceptual, political, institutional and operational development of the Responsibility to Protect principle and its implementation by the United Nations, Member States, regional arrangements and civil society.

The Special Advisers are supported by a joint office, the Office on Genocide Prevention and the Responsibility to Protect (the Office). The Office collects information and conducts assessments of situations worldwide that could potentially lead to atrocity crimes or their incitement. The Office also works to build the capacity of United Nations, Member States, regional and sub-regional organizations and civil society through training and technical assistance to strengthen prevention, early warning and response capacity; to promote a greater understanding of the causes and dynamics of atrocity crimes and of the measures that could be taken to prevent them; and to raise awareness among States and other actors about their responsibility to protect.

It is worth noting that there are **other United Nations departments and institutions with mandates that are relevant to the prevention of atrocity crimes**. These include the Department of Political Affairs (DPA), through its work on conflict prevention and peaceful resolution; the Department of Peacekeeping Operations (DPKO), through its work on the protection of civilians; the Office of the United Nations High Commissioner for Human Rights (OHCHR), which takes the lead on the promotion and protection of human rights; the Office of the United Nations High Commissioner for Refugees (UNHCR), through its work on the protection of uprooted or stateless people; the United Nations Development Programme (UNDP), through its work to promote the rule of law

and support democratic governance and crisis prevention initiatives; and the United Nations Office for the Coordination of Humanitarian Affairs (OCHA), through its coordination work among humanitarian actors with the aim of reducing the impact of conflict. The United Nations human rights monitoring mechanisms, such as the human rights treaty bodies and the Human Rights Council's special procedures, can also play an important early warning role.

## What is the Framework of Analysis?

In 2009, the then Office of the Special Adviser on the Prevention of Genocide developed a framework of analysis to support the assessment of the risk of the crime of genocide from an early warning perspective. However, with the subsequent expansion of the Office's responsibilities to also support the work of the Special Adviser on the Responsibility to Protect, there was a need to develop a framework that could be used to analyse not only the risk of genocide but also the risk of crimes against humanity, war crimes and ethnic cleansing. In addition, new dynamics and a better understanding of the processes of atrocity crimes prompted the need for a revision of the elements included in the initial framework.

The present Framework replaces the previous document and provides an **integrated analysis and risk assessment tool for atrocity crimes**. The revision also reflects recent developments and new research into the processes that lead to those crimes. It was subject to consultations within and outside the United Nations system. The result is a Framework that serves as a working tool for the assessment of the risk of atrocity crimes in all parts of the world and in identifying those countries most at risk.

To be effective, assessments require the systematic collection of accurate and reliable information based on the risk factors and indicators that the Framework identifies. The broad risk factors and the more specific indicators reflect definitions of the crimes in international law, case law from the work of international courts or tribunals, and empirical analysis of past and present situations.

Given the absence of a conceptual definition common to all war crimes, such as that which exists for genocide and crimes against humanity, the Framework focuses only on war crimes that have an impact on the protection of human life, this being the primary objective of preventive action. In addition, given the focus of the Responsibility to Protect principle on the protection of populations from the most serious violations of international human rights and humanitarian law, the Framework covers war crimes that assume a more systematic or widespread pattern of conduct. Finally, given that ethnic cleansing does not have a distinct legal definition as an international crime, but includes acts that can constitute other atrocity crimes or elements of them, it has been integrated into the analysis of the risk factors for those crimes.



*The UN Secretary-General's Special Advisers on the Prevention of Genocide and on the Responsibility to Protect work together to advance national and international efforts to protect populations from atrocity crimes.*

This Framework is a public document. The Office encourages and welcomes its use by international, regional and national actors as a tool either for early warning mechanisms, or for other mechanisms used for monitoring, assessment and forecasting. In addition, the Office recommends that Member States use the Framework to help identify both areas of success as well as gaps in atrocity prevention capacities and strategies at the national level.

## What are risk factors and indicators?

**Risk factors** are conditions that increase the risk of or susceptibility to negative outcomes. Those identified in this framework include behaviours, circumstances or elements that create an environment conducive to the commission of atrocity crimes, or indicate the potential, probability or risk of their occurrence. Risk factors are not all the same. Some are structural in nature, such as the weakness of State structures, while others pertain to more dynamic circumstances or events, such as triggering factors. Triggers and other dynamic elements transform general risk into

an increased likelihood that atrocities crimes will be committed.

The **indicators** included in this framework are different manifestations of each risk factor, and therefore assist in determining the degree to which an individual risk factor is present. The particular indicators identified in the Framework have been drawn from past and current cases, but are not intended to be exhaustive.

## How to use the Framework of Analysis

The Framework contains two main analytical tools for assessing the risk of atrocity crimes: (a) a list of **14 risk factors** for atrocity crimes; and (b) **indicators** for each of the risk factors. Among the 14 risk factors outlined, the first eight are common to all crimes, reflecting the fact that atrocity crimes tend to occur in similar settings and share several elements or features. In addition to these common factors, the framework identifies six additional risk factors, two specific to each of the international crimes — namely genocide, crimes against humanity and war crimes.

The **common risk factors** help us identify the probability of atrocity crimes overall, without necessarily identifying the type of crime. In fact, in the initial stages of monitoring, it is not always possible to identify which specific crime is most at risk. This becomes clearer as the process leading to atrocity crimes progresses. For example, weak State structures put populations or groups at risk of any of these crimes. In addition, different kinds of atrocity crimes can occur concurrently in a same situation, or one crime might be a precursor to another form of atrocity crime.

The **specific risk factors**, on the other hand, result from the fact that each crime has elements and precursors that are not common to all three crimes. For example, one of the elements specific to the crime of genocide is the intent to destroy, in whole or in part, a national, ethnical, racial or religious group. Where signs or evidence of such intent are found, this points to a higher risk of genocide. In this way, the specific risk factors identified in the framework reflect the legal

definitions of the crimes, even though they are not strictly limited by them, nor intend to be criminal evidence of them.

To assess the risk of atrocity crimes in a given situation with the Framework of Analysis, a monitor or analyst should **use the risk factors and indicators to guide the collection and assessment of information**. For example, taking Risk Factor 1 (Situations of Armed Conflict or Other Forms of Instability), they should collect reliable information from a variety of sources that would inform an assessment of whether any of the respective indicators is present or has changed: whether there is an international or non-international armed conflict (Indicator 1.1); whether there is evidence of a humanitarian crisis or emergency (Indicator 1.2); whether there is political instability caused by different factors (Indicators 1.3 to 1.6); economic instability (Indicator 1.7 to 1.9) or social instability (Indicators 1.10 and 1.11). The analysis of the totality of the information gathered will guide an assessment of whether a particular State faces the kind of stress that could generate an environment conducive to atrocity crimes and hence, the presence of Risk Factor 1.

A few points should be kept in mind while using this Framework. First, **not all risk factors need to be present for there to be an assessment that there is a significant risk of atrocity crimes occurring**. For example, there are situations where information gathered has confirmed the presence of most of the risk factors, but atrocity crimes have not yet taken place. This could be due to the absence of a triggering event or the presence of a strong mitigating factor. It may also not be possible to obtain sufficiently accurate and reliable information to confirm the presence of a particular risk factor. Nevertheless, this should not deter monitors and analysts from warning of the likelihood that an atrocity crime could be committed. Triggering factors are not always predictable and a strong mitigating factor might weaken or disappear. It is also important to bear in mind that common

risk factors tend to be manifest sooner than specific risk factors. Information that confirms the presence of specific risk factors is sometimes more difficult to obtain at an early stage.

Second, **the more risk factors (and the greater number of relevant indicators) that are present, the greater the risk that an atrocity crime may be committed**. Also, the greater the number of indicators of a particular risk factor that are present, the greater the importance and role of that factor in a particular situation.

Third, **the risk factors and the indicators are not ranked, as their relative importance will differ according to the particular context**. Even though armed conflict has been identified as the strongest or most important contributing risk factor, armed conflict is not a precondition of all atrocity crimes — genocide and crimes against humanity can also occur in times of peace. Certainly, some risk factors will have a greater weight than others, or will be manifest more often than others. However, all contribute to increasing the risk of atrocity crimes.

Finally, monitors and analysts will need to be flexible when considering and weighing all the elements in this Framework and **situate them within a broader political, contextual, historical and cultural analysis**. In addition, given the development of new trends and patterns of violence and of conduct related to conflict, assessments should be open to new elements that might surface.

## How accurate are risk assessments of atrocity crimes?

The Framework of Analysis provides a set of elements to help monitors or analysts to make **qualitative and systematic assessments of the risk of atrocity crimes** in specific situations. However, the presence of risk factors of atrocity crimes in a particular situation does not directly or inevitably lead to the occurrence of those crimes — risk is not equated with inevitability. In fact, some of the risk factors identified in the Framework will be present in many situations or societies around the world where atrocity crimes have not taken place. Why is that? The absence of atrocity crimes in these societies can be linked to the strength of local sources of resilience, outside assistance that mitigates risk, the lack of motivation of the leadership to commit or permit atrocity crimes, or simply the absence of a triggering factor or event. On the other hand, unpredictable occurrences can disrupt a likely course of events.



To be effective, assessments require the systematic collection of accurate and reliable information based on the risk factors and indicators that the framework identifies.



However, although it is impossible to draw a direct causal relation between the presence of particular risk factors and the occurrence of atrocity crimes, these crimes are **rarely committed in the absence of all or most of the risk factors** that the Framework identifies.

# II.   FRAMEWORK OF ANALYSIS FOR ATROCITY CRIMES

## COMMON RISK FACTORS

| | | |
|---|---|---|
| Risk Factor | 1 | Situations of armed conflict or other forms of instability |
| Risk Factor | 2 | Record of serious violations of international human rights and humanitarian law |
| Risk Factor | 3 | Weakness of State structures |
| Risk Factor | 4 | Motives or incentives |
| Risk Factor | 5 | Capacity to commit atrocity crimes |
| Risk Factor | 6 | Absence of mitigating factors |
| Risk Factor | 7 | Enabling circumstances or preparatory action |
| Risk Factor | 8 | Triggering factors |

## SPECIFIC RISK FACTORS

### Genocide

| | | |
|---|---|---|
| Risk Factor | 9 | Intergroup tensions or patterns of discrimination against protected groups |
| Risk Factor | 10 | Signs of an intent to destroy in whole or in part a protected group |

### Crimes against humanity

| | | |
|---|---|---|
| Risk Factor | 11 | Signs of a widespread or systematic attack against any civilian population |
| Risk Factor | 12 | Signs of a plan or policy to attack any civilian population |

### War crimes

| | | |
|---|---|---|
| Risk Factor | 13 | Serious threats to those protected under international humanitarian law |
| Risk Factor | 14 | Serious threats to humanitarian or peacekeeping operations |

9

## RISK FACTOR 1

**COMMON**

### Situations of armed conflict or other forms of instability

*Situations that place a State under stress and generate an environment conducive to atrocity crimes.*

| Indicators | |
|---|---|
| 1.1 | International or non-international armed conflict. |
| 1.2 | Security crisis caused by, among other factors, defection from peace agreements, armed conflict in neighboring countries, threats of external interventions or acts of terrorism. |
| 1.3 | Humanitarian crisis or emergency, including those caused by natural disasters or epidemics. |
| 1.4 | Political instability caused by abrupt or irregular regime change or transfer of power. |
| 1.5 | Political instability caused by disputes over power or growing nationalist, armed or radical opposition movements. |
| 1.6 | Political tension caused by autocratic regimes or severe political repression. |
| 1.7 | Economic instability caused by scarcity of resources or disputes over their use or exploitation. |
| 1.8 | Economic instability caused by severe crisis in the national economy. |
| 1.9 | Economic instability caused by acute poverty, mass unemployment or deep horizontal inequalities. |
| 1.10 | Social instability caused by resistance to or mass protests against State authority or policies. |
| 1.11 | Social instability caused by exclusion or tensions based on identity issues, their perception or extremist forms. |

**Comment:**

Atrocity crimes usually take place against a background of either an international or non-international armed conflict. Armed conflicts are periods characterized by a high incidence of violence, insecurity and the permissibility of acts that would otherwise not be acceptable. In addition, the capacity of States to inflict harm is usually at its peak during periods of conflict. If armed conflict is a violent way of dealing with problems, it is clear that the risk of atrocity crimes acutely increases during these periods. However, other situations that are not typical armed conflicts can also put a State under such a level of stress that it becomes more prone to serious human rights violations and, eventually, to atrocity crimes. In fact, genocide and crimes against humanity can also occur during times of peace. This is most likely when there are serious levels of political instability, threats to the security of the country or even volatility in economic or social affairs. Although situations of instability, or even of armed conflict, will not necessarily lead to the occurrence of atrocity crimes, they highly increase the likelihood of those crimes.

**RISK FACTOR 2**

COMMON

## Record of serious violations of international human rights and humanitarian law

**Past or current serious violations of international human rights and humanitarian law, particularly if assuming an early pattern of conduct, and including those amounting to atrocity crimes, that have not been prevented, punished or adequately addressed and, as a result, create a risk of further violations.**

| Indicators | |
|---|---|
| 2.1 | Past or present serious restrictions to or violations of international human rights and humanitarian law, particularly if assuming an early pattern of conduct and if targeting protected groups, populations or individuals. |
| 2.2 | Past acts of genocide, crimes against humanity, war crimes or their incitement. |
| 2.3 | Policy or practice of impunity for or tolerance of serious violations of international human rights and humanitarian law, of atrocity crimes, or of their incitement. |
| 2.4 | Inaction, reluctance or refusal to use all possible means to stop planned, predictable or ongoing serious violations of international human rights and humanitarian law or likely atrocity crimes, or their incitement. |
| 2.5 | Continuation of support to groups accused of involvement in serious violations of international human rights and humanitarian law, including atrocity crimes, or failure to condemn their actions. |
| 2.6 | Justification, biased accounts or denial of serious violations of international human rights and humanitarian law or atrocity crimes. |
| 2.7 | Politicization or absence of reconciliation or transitional justice processes following conflict. |
| 2.8 | Widespread mistrust in State institutions or among different groups as a result of impunity. |

**Comment:**

Societies that have a history of violence and serious violations of international human rights and humanitarian law or atrocity crimes, or where these are currently taking place, can be more prone to further atrocity crimes. As history has demonstrated, atrocity crimes in general and genocide in particular are preceded by less widespread or systematic serious violations of international human rights and humanitarian law. These are typically violations of civil and political rights, but they may include also severe restrictions to economic, social and cultural rights, often linked to patterns of discrimination or exclusion of protected groups, populations or individuals. This risk factor is also relevant where the legacies of past atrocity crimes have not been adequately addressed through individual criminal accountability, reparation, truth-seeking and reconciliation processes, as well as comprehensive reform measures in the security and judicial sectors. A society in this situation is more likely to resort again to violence as a form of addressing problems.

## RISK FACTOR 3

**COMMON**

### Weakness of State structures

Circumstances that negatively affect the capacity of a State to prevent or halt atrocity crimes.

| Indicators | |
|---|---|
| 3.1 | National legal framework that does not offer ample and effective protection, including through ratification and domestication of relevant international human rights and humanitarian law treaties. |
| 3.2 | National institutions, particularly judicial, law enforcement and human rights institutions that lack sufficient resources, adequate representation or training. |
| 3.3 | Lack of an independent and impartial judiciary. |
| 3.4 | Lack of effective civilian control of security forces. |
| 3.5 | High levels of corruption or poor governance. |
| 3.6 | Absence or inadequate external or internal mechanisms of oversight and accountability, including those where victims can seek recourse for their claims. |
| 3.7 | Lack of awareness of and training on international human rights and humanitarian law to military forces, irregular forces and non-State armed groups, or other relevant actors. |
| 3.8 | Lack of capacity to ensure that means and methods of warfare comply with international humanitarian law standards. |
| 3.9 | Lack of resources for reform or institution-building, including through regional or international support. |
| 3.10 | Insufficient resources to implement overall measures aimed at protecting populations. |

**Comment:**

The risk of atrocity crimes can be increased by a State's lack of capacity to prevent these crimes. A State protects its population through the establishment of frameworks and institutions that are guided by the rule of law and good governance principles. However, when such structures are inadequate or simply do not exist, the ability of the State to prevent atrocity crimes is significantly diminished. As a consequence, populations are left vulnerable to those who may take advantage of the limitations or the dysfunction of State machinery, or to those that may opt for violence to respond to real or perceived threats. This is even more the case in a situation of armed conflict, when it is paramount that those resorting to the use of force are fully aware of and respect the rules that aim to protect populations from such force, and have the necessary means to do so. The weakness of State structures will not necessarily be a cause of atrocity crimes, but it undoubtedly decreases the level of protection and, when analysed in conjunction with other risk factors, increases the probability of atrocity crimes.

## RISK FACTOR 4

COMMON

## Motives or incentives

**Reasons, aims or drivers that justify the use of violence against protected groups, populations or individuals, including by actors outside of State borders.**

| Indicators | |
|---|---|
| 4.1 | Political motives, particularly those aimed at the attainment or consolidation of power. |
| 4.2 | Economic interests, including those based on the safeguard and well-being of elites or identity groups, or control over the distribution of resources. |
| 4.3 | Strategic or military interests, including those based on protection or seizure of territory and resources. |
| 4.4 | Other interests, including those aimed at rendering an area homogeneous in its identity. |
| 4.5 | Real or perceived threats posed by protected groups, populations or individuals, against interests or objectives of perpetrators, including perceptions of disloyalty to a cause. |
| 4.6 | Real or perceived membership of or support for armed opposition groups, by protected groups, populations or individuals. |
| 4.7 | Ideologies based on the supremacy of a certain identity or on extremist versions of identity. |
| 4.8 | Politicization of past grievances, tensions or impunity. |
| 4.9 | Social trauma caused by past incidents of violence not adequately addressed and that produced feelings of loss, displacement, injustice and a possible desire for revenge. |

### Comment:

The motives or incentives that lead perpetrators to commit atrocity crimes are not elements of the legal definition of those crimes and are therefore not relevant to determine individual criminal responsibility. However, from an early warning perspective, it is extremely important to be able to identify motivations, aims or drivers that could influence certain individuals or groups to resort to massive violence as a way to achieve goals, feed an ideology or respond to real or perceived threats. On one hand, to do so allows for a higher degree of prediction of the likelihood of those crimes. On the other, it opens the opportunity to develop prevention strategies aimed at neutralizing or curbing those motives or incentives. No one specific motive or incentive will automatically lead to atrocity crimes, but certain motives or incentives are more likely to, especially those that are based on exclusionary ideology, which is revealed in the construction of identities in terms of "us" and "them" to accentuate differences. The historical, political, economic or even cultural environment in which such ideologies develop can also be relevant.

**COMMON**

## RISK FACTOR 5

### Capacity to commit atrocity crimes

Conditions that indicate the ability of relevant actors to commit atrocity crimes.

| Indicators | |
|---|---|
| 5.1 | Availability of personnel and of arms and ammunition, or of the financial resources, public or private, for their procurement. |
| 5.2 | Capacity to transport and deploy personnel and to transport and distribute arms and ammunition. |
| 5.3 | Capacity to encourage or recruit large numbers of supporters from populations or groups, and availability of the means to mobilize them. |
| 5.4 | Strong culture of obedience to authority and group conformity. |
| 5.5 | Presence of or links with other armed forces or with non-State armed groups. |
| 5.6 | Presence of commercial actors or companies that can serve as enablers by providing goods, services, or other forms of practical or technical support that help sustain perpetrators. |
| 5.7 | Financial, political or other support of influential or wealthy national actors. |
| 5.8 | Armed, financial, logistic, training or other support of external actors, including States, international or regional organizations, private companies, or others. |

### Comment:

Atrocity crimes are not easy to commit. In particular, genocide and crimes against humanity, but also several war crimes, are characterized by large-scale violence that requires a level of planning and that, in most cases, is sustained over a period of time. To be able to engage in such conduct, actors aiming at committing atrocity crimes must have at their disposal the necessary, substantial resources and support, either internal or external. That capacity can be intentionally developed or it can also be incidental. Accordingly, the fact that States or groups have the capacity to perpetrate atrocity crimes does not imply that they will commit them — for that, it is also necessary that they have the intention to make use of that capacity against a protected group, population or individual. Therefore, this risk factor must be assessed in conjunction with other factors. In contrast, those who do not have the capacity to commit atrocity crimes, i.e., where one or more of the indicators mentioned above are not present, will most likely not be able to put any plan into action, or will face serious challenges in its attempt to implement it.



## RISK FACTOR 6

COMMON

## Absence of mitigating factors

*Absence of elements that, if present, could contribute to preventing or to lessening the impact of serious acts of violence against protected groups, populations or individuals.*

| Indicators | |
|---|---|
| 6.1 | Limited or lack of empowerment processes, resources, allies or other elements that could contribute to the ability of protected groups, populations or individuals to protect themselves. |
| 6.2 | Lack of a strong, organized and representative national civil society and of a free, diverse and independent national media. |
| 6.3 | Lack of interest and focus of international civil society actors or of access to international media. |
| 6.4 | Lack of or limited presence of the United Nations, INGOs or other international or regional actors in the country and with access to populations. |
| 6.5 | Lack of membership and effective participation of the State in international or regional organizations that establish mandatory membership obligations. |
| 6.6 | Lack of exposure, openness or establishment of political or economic relations with other States or organizations. |
| 6.7 | Limited cooperation of the State with international and regional human rights mechanisms. |
| 6.8 | Lack of incentives or willingness of parties to a conflict to engage in dialogue, make concessions and receive support from the international community. |
| 6.9 | Lack of interest, reluctance or failure of United Nations Member States or international or regional organizations to support a State to exercise its responsibility to protect populations from atrocity crimes, or to take action when the State manifestly fails that responsibility. |
| 6.10 | Lack of support by neighbouring States to protect populations at risk and in need of refuge, including by closure of borders, forced repatriation or aid restrictions. |
| 6.11 | Lack of an early warning mechanism relevant to the prevention of atrocity crimes. |

### Comment:

Atrocity crimes result from a convergence of elements, as demonstrated in this framework. Among those elements, some point more directly to the likelihood of atrocity crimes, while others might have a more indirect effect and seem secondary, or even too broad to merit consideration. However, even if indirect, these elements can contribute to preventing an escalation of violence or even to ending it and can therefore reduce the probability of atrocity crimes. Some of these elements can exist prior to the development of tensions, crises or conflict, while others can arise as a situation escalates. Such elements, either internal or external, are important to consider for early warning purposes.

## RISK FACTOR 7

COMMON

### Enabling circumstances or preparatory action

*Events or measures, whether gradual or sudden, which provide an environment conducive to the commission of atrocity crimes, or which suggest a trajectory towards their perpetration.*

| Indicators | |
|---|---|
| 7.1 | Imposition of emergency laws or extraordinary security measures that erode fundamental rights. |
| 7.2 | Suspension of or interference with vital State institutions, or measures that result in changes in their composition or balance of power, particularly if this results in the exclusion or lack of representation of protected groups. |
| 7.3 | Strengthening of the security apparatus, its reorganization or mobilization against protected groups, populations or individuals. |
| 7.4 | Acquisition of large quantities of arms and ammunition or of other objects that could be used to inflict harm. |
| 7.5 | Creation of, or increased support to, militia or paramilitary groups. |
| 7.6 | Imposition of strict control on the use of communication channels, or banning access to them. |
| 7.7 | Expulsion or refusal to allow the presence of NGOs, international organizations, media or other relevant actors, or imposition of severe restrictions on their services and movements. |
| 7.8 | Increased violations of the right to life, physical integrity, liberty or security of members of protected groups, populations or individuals, or recent adoption of measures or legislation that affect or deliberately discriminate against them. |
| 7.9 | Increased serious acts of violence against women and children, or creation of conditions that facilitate acts of sexual violence against those groups, including as a tool of terror. |
| 7.10 | Imposition of life-threatening living conditions or the deportation, seizure, collection, segregation, evacuation, or forced displacement or transfer of protected groups, populations or individuals to camps, rural areas, ghettos or other assigned locations. |
| 7.11 | Destruction or plundering of essential goods or installations for protected groups, populations or individuals, or of property related to cultural and religious identity. |
| 7.12 | Marking of people or their property based on affiliation to a group. |
| 7.13 | Increased politicization of identity, past events or motives to engage in violence. |
| 7.14 | Increased inflammatory rhetoric, propaganda campaigns or hate speech targeting protected groups, populations or individuals. |

### Comment:

Atrocity crimes, and in particular genocide and crimes against humanity, are processes that take time to plan, coordinate and implement. They cannot be explained as isolated or spontaneous events that perpetrators decided to commit without some level of preparation. Also, as mentioned in a previous risk factor, perpetrators need to possess sufficient resources to be able to commit massive or widespread acts of violence. Such resources are not always readily available and can take time to assemble. Consequently, throughout the development of these processes, it should be possible to identify events, actions or changes that point to the likelihood that certain actors are taking steps towards a scenario of mass violence and possibly atrocity crimes. Alternatively, such events, actions or changes can also serve to create an environment that favors or even encourages the commission of such crimes. Recognizing such indicators and establishing a causal link to the probability of atrocity crimes is not always easy, but it is of great relevance. As with all risk factors, analysis of this risk factor should take into consideration a context in which other risk factors might also be present.

**RISK FACTOR 8**

COMMON

## Triggering factors

*Events or circumstances that, even if seemingly unrelated to atrocity crimes, may seriously exacerbate existing conditions or may spark their onset.*

| Indicators | |
|---|---|
| 8.1 | Sudden deployment of security forces or commencement of armed hostilities. |
| 8.2 | Spillover of armed conflicts or serious tensions in neighbouring countries. |
| 8.3 | Measures taken by the international community perceived as threatening to a States' sovereignty. |
| 8.4 | Abrupt or irregular regime changes, transfers of power, or changes in political power of groups. |
| 8.5 | Attacks against the life, physical integrity, liberty or security of leaders, prominent individuals or members of opposing groups. Other serious acts of violence, such as terrorist attacks. |
| 8.6 | Religious events or real or perceived acts of religious intolerance or disrespect, including outside national borders. |
| 8.7 | Acts of incitement or hate propaganda targeting particular groups or individuals. |
| 8.8 | Census, elections, pivotal activities related to those processes, or measures that destabilize them. |
| 8.9 | Sudden changes that affect the economy or the workforce, including as a result of financial crises, natural disasters or epidemics. |
| 8.10 | Discovery of natural resources or launching of exploitation projects that have a serious impact on the livelihoods and sustainability of groups or civilian populations. |
| 8.11 | Commemoration events of past crimes or of traumatic or historical episodes that can exacerbate tensions between groups, including the glorification of perpetrators of atrocities. |
| 8.12 | Acts related to accountability processes, particularly when perceived as unfair. |

**Comment:**
The dynamics of atrocity crimes are not the same in all cases. In fact, they can vary considerably. The commission of atrocity crimes may progress at a faster pace if the perpetrators have a clear plan and the immediate capacity to implement it. In other situations, the commission of atrocity crimes might unfold at a late stage of a situation of serious crisis or tension that may have been lasting for a long period of time. It can also happen that unpredictable events or circumstances aggravate conditions or spark a sudden deterioration in a situation, prompting the perpetration of atrocity crimes. An adequate early warning assessment should be mindful of all such events or circumstances and consider their potential impact, even if they appear to be unrelated to more direct or structural risk factors.

# RISK FACTOR 9

**GENOCIDE**

## Intergroup tensions or patterns of discrimination against protected groups[5]

*Past or present conduct that reveals serious prejudice against protected groups and that creates stress in the relationship among groups or with the State, generating an environment conducive to atrocity crimes.*

| Indicators | |
|---|---|
| 9.1 | Past or present serious discriminatory, segregational, restrictive or exclusionary practices, policies or legislation against protected groups. |
| 9.2 | Denial of the existence of protected groups or of recognition of elements of their identity. |
| 9.3 | History of atrocity crimes committed with impunity against protected groups. |
| 9.4 | Past or present serious tensions or conflicts between protected groups or with the State, with regards to access to rights and resources, socioeconomic disparities, participation in decision making processes, security, expressions of group identity or to perceptions about the targeted group. |
| 9.5 | Past or present serious tensions or conflicts involving other types of groups (political, social, cultural, geographical, etc.) that could develop along national, ethnic, racial or religious lines. |
| 9.6 | Lack of national mechanisms or initiatives to deal with identity-based tensions or conflict. |

[5]   For a definition of "protected group" within the context of this Framework, please consult Section I — *Who are the victims of atrocity crimes?*.

### Comment:

Genocide is an extreme form of identity-based crime. Whether real or socially constructed, identity can be subject to manipulation by elites, including as a deliberate tactic for personal or political gain, and may be used to deepen societal divisions. Identity-based conflict, which may give rise to the crime as defined by the Convention on the Prevention and the Punishment of the Crime of Genocide, can be rooted in differences between national, ethnic, racial or religious groups, whether real or perceived. It can also be rooted in other differences, such as those of a political or even geographical nature, that eventually develop along national, ethnic, racial or religious lines. However, the risk factor is not the existence of diversity within the population of a country, nor is it those differences per se that cause conflict between groups. Instead, it is discrimination based on such differences, and persistent patterns of it, that establish divisions within society which serve as both a material cause and a perceived justification of group violence. Without group-level discrimination, even deeply seated grievances are unlikely to transform into the patterns of abuse that give rise to genocide.

## RISK FACTOR 10

**GENOCIDE**

## Signs of an intent to destroy in whole or in part a protected group

*Facts or circumstances that suggest an intent, by action or omission, to destroy all or part of a protected group based on its national, ethnical, racial or religious identity, or the perception of this identity.*

| Indicators | |
|---|---|
| 10.1 | Official documents, political manifests, media records, or any other documentation through which a direct intent, or incitement, to target a protected group is revealed, or can be inferred in a way that the implicit message could reasonably lead to acts of destruction against that group. |
| 10.2 | Targeted physical elimination, rapid or gradual, of members of a protected group, including only selected parts of it, which could bring about the destruction of the group. |
| 10.3 | Widespread or systematic discriminatory or targeted practices or violence against the lives, freedom or physical and moral integrity of a protected group, even if not yet reaching the level of elimination. |
| 10.4 | Development of policies or measures that seriously affect the reproductive rights of women, or that contemplate the separation or forcible transfer of children belonging to protected groups. |
| 10.5 | Resort to methods or practices of violence that are particularly harmful against or that dehumanize a protected group, that reveal an intention to cause humiliation, fear or terror to fragment the group, or that reveal an intention to change its identity. |
| 10.6 | Resort to means of violence that are particularly harmful or prohibited under international law, including prohibited weapons, against a protected group. |
| 10.7 | Expressions of public euphoria at having control over a protected group and its existence. |
| 10.8 | Attacks against or destruction of homes, farms, businesses or other livelihoods of a protected group and/or of their cultural or religious symbols and property. |

**Comment:**

The intent to destroy in whole or in part a national, ethnical, racial or religious group is both one of the most fundamental and one of the most difficult elements of the crime of genocide to prove. It is also a challenging element to predict from an early warning perspective. Frequently, the intent only comes to light after a crime has taken place, typically during accountability processes, or sometimes when it might be too late to take preventive action due to the advanced level of the violence. However, there are some early indicators that can serve as a warning sign. Those indicators are unlikely to be explicit, but they can also be inferred from conduct that would reasonably lead to the belief, even if not the certainty, that the intent of or a plan for annihilation could exist. Indicators can include overt methods of destruction, or otherwise covert or indirect methods that in practice lead to the same ultimate result. In addition, case law has associated intent with the existence of a State or organizational plan or policy, even if the definition of genocide in international law does not include that element. As genocide is not a spontaneous act, it is unlikely that it will be committed in the absence of such a plan or policy.

**CRIMES AGAINST HUMANITY**

## RISK FACTOR 11

# Signs of a widespread or systematic attack against any civilian population[6]

**Signs of violent conduct including, but not limited to, attacks involving the use of force, against any civilian population and that suggest massive, large-scale and frequent violence (widespread), or violence with patterns of periodicity, similitude and organization (systematic).**

| Indicators | |
|---|---|
| 11.1 | Signs of patterns of violence against civilian populations, or against members of an identifiable group, their property, livelihoods and cultural or religious symbols. |
| 11.2 | Increase in the number of civilian populations or the geographical area targeted, or in the number, types, scale or gravity of violent acts committed against civilian populations. |
| 11.3 | Increase in the level of organization or coordination of violent acts and weapons used against a civilian population. |
| 11.4 | Use of the media or other means to provoke or incite to violent acts. |
| 11.5 | Signs of a plan or policy to conduct attacks against civilian populations. |
| 11.6 | Establishment of new political or military structures that could be used to commit violent acts. |
| 11.7 | Access to or increasing use of significant public or private resources for military or belligerent action, including the acquisition of large quantities of weaponry or other instruments that can cause death or serious harm. |
| 11.8 | Signs of development or increased use of means or methods of violence that are incapable of distinguishing between civilian and military targets or that are capable of mass destruction, persecution or weakening of communities. |

[6]    For a definition of "civilian population" within the context of this Framework, please consult Section I — *Who are the victims of atrocity crimes?*.

**Comment:**

Crimes against humanity involve either large-scale violence (quantitative element) or a methodical type of violence (qualitative element). This excludes random, accidental or isolated acts of violence that, in addition, could be difficult to predict. Instead, the type of violence that characterizes crimes against humanity will most probably require a level of preparation that can be revealed through different indicators. Such indicators can, for example, relate to the means and methods used to engage in violence, or to patterns of violent conduct during the early stages of a conflict that can help predict an aggravation of those patterns and, consequently, the potential for crimes against humanity. Other indicators can point to patterns of conduct — even outside of a conflict situation — that manifest earlier, such as the building up of capacity for large-scale or systematic violence, or the use of alternative means to target civilian populations or particular groups within them. Identifying early stages of pattern manifestation is crucial to be able to devise strategies to stop them.

**RISK FACTOR 12**

CRIMES AGAINST HUMANITY

## Signs of a plan or policy to attack any civilian population

*Facts or evidence suggestive of a State or organizational policy, even if not explicitly stipulated or formally adopted, to commit serious acts of violence directed against any civilian population.*

| Indicators | |
|---|---|
| 12.1 | Official documents, political manifestos, media records, or any other documentation through which the existence of a State or organizational plan or policy to target civilian populations or protected groups is directly revealed, or could be inferred. |
| 12.2 | Adoption of discriminatory security procedures against different groups of the civilian population. |
| 12.3 | Adoption of measures that result in the alteration of the ethnic, religious, racial or political composition of the overall population, including in defined geographical areas. |
| 12.4 | Establishment of parallel institutions or autonomous political or military structures, or organization of a network of potential perpetrators belonging to a specific ethnic, religious, national, racial or political group. |
| 12.5 | Preparation and use of significant public or private resources, whether military or other kinds. |
| 12.6 | Access to and use of weaponry or other instruments not easily obtained inside the country. |
| 12.7 | Preparation or mobilization of armed forces en masse against civilian populations. |
| 12.8 | Facilitating or inciting violence against the civilian population or protected groups, or tolerance or deliberate failure to take action, with the aim of encouraging violent acts. |
| 12.9 | Widespread or systematic violence against civilian populations or protected groups, including only parts of them, as well as on their livelihoods, property or cultural manifestations. |
| 12.10 | Involvement of State institutions or high-level political or military authorities in violent acts. |

**Comment:**

In addition to the requirement that attacks against the civilian population be widespread or systematic, crimes against humanity are committed in furtherance of a State or organizational policy to commit an attack. Even though this is not included in the definition of the crime under Article 7(1) of the Rome Statute, Article 7(2)(a) of the same document introduces this element. The plan or policy does not need to be explicitly stipulated or formally adopted and can, therefore, be inferred from the totality of the circumstances. Early signs of those circumstances, such as the indicators mentioned above, reveal planning, promotion or encouragement of violent acts, even if not explicitly presented as such. Conduct that manifests as widespread or systematic, as described in the previous risk factor, can be an indication of a plan or policy. On the other hand, a plan or policy can point to the systematic nature of an attack. The distinction between both might not always be clear.

## RISK FACTOR 13

**WAR CRIMES**

### Serious threats to those protected under international humanitarian law[7]

*Conflict-related conduct that seriously threatens the life and physical integrity of those protected under international humanitarian law.*

| Indicators | |
|---|---|
| 13.1 | Fragmentation of parties to the conflict or disintegration or absence of chains of command within them. |
| 13.2 | Mistrust between opposing parties based on past or present breaches of commitments or agreements. |
| 13.3 | Increased radicalization or extremism of opposing parties within a conflict. |
| 13.4 | Promotion of ethnicity or religion as a determinant of national allegiance or allegiance to a party of the conflict. |
| 13.5 | Conduct that dehumanizes the enemy or particular groups within the population, or that exhibits disrespect for their religious, ethnic or, in general, cultural traditions, morals and values, objects or institutions. |
| 13.6 | Adoption of measures that severely curtail the rights of those protected under international humanitarian law, including those aligned or perceived as aligned with opposing parties but not taking active part in hostilities. |
| 13.7 | Evidence of plans or discourse which reveals a threat of or incitement to violence against those protected under international humanitarian law, including as a means to spread terror, intimidate, demoralize, show military strength, provoke displacement, or as preliminary to further violence. |
| 13.8 | Evidence of conduct interfering with or impeding delivery or access to supplies, facilities, equipment, objects or medical or humanitarian support indispensable to the survival of those protected under international humanitarian law. |
| 13.9 | Evidence of preparation of personnel and logistics enabling the transportation, movement or confinement of large numbers of people, or the conducting of medical experiments. |
| 13.10 | Evidence of conduct related to the planning, development, production, storage, acquisition, availability or threat of use of weapons, projectiles, materials or substances which are by their nature indiscriminate or cause superfluous injury or unnecessary suffering to people, or that can cause widespread, long-term and severe damage to the natural environment. |
| 13.11 | Refusal to allow inspections by competent and independent bodies into allegations of conduct included in point 13.10, or action to stop such conduct. |
| 13.12 | Refusal to acknowledge detentions or places of detention or to allow visits by delegates of the International Committee of the Red Cross. |

→

| Risk Factor 13 indicators, continued | |
|---|---|
| **13.13** | Issuance of rules of engagement or legislation that allow the disproportionate or indiscriminate use of force, or failure to take action to avoid launching such attacks or to conduct military operations in heavily populated areas or to non-military targets. |
| **13.14** | Increase in the number of any of the attacks or operations mentioned in point 13.13. |
| **13.15** | Use of methods of warfare that reveal treachery, including taking advantage of the symbols or emblems of humanitarian or peacekeeping personnel, or not wearing uniforms or distinctive combat gear to portray combatants as civilians. |
| **13.16** | Threats or appropriation, seizure, pillaging or intentional destruction or damage of civilian objects or property that belong, represent or are part of the cultural, social or religious identity of those protected under international humanitarian law, unless used for military purposes. |
| **13.17** | Threats or orders of warfare without concessions or where there would be no survivors. |
| **13.18** | Conduct that threatens the rule of law or any other measures that limit protection of the rights to life and physical integrity afforded by applicable international humanitarian law, including denial of its applicability. |

[7] For a definition of "those protected under international humanitarian law" within the context of this Framework, please consult Section I — Who are the victims of atrocity crimes?. Humanitarian or peacekeeping operations, though also protected under international humanitarian law, will be dealt separately in this Framework under risk factor 14.

## Comment:

In contrast to the crimes of genocide and crimes against humanity, war crimes must always take place in the context of an armed conflict. Consequently, indicators specific to war crimes surface at a late stage, when options for prevention are more limited. For earlier preventive action, common risk factors should be considered first. However, even if a conflict is already under way, there are still measures that can be taken to diminish the effects of hostilities and, therefore, to prevent war crimes. The list of war crimes is long and each has a specific definition. They can also vary according to different norms of international law. The indicators identified above attempt to include indicators relevant to as many war crimes as possible that are related to the protection of human life. However, they are far from exhaustive. Some of the indicators identified can also on their own be war crimes, such as attacks against civilian property, which can point to an increase in the threat to human life.

# RISK FACTOR 14

**WAR CRIMES**

## Serious threats to humanitarian or peacekeeping operations

*Conflict-related conduct that threatens the protection provided by international humanitarian law to humanitarian assistance or peacekeeping personnel not taking direct part in hostilities.*

### Indicators

| | |
|---|---|
| 14.1 | Perceptions of partiality or political interference by humanitarian or peacekeeping operations, their members, the broader international community, international, regional or national organizations, individual countries, or others sponsoring or participating in the operations. |
| 14.2 | Increase in identity-based conflicts and perceptions about humanitarian or peacekeeping operations as associated with the opponent or as an obstacle to plans of elimination, marginalization or displacement. |
| 14.3 | Increased intensity of the conflict and scarcity of livelihoods or other resources. |
| 14.4 | Fragmentation of parties to the conflict or disintegration of chains of command within them. |
| 14.5 | Interference, limitation or prohibition of access or movement of humanitarian or peacekeeping operations or their personnel. |
| 14.6 | Tampering with or removal of signs identifying protected objects or locations where humanitarian or peacekeeping operations are stationed or providing support. |
| 14.7 | Incidents of improper use of a flag of truce, of the flag or of the military insignia and uniform of the United Nations and the distinctive emblems of the Geneva Conventions. |
| 14.8 | Attacks against locations in close proximity to humanitarian or peacekeeping operations and personnel, or on the routes taken by them during their activities. |
| 14.9 | Discourse or evidence of plans that suggest a threat, or the incitement or tolerance of acts of violence against humanitarian or peacekeeping operations and personnel. |
| 14.10 | Disrespect, threats or increase in attacks to objects, property or persons using the distinctive emblems of the Geneva Conventions or of other humanitarian or peacekeeping operations. |

### Comment:

International humanitarian law affords specific protection to those working for humanitarian assistance or peace-keeping missions in a setting of armed conflict, as long as they do not take direct part in hostilities, except for self-defense. These operations are particularly exposed to the violence that accompanies periods of conflict due to the key role they play in the protection of human lives and the alleviation of human suffering during those periods. A set of specific indicators can help in assessing the likelihood of attacks against this group that could constitute war crimes. As the focus of the Framework is the protection of human life, attacks against property of humanitarian or peacekeeping operations have been included only as indicators of an increased risk to the lives of their staff.

ANNEX I

# Legal Definitions
# of Atrocity Crimes

## Genocide

Genocide is defined in Article 2 of the Convention on the Prevention and Punishment of the Crime of Genocide and has become a norm of customary international law. The same definition can be found in other documents of international law: Article 6 of the Rome Statute of the International Criminal Court; Article 4(2) of the Statute of the International Criminal Tribunal for the former Yugoslavia, and Article 2(2) of the Statute of the International Criminal Tribunal for Rwanda.

---

### Convention on the Prevention and Punishment of the Crime of Genocide

*Article 2*

In the present Convention, genocide means any of the following acts committed with intent to destroy, in whole or in part, a national, ethnical, racial or religious group, as such:

*(a)*   Killing members of the group;

*(b)*   Causing serious bodily or mental harm to members of the group;

*(c)*   Deliberately inflicting on the group conditions of life calculated to bring about its physical destruction in whole or in part;

*(d)*   Imposing measures intended to prevent births within the group;

*(e)*   Forcibly transferring children of the group to another group.

---

## Crimes against Humanity

Crimes against humanity have not been codified in a treaty, similar to genocide and war crimes. However, the definition has developed under customary law and through the jurisdiction of international courts. Article 7[1] of the Rome Statute of the International Criminal Court; Article 5 of the Statute of the International Criminal Tribunal for the former Yugoslavia and Article 3 of the Statute of the International Criminal Tribunal for Rwanda, include definitions of crimes against humanity, even though they do not totally coincide.

---

### Rome Statute of the International Criminal Court

*Article 7*

1.  For the purpose of this Statute, "crime against humanity" means any of the following acts when committed as part of a widespread or systematic attack directed against any civilian population, with knowledge of the attack:

    *(a)*   Murder;

    *(b)*   Extermination;

    *(c)*   Enslavement;

    *(d)*   Deportation or forcible transfer of population;

    *(e)*   Imprisonment or other severe deprivation of physical liberty in violation of fundamental rules of international law;

    *(f)*   Torture;

    *(g)*   Rape, sexual slavery, enforced prostitution, forced pregnancy, enforced sterilization, or any other form of sexual violence of comparable gravity;

    *(h)*   Persecution against any identifiable group or collectivity on political, racial, national, ethnic, cultural, religious, gender as defined in paragraph 3, or other grounds that are universally recognized as impermissible under international law, in connection with any act referred to in this paragraph or any crime within the jurisdiction of the Court;

    *(i)*   Enforced disappearance of persons;

    *(j)*   The crime of apartheid;

    *(k)*   Other inhumane acts of a similar character intentionally causing great suffering, or serious injury to body or to mental or physical health.

2.  For the purpose of paragraph 1:

    *(a)*   "Attack directed against any civilian population" means a course of conduct involving the multiple commission of acts referred to in paragraph 1 against any civilian population, pursuant to or in furtherance of a State or organizational policy to commit such attack;

---

## War Crimes

War crimes are those violations of international human-itarian law that incur perpetrators in individual criminal responsibility under international law. There is no one single document that codifies all war crimes. Lists can be found in both international humanitarian law and international criminal law treaties, as well as in inter-national customary law. The 1949 Geneva Conventions and 1977 Additional Protocol I contain lists. Article 8 of the Rome Statute of the International Criminal Court; Article 2 and 3 of the Statute of the International Criminal Tribunal for the former Yugoslavia and Article 4 of the Statute of the International Criminal Tribunal for Rwanda, also include lists of war crimes. They do not always coincide.

---

### Rome Statute of the International Criminal Court

*Article 8*

1.  The Court shall have jurisdiction in respect of war crimes in particular when committed as part of a plan or policy or as part of a large-scale commission of such crimes.

2.  For the purpose of this Statute, "war crimes" means:

    *(a)*  Grave breaches of the Geneva Conventions of 12 August 1949, namely, any of the following acts against persons or property protected under the provisions of the relevant Geneva Convention:

    *(i)*    Wilful killing;

    *(ii)*   Torture or inhuman treatment, including biological experiments;

    *(iii)*  Wilfully causing great suffering, or serious injury to body or health;

    *(iv)*   Extensive destruction and appropriation of property, not justified by military necessity and carried out unlawfully and wantonly;

    *(v)*    Compelling a prisoner of war or other protected person to serve in the forces of a hostile Power;

    *(vi)*   Wilfully depriving a prisoner of war or other protected person of the rights of fair and regular trial;

    *(vii)*  Unlawful deportation or transfer or unlawful confinement;

    *(viii)* Taking of hostages.

    *(b)*  Other serious violations of the laws and customs applicable in international armed conflict, within the established framework of international law, namely, any of the following acts:

    *(i)*    Intentionally directing attacks against the civilian population as such or against individual civilians not taking direct part in hostilities;

    *(ii)*   Intentionally directing attacks against civilian objects, that is, objects which are not military objectives;

    *(iii)*  Intentionally directing attacks against personnel, installations, material, units or vehicles involved in a humanitarian assistance or peacekeeping mission in accordance with the Charter of the United Nations, as long as they are entitled to the protection given to civilians or civilian objects under the international law of armed conflict;

*Article 8, continued*

(iv)   Intentionally launching an attack in the knowledge that such attack will cause incidental loss of life or injury to civilians or damage to civilian objects or widespread, long-term and severe damage to the natural environment which would be clearly excessive in relation to the concrete and direct overall military advantage anticipated;

(v)   Attacking or bombarding, by whatever means, towns, villages, dwellings or buildings which are undefended and which are not military objectives;

(vi)   Killing or wounding a combatant who, having laid down his arms or having no longer means of defence, has surrendered at discretion;

(vii)   Making improper use of a flag of truce, of the flag or of the military insignia and uniform of the enemy or of the United Nations, as well as of the distinctive emblems of the Geneva Conventions, resulting in death or serious personal injury;

(viii)   The transfer, directly or indirectly, by the Occupying Power of parts of its own civilian population into the territory it occupies, or the deportation or transfer of all or parts of the population of the occupied territory within or outside this territory;

(ix)   Intentionally directing attacks against buildings dedicated to religion, education, art, science or charitable purposes, historic monuments, hospitals and places where the sick and wounded are collected, provided they are not military objectives;

(x)   Subjecting persons who are in the power of an adverse party to physical mutilation or to medical or scientific experiments of any kind which are neither justified by the medical, dental or hospital treatment of the person concerned nor carried out in his or her interest, and which cause death to or seriously endanger the health of such person or persons;

(xi)   Killing or wounding treacherously individuals belonging to the hostile nation or army;

(xii)   Declaring that no quarter will be given;

(xiii)   Destroying or seizing the enemy's property unless such destruction or seizure be imperatively demanded by the necessities of war;

(xiv)   Declaring abolished, suspended or inadmissible in a court of law the rights and actions of the nationals of the hostile party;

(xvi)   Pillaging a town or place, even when taken by assault;

(xvii)   Employing poison or poisoned weapons;

(xviii)   Employing asphyxiating, poisonous or other gases, and all analogous liquids, materials or devices;

(xix)   Employing bullets which expand or flatten easily in the human body, such as bullets with a hard envelope which does not entirely cover the core or is pierced with incisions;



*Article 8, continued*

    *(xx)*  Employing weapons, projectiles and material and methods of warfare which are of a nature to cause superfluous injury or unnecessary suffering or which are inherently indiscriminate in violation of the international law of armed conflict, provided that such weapons, projectiles and material and methods of warfare are the subject of a comprehensive prohibition and are included in an annex to this Statute, by an amendment in accordance with the relevant provisions set forth in articles 121 and 123;

    *(xxi)*  Committing outrages upon personal dignity, in particular humiliating and degrading treatment;

    *(xxii)*  Committing rape, sexual slavery, enforced prostitution, forced pregnancy, as defined in article 7, paragraph 2 (f), enforced sterilization, or any other form of sexual violence also constituting a grave breach of the Geneva Conventions;

    *(xxiii)*  Utilizing the presence of a civilian or other protected person to render certain points, areas or military forces immune from military operations;

    *(xxiv)*  Intentionally directing attacks against buildings, material, medical units and transport, and personnel using the distinctive emblems of the Geneva Conventions in conformity with international law;

    *(xxv)*  Intentionally using starvation of civilians as a method of warfare by depriving them of objects indispensable to their survival, including wilfully impeding relief supplies as provided for under the Geneva Conventions;

    *(xxvi)*  Conscripting or enlisting children under the age of fifteen years into the national armed forces or using them to participate actively in hostilities.

  *(c)*  In the case of an armed conflict not of an international character, serious violations of article 3 common to the four Geneva Conventions of 12 August 1949, namely, any of the following acts committed against persons taking no active part in the hostilities, including members of armed forces who have laid down their arms and those placed hors de combat by sickness, wounds, detention or any other cause:

    *(i)*  Violence to life and person, in particular murder of all kinds, mutilation, cruel treatment and torture;

    *(ii)*  Committing outrages upon personal dignity, in particular humiliating and degrading treatment;

    *(iii)*  Taking of hostages;

    *(iv)*  The passing of sentences and the carrying out of executions without previous judgement pronounced by a regularly constituted court, affording all judicial guarantees which are generally recognized as indispensable.

  *(d)*  Paragraph 2 (c) applies to armed conflicts not of an international character and thus does not apply to situations of internal disturbances and tensions, such as riots, isolated and sporadic acts of violence or other acts of a similar nature.

*(e)* Other serious violations of the laws and customs applicable in armed conflicts not of an international character, within the established framework of international law, namely, any of the following acts:

*(i)* Intentionally directing attacks against the civilian population as such or against individual civilians not taking direct part in hostilities;

*(ii)* Intentionally directing attacks against buildings, material, medical units and transport, and personnel using the distinctive emblems of the Geneva Conventions in conformity with international law;

*(iii)* Intentionally directing attacks against personnel, installations, material, units or vehicles involved in a humanitarian assistance or peacekeeping mission in accordance with the Charter of the United Nations, as long as they are entitled to the protection given to civilians or civilian objects under the international law of armed conflict;

*(iv)* Intentionally directing attacks against buildings dedicated to religion, education, art, science or charitable purposes, historic monuments, hospitals and places where the sick and wounded are collected, provided they are not military objectives;

*(v)* Pillaging a town or place, even when taken by assault;

*(vi)* Committing rape, sexual slavery, enforced prostitution, forced pregnancy, as defined in article 7, paragraph 2 (f), enforced sterilization, and any other form of sexual violence also constituting a serious violation of article 3 common to the four Geneva Conventions;

*(vii)* Conscripting or enlisting children under the age of fifteen years into armed forces or groups or using them to participate actively in hostilities;

*(viii)* Ordering the displacement of the civilian population for reasons related to the conflict, unless the security of the civilians involved or imperative military reasons so demand;

*(ix)* Killing or wounding treacherously a combatant adversary;

*(x)* Declaring that no quarter will be given;

*(xi)* Subjecting persons who are in the power of another party to the conflict to physical mutilation or to medical or scientific experiments of any kind which are neither justified by the medical, dental or hospital treatment of the person concerned nor carried out in his or her interest, and which cause death to or seriously endanger the health of such person or persons;

*(xii)* Destroying or seizing the property of an adversary unless such destruction or seizure be imperatively demanded by the necessities of the conflict;

*(f)* Paragraph 2 (e) applies to armed conflicts not of an international character and thus does not apply to situations of internal disturbances and tensions, such as riots, isolated and sporadic acts of violence or other acts of a similar nature. It applies to armed conflicts that take place in the territory of a State when there is protracted armed conflict between governmental authorities and organized armed groups or between such groups.

## Ethnic Cleansing

Ethnic cleansing has not been recognized as an independent crime under international law. In the context of the war in former Yugoslavia, a United Nations Commission of Experts defined it as:

---

**Interim Report of the Commission of Experts Established Pursuant to Security Council Resolution 780 (1992),**
*U.N. SCOR, U.N. Doc. S/25274 (26 January 1993), at 16*

"… rendering an area ethnically homogeneous by using force or intimidation to remove persons of given groups from the area,"

**Final Report of the Commission of Experts Established Pursuant to United Nations Security Council Resolution 780 (1992),**
*U.N. SCOR, U.N. Doc. S/1994/674 (27 May 1994), Annex, at 3, 33*

"… a purposeful policy designed by one ethnic or religious group to remove by violent and terror-inspiring means the civilian population of another ethnic or religious group from certain geographic areas."

---

The same Commission of Experts stated that the coercive practices used to remove the civilian population can include: murder, torture, arbitrary arrest and detention, extrajudicial executions, rape and sexual assaults, severe physical injury to civilians, confinement of civilian population in ghetto areas, forcible removal, displacement and deportation of civilian population, deliberate military attacks or threats of attacks on civilians and civilian areas, use of civilians as human shields, destruction of property, robbery of personal property, attacks on hospitals, medical personnel, and locations with the Red Cross/Red Crescent emblem, among others.

The Commission of Experts added that these practices can "… constitute crimes against humanity and can be assimilated to specific war crimes. Furthermore, such acts could also fall within the meaning of the Genocide Convention."



Prevention means acting early...
Together with a commitment to
accountability, we owe this to
the millions of victims of the
horrific international crimes of
the past — and those whose lives
we may be able to save in the future.

— Secretary-General Ban Ki-moon



United Nations Office on Genocide Prevention and the Responsibility to Protect

866 United Nations Plaza, Suite 600
New York, NY 10017 USA

Tel: +1 917 367 2589
Email: osapg@un.org

www.un.org/en/preventgenocide/adviser





UNITED NATIONS OFFICE ON

## GENOCIDE PREVENTION AND THE
## RESPONSIBILITY TO PROTECT

866 United Nations Plaza, Suite 600
New York, NY 10017 USA
Tel: +1 917 367 2589
Email: osapg@un.org

www.un.org/en/preventgenocide/adviser

Exhibit

D-33

Case 4:23-cv-05829-JSW   Document 19-1   Filed 11/16/23   Page 200 of 228



GAZA

ISRAEL

# Gaza reports more than 11,100 killed. That's one out of every 200 people.

By Ruby Mellen, Artur Galocha and Júlia Ledur

Nov. 13 at 11:30 a.m.

Share

Comment     Save

They include doctors, journalists, professors and poets.

More than 11,100 Palestinians have been killed in Gaza since Oct. 7, according to Gaza's Health Ministry. While there is no breakdown between fighters and civilians, most of the dead are women and children.

In just a little over a month of war, that amounts to over 0.5 percent of Gaza's more than 2 million people.

Gaza's death toll: 10,000 have been killed, according to health ministry - Washington Post



Photo by the family of Hala.

This was **Hala Mufid Abu Saada**. She was 14 years old and lived in the Jabalya camp in Gaza's Al Fakhoura area.

She loved drawing, Dabkeh dancing and singing.



She was killed on Oct. 16 when an Israeli airstrike destroyed her family home, taking the lives of her mother, brother and five sisters as well.

That day **87** children, including Hala, were killed in Gaza.

Case 4:23-cv-05829-JSW   Document 19-11   Filed 11/16/23   Page 202 of 228



At least **4,609** children have been killed in Gaza from Oct. 7 to Nov. 13.





Those who knew her said **Hala** was a smart child. It took two days for the family's bodies to be recovered from the rubble.
Fatima Muhammad Al-Najjar, 5
1,000
Maryam Ahmed Saidam, 1
2,000
Tulin Muhammad Al-Taaban, infant
Leen Abed Al Fattah Al-Kurd, 4
**Malak, 11, Yasmin, 6, Nour, 3, and Malik, 10,** were killed on Oct. 25 while their father, Youssef Sharaf, was out distributing food to displaced Gazans.
3,000
Fadwa Hussein Al-Astal, 13
4,000

🔸← Tamam Mustafah Nofal, 4

And **6,571** adults were also killed in the last month.



🔸← Fidaa Ahmad Al-Sarhi, 33

🔸← **Wafa Raafar Abu Al-Rous, 37**, died on Oct. 25. She had hoped to visit Cairo one day.

🔸← Samar Khalil Hassouna, 48

🔸← **Ataf Madi** turned 61 just before she died, crushed under the

**Khalil Rafiq Al-Sharif**, 28, tirelessly pursued a career in health care, which led him to volunteer with the red Crescent Society. He had dreams of starting a family. On Oct. 11 he responded to a call in northern Gaza, hoping to rescue those wounded there. Another shell dropped on the site, killing Al-Sharif and two

11/15/23, 1:08 PM                    Gaza's death toll: Documenting how civilians have been killed, according to death tolls | Washington Post

Case 4:23-cv-05829-JSW    Document 19-11    Filed 11/16/23    Page 205 of 228

rubble of her Khan Younis home. She worked as a school principal, and her joy came from tending to her spacious garden, lush with fruit trees and flowers, as well as her seven chickens.

of his fellow ambulance crew members.

◀ Wissam Musa Eid, 49

2,000

↑
Wafa Saeed Shaheen, 52



◀ Sharha Saleem Daloul, 82

**Hani Issa El-Haddad** was quick-witted and passionate about art and astronomy, said his daughter Basma. "He knew something about everything, it seemed to me." He loved books and movies, especially action films and Westerns. He could also solve any math problem his daughter presented to him, like a sorcerer casting a spell, she said.

1,000

▮◀ **Mohammed Attef Al Dabbour** was a beloved medical school professor. One of his third-year students had dreaded the class he taught, pathology, known for its challenging and vast curriculum. But once in Professor Al Dabbour's class, it became an adventure, the student said. "Everything about him was special. How passionate he was. How supportive, caring and understanding."

▮◀ **Suleiman Tarazi**, a dentist, lived in Gaza City with his wife Lily Saba and their children, Jamil and Jad. He and his two sons were killed while taking refuge in one of the last remaining Greek Orthodox churches.

↑
**Hadeel Abu Al-Rous,**

1,000

**31**, was killed on Oct. 13 in Rafah. She was a physics teacher and the mother of four children: Eileen, Celine, Muhammad and Mahmoud. They died with her, as did her husband, Basil, who had dreamed of attending a live soccer match.

←  Husam Muhammad Al-Lamdani, 21

←  Wafa Saeed Shaheen, 52

5,000



←

**Douaa Rabah Abu Ajwa**, 29, was killed in an Israeli airstrike with her 7-year-old daughter, Sham, on Nov. 4. A day earlier, she had celebrated her other daughter's fifth birthday.

6,000

At least **11,180** people were killed in Gaza from Oct. 7 to Nov. 13.

11/15/23, 1:08 PM
Gaza's death toll has been killed according to death ministry - The Washington Post
Case 4:23-cv-05829-JSW Document 19-1 Filed 11/16/23 Page 207 of 228



The toll has stunned aid workers who have spent their lives working in conflict zones. The United Nations — which has <u>lost</u> more than 100 of its employees — has called the conditions "horrific," describing Gaza as "a living nightmare" and "a graveyard for children."

On Oct. 7, Hamas militants overran southern Israel, killing around 1,200 people and taking more than 230 hostages, according to Israel's Foreign Ministry. Israel has responded with a relentless campaign of airstrikes and an expanding ground invasion on Gaza, destroying entire neighborhoods and <u>displacing</u> more than two-thirds of the population.

Strikes have hit refugee camps and residential neighborhoods, bakeries and water towers, solar panels and fishing boats, schools and hospitals, mosques and churches. Israel has said the strikes are aimed at Hamas infrastructure and are necessary to root out the group.

*[*<u>*As Gaza death toll soars, secrecy shrouds Israel's targeting process*</u>*]*

Hundreds are killed every day as bombardments hammer one of the world's most densely populated areas.

# More than 11,100 people killed

**Killed by day**

The deadliest day so far has been Oct. 24. **756 people** were killed, **344 of them under 18.**

800

700

600

11/15/23, 1:08 PM
Case 4:23-cv-05829-JSW Document 19-11 Filed 11/16/23 Page 208 of 228
Gaza's death toll: 10,000 have been killed according to health officials - The Washington Post



On Nov. 6, Gaza's Health Ministry announced that more than **10,000 Palestinians** were killed in Gaza since Oct. 7

Children

**Adults**

**Where we get our data about the Israel-Gaza war**

When we're reporting on issues such as the death toll in the Israel-Gaza war, we use information provided from the Gaza Health Ministry (an agency of the Hamas-controlled government), the Israeli government, the United Nations, the World Health Organization, the U.S. State Department and other international agencies.

President Biden cast doubt on Oct. 25 on the numbers from Gaza's Health Ministry. Others in his administration have said more recently that the casualty figures could be greater than reported.

"It could be that they're even higher than are being cited," Assistant Secretary of State for Near Eastern Affairs Barbara Leaf said in a congressional hearing last week.

"In these extraordinarily dense confines, it just stands to reason that there are very high casualties," she said.

Case 4:23-cv-05829-JSW Document 19-11 Filed 11/16/23 Page 209 of 228

Around 2,700 others …

… including 1,500 children, …

… have been reported missing and may be
trapped or dead under the rubble, awaiting
rescue or recovery.

Case 4:23-cv-05829-JSW   Document 19-11   Filed 11/16/23   Page 210 of 228

At least 45 percent of Gaza's housing units have been <u>damaged or destroyed</u>. About 2,700 people are missing, the United Nations estimates; many are probably buried under the rubble.

More than 28,000 people are injured, according to Gaza's Health Ministry.

"A whole generation has been permanently damaged and disabled," said Ghassan Abu Sittah, a British Palestinian doctor working in hospitals in northern Gaza.

## More than 28,000 people have been injured since Oct. 7



Injured by day

Case 4:23-cv-05829-JSW   Document 19-11   Filed 11/16/23   Page 211 of 228

But medical care is increasingly difficult to find. Fewer than half of Gaza's hospitals are functioning, according to the United Nations. The situation in northern Gaza is especially dire, as shelling and ground attacks intensify near al-Shifa, the enclave's largest hospital, and other medical facilities nearby.

At least three babies died at Shifa when power ran out and incubators stopped working, Gaza's Health Ministry reported Saturday. Doctors say dozens more newborns are at imminent risk.

"We're getting to a point of an even deeper level of catastrophic suffering and death," said Mara Kronenfeld, the executive director of the U.S. National Committee of the U.N. agency for Palestinian refugees. "Any of those hospitals that are functioning have oil to run their generators, and that fuel is running out."

Supplies have begun to trickle in through Egypt. Aid workers say it's not nearly enough.

"It's a drop in the bucket," said Amber Alayyan, a pediatrician and deputy program manager for Palestine at Doctors Without Borders. Alayyan said the lack of supplies and the volume of injuries are overwhelming health-care centers.



Palestinians mourn their loved ones in Khan Younis, Gaza Strip, on Oct. 26. (Loay Ayyoub for The Washington Post for The Washington Post)

People are coming into hospitals with severe burns, severed limbs and internal bleeding — injuries that could require multiple surgeries and "if not weeks of recovery, months and years," she said.

"It's absolutely impossible for any type of hospital to be able to sustain this type of burden," Alayyan added. As more hospitals fail, she said, more people will die.

Nearly half of Gazans are __children__. More than 4,500 children have been killed since Oct. 7, __surpassing__ the number of children killed in conflict zones around the world each year since 2019, __according__ to Save the Children.

# Children killed in major conflicts

Casualties vs. duration of conflict

11/15/23, 1:08 PM
Gaza death toll: 10,000 have been killed according to health officials - Washington Post
Case 4:23-cv-05829-JSW Document 19-11 Filed 11/16/23 Page 213 of 228



Case 4:23-cv-05829-JSW    Document 19-1    Filed 11/16/23    Page 214 of 228



Data on casualties in Syria only includes toll confirmed by the United Nations.

"The cost to society will be seen for years to come," Alayyan said.

Heba Abu Nada, a beloved Palestinian novelist and poet, posted a poem in Arabic on X, formerly Twitter, on Oct. 8 describing her life in Gaza.

"The city night is dark except for the glow of missiles, quiet except for the sound of bombs, terrifying except for the comfort of prayer, black except for the light of those who have been killed," she wrote. "Good night, Gaza."

It was her last tweet. Twelve days later, the 32-year-old was killed.

---

**About this story**

Editing by Reem Akkad and Samuel Granados. Copy editing by Paola Ruano.

Miriam Berger, Hajar Harb, Hazem Baloush and Heba Farouk Mahfouz contributed to this report.

Sources: Data as of Nov. 13. Breakdowns as of Nov. 10. Gaza Health Ministry, United Nations, UNICEF, United Nations Assistance Mission in Afghanistan.

Testimonies of those killed are based on interviews with relatives and friends, with additional information from their social media accounts.

---

**ISRAEL-GAZA WAR**                                                    **HAND-CURATED**

Israel-Gaza war live updates: Israeli forces raid al-Shifa Hospital, calling it a 'targeted operation against Hamas'
Nov. 15, 2023



What to know as Israeli forces enter Gaza's al-Shifa Hospital
Nov. 15, 2023



Why are Israel and Hamas at war? A basic explainer.
Nov. 9, 2023



**View all 16 stories**  ⌄

---

Case 4:23-cv-05829-JSW    Document 19-11    Filed 11/16/23    Page 216 of 228

## Ruby Mellen

Ruby Mellen reports on foreign affairs for the Washington Post. 🐦 Twitter

---

## Artur Galocha

Artur Galocha is a graphics reporter focusing on Sports. Before joining The Washington Post in December 2020, he was a graphics editor at El País (Spain). 🐦 Twitter

---

## Júlia Ledur

Júlia Ledur is a graphics reporter covering foreign news at The Washington Post. Before joining The Post in 2021, she worked as a graphics editor at the COVID Tracking Project at the Atlantic. Previously, she was on the graphics team at Reuters, covering Latin American politics, the environment and social issues with data and visuals. 🐦 Twitter

---

11/15/23, 1:08 PM
Case 4:23-cv-05829-JSW Document 19-11 Filed 11/16/23 Page 217 of 228
Gaza death toll: In one month, Israel killed as many civilians as ... death toll - Washington Post

Subscribe to comment and get the full experience. Choose your plan →

**washingtonpost.com**

© 1996-2023 The Washington Post

About The Post
Contact the Newsroom
Contact Customer Care
Request a Correction
Send a News Tip
Report a Vulnerability
Download the Washington Post App
Policies & Standards
Terms of Service
Privacy Policy
Cookie Settings
Print Products Terms of Sale
Digital Products Terms of Sale
Submissions & Discussion Policy
RSS Terms of Service
Ad Choices
Coupons

Exhibit

D-34



"In Gaza city, it was difficult to secure water and food," a displaced Palestinian told OCHA upon arrival to the southern area on 14 November. "When available, food is very expensive." Photo of a displaced family in Khan Younis, southern Gaza Strip. Source: WHO, 1 November 2023

OPT HOME

# Hostilities in the Gaza Strip and Israel | Flash Update #39

*14 Nov 2023*

## KEY POINTS

- Only one of the hospitals in Gaza city and northern Gaza (hereafter: the north) is reportedly still operational at a minimum level for those inside the hospital, as of 14 November; all others have ceased operations due to the lack of power, medical consumables, oxygen, food and water, compounded by bombardments and fighting in their vicinities. Al Ahli Hospital, in Gaza city, currently accommodates over 500 patients and is reportedly the sole medical facility able to admit patients in the north. However, it too faces increasing shortages and challenges.

- Forty patients died in Shifa hospital on 14 November, according to the Ministry of Health (MoH) in Gaza. The hospital reported preparations for a mass grave inside the compound to burry 180 bodies of patients, which cannot be evacuated due to the intense fighting.

- According to the World Health Organization (WHO), as of 14 November, more than half of the hospitals in Gaza (22 out of 36) were non-functional due to lack of fuel, damage, attacks and insecurity.

- Hospitals and medical personnel are specifically protected under international humanitarian law (IHL) and all parties to the conflict must ensure their protection. Hospitals must not be used to shield military objectives from attack. Any military operation around or within hospitals must take steps to spare and protect the patients, medical staff, and other civilians. All feasible precautions must be taken, including effective warnings, which consider the ability of patients, medical staff and other civilians to evacuate safely. WHO has warned that the evacuation of

1/9

hospitals in the north, as demanded by the Israeli military, would be a "death sentence" for some patients, because operational hospitals in the south cannot admit more patients.

- On 14 November, UNRWA reported that, in 48 hours, telecommunication companies are expected to run out of fuel to operate data centres and connection sites. In some areas, they have reportedly shut down already. The companies have had to depend on fuel-run generators since Gaza's black out on 11 October.

- Although 91 trucks carrying humanitarian aid entered from Egypt on 14 November, the distribution of supplies to shelters, clinics and other beneficiaries has largely come to a halt due to lack of fuel. The Israeli authorities have indicated that, on 15 November, they would allow the entry of a limited amount of fuel into Gaza, to be used exclusively to run trucks for the distribution of incoming humanitarian aid. This represents a fraction of the fuel needs for humanitarian operations. Meanwhile, the entry of fuel for any other use, including the operation of generators at hospitals, and at water and sanitation facilities, remains banned. This will be the first time since 7 October that fuel is allowed into Gaza.

- Hundreds of thousands of people who are unwilling or unable to move to the south remain in the north amid intense hostilities. They are struggling to secure the minimum amount of water and food for survival. The consumption of water from unsafe sources raises serious concerns about dehydration and waterborne diseases. The World Food Programme (WFP) has expressed concern about malnutrition and starvation.

- In the West Bank, Israeli forces shot and killed eight Palestinians over the past 24 hours, bringing the fatality toll among Palestinians since 7 October to 182, including 46 children.

- As of 14 November, Member States have disbursed US$132.1 million against the Flash Appeal made by the UN and its partners to implement its response plan in support of 2.2 million people in the Gaza Strip and 500,000 in the West Bank. This constitutes about 11 per cent of the $1.2 billion requested. Additionally, $335 million has been pledged.

## Hostilities and casualties (Gaza Strip)

- Overnight (13-14 November), clashes continued between Israeli forces and Palestinian armed groups in and around Gaza city as well as in several areas in the North Gaza governorate and in Khan Younis (in the south). Intense strikes by Israeli forces also continue in the south, and ground incursions appear to continue in the area south-east of Khan Younis. Israeli ground troops have maintained the effective severance of the north from the south, except for the "corridor" to the south.

- Deadly attacks included the following: On 13 November, at about 23:00, Israeli airstrikes reportedly hit and destroyed 12 houses near the Jabalia services sports club (in the north), killing 31 Palestinians and injuring others. The following morning, at about 5:30, Israeli airstrikes reportedly hit two buildings in Khan Younis (in the south), killing 13 Palestinians and injuring 20 others.

- On 14 November, for the fourth consecutive day, following the collapse of services and communications at hospitals in the north, the Ministry of Health (MoH) in Gaza did not update casualty figures. The reported fatality toll of Palestinians in Gaza as of 10 November at 14:00 (latest update provided) stood at 11,078, of whom 4,506 were said to be children and 3,027 women. About 2,700 others, including some 1,500 children, have been reported missing and may be trapped or dead under the rubble, awaiting rescue or recovery. Another 27,490 Palestinians have reportedly been injured.

- Active ground operations in the heart of Gaza city and near the hospitals, along with the lack of fuel, have halted the movement of rescue teams and ambulances in those areas. Multiple appeals by stranded households and family

members underneath struck buildings, including their own homes, have gone unanswered. According to the Palestine Red Crescent Society (PRCS), hundreds of calls have been received at the PRCS emergency number from besieged Palestinians in Gaza city, urgently requesting ambulances for the wounded, evacuation for trapped families, and assistance for those under rubble. Many of these calls for help have gone unanswered due to lack of fuel and insecurity.

- In the last 24 hours, two Israeli soldiers were reportedly killed in Gaza, bringing the total number of soldiers killed since the start of ground operations to 51, according to official Israeli sources.

- See the latest snapshot for more breakdowns.

## Displacement (Gaza Strip)

- On 14 November, for the twelfth consecutive day, the Israeli military – which has called and exerted pressure on residents of the north to leave southwards – opened a "corridor" along the main traffic artery, Salah Ad Deen Road, between 9:00 and 16:00. OCHA's monitoring team estimates that about 5,000* moved on 14 November, significantly less than in the previous days.

- Numerous reports indicate that Israeli forces have been carrying out arrests among IDPs fleeing through the corridor, alongside allegations of beating, stripping and other forms of violence. On 14 November, IDPs have reported that the Israeli army had established an unstaffed checkpoint where people are directed from a distance to go through two containers, where a surveillance system is thought to be installed. People are reportedly ordered to show their IDs and undergo what appears to be a facial recognition scan.

- Over the past 24 hours, IDPs staying outside the overcrowded shelters in the south have been affected by intermittent rainfall and related flooding, which have damaged or destroyed tents and makeshifts where they lived. Alongside lower temperatures, this is exposing people to increasing risk of disease.

- Over 1.5 million people in Gaza are estimated to be internally displaced, including about 787,000 IDPs who are staying in at least 154 UNRWA shelters. UNRWA shelters are accommodating far more people than their intended capacity. Overcrowding is leading to the spread of diseases, including acute respiratory illness and diarrhea, raising environmental and health concerns, and limiting the Agency's ability to deliver effective and timely services.

- See the live IDP dashboard for the latest figures and more breakdowns.

## Humanitarian Access (Gaza Strip)

- A total of 91 trucks, carrying food, medicines, health supplies, bottled water, blankets, tents and hygiene products, crossed from Egypt into Gaza on 14 November as of 18:00. This brings the number of trucks that have entered Gaza since 21 October to 1,187, representing a fraction of the needs.

- On 13 November, the Egyptian border opened for the evacuation of about 600 foreign nationals and dual citizens, and four injured people. Between 2 and 13 November, some 135 injured people were taken for medical care in Egypt.

- The Kerem Shalom crossing with Israel, which prior to the hostilities was the main entry point for goods, remains closed. According to media reports, the Israeli authorities have rejected requests by Member States to operate this crossing to expedite the entry of humanitarian aid.

Electricity

- Since 11 October, the Gaza Strip has been under an electricity blackout, after the Israeli authorities cut off the electricity supply, and fuel reserves for Gaza's sole power plant depleted. The entry of fuel, which is desperately needed to operate electricity generators that run life-saving equipment.

## Health care, including attacks (Gaza Strip)

- The situation of hospitals in the north remains dire. Only of of the hospitals is reportedly operational. Heavy fighting continues around Shifa and Al Quds hospitals.

- According to WHO, on 14 November, over half of the hospitals in Gaza (22 out of 36) are non-functional due to lack of fuel, damage, attacks and insecurity. The 14 hospitals in the south remaining open have barely enough supplies to sustain critical and lifesaving surgeries and provide inpatient care, including intensive care

- On 14 November, a power outage affected Al Amal Hospital in Khan Younis, in the south, following a failure of its sole generator, according to PRCS. This put 90 patients at risk, including 25 in critical condition. Additionally, 9,000 IDPs are seeking refuge at the hospital and PRCS premises.

- On 14 November, the Nursing Director at the European Gaza Hospital was quoted in a media outlet as stating that the hospital had run out of water. This would affect over 400 patients and thousands of IDPs sheltering on the premises.

- On 14 November, Médecins Sans Frontières reported that live ammunition had been fired into one of three of their premises (near Shifa Hospital), where more than 100 people, including staff and their families, had taken shelter.

- The Israeli military has repeatedly alleged that Palestinian armed groups operate a military compound within and underneath the Shifa hospital. The hospital's management and the Palestinian MoH have strongly denied these allegations and have called for an independent investigation.

- Active ground operations in the heart of Gaza city and near the hospitals in North Gaza governorate have halted the movement of rescue teams and ambulances in those areas. According to PRCS, hundreds of calls have been received at an emergency number from Palestinians in Gaza city, urgently requesting ambulances for the wounded, evacuation for trapped families, and assistance for those trapped under rubble.

- UNRWA has continued to provide health care to IDPs at shelters through 124 medical teams deployed to the shelters. However, the fuel reserves of the health centres may have been depleted today. UNRWA operations will entirely depend on solar energy, which is designed only to cater for minimum operation. Functionality of the solar energy is not guaranteed as any malfunction or battery failure may cause complete stop of all operation.

## Water and sanitation (Gaza Strip)

- Due to the absence of fuel, on 14 November, UNRWA's solid waste removal services began shutting down, posing an environmental hazard, with about 400 tons of rubish per day accumulating in overcrowded camps and IDP shelters.

- Due to lack of fuel, public sewage pumping stations, 60 water wells in the south, the two main desalination plants in Rafah and the Middle Area, the two main sewage pumps in the south, and the Rafah wastewater treatment plant have all ceased operations. Coupled with the shutdown of municipal sanitation work, this is posing a serious threat to public health, increasing the risk of water contamination and the outbreak of diseases.

- In the north, the water desalination plant and the Israeli pipeline are not functioning. There has been no distribution of bottled water among IDPs accommodated in shelters for over a week, raising grave concerns about dehydration and waterborne diseases due to  water consumption from unsafe sources.

## Food security

- Lack of food in the north is of increasing concern. Since 7 November, no bakeries have been active, due to the lack of fuel, water, and wheat flour, and structural damage. Wheat flour is reportedly no longer available in the market. Food security partners have been unable to deliver assistance in the north, as access has been largely cut off. There are indications of negative coping mechanisms due to food scarcity, including skipping or reducing meals and using unsafe and unhealthy methods for making fire. People are reportedly resorting to unconventional eating, such as consuming combinations of raw onion and uncooked eggplant.

## Hostilities and casualties (Israel)

- The indiscriminate firing of rockets by Palestinian armed groups towards Israeli population centres has continued over the past 24 hours, with no reported fatalities. In total, over 1,200 Israelis and foreign nationals have been killed in Israel, according to the Israeli authorities as cited by the media, the vast majority on 7 October. As of 10 November, the names of 1,162 fatalities in Israel have been released, including 845 civilians and police officers. Of those whose ages have been provided, 33 are children.

- On 14 November, Israeli sources confirmed that one of the captured soldiers had been killed. Hamas had claimed that she was among of 57 hostages killed by Israeli airstrikes. According to the Israeli authorities, 238 people are held captive in Gaza, including Israelis and foreign nationals. According to some media reports, about 30 of the hostages are children. So far, four civilian hostages have been released by Hamas, and one female Israeli soldier was rescued by Israeli forces. On 13 November, Humanitarian Coordinator Lynn Hastings renewed her call to release the hostages.

## Violence and casualties (West Bank)

- Israeli forces shot and killed eight Palestinians, between 13 November at night and noontime on 14 November. The deadliest incident, which lasted for several hours, took place in Tulkarm Refugee Camp, and resulted in seven Palestinians killed. The operation involved armed clashes with Palestinians, and airstrikes, resulting in extensive infrastructure and residential damage. According to medical sources, during the operation, Israeli forces impeded the work of paramedics. Another Palestinian was killed after he attempted to stab an Israeli soldier positioned at Beit Einun roundabout east of Hebron city.

- Since 7 October, 182 Palestinians, including 46 children, have been killed by Israeli forces; and an additional eight, including one child, have been killed by Israeli settlers in the West Bank, including East Jerusalem. Three Israelis have been killed in attacks by Palestinians.

- The number of Palestinians killed in the West Bank since 7 October accounts for 42 per cent of all Palestinian fatalities in the West Bank in 2023 (426). About 65 per cent of the fatalities since 7 October occurred during confrontations that followed Israeli search-and-arrest operations, primarily in Jenin and Tulkarm governorates. Some 26 per cent were in the context of demonstrations in solidarity with Gaza; two per cent were killed in settler attacks against Palestinians, one per cent during punitive demolitions and the remaining six per cent were killed while attacking or allegedly attacking Israeli forces or settlers.

- Since 7 October, Israeli forces have injured 2,650 Palestinians, including at least 278 children, over half of them in the context of demonstrations. An additional, 74 Palestinians have been injured by settlers. Some 33 per cent of those injuries have been caused by live ammunition.

- In the past 24 hours, OCHA verified four settler attacks. In two of these incidents, armed assailants who, while known by Palestinian residents to be settlers, were wearing Israeli military uniforms, raided the communities of Umm At Tiran and the already displaced community of At Taybe (both in Hebron), where they vandalized a residential structure, agricultural, water tanks and punctured the tires of vehicles. In two other incidents, in Mantiqat Shi'b al Butum in Masafer Yatta (southern Hebron) and the displaced community of Ein ar Rashash (Ramallah), 18 tents used for residential and agricultural purposes were vandalized, along with two solar panel systems, and an electronic generator, and about 10 bags of livestock fodder.

- Since 7 October, OCHA has recorded 244 settler attacks against Palestinians, resulting in Palestinian casualties (30 incidents), damage to Palestinian-owned property (177 incidents), or both casualties and damage to property (37 incidents). This reflects a daily average of over six incidents, compared with three since the beginning of the year. Over one-third of these incidents included threats with firearms, including shootings. In nearly half of all incidents, Israeli forces were either accompanying or actively supporting the attackers.

## Displacement (West Bank)

- No new displacements have been recorded during the past 24 hours. Since 7 October, at least 121 Palestinian households comprising 1,149 people, including 452 children, have been displaced amid settler violence and access restrictions. The displaced households are from 15 herding/Bedouin communities.

- Additionally, 45 Palestinians, including 24 children, have been displaced since 7 October following punitive demolitions, and another 135 Palestinians, including 66 children, following demolitions in Area C and East Jerusalem, due to lack of permits.

## Funding

- On 7 November, the UN and its partners issued a plan that outlines the minimum necessary to scale up humanitarian operations in support of 2.2 million people in the Gaza Strip and 500,000 of the most vulnerable in the West Bank. An estimated US$1.2 billion is required to deliver existing humanitarian services amid ongoing hostilities. The UN has shared its response plan with potential donors and partners as part of an updated Flash Appeal.

- Private donations are collected through the Humanitarian Fund.

# HUMANITARIAN NEEDS AND RESPONSES: 6-12 November

## Protection

Mine action is one of the most critical life-saving activities for protection at present. Core actions include Explosive Remnants of War (ERW) risk assessments in UNRWA shelters and some Explosive Ordnance Risk Education (EORE) messaging in the south. Scale up of assessments and clearance is planned once hostilities end, and work to bolster EORE information is being planned, including printed materials, training for focal points and use of media. Current insecurity, access restrictions, and communication blackouts greatly curtail mine-removal work.

Further, a technical working group (comprising eight partners) is working to identify unaccompanied and separated children and processes to unite families. The group is developing an interagency registration system, documentation and tracing process and alternative care arrangements and reunification procedures. Critical challenges are the absence of safe spaces inside Gaza. An advocacy brief on Unaccompanied Children in Gaza and messages on risk mitigation for children are available.

During the reporting period, over 2,000 locally procured dignity kits were distributed to vulnerable women in Rafah, Khan Yunis and Al Remal, and cash transfers were done to 724 women including survivors of gender-based violence (GBV). Supply lines are grossly inadequate to meet burgeoning women's needs, especially menstrual hygiene. Power shortages and unstable communications mean that many women cannot access remote services addressing GBV. However, nation-wide hotlines (24/7) are operating for GBV case management and Mental Health and Psychosocial Support (MHPSS). Available online information including PriorityLife-SavingActions; GBV Pocket Guide (English and Arabic); GBV Guidelines (English and Arabic) and Gaza Crisis - GBV Concerns and Priorities.

## Shelter and Non-Food Items (NFI)

During the reporting period, cluster partners distributed limited quantities of NFIs. These included 5,000 kits containing bedding sets, tarps, and dignity kits in public Palestinian Authority schools and public buildings, including hospitals, as well as 500 tents donated to UNRWA, of which the majority were installed in the Khan Younis training centre to create additional living and covered spaces to decongest the overcrowded conditions in the centre. Due to limited supplies, cluster partners only covered less than 5 per cent of the overall needs. There is still a major gap in shelter winterization materials and essential NFIs, including sealing off kits for damaged houses and creating additional living spaces; a high shortage in bedding sets, including mattresses and blankets to cover the needs of the IDPs in different settings; and lastly, winterized tents to protect homeless IDPs from upcoming harsh weather conditions.

## Health

The loss of communication with key focal points in health who normally provide regular updates is making it difficult for partners to have an overview of information on the latest casualties.

The high insecurity, displacement, and lack of supplies in the north, has resulted in Partner operations in the north have largely halted due to high insecurity, displacement, and insufficient supplies. The majority of health response activities are now concentrated in the south, with a focus on supporting the nine hospitals, 18 primary health-care centres, and 130 mobile teams which are still partially functioning.

Partners are working to strengthen disease surveillance in the shelters to facilitate early detection of outbreak-prone diseases and ensure rapid response. Due to the high insecurity and lack of equipment, the dead bodies remain exposed or unsafely buried under the rubble.

## Food Security

From the onset of the crisis, 15 Food Security Sector partners have delivered assistance to some 2 million beneficiaries, including food parcels, ready-to-eat meals, and hot meals, to various shelters (UNRWA and non–UNRWA) and host families, mobilising approximately about $7.5 million (excluding activities within the Flash Aappeal).

WFP has delivered fresh bread, and tuna, among other foods. and has provided Gaza residents with cash-based transfers. On 2 November, WFP commenced distribution of date bars, reaching an estimated 550,300 IDPs situated in UN shelters.

For the last two weeks, partners in the north have been unable to distribute any assistance. Partners are also facing significant challenges in providing food assistance due to insufficient supplies, widespread destruction. Most bakeries are inactive due to destruction, lack of fuel, or lack of clean water.

Food insecurity is growing by the day. Food availability on the market is limited, prices have increased, and purchasing power has decreased. Gaza residents have no means to make use of the limited available quantities of food, due to insufficient clean water, fuel, and electricity

## Logistics

The Palestine Logistics Cluster continues to monitor the overall situation and provide support to and from surrounding countries to the Egyptian and Palestinian Red Crescent societies and UNRWA to deliver life-saving assistance. On 9 November, three Logistics Cluster staff deployed to Al-Arish together with OCHA, UNRWA, UNDSS, UNICEF and WHO to work with the Egyptian Red Crescent (ERC) to set up an information cell. Moreover, the Palestine Logistics Cluster Coordinator arrived in Jerusalem on 10 November to lead the coordination efforts. To further augment the transport capacity of the ERC, 20 trucks arrived in Al-Arish on 8 November. Additionally, the second and third flights of equipment donated by the Logistics Cluster arrived from the Humanitarian Response Depot in Brindisi on 10 and 11 November. Equipment includes Mobile Storage Units, inflatable cold rooms, temperature-controlled storage and prefabs for ERC volunteers. More information on the Logistics Cluster is available online.

## Emergency Telecommunications

The Emergency Telecommunications Cluster (ETC) was activated on 31 October and is currently based in Cairo pending access to Gaza. ETC has prepared solar panels, satellite connectivity solutions, radios, and equipment to provide independent access to communications in Gaza for the humanitarian response. The ETC is focused on establishing pathways to import critical telecommunications equipment into Gaza to set up services for humanitarian workers. Efforts are underway to obtain necessary authorizations from the authorities, identify a route through either Egypt or Israel, and to consolidate this information for partners.

**Protection against sexual abuse and exploitation (PSEA) remains a cross-cutting priority for all clusters. The SAWA helpline, reachable at 121 and through WhatsApp at +972 59-4040121 (East Jerusalem at 1-800-500-121), operates 24/7. This toll-free number is widely disseminated across all areas of intervention to report cases of SEA and to facilitate emergency counseling and referrals for affected communities to access life-saving services. The PSEA Network monitors calls daily and will increase the number of counselors if necessary.**



The Gaza Strip prior to the current escalation

\* This text has changed after the publication.