# EXHIBIT

# E-1

OCTOBER 07, 2023

# Statement from President Joe Biden Condemning Terrorist Attacks in Israel

This morning, I spoke with Prime Minister Netanyahu about the horrific and ongoing attacks in Israel.  The United States unequivocally condemns this appalling assault against Israel by Hamas terrorists from Gaza, and I made clear to Prime Minister Netanyahu that we stand ready to offer all appropriate means of support to the Government and people of Israel. Terrorism is never justified. Israel has a right to defend itself and its people. The United States warns against any other party hostile to Israel seeking advantage in this situation.  My Administration's support for Israel's security is rock solid and unwavering.

Jill and I are keeping in our prayers all of the families who have been hurt by this violence. We are heartbroken by the lives that have been tragically cut short and hope for a swift recovery for all those who have been wounded.

My team and I are tracking this situation closely, and I will remain in close touch with Prime Minister Netanyahu.

###

# EXHIBIT
# E-2

OCTOBER 09, 2023

# Joint Statement on Israel

*Today, the leaders of France, Germany, Italy, the United Kingdom and the United States of America released the following joint statement following their call:*

Today, we — President Macron of France, Chancellor Scholz of Germany, Prime Minister Meloni of Italy, Prime Minister Sunak of the United Kingdom, and President Biden of the United States — express our steadfast and united support to the State of Israel, and our unequivocal condemnation of Hamas and its appalling acts of terrorism.

We make clear that the terrorist actions of Hamas have no justification, no legitimacy, and must be universally condemned. There is never any justification for terrorism.  In recent days, the world has watched in horror as Hamas terrorists massacred families in their homes, slaughtered over 200 young people enjoying a music festival, and kidnapped elderly women, children, and entire families, who are now being held as hostages.

Our countries will support Israel in its efforts to defend itself and its people against such atrocities. We further emphasize that this is not a moment for any party hostile to Israel to exploit these attacks to seek advantage.

All of us recognize the legitimate aspirations of the Palestinian people, and support equal measures of justice and freedom for Israelis and Palestinians alike. But make no mistake: Hamas does not represent those aspirations, and it offers nothing for the Palestinian people other than more terror and bloodshed.

Over the coming days, we will remain united and coordinated, together as allies, and as common friends of Israel, to ensure Israel is able to defend itself, and to ultimately set the conditions for a peaceful and integrated Middle East region.

# EXHIBIT
# E-3

An official website of the United States Government  Here's how you know

Home  >  ...  > Department Press Briefing – October 10, 2023

# Department Press Briefing – October 10, 2023

**MATTHEW MILLER, DEPARTMENT SPOKESPERSON**

OCTOBER 10, 2023

## ARTICLE INDEX

~ISRAEL~

~ISRAEL / IRAN / QATAR~

~ISRAEL / PALESTINIAN TERRITORIES~

~ISRAEL / NORTH KOREA~

~ISRAEL / TURKEY~

~ISRAEL~

~ISRAEL / IRAN~

~PALESTINIAN TERRITORIES~

~ISRAEL / IRAN / QATAR / DEPARTMENT~

~ISRAEL / PALESTINIAN TERRITORIES~

~ISRAEL / IRAN~

~ISRAEL / RUSSIA~

~ISRAEL / IRAN~

~ISRAEL / PALESTINIAN TERRITORIES~

~ISRAEL / SAUDI ARABIA~

~PAKISTAN~

~ARMENIA / AZERBAIJAN~

~SYRIA~

**QUESTION:** (Off-mike.)

**MR MILLER:** Said, let me just finish – that is not —

**QUESTION:** So they —

**MR MILLER:** Said, let – that is not what Hamas did in coming into Israel and kidnapping and murdering innocent civilians.

**QUESTION:** Okay. I understand. I mean, Hamas – you have Hamas listed as a terrorist organization. They don't get $4 billion a year from you. They don't have military aid and support and so on. So that is established. You're saying that Israel is a democracy, it's a country that abides by international law. I am asking you: the cutoff of water, electricity, food, and medicine is considered a war crime. Do you call on Israel to cease its – its effort now in cutting so medicine, water, humanitarian aid —

**MR MILLER:** So let me start by saying that we are in the early days of Israel's response. Israel has a right to conduct an aggressive response to respond to the terrorism that's been committed against its citizens. We expect them to follow international law, we believe that they will, and we will remain in close contact with them about it.

**QUESTION:** You believe they should not intentionally target civilians. That's one. Second, do you have any idea on the number of Palestinians killed by Israel in the last four days?

**MR MILLER:** I have seen public reports.

**QUESTION:** What are these reports?

**MR MILLER:** I am not going to speak to the —

**QUESTION:** Are they in the hundreds, in the thousands?

**MR MILLER:** So I – Said, I'm going to speak to what the U.S. Government can verify, which I've done with the number of U.S. citizens. I will let Israel speak to the number of Israeli citizens they have killed as well as the number of Palestinians they have killed.

**QUESTION:** Do you know if the 14 that the President spoke about are Palestinian Americans?

# EXHIBIT
# E-4

OCTOBER 11, 2023

# Readout of President Biden and Vice President Harris' Call with Prime Minister Netanyahu

Following a briefing with their national security team, President Biden and Vice President Harris spoke with Prime Minister Netanyahu of Israel this morning to discuss ongoing U.S. support for Israel as Israel defends itself and protects its people. The leaders agreed to stay in regular contact in the face of an unprecedented and appalling assault by Hamas terrorists.

###

# EXHIBIT
# E-5

An official website of the United States Government   Here's how you know

Home  >  ...  > Secretary Antony J. Blinken and Israeli Prime Minis...

# Secretary Antony J. Blinken and Israeli Prime Minister Benjamin Netanyahu After Their Meeting

**REMARKS**

**ANTONY J. BLINKEN, SECRETARY OF STATE**

**THE KIRYA**

**TEL AVIV, ISRAEL**

OCTOBER 12, 2023

**PRIME MINISTER NETANYAHU:** Mr. Secretary, my good friend Tony, thank you for your important visit here today. Thank you, thank President Biden, and thank you to the American people for your incredible support for Israel in our war against the barbarians of Hamas. I thank you in English; I want to thank you in Hebrew as well.

(In Hebrew.)

Mr. Secretary, your visit is another tangible example of America's unequivocal support for Israel. Hamas has shown itself to be an enemy of civilization. The massacring of young people in an outdoor music festival; the butchering of entire families; the murder of parents in front of their children and the murder of children in front of their parents; the burning of people alive; the beheadings; the kidnappings – of a young boy – not only kidnapped, molested, hurt, attacked; and the sickening display of celebrating these horrors, the celebration and glorification of evil.

President Biden was absolutely correct in calling this "sheer evil." Hamas is ISIS, and just as ISIS was crushed, so too will Hamas be crushed. And Hamas should be treated exactly the way ISIS was treated. They should be spit out from the community of nations. No leader should meet them. No country should harbor them. And those that do should be sanctioned.

Tony, my friend, I say to you, I say to all of us: There will be many difficult days ahead, but I have no doubt that the forces of civilization will win. And the reason that's true is because we understand what is the first prerequisite of victory. It's what you just said in our meeting: moral clarity. This is a time – a particular time, a special time – that we must stand tall, proud, and united against evil.

Tony, you are taking that stand. America is taking that stand. Thank you for being here today. Thank you, America, for standing with Israel today, tomorrow, and always.

**SECRETARY BLINKEN:** Mr. Prime Minister, I'm grateful to be back in Israel in this incredibly difficult moment for this nation – but, in fact, for the entire world.

If you'll permit me a personal aside, I come before you not only as the United States Secretary of State, but also as a Jew. My grandfather, Maurice Blinken, fled pogroms in Russia. My stepfather, Samuel Pisar, survived concentration camps – Auschwitz, Dachau, Majdanek.

11/11/23, 6:51 PM
Case 4:23-cv-05829-JSW Document 9-12 Filed 11/16/23 Page 13 of 274
Secretary Antony J. Blinken and Israeli Prime Minister Benjamin Netanyahu After Their Meeting - United States Department of State

So, Prime Minister, I understand on a personal level the harrowing echoes that Hamas's massacres carry for Israeli Jews – indeed, for Jews everywhere.

I also come before you as a husband and father of young children.  It's impossible for me to look at the photos of families killed – such as the mother, father, and three small children murdered as they sheltered in their home in Kibbutz Nir Oz – and not think of my own children.

This was just one of Hamas's countless acts of terror – in a litany of brutality and inhumanity that, yes, brings to mind the worst of ISIS.  Babies slaughtered.  Bodies desecrated.  Young people burned alive.  Women raped.  Parents executed in front of their children, children in front of their parents.  How are we even to understand this, to digest this?

And yet, at the same time – at the same time that we've been shocked by the depravity of Hamas, we've also been inspired by the bravery of Israel's citizens: the grandfather, who drove over an hour to a kibbutz under siege, armed only with a pistol, and rescued his kids and grandkids; the mother who died shielding her teenage son with her body, giving her life to save his, giving him life for a second time; the volunteer security teams on the kibbutzes, who swiftly rallied to defend their friends and neighbors, despite being heavily outnumbered.

And we are lifted by the remarkable solidarity of the Israeli people, demonstrated in the long lines of people giving blood, in the hundreds of thousands of reservists who've mobilized, some rushing home from abroad, people around the country opening their homes to fellow citizens displaced from the south.

The people of Israel have long – and rightly – prided themselves on their self-reliance, on their ability to defend themselves, even when the odds are stacked against them.

The message that I bring to Israel is this: You may be strong enough on your own to defend yourself – but as long as America exists, you will never, ever have to.  We will always be there, by your side.

That's the message that President Biden delivered to the prime minister from the moment this crisis began.  It's the message that I and my other colleagues in the government have delivered to our Israeli counterparts on a daily – even an hourly – basis.

It's the message that I bring with me to our discussions today, and it's what I'll affirm when I meet with the members of Israel's newly formed national emergency government. We welcome the government's creation and the unity and resolve that it reflects across Israel's society.

We're delivering on our word – supplying ammunition, interceptors to replenish Israel's Iron Dome, alongside other defense materiel. The first shipments of U.S. military support have already arrived in Israel, and more is on the way.

As Israel's defense needs evolve, we will work with Congress to make sure that they're met. And I can tell you there is overwhelming – overwhelming – bipartisan support in our Congress for Israel's security.

Here in Israel, and everywhere, we will reaffirm the crystal-clear warning that President Biden issued yesterday to any adversary – state or non-state – thinking of taking advantage of the current crisis to attack Israel: Don't. The United States has Israel's back.

We've deployed the world's largest aircraft carrier to the Eastern Mediterranean. We've bolstered the presence of U.S. fighter aircraft in the region.

We're providing other support as well. We continue working closely with Israel to secure the release of the men, women, children, elderly people taken hostage by Hamas.

We're pursuing intensive diplomacy throughout the region to prevent the conflict from spreading – and I'll be doing that over the course of my trip in the coming days.

Too often in the past, leaders have equivocated in the face of terrorist attacks against Israel and its people. That's why we've been adamant with all countries in the wake of these attacks: There is no excuse, there is no justification for these atrocities.

You heard the prime minister say it. This is – this must be – a moment for moral clarity.

The failure to unambiguously condemn terrorism puts at risk not only people in Israel, but people everywhere.

Look at what just happened. Individuals from 36 countries killed or missing in the aftermath of Hamas's attacks. Europe, Asia, Africa, the Americas – no region has escaped Hamas's bloody

reach.

Anyone who wants peace and justice must condemn Hamas's reign of terror.

We know Hamas doesn't represent the Palestinian people or their legitimate aspirations to live with equal measures of security, freedom, justice, opportunity, and dignity.

We know Hamas – instead of promoting the well-being of its citizens – rules repressively and dedicates the resources it has to terror tunnels and rockets.

We know Hamas didn't commit its heinous acts with the interests of the Palestinian people in mind.

We know Hamas does not stand for the future that Palestinians want for themselves and for their children.

Hamas has only one agenda: to destroy Israel and to murder Jews.

No country can or would tolerate the slaughter of its citizens – or simply return to the conditions that allowed it to take place.  Israel has the right – indeed, the obligation – to defend itself and to ensure that this never happens again.

As the prime minister and I discussed, how Israel does this matters.  We democracies distinguish ourselves from terrorists by striving for a different standard – even when it's difficult – and holding ourselves to account when we fall short.  Our humanity – the value that we place on human life and human dignity – that's what makes us who we are.  And we count them among our greatest strengths.

That's why it's so important to take every possible precaution to avoid harming civilians.

And that's why we mourn the loss of every innocent life, civilians of every faith, every nationality, who have been killed.

Tragically, the number of innocent lives claimed by Hamas's heinous attacks continues to rise. Among those, we now know that at least 25 American citizens were killed.  We join families in Israel, in the United States, around the world in mourning their immeasurable loss.

Nearly 15 years ago, my stepfather, who I alluded to earlier, Samuel Pisar, came here to Yad Vashem to perform the mourner's prayer that he wrote to accompany Leonard Bernstein's Third Symphony, "Kaddish."

Reflecting on the unspeakable horrors that he'd endured as a boy in the Nazi concentration camps, he wrote:  "That man / though created in your image / and endowed with the freedom to choose / between good and evil / Remains capable of the worst, as of the best / Of hatred, as of love / Of madness, as of genius."

In this moment where evil, hatred, and madness have once more taken so many innocent lives, we must stand together resolved to confront what is worst among humanity with what is best.

We must provide an alternative to the vision of violence and fear, nihilism and terror presented by Hamas.

That is what the United States will do, standing with Israel, working together with its people – and all those in this region who remain committed to the vision of a more peaceful, a more integrated, a more secure, a more prosperous Middle East.

Thank you very much.

---

TAGS

Bureau of Near Eastern Affairs     Israel     Israel-Hamas Conflict     Office of the Spokesperson

Secretary Trip     The Secretary of State

---

# EXHIBIT
# E-6

11/11/23, 7:08 PM    A history of the US blocking UN resolutions against Israel | Israeli-Palestinian conflict News | Al Jazeera

Case 4:23-cv-05829-JGW   Document 18-12   Filed 11/16/23   Page 18 of 274

🔗  https://www.aljazeera.com/news/2021/5/19/a-history-of-the-us-blocking-un-resolutions-against-is…

✏️  Creede Newton

🕐  7 min read

# A history of the US blocking UN resolutions against Israel

The United States has vetoed dozens of United Nations Security Council (UNSC) resolutions critical of Israel, including at least 53 since 1972, according to UN data.

With the latest escalation of violence between Israel and the Palestinians now in its tenth day, the US has stuck to that playbook. On Monday, Washington blocked a joint statement calling for an immediate ceasefire between Israel and Hamas – the US's third such veto reportedly within a week.

The US's unequivocal support of Israel has seen it thwart resolutions condemning violence against protesters, illegal Israeli settlements in the occupied West Bank built since 1967 and even calls for an investigation into the 1990 killing of seven Palestinian workers by a former Israeli soldier.

Critics say Washington's blanket support of Israel encourages a disproportionate use of force against Palestinians, including Israel's current bombardment of the besieged Gaza Strip, which has killed at least 219 Palestinians, including 63 children.

Here is a list of some of the major vetoes cast by the US over the years:

## Great March of Return

Palestinians in Gaza began protesting at the Israeli border fence in March 2018, calling for the "right of return" to ancestral homes from which their families were expelled in 1948 during what Palestinians call the "Nakbah", or the creation of the state of Israel. The UN estimates 750,000 Palestinians were expelled that year.

Palestinians faced sniper fire from Israeli forces during the year-long protests, which killed at least 266 people and injured roughly 30,000 more, according to Gaza's health ministry.



11/11/23, 7:08 PM
A history of the US blocking UN resolutions against Israel | Israel-Palestine conflict News | Al Jazeera

Case 4:23-cv-05829-JGW Document 18-12 Filed 11/16/23 Page 19 of 274

Biden expresses support for Gaza ceasefire amid mounting pressure

US says Israel provided information on Gaza media tower bombing

Gaza: What can be done to stop the unfolding humanitarian crisis?

---

The US's underline[unequivocal support] of Israel has seen it thwart resolutions condemning violence against protesters, illegal Israeli settlements in the occupied West Bank built since 1967 and even calls for an investigation into the 1990 killing of seven Palestinian workers by a former Israeli soldier.

Critics say Washington's blanket support of Israel encourages a disproportionate use of force against Palestinians, including Israel's current bombardment of the besieged Gaza Strip, which has killed at least 219 Palestinians, including 63 children.



The Take

Surviving on the ground in Gaza

00:00 / 21:56

Here is a list of some of the major vetoes cast by the US over the years:

### Great March of Return

Palestinians in Gaza began protesting at the Israeli border fence in March 2018, calling for the "[right of return]" to ancestral homes from which their families were expelled in 1948 during what Palestinians call the "Nakbah", or the creation of the state of Israel. The UN estimates 750,000 Palestinians were expelled that year.

Palestinians faced [sniper fire from Israeli forces] during the year-long protests, which killed at least 266 people and injured roughly 30,000 more, according to Gaza's health ministry.



A Palestinian protester hurls stones at Israeli troops during a protest at the Gaza Strip's border with Israel during weekly Palestinian demonstrations along the Gaza Strip's frontier with Israel on September 28, 2018 [File: Khalil Hamra/AP Photo]

11/11/23, 7:08 PM
Case 4:23-cv-05829-JSW Document 19-12 Filed 11/16/23 Page 20 of 274
A history of the US blocking UN resolutions against Israel | Israel-Palestine conflict News | Al Jazeera

On June 1, 2018, the UNSC drafted a resolution (PDF) expressing "grave concern at the escalation of violence and tensions" since the protests began and "deep alarm at the loss of civilian lives and the high number of casualties among Palestinian civilians, particularly in the Gaza Strip, including casualties among children, caused by the Israeli forces".

The US vetoed the resolution (PDF), with then-US Ambassador to the UN Nikki Haley saying it presented "a grossly one-sided view of what has taken place in Gaza in recent weeks".

Sign up for Al Jazeera

# Week in the Middle East

Catch up on our coverage of the region, all in one place.

E-mail address

Sign up

By signing up, you agree to our **Privacy Policy**

Haley blamed Hamas for the violence.

## US recognition of Jerusalem as Israel's capital

East Jerusalem is meant to be the capital of a future Palestinian state, as outlined in international agreements. But the area has been occupied by Israel since 1967, when Israeli forces defeated forces from Jordan – which controlled East Jerusalem and the West Bank at the time – Egypt, Syria and allied Palestinians, to occupy all of historic Palestine.

The status of occupied East Jerusalem was meant to be determined through peace negotiations. International law, including UNSC resolutions, state that East Jerusalem is not to be considered Israeli territory.



Palestinians evacuate a wounded man during clashes with Israeli security forces in front of the Dome of the Rock at the Al-Aqsa Mosque compound in Jerusalem's Old City on May 10, 2021 [File: Mahmoud Illean/AP Photo]

Case 4:23-cv-05829-JGW    Document 19-12    Filed 11/16/23    Page 21 of 274

But former President Donald Trump recognised Jerusalem as Israel's capital in December 2017.

A draft resolution (PDF) from December 18, 2017, wrote "that any decisions and actions which purport to have altered, the character, status or demographic composition of the Holy City of Jerusalem have no legal effect, are null and void and must be rescinded in compliance with relevant resolutions of the Security Council".

Advertisement

In vetoing the resolution, Haley said (PDF) the US "had the courage and honesty to recognize a fundamental reality. Jerusalem has been the political, cultural and spiritual homeland of the Jewish people for thousands of years."

### Demanding end to Israeli-Palestinian violence during the Second Intifada

The Second Intifada, or Palestinian uprising, ignited on September 28, 2000, when then-Israeli opposition leader Ariel Sharon, accompanied by heavily armed forces, entered the al-Aqsa Mosque compound in occupied East Jerusalem.

The provocative act sparked long-simmering frustrations over the failed promises of the Oslo Accords to end Israel's occupation of Palestinian lands.

The Oslo Accords were signed by then-Palestinian Liberation Organization leader Yasser Arafat and Israeli Prime Minister Yitzhak Rabin in 1993.

But the occupation continued into 2000, with Israeli settlements increasing and Palestinian sovereignty nowhere in sight.



In December 2001, a slew of suicide bombings led Israel to retaliate by destroying much of Arafat's Ramallah headquarters, essentially forcing him into house arrest. The Second Intifada, a period of intensified Israeli-Palestinian tension, began in late September 2000 [File: Abbas Momani/AFP via Getty Images]

In contrast to the First Intifada in the late 1980s and early 1990s that was largely peaceful, the Second Intifada was very violent, with Palestinian armed groups attacking Israeli forces and a sharp increase in suicide attacks against Israeli civilian centres.

11/11/23, 7:08 PM
Case 4:23-cv-05829-JGW: US blocking UN resolutions against Israel | Israel-Palestine conflict News | Al Jazeera

Document 18-12    Filed 11/16/23    Page 22 of 274

The death toll stood at over 3,000 Palestinians and close to 1,000 Israelis, along with 45 foreigners, according to a BBC tally.

Advertisement

A draft UNSC resolution (PDF) from December 2001 expressed "grave concern at the continuation of the tragic and violent events that have taken place since September 2000", condemned attacks against civilians and called for peace talks to resume.

When vetoing the resolution, then-US Ambassador to the UN John Negroponte said "the draft resolution before us fails to address the dynamic at work in the region. Instead, its purpose is to isolate politically one of the parties".

## Settlement expansion

The US has vetoed at least four UNSC resolutions condemning Israel's settlements on Palestinian land, which are considered illegal under international law.

There are between 600,000 and 750,000 Israeli settlers in at least 250 settlements (130 official, 120 unofficial) in the occupied West Bank and East Jerusalem.

These settlements have exploded under the rule of hawkish Israeli Prime Minister Benjamin Netanyahu, who began his current term in 2005. They have long been considered a major roadblock to achieving a Palestinian state.

Advertisement

US vetoes of resolutions condemning Israel's settlements date back to at least 1983. The most recent was in 2011 (PDF), when a draft resolution aimed to reaffirm "all Israeli settlement activities in the Occupied Palestinian Territory, including East Jerusalem, are illegal and constitute a major obstacle to the achievement of peace on the basis of the two-State solution".

Then-US Ambassador to the UN Susan Rice said Washington agreed that settlement activity is illegal, but "we think it unwise for this Council to attempt to resolve the core issues that divide Israelis and Palestinians. Therefore, regrettably, we have opposed this draft resolution."

Rice served under former President Barack Obama, who caused diplomatic controversy in 2016, months before he left office to be succeeded by Trump, when he instructed the US to abstain from vetoing a similar UNSC resolution against settlement activity.

US President Joe Biden, who served as Obama's vice president, is known for his support of Israel. But he is facing pressure from progressive Democrats and others to take a greater role in supporting Palestinian rights.

Biden publicly voiced support for a ceasefire on Monday, a demand posed in a letter signed by 25 Democratic lawmakers. But he has also stuck with Washington's long-established policy of failing to acknowledge the deeply asymmetric nature of the Israeli-Palestinian conflict by expressing his unwavering support for Israel and its "right to defend itself".

Advertisement

SOURCE: AL JAZEERA

# EXHIBIT
# E-7

## RELEASE

## IMMEDIATE RELEASE

# Statement From Secretary Lloyd J. Austin III on U.S. Force Posture Changes in the Middle East

Oct. 8, 2023

My thoughts continue to be with the people of Israel and the many families who have lost loved ones as a result of the abhorrent terrorist attack by Hamas. Today, in response to this Hamas attack on Israel, and following detailed discussions with President Biden, I have directed several steps to strengthen Department of Defense posture in the region to bolster regional deterrence efforts.

I have directed the movement of the USS Gerald R. Ford Carrier Strike Group to the Eastern Mediterranean. This includes the U.S. Navy aircraft carrier USS Gerald R. Ford (CVN-78), the Ticonderoga-class guided missile cruiser USS Normandy (CG 60), as well as the Arleigh-Burke-class guided missile destroyers USS Thomas Hudner (DDG 116), USS Ramage (DDG 61), USS Carney (DDG 64), and USS Roosevelt (DDG 80). We have also taken steps to augment U.S. Air Force F-35, F-15, F-16, and A-10 fighter aircraft squadrons in the region. The U.S. maintains ready forces globally to further reinforce this deterrence posture if required.

In addition, the United States government will be rapidly providing the Israel Defense Forces with additional equipment and resources, including munitions. The first security assistance will begin moving today and arriving in the coming days.

Strengthening our joint force posture, in addition to the materiel support that we will rapidly provide to Israel, underscores the United States' ironclad support for the Israel

Defense Forces and the Israeli people. My team and I will continue to be in close contact with our Israeli counterparts to ensure they have what they need to protect their citizens and defend themselves against these heinous terrorist attacks.

Hosted by Defense Media Activity - WEB.mil

# EXHIBIT
# E-8

🔗 https://www.bloomberg.com/news/articles/2023-10-10/boeing-sped-1-000-smart-bombs-to-isr…

✎ Anthony Capaccio

🕐 2 min read

# Israel Rushed 1,000 Small Diameter Bombs After Hamas Attack (BA)

Boeing Co. accelerated delivery of 1,000 smart bombs to Israel as the country steps up retaliation against Hamas after the devastating weekend attack that killed hundreds of people, industry and defense officials said.

The 250-pound Small Diameter Bombs, part of a 2021 contract, were flown from an Air Force base in the US by Israeli Air Force transport, according to an industry official who asked not to be identified discussing the arrangements.

A senior defense official who spoke to reporters Monday said that munitions being rushed to Israel weren't part of a "Foreign Military Sale" between governments but rather was part of a "Direct Commercial Sale" between the contractor and Israel that was already on the books.

A second defense official said Tuesday that the first official was referring to expedited transactions under a May 2021 Direct Commercial Sale between Boeing and Israel, which the State Department valued at $735 million over several years. It also includes kits to convert unguided bombs into GPS-guided Joint Direct Attack Munitions. No Jdams kits have been sent yet, an official said.

The weapons, which can launched by Israel's jets from over 40 miles (64 kilometers) — with each aimed at specific targets — "provide the means to precisely target terrorists in Gaza while minimizing civilian casualties," said Brad Bowman, a military analyst with the Foundation for Defense of Democracies, who tracks Middle East military issues. He said that's an important capability considering that Hamas is holding Israeli hostages.

Israel Latest: Army Prepares as Israeli Death Toll Passes 1,000

The May 2021 sale was controversial when Congress was notified of it by the Biden administration. Senator Bernie Sanders and some House members moved to block the proposed sale in protest over Israeli attacks in Gaza at the time, but it wasn't voted on, according to the Congressional Research Service.

A Boeing spokesperson declined to comment. According to an US Air Force fact sheet, the Small Diameter Bomb's small size "inherently reduces the probability of collateral damage."

Separately, the Biden administration is expected to announce fresh supplies of weapons to Israel, which receives more than $3 billion in US military aid every year.

Generated with Reader Mode

# EXHIBIT
# E-9

OCTOBER 12, 2023

# Press Briefing by Press Secretary Karine Jean-Pierre and NSC Coordinator for Strategic Communications John Kirby

1:11 P.M. EDT

Q    Good afternoon.

MS. JEAN-PIERRE:  Good afternoon, everyone.  This morning, the President and the Vice President, who joined from Air Force Two while en route to Las Vegas, met with senior administration officials, including Attorney General Merrick Garland, Secretary of Homeland Security Alejandro Mayorkas, Director of National Intelligence Avril Haines, White House Chief of Staff Jeff Zients, FBI Director Chris Wray, National Security Advisor Jake Sullivan, Principal Deputy National Security Advisor Jon Finer, and Homeland Security Advisor Liz Sherwood-Randall.

The President, Vice President, and their national security teams discussed steps they are taking to safeguard the homeland and the people of the United States — including Jewish, Arab, and Muslim communities — following the Hamas terrorist attacks in Israel.

We are in touch with faith leaders and communities across the country to provide support, listen to their concerns, and offer the full resources of the federal government during what is a very difficult time for many people in the Jewish community, but also for people all — of all faiths.

As you all have seen, the President continues to be highly engaged on this subject, between the briefing today and his meeting yesterday with Jewish community leaders.  He and the entire Biden-Harris administration are committed — committed to doing all we can to protect against antisemitism and other forms of hate in the aftermath of this weekend's horrific terrorist

MS. JEAN-PIERRE:  Go ahead in the back.

Q   Thanks a lot —

Q   (Inaudible.)

Q   Thanks a lot, Karine.

Q   Go ahead.

MR. KIRBY:  You guys fight it out.  (Laughter.)

Q   Kirby, is the U.S. contemplating the creation of a humanitarian parole program like the one for Ukrainians for people of Israel or people on the ground?

MR. KIRBY:  I'm not aware of any such plans.

Q   And I have another question.  Is the U.S. willing to withhold the military aid to Israel until they create a humanitarian corridor?

MR. KIRBY:  We are providing them military aid as we speak.  So, no, there's no plans of — of holding back military assistance.  We wouldn't do that.  The President has been talking now for three days about how we're going to keep giving them the capabilities that they need.

That doesn't mean we aren't going to have conversations with them — as I've answered now three or four times — about humanitarian assistance and the importance of that getting into the — the people of Gaza.

Q   Do you see the creation of this corridor as an advantage for — for Israel?

MR. KIRBY:  As a what?

Q   As, like, a strategic advantage for Israel — creating the corridor.

MR. KIRBY: It's the right thing to do for humanitarian assistance.  It's the right thing to do for innocent victims who are — who are actually being held

# EXHIBIT
# E-10

## TRANSCRIPT

# Senior Defense Official Holds a Background Briefing on Israel

**Oct. 12, 2023**

SENIOR DEFENSE OFFICIAL: Thanks, everybody, for tuning in today. Let me start by first acknowledging once again the truly heinous nature of Hamas's Saturday attack on Israel and the Israeli people.

As you've heard from President Biden to Secretary Blinken in Israel today, these are ISIS-level, brutal, cruel tactics. We mourn with the Israeli people for the loss of life, send condolences to them, and are firmly standing with them in their right to defend themselves.

I want to again update you on where we are with the Department of Defense's support to Israel. So first of all, let me talk about the posture increases that Secretary Austin ordered over the weekend.

You will have seen the USS Gerald R. Ford carrier strike group has arrived in the Eastern Mediterranean on Tuesday of this week. The 354th Fighter Squadron and their A-10 Thunderbolt IIs arrived in the region to support the United States Air Force today. And we are continually adjusting and monitoring our posture -- our posture in the region to ensure we are positioned in support of Israel's defense.

Let me again reiterate one of the main messages that this rapid increase in posture is intended to send to both state or non-state actors. The United States is unequivocal in its support for the defense of Israel and is sending a warning to any entity that would consider

SENIOR DEFENSE OFFICIAL: Sure. Well, let me first say, as I believe you heard Secretary Austin say earlier today, Israel -- the Israel Defense Forces are a professional force with professional leaders and we continuously consult with Israel just as we do with any ally or partner on the ways in which we can mitigate civilian harm, adhere to the laws of armed conflict and uphold international humanitarian law. We would expect in this case for that to be no different. And that's, of course, an area that we discussed with the Israelis as we do with any ally or partner.

STAFF: Great, thank you. Next question, we'll go to Tom Bowman NPR.

Q: -- so on the Israeli, Hamas training, sorry.

SENIOR DEFENSE OFFICIAL: I'm not going to comment on intelligence matters here today. Thanks.

STAFF: Next question, over to Tom, NPR. Tom, do we have you?

Q: Can you hear me?

STAFF: Okay. Yes, all right. Got you.

Q: Okay. Yes, you mentioned the first shipment earlier in the week of munitions. I'm told hundreds of small diameter bombs are in that shipment. Can you confirm that? And ballpark on the numbers of other items, Iron Dome interceptors, BGMs, are we talking hundreds, thousands? And again, just a ballpark number. And also, getting to the hostage situation, are the experts, including JSOC, already on the ground?

SENIOR DEFENSE OFFICIAL: Thanks, so let me take that question first. There are personnel on the ground as part of a larger assistance package in support of CENTCOM. And that includes military personnel advising and consulting on hostage recovery efforts.

On the question about the specifics, I'm going to defer you to the government of Israel on that. Needless to say, you hit the mark. It's both munitions and air defense. And we intend to continuously be delivering both to the Israel Defense Forces.

Q: Yes, can you give us a ballpark? Hundreds, thousands of these munitions?

SENIOR DEFENSE OFFICIAL: I'm not going to do that today and would defer you to the government of Israel.

STAFF: Thank you. Our next will go to Courtney Kube, NBC.

Q: Thank you. When you say you hit the mark, you're confirming that it's the small diameter bombs that the munitions?

SENIOR DEFENSE OFFICIAL: Small diameter bombs are certainly part of a category of precision guided munitions that we are consulting with the Israelis on.

Q: And then you mentioned -- thank you. And then you mentioned that the fighter squadron of A10s that arrived today, have any -- is that the only air platform that's arrived there so far that was announced on Sunday?

And then, can you just say -- I mean, the Ford is there, the ships are there, like what are those -- and we're hearing that some of the -- I think, like the Hawkeyes are flying off the Ford. Like can you say what the Ford is actively doing right now or what -- to support Israel?

SENIOR DEFENSE OFFICIAL: Sure. So, first of all, we expect to see more posture increases flowing in over the next week. And in terms of the activities of the Ford, that is the largest aircraft carrier in the U.S. Navy, plus all of the accompanying assets that come with it. They will be conducting a range of activities, including intelligence support, maritime support, long-range strike options, et cetera. And we expect all of that to remain active and available in support of Israel's defense.

Thank you.

Q: But was it A10s -

STAFF: Our next question -

And can you confirm that we have about 312 interceptors in the U.S. inventory at this point? But first question, are the interceptors that you transferred to Israel this week part of a U.S. order that was going to the Second Army Battalion? Or battery, excuse me?

SENIOR DEFENSE OFFICIAL: Those are a lot of very detailed and specific questions that -

Q: Right.

SENIOR DEFENSE OFFICIAL: -- I can't get into them.

Q: Can you talk in general then?

SENIOR DEFENSE OFFICIAL: I think you well know that the U.S. Army has Iron Dome batteries and interceptors within its stocks, and we are actively consulting with Israel on making available air defense support, including Iron Dome.

STAFF: Okay, and we're going to -

Q: Thanks.

STAFF: -- just have time for just a few more questions here. Eric Lipton, New York Times.

Q: Yes, thank you. Are the munitions and interceptors that you are sending now, are they above and beyond what Israel had already ordered and were on the way? And, but also, can you confirm that the JDAM kits are part of, in addition to, the small diameter bombs and ammunition and interceptors, that the JDAM kits were part of what's being sent?

SENIOR DEFENSE OFFICIAL: Sorry, there's so many detailed questions. Okay, the request for additional Iron Dome defense that we are discussing is most likely going to be above and beyond what Israel has already ordered. And tell me again your second question.

Q: The JDAM kits are part of the precision guided munitions that are in addition to the small diameter bombs, but JDAM kits are also part of what is going there in the near term?

SENIOR DEFENSE OFFICIAL: Sure, I will refer you back to my earlier comments. One of the categories we are working with the Israelis on are precision-guided munitions. Small diameter bombs and JDAM kits are part of those categories.

Q: Thank you.

STAFF: Thank you. Next question will go to Konstantin, Military.com.

Q: Thank you. Earlier this afternoon, the NSC spokesman John Kirby said that the Israelis have made it very clear that they don't want foreign troops on their soil, that they want to prosecute hostage rescue operations on their own. Are you able to offer any more insight or detail into why the Israelis are not interested in having U.S. troops participate in combat operations in this conflict?

SENIOR DEFENSE OFFICIAL: I would refer you to the government of Israel for their thinking on what their requirements are. What I do want to make clear is that we are consistently and continuously consulting with them on their needs. What they have asked for us is to expedite security assistance so that they are able to defend themselves.

Q: Appreciate that. And then one quick follow-up if that's OK. You mentioned that long-range strike from the Ford and its strike group is one of the options on the table. Does that -- just to be -- to be clear, that leaves on the table the option that the Ford or one of ...

(CROSS-TALK)

... accompanying ships will launch missiles?

SENIOR DEFENSE OFFICIAL: What I said is that that is a capability of the U.S. carrier strike group. I didn't say that that is an option on the table.

Q: OK. Thank you for clarifying.

SENIOR DEFENSE OFFICIAL: And again, let me be very clear, we have deployed a massive amount of force to make very clear that the United States stands with Israel and to send a strong message to state and non-state actors who would even be considering escalating this

# EXHIBIT E-11

## TRANSCRIPT

# Secretary of Defense Lloyd J. Austin III Joint Press Conference With Israeli Defense Minister Yoav Gallant in Tel Aviv, Israel

**Oct. 13, 2023**

Secretary of Defense Lloyd J. Austin III; Israeli Defense Minister Yoav Gallant

STAFF:  Hello, everyone.  Thank you for joining us.  The minister of defense and secretary of defense will now deliver statements to the press, and we'll have a few questions at the end.

Please, Minister.

ISRAELI DEFENSE MINISTER YOAV GALLANT:  U.S. Secretary of Defense General Lloyd Austin, when you said that you stand with Israel, you showed up.  You stand here with us.  Mr. Secretary, you have shown us what it means to be an ally, to be a friend, to be a brother.

The secretary and I have just left the war room.  We sat where decisions are made on Israeli security, on our most sensitive interests.  I briefed the secretary on strategic developments in our region, and the chief of staff together with the IDF leadership shared our operations.

Defense cooperation and U.S. support in the Pentagon, in the White House, in the Congress ensure freedom of operation and enforce our capabilities.  In fact, today we will receive the second aircraft carrying essential munition to the IDF.

U.S. deployment of assets on land, in air and at sea sends a strong message to both partners and enemies in the region.  On behalf of Israel's defense establishment and on behalf of our citizens, Mr. Secretary, thank you very much.

Let me remind you all, our audience, who is the enemy?  Our neighbors is Hamas, the ISIS of Gaza, an organization enjoying the Iranian payroll.  I cannot let the world forget the brutal attacks Hamas (inaudible) always conduct against Israeli children, Israeli women, Israeli elderly and entire families.  Murder, rape, kidnapping — this is what we face in this war.  This is a war on the existence of Israel as a prosperous state, as a democratic state, as the homeland of the Jewish people.  This is a war on freedom and on our common values, and we are on the frontline.  We will keep fighting and we will win this war.  We will prevail.

With your permission, Mr. Secretary, I'll say a few words in Hebrew.

(UNTRANSLATED)

MIN. GALLANT:  Thank you, sir.

SECRETARY OF DEFENSE LLOYD J. AUSTIN III:  Well, good afternoon, everyone.  Yoav, we've been in close touch, but it's good to see you again in person, and it's good to be back in Israel, even during such terrible days.

As the U.S. secretary of defense, I am here in person to make something crystal-clear:  America's support for Israel is ironclad, and I extend my deepest condolences to the Israeli people, for those killed or wounded in this terrible slaughter by Hamas.

I'm also here in solidarity with all the families still living the waking nightmare of not knowing the fate of their loved ones, and we will continue to coordinate closely with Israel to help secure the release of the innocent men, women and children in the clutches of Hamas, including American citizens.

Now, Israel is a small country, a place where everybody knows everybody, and in times of trial, the intimacy of your society deepens the intimacy of your grief.  But that's not a weakness; it is a profound strength, and in times of testing, Israelis know what to do.

Over this awful week, we've seen Israeli hotels and homes take in those who've had to flee. We've seen long lineups to donate blood.  We've seen WhatsApps explode with messages as people race to support neighbors in anguish.

And perhaps because I'm a retired general, I was especially moved by the story of a retired general named Noam Tibon.  His son called him on Saturday from his home near Gaza to say that Hamas terrorists had stormed their kibbutz and were closing in, and the retired general jumped into his car in Tel Aviv and raced toward the combat zone.  He linked up with other fighters and rescued his son, his daughter-in-law and his granddaughters.  And when the general arrived at their house, one of his granddaughters just said, "Grandpa is here."  And these are rays of hope in a terrible week, and in times like these, sometimes the best thing that a friend can do is just to show up and to get to work.

Now, this is no time for neutrality, or for false equivalence, or for excuses for the inexcusable.  There is never any justification for terrorism, and that's especially true after this rampage by Hamas.  And anyone who wants lasting peace and security for this region must condemn and isolate Hamas.  Hamas does not speak for the Palestinian people or their legitimate hopes for dignity, security and statehood and peace alongside Israel.

As a former commander of Central Command, the deliberate cruelty of Hamas vividly reminds me of ISIS: bloodthirsty, fanatical and hateful, and like ISIS, Hamas has nothing to offer but zealotry and bigotry and death.

The world has just witnessed a great evil: the deadliest attack on civilians in the history of the state of Israel and the bloodiest day in Jewish history since the end of the Holocaust.  So make no mistake: The United States will make sure that Israel has what it needs to defend itself, and Israel has a right to protect its people.

You know, in their many phone calls this week, President Biden has told Prime Minister Netanyahu that the United States would also respond swiftly and decisively to such a massive terrorist assault.  And the president also underscored that democracies like ours are stronger and more secure when we uphold the laws of war.  Terrorists like Hamas deliberately target civilians, but democracies don't.  This is a time for resolve and not revenge, for purpose and not panic and for security and not surrender.

At President Biden's direction, we have moved urgently to respond to this crisis and to send a strong message of deterrence.  The USS Gerald R. Ford Carrier Strike Group is now in the region, led by the largest aircraft carrier in the world.  We've augmented U.S. fighter aircraft squadrons in the Middle East, and the U.S. Department of Defense stands fully ready to deploy additional assets, if necessary.

As President Biden has said, for any country, for any group or anyone thinking about trying to take advantage of this atrocity to try to widen the conflict or to spill more blood, we have just one word: Don't.  The world is watching and so are we, and we aren't going anywhere. We will remain in close contact with our valued partners across the region, and security assistance from the Department of Defense is already rapidly flowing into Israel.  That includes munitions and air defense capabilities and other equipment and resources.  It also includes more interceptors for Iron Dome to save Israeli lives, and we will continue to ensure that Israel has what it needs to keep itself secure.

Now, Hamas attacked at a time of global challenge, but the United States is the most powerful country in the world, and we remain fully able to project power and uphold our commitments and direct resources to multiple theaters.  So we will stand with Israel even as we stand with Ukraine.  The United States can walk and chew gum at the same time, and U.S. security assistance to Israel will flow in at the speed of war, and as this harrowing week draws to a close and as Shabbat draws near, we stand together and we stand strong.  The United States has Israel's back, and that is not negotiable, and it never will be.

And after this terrible week, I wish you and all the people of Israel Shabbat Shalom.  Thank you.

STAFF:  We'll be starting with the questions starting with (inaudible), Channel 13.

Q:  Thank you.  Mr. Secretary, your presence in the Eastern Mediterranean clearly projects power, but should Israel be attacked from the north, from Hezbollah in Lebanon, will you be willing to exercise your force and join the fighting?

SEC. AUSTIN:  You know, I ordered additional assets to the region to bolster deterrence, and again, the message that we would send to any country or group thinking to take advantage of this situation and widen the conflict: Don't.

# EXHIBIT
# E-12

11/12/23, 7:53 AM UN expert warns of new instance of mass ethnic cleansing of Palestinians, calls for immediate ceasefire | OHCHR

Case 4:23-cv-05829-JSW Document 10-12 Filed 11/16/23 Page 44 of 274

🔗 https://www.ohchr.org/en/press-releases/2023/10/un-expert-warns-new-instance-mass-ethnic-…

🕐 4 min read

# UN expert warns of new instance of mass ethnic cleansing of Palestinians, calls for immediate ceasefire

GENEVA (14 October 2023) – A UN human rights expert warned today that Palestinians are in grave danger of mass ethnic cleansing and called on the international community to urgently mediate a ceasefire between warring Hamas and Israeli occupation forces.

"The situation in the occupied Palestinian territory and Israel has reached fever pitch," said Francesca Albanese, UN Special Rapporteur on the situation of human rights in the Palestinian Territory occupied since 1967.

"The United Nations and its Member States must intensify efforts to mediate an immediate ceasefire between the parties, before we reach a point of no return," said Albanese. "The international community has the responsibility to prevent and protect populations from atrocity crimes. Accountability for international crimes committed by Israeli occupation forces and Hamas must also be immediately pursued," she said.

Since 7 October 2023, more than 1,900 Palestinians have been killed, including at least 600 children, more than 7,600 injured, and over 423,000 people have been displaced as a result of the Israeli strikes. This fate befell a population which has already experienced five major wars since 2008 in the context of an unlawful blockade imposed by Israel since 2007, which Albanese said has been widely condemned by the international community as collective punishment.

On 12 October, Israeli forces issued an order for 1.1 million Palestinians in north Gaza to move to the south within 24 hours, amidst ongoing airstrikes. The next day, Israeli forces reportedly began to enter Gaza in order to "clear" the area. Palestinians have no safe zone anywhere in Gaza, with Israel having imposed a "complete siege" on the tiny enclave, with water, food, fuel and electricity unlawfully cut off. Rafah, the only border crossing that remained partially open to the Gaza strip, was closed after damage caused by Israeli airstrikes.

"There is a grave danger that what we are witnessing may be a repeat of the 1948 Nakba, and the 1967 Naksa, yet on a larger scale. The international community must do everything to stop this from happening again," the UN expert said. She noted that Israeli public officials have openly advocated for another Nakba, the term for the events of 1947-1949 when over 750,000 Palestinians were expelled from their homes and lands during the hostilities that led to the establishment of the State of Israel. The Naksa, which led to Israel's occupation of the West Bank and the Gaza Strip in 1967, displaced 350,000 Palestinians.

"Israel has already carried out mass ethnic cleansing of Palestinians under the fog of war," the expert said. "Again, in the name of self-defence, Israel is seeking to justify what would amount to ethnic cleansing.

"Any continued military operations by Israel have gone well beyond the limits of international law. The international community must stop these egregious violations of international law now, before tragic history is repeated. Time is of the essence. Palestinians and Israelis both deserve to live in peace, equality of rights, dignity and freedom," Albanese said.

ENDS

**Francesca Albanese** is the [Special Rapporteur on the situation of human rights in the Palestinian territories occupied since 1967](#), since 1 May 2022. Ms. Albanese is an Affiliate Scholar at the Institute for the Study of International Migration at Georgetown University, as well as a Senior Advisor on Migration and Forced Displacement for a think-tank, Arab Renaissance for Democracy and Development (ARDD). She has widely published on the legal situation in Israel and the State of Palestine and regularly teaches and lectures on international law and forced displacement at universities in Europe and the Arab region. Ms.

Albanese has also worked as a human rights expert for the United Nations, including the Office of the UN High Commissioner for Human Rights and the UN Relief and Work Agency for Palestine Refugees.

The Special Rapporteurs are part of what is known as the Special Procedures of the Human Rights Council. Special Procedures, the largest body of independent experts in the UN Human Rights system, is the general name of the Council's independent fact-finding and monitoring mechanisms that address either specific country situations or thematic issues in all parts of the world. Special Procedures experts work on a voluntary basis; they are not UN staff and do not receive a salary for their work. They are independent from any government or organisation and serve in their individual capacity.

UN Human Rights, Country Pages: Occupied Palestinian Territory and Israel

Generated with Reader Mode

# EXHIBIT
# E-13

OCTOBER 14, 2023

# Readout of President Biden's Call with Prime Minister Netanyahu of Israel

This afternoon, President Biden spoke with Prime Minister Netanyahu to reiterate unwavering U.S. support for Israel. President Biden updated Prime Minister Netanyahu on U.S. military support and reiterated his warning against anyone seeking to expand the conflict.

President Biden discussed with Prime Minister Netanyahu U.S. coordination with the United Nations, Egypt, Jordan, Israel, and others in the region to ensure innocent civilians have access to water, food, and medical care. President Biden affirmed his support for all efforts to protect civilians.

As more information comes to light about Hamas's brutal atrocities committed over the past week, President Biden reiterated the need for all countries to unequivocally condemn Hamas as a terrorist organization that does not represent the aspirations of the Palestinian people.

###

# EXHIBIT
# E-14

11/12/23, 7:56 AM
Secretary Antony J. Blinken Remarks to the Press - United States Department of State
Case 4:23-cv-05829-JSW Document 19-12 Filed 11/16/23 Page 50 of 274

An official website of the United States Government  Here's how you know

Home  >  ...  > Secretary Antony J. Blinken Remarks to the Press

# Secretary Antony J. Blinken Remarks to the Press

**REMARKS TO THE PRESS**

**THE SECRETARY OF STATE**

**CAIRO AIRPORT**

**CAIRO, EGYPT**

OCTOBER 15, 2023

**SECRETARY BLINKEN:**  Good evening, everyone.  We are here at what is an extremely difficult and very tenuous time for the region in the wake of the slaughter perpetrated by Hamas.

We came here with four key objectives: to make clear that the United States stands with Israel; to prevent the conflict from spreading to other places; to work on securing the release of hostages, including American citizens; and to address the humanitarian crisis that exists in Gaza.

We started, as you know, in Israel.  And it was important to make it very clear that the United States has Israel's back.  We will stand with it today, tomorrow, and every day, and we're doing that in word and also in deed.  I spent time with Prime Minister Netanyahu to go through the needs that Israel may have to make sure it can effectively defend itself, and we've already seen a lot of that assistance moving forward, and that's a conversation that'll continue.

Israel has the right – indeed it has the obligation – to defend itself against these attacks from Hamas, and to try to do what it can to make sure that this never happens again.  As I said in Tel Aviv, as President Biden has said, the way that Israel does this matters.  It needs to do it in a way

that affirms the shared values that we have for human life and human dignity, taking every possible precaution to avoid harming civilians.

After we left Israel, we've gone now to – I think I've lost track, but to six countries in the region: Jordan, Bahrain, Qatar, United Arab Emirates, Saudi Arabia, now here in Egypt.  And the purpose of seeing all of our partners was first and foremost to listen to them, to hear how they're seeing this crisis, and to look at what we can do together to deal with many of the concerns that it's raised.

What I've heard from virtually every partner was a determination, a shared view that we have to do everything possible to make sure this doesn't spread to other places; a shared view to safeguard innocent lives; a shared view to get assistance to Palestinians in Gaza who need it, and we're working very much on that.

I made clear that it cannot be, must not be business as usual with Hamas going forward.  And at the same time, as I said, we're determined to do everything we can to address the needs of people in Gaza.  Civilians should not have to suffer for Hamas's atrocities.  We are now very actively engaged with countries in the region, with the United Nations, with Israel, to make sure, to the best of our ability, that people can get out of harm's way and that the assistance they need – the food, water, medicine – can get in.

Today the President appointed one of our most senior diplomats, one of our most experienced diplomats, Ambassador David Satterfield, to lead our humanitarian efforts.  Ambassador Satterfield, he was previously ambassador to Lebanon, to Türkiye.  He's been here in this region for a long time.  He'll actually be here tomorrow to start working on those efforts to make sure we're coordinating everything, and as I said, moving assistance in to people who need it and helping people get out of harm's way.

From here, we're heading back to Israel.  I want an opportunity to share everything that I've heard, that I've learned over the last few days visiting with our other partners and to talk about the way forward with our Israeli allies and friends.

This is a difficult and a challenging time, but there's a determination that I've heard across the board to work through it, to get through it, and to do that together.

Happy to take some questions.

**MR MILLER:**  Iain.

**QUESTION:**  Mr. Secretary, is it still possible to limit the scope of this widening war given what's happening on the border with Lebanon?  And can you also tell us what you said today to President Sisi about the confusion on the – at the Rafah crossing?

**SECRETARY BLINKEN:**  Well, first, there's a determination in every country I went to to make sure that this conflict doesn't spread.  President Biden has been very clear about this, and you've heard him repeatedly say to anyone, state or non-state, that is thinking of taking advantage of this situation: don't do it.  And we've backed up those words with concrete actions, including the deployment now of our two largest aircraft carrier battle groups to the region.  That's not meant as a provocation; it's meant as a deterrent.  It's meant to make clear that no one should do anything that could add fuel to the fire in any other place.  So I think that's very clear.

It's also clear from our conversations with all of these other countries that they strongly share that view and they are using their own influence, their own relationships to try to make sure that this doesn't happen.

With regard to Rafah, I had a very good conversation with President El-Sisi.  We have put in place – Egypt has put in place a lot of material support for people in Gaza.  And Rafah will be reopened. We're putting in place with the United Nations, with Egypt, with Israel, with others, a mechanism by which to get the assistance in and to get it to people who need it.  And that's exactly why Ambassador Satterfield is now taking this on – the President appointed him today.  He'll be here on the ground tomorrow to work out all the practical details so we can move this forward.

**MR MILLER:**  Will.

**QUESTION:**  Mr. Secretary, about – following up on Iain's question about the concerns about a northern front in Israel, is the U.S. prepared to back up Israel, to defend it, if it heats up there from – if it – attacks heat up from Hizballah, Hamas, or other groups?  And then just quickly on your recent conversations with Prince Mohammed and with President El-Sisi, did you hear any ideas you liked from them on a ceasefire or summit?  And would that be appropriate and would the U.S. support that before Israel engages in its campaign in Gaza?

**SECRETARY BLINKEN:**  I don't think we can be more clear than we've been that when it comes to Israel security, we have Israel's back.  The President's been clear about it; I've been clear about it;

the entire administration has been clear about it.  And again, we've backed that up not only with the words that we're saying, but with what we're actually doing, including the deployment of these aircraft carrier battle groups – again, not to provoke anyone but to send a very clear message of deterrence that no one should do anything that widens this conflict in any way or that furthers aggression against Israel from any other direction.  So we've been clear about that.

I had very good conversations both with the crown prince in Saudi Arabia and here in Egypt with President El-Sisi, and also heard, I think, a lot of good ideas about some of the things we need to do moving forward, including practical ideas on getting assistance to Palestinians in Gaza who are in need, but also good and important conversations about the future and where we hope, ultimately, together we can bring this in a much more positive way.

In terms of the conference that Egypt is putting forward, look, we think these kinds of initiatives are good ideas.  Anything that can look in practical ways at how we can help get assistance to Palestinians who need it, that can look at ways to ensure that this conflict doesn't spread, that can look to the future as well, I think is a positive thing.

And what's very clear is this:  There are two very different visions for the future and what the Middle East can and should be.  There's a vision that we very strongly espouse that has countries in the region normalizing their relations, integrating, working together in common purpose, and upholding and bringing forth the rights and aspirations of the Palestinian people.  That's one vision; it's very clear.  There's another vision that Hamas has demonstrated in the most horrific way, and that's a vision of death, of destruction, of nihilism, of terrorism.  That's a vision that does nothing to advance aspirations for Palestinians, that does nothing to help create better futures for people in the region, and does everything to bring total darkness to everyone that it's able to affect.

So I think the two – the paths are clear, the visions are clear.  And I have no doubt what path people – the overwhelming majority of people in the region will choose and will prefer if given the opportunity.  So our responsibility, all of us who believe in that first path – and that's everyone I talked to – our responsibility is to make it real, to bring it to light, to make it a clear, affirmative choice.  And that's what we're determined to do.  We have to get through this crisis first, and we're working to do that, but we also have to get back in a very clear, practical way to that vision, to making it real.  If we do that, everyone in this region will be in a much better place and so will the rest of the world.

**MR MILLER:** Thank you.

**SECRETARY BLINKEN:** Thank you.  Thanks, everyone.

TAGS

Bureau of Counterterrorism    Bureau of Democracy, Human Rights, and Labor

Bureau of Near Eastern Affairs    Egypt    Human Rights    Humanitarian Aid    Israel

Israel-Hamas Conflict    Office of the Spokesperson    Palestinian Territories    Partnerships

Peace    Secretary Trip    The Secretary of State    Terrorism    Travel

White House

USA.gov

Office of the Inspector General

Archives

Contact Us



Privacy Policy

# EXHIBIT
# E-15

# DOD Remains Resolute in Support of Israel

Oct. 16, 2023  |  By Joseph Clark , DOD News

Secretary of Defense Lloyd J. Austin III is continuing to coordinate closely with his Israeli counterpart in response to last week's deadly attacks by Hamas terrorists, Deputy Pentagon Press Secretary Sabrina Singh said today.



Since meeting with Israeli Prime Minister Benjamin Netanyahu, Defense Minister Yoav Gallant and members of the Israeli War Cabinet in Tel Aviv on Friday, Austin has remained fully engaged with the country's leaders as the U.S. works ensure Israel has what it needs to defend itself from further attacks.

"Since leaving Israel, he has held calls with MOD Gallant ... on a near daily basis and will likely have another call today," Singh said. "We are working to meet Israel's needs, which include air defense, precision guided munitions, artillery and medical supplies."

In addition to quickly fielding U.S. aid to Israel, the U.S. has bolstered its presence in the region to deter further aggression.

> " The increases to U.S. force posture signal the United States' ironclad commitment to Israel's security and our resolve to deter any state or non-state actor seeking to escalate this war."
>
> ~*Secretary of Defense Lloyd J. Austin III*

Over the weekend, Austin directed the USS Dwight D. Eisenhower Carrier Strike Group to join the USS Gerald R. Ford Carrier Strike Group which arrived in the Eastern Mediterranean last week.

The Navy units are part of a broader bolstering of U.S. forces in the region. Last week, the Air Force announced the deployment of F-15 and F-16 fighter squadrons and A-10 attack squadrons to the region.



"The increases to U.S. force posture signal the United States' ironclad commitment to Israel's security and our resolve to deter any state or non-state actor seeking to escalate this war," Austin said in a statement over the weekend.

Singh noted that the U.S. is also providing planning and intelligence support to the Israeli-led hostage recovery efforts following last week's attack.

That support includes a "small number of personnel in support of this effort as augmentation to the embassy staff," Singh said.

"As the president stated, any presence of military personnel will be to advise and consult on hostage recovery efforts," she said.

Singh said DOD remains focused on supporting Israel's defenses, containing the conflict in Gaza, deterring other state or non-state actors from entering the battle space and protecting U.S. forces.



During his visit to Tel Aviv last week, Austin condemned the "bloodthirsty, fanatical and hateful" attacks by Hamas terrorists.

"The world has just witnessed a great evil: the deadliest attack on civilians in the history of the state of Israel and the bloodiest day in Jewish history since the end of the Holocaust," Austin said after meeting with Israeli officials.

"So, make no mistake: The United States will make sure that Israel has what it needs to defend itself," he said.

Austin said U.S. support to Israel remains "non-negotiable" and that additional security assistance would continue to "flow at the speed of war."

"For any country, for any group or anyone thinking about trying to take advantage of this atrocity to try to widen the conflict or to spill more blood, we have just one word: Don't," Austin said.

"The world is watching," he said. "So are we. And we aren't going anywhere."

Hosted by Defense Media Activity - WEB.mil

# EXHIBIT
# E-16

# DOD Remains Resolute in Support of Israel

Oct. 16, 2023  |  By Joseph Clark , DOD News

Secretary of Defense Lloyd J. Austin III is continuing to coordinate closely with his Israeli counterpart in response to last week's deadly attacks by Hamas terrorists, Deputy Pentagon Press Secretary Sabrina Singh said today.



Since meeting with Israeli Prime Minister Benjamin Netanyahu, Defense Minister Yoav Gallant and members of the Israeli War Cabinet in Tel Aviv on Friday, Austin has remained fully engaged with the country's leaders as the U.S. works ensure Israel has what it needs to defend itself from further attacks.

"Since leaving Israel, he has held calls with MOD Gallant ... on a near daily basis and will likely have another call today," Singh said. "We are working to meet Israel's needs, which include air defense, precision guided munitions, artillery and medical supplies."

In addition to quickly fielding U.S. aid to Israel, the U.S. has bolstered its presence in the region to deter further aggression.

> " The increases to U.S. force posture signal the United States' ironclad commitment to Israel's security and our resolve to deter any state or non-state actor seeking to escalate this war."
>
> *~Secretary of Defense Lloyd J. Austin III*

Over the weekend, Austin directed the USS Dwight D. Eisenhower Carrier Strike Group to join the USS Gerald R. Ford Carrier Strike Group which arrived in the Eastern Mediterranean last week.

The Navy units are part of a broader bolstering of U.S. forces in the region. Last week, the Air Force announced the deployment of F-15 and F-16 fighter squadrons and A-10 attack squadrons to the region.



"The increases to U.S. force posture signal the United States' ironclad commitment to Israel's security and our resolve to deter any state or non-state actor seeking to escalate this war," Austin said in a statement over the weekend.

Singh noted that the U.S. is also providing planning and intelligence support to the Israeli-led hostage recovery efforts following last week's attack.

That support includes a "small number of personnel in support of this effort as augmentation to the embassy staff," Singh said.

"As the president stated, any presence of military personnel will be to advise and consult on hostage recovery efforts," she said.

Singh said DOD remains focused on supporting Israel's defenses, containing the conflict in Gaza, deterring other state or non-state actors from entering the battle space and protecting U.S. forces.



During his visit to Tel Aviv last week, Austin condemned the "bloodthirsty, fanatical and hateful" attacks by Hamas terrorists.

"The world has just witnessed a great evil: the deadliest attack on civilians in the history of the state of Israel and the bloodiest day in Jewish history since the end of the Holocaust," Austin said after meeting with Israeli officials.

"So, make no mistake: The United States will make sure that Israel has what it needs to defend itself," he said.

Austin said U.S. support to Israel remains "non-negotiable" and that additional security assistance would continue to "flow at the speed of war."

"For any country, for any group or anyone thinking about trying to take advantage of this atrocity to try to widen the conflict or to spill more blood, we have just one word: Don't," Austin said.

"The world is watching," he said. "So are we. And we aren't going anywhere."

Hosted by Defense Media Activity - WEB.mil

# EXHIBIT
# E-17

## The Washington Post

*Democracy Dies in Darkness*

## Opinion   This is not the State Department I know. That's why I left my job.

By Josh Paul

October 23, 2023 at 5:53 p.m. EDT

*Josh Paul is a former director in the State Department's Bureau of Political-Military Affairs.*

For more than a decade, I worked in the State Department bureau responsible for arms transfers and security assistance to foreign governments. In that time, I was involved in many complex and morally challenging debates over what weapons to send where. What I had not seen until this month, however, was a complex and morally challenging transfer in the absence of a debate.

So last week, I resigned.

A basic premise of U.S. military assistance to Israel since the Oslo Accords has been "security for peace" — the notion that if Israel can feel secure, including through the provision of billions of dollars' worth of U.S.-funded arms transfers each year, it can more readily make the concessions allowing for the emergence of a Palestinian state. (This is also the basic job of the U.S. Security Coordinator, a State Department initiative I worked for in Ramallah for a year.)

But the track record shows that U.S.-provided arms have not led Israel to peace. Rather, in the West Bank, they have facilitated the growth of a settlement infrastructure that now makes a Palestinian state increasingly unlikely, while in the densely populated Gaza Strip, bombings have inflicted mass trauma and casualties, contributing nothing to Israeli security.

On Oct. 7, when Hamas massacred Israeli civilians, I felt sick to my stomach, both because of the horror being visited upon innocents and because I knew what would come next. Israel has a right to defend itself, but the country's track record over a half-dozen major clashes in the past 15 years suggests that thousands of Palestinian civilians will die in the process.

Sure enough, Israeli requests for munitions started arriving immediately, including for a variety of weapons that have no applicability to the current conflict. These requests deserved the attention we would pay to any large arms package, and I urged a frank discussion. My urging was met with silence — and the clear direction that we needed to move as fast as possible to meet Israel's requests. Concurrently, the same Congress that had previously blocked arms sales to other regimes with questionable human rights records was now pressing us to move forward to meet Israel's demands.

The idea that U.S. arms should not be used to kill civilians has never been a controversial one in any of the four administrations I have served, dating back to my work helping rebuild the Iraqi security sector in 2004-2006.

Earlier this year, the Biden White House supposedly strengthened protections against such occurrences. Its new Conventional Arms Transfer Policy establishes a standard that transfers will not be authorized if they are "more likely than not" to be used to violate human rights.

In August, the State Department notified all its embassies of a new Civilian Harm Incident Response Guidance (CHIRG), which lays out a set of actions to be taken after a report of civilian harm resulting from use of U.S.-origin weapons. The risk is obvious that American weapons provided to Israel, especially air-to-ground munitions, will inflict civilian harm and violate human rights. But the department was so adamant to avoid any debate on this risk, even the publication of a pending department release about the CHIRG was blocked.

This is, at least in my experience, an unprecedented unwillingness to consider the humanitarian consequences of our policy decisions.

Managing the tension between human rights concerns and the requests of our partners is a standard and healthy part of the arms transfer policymaking process. A lot of good people collaborate to ensure such transfers advance U.S. relationships while meeting the standards of law, policy and conscience. Debates typically rage within the bureau and across the State Department at a level of detail that I believe would make most Americans proud.

The motto of the arms trade cannot be "first, do no harm." But there must be at least an effort to do as little harm as possible. The furious debates in the department over the provision of cluster munitions to Ukraine, for example, show that such discussion is possible even in the midst of a crisis.

The absence of a willingness to hold that debate when it comes to Israel is not proof of our commitment to Israel's security. Rather, it is proof of our commitment to a policy that, the record shows, is a dead end — and proof of our willingness to abandon our values and turn a blind eye to the suffering of millions in Gaza when it is politically expedient.

That is not the State Department I know. And that is why I had to leave it.

# EXHIBIT
# E-18

I joined the Bureau of Political-Military Affairs (PM) over 11 years ago, and have found it a fascinating job with engaging, and often immensely challenging - intellectually and morally - tasks and objectives.  I have been proud in my time of service to have made many differences, both visibly and behind the scenes, from advocating for Afghan refugees, to pushing back (with not insignificant results) on pending Administration decisions to transfer lethal weapons to countries that abuse human rights, to sculpting policies and practices that advance human rights, to working tirelessly to advance those policies and decisions that are good and just; from our global humanitarian demining efforts to our support for Ukraine's defense in the face of murderous Russian aggression.

When I came to this Bureau, the U.S. Government entity most responsible for the transfer and provision of arms to partners and allies, I knew it was not without its moral complexity and moral compromises, and I made myself a promise that I would stay for as long as I felt I the harm I might do could be outweighed by the good I could do.  In my 11 years I have made more moral compromises than I can recall, each heavily, but each with my promise to myself in mind, and intact.  I am leaving today because I believe that in our current course with regards to the continued - indeed, expanded and expedited - provision of lethal arms to Israel - I have reached the end of that bargain..

Yes, PM can still do an immense amount of good in the world: there is still, sadly, a great need for American security assistance - a need for American arms and defense cooperation to defend against the multiple military perils that democracy, democracies, and humanity itself, face on this earth.  But we cannot be both against occupation, and for it.  We cannot be both for freedom, and against it.  And we cannot be for a better world, while contributing to one that is materially worse.

Let me be clear: Hamas' attack on Israel was not just a monstrosity; it was a monstrosity of monstrosities.  I also believe that potential escalations by Iran-linked groups such as Hezbollah, or by Iran itself, would be a further cynical exploitation of the existing tragedy. But I believe to the core of my soul that the response Israel is taking, and with it the American support both for that response, and for the status quo of the occupation, will only lead to more and deeper suffering for both the Israeli and the Palestinian people - and is not in the long term American interest. This Administration's response - and much of Congress' as well - is an impulsive reaction built on confirmation bias, political convenience, intellectual bankruptcy, and bureaucratic inertia.  That is to say, it is immensely disappointing, and entirely unsurprising.  Decades of the same approach have shown that security for peace leads to neither security, nor to peace. The fact is, blind support for one side is destructive in the long term to the interests of the people on both sides.  I fear we are repeating the same mistakes we have made these past decades, and I decline to be a part of it for longer.

I am not ignorant when it comes to the situation in the Middle East.  I was raised surrounded by debates about the Israeli-Palestinian conflict; my Master's thesis was about Israeli counterterrorism and civil rights (in researching it I met two men who have since been among my lifelong heroes, Uri Avnery, and an Israeli Palestinian advocate I shall not name here); I served for the U.S. Security Coordinator, living in Ramallah while advancing security sector governance within the Palestinian Authority and liaising with the IDF; and, I have deep personal

ties to both sides of the conflict. Those who know me best know that I have opinions, and they are strong ones. But this is what is at the core of them: that there is beauty to be found everywhere in this world, and it deserves both protection, and the right to flourish, and that is what I most desire for Palestinians and for Israelis.  The murder of civilians is an enemy to that desire - whether by terrorists as they dance at a rave, or by terrorists as they harvest their olive grove.  The kidnapping of children is an enemy to that desire - whether taken at gunpoint from their kibbutz or taken at gunpoint from their village.  And, collective punishment is an enemy to that desire, whether it involves demolishing one home, or one thousand; as too is ethnic cleansing; as too is occupation; as too is apartheid.

It is my firm belief that in such conflicts, for those of us who are third parties, the side we must pick is not that of one of the combatants, but that of the people caught in the middle, and that of the generations yet to come.  It is our responsibility to help the warring parties build a better world.  To center human rights, not to hope to sideline or sidestep them through programs of economic growth or diplomatic maneuvering.  And, when they happen, to be able to name gross violations of human rights no matter who carries them out, and to be able to hold the perpetrators accountable - when they are adversaries, which is easy, but most particularly, when they are partners.

I acknowledge and am heartened to see the efforts this Administration has made to temper Israel's response, including advocating for the provision of relief supplies, electricity, and water to Gaza, and for safe passage. In my role in PM, however, my responsibilities lie solidly in the arms transfer space.  And that is why I have resigned from the U.S. Government, and from PM: because while I can, and have, worked hard to shape better policy making in the security assistance field, I cannot work in support of a set of major policy decisions, including rushing more arms to one side of the conflict, that I believe to be shortsighted, destructive, unjust, and contradictory to the very values that we publicly espouse, and which I wholeheartedly endorse: a world built around a rules-based order, a world that advances both equality and equity, and a world whose arc of history bends towards the promise of liberty, and of justice, for all.

And I would note with concern in parting, as regards competitions well beyond this current conflict, that if we want a world shaped by what we perceive to be our values, it is only by conditioning strategic imperatives with moral ones, by holding our partners, and above all by holding ourselves, to those values, that we will see it.

I want to close by noting that while bureaucracy is not without its automatons, and that, as I have learnt, physical courage comes easier than moral courage, I have had the privilege of working with a large number of truly thoughtful, empathetic, courageous, and *good* civil servants, and many of them can be found in PM, from its entry level to its most senior level.  As they carry on advancing the interests of the nation and the world in a field in which, perhaps more than any other, it is easier to be better than it is to be good, I can say without hesitation that they are the best.  I wish them continued success, strength, and courage.  And I wish all of us - peace.

Josh Paul, October 18, 2023.

# EXHIBIT
# E-19

Case 4:23-cv-05829-JSW Document 19-12 Filed 11/16/23 Page 74 of 274



POLITICS  ISRAEL  PALESTINE  UNITED STATES DEPARTMENT OF STATE

# Exclusive: 'Mutiny Brewing' Inside State Department Over Israel-Palestine Policy

Morale is low, and some staffers are preparing to formally express their opposition to President Joe Biden's approach, officials told HuffPost.

**By Akbar Shahid Ahmed**

Oct 19, 2023, 06:41 PM EDT
**Updated** Oct 19, 2023

  





President Joe Biden's approach to the ongoing violence in Israel and Palestine is fueling mounting tensions at the U.S. government agency most involved in foreign policy: the State Department.

Officials told HuffPost that Secretary of State Antony Blinken and his most senior advisers are overlooking widespread internal frustration. Some department staff said they feel as if Blinken and his team are uninterested in their own experts' advice as they focus on supporting Israel's expanding operation in Gaza, where the Palestinian militant group Hamas is based.

"There's basically a mutiny brewing within State at all levels," one State Department official said.



killed more than 4,000 people, and Israel is preparing a ground invasion of Gaza that is expected to claim tens of thousands of additional lives.

Biden and Blinken say they want to help Israel decisively defeat Hamas, but that they do not want to see suffering among ordinary Gazans or a broader regional conflict. Both have recently visited Israel, and Blinken is prioritizing an attempt to open the Gaza-Egypt border to allow humanitarian aid into the besieged region and let some civilians out.

Two officials told HuffPost that diplomats are preparing what's called a "dissent cable," a document criticizing American policy that goes to the agency's leaders through a protected internal channel.

Such cables are seen within the State Department as consequential statements of serious disagreement at key historical moments. The dissent channel was established amid deep internal conflict during the Vietnam War, and diplomats have since then used it to warn that the U.S. is making dangerous and self-defeating choices abroad.

ADVERTISEMENT

The cable would come in the wake of Josh Paul, a veteran State Department official, announcing his resignation on Wednesday. After more than a decade of working on arms deals, he said, he could not morally support the U.S.'s moves to supply Israel's war effort.

"In the last 24 hours, I've been getting an immense amount of outreach from colleagues… with really encouraging words of support and a lot of people saying they feel the same way and it's very difficult for them," said Paul, whose departure was first reported by HuffPost.



would want to touch me with a 10-foot barge pole... because of the
sensitivity of anything to do with Israel."

Contacted for comment for this story on Thursday, a State
Department representative directed HuffPost to remarks earlier in
the day from agency spokesperson Matthew Miller.

"One of the strengths of this department is that we do have people
with different opinions. We encourage them to make their opinions
known," Miller said in those remarks. "It, of course, is the president
that sets policy, but we encourage everyone, even when they
disagree with our policy, to let... their leadership know."

ADVERTISEMENT

"Secretary Blinken has spoken to this on a number of occasions,
when he's said that he welcomes people exercising the dissent
channel," he went on. "He finds it useful to get conflicting voices that
may differ from his opinion. He takes it seriously, and it causes him to
reflect on his own thinking in terms of policymaking."

Biden and Blinken have publicly spoken of both Israel's right to
defend itself and their expectation that Israel will "abide by all
international law," Miller said.

## "Multiple officials said they have heard colleagues talk about quitting."

Key decisions are made at the highest level by Biden, Blinken and a
handful of others. But rank-and-file State Department officials are



the American response to the Israeli-Palestinian violence.

On Wednesday, the U.S. mission to the United Nations — a State office — vetoed a U.N. resolution backed by many countries that condemned all violence against civilians, including by Hamas, and endorsed humanitarian aid for Gaza. State will also help administer the additional military aid for Israel and humanitarian assistance for Palestinians that Biden has authorized.

ADVERTISEMENT

State Department staff are trying to simultaneously conduct delicate diplomacy, respond to calls from Congress to demonstrate huge support for Israel and regard for Palestinian lives, and manage global outrage over the impression that the U.S. is providing cover for excessive Israeli force.

Counterparts in Arab governments are telling State Department officials the U.S. is at risk of losing support in their region for a generation, a U.S. official told HuffPost.

It's unclear whether Blinken — who returned to Washington on Wednesday after a five-day trip across the Middle East, during which he met with officials in seven countries — understands the crisis of morale in his department.

"There's a sense within the workforce that the secretary doesn't see it or doesn't care," a State Department official said, saying that the feeling extends to high-ranking figures at the agency. "And it's almost certain he's not aware of just how bad the workforce dynamics are. It's really quite bad."



peers as "depressed and angry about it all," while another said some staff are experiencing "resignation." That official recalled a colleague in tears during a meeting over their view "that U.S. policy statements emphasized support for Israel over the lives of Palestinians."

ADVERTISEMENT

Senior State Department officials have privately discouraged the agency from using three specific phrases in public statements, HuffPost revealed last week: "de-escalation/ceasefire," "end to violence/bloodshed" and "restoring calm."

In one office, a manager told their team that they know staff with extensive international experience are unhappy with Biden's plan — particularly the sense that the U.S. will do little to ensure Israeli restraint — but they have little chance of changing it, an official present at the meeting said.

Multiple officials said they have heard colleagues talk about quitting as Paul did. One U.S. official described Paul's decision as a shock and a major loss for the department.

The severity of the language in the dissent cable, and the number of State Department officials who sign it, will offer a picture of how alarmed staffers are at America's response to the situation in Gaza and how broad the disagreement with Biden's policy is — and could determine whether it actually inspires a change in course.

Such cables often attract dozens or even hundreds of signatures, and the dissent channel is seen as a vital way to elevate opposing views without fear of retaliation because State's policies bar retaliation against those who use it.



/ WHAT'S HOT /


**Indians Celebrating Diwali Set World Record As Pollution Worries Rise**


**15 LinkedIn Recruiters Who Have GOT To Be Kidding Me**


**Heavy Fighting Rages Near Main Gaza Hospital As Netanyahu Dismisses Calls For A Cease-Fire**


**5 U.S. Military Me In Aircraft Crash C**

"I think it does make a difference to senior leadership," Paul said.

But the process has been under threat this year, as House Republicans have pushed to access a dissent cable prepared amid Biden's withdrawal from Afghanistan.

"The efforts to obtain the Afghanistan dissent cable by Congress do make it more difficult to talk about dissent cables in general, and do make some people think twice," Paul said.

Global affairs professionals, particularly those with ties to the Muslim-majority world who worry about being targeted, have long been concerned about being seen as taking a stand on Israel-Palestine.

That anxiety has often affected policymaking, according to Sarah Harrison, a former Pentagon and Department of Homeland Security official now at the nonprofit Crisis Group.

"This is an environment that has been cultivated by Democratic and Republican administrations alike," Harrison recently wrote on X. "If you work in the federal government and question anything Israel does you are sidelined and silenced."

ADVERTISEMENT



experiencing a chilling effect at work. One person said there was "a culture of silence" around expressing their views on Israel-Palestine, and another said they felt "shame" at working within the U.S. government at this moment.

Some State Department staffers place particular blame for the bubbling discontent on Blinken's deputy chief of staff for policy.

Tom Sullivan — a powerful figure who is the brother of Biden's top national security adviser, Jake Sullivan — has "consistently overruled" the idea of greater outreach from the secretary to State Department personnel, one official said.

In high-level meetings, Tom Sullivan usually focuses on asking what Israel wants or highlighting its needs — upsetting colleagues who feel the priority in crafting a plan for support should be on U.S. interests, a U.S. official told HuffPost.

Staffers do not feel comfortable challenging Sullivan because of his brother's rank, the official continued.

ADVERTISEMENT

On Thursday evening, Blinken sent out an all-staff message reviewing State Department contributions to his trip. HuffPost obtained the note.

"We asked a lot of you. And once again, under tremendous pressure, you delivered," the secretary wrote. "I know that, for many of you, this time has not only been challenging professionally, but personally … You are not alone. We are here for you."

# EXHIBIT
# E-20

Case 4:23-cv-05829-JSW   Document 19-18   Filed 11/16/23   Page 83 of 274

OCTOBER 18, 2023

# Remarks by President Biden on the October 7th Terrorist Attacks and the Resilience of the State of Israel and its People | Tel Aviv, Israel

5:06 P.M. IDT

THE PRESIDENT:  Good afternoon.  Please have a seat.  I come to Israel with a single message: You are not alone.  You are not alone.

As long as the United States stands — and we will stand forever — we will not let you ever be alone.

Most importantly, the — I know the recent terrorist assault on the people of this nation has left a deep, deep wound.

More than 1,300 innocent Israelis killed, including at least 31 American citizens, by the terrorist group Hamas.

Hundreds — hundreds of young people at a music festival of — the festival was for peace — for peace — gunned down as they ran for their lives.

Scores of innocents — from infants to elderly grandparents, Israelis and Americans — taken hostage.

Children slaughtered.  Babies slaughtered.  Entire families massacred.

Rape, beheadings, bodies burned alive.

Hamas committed atrocities that recall the worst ravages of ISIS, unleashing pure unadulterated evil upon the world.

There is no rationalizing it, no excusing it.  Period.

 And while it may not feel that way today, Israel must again be a safe place for the Jewish people.  And I promise you: We're going to do everything in our power to make sure that it will be.

Seventy-five years ago, just 11 minutes after its founding, President Harry S. Truman and the United States of America became the first nation to recognize Israel.  We have stood by your side ever since, and we're going to stand by your side now.

My administration has been in close touch with your leadership from the first moments of this attack, and we are going to make sure we have — you have what you need to protect your people, to defend your nation.

For decades, we've ensured Israel's qualitative military edge.  And later this week, I'm going to ask the United States Congress for an unprecedented support package for Israel's defense.

We are going to keep Iron Dome fully supplied so it can continue standing sentinel over Israeli skies, saving Israeli lives.

We have moved U.S. military assets to the region, including positioning the USS Ford carrier strike group in the Eastern Mediterranean, with the USS Eisenhower on the way, to deter — to defer further aggression against Israel and to prevent this conflict from spreading.

The world will know that Israel is — Israel is stronger than ever.

 And my message to any state or any other hostile actor thinking about attacking Israel remains the same as it was a week ago: Don't.  Don't.  Don't.

Since this terrorist attack — terrorist attack took place, we have seen it described as Israel's 9/11.  But for a nation the size of Israel, it was like 15 9/11s.  The scale may be different, but I'm sure those horrors have tapped into so- — some kind of primal feeling in Israel, just like it did and felt in the United States.

Shock, pain, rage — an all-consuming rage.    I understand, and many

# EXHIBIT
# E-21

OCTOBER 18, 2023

# Remarks by President Biden and Prime Minister Netanyahu of Israel Before Bilateral Meeting | Tel Aviv, Israel

11:40 A.M. IDT

PRIME MINISTER NETANYAHU:  Mr. President, Joe, I want to thank you for coming here today and for the unequivocal support you have given Israel during these trying times, a support that reflects the overwhelming will of the American people.

I've seen your support every day in the depth and breadth of cooperation that we have had since the beginning of this war, a level of cooperation that is truly unprecedented in the history of the great alliance between our two nations.

We see that support in your steadfast commitment to provide Israel with the tools we need to defend ourselves.  We see that support in the clear message you've sent our enemies not to test our resolve and in the two American carrier battle groups that you sent to the region to back up those words with action.

But above all, Mr. President, the world sees that support in the moral clarity that you have demonstrated from the moment Israel was attacked.

You've rightly drawn a clear line between the forces of civilization and the forces of barbarism.  You described what Hamas did as "sheer evil."  It is exactly that.

Hamas murdered children in front of their parents and parents in front of their children.  They burned people alive.  They raped and murdered women.  They beheaded soldiers.  They — they searched for the secret hiding places where parents hid their children.

# EXHIBIT
# E-22

 Welcome to the United Nations

Русский    Español    Português

AUDIO HUB 🎙    SUBSCRIBE ✉

# Israel–Gaza crisis: US vetoes

 **United Nations**    **UN News**
Global perspective Human stories    ☰



**Screenshot** | US vetoes the Brazilian-led draft resolution on the Israel-Gaza crisis.

18 October 2023 | **Peace and Security**

> The United States on Wednesday vetoed a UN Security Council resolution that would have called for "humanitarian pauses" to deliver lifesaving aid to millions in Gaza. The failure by the Council to make its first public intervention on the Israel-Gaza crisis followed the rejection of a Russian-backed draft on Monday evening.

While 12 of the Council's 15 members voted in favour of the Brazilian-led text, one (United States) voted against, and two (Russia, and the United

Kingdom) abstained.

A 'no' vote from any one of the five permanent members of the Council stops action on any measure put before it. The body's permanent members are China, France, Russian Federation, the United Kingdom, and the United States.

## Russian amendments

Prior to the vote, two amendments proposed by Russia, calling for an immediate, durable and full ceasefire, and to stop attacks against civilians were rejected by the Security Council.

Russian Ambassador Vassily Nebenzia told Council Ambassadors "the time for diplomatic metaphors is long gone." Anyone who did not support Russia's draft resolution on this issue bears responsibility for what happens, he said.



**UN News** ✔
@UN_News_Centre · Follow

US vetoes Security Council resolution that would have called for "humanitarian pauses" to deliver lifesaving aid to millions in Gaza

Favor: 12 (Albania, Brazil, China, Ecuador, France, Gabon, Ghana, Japan, Malta, Mozambique, Switzerland,UAE)
Against: 1 (US)
Abstain: 2 Russia, UK

7:28 AM · Oct 18, 2023                    ⓘ

♥ 12.5K      💬 Reply      ↑ Share

Read 1.8K replies

The current draft "has no clear call for a ceasefire" and "will not help to stop the bloodshed".

He said Russia's amendments proposed a call to end indiscriminate attacks on civilians and infrastructure in Gaza and the condemnation of the imposition of the blockade on the enclave; and adding a new point for a call for a humanitarian ceasefire.

"If these are not included in the current draft, it would not help to address the human situation in Gaza and polarize positions of the international

community," he said.

## US rejection

US Ambassador Linda Thomas-Greenfield explained her country's veto in the Council chamber saying "this resolution did not mention Israel's right of self-defence."

"Israel has the inherent sight of self-defence as reflected in Article 51 of the UN Charter," she added, noting that the right was reaffirmed by the Council in previous resolutions on terrorist attacks, "this resolution should have done the same."

She said that though the US could not support the resolution, it will continue to work closely with all Council members on the crisis, "just as we will continue to reiterate the need to protect civilians, including members of the media, humanitarian workers, and UN officials."

Ambassador Thomas-Greenfield also noted the US is also engaged in on the ground diplomacy, with the visit of President Joseph Biden, and other senior officials.

"Yes, resolutions are important, and yes, this Council must speak out. But the actions we take, must be informed by the facts on the ground and support direct diplomacy that can save lives," she said.



UN Photo/Manuel Elías | Security Council members voting on the draft resolution draft resolution.

## Brazil 'heeded the call' for action

Ambassador Sérgio França Danese of Brazil said his country, as President of the Security Council for October, responded to a call by Council members to forge a united response to the crisis.

"We heeded the call with a sense of urgency and responsibility, in our view the Security Council had to take action and do so very quickly," he said.

"Council paralysis in the face of a humanitarian catastrophe is not in the interest of the international community," he added, noting efforts to build a unified position.

Ambassador Danese reiterated that the focus was and remains on the critical humanitarian situation on the ground, guided by political realism, "but our sight was always set on the humanitarian imperative."

He regretted that collective action had stalled, stating "Very sadly, the Council was yet again unable to adopt a resolution on the crisis, again silence and inaction prevailed".

## UK abstention

UK Ambassador Barbara Woodward said that her country abstained from the resolution as the text needed to be clearer on Israel's inherent right to self-defence, and because it ignored the fact that extremist group Hamas, which controls Gaza, is using Palestinian civilians as human shields.

"They [Hamas] have embedded themselves in civilian communities and made the Palestinian people their victims too," she said.

She reiterated the UK's support for Israel's right to defend itself against Hamas, rescue hostages and strengthen its security in the long term, while calling on Israel "to take all feasible precautions" to avoid harming Palestinian civilians.

She added that it will continue working with all partners to alleviate the humanitarian crisis, ensure protection of civilians and "to work towards the peace and stability promised by the two-State solution."

## UAE supports basic principles

Lana Zaki Nusseibeh, Ambassador for the United Arab Emirates and the sole Arab nation serving on the Council, said her country voted for the resolution, not because it is a perfect text but because it clearly states the basic principles that must be upheld.

"It is perhaps beyond me to put into words the abject horrors we are witnessing in Gaza," she said, noting the mounting death toll, including in

the strike on the al-Ahli Arab Hospital.

"Each passing hour of this ruinous war makes a mockery of the principles of international humanitarian law. Gaza is laid to waste, and nobody feels safe."

She reiterated her country's support for "no less than a full humanitarian ceasefire", not at the expense of Israel's security, but to allow people to tend to their wounded, bury their dead in dignity and begin putting their lives back together.



## Second resolution

This was the Council's second open meeting on the situation in Gaza. Ambassadors have met, mainly behind closed doors, on the crisis, including meetings on 8 and 13 October. It is being followed by a briefing on the crisis from UN principals.

The action on the Brazilian-led draft resolution follows the defeat on Monday evening of a Russian-led text calling for a humanitarian ceasefire in Gaza which did not include any mention or condemnation of extremist group Hamas, which controls the Gaza strip.

That resolution received five votes in favour (China, Gabon, Mozambique, Russia, and the United Arab Emirates) and four against (France, Japan, UK, and the US), with six abstentions (Albania, Brazil, Ecuador, Ghana, Malta, and Switzerland).

# EXHIBIT
# E-23



🏠 Welcome to the United Nations

Русский   Español   Português

AUDIO HUB 🎙   SUBSCRIBE ✉

# Gaza crisis: Deadlock deepens as Security Council rejects competing resolutions by US and Russia



**United Nations**

## UN News
Global perspective Human stories     ☰



**UN Photo/Manuel Elías** | Ambassador Vassily Nebenzia, Permanent Representative of Russia to UN, voting against the US-led draft resolution.

**25 October 2023** | **Peace and Security**

**China and Russia on Wednesday vetoed a draft resolution sponsored by the United States, while a second Russian-backed resolution failed to secure sufficient votes in favour, deepening the Security Council's deadlock over any unified response to address the crisis in Gaza and Israel.**

Case 4:23-cv-05829-JSW    Document 18-12    Filed 11/16/23    Page 95 of 274

The US-led draft resolution failed to pass owing to a negative vote by permanent Security Council members China and Russia.

Ten members of the Council voted for the draft resolution and three against (China, Russia and UAE), with two abstentions (Brazil and Mozambique).

A 'no' vote from any one of the five permanent members of the Council stops action on any measure put before it. The body's permanent members are China, France, Russian Federation, the United Kingdom, and the United States.



**UN News** ✔
@UN_News_Centre · **Follow**

Russia, China veto US-led Security Council resolution calling for "humanitarian pauses" and safe passage of relief into Gaza

For: 10 (Albania, France, Ecuador, Gabon, Ghana, Japan, Malta, Switzerland, UK, US)
Against: 3 (Russia, China, UAE)
Abstain: 2 (Brazil , Mozambique)

1:00 PM · Oct 25, 2023            ⓘ

♥ 273        💬 Reply      ⬆ Share

**Read 115 replies**

## Russian-backed resolution

A second draft resolution, led by Russia, was not adopted as it failed to secure sufficient number of votes in favour.

Four Council members voted in favour (China, Gabon, Russia and UAE), two against (UK and US), and nine abstained (Albania, Brazil, Ecuador, France, Ghana, Japan, Malta, Mozambique, Switzerland).

For a resolution to be adopted, it must be supported by at least nine members of the Council.

## The proposed texts

The similarly worded resolutions would have called for a "humanitarian ceasefire" or "humanitarian pause" to enable safe delivery of aid for

desperate civilians.

Both drafts condemned the terror attacks by Hamas on Israeli civilians of 7 October and urged action to address the worsening humanitarian crisis in the Gaza Strip, where fuel is due to run out for hospitals and other crucial services, in a matter of hours, according to UN agencies on the ground.

Key differences in the text included a specific mention in the US-backed proposal of States' inherent right to self defence, and a call in the Russian-led one for the immediate cancellation by Israeli forces of the evacuation order for civilians to head into southern Gaza.

Draft resolutions do not represent the official position of the 15-member Security Council until adopted.

Some Council members spoke to state their positions ahead of the votes.

## United States

US Ambassador Linda Thomas-Greenfield said the fruits of diplomacy have played out over the past few days, with humanitarian aid beginning to reach Gaza. The US will continue to work towards that effort, which is reflected in the draft resolution, she said.

Welcoming the release of four hostages by Hamas, she thanked Qatar and Egypt for their mediation. However, more than 200 hostages remain. "Parents lie awake at



**UN News** ✔
@UN_News_Centre · **Follow**

Security Council fails to adopt Russia-led resolution urging "humanitarian ceasefire" & unhindered aid into Gaza; insufficient Yes votes

For: 4 (China, Gabon, Russia, UAE)
Against: 2 (UK,US)
Abst.: 9 (Albania, Brazil,Ecuador, France, Ghana, Japan, Malta, Mozambique, Switzerland)

1:20 PM · Oct 25, 2023                    ⓘ

♥ 585          💬 Reply          ⬆ Share

**Read 212 replies**

night wondering if they will ever see their children again," she said, recalling her meeting on Tuesday with a family of one of the hostages.

"This moment is a test for all of us, for the international community and the Council," she said. In drafting the resolution, "we listened, we engaged", including with humanitarian agencies, and the draft contains language on deconfliction mechanisms to protect civilians and UN personnel.

However, Russia put forward a text with "zero consultations", she said.

"The bottom line is this: Russia has offered up yet another resolution in bad faith," she said, calling for support for the US draft, which condemns the heinous attacks by Hamas, confirms the right of Member States to self-defence and calls on parties to respect international humanitarian law.

It also calls for humanitarian pauses and indicates that Member States must take concrete steps to prevent the spread of the conflict.

"We must continue to work towards a future where two democratic states – Israel and Palestine – live side by side in peace," she said, urging all Council members to vote in favour of the US draft.

## Russia

Vassily Nebenzya, Russia's Ambassador to the UN, said it was "extremely lamentable" that for two weeks since the crisis erupted, the Security Council has not been able to send a collective signal to deescalate the situation.

"The bloodshed is ongoing, the number of civilian causalities in now in the thousands [and] millions are displaced," he said, urging a "hard think about the shocking figures."

He recalled the earlier Russian proposal, a depoliticized resolution calling for a humanitarian ceasefire, which unfortunately was not supported by most members of the Council.

"National and narrow self-centred ideological and political interests prevailed over the aim of stopping a humanitarian disaster," he said, noting also the US veto of the Brazilian-led resolution last week.

He went on to note that he saw no point in supporting the US-led draft that served the geopolitical interests of one of the Security Council members.

Concluding his statement, Mr. Nebenzya said he urged Council members to support the Russia-led text, stating: "This is the last attempt by the Council to fulfil the noble functions entrusted to it. We urge you not to miss it."



**UN Photo/Eskinder Debebe** | Security Council members vote on one of the draft resolutions concerning the crisis in Gaza.

## Voting aftermath

US Ambassador Thomas-Greenfield expressed deep disappointment in the vetoing of the US resolution by China and Russia.

The US stands ready to work with all Member States to support the efforts of the UN Secretary-General, President Joe Biden and Secretary of State Antony Blinken, she said.

Expressing dismay after the Russian resolution fell, Ambassador Nebenzia regretted that once again, the Council had failed to respond to the unprecedented conflict in the Middle East.

US Representative Robert Wood said his delegation could not support the Russian draft, which did not reflect reality on the ground.

"We must put the region and the world above all else," he said.

## China

China's Ambassador Zhang Jun said they had used their veto against the US resolution "based on facts, based on law, based on conscience, based on justice".

He said in discussions the US text had emerged "seriously out of balance", introduced in haste and lacking the strongest calls necessary for a full

11/12/23, 9:42 AM    Gaza crisis: Deadlock as deep as ever as Security Council rejects competing resolutions from US and Russia | UN News

Case 4:23-cv-05829-JSW Document 18-12 Filed 11/16/23 Page 99 of 274

ceasefire.

He said China was fully in favour of taking action but accused the US text of being "evasive" on the key issue of ending the fighting.

Ceasefire is not only a diplomatic term, he added, it is a matter of life and death for many civilians.

"We would be irresponsible if we are ambiguous on the issue of war and peace", said the Ambassador, stressing that China is not indifferent to the suffering of Gazans.

He said because the US text failed to mention the root causes of the current crisis in Gaza, without reference to Israel's blockade or the evacuation order for civilians to move south, his country would be voting in favour of the Russian text.

He said the US effort if adopted, would completely end the possibility of a long term two-State solution to the Israel-Palestine conflict.



**UN Photo/Manuel Elías** | Ambassador Barbara Woodward of the United Kingdom addresses the Security Council.

## United Kingdom

UK Ambassador Barbara Woodward said through the US proposal, the Council could have condemned Hamas' terrorist attacks. At the same time, Russia's draft failed to recognize Israel's right to self-defence.

"We are committed to work across the Council towards a balanced text," she said, which should include a condemnation of Hamas, reaffirm Israel's self-defence rights, protect civilians, and get more aid flowing into Gaza.

## United Arab Emirates

The United Arab Emirates' Ambassador Lana Zaki Nusseibeh said "the stakes are too high" and the Council "must step up".

"We know what the most pressing humanitarian needs are," she said, adding that these include a humanitarian ceasefire, release of all hostages, humanitarian access, fuel, water, and adherence to international humanitarian law.

## Israel

Israel's Ambassador Gilad Erdin said his country continues to be attacked, from north and south, and asked Council members how they would feel if faced with this reality.

"You would feel there is a blatant double standard," he said, "and that the Council isn't taking even the most basic steps anyone with a slight moral compass should take. This is precisely how the State of Israel feels right now."

Israel has a right to self-defence, he said, adding that Hamas is solely responsible for Palestinian situation in Gaza and is committing crimes against humanity.

"In the wake of the Holocaust, we collectively swore 'never again'", he said. "This is one of the main reasons the UN was established. 'Never again', dear colleagues, is now. Do not forget this."



**UN Photo/Eskinder Debebe** | The Security Council open debate on the crisis on Tuesday

## Previous action

Last Monday, a previous Russian-led draft resolution calling for an "immediate humanitarian ceasefire" was voted down and the following

Wednesday, the United States vetoed a Brazilian-led text that urged "humanitarian pauses" to deliver aid to millions in the Gaza Strip.

The UN Security Council held an open debate on the crisis on Tuesday, prompting more than 80 countries to make statements in the chamber on the worsening crisis between Israel and Palestine which threatens to destabilize the entire region and beyond.

♦ Receive daily updates directly in your inbox - **Subscribe here** to a topic.

♦ Download the UN News app for your **iOS** or **Android** devices.

**GAZA**

## RELATED STORIES



**Israel–Palestine: Blockade puts Gaza aid on the line, WHO spotlights soaring mental health needs in Israel**



**UN chief urges Hamas and Israel to 'step back from the brink of another devastating conflict' in Gaza**

# EXHIBIT
# E-24

Case 4:23-cv-05829-JSW    Document 19-12    Filed 11/16/23    Page 103 of 274

🔗 https://www.reuters.com/world/un-overwhelmingly-calls-aid-truce-between-israel-hamas-2023…

✏️ Michelle Nichols

# UN overwhelmingly calls for aid truce between Israel and Hamas

UNITED NATIONS, Oct 27 (Reuters) - The United Nations General Assembly on Friday overwhelmingly called for an immediate humanitarian truce between Israel and Palestinian militants Hamas and demanded aid access to the besieged Gaza Strip and protection of civilians.

The resolution drafted by Arab states is not binding but carries political weight, taking the global temperature as Israel steps up ground operations in Gaza in retaliation for the worst Hamas attack on civilians in Israel's 75-year-old history.

It passed to a round of applause with 120 votes in favor, while 45 abstained and 14 - including Israel and the United States - voted no. Iraq later changed its vote to yes from an abstention after complaining of a technical difficulty, so the final tally was 121 votes in favor and 44 abstentions.

A two-thirds majority was needed for the resolution to pass, in which abstentions do not count. The General Assembly voted after the Security Council failed four times in the past two weeks to take action.

"It sends the message to everyone enough is enough. This war has to stop, the carnage against our people has to stop and humanitarian assistance should begin to enter the Gaza Strip," Palestinian U.N. envoy Riyad Mansour told reporters.

Israel's U.N. Ambassador Gilad Erdan rejected the resolution, saying the U.N. no longer holds any legitimacy or relevance and accused those who voted yes of preferring to support

"the defense of Nazi terrorists" instead of Israel.

Palestinians with animal-drawn carts collect water from a water desalination plant, in central Gaza Strip, October 27. REUTERS/Mohammed Fayq Abu Mostafa Acquire Licensing Rights

"This ridiculous resolution has the audacity to call for truce. The goal of this resolution truce is that Israel should cease to defend itself to Hamas, so Hamas can light us on fire," he told the General Assembly after the vote.

A Canadian-led bid to amend the resolution to include a rejection and condemnation of the "terrorist attacks by Hamas ... and the taking of hostages" failed to get the two thirds majority needed, garnering 88 votes in favor, 55 against and 23 abstentions.

## ASSEMBLY STRESSES PREVENTING WIDER WAR

As fears grow that the conflict could spark a wider war, the assembly stressed the "importance of preventing further destabilization and escalation of violence in the region" and called on "all parties to exercise maximum restraint and upon all those with influence on them to work toward this objective." The General Assembly called on Israel to rescind its order for civilians in Gaza to move to the south of the enclave. Israel ordered some 1.1 million people in Gaza - almost half the population - to move south on Oct. 12.

The General Assembly also "firmly rejects any attempts at the forced transfer of the Palestinian civilian population."

Israel has vowed to wipe out Hamas, which rules Gaza, after the militants killed 1,400 people and took hundreds of hostages in an Oct. 7 attack. Israel has struck Gaza from the air, imposed a siege and is preparing a ground invasion. Palestinian authorities say more than 7,000 have been killed.

The General Assembly called for "the immediate and unconditional release of all civilians who are being illegally held captive." It did not name Hamas anywhere in the text.

Reporting by Michelle Nichols; editing by Grant McCool

# EXHIBIT
# E-25

Politics

# Boeing Accelerates Delivery of Up to 1,800 GPS-Guidance Bomb Kits to Israel

- The kits were purchased by Israel in 2021 commercial sale
- Israel took delivery of as many 1,800 kits, aides said



Joint Direct Attack Munition on an MQ-9 Reaper in Afghanistan. *Photographer: Tech. Sgt. Paul Labbe/US Air Force*

By Anthony Capaccio
October 18, 2023 at 11:31 AM PDT
*Updated on October 18, 2023 at 3:12 PM PDT*

Boeing Co. is speeding delivery to Israel of as many as 1,800 kits that convert unguided bombs into precision munitions, according to congressional aides and a US official.

The expedited deliveries of Joint Direct Attack Munition, or JDAM, kits from Boeing to the Israeli government stem from a 2021 Direct Commercial Sale valued at about $735 million. The sale provided for deliveries over several years, but that timetable has been accelerated since the Oct. 7 Hamas attacks on Israel. The kits are for bombs of 500 pounds (227 kilograms) and heavier.

Save now with a special offer.
Explore Offer

Get every angle of the story and its impact on you. Subscribe for just $129/year.

Claim this offer

The Israeli Air Force said in in an Oct. 12 posting on the social media site X that it had dropped 6,000 bombs against Hamas targets in the first five days of the conflict but didn't specify the type.

The 2021 sale was controversial when Congress was notified of it by the Biden administration. Senator Bernie Sanders and some House members moved to block the proposed sale in protest over Israeli attacks in Gaza at the time, but it wasn't voted on, according to the Congressional Research Service.

A Boeing spokesperson declined to comment. Bloomberg News disclosed last week that Boeing expedited the shipment on an Israeli aircraft of 1,000 250-pound Small Diameter Bombs that were also part of the May 2021 sale.

Earlier: Boeing Sped 1,000 Smart Bombs to Israel After Hamas Attacks

JDAM kits can convert unguided 500-, 1,000- and 2,00-pound bombs into ordnance launched from 15 miles (24 kilometers) and capable of hitting targets within 16 feet (5 meters) to 96 feet of their intended aimpoints depending on the type of navigation used, according to a US Air Force fact sheet.

The new delivery is separate from about 12,000 JDAM kits sold to Israel in 2012 and 2015 Foreign Military Sales executed by the US government.

The JDAM can be dropped from a variety of aircraft, ranging from B-2 and B-1B bombers to F-15E, F-16, F-22 and F-35A fighters, according to the Air and Space Forces Association's annual air power almanac.

(Adds the variety of planes that can drop the JDAM in final paragraph. A previous version of this story had an incorrect name for the bomb kits.)

Save now with a special offer.
Explore Offer

# EXHIBIT
# E-26

## TRANSCRIPT

# Senior Defense Official, Senior Military Official Hold a Background Briefing on Israel

**Oct. 23, 2023**

BRIGADIER GENERAL PAT RYDER:  Good afternoon everyone.

Brigadier General Pat Ryder, Pentagon Press Secretary.  Thank you for joining us for today's backgrounder on the situation in Israel.

We have with us -- this will be on background, attributed to a Senior Defense Official and a Senior Military Official.

With that I will turn it over to the Senior Defense Official for opening comments.  And then we'll go straight to questions.

SENIOR DEFENSE OFFICIAL:  Good afternoon everyone.  I appreciate this opportunity to provide an update and answer your questions on our ongoing efforts to support our partner Israel, our partners in the region, in order to maintain stability in the Middle East.

As we've communicated previously, the U.S. remains committed to ensuring the security and well being of its allies and partners particularly in the face of escalating threats across the region.

Given recent developments, I'd like to provide some clarity on our defense posture in the region. As you likely saw from our announcement over the weekend, Secretary Austin directed a series of additional steps to further strengthen the Department of Defense's posture in the region.

First, we redirected the movement of the USS Dwight D. Eisenhower Carrier Strike Group to the Central Command Area of Responsibility. In addition to the USS Gerald R Ford Carrier Strike Group already present in the Eastern Mediterranean Sea.

Two, the deployment of a Terminal High Altitude Area Defense THAAD Battery, and additional Patriot Battalions are underway aimed at enhancing Force Protection for U.S. forces in the region.

Three, an additional number of forces have been placed on prepare-to-deploy orders, to increase their readiness, and ensure rapid response if required.

As Secretary Austin conveyed over the weekend, these measures are critical to bolstering regional deterrence efforts, safeguarding our troops, and assisting in the defense of Israel.

Let me say a few additional remarks about the posture increases. Our Carrier Strike Groups give us the ability to launch operations independently anywhere in the world, and immediately upon arrival. When we send them somewhere, we are deliberately sending an incredibly strong signal to our adversaries but also to our allies and partners about the depth of our support and the ability of the U.S. military to expeditiously, dynamically, respond to contingencies anywhere in the world. That's what we're demonstrating today in the Middle East.

And that support is wide ranging, from intelligence collection, to maritime dominance, to long-range strike. This is an entire strategic, incredibly capable village, that we are sending to show our support not only to the region but also to support Israel and its right to defend itself from the brutal October 7th Hamas terrorist attack.

Our advice to those who might seek to exploit the situation or amplify the conflict is simple, don't. We retain the right to defend ourselves and will act decisively when required.

Lastly, on the humanitarian front, the loss of innocent lives including U.S. citizens, Israeli civilians, and Palestinian civilians, is truly heartbreaking.  We have worked across the board, from the White House to the State Department, to Defense Department, to prioritize civilian protections and safety, as well as ensure the delivery of life-saving humanitarian aid to Gaza over the weekend.

Civilians under any circumstances should not be deliberately targeted.  I would make a point here: our partner Israel is a law-abiding country who is obligated to adhere to the law of armed conflict.

Hamas, a terrorist organization did not, does not and continues to deliberately target civilians and hold civilians hostage.

Thank you for your time.

I'll now turn it over to my colleague, the Senior Military Official.

SENIOR MILITARY OFFICIAL:  With respect to your time, we can go right into questions.

GEN. RYDER:  Thank you both.

All right.  For our first question, we'll go to Tara Copp, Associated Press.

Q:  Thank you both for doing this.

Could you give us a -- in we've heard a lot of concern about a wider war but really what are you seeing that's most concerning?  And as far as Iran's involvement can you tell us any more about the missiles that were shot over the Carney, do you think they were Iranian provided?  Thank you.

SENIOR DEFENSE OFFICIAL:  Let me start by reflecting on one of the objectives we've talked about previously which is the Department of Defense was oriented number one – on supporting Israel with, for example – expediting security assistance.

Number two – containing the conflict to Gaza and deterring state and nonstate actors who are seeking to widen or expand the conflict beyond Gaza.

And three was the protection of U.S. forces and personnel including a focus on hostage recovery.

What has happened in the last several days is efforts by Iran and Iran proxy forces to seek to escalate this conflict.  And you've seen this in the series of statements that U.S. Central Command has put out about the targeting of U.S. forces stationed in Iraq and Syria with one-way attack drones and rockets.

Let me be very clear about U.S. Forces in Iraq and Syria.  They're there for one purpose and one purpose only.  It's to support local partners who are in the lead to achieve the enduring defeat of ISIS, for no other purpose.

So when we see this effort which we will hold Iran accountable for and its proxies to threaten and attack U.S. Forces, what Iran is actually doing is giving space for ISIS to reconstitute and further destabilizing the region.

GEN. RYDER:  Okay.  For our next question, we'll go to, Idrees Ali, from Reuters.

Q:  Hey thanks for this.

Could you -- just on that last point, and explain a bit more the extent to which Iran is facilitating and or directing these attacks by you know countries like Iraq, Syria, Yemen, and potentially elsewhere?  And just very quickly have any additional U.S. military advisors flown into Israel in recent days, and what's the total number of advisors in country right now?

SENIOR DEFENSE OFFICIAL:  Sure Idrees.  I'll start with the first part.

It's been well-documented and you've heard U.S. officials across the podiums as well as policy leaders for years talk about Iran's funding, equipping, guidance and direction, to partners and proxies across the region.  That includes Lebanese Hezbollah, militia groups in

Iraq and Syria, as well as the Houthis, in Yemen.  So I think it's fair to say when you see this uptick in activity and attacks by many of these groups, there's Iranian fingerprints all over it.

And on U.S. military advisors, we have offered advice to our Israeli partners on best practices for mitigating civilian harm.  And as well, there are a limited number of military personnel on the ground to support CENTCOM for contingency planning and augmentation to the embassy staff.

GEN. RYDER:  Thank you, much.

All right.  Let's go to Tony Capaccio, Bloomberg.

Q:  Hi? I have a couple questions on aid to Israel.  Can you talk a little bit about any of their contracts that have been expedited like the JDAM and Small-Diameter Bomb contracts that were expedited?

And also there's been a couple of news stories saying that 155 munitions sent to Israel have actually been diverted from Ukraine.  New York Times had this yesterday.  Can you square that circle a little bit? Is that true? Ukraine 155 munitions have been shipped or shifted to Israel?

SENIOR DEFENSE OFFICIAL:  Sure.  Let me clarify what has been provided to Israel through Direct Commercial Sales Contracts.  That includes Small Diameter Bombs, ammunition and JDAM Tail Kits.  As for 155 ammunition, what had happened prior to the October 7th Hamas terrorist attack, is some 155 had been withdrawn from the war reserve stockpile in Israel, to replenish U.S. stocks in Europe.  Much of that has been redirected and provided to the Israel Defense Forces for their use.

Q:  Thank you.

GEN. RYDER:  Thank you.

Let's go to Fadi Mansour, Al Jazeera.

Q:  Thank you for taking my question.  In terms of deterrence as you noted Hezbollah is active.  We've seen the Iraqi militias in both in Syria and Iraq.  Last week we saw the Houthi attack where the Carney had to intervene.  How much do you think the -- this deterrence message is resonating with Iran and forces backed by Iran?  Thank you very much.

SENIOR DEFENSE OFFICIAL:  What I can say is, no adversary, either state or nonstate actor should question the commitment of the United States to support regional security and stability and stand up for its partner, Israel, in its efforts to defend its people and its territory from Hamas' brutal terrorist attacks.

So I can't speak to what Hezbollah or any of the militia groups understand but what we're making very clear and matching every day in actions as well as words, is our commitment to deterrence, and our readiness to take action to defend U.S. forces and personnel who are being targeted.

GEN. RYDER:  Thank you.

Next question, let's go to Courtney Kube, NBC.

Q:  Thank you.

Is there any -- with this change in posture in the -- in the Middle East and this enhancement, is there any specific intelligence pointing to the fact that Iran or these proxies are planning -- chaos in the region that they are able to exploit?

SENIOR MILITARY OFFICIAL:  Sure.  Thanks for your question.

Unfortunately I can't speak to the intelligence matter or what we are collecting or what we think may happen.

But I can reiterate what (the Senior Defense Official) brought up is we've been under an increase of attacks really for the last three, three days or so at various locations throughout the AOR.  So that is a clear indicator that additional force protection measures are needed.

And that's what the Secretary has ordered.  And the forces that are being re-postured and other measures that are being taken throughout the AOR are based on those demonstrated attacks against our U.S. forces at bases throughout the AOR.

Q:  I appreciate that Sir but I just have to press a little bit on this because it's -- I'm not asking for specifics on the threat but just if there is something that if you guys are aware of specific -- more specific threats than just what we have seen is the historical norms of how these groups operate, without asking for specifics of what the intelligence says, just if you are aware of specific and new threats against the U.S. military or U.S. personnel in the region?

SENIOR MILITARY OFFICIAL:  And I can tell you generally that we know there is a significant threat of escalation throughout the region and that would include towards U.S. forces.

GEN. RYDER:  Thank you very much.

Next question, we will go to Tom Bowman, NPR.

Q:  Yes.  Getting back to the missiles fired from Yemen, heading north and taken out by the Carney.  Do we know for a fact that the Houthis have medium range ballistic missiles capable of reaching Israel? And also as far as U.S. personnel on predeployment orders, the additional personnel, the 2,000 we've been told about are for -- we're told for medical, intel, transportation, the additional ones they're going to be called up, would these be for evacuating U.S. citizens possibly embassies, if you give us a sense of what the role would be?

SENIOR DEFENSE OFFICIAL:  Thanks for those questions.  I'm not going to speak to the specific capabilities we understand or assess the Houthis to have but let's be clear that Iran has been increasing the sophistication and lethality of equipment that it's been providing to the Houthis for years, and CENTCOM has been very public about the multiple times just in this year of interdicting many of those illicit weapons shipments.

So we've seen a demonstrated pattern of continuing to aid the Houthis.  And the Houthis just presented to us some of their capabilities that pose a threat to the region.

SENIOR MILITARY OFFICIAL:  On the second part of the question, the additional forces that were placed on prepare-to-deploy orders are largely Command and Control Units that would give the Secretary as well as the Central Command Commander options for various missions you know for force that are already postured there.  So that additional force structure is largely Command and Control.

Q:  All right.  Thanks.

GEN. RYDER:  Thank you.

Let's go to Dan Lamothe Washington Post.

Q:  Thanks General.

You provided a couple of details this morning about an additional attack at the Al-Tanf's Garrison but we've had a number of claims over the weekend.  Can you just kind of level set for us a bit, what have we seen since I guess last Thursday in terms of one-way attack drones, that sort of thing, just throughout the region in terms of number, location? I feel like we may be missing some.

And secondly there's an Axios report today that suggests General James Glynn on the Marine Corps side went forward to the embassy with some other officials.  Can you provide any details there? Thank you.

SENIOR DEFENSE OFFICIAL:  So we're going to take back to get a list of each of the attacks on U.S. forces in the region that we've confirmed.

I will say here the environment of disinformation and misinformation is quite acute right now.  So you've also seen U.S. Central Command come out and directly dispute some of the allegations of these militias and their front groups on various social media fora.  And we are going to work with U.S. Central Command to make sure that we are reporting transparently and expeditiously exactly what has taken place and what hasn't so that the public can have confidence in what we're sharing.

And to your second question, we have an entire generation of U.S. military senior leaders who have experience in counterterrorism and complex operations, especially in an urban environment like Gaza.  And we have consistently made our experts available to provide their best practices and lessons learned to our Israeli counterparts.

GEN. RYDER:  Thank you very much.

All right.  Let's go to Joseph Haboush, Al-Arabiya.

Q:  Hi? Can you hear me?

GEN. RYDER:  How are you?

Q:  Awesome.  Just wanted to -- two quick ones.

Could you guys talk about where the THAAD and the Patriot Battalions are being deployed, to -- which specific countries in the region?

And secondly I know you've been asked a bit about this but last week you know DOD said they couldn't attribute some of these attacks on U.S. troops in Iraq and Syria to any particular side although they had some like you mentioned Israeli -- sorry Iranian fingerprints.

Apart from the Houthi missile and drone attacks that the U.S. military foiled last week, is there any -- do you guys have any attribution now for who's behind these attacks in Syria and Iraq?

Yesterday Secretary Austin said you know the U.S. expects a prospect of a significant escalation of attacks on our troops throughout the region.  Secretary Blinken said there's a likelihood of escalation of violence by Iranian proxies.  So any more detail that you can share on who's -- who's -- who you guys believe is behind these attacks? Thank you.

SENIOR MILITARY OFFICIAL:  On the deployment of the additional THAAD Patriot Batteries.  I can't speak to the exact locations for those but they will be in the CENTCOM AOR.  So they'll be -- they'll be throughout the theater.

SENIOR DEFENSE OFFICIAL:  On the second question, listen we've seen rocket and UAV attacks against bases housing U.S. personnel in Iraq and Syria.  And what you've heard from the President, from Secretary Blinken, from Secretary Austin, and many of the spokespeople across the U.S. government is our concern about the escalation of these attacks in the days ahead.

We see a prospect for much more significant escalation against U.S. forces and personnel in the near term.  And let's be clear about it, the road leads back to Iran.  Iran funds, arms, equips and trains militias and proxy forces, all across the region that have consistently undermined the stability, cost in civilian life, and at a cost the entire region of security and stability.

And what you've seen from the posture announcements and all of our senior officials, is that we are preparing for this escalation both in terms of defending our forces and being prepared to respond decisively.

Let me again reiterate what you've heard our most senior leaders in this government say.  We always reserve the right to defend ourselves and will never hesitate to take action when needed, to protect our forces and our interests overseas.  Any response will come at a time and manner of our choosing.

GEN. RYDER:  Thank you very much.

Let's go to Howard Altman.

Q:  Thanks.  I have a couple of questions.

One, as you're having attacks in in Iraq, are you talking to Iraqi officials about increasing cooperation or increasing force protection help from them?

And then in Lebanon and Syria, are you seeing an increase in foreign fighters in -- along the border with Israel be it Quds Force or other fighters, so you can talk about that? Thanks.

SENIOR MILITARY OFFICIAL: Yes.  With regard to force protection in Iraq, we have a very cooperative relationship with the Iraqi government and they're fully committed to supporting us in force protection.  And are -- you know they're -- they're aware and cooperating with additional measures as we've seen these attacks over the last few days.

SENIOR DEFENSE OFFICIAL:  I would refer you to the statements that came out of the Defense Department and the State Department today.  Both Secretary Austin and Secretary Blinken made calls to Prime Minister Sudani.

Let me reiterate something I said earlier, U.S. Forces remain in Iraq at the invitation of the Iraqi government, to support the Iraqi Security Forces who are in the lead, to achieve the enduring defeat of Daesh.  Part of that is an obligation by the Iraqi government to ensure that U.S. and Coalition Forces can operate safely in order to achieve their mission.  This is something that U.S. officials have always and will always have on the table in their consultations with Iraqi leaders.

I've seen the reports you're referring to about flows of foreign fighters across the region.  At this point I have nothing to report or confirm.

GEN. RYDER:  We have time for just a few more.

Lara Seligman, Politico.?

Q:  Thanks so much for doing this.  A couple follow ups.  Is there concern about in addition to the attacks on troops in Iraq and Syria, attacks on commercial ships or U.S. assets in the Persian Gulf by Iranian proxies? I know we've seen that in the past.

And then also I'm just wondering if you can say anything about whether DOD has advised or asked Israel to delay the ground attack -- ground invasion of Gaza until we get these additional forces in place to protect our troops?

SENIOR MILITARY OFFICIAL:  On the first one, the maritime security environment throughout the region remains a priority for the Commander of Central Command.  We haven't backed off of that mission from you know late summer where we did have growing

concern over potential Iranian action.  And actually you know saw some of this throughout the summer and a know that our presence you know facilitate or prevented Iranian activity against commercial traffic.

So no, that concern has not gone away.  I would not characterize it as any more significant.  I would say that it still remains and we still remain postured to respond to it.

SENIOR DEFENSE OFFICIAL:  And on your second question, Lara, I'm not going to comment on the private discussions by U.S. senior leaders with their Israeli counterparts but I will share what we are talking about every day.

Number one is, we're checking in with our friends in Israel, and ensuring that they have the appropriate security equipment to defend themselves.

Number two, we're consulting with them on best practices and lessons learned for mitigating civilian harm during their operations.

And three, we are consulting with them about how to integrate hostage recovery activities into their operations.  And of course there's an ongoing dialogue about the need to accelerate humanitarian aid deliveries to Palestinian civilians in Gaza.

GEN. RYDER:  Okay.  Let's go to James from The Messenger.

Thank you for taking my question.

I wanted to go back to the 155 shells.  To clarify you said that before the October 7th attack you had taken out 155 shells to replenish U.S. stocks in Europe.  But we took -- much of that went to Israel.  So one part is that, does that mean to suggest that U.S. stocks in Europe are diminished?

And then the second part of that question is, is there a reason why Israel would be prioritized with those 155 shells versus Ukraine, given that the Defense Department and the White House for months have said that Ukraine desperately needs 155 shells? Thank you.

SENIOR DEFENSE OFFICIAL:  Sure.  So I'm not going to talk about U.S. readiness levels.  But what we are doing is assessing U.S. stocks globally and what can be made readily available to the needs of Israel as well as Ukraine.  So what I said is accurate, that we withdrew 155 from the stockpile in Israel for our forces in EUCOM and now we are sending that back to Israel for their use.

Also the United States can walk and chew gum at the same time.  So we're going to continue to ensure that Ukraine has what it needs to defend its territory.  And at the same time we're ensuring that Israel has what it needs.  Two very different operational environments with different levels of need and consultation.  And we're continuing to prioritize both.

GEN. RYDER:  Final question.

We'll go to Chris Gordon, Air Force Magazine.

Q:  Thanks Pat.

A question addressed to both officials, if I may.

Carrier Strike Groups can deliver lots of capabilities but it's going to take a little while for them to get to CENTCOM.  And there are a number of forces prepared to deploy but they obviously aren't physically there yet or even ordered there yet.

So my question is, as we saw again today, and you highlighted there is a current right now threat to U.S. forces.  So is the DOD looking at additional air assets, including bombers that the U.S. military sees a concerning threat you need to address before the Eisenhower gets to CENTCOM?

Is there a concern that the Ike or any other additional Forces will arrive too late if there's such a significant threat which you've outlined for us on this call? Thank you.

SENIOR MILITARY OFFICIAL:  Yes.  This has been previously released information.  But the Secretary did order additional land-based fighter aircraft as well as A-10s to the region which I don't want to get into the specific numbers or locations but there's been a relatively significant increase in the number of land-based fighter and A-10 aircraft in the CENTCOM

AOR so that that is that has already occurred.  And as we know the Dwight D. Eisenhower Carrier Strike Group is in route.  I can't get to the specifics on her arrival but she is in route to the CENTCOM AOR.

GEN. RYDER:  Great.  Thank you very much.  That is all the time we have today.  Appreciate our Senior Defense Official and Senior Military Official for taking some time.  Again this is on background. A transcript will be posted to the DOD website later today.  Thanks everyone.

Hosted by Defense Media Activity - WEB.mil

# EXHIBIT
# E-27

LIVE COVERAGE | CONCLUDED

# Israel-Hamas War

**President Biden called on Congress for aid for Ukraine and Israel. The Israeli military continued its airstrike campaign on Gaza and said it was preparing for the next phases of the war.**

Last Updated: Oct. 19, 2023 at 11:07 PM EDT

‹  Live Coverage Feed

24 days ago  ⭐

### Israel Receives Ammunition From U.S.

*By Nancy A. Youssef*

The U.S. shipped nearly a million rounds of 7.62mm ammunition and tens of thousands of 30mm rounds earlier this week to Israel, a U.S. defense official said, suggesting the Israeli military is stocking up on ammunition ahead of an expected ground invasion of Gaza.

The delivery of the rounds were part of a previously agreed annual military sale by the U.S. to Israel. Israel has already received tens of thousands of 155mm rounds from the U.S.

  Share

ADVERTISEMENT

## What To Read Next

**MIDDLE EAST**

Israel Rebuffs Calls for Palestinian Authority to Rule Gaza

9 hours ago

# EXHIBIT
# E-28



**EXECUTIVE OFFICE OF THE PRESIDENT**
OFFICE OF MANAGEMENT AND BUDGET
WASHINGTON, D.C. 20503

**THE DIRECTOR**

October 20, 2023

The Honorable Patrick McHenry
Speaker Pro Tempore of the House of Representatives
Washington, DC 20515

Dear Speaker Pro Tempore:

Over the coming weeks, the Administration looks forward to continued engagement with members of both parties to reach a comprehensive, bipartisan agreement to fund the Government and invest in critical national priorities. As part of that process, the Congress has an opportunity and obligation to advance our national security by addressing critical needs that should earn bipartisan support. Today, I am writing to provide you with the President's request for Fiscal Year (FY) 2024 emergency supplemental funding for these key national security priorities.

This request reflects how, under President Biden's leadership, the U.S. has marshalled a robust response to Putin's brutal invasion of Ukraine and is now coming to the aid of our ally Israel. As we replenish our stocks of weapons, we are partnering with the U.S. defense industry to increase our capacity and meet the needs of the United States and our allies both now and in the future. This supplemental request invests over $50 billion in the American defense industrial base—ensuring our military continues to be the most ready, capable, and best equipped fighting force the world has ever seen. The funding will expand production lines, strengthening the American economy and creating new American jobs. This request also addresses the global humanitarian impacts of Russia's brutal invasion of Ukraine and of Hamas' horrific attacks on Israel, including by extending humanitarian assistance to civilians in Gaza. The request provides resources to the World Bank and the International Monetary Fund to ensure we can provide an alternative to coercive financing provided by the People's Republic of China (PRC), and it supports U.S. capabilities and initiatives that bolster security and stability in the Indo-Pacific. Finally, it bolsters our Nation's border enforcement and will help stop the flow of fentanyl coming into the United States.

First, the United States unequivocally condemns the horrific terrorist attacks by Hamas in Israel. More than 1,300 innocent civilians were murdered, including at least 32 American citizens. Additionally, there are 12 Americans unaccounted for, some of whom we know to be held hostage by Hamas. President Biden directed his Administration to take immediate action and do everything we can to ensure the government of Israel has what it needs. To build on that support, today the Administration is requesting funding to aid Israel's defense, an unprecedented commitment to Israel's security. This funding will increase security assistance for Israel as it seeks to reestablish territorial security and deterrence and will bolster Israel's ability to protect itself. The request also includes humanitarian support to provide life-saving humanitarian assistance in Gaza and support Palestinian refugees in the West Bank and surrounding areas. The request will also help the

Administration enhance embassy security by sustaining Mission Israel and our embassies in neighboring countries.

Second, the President has reaffirmed that we must stand up to tyranny and with Ukraine as it defends its sovereignty.  We must send the unmistakable message that in the 21st Century, a dictator cannot conquer or carve up his neighbors' territory.  The United States has rallied the world to stand with Ukraine and built a coalition of more than 50 countries that are providing weapons and equipment to help Ukraine defend itself against Russian aggression.  However, as we shared with the Congress as part of our recent supplemental funding request in August, previous supplemental appropriations for direct military aid, economic and humanitarian assistance, and other support have been committed or nearly committed.  As Ukrainians wage a tough counteroffensive and as winter fast approaches, the world is watching what the Congress does next.  It is important that we continue to do everything we can to help Ukraine succeed on the battlefield and protect its people.  As the President said, we cannot under any circumstances allow America's support for Ukraine to be interrupted—we are the indispensable Nation in the world, let's act like it.

Third, it is critically important that we maintain our focus on the importance of integrated deterrence in the Indo-Pacific for the purpose of maintaining peace and stability.  Our allies and partners in the region need our support more than ever, and this request provides resources to help them build the capabilities necessary to address threats from an increasingly assertive PRC and to meet emerging challenges.  Key investments are also needed in the American submarine industrial base to increase our ability to build and sustain attack submarines—one of our most effective deterrence capabilities.  This request makes urgent and strategic investments—including workforce development, infrastructure, and supplier capacity building—that are necessary to meet U.S. military requirements.  The Administration is also requesting funding to materially expand low-cost and transparent financing for developing countries provided by the World Bank and the International Monetary Fund.  This is a high leverage way to provide an alternative to the PRC's unsustainable and coercive financing and to alleviate the pressure on partners hard hit by the spillovers of Russia's war.

Fourth, we have been clear that Congressional Republicans need to stop playing political games with border security and provide the resources our law enforcement personnel need to keep the Southwest border secure and stop the flow of fentanyl into the United States.  This request includes resources for an additional 1,300 border patrol agents to work alongside the 20,200 agents already funded in the FY2024 Budget; 375 immigration judge teams to strengthen the immigration court system—the largest incremental request ever; 1,600 asylum officers to speed up processing of asylum claims; funding to hire 1,000 Customs and Border Protection officers with a focus on counter-fentanyl; equip Southwest border ports of entry with new cutting-edge detection technology; as well as additional investigative capabilities to prevent cartels from trafficking fentanyl into the United States.

Finally, our Nation faces additional urgent needs for millions of hard-working Americans.  The Office of Management and Budget is refining our estimates of funding required to address recent natural disasters, avoid the risk that millions of Americans lose access to affordable high-speed internet or child care, provide additional resources for the Federal Emergency Management Agency's Nonprofit Security Grant Program, and avert a funding cliff for wildland firefighter pay.

I anticipate submitting a request for supplemental funds in these areas in coming days, and I continue to urge the Congress to address critical funding needs I communicated in September, including for the Special Supplemental Nutrition Program for Women, Infants, and Children (WIC).

The world is watching and the American people rightly expect their leaders to come together and deliver on these priorities.  I urge Congress to address them as part of a comprehensive, bipartisan agreement in the weeks ahead.

Because the need for this funding arises from unforeseen and unanticipated events, the Administration requests that the amounts in this supplemental request be designated as emergency requirements pursuant to section 251(b)(2)(A)(i) of the Balanced Budget and Emergency Deficit Control Act of 1985.

Sincerely,

Shalanda D. Young

Enclosures

Identical Letter Sent to:

The Honorable Kamala D. Harris
The Honorable Patty Murray
The Honorable Susan Collins
The Honorable Kay Granger
The Honorable Rosa L. DeLauro

Attachment 2:  Israel

DEPARTMENT OF DEFENSE--MILITARY PROGRAMS

OPERATION AND MAINTENANCE

Operation and Maintenance, Defense-Wide

For an additional amount for "Operation and Maintenance, Defense-Wide", $4,400,000,000, to remain available until September 30, 2025, to respond to the situation in Israel and for related expenses:  *Provided*, That amounts made available by under this heading shall be available for transfer to accounts under the headings "Operation and Maintenance", "Procurement", "Research, Development, Test and Evaluation", and "Revolving and Management Funds" for replacement, through new procurement or repair of existing unserviceable equipment, of defense articles from the stocks of the Department of Defense, and for reimbursement for defense services of the Department of Defense and military education and training, provided to or identified for provision to Israel or to foreign countries that have provided support to Israel at the request of the United States:  *Provided further*, That amounts made available under this heading may also be transferred to accounts under the heading "Procurement" for expansion of public and private plants, including the land necessary therefor, and procurement and installation of equipment, appliances, and machine tools in such plants, for the purpose of increasing production of critical munitions:  *Provided further*, That of amounts made available under this heading may also be transferred to accounts under the heading "Procurement" and "Research, Development, Test and Evaluation" for the acquisition of critical defense articles:  *Provided further*, That funds transferred pursuant to a transfer authority provided under this heading shall be merged with and available for the same purposes and for the same time period as the appropriations to which the funds are transferred:  *Provided further*, That the Secretary of Defense shall notify the congressional defense committees of the details of such transfers not less than 15 days before any such transfer:  *Provided further*, That upon a determination that all or part of the funds transferred from this appropriation are not necessary for the purposes provided under this heading, such amounts may be transferred back and merged with this appropriation:  *Provided further*, That amounts may be transferred between appropriations made under this heading:  *Provided further*, That any transfer authority provided under this heading is in addition to any other transfer authority provided by law:  *Provided further*, That such amount in this paragraph is designated by the Congress as an emergency requirement pursuant to section 251(b)(2)(A) of the Balanced Budget and Emergency Deficit Control Act of 1985, as amended:  *Provided further*, That such amounts shall be available only if the President designates such amount as an emergency requirement pursuant to section 251(b)(2)(A).

This request would provide $4.4 billion to the Department of Defense (DOD) for several large activities in response to the situation in Israel, including:  replace defense articles from the DOD stocks; reimburse DOD components for defense services and military education and training provided to the government of Israel under section 506(a)(1) of the Foreign Assistance Act of 1961 (22 U.S.C. 2318(a)), as amended; improve ammunition plants and equipment to increase the capacity and accelerate production of equipment to more rapidly replenish defense stocks; and acquire critical defense articles, in lieu of article-specific specific procurement

appropriations.  The request would also allow DOD to transfer amounts between the different appropriations detailed.

DEPARTMENT OF DEFENSE--MILITARY PROGRAMS

PROCUREMENT

Procurement of Ammunition, Army

For an additional amount for "Procurement of Ammunition, Army", $801,400,000, to remain available until September 30, 2026, to respond to the situation in Israel and for related expenses:  *Provided*, That such amount is designated by the Congress as an emergency requirement pursuant to section 251(b)(2)(A) of the Balanced Budget and Emergency Deficit Control Act of 1985, as amended:  *Provided further*, That such amount shall be available only if the President designates such amount as an emergency requirement pursuant to section 251(b)(2)(A).

This request would provide $801 million to the Procurement of Ammunition, Army account in the Department of Defense.  Funds would be used to:  improve ammunition plants and equipment in order to increase capacity; and accelerate the production of equipment in order to more rapidly replenish defense stocks.

DEPARTMENT OF DEFENSE--MILITARY PROGRAMS

PROCUREMENT

Procurement, Defense-Wide

For an additional amount for "Procurement, Defense-Wide", $4,000,000,000, to remain available until September 30, 2027, for the Secretary of Defense to provide to the Government of Israel for the procurement of the Iron Dome and David's Sling defense systems to counter short-range rocket threats:  *Provided*, That such funds shall be transferred pursuant to an exchange of letters and are in addition to funds provided pursuant to the U.S.-Israel Iron Dome Procurement Agreement, as amended:  *Provided further*, That nothing under this heading shall be construed to apply to amounts made available in prior appropriations Acts for the procurement of the Iron Dome and David's Sling defense systems:  *Provided further*, That such amount is designated by the Congress as being for an emergency requirement pursuant to section 251(b)(2)(A) of the Balanced Budget and Emergency Deficit Control Act of 1985, as amended:  *Provided further*, That such amounts shall be available only if the President designates such amount as an emergency requirement pursuant to section 251(b)(2)(A).

This request would provide $4 billion to the Procurement, Defense-Wide account in the Department of Defense.  Funds would be transferred to the government of Israel for the procurement of the Iron Dome Defense System capabilities and David's Sling short-range ballistic missile defense in order to counter short-range rockets and mortar threats.

31

DEPARTMENT OF DEFENSE--MILITARY PROGRAMS

PROCUREMENT

Defense Production Act Purchases

For an additional amount for "Defense Production Act Purchases", $198,600,000, to remain available until expended, for activities by the Department of Defense pursuant to sections 108, 301, 302, and 303 of the Defense Production Act of 1950 (50 U.S.C. 4518, 4531, 4532, and 4533): Provided, That such amounts shall be obligated and expended by the Secretary of Defense as if delegated the necessary authorities conferred by the Defense Production Act of 1950: *Provided further*, That such amount is designated by the Congress as an emergency requirement pursuant to section 251(b)(2)(A) of the Balanced Budget and Emergency Deficit Control Act of 1985, as amended: *Provided further*, That such amount shall be available only if the President designates such amount as an emergency requirement pursuant to section 251(b)(2)(A).

This request would provide $199 million to the Defense Production Act Purchases Account in the Department of Defense.  Funds would be used to mitigate industrial base constraints to allow for faster production of weapons and equipment.

DEPARTMENT OF DEFENSE--MILITARY PROGRAMS

RESEARCH, DEVELOPMENT, TEST, AND EVALUATION

Research, Development, Test and Evaluation, Defense-Wide

For an additional amount for "Research, Development, Test and Evaluation, Defense-Wide", $1,200,000,000, to remain available until September 30, 2026, for the Secretary of Defense to provide to the Government of Israel for the development of the Iron Beam defense system to counter short-range rocket threats: *Provided*, That such funds shall be transferred pursuant to an exchange of letters: *Provided further*, That nothing in the preceding proviso shall be construed to apply to amounts made available in prior appropriations Acts for the development of the Iron Beam defense system: *Provided further*, That such amount is designated by the Congress as being for an emergency requirement pursuant to section 251(b)(2)(A) of the Balanced Budget and Emergency Deficit Control Act of 1985, as amended: *Provided further*, That such amounts shall be available only if the President designates such amount as an emergency requirement pursuant to section 251(b)(2)(A).

This request would provide $1.2 billion to the Research, Development, Test and Evaluation, Defense-Wide account in the Department of Defense.  Funds would be transferred to the government of Israel for the development of the Iron Beam defense system capabilities in order to counter short-range rockets and mortar threats.

DEPARTMENT OF DEFENSE--MILITARY PROGRAMS

TITLE VIII–GENERAL PROVISIONS

Sec.      .  Section 12001 of the Department of Defense Appropriations Act, 2005 (Public Law 108-287), as amended by Public Law 115-141, is amended as follows:

(a)   In paragraph (2) of subsection (a), by striking "armor" and all that follows through the end of the paragraph and inserting "defense articles that are in the inventory of the Department of Defense as of the date of transfer, are intended for use as reserve stocks for Israel, and are located in a stockpile in Israel as of the date of transfer";

(b)   In subsection (b), by striking "at least equal to the fair market value of the items transferred" and inserting "in an amount to be determined by the Secretary of Defense"; and

(c)   In subsection (c), by inserting before the comma in the first sentence the following: ", or as far in advance of such transfer as is practicable as determined by the President on a case-by-case basis during extraordinary circumstances impacting the national security of the United States".

This request would modify requirements that apply to certain defense articles that the Department of Defense (DOD) transfers to Israel.  Section 12001 of the Department of Defense Appropriations Act, 2005 (Public Law 108-287), as amended (section 12001), currently allows the DOD to transfer specified categories of defense articles to Israel in exchange for certain concessions from Israel, subject to multiple restrictions—including that the articles are obsolete or surplus to DOD.  It further requires the President to notify the Congress at least 30 days prior to such transfer.  This request would modify section 12001 to:  allow for the transfer of all categories of defense articles; remove the requirement that these articles be obsolete or surplus to DOD; allow DOD greater flexibility in determining the value of the concessions provided in exchange for the transfers; and provide for the possibility of shortening the 30-day prior notice period in extraordinary circumstances.

Sec.      .  For fiscal year 2024, section 514(b) of the Foreign Assistance Act of 1961 (22 U.S.C. 2321h(b)) shall not apply to defense articles to be set aside, earmarked, reserved, or intended for use as reserve stocks in stockpiles in the State of Israel.

This request would waive, for fiscal year 2024, the monetary cap in section 514(b) of the Foreign Assistance Act of 1961 (22 U.S.C. 2321h), which limits DOD's ability to transfer defense articles into the War Reserve Stockpile Allies-Israel (WRSA-I).  Specifically, the provision would waive both the $500 million per fiscal year cap for all foreign country stockpile contributions, as it pertains to Israel, as well as the WRSA-I-specific monetary cap of $200 million per fiscal year.

# EXHIBIT
# E-29

11/12/23, 10:14 AM
Case 4:23-cv-05829-JSW   Document 19-12   Filed 11/16/23   Page 138 of 274
Gallant: We can't say 'no' to the US on humanitarian aid given how much they do for us | The Times of Israel

🔴 **LIVE UPDATE** / FROM THE LIVEBLOG OF FRIDAY, OCTOBER 20, 2023

# Gallant: We can't say 'no' to the US on humanitarian aid given how much they do for us

20 October 2023, 9:25 pm



Defense Minister Yoav Gallant briefs NATO counterparts on October 12, 2023 (Elad Malka/Defense Ministry)

Lawmakers in the Knesset's Foreign Affairs and Defense Committee have leaked selected quotes from a meeting earlier this week during the Gaza war to Channel 12.

During the meeting, Defense Minister Yaov Gallant was pressed on why the government agreed to allow humanitarian aid into Gaza from Egypt before the hostages have been returned.

"The Americans insisted and we are not in a place where we can refuse them. We rely on them for planes and military equipment. What are we supposed to do? Tell them no?" Gallant responds

# EXHIBIT
# E-30

11/12/23, 12:21 PM    Remarks by President Biden on How Bidenomics and the Investing in America Agenda are Growing the Economy in Every Regi…

Case 1:23-cv-05829-SCW  Document 19-12  Filed 11/16/23  Page 140 of 274

OCTOBER 23, 2023

# Remarks by President Biden on How Bidenomics and the Investing in America Agenda are Growing the Economy in Every Region of the Country

3:11 P.M. EDT

THE PRESIDENT:  Folks — Mark, thank you very much for the introduction.

Look, a little over a year ago, I signed the bipartisan CHIPS and Science Act. That act did two things.  Excuse me, I have a little bit of a cold.  First, it's a historic investment in bringing the semiconductor industry back to America. We invented the semiconductors — those little computer chips that are about the size of the tip of your little finger.  They affect nearly everything in our lives from cellphones, to automobiles, to refrigerators, to the most sophisticated weapons systems we have.

America invented these chips.  But over time, we went from producing nearly 40 percent of the world's chips down to producing just over 10 percent.

And as a result of the CHIPS and Science Act, the semiconductor companies all over the world are investing over a hundred billion dollars to bring chip production back to the United States.  I've visited almost every major center, starting from South Korea on, and they want to be here, building the chips here in America.

Second, the bill created what we call "tech hubs" as part of the bill.  A tech hub is going — we're going to invest in critical technologies, like biotechnology, critical ~~materials~~ [minerals], quantum computing, and advanced manufacturing so the U.S. will lead the world again in innovation across the board.

part of a long line of transformational investments we've made since I took office.

And as a result, I truly believe this country is about to take off, because, for the first time in a long time, we're investing in America and we're investing in American people.  We're investing in our future.  And I can honestly say I've never been more optimistic about America's future.

I want to thank you.  And I'm going to leave you now with Secretary Gina Raimondo, who has been the engine behind this effort.  She's going to lead the discussion with representatives from these tech hubs on the screen behind me for all of you to see.

I apologize.  I have to go to the Situation Room.  We have another issue that I have to deal with.

But thank you, thank you, thank you.

Q    Sir, Pope Francis spoke with you yes- — you spoke to Pope Francis by phone yesterday?

THE PRESIDENT:  I did.

Q    How did — how did that conversation impact you?  What did you take away from it — that conversation with Pope Francis?

THE PRESIDENT:  I'll answer this one question.  It — the Pope and I are on the same page.  He — he was very, very interested in what we were doing to deal with some of the crises that we're facing, particularly in Israel this time around.

And I laid out to him what the gameplan was, how we thought we should be providing the kind of assistance to Israel that it needed.  And the Pope was, across the board, supportive of what we're doing.

Thank you.

(Cross-talk by reporters.)

11/12/23, 12:21 PM    Remarks by President Biden on How Bidenomics and the Investing in America Agenda are Growing the Economy in Every Regi…

Case 7:23-cv-05830-BSW  Documents 19-12  Filed 11/16/23  Page 142 of 274

Q    Is the U.S. supporting the hostages-for-a-ceasefire deal?

THE PRESIDENT:  We should get the — we should have a ceasefire — not a ceasefire, we should have those hostages released, and then we can talk.

Q    Any comment on the new hostages that were just released?

Q    Has there been any progress on that front, Mr. President?

THE PRESIDENT:  (Inaudible.)

3:18 P.M. ED

# EXHIBIT
# E-31

🔗 https://www.vice.com/en/article/7kxddx/us-should-press-israel-to-implement-measures-to-sav…

✏️ Mitchell Prothero

# US Should Press Israel on Measures to Save 'Thousands of Lives' in Gaza: Internal Memo

A man sits amid the destruction following Israeli strikes on Al-Shatee camp in Gaza City on October 28, 2023. (Photo by MOHAMMED ABED/AFP via Getty Images)

There is growing discontent among some U.S. officials over Israel's military offensive, with concerns being raised in multiple departments, including the Department of Defense, which relayed expert warnings to the White House that Israel's evacuation orders risk committing a war crime, VICE News has learned.

The U.S. has largely maintained unwavering public support of Israel's military actions since the Oct. 7 Hamas attack (although its tone has softened in recent days), as some organizations, including the UN, Amnesty International and Human Rights Watch, have raised concerns that Israel may be breaking international laws surrounding warfare. On Saturday, Cindy McCain, the head of the World Food Programme said their ability to deliver aid is at a "standstill" after Israel cut communications to Gaza amid its largest offensive to date.

On Oct. 12, in advance of an expected ground offensive, Israel ordered the evacuation of 1.1 million residents in the north of Gaza, demanding they move southward, which the UN called "impossible" and Human Rights Watch described as raising "serious legal and humanitarian red flags," citing that a forced displacement could be breaking Geneva Conventions. A White House spokesperson defended the order, saying Israel was trying to isolate the civilian population from Hamas militants.

11/12/23, 10:20 AM    US Should Press Israel to Implement Measures to Save Tens of Thousands of Lives in Gaza: Internal Cable

Case 4:23-cv-05829-JSW Document 19-12 Filed 11/16/23 Page 145 of 274

But as President Joe Biden, along with key allies like the U.K., has publicly maintained strong support for Israel since it began its bombardment of Gaza , some American diplomatic officials have expressed serious concerns about the growing humanitarian crisis in the Gaza Strip.

In an unclassified diplomatic cable, exclusively seen by VICE News, the U.S. Office for Palestinians affairs in Jerusalem, which reports directly to the State Department on Palestinian issues, warned the White House of the dire situation facing Palestinians in Gaza and impressed upon it the need to take immediate action in order to "save the lives of tens of thousands of people."

The cable lays out clear measures "for [the] immediate implementation to alleviate human suffering" and called for the U.S. to press Israel to restore water services, allow aid convoys to deliver fuel, and to provide for the safety of telecom workers in Gaza to restore cellular services.  While the cable does not openly oppose the White House's stance on Israel, such strongly worded recommendations are relatively rare and suggests some discontent among diplomatic officials.

The cable reveals internal concern surrounding the military action taken by Israel on Gaza since the Hamas attack on Oct. 7.  Israel has said its aim is to defeat Hamas and inflict severe damage on the besieged strip. Publicly, the White House has declared its support for Israel, and refused to call for a ceasefire. President Biden recently came under fire from Palestinian rights advocates after he cast doubt on the death toll coming out of the Strip because the Health ministry is run by Hamas.

A man pushes his push bike past a gas station destroyed during Israeli bombardment in Khan Yunis refugee camp, in Khan Yunis in the southern Gaza Strip on October 28 , 2023, amid the ongoing battles between Israel and the Palestinian group Hamas. Thousands of civilians, both Palestinians and Israelis, have died since October 7, 2023, after Palestinian Hamas militants based in the Gaza Strip entered southern Israel in an unprecedented attack triggering a war declared by Israel on Hamas with retaliatory bombings on Gaza. (Photo by MOHAMMED ABED/AFP via Getty Images)

Since President Biden's comments, the <u>health ministry has published a 212-page list</u> of the names, ages, sex, and identity card numbers of those killed. As of Saturday the ministry said 7,700 Palestinians, including more than 3,000 children, have been killed in the 20 days since Hamas killed 1,400 Israelis and took more than 200 hostage.

The internal U.S. diplomatic cable, which has been verified by VICE News, discloses a difference of opinion among American officials about the severity of the humanitarian situation in Gaza.

The cable, dated October 24th, is titled "What People Need Now to Survive - Water to Save Lives, and Fuel to Provide Water, Healthcare, and Transport." It lays out key points relating to the situation faced on the ground by Palestinians as well as recommendations.

Ten points, labelled "Sensitive but Unclassified," highlight  concerns including shortages in water and fuel and aid, disclosing that people inside "Gazan shelters have access to as little as half a litre of potable drinking water daily." It adds that the water shortage is threatening lives and that "52,000 pregnant women are at risk of serious complications or death because they are drinking brackish water."  It goes on to underscore that the water crisis is "off the scale at all levels" and that "avoidable fatalities will come from salinity and disease, not dehydration."

A further focus of the cable is the lack of fuel, of which supplies "are all but exhausted." Numerous points lay out in detail how this is impacting water access, UN aid operations, and life saving medical equipment. It notes that "no fuel has entered Gaza since the start of the conflict and existing fuel supplies are tightly controlled by the UN or located inside gas stations" and that the "Israeli military has banned under threat of bombardment any transport of fuel into Gaza."

Neither the State Department nor the Department of Defense was able to provide comment prior to publication.

The cable also said that Egypt could help provide electricity by turning on an inactive line to Gaza for less than $5 million in assistance.

The cable ends with estimates from the UN's Office for The Coordination of Humanitarian Affairs that there are an estimated 1.4 million internally displaced persons in Gaza, with about 590,000 of those sheltering in 150 overcrowded UN designated shelters. The last point in the cable is headlined: "If this Stays an Additional Week, it will be Non-Reversibly Catastrophic." The cable ends by stating "A UN OCHA [Office for the Coordination of Humanitarian Affairs] contact described the situation as reaching 'deep into devastation,' and begged the United States to urgently 'prioritize' a humanitarian response."

Some internal dissent within the Biden Administration came to light last week after a U.S. diplomat resigned over America's unwavering support for Israel's military offensive in Gaza. Josh Paul was the director of congressional and public affairs at the State Department's bureau responsible for arms transfers and security assistance to foreign governments. In a letter posted on LinkedIn, Paul said "I cannot work in support of a set of major policy decisions, including rushing more arms to one side of the conflict, that I believe to be shortsighted, destructive, unjust, and contradictory to the very values that we publicly espouse".

## Get the latest from VICE News in your inbox. Sign up right here.

By signing up, you agree to the Terms of Use and Privacy Policy & to receive electronic communications from Vice Media Group, which may include marketing promotions, advertisements and sponsored content.

Generated with Reader Mode

# EXHIBIT

# E-32

🔗 https://apnews.com/article/israel-military-iran-navy-gaza-1a906598be5baccc614897768b182…

🖊 TARA COPP, AAMER MADHANI

# Pentagon rushes defenses and advisers to Middle East as Israel's ground assault in Gaza looms | AP News

Updated 7:55 PM PST, October 23, 2023

WASHINGTON (AP) — The Pentagon has sent military advisers, including a Marine Corps general versed in urban warfare, to Israel to aid in its war planning and is speeding multiple sophisticated air defense systems to the Middle East days ahead of an anticipated ground assault into Gaza.

One of the officers leading the assistance is Marine Corps Lt. Gen. James Glynn, who previously helped lead special operations forces against the Islamic State and served in Fallujah, Iraq, during some of the most heated urban combat there, according to a U.S. official who was not authorized to discuss Glynn's role and spoke on the condition of anonymity.

Glynn will also be advising on how to mitigate civilian casualties in urban warfare, the official said.

Israel is preparing a large-scale ground operation in an environment in which Hamas militants have had years to prepare tunnel networks and set traps throughout northern Gaza's dense urban blocks. Glynn and the other military officers who are advising Israel "have experience that is appropriate to the sorts of operations that Israel is conducting," National Security Council spokesman John Kirby said Monday. The advisers will not be engaged in the fighting, the unidentified U.S. official said.

The military team is one of many fast-moving pieces the Pentagon is getting in place to try and prevent the already intense conflict between Israel and Hamas from becoming a wider war. It also is trying to protect U.S. personnel, who in the last few days have come under repeated attacks that the Pentagon has said were likely endorsed by Iran.

Kirby said Iran was "in some cases actively facilitating these attacks and spurring on others who may want to exploit the conflict for their own good, or for that of Iran. We know that Iran's goal is to maintain some level of deniability here. But we're not going to allow them to do that."

The White House said President Joe Biden spoke with Israeli Prime Minister Benjamin Netanyahu on Monday to update him on "U.S. support for Israel and ongoing efforts at regional deterrence, to include new U.S. military deployments."

On Monday, the U.S. military garrison at an-Tanf, Syria, came under attack again, this time by two drones. The drones were shot down and no injuries were reported. It was the latest episode of more than a half-dozen times in the last week that U.S. military locations in the Middle East had come under rocket or drone attack since a deadly blast at a Gaza hospital.

Last Thursday the destroyer USS Carney shot down four land-attack cruise missiles launched from Yemen that the Pentagon has said were potentially headed toward Israel.

In response, over the weekend the Pentagon announced it was sending multiple Patriot missile defense system battalions and a Terminal High Altitude Area Defense system to the Middle East, as well as repositioning the Eisenhower strike group to the U.S. Central Command area of responsibility. The ship had previously been en route to the Eastern Mediterranean.

The shift means that the Navy will have a carrier strike group off the shore of Israel — the Ford carrier strike group — and another, the Eisenhower, potentially maneuvered to defend U.S. forces and Israel from the Red Sea or the Gulf of Oman.

"We're going to continue to do what we need to do to protect and safeguard our forces and take all necessary measures," Ryder said. "No one wants to see a wider regional conflict. But

we will not hesitate to protect our forces."

The U.S. has also advised Israeli officials to consider a delay in any ground assault, saying it would give more time to allow the U.S. to work with its regional partners to release more hostages, according to a U.S. official familiar with Biden administration thinking on the matter. The official, who requested anonymity to discuss the private discussions, said it was unclear how much the argument will "move the needle" on Israeli thinking.

The official noted that with the help of Qatar mediating with Hamas, the U.S. was able to win the release of two captives, Judith and Natalie Raanan. The process that led to their release — just two of more than 200 people in Israel who were taken hostage in the Oct. 7 attacks — started soon after the Hamas operation. The official noted arranging for the release of the Raanans took longer to come together than many people realized.

Asked during a brief exchange with reporters at the White House on Monday if the U.S. would be supportive of a ceasefire-for-hostage deal, Biden replied, "We should have those hostages released and then we can talk."

During his phone call with Netanyahu, Biden also "reaffirmed his commitment to ongoing efforts to secure the release of all the remaining hostages taken by Hamas — including Americans — and to provide for safe passage for U.S. citizens and other civilians in Gaza," the White House said.

The International Committee of the Red Cross said Monday that Hamas had released two more hostages. They were identified by Israeli media as Yocheved Lifshitz and Nurit Cooper of the Israeli kibbutz of Nir Oz.

Glynn's assignment to Israel was first reported by Axios.

___ Find more of AP's coverage at https://apnews.com/hub/israel-hamas-war

Generated with Reader Mode

# EXHIBIT
# E-33

11/12/23, 12:27 PM    Press Briefing by Press Secretary Karine Jean-Pierre and NSC Coordinator for Strategic Communications John Kirby | The Whit…

Case 4:23-cv-05829-JSW   Document 19-12   Filed 11/16/23   Page 154 of 274

OCTOBER 23, 2023

# Press Briefing by Press Secretary Karine Jean-Pierre and NSC Coordinator for Strategic Communications John Kirby

1:19 P.M. EDT

MS. JEAN-PIERRE:  Good afternoon, everybody.  Good to see everyone.
Have a couple things at the top before I turn it over to the Admiral.

As the conflict between Israel and Hamas continues, President Biden has
made it a top priority to ensure that the Palestinian people receive urgently
needed humanitarian aid.  This is something he's been actively engaged on
over the past week, including calls with President Sisi of Egypt and in
meetings and calls with Prime Minister Netanyahu.

We were glad to see the first convoys of humanitarian assistance over the
weekend cross the border into Gaza and reach Palestinians in need, and
we're grateful for partners involved in these efforts.

It is important to keep Rafah Crossing in operation and aid flowing without
diversion from Hamas.

Humanitarian ~~assistant~~ [assistance] remains a critical and urgent need for
Palestinians in Gaza.  We know — we know and we understand this — that
much more is needed, and this will remain a priority — a priority for us in the
days and weeks ahead.

I also wanted to say a few words about the supplemental request that we
detailed to all of you on Friday.

Under President Biden's leadership, we have rallied a global response to
Putin's invasion of Ukraine and provided aid to Israel following Hamas's
barbaric terrorist attack.

MR. KIRBY:  It's our view that the Israeli Defense Forces, Steve, need to decide for themselves how they're going to conduct operations.  We're not in the business of — of dictating terms to them, and we're certainly not going to be in the business here from the White House of previewing any — any future operations one way or the other.  That would be inappropriate.

Q    And then, secondly, you said that Iran is actively facilitating these attacks.  What do you see?  What — what exactly are they doing?

MR. KIRBY:  Oh, their support for these Iran-backed proxies is no secret.  It's pretty open.  And they've tried to make — they've made no secret of it — funding; resourcing, in terms of providing the rockets and the — and the munitions that they fire; training for some of these guys.

I mean, there is a — there is a connection between these — these groups and the IRGC — a very direct connection.

MS. JEAN-PIERRE:  Go ahead, MJ.

Q    The — we have reported that the administration has been urging Israel to delay a ground invasion.  Can you tell us whether other countries are making the same request?  Is there a coordinated effort on that front?

MR. KIRBY:  I won't — MJ, I won't speak for other nations and what communications they might be having with Israel.

I can tell you, we have, since the beginning of the conflict, in the early hours, maintained a level of communication with our Israeli counterparts to ascertain their intentions, their strategy, their aims to — to see what their answers are to the kinds of tough questions that any military ought to be asking before you launch any kind of a major operation.  Have you thought through the branches?  Have you thought through the sequels?  Have you thought through the unintended consequences?

And so, we are in active conversation with them about that.

Q    And, John, we've seen a number of leaders travel to Israel or commit to traveling to Israel — of course, the President himself.

# EXHIBIT
# E-34

OCTOBER 24, 2023

# Press Briefing by Press Secretary Karine Jean-Pierre and NSC Coordinator for Strategic Communications John Kirby

James S. Brady Press Briefing Room

1:31 P.M. EDT

MS. JEAN-PIERRE:  Good afternoon.  Good afternoon, everyone.

All right, I want to make something clear at the top, because I understand how important moral clarity is, especially at this time.

So, when Jews are targeted because of their beliefs or their identity, when Israel is singled out because of anti-Jewish hatred, that is antisemitism, and that is unacceptable.  There is no place for antisemitism.  Full stop.  Period.

This is important to the President.  It's important to me personally and to everyone in the administration.

Following the Hamas terror attacks in Israel, which were the deadliest for Jews since the Holocaust, the President has been consistent and clear: We must all do our part and forcefully — forcefully speak out against antisemitism, and we must ensure there is no place for hate in America — not against Jews, not against Muslims, not against Arab Americans, not against Palestinian Americans, not against anyone.

So, I wanted to start there today.

And with that, I'd like to call up my colleague Admiral John Kirby to take any additional questions that you have on Israel or any other foreign policy questions that you have.  He agreed to come back today.  And so, thank you,

I said this the other day, and — and I think your question prompts me to say it again, because I think it's an important notion: This is war. It is combat. It is bloody. It is ugly, and it's going to be messy. And innocent civilians are going to be hurt going forward.

I wish I could tell you something different. I wish that that wasn't going to happen. But it is — it is going to happen.

And that doesn't make it right. It doesn't make it dismissible. It doesn't mean that we aren't going to still express concerns about that and — and do everything we can to help the Israelis do everything they can to minimize it.

But — but that's — that's, unfortunately, the nature of conflict.

MS. JEAN-PIERRE: Go ahead, Selina.

Q    Thank you, Admiral. So, going off your earlier exchange with Peter, to be clear: The U.S. cannot say if they're confident that Israel has a clear and achievable military plan?

MR. KIRBY: That is a question for the Israeli Defense Forces.

Q    You've said you've asked them tough questions, but has the U.S. set or discussed any possible red lines?

MR. KIRBY: No.

Q    And following on that, Secretary of State Antony Blinken had just said "humanitarian pauses must be considered" to protect civilians in Gaza. Can you expand on that?

MR. KIRBY: Can I expand on — I'm sorry.

Q    Secretary of State Antony Blinken said "humanitarian pauses must be considered" to protect civilians in Gaza.

MR. KIRBY: We want — as I said from the beginning, we want to see all

# EXHIBIT
# E-35

OCTOBER 26, 2023

# Press Briefing by Press Secretary Karine Jean-Pierre, National Economic Council Director Lael Brainard, and NSC Coordinator for Strategic Communications John Kirby

James S. Brady Press Briefing Room

1:33 P.M. EDT

MS. JEAN-PIERRE: Good afternoon, everyone.

Q Good afternoon.

MS. JEAN-PIERRE: I wanted to start with a word about the horrific news out of Lewiston, Maine, last night, where we saw another tragic shooting that has taken at least 18 lives, injured many others, and left countless people in grief, shock, and trauma.

As the President said in a statement earlier today, he and the First Lady are praying for the victims and their families; for those still fighting for their lives; and for the families, survivors, and community members reeling from this latest act of gun violence.

And, importantly, we continue to urge all residents to heed the warnings and guidance of the local officials and federal law enforcement who are on the ground to assist with the response.

During the state dinner last night, the President was informed and stepped out to receive an initial briefing of the shooting. Later, he stepped out to speak with Maine Governor Janet Mills, as well as Senators Collins and King, and Congressman Jared Golden. He pledged full federal support in the wake of this horrific tragedy.

Okay, and we're moving on. Okay. Yes.

As you know, Admiral John Kirby is here to do — I think you have something to share at the top, and also take any of your foreign policy questions.

Admiral.

MR. KIRBY: Thanks, Karine.

Good afternoon, everybody. Let me start — I've got a couple of things I want to get through. Let me start with the — the Middle East.

==The President continues to be routinely updated by the national security team on the situation there. Obviously continuing to support — we are continuing to support Israel's military. Security assistance continues to flow to them as needed, almost on a daily basis. And obviously, we're still laser-focused on the humanitarian assistance situation, making sure that more food, water, medicine can get in.==

Since the 21st of this month, some 74 trucks have now gotten in, 12 over just the last 24 hours. Not enough. More needs to go. And we're working with partners on the ground to see if we can accelerate and increase the flow of humanitarian assistance in.

So, again, it's a — it remains a high focus for him and for the national security team.

I do want to, if — if you'll allow me to, just to take a couple of minutes to update you on the battlefield situation in Ukraine.

As we have said publicly, Russia has launched a renewed offensive in eastern Ukraine across multiple lines, including around Avdiivka, Lyman, and Kupiansk.

Now, I spoke about this in a gaggle recently, but this offensive was not a surprise. We've been watching this build and come. And we've warned that President Putin still aims to conquer Ukraine, and we've been working to ensure that Ukraine has the equipment it needs to defend its territory.

# EXHIBIT
# E-36

 Welcome to the United Nations

Resource    English

    

# Countdown to Human Rights Day

Human rights at your doorstep (or computer screen). Sign up now for our
High Level Event

**Learn more**

**Latest / Media Center**

STATEMENTS AND SPEECHES | OFFICE OF THE HIGH COMMISSIONER FOR HUMAN
RIGHTS

# Gaza: Continued violence is not the answer

**28 October 2023**

**Share**



DELIVERED BY

## UN High Commissioner for Human Rights Volker Türk

Last night's bombardment and ground operations in Gaza by Israeli forces were reportedly the most intensive yet, taking this terrible crisis to a new level of violence and pain. Compounding the misery and suffering of civilians, Israeli strikes on telecommunications installations and subsequent Internet shutdown have effectively left Gazans with no way of knowing what is happening across Gaza and cut them off from the outside world.

We remind all parties of their obligations under international humanitarian law and international human rights law.

The bombing of the telecommunications infrastructure places the civilian population in grave danger. Ambulances and civil defence teams are no longer able to locate the injured, or the thousands of people estimated to be still under the rubble. Civilians are no longer able to receive updated information on where they can access humanitarian relief and where they

may be in less danger. Many journalists can now no longer report on the situation.

We lost contact with our colleagues in Gaza last night. Our colleagues had already endured days and nights under the incessant bombardment of Gaza. They lost families, friends and homes in strikes that have killed several thousands in a mere three weeks and razed complete neighborhoods across Gaza. There is no safe place in Gaza and there is no way out. I am very worried for my colleagues, as I am for all civilians in Gaza.

When these hostilities end, those who have survived will face the rubble of their homes and the graves of their family members. Inflicting wounds and trauma on hundreds of thousands of people does not help anyone.

The humanitarian and human rights consequences will be devastating and long-lasting. Thousands have already died, many of them children. Given the manner in which military operations have been conducted until now, in the context of the 56-year-old occupation, I am raising alarm about the possibly catastrophic consequences of large-scale ground operations in Gaza and the potential for thousands more civilians to die.

Continued violence is not the answer. I call on all parties as well as third States, in particular those with influence over the parties to the conflict, to do all in their power to de-escalate this conflict, and to work toward the goal where Israelis and Palestinians can fully enjoy all human rights and live side by side, in peace.

**For more information and media requests, please contact**

**In Geneva**

Ravina Shamdasani + 41 22 917 9169 / **ravina.shamdasani@un.org** or

# EXHIBIT
# E-37

11/12/23, 12:45 PM    Press Briefing by Press Secretary Karine Jean-Pierre and NSC Coordinator for Strategic Communications John Kirby | The Whit…

Case 4:23-cv-05829-JSW   Document 19-12   Filed 11/16/23   Page 167 of 274

OCTOBER 30, 2023

# Press Briefing by Press Secretary Karine Jean-Pierre and NSC Coordinator for Strategic Communications John Kirby

James S. Brady Press Briefing Room

3:30 P.M. EDT

MS. JEAN-PIERRE:  Let's give folks a couple of seconds to settle in.

All right, everyone.  Good afternoon.

Q    Good afternoon.

MS. JEAN-PIERRE:  Thank you.  Since the October 7th Hamas terrorist attacks in Israel, we have seen an alarming rise in reported antisemitic incidents at schools and on college campuses.

There is no place for hate in America, and we condemn any antisemitic threat or incident in the strongest — in the strongest terms.  We're also closely monitoring and concerned by the reports of antisemitic threats at Cornell University.

To the students at Cornell and on campuses across the country: We're tracking these threats closely, we're thinking of you, and we're going to do everything we can on both — at Cornell and across the country to counter — to counter terrorism — antisemitism.

Today, we announced that the Biden-Harris administration is taking multiple actions to address this alarming rise.  President Biden has been clear: We can't stand by and stand silent in the face of hate.  We must, without equivocation, denounce antisemitism.  We must also, without equivocation,

11/12/23, 12:45 PM    Case 4:23-cv-05829-JSW   Document 12-19 · NSC Coordinator for Strategic Communications John Kirby | The Whit…

Case 4:23-cv-05829-JSW   Document 12-19   Filed 11/16/23   Page 168 of 274

localized humanitarian pauses to allow aid to get to specific populations and maybe even to help with the evacuation of people that want to get out, move more to the south.  We do support that.  W<mark>e do not support a ceasefire at this time.</mark>

MS. JEAN-PIERRE:  Go ahead.

Q    Are you afraid of being isolated in this?  I mean, of being at odds with the international community?

MR. KIRBY:  I will let other nations speak for their prerogatives on this.  President Biden has been crystal clear about where we are on this.  It's about making sure Israel has what it needs to continue to defend itself and to go after these Hamas leaders.  It's about making sure humanitarian assistance can get in to the hundreds of thousands of people that — that need it.  And it's about trying to find and get out hostages that Hamas is holding.  Those are the three things we're focused on.

MS. JEAN-PIERRE:  Go ahead, MJ.

Q    John, as you continue to see U.S. military assets targeted in Iraq and Syria, can you say whether the concern about this war broadening out into a greater regional conflict — is it greater now than, say, a week ago?

MR. KIRBY:  I don't know that I'd put a percentage on it, MJ.  We're deeply concerned about that potential, which is why we have done everything we can to send a strong signal of deterrence to prevent that.

In fact, if you just look at the decisions the President has made, they're all designed to prevent a deepening conflict, a widening conflict — any — any kind of escalation.

The force posture that we've added to the region, the conversations that he continues to have with world leaders, certainly, there in the region — everything we're doing is to try to prevent that.  But it is — it is — it is still of concern.

Q    And can you say whether there's any kind of assessment at this point on the video that was released by Hamas just earlier today featuring three women who appear to be held hostage by Hamas?

MR. KIRBY:  I'm not able to — we're not able to independently verify the authenticity of those videos.  We're also not in a position to refute their authenticity.

It's beyond reprehensible that Hamas would put these videos out there like that.  I guess, on one hand, for the families, that — I suspect that, you know, it would at least answer a question about their loved ones.  But — but I can't imagine the added anguish and pain that it causes them to see their — their loved ones in such a state.

But it's reprehensible that they would do that.

Q   And — and there remains no, sort of, proof-of-life video featuring American citizens, as far as U.S. officials are concerned?

MR. KIRBY:  Not that I'm aware of.

MS. JEAN-PIERRE:  Go ahead, Sabrina.

Q   A question and a follow-up.  First, can you confirm reports that the U.S. believes Israel took steps over the weekend to shut down Gaza's phone and Internet communications and that it was the U.S. that convinced Israel to reverse those measures?

MR. KIRBY:  I will just tell you that we're glad to see that the Internet connectivity was restored.

Q   And, you know, I wanted — for 34 hours, the majority of Palestinians in Gaza had no way of reaching each other or the outside world.  Emergency phone lines were down.  The New York Times says paramedics were left driving toward the sound of explosions, and people were left to die in the street.  What is your response to that?  Is that upholding the laws of war?

MR. KIRBY:  This is why we were glad to see the Inter- — Internet connectivity restored, so that first responders could do their job, so that journalists could do their job, so that more information could — could pass through the hands of — of innocent people in Gaza who want information about where to go, where not to go.

I mean, we're glad to see that that — that got restored.

And, yes, we were part of the conversations that — that led to that restoration.

MS. JEAN-PIERRE:  Phil.

Q    Thank you.  I've got one question and then a quick follow-up.  Israel recalled its diplomats from Turkey after the Turkish Prime Minister said that Hamas is a liberation group and called Israel a war criminal.  What is the President's response to that kind of rhetoric from an ally?

MR. KIRBY:  Well, we'll certainly let President Erdoğan speak to his comments.  We don't have to agree with everything he says on every issue to still maintain the fact that he is an important NATO Ally and — and has had a very positive influence, particularly on, like, the Black Sea grain and trying to help get that out there.  But we do not associate ourselves with — with those comments.

Q    And then you were asked about a two-state solution, and you noted that the administration has had consistent conversations with Israeli counterparts towards that end.  Has the administration had similar conversations with Palestinian leaders?  Are there any Palestinian leaders or groups that the White House has identified who would be constructive in those types of talks?

MR. KIRBY:  We absolutely have, particularly with President Abbas.  In fact, when we took office, there had been almost no relationship with Pales- — the Palestinian Authority by the previous administration, and we worked hard to restore that relationship and to try to get those conversations going.

So, yes, we absolutely have.

Q    So, that's — the President Hama- — Abbas is the one that the administration would like to see the Is- — Israelis negotiate with at a future date?

MR. KIRBY:  We're not at a point right now on negotiating over a two-state solution.  So, I think you — I think you got the — you got the cart way in front of the horse right now for where we are.  But we have had conversations with Palestinian officials, including President Abbas, at President Biden's level about the need to continue to pursue a two-state solution.

# EXHIBIT
# E-38

## TRANSCRIPT

# Deputy Pentagon Press Secretary Sabrina Singh Holds an Off-Camera, On-the-Record Press Briefing

**Oct. 30, 2023**

DEPUTY PRESS SECRETARY SABRINA SINGH: I don't have anything up at the top, so happy to just jump in and start taking questions, so, sure, Will, why don't you start us off?

Q: So I've got a couple. Just to follow up on something that was contained in the backgrounder, how concerned is the U.S. about being drawn into a broader conflict with Iran as a result of this kind of strike and attacks on American forces in the Middle East?

MS. SINGH: Well, as you heard our background briefer say, the U.S. is -- that's exactly what we don't want to see. We don't want to see this conflict widen out into a broader regional conflict, so keeping it contained to Israel and Gaza is something that remains our focus, which is why you've seen the secretary sweep assets and resources into the region to help bolster our posture and deterrence, as well. But that's something that we don't want to see have happened.

Q: And then a more specific question. The Islamic Resistance in Iraq Group has just claimed an attack on the Conoco gas field in Syria, a rocket attack. Are you tracking anything on that, or...

Q: Do you believe the Israelis, in the tactics and operations they have exhibited on the ground so far, have listened to U.S. questions and observations?

MS. SINGH: We certainly think that our conversations both here at the department and across other agencies and all the way up to the president have certainly informed and at least guided some of what the Israelis are doing on the ground in their ground operation, but we're not directing them. We're not providing anything other than asking the questions that we ourselves would ask any partner or ally of what to consider when it comes to any type of ground incursion.

So I would say that, you know, it's been an ongoing conversation. The secretary has near-daily calls with Minister Gallant; likely will have another one today. Something that the secretary continues to bring up is the need for the protection of innocent civilians on the ground. And you're not just hearing that from this department; you're hearing that across -- across agencies and at the White House, as well.

Hey, Phil.

Q: Hey. It's just -- and I may have missed it, but the three attacks over the weekend, were those in Syria?

MS. SINGH: Yes, all three were...starting on October 30th, working back, yeah, all -- all were in Syria, at Euphrates in Syria on the 30th, and also in Green Village on the 30th, and then on the 29th at (inaudible).

Q: Okay. And then you said that U.S. conversations with Israel have guided their operations. What do you mean by "guided"?

MS. SINGH: Maybe I should rephrase. The way our -- as you saw, General Glynn was on the ground. The way our -- I would say we've been interacting with the IDF and certainly, with Minister Gallant is asking the questions that we would ask ourselves on how to best preserve civilian lives on the ground, but also helping them understand how complicated urban warfare is, and that's why you saw General Glynn, who has - I would say - a specialty background on this, was there providing his advice on just how complicated urban warfare could be.

MS. SINGH: We are not putting any limits on how Israel uses weapons that is provided. That is really up to the Israel Defense Force to use in how they are going to conduct their operations. But we're not putting any constraints on that. But again, I would reiterate that in all of our conversations that the secretary has with, whether it's Minister Gallant or with other -- across the interagency at the White House, we continue to advocate that humanitarian laws, the law of armed conflict, are always upheld and that Israel should do just that when implementing its ground operation in Gaza.

Q: And lastly, did you have a chance to get to the taken question on just how many troops are now sent and the number of ships…

MS. SINGH: So in terms of -- I don't really have any update since we've last briefed. You know that there are 900 forces that have deployed to the region. That's a mix of those that were on PTDO and those that are accompanying the Patriot batteries.

In terms of Naval presence, I know you're well aware that we have the Ford Carrier Strike Group in the eastern Mediterranean and we have the Ike making its way over to the CENTCOM AOR. But no other updates to provide.

Haley?

Q: Thanks. Just really quickly on that -- Aside from any additional troops to have deployed, have any other troops been put on PTDO since last week?

MS. SINGH: Not that I have an update to announce today on any additional troops to put on PTDO. We have, you know, I think since on Thursday, when General Ryder briefed, but I don't have anything more to add to that.

Q: And then also, outside of tomorrow, obviously, with the secretary being on the Hill, has he had any additional conversation in the last few weeks regarding some of these Middle East commanders who are still being stuck in this process?

Is he, like, ramping up having those conversations, wanting to get them through more urgently, or what does that look like?

# EXHIBIT
# E-39



**United States Department of State**

*Washington, D.C.   20520*

**October 31, 2023**

### CONGRESSIONAL NOTIFICATION TRANSMITTAL LETTER

Please find enclosed the following notification from the Department of State.

**Department Notification Number:** DDTC 23-023

Pursuant to Section 36(c) of the Arms Export Control Act, please find enclosed a certification of a proposed license amendment for the export of defense articles, including technical data, and defense services in the amount of $100,000,000 or more.

The transaction contained in the attached certification involves the export of defense articles, including technical data, and defense services to Israel to support the procurement, inspection, assembly, testing, and shipment of bomb assemblies.

The U.S. government is prepared to license the export of these items having taken into account political, military, economic, human rights, and arms control considerations.

More detailed information is contained in the formal certification which, though unclassified, contains business information submitted to the Department of State by the applicant, publication of which could cause competitive harm to the U.S. firm concerned.

**Recipients**:
Speaker of the House of Representatives
House Committee on Foreign Affairs
Senate Committee on Foreign Relations

Sincerely,

Naz Durakoğlu
Assistant Secretary
Bureau of Legislative Affairs

DEPARTMENT OF STATE
TRANSMITTAL NO. DDTC 23-023
CERTIFICATION OF PROPOSED ISSUANCE OF AN EXPORT
LICENSE PURSUANT TO SECTION 36(c)
OF THE ARMS EXPORT CONTROL ACT

(1) <u>Foreign Country or International Organization to Which Export Will Be Made</u>: Israel

(2) <u>Dollar Value of the Proposed Export</u>:
   (a) Current Notification Value: $320,000,000

   (b) Total Value: $722,809,720

(3) <u>Description of the Transaction</u>:
   (a) Current license application:  Rafael USA proposes to amend a technical assistance agreement with Rafael Advanced Defense Systems in Israel to transfer defense articles, including technical data, and defense services to support procurement, inspection, assembly, testing, and shipment of Spice Family Gliding Bomb Assemblies for end-use by the Ministry of Defense for Israel.  Other signatories to the agreement are identified in Attachment 1.  This amendment request to the agreement adds value and extends the term of the agreement.

   (b) Total scope:  This ongoing program was previously notified under DDTC 19-028 for $402,809,720 on February 5, 2020.

(4) <u>Offset Arrangement</u>:  None

(5) <u>Authorized Sales Territory</u>:  Not applicable

(6) <u>Date Certification Delivered to Congress</u>: 10/31/2023

NOTE:  This report, although unclassified, is derived from information submitted to the Department of State by the applicant, which is subject to the confidentiality requirements of section 38(e) of the Arms Export Control Act.  Disclosure of an applicant's prices and customers could result in competitive injury.

## Attachment 1 to DDTC 23-023
## Signatories

**Israel**
Rafael Advanced Tactical Industries
Israel Ministry of Defense

**U.S.**
Rafael USA
C4 Advanced Tactical Systems

# EXHIBIT
# E-40

11/12/23, 12:55 PM
Case 4:23-cv-05829-JSW Document 19-12 Filed 11/16/23 Page 181 of 274
Gaza is 'running out of time' UN experts warn, demanding a ceasefire to prevent genocide | OHCHR

 

🏠 Welcome to the United Nations

Resources    English



# Countdown to Human Rights Day

Human rights at your doorstep (or computer screen). Sign up now for our
High Level Event

**Learn more**

**Latest / Media Center**

PRESS RELEASES  |  SPECIAL PROCEDURES

# Gaza is 'running out of time' UN experts warn, demanding a ceasefire to prevent genocide

**02 November 2023**

11/12/23, 12:55 PM          Gaza: UN experts decry bombing of hospitals and schools, warn of "acts of genocide" against Palestinians | OHCHR

Case 4:23-cv-05829-JSW   Document 19-12   Filed 11/16/23   Page 182 of 274

**Share**

---

GENEVA (2 November 2023) – Time is running out to prevent genocide and humanitarian catastrophe in Gaza, UN experts warned today, expressing deep frustration with Israel's refusal to halt plans to decimate the besieged Gaza strip.

"We remain convinced that the Palestinian people are at grave risk of genocide," the experts said. "The time for action is now. Israel's allies also bear responsibility and must act now to prevent its disastrous course of action," they said.

The experts expressed "deepening horror" about Israeli airstrikes against the Jabalia refugee camp in northern Gaza since Tuesday (31 October) night, which have reportedly killed and injured hundreds of Palestinians, calling it a brazen breach of international law.

"The Israeli airstrike on a residential complex in the Jabalia refugee camp is a brazen violation of international law – and a war crime. Attacking a camp sheltering civilians including women and children is a complete breach of the rules of proportionality and distinction between combatants and civilians," the experts said.

The experts welcomed the General Assembly resolution on protecting civilians and upholding legal and humanitarian obligations, approved by an overwhelming majority of member states on 27 October.

"We received the resolution with hope, but the need for action is now," they said.

"All signs are that we have reached a breaking point," the experts warned, pointing to images of people desperately grabbing flour and other essentials from a UN warehouse on Sunday (29 October), alarming news of children being forced to drink sea water in the absence of clean water, distressing reports of patients including children undergoing surgery without anaesthetics, and persons with disabilities and older persons displaced and living in tents because houses have been turned to rubble.

"The situation in Gaza has reached a catastrophic tipping point," they said warning of the dire need for food, water, medicine, fuel and essential supplies and the risk of looming health hazards.

The absence of fuel and disruption of water infrastructure due to constant shelling over three weeks had destroyed access to safe drinking water for the population in Gaza, the experts said.

"Water is essential to human life and today, 2 million Gazans are struggling to find drinking water," they said.

The experts strongly supported the UN Secretary General's efforts to provide access to humanitarian aid to the Gaza Strip.

They also called for the immediate release of all civilians being held captive since Hamas militants attacked Israeli communities on 7 October.

"All parties must comply with their obligations under international humanitarian and human rights law. We demand a humanitarian ceasefire to ensure that aid reaches those who need it the most. A ceasefire also means channels of communication can be opened to ensure the release of hostages," the experts said.

They expressed grave concern about the safety of UN and humanitarian workers and hospitals and schools that are providing refuge and life-saving medical services to the people of Gaza. They also raised the alarm at the safety of journalists, media workers and their family members while noting that internet and communications have been shutdown, disrupting essential communications and reporting on the situation in Gaza.

"We want to remind all parties that humanitarian and medical personnel and facilities are protected under international law. States have an obligation to ensure their safety and protection during times of war," the experts said. "As the Secretary General has repeatedly reiterated, Israel and Palestinian armed groups must bear in mind that even wars have rules."

An estimated 1.4 million people in Gaza are internally displaced, with approximately 629,000 seeking refuge in 150 UN Relief and Works Agency (UNRWA) emergency shelters. The UNRWA reports that 70 UN workers have died as a result of Israeli bombardment in Gaza.

"The Palestinian people in Gaza, particularly women, children, persons with disabilities, youth, and older persons, have endured decades of hardship and deprivation," the UN experts said. "We call on Israel and its allies to agree to an immediate ceasefire. We are running out of time."

**The experts: Mr. Pedro Arrojo Agudo** Special Rapporteur on the human rights to safe drinking water and sanitation; **Mr Michael Fakhri**, Special Rapporteur on the right to food; **Ms Tlaleng Mofokeng** Special Rapporteur on the right of everyone to the enjoyment of the highest attainable standard of physical and mental health, **Ms. Paula Gaviria Betancur**, Special Rapporteur on the human rights of internally displaced persons; **Ms. Irene Khan**, Special Rapporteur on the promotion and protection of the right to freedom of opinion and expression. **Francesca Albanese, Special Rapporteur on the situation of human rights in the Palestinian Territory occupied since 1967**; **Ms Reem Alsalem**, Special Rapporteur on violence against women and girls, its causes and consequences; **Ms. Ashwini K.P.** Special Rapporteur on contemporary forms of racism, racial discrimination, xenophobia and related intolerance

The Special Rapporteurs, Independent Experts and Working Groups are part of what is known as the **Special Procedures** of the Human Rights Council. Special Procedures, the largest body of independent experts in the UN Human Rights system, is the general name of the Council's independent fact-finding and monitoring mechanisms that address either specific country situations or thematic issues in all parts of the world. Special Procedures' experts work on a voluntary basis; they are not UN staff and do not receive a salary for their work. They are independent from any government or organization and serve in their individual capacity.

For additional information and **media requests** please contact: María Acosta **maria.acostalazo@un.org**

For **media enquiries** regarding other UN independent experts, please contact Maya Derouaz (**maya.derouaz@un.org**) and Dharisha Indraguptha (**dharisha.indraguptha@un.org**).

Follow news related to the UN's independent human rights experts on Twitter: **@UN_SPExperts**

Concerned about the world we live in?
**Then stand up for someone's rights today.**
#Standup4humanrights and visit the website at
**http://www.standup4humanrights.org**

## Tags

Israel    Palestine    Conflicts and violence

## Related

STATEMENTS

# EXHIBIT
# E-41

Case 4:23-cv-05829-JSW   Document 10-12   Filed 11/16/23   Page 187 of 274

ADMINISTRATION

# Biden tells a heckler calling for cease-fire: 'I think we need a pause'

BY ALEX GANGITANO - 11/01/23 8:06 PM ET

Share        Tweet        • • •      More



Greg Nash

*President Biden heads toward Marine One on the South Lawn of the White House in Washington, D.C., on Wednesday, November 1, 2023. Biden is heading to Minnesota for an event to highlight Bidenomics in Northfield and a campaign reception in Minneapolis later in the afternoon.*

President Biden was confronted Wednesday evening by a heckler calling for a cease-fire at a campaign event and responded with support for a pause in the fighting between Israel and Hamas.

ADVERTISEMENT

"I think we need a pause. A pause means give time to get the prisoners out," Biden responded.

"I'm the guy that convinced Bibi to call for a cease-fire to let the prisoners out. I'm the guy that talked to Sisi to convince him to open the door," he added, referring to Israeli Prime Minister Benjamin Netanyahu and Egyptian President Abdel Fattah al-Sisi.

He was referencing the news earlier Wednesday that American citizens are among those who began to leave Gaza through the Rafah border crossing with Egypt.

Up until his comment, the White House had said it would start considering support for a "humanitarian pause" to allow aid into Gaza. But, it has rebuffed pressure from progressives and activists for a cease-fire in Gaza, arguing that it would only help Hamas.

The heckler, who told reporters present that her name was rabbi Jessica Rosenberg, was escorted out by security while singing "cease-fire now." Biden went on to say that he understands the emotions around the conflict in the Middle East.

"This is incredibly complicated for the Israelis. It's incredibly complicated for the Muslim world as well … I supported a two-state solution; I have from the very beginning," he said. "The fact of the matter is that Hamas is a terrorist organization. A flat-out terrorist organization."

ADVERTISEMENT

During remarks in Minnesota earlier Wednesday, Biden reaffirmed his administration's stance that Israel has the right to defend itself in the aftermath of the Hamas terrorist attacks, while noting images coming out of Gaza that show children crying out for their parents and efforts to identify the dead.

The president has thrown his support behind Israel since the Hamas terrorist attacks on Oct. 7, but he has shifted his response in recent weeks to lean more into humanitarian aid and support for Palestinian civilians on the ground in Gaza.

**TAGS**  **ABDEL FATTAH AL-SISI**   **BENJAMIN NETANYAHU**   **BIDEN ADMINISTRATION**
**CEASE-FIRE**   **EGYPT**   **GAZA**   **HECKLER**   **HUMANITARIAN PAUSE**   **ISRAEL-HAMAS WAR**
**JOE BIDEN**   **PALESTINE**   **RAFAH CROSSING**

Copyright 2023 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

SHARE          TWEET          ● ● ●    MORE

## SPONSORED CONTENT

Privacy Policy

### Master the Steps to Grow Your Career as a CFO

**Oracle NetSuite** | Sponsored                              [Learn more]

### Here Are 29+ of the Coolest Gifts for This 2023

**Trending Gifts 2023** | Sponsored                         [Learn More]

### The Escalating Conflict in Gaza Has Made Food Nearly Impossible To Find, Store or Prepare

# EXHIBIT
# E-42

Case 4:23-cv-05829-JSW  Document 19-13  Filed 11/16/23  Page 191 of 274

NOVEMBER 02, 2023

# Remarks by Vice President Harris in Press Gaggle | Bletchley, United Kingdom

*Bletchley Park*
*Bletchley, United Kingdom*

THE VICE PRESIDENT:  Well, first, I will say that I'm very grateful for the partnership and the friendship of Prime Minister Sunak and the UK to the United States.

This has been a very productive couple of days.  And he has shown great leadership in bringing us all together.

It has been, of course, about a longstanding relationship, friendship, and alliance between the United States and the UK on all issues of importance but including the issue of artificial intelligence.

And I was very pleased that he was able to convene this group of leaders in such a way that it included, of course, leaders in government, leaders of nations but also the technology companies, large and relatively small, and, very importantly, civil society.

We had robust conversations over the course of the last couple of days directly with Prime Minister Sunak — I did — and then today in the two sessions.  And a lot of ground was covered.  There was a lot of appreciation by all for the role that the United States has played.

As we know, earlier this week, the President — President Biden — outlined the executive order for the United States but, really, with the intention that it will serve as a model for nations around what governments can do and the responsibility that governments uniquely have when it comes to this issue, especially in the context of thinking of the priorities of government, which are at least three.  And that is: public safety, public education, and public health.

Q    Madam Vice President, you just talked about that full spectrum of risks. It's been something the White House officials have talked to us; it was in your speech.  Do you feel like after the conversations you had today and you're meeting with Sunak yesterday that the leaders understand the importance of that more and are leaning toward understanding that full spectrum of risks? Is that something that should be focused on more as we move forward?

And I have another question on the (inaudible) situation, if I can.

THE VICE PRESIDENT:  So, I do believe that the voice that we have offered in this global discussion has been significant.  It has been a priority, for example, for us to ensure that civil society have an equal voice at the table.

As I said in my speech yesterday, civil society has always played a very unique and important role in holding public and private sector to account.

And as we are thinking about, in particular, safety issues and defining safety, defining risk, and defining who is vulnerable in that context, civil society has an important voice to add to the policies that will be developed.

So, we have had, I think, a great impact there.  I think that the work that we are doing — the UK, the United States, and the other allies that were there — is also about a commitment that we have made, understanding that there is global action that must be required on this issue, because any one nation who creates laws around AI will invariably have an impact on millions — tens of millions and more around the world.

Q    You just talked about the importance of protecting civilians and lots of conversations about the aid that Israel should be getting.  So, should the United States condition aid to Israel to get them to prioritize civilian harm reduction?

THE VICE PRESIDENT:  We are going to continue to stand with Israel's right to defend itself.

And let's be clear and never forget what happened on October 7th, where hundreds, thousands of — 1,400 innocent people were killed, slaughtered — young people who were simply attending a concert.

<mark>And so, we are not going to create any conditions on the support that we are giving Israel to defend itself.</mark>

AIDE: Jen.

Q   Madam Vice President, in your speech yesterday you talked about existential threats that we're currently facing from AI, as well as ones that we'll contend with in the future, and warned, specifically, that the sort of AI-generated disinformation is an existential threat to democracy.  How concerned do you think we should be in America, in the UK — both countries facing national elections next year — about how that kind of disinformation could impact the elections?  And do you think there's something — you'll talk about that specifically today — is there something that government, industry could do together to try to regulate that?

THE VICE PRESIDENT:  So, I am clear that one of the greatest threats to democracy is mis- and disinformation.

Now, the fact of mis- and disinformation is not new.  But what increasingly has happened with the evolution of technology is mis- and disinformation can spread quickly.  And with AI, in particular, it can take on a form that makes it very difficult for the receiver of that information to distinguish between fact or fiction.

And I have worked on this issue for many, many years because, of course, I was a career prosecutor for many years in my career, but also, most recently, before becoming vice president, in the Senate, where I served on the Senate Intelligence Committee when we investigated Russia's interference in the 2016 election.

2016 seems like a lifetime goal in technology.  And even then, we documented evidence of a nation-state attempting to interfere in the election for president of the United States.

I don't know of a more clear example you can have of misinformation by nefarious actors being used to upend the people's confidence in their democracy and the most important pillar of the democracy, which is free and fair and open elections.

# EXHIBIT
# E-43

# INTERNATIONAL COURT OF JUSTICE

## *ALLEGATIONS OF GENOCIDE UNDER THE CONVENTION ON THE PREVENTION AND PUNISHMENT OF THE CRIME OF GENOCIDE*
### (UKRAINE v. RUSSIAN FEDERATION)

## DECLARATION OF INTERVENTION
## UNDER ARTICLE 63 OF THE STATUTE
## SUBMITTED BY
## THE UNITED STATES OF AMERICA

## SEPTEMBER 7, 2022



*Embassy of the United States of America*

**LETTER FROM THE CHARGE D'AFFAIRES, A.I. OF THE UNITED STATES OF AMERICA TO THE KINGDOM OF THE NETHERLANDS TO THE REGISTRAR OF THE INTERNATIONAL COURT OF JUSTICE**

September 6, 2022

I have the honor to attach a Declaration by the Government of the United States of America of its intervention pursuant to Article 63, paragraph 2, of the Statute of the Court in the case concerning *Allegations of Genocide under the Convention on the Prevention and Punishment of the Crime of Genocide (Ukraine v. Russian Federation)*.

I also attach an instrument signed by the U.S. Secretary of State appointing the Agent of the United States for the purposes of these proceedings. I certify that the signature on the Declaration is that of the appointed Agent, Richard C. Visek.

Finally, I have the further honor to advise that the address for service to which all communications concerning these proceedings should be sent is that of this Embassy.

Yours sincerely,

Aleisha Woodward
Chargé d'Affaires ad interim

THE SECRETARY OF STATE

WASHINGTON

AUG 2 9 2022

The Honorable
Philippe Gautier
Registrar of the International Court of Justice
The Hague

Dear Mr. Gautier:

For the purposes of intervention pursuant to Article 63 of the
Statute of the Court in the case before the International Court of
Justice, Allegations of Genocide under the Convention on the
Prevention and Punishment of the Crime of Genocide (Ukraine
v. Russian Federation), I hereby appoint Richard C. Visek,
Acting Legal Adviser of the U.S. Department of State, as Agent
for the United States, and Emily Kimball, Legal Counselor of
the Embassy of the United States of America, as Deputy Agent.

Please accept the assurances of my highest consideration.

Sincerely,

Antony J. Blinken
Secretary of State

DECLARATION OF INTERVENTION OF THE GOVERNMENT OF THE UNITED
STATES OF AMERICA PURSUANT TO ARTICLE 63 OF THE STATUTE OF THE
INTERNATIONAL COURT OF JUSTICE

To the Registrar, International Court of Justice, the undersigned being duly authorized by the
Government of the United States:

1. On behalf of the Government of the United States, I have the honor to submit to the Court
   a Declaration of Intervention pursuant to the right to intervene set out in Article 63,
   paragraph 2, of the Statute of the Court, in the case concerning *Allegations of Genocide
   under the Convention on the Prevention and Punishment of the Crime of Genocide
   (Ukraine v. Russian Federation)*.

2. Article 82, paragraph 2, of the Rules of Court provides that a declaration of a State's
   desire to avail itself of the right of intervention conferred upon it by Article 63 of the
   Statute shall specify the case and the convention to which it relates and shall contain:

   (a) particulars of the basis on which the declarant State considers itself a party
   to the convention;
   (b) identification of the particular provisions of the convention the construction
   of which it considers to be in question;
   (c) a statement of the construction of those provisions for which it contends;
   (d) a list of documents in support, which documents shall be attached.

3. Those matters are addressed in sequence below, following some preliminary
   observations.

PRELIMINARY OBSERVATIONS

4. On February 27, 2022, the Government of Ukraine instituted proceedings against the Russian Federation regarding "a dispute . . . relating to the interpretation, application or fulfilment" of the 1948 Convention on the Prevention and Punishment of the Crime of Genocide ("Genocide Convention" or "Convention").[1]

5. In its Application instituting proceedings, Ukraine contends that:

> [T]he Russian Federation has falsely claimed that acts of genocide have occurred in the Luhansk and Donetsk oblasts of Ukraine, and on that basis recognized the so-called "Donetsk People's Republic" and "Luhansk People's Republic," and then declared and implemented a "special military operation" against Ukraine with the express purpose of preventing and punishing purported acts of genocide that have no basis in fact. On the basis of this false allegation, Russia is now engaged in a military invasion of Ukraine involving grave and widespread violations of the human rights of the Ukrainian people.[2]

6. In particular, Ukraine contends that the Russian Federation's actions are inconsistent with its obligations under the Convention:

> [T]he Russian Federation's declaration and implementation of measures in or against Ukraine in the form of a "special military operation" declared on 24 February 2022 on the basis of alleged genocide, as well as the recognition that preceded the military operation, is incompatible with the Convention and violates Ukraine's right to be free from unlawful actions, including military attack, based on a claim of preventing and punishing genocide that is wholly unsubstantiated.[3]

7. As contemplated by Article 63, paragraph 1, of the Statute of the Court, the Registrar by letter dated March 30, 2022, duly notified the Government of the United States as a party to the Convention that in the case concerning *Allegations of Genocide under the Convention on the Prevention and Punishment of the Crime of Genocide (Ukraine v. Russian Federation)*:

> [T]he [Convention] is invoked both as a basis of the Court's jurisdiction and as a substantive basis of the Applicant's claims on the merits. In particular, the Applicant seeks to found the Court's jurisdiction on the compromissory clause contained in Article IX of the Genocide Convention, asks the Court to declare that it has not committed a genocide as defined in Articles II and III of the Convention, and raises questions concerning the scope of the duty to prevent and punish genocide under Article I of the Convention. It therefore appears that the construction of this instrument will be in question in the case.

---

[1] Application Instituting Proceedings (hereinafter, "Application"), para 2.
[2] *Id.*
[3] *Id.*, para. 26.

5

8. By this present Declaration, the United States avails itself of the right to intervene conferred upon it by Article 63, paragraph 2, of the Statute. This Court has recognized that an intervention based on Article 63 of the Statute is an incidental proceeding that constitutes the exercise of a right.[4] The United States' right to intervene in the present case arises from its status as a party to the Genocide Convention.

9. The Court has recognized that the proper construction of the Genocide Convention is of paramount concern to all States Parties. As the Court has previously observed, States Parties adopted the Convention "for a purely humanitarian and civilizing purpose," recognizing that the Convention has as "its object on the one hand . . . to safeguard the very existence of certain human groups and on the other to confirm and endorse the most elementary principles of morality."[5] In this sense, States Parties to the Genocide Convention "do not have any interests of their own; they merely have, one and all, a common interest, namely, the accomplishment of those high purposes which are the raison d'etre of the Convention."[6] Such a common interest, in the view of the Court, indicates that the provisions of the Convention are obligations *erga omnes partes.*[7] Moreover, the prohibition on genocide is a peremptory norm of international law (*jus cogens*).[8] In this regard, all States Parties have a significant interest in ensuring the correct interpretation, application, or fulfilment of the Genocide Convention.

10. The United States' views on the questions at issue in this case are further informed by the United States' long history of supporting efforts to prevent and punish genocide. During and following World War II, the United States played an instrumental role in establishing the International Military Tribunal at Nuremberg and prosecuting those responsible for serious international crimes committed during the Holocaust through the International Military Tribunal and subsequent U.S. military tribunals. The Nuremberg trials served, in many respects, as a catalyst for States to negotiate a convention addressing the prevention and punishment of genocide; the U.S. delegation actively participated in those negotiations and its contributions helped shape the final text of the Genocide Convention.[9] The United States ratified the Genocide Convention in 1988 and in the

---

[4] *Whaling in the Antarctic (Australia v. Japan)*, Declaration of Intervention of New Zealand, Order of 6 February 2013, I.C.J. Reports 2013, p. 5, para. 7; *Territorial and Maritime Dispute (Nicaragua v. Colombia)*, Application by Honduras for Permission to Intervene, Judgment, I.C.J. Reports 2011 (II), p. 434, para. 36; *Continental Shelf (Tunisia/Libyan Arab Jamahiriya)*, Application for Permission to Intervene, Judgment, I.C.J. Reports 1981, p. 15, para. 26; *Haya de la Torre (Colombia v. Peru)*, Judgment, I.C.J. Reports 1951, p. 76; S.S. "Wimbledon," Judgments, 1923, P.C.I.J., Series A, No. 1, p. 12.
[5] Reservations to the Convention on Genocide, Advisory Opinion, 1951 I.C.J. 15, at 23 (May 28).
[6] *Id.*
[7] Application of the Convention on the Prevention and Punishment of the Crimes of Genocide (The Gambia v. Myanmar), Judgment, 2022 General List No. 107 (July 22); Application of the Convention on the Prevention and Punishment of the Crimes of Genocide (Croatia v. Serbia), Judgment, 2015 I.C.J. Reports 3, ¶ 87 (Feb. 3); Armed Activities on the Territory of the Congo (New Application: 2002) (Democratic Republic of the Congo v. Rwanda), Jurisdiction and Admissibility, Judgment, I.C.J. Reports 2006, ¶ 64 (Feb. 3).
[8] Application of the Convention on the Prevention and Punishment of the Crime of Genocide (Bosnia and Herzegovina v. Serbia and Montenegro), Judgment, 2007 I.C.J. Rep. 43, ¶ 161 (February 26); Democratic Republic of the Congo v. Rwanda 2006 I.C.J. Reports ¶ 64.
[9] The United States, among other things, served as chair of the Ad Hoc Committee created by the UN Economic and Social Council in early 1948 to prepare a draft convention on the crime of genocide and, after that draft was

years thereafter supported the establishment of international and hybrid criminal tribunals with jurisdiction over genocide and other serious international crimes. The United States is one of the only parties to the Genocide Convention to have publicly invoked Article VIII in calling on the United Nations to address genocide in the territory of another Contracting Party.[10] The United States accordingly has determined that it is necessary for it to intervene in this case in order to place its views on the construction of the relevant provisions of the Convention before the Court.

11. The United States, as a non-party to this case, intends to present its views to the Court on the issues of construction of the Convention relevant to the determination of the case, including the construction of the compromissory clause in Article IX, in accordance with Article 63 of the Statute. The United States recognizes that, by availing itself of the right to intervene under Article 63 of the Statute, the construction of the Convention given by the judgment in this case will be equally binding upon the United States.

12. In addition to the matters set out above, Article 82, paragraph 1, of the Rules of Court further provides that a declaration of a State desiring to avail itself of the right of intervention conferred upon it by Article 63 of the Statute shall be filed "as soon as possible and not later than the date fixed for the opening of the oral proceedings." In accordance with that requirement, this Declaration has been filed at the earliest opportunity reasonably open to the United States.

---

debated by the Sixth Committee of the UN General Assembly in the fall of 1948, served on the Sixth Committee's drafting committee.

[10] *See* The Crisis in Darfur, Secretary Colin L. Powell, Testimony Before the Senate Foreign Relations Committee, Washington, DC, September 9, 2004 (last visited Aug. 8, 2022), available at https://2001-2009.state.gov/secretary/former/powell/remarks/36042.htm  ("Because of that obligation under Article VIII of the Convention, and since the United States is one of the contracting parties[,] today we are calling on the United Nations to initiate a full investigation [into atrocities in Darfur]").

**Case and Convention to which this Declaration Relates**

13. This Declaration relates to the case concerning *Allegations of Genocide under the Convention on the Prevention and Punishment of the Crime of Genocide (Ukraine v. Russian Federation)* instituted on February 27, 2022, by Ukraine against the Russian Federation. That case concerns the construction of the Genocide Convention.

**Particulars of the Basis on which the United States Considers Itself a Party to the Genocide Convention**

14. The United States deposited its instrument of ratification to the Convention in accordance with Article XI of the Convention on November 25, 1988.[11]  The United States remains a party to the Convention.

**Provisions of the Genocide Convention the Construction of which the United States Considers to be in Question**

15. The Court is called on to address jurisdictional and other legal issues relating to the construction of the Genocide Convention in the dispute between Ukraine and Russia.  In its Application,

> Ukraine claims that the Russian Federation's declaration and implementation of measures in or against Ukraine in the form of a "special military operation" declared on 24 February 2022 on the basis of alleged genocide, as well as the recognition that preceded the military operation, is incompatible with the Convention and violates Ukraine's right to be free from unlawful actions, including military attack, based on a claim of preventing and punishing genocide that is wholly unsubstantiated.[12]

---

[11] The United States ratified the Genocide Convention with, inter alia, the reservation that, with reference to Article IX of the Convention, before any dispute to which the United States is a party may be submitted to the jurisdiction of the International Court of Justice under this article, the specific consent of the United States is required in each case.  Further, the United States ratified the Genocide Convention with, among other understandings, the understanding that the term "intent to destroy, in whole or in part, a national, ethnical, racial, or religious group as such" appearing in Article II means the specific intent to destroy, in whole or in substantial part, a national ethnical, racial or religious group as such by the facts specified in Article II; the understanding that the term "mental harm" in Article II(b) means permanent impairment of mental faculties through drugs, torture or similar techniques; and the understanding that acts in the course of armed conflicts committed without the specific intent required by Article II are not sufficient to constitute genocide as defined by this Convention. The United States' reservation relating to Article IX does not inhibit the right of the United States to intervene under Article 63 as to the correct construction of the Genocide Convention, including Articles I, II, III, IV, VIII, and IX.  *See* S.S. "Wimbledon," Britain et al. v. Germany, Question of Intervention by Poland, PCIJ, Series A, No. 1, pp. 11, 12 (noting that intervention under Article 62 "is based on an interest of a legal nature advanced by the intervening party" whereas "when the object of the suit before the Court is the interpretation of an international convention, any State which is a party to this convention has, under Article 63 of the Statute, the right to intervene in the proceedings instituted by others").

[12] Application, para. 26.

16. Ukraine's application raises the question of whether the Court may entertain jurisdiction under Article IX of the Genocide Convention, where a Contracting Party commits aggression against another Contracting Party on the pretext of preventing or punishing genocide. Likewise, there is a question relevant to the merits of whether the obligation under Article I to prevent and punish genocide, as defined in Article II, or the obligation under Article IV to punish persons committing genocide or any of the other acts enumerated in Article III, permits one Contracting Party to commit aggression against another Contracting Party on the pretext of preventing or punishing genocide.

17. The United States' intervention is accordingly directed to the questions of construction of Articles I, II, III, IV, VIII, and IX of the Convention, which are in question in the case, and directly relevant to the resolution of the dispute placed before the Court by Ukraine's Application.[13]

> Article I:
>
> > The Contracting Parties confirm that genocide, whether committed in time of peace or in time of war, is a crime under international law which they undertake to prevent and to punish.
>
> Article II:
>
> > In the present Convention, genocide means any of the following acts committed with intent to destroy, in whole or in part, a national, ethnical, racial or religious group, as such:
> >
> > (a) Killing members of the group;
> >
> > > (b) Causing serious bodily or mental harm to members of the group;
> > >
> > > (c) Deliberately inflicting on the group conditions of life calculated to bring about its physical destruction in whole or in part;
> > >
> > > (d) Imposing measures intended to prevent births within the group;
> > >
> > > (e) Forcibly transferring children of the group to another group.

---

[13] Convention on the Prevention and Punishment of the Crime of Genocide, opened for signature Dec. 9, 1948, art. I, II, II, IV, VIII, IX, 102 Stat. 3045, 3035, 78 U.N.T.S. 277, 280 (entered into force Jan. 12, 1951) (hereinafter, "Genocide Convention").

Article III:

>  The following acts shall be punishable:
>  (a) Genocide;
>  (b) Conspiracy to commit genocide;
>  (c) Direct and public incitement to commit genocide;
>  (d) Attempt to commit genocide;
>  (e) Complicity in genocide.

Article IV:

>  Persons committing genocide or any of the other acts enumerated in article III shall be punished, whether they are constitutionally responsible rulers, public officials or private individuals.

Article VIII:

>  Any Contracting Party may call upon the competent organs of the United Nations to take such action under the Charter of the United Nations as they consider appropriate for the prevention and suppression of acts of genocide or any of the other acts enumerated in article III.

Article IX:

>  Disputes between the Contracting Parties relating to the interpretation, application or fulfilment of the present Convention, including those relating to the responsibility of a State for genocide or for any of the other acts enumerated in article III, shall be submitted to the International Court of Justice at the request of any of the parties to the dispute.

### Construction of Those Provisions for which the United States Contends

18. The United States' interpretation of the Genocide Convention is based on the customary international law of treaty interpretation, as reflected in provisions of the 1969 Vienna Convention on the Law of Treaties.[14]

19. Article 31 provides that:[15]

>  1. A treaty shall be interpreted in good faith in accordance with the ordinary meaning to be given to the terms of the treaty in their context and in the light of its object and purpose.

---

[14] While the United States is not a party to the Vienna Convention on the Law of Treaties, it recognizes that a number of its provisions, including those in Articles 31 and 32, reflect customary international law.
[15] Vienna Convention on the Law of Treaties, opened for signature May 23, 1969, art. 31, 1155 U.N.T.S. 331, 340 (entered into force Jan. 27, 1980) (hereinafter, "VCLT").

2. The context for the purpose of the interpretation of a treaty shall comprise, in addition to the text, including its preamble and annexes:

(a) any agreement relating to the treaty which was made between all the parties in connection with the conclusion of the treaty;

(b) any instrument which was made by one or more parties in connection with the conclusion of the treaty and accepted by the other parties as an instrument related to the treaty.

3. There shall be taken into account, together with the context:

(a) any subsequent agreement between the parties regarding the interpretation of the treaty or the application of its provisions;

(b) any subsequent practice in the application of the treaty which establishes the agreement of the parties regarding its interpretation;

(c) any relevant rules of international law applicable in the relations between the parties.

4. A special meaning shall be given to a term if it is established that the parties so intended.

20. Such interpretation may also be confirmed by reference to supplementary means of interpretation.  These supplementary means may include the *travaux préparatoires* of the Genocide Convention.  Article 32 of the Vienna Convention on the Law of Treaties provides that:[16]

Recourse may be had to supplementary means of interpretation, including the preparatory work of the treaty and the circumstances of its conclusion, in order to confirm the meaning resulting from the application of article 31, or to determine the meaning when the interpretation according to article 31:

(a) leaves the meaning ambiguous or obscure; or

(b) leads to a result which is manifestly absurd or unreasonable.

---

[16] *Id.* art. 32.

*The Genocide Convention Sets Forth the Definition of Genocide and the Contracting Parties'*
*Obligations with Respect to the Prevention and Punishment of Genocide*

21. The Genocide Convention, in Article I, confirms that "genocide, whether committed in time of peace or in time of war, is a crime under international law which [the Contracting Parties] undertake to prevent and to punish."[17] As the Court previously has explained:

> The origins of the Convention show that it was the intention of the United Nations to condemn and punish genocide as 'a crime under international law' involving a denial of the right of existence of entire human groups, a denial which shocks the conscience of mankind and results in great losses to humanity, and which is contrary to moral law and the spirit and aims of the United Nations. The first consequence arising from this conception is that the principles underlying the Convention are principles which are recognized by civilized nations as binding on States, even without any conventional obligation. A second consequence is the universal character both of the condemnation of genocide and of the co-operation required 'in order to liberate mankind from such an odious scourge.'[18]

22. The United States notes that the Court has interpreted Article I, in particular its undertaking to prevent genocide, to create obligations distinct from those that appear in the subsequent articles of the Convention, which primarily address the punishment of genocide by individuals.[19] This includes, in the Court's view, an obligation on Contracting Parties to "employ all means reasonably available to them, so as to prevent genocide so far as possible," recognizing that a Contracting Party "may only act within the limits permitted by international law."[20] In this regard, the Court has recognized that "the notion of 'due diligence', which calls for an assessment *in concreto*, is of critical importance"[21] and emphasized that "a State's obligation to prevent, and the corresponding duty to act, arise at the instant that the State learns of, or should normally have learned of, the existence of a *serious risk* that genocide will be committed" (emphasis added).[22]

23. Article II defines the crime of genocide as any of five acts "committed with intent to destroy, in whole or in part, a national, ethnical, racial or religious group, as such."[23] The United States ratified the Convention with, *inter alia*, the understanding that the term "intent to destroy, in whole or in part, a national, ethnical, racial, or religious group as such" means "the *specific* intent to destroy, in whole or in *substantial* part, a national, ethnical, racial or religious group as such by the acts specified in article II" and the understanding that "acts in the course of armed conflicts committed without the specific

---

[17] Genocide Convention art. 1.
[18] Reservations to the Convention on Genocide, Advisory Opinion, 1951 I.C.J. 15, at 23 (May 28).
[19] Application of the Convention on the Prevention and Punishment of the Crime of Genocide (Bosnia and Herzegovina v. Serbia and Montenegro), Judgment, 2007 I.C.J. Rep. 43, ¶ 162 (February 26).
[20] *Id.* ¶ 430.
[21] Bosnia and Herzegovina v. Serbia and Montenegro, 2007 I.C.J. ¶ 430.
[22] Bosnia and Herzegovina v. Serbia and Montenegro, 2007 I.C.J. ¶ 431.
[23] Genocide Convention art. 2.

intent required by article II are not sufficient to constitute genocide as defined by" the Convention (emphasis added).

24. The United States' understandings are consistent with the Court's interpretation of "intent to destroy" to mean "a *dolus specialis* that . . . must be present in addition to the intent required for each of the individual acts involved"[24] and interpretation of "in part" to mean a "substantial part of the particular group."[25]   The term "substantial part" is defined in the legislation that implements the United States' obligations under the Convention to mean a part of a protected group of such numerical significance that the destruction or loss of that part would cause the destruction of the group as a viable entity within the nation of which such group is a part.[26]   However, the United States recognizes that the Court, in assessing whether the allegedly targeted part of a protected group is substantial in relation to the overall group, has taken into account both the quantitative element and evidence regarding the geographic location and prominence of the allegedly targeted part of the group.[27]   Finally, the United States, like the Court, understands "destroy" in Article II to mean the physical or biological, rather than cultural, destruction of a national, ethnical, racial or religious group.[28]

25. Article III lists genocide and related acts that shall be punishable under the Convention, and Article IV requires the punishment of persons guilty of committing genocide or any of the other acts enumerated in Article III.[29]   Taken together, these articles generally set forth the scope of the subject matter the Genocide Convention is intended to address.

---

[24] Bosnia and Herzegovina v. Serbia and Montenegro, 2007 I.C.J. ¶ 132.

[25] *Id.* ¶ 198.

[26] *See* 18 U.S.C. § 1093(8).

[27] Application of the Convention on the Prevention and Punishment of the Crimes of Genocide (Croatia v. Serbia), Judgment, 2015 I.C.J. Reports 3, ¶ 142 (Feb. 3) (citing Bosnia and Herzegovina v. Serbia and Montenegro, 2007 I.C.J. ¶¶ 198-199, 201 and Prosecutor v. Krstic, Case No. IT-98-33-A, Judgment (Int'l Crim. Trib. For the Former Yugoslavia Apr. 19, 2004)).

[28] Bosnia and Herzegovina v. Serbia and Montenegro, 2007 I.C.J. ¶ 136.   During the drafting of the Genocide Convention, the United States opposed the inclusion of a proposed article that would have broadened the definition of genocide to encompass acts targeting the cultural identity of a protected group, stating:

> In the first place, the new and far-reaching concept of cultural genocide, i.e., the destruction of a culture, had no connection with the better known conception of genocide as the physical destruction of members of a human group. For the inclusion of cultural genocide in the convention on genocide, it was not enough to say the acts enumerated in [the proposed article] shocked the conscience of mankind. In the second place, [the proposed article], as it now stood or in any amended form, would not meet the wishes of those who favoured its retention. . . . If the objective were to preserve the culture of a group, then it was primarily freedom of thought and expression for the members of the group which needed protection. Such protection came within the sphere of human rights. If the individual's fundamental right to use his own language, to practice his own religion and to attend the school of his choice were protected, that would be tantamount to protecting the group of which the individual was a member.

GAOR, 3rd session, Part I, Sixth Comm. (83rd meeting), at 203, 25 Oct. 1948.

[29] Genocide Convention art. III-IV.

13

*The Genocide Convention Does Not Authorize a Contracting Party to Commit Aggression against Another Contracting Party on the Pretext of Preventing or Punishing Genocide*

26. While the structure and negotiating history of the Convention make clear that it is principally concerned with individual criminal responsibility for genocide and the other acts enumerated in Article III, the Court has observed that the Convention also prohibits Contracting Parties from committing, through their organs, or persons or groups whose conduct is attributable to them, such acts. In this regard, the Court has viewed the Convention as reflecting a duality of responsibility and contemplating the possibility of State responsibility for genocide and the other acts enumerated in Article III.[30] In recognition of the exceptional gravity of allegations that a Contracting Party is responsible for genocide or other acts enumerated in Article III, the Court has observed that it must be "fully convinced" that such allegations "have been clearly established."[31] In "the absence of a State plan expressing the intent to commit genocide," the Court has noted that, to infer the existence of such intent from a pattern of acts covered by Article II of the Convention, "it is necessary and sufficient that this is the only inference that could reasonably be drawn from the acts in question."[32] The Court likewise has set a high bar for establishing that a Contracting Party has breached its obligations to prevent or punish genocide, requiring "proof at a high level of certainty appropriate to the seriousness of the allegation."[33]

27. The Genocide Convention expressly provides Contracting Parties recourse where they believe another Contracting Party is responsible for genocide or for any of the other acts enumerated in Article III of the Convention or has failed to prevent or punish such acts. Article VIII of the Genocide Convention provides that Contracting Parties "may call upon the competent organs of the United Nations to take such action under the Charter of the United Nations as they [the competent organs of the United Nations] consider appropriate for the prevention and suppression of acts of genocide or any of the other acts enumerated in Article III" of the Genocide Convention.[34] As the Court has previously observed, Article VIII is the only article after Article I that expressly addresses the prevention of genocide.[35]

28. Article IX further provides that "[d]isputes between the Contracting Parties relating to the interpretation, application or fulfilment of the present Convention, including those relating to the responsibility of a State for genocide or for any of the other acts enumerated in article III," shall be submitted to this Court at the request of any of the parties to the dispute.[36]

---

[30] Bosnia and Herzegovina v. Serbia and Montenegro, 2007 I.C.J. ¶ 179.
[31] *Id.* ¶ 209.
[32] Croatia v. Serbia, 2015 I.C.J. ¶¶ 145-148.
[33] Bosnia and Herzegovina v. Serbia and Montenegro, 2007 I.C.J. ¶ 210.
[34] Genocide Convention art. VIII.
[35] Bosnia and Herzegovina v. Serbia and Montenegro, 2007 I.C.J. ¶ 426.
[36] Genocide Convention art. IX.

29. No provision of the Genocide Convention, properly interpreted in good faith, explicitly or implicitly authorizes a Contracting Party, acting on the pretext of preventing or punishing genocide, to commit aggression, including territorial acquisition resulting from aggression. [37]

*The Genocide Convention Confers Jurisdiction on the Court Concerning Disputes Between the Contracting Parties Relating to the Interpretation, Application or Fulfilment of the Convention, Including Those Relating to the Responsibility of a State for Genocide*

30. Article IX of the Genocide Convention provides that this Court has jurisdiction over "[d]isputes between the Contracting Parties relating to the interpretation, application or fulfilment of the present Convention," which may be submitted to the Court "at the request of any of the parties to the dispute."[38] This includes disputes "relating to the responsibility of a State for genocide or for any of the other acts enumerated in article III" of the Convention.[39] The Court has previously considered allegations by one Contracting Party that another Contracting Party is responsible for genocide or other acts enumerated in Article III to constitute a dispute within the meaning of Article IX.[40] Use of the term "fulfilment" in Article IX, in addition to "interpretation" and "application," which more commonly appear in compromissory clauses, likewise suggests that the Contracting Parties intended the scope of the compromissory clause to be understood broadly, to include the Court exercising jurisdiction over a Contracting Party's request that the Court find that Party has not committed a breach of the Convention where its compliance with the Convention is disputed by another Contracting Party.[41]

31. Where a Contracting Party commits aggression against another Contracting Party on the pretext of preventing or punishing genocide, and the Contracting Party subjected to aggression denies that it is responsible for genocide, it is plain that the parties disagree as to the interpretation, application, or fulfilment of the Genocide Convention, including with respect to the responsibility of a State for genocide or the other acts enumerated in Article III, within the meaning of Article IX.

---

[37] *See* G.A. Res. ES-11/1, U.N. Doc. A/ES-11/L.1 (Mar. 1, 2022)("*Reaffirming* that no territorial acquisition resulting from the threat or use of force shall be recognized as legal . . . ."); *see also* G.A. Res. 3314 (XXIX), U.N. Doc. A/9631 (Dec. 14, 1974)("No territorial acquisition or special advantage resulting from aggression is or shall be recognized as lawful."). More generally, the prohibition of aggression is a peremptory norm of international law (*jus cogens*) from which no derogation is permitted.

[38] Genocide Convention art. IX.

[39] *Id.*

[40] Croatia v. Serbia, 2015 I.C.J. 3; Bosnia and Herzegovina v. Serbia and Montenegro, 2007 I.C.J. 43. *See also* Allegations of Genocide under the Convention on the Prevention and Punishment of the Crime of Genocide (Ukraine v. Russian Federation), Order, 2022 I.C.J. ¶ 16 (Mar. 16) (separate opinion by Robinson, J.) ("[T]here is nothing in doctrine or practice that precludes the Court from having jurisdiction to find that an applicant has not committed a breach of a treaty, where that applicant has requested the Court to make such a finding.").

[41] *See* Official Records of the Third Session of the General Assembly, Part I, Sixth Committee, Summary Records of Meetings 21 September-10 December 1948, at 447 (Indian delegate explaining that while "application" included the study of circumstances in which the Convention should or should not apply, the word " "fulfilment" referred to the compliance or non-compliance of a party with the provisions of the Convention). *See, e.g.*, PAULA L. GAETA, THE UN GENOCIDE CONVENTION – A COMMENTARY 413, 420, 452 (Oxford University Press 2009); LAWRENCE J. LEBLANC, THE UNITED STATES AND THE GENOCIDE CONVENTION 204 (1991).

**Documents in Support of the Declaration**

32. The following is a list of the documents in support of this Declaration and attached hereto:

   (a) Letter from the Registrar to States Parties to the Genocide Convention, dated March 30, 2022 (Annex A);

   (b) Instrument of ratification by the Government of the United States of the Genocide Convention, dated November 25, 1988. (Annex B)

**Conclusion**

33. On the basis of the information set out above, the United States avails itself of the right conferred upon it by Article 63, paragraph 2, of the Statute to intervene as a non-party in the proceedings brought by Ukraine against the Russian Federation in this case.

34. The United States reserves the right to supplement or amend this declaration as may be necessary.

Richard C. Visek
AGENT OF THE UNITED STATES
OF AMERICA

16

CERTIFICATION

I certify that the documents attached by way of Annexes to this Declaration are true copies of the originals thereof.

Richard C. Visek
AGENT OF THE UNITED STATES
OF AMERICA

Annex A

Letter from the Registrar to States Parties
to the Genocide Convention, dated March 30, 2022

18



COUR INTERNATIONALE
DE JUSTICE

INTERNATIONAL COURT
OF JUSTICE

156413

30 March 2022

*Excellency,*

I have the honour to refer to my letter (No. 156253) dated 2 March 2022 informing your Government that, on 26 February 2022, Ukraine filed in the Registry of the Court an Application instituting proceedings against the Republic of the Russian Federation in the case concerning Allegations of Genocide under the Convention on the Prevention and Punishment of the Crime of Genocide (Ukraine v. Russian Federation). A copy of the Application was appended to that letter. The text of the Application is also available on the website of the Court (www.icj-cij.org).

Article 63, paragraph 1, of the Statute of the Court provides that:

[w]henever the construction of a convention to which States other than those concerned in the case are parties is in question, the Registrar shall notify all such States forthwith".

Further, under Article 43, paragraph 1, of the Rules of Court:

"Whenever the construction of a convention to which States other than those concerned in the case are parties may be in question within the meaning of Article 63, paragraph 1, of the Statute, the Court shall consider what directions shall be given to the Registrar in the matter."

On the instructions of the Court, given in accordance with the said provision of the Rules of Court, I have the honour to notify your Government of the following.

In the above-mentioned Application, the 1948 Convention on the Prevention and Punishment of the Crime of Genocide (hereinafter the "Genocide Convention") is invoked both as a basis of the Court's jurisdiction and as a substantive basis of the Applicant's claims on the merits. In particular, the Applicant seeks to found the Court's jurisdiction on the compromissory clause contained in Article IX of the Genocide Convention, asks the Court to declare that it has not committed a genocide as defined in Articles II and III of the Convention, and raises questions concerning the scope of the duty to prevent and punish genocide under Article I of the Convention. It therefore appears that the construction of this instrument will be in question in the case.

./.

[Letter to the States parties to the Genocide Convention
(except Ukraine and the Russian Federation)]

Palais de la Paix, Carnegieplein 2
2517 KJ La Haye - Pays-Bas
Téléphone : +31 (0) 70 302 23 23 - Facsimilé : +31 (0) 70 364 99 28

Peace Palace, Carnegieplein 2
2517 KJ The Hague - Netherlands
Telephone: +31 (0) 70 302 23 23 - Telefax: +31 (0) 70 364 99 28

COUR INTERNATIONALE
DE JUSTICE

INTERNATIONAL COURT
OF JUSTICE

Your country is included in the list of parties to the Genocide Convention. The present letter should accordingly be regarded as the notification contemplated by Article 63, paragraph 1, of the Statute. I would add that this notification in no way prejudges any question of the possible application of Article 63, paragraph 2, of the Statute, which the Court may later be called upon to determine in this case.

Accept, Excellency, the assurances of my highest consideration.

Philippe Gautier
Registrar

Annex B

Instrument of ratification by the Government of the United States of the Genocide
Convention, dated November 25, 1988

RONALD REAGAN

President of the United States of America

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

CONSIDERING THAT:

The Convention on the Prevention and Punishment of the
Crime of Genocide was signed on behalf of the United States of
America on December 11, 1948; and

The Senate of the United States of America by its
resolution of February 19, 1986, two-thirds of the Senators
present concurring therein, gave its advice and consent to
ratification of the Convention, subject to the following
reservations:

"(1) That with reference to Article IX of
the Convention, before any dispute to which
the United States is a party may be
submitted to the jurisdiction of the
International Court of Justice under this
article, the specific consent of the United
States is required in each case.

(2) That nothing in the Convention requires
or authorizes legislation or other action by
the United States of America prohibited by
the Constitution of the United States as
interpreted by the United States."

The Senate's advice and consent is subject to the following

understandings, which shall apply to the obligations of the

United States under this Convention:

"(1) That the term 'intent to destroy, in
whole or in part, a national, ethnical,
racial, or religious group as such'
appearing in Article II means the specific
intent to destroy, in whole or in
substantial part, a national, ethnical,
racial or religious group as such by the
acts specified in Article II.

(2) That the term 'mental harm' in Article
II(b) means permanent impairment of mental
faculties through drugs, torture or similar
techniques.

(3) That the pledge to grant extradition in
accordance with a state's laws and treaties
in force found in Article VII extends only
to acts which are criminal under the laws of
both the requesting and the requested state
and nothing in Article VI affects the right
of any state to bring to trial before its
own tribunals any of its nationals for acts
committed outside a state.

(4) That acts in the course of armed
conflicts committed without the specific
intent required by Article II are not
sufficient to constitute genocide as defined
by this Convention.

(5) That with regard to the reference to an
international penal tribunal in Article VI
of the Convention, the United States
declares that it reserves the right to
effect its participation in any such
tribunal only by a treaty entered into
specifically for that purpose with the
advice and consent of the Senate."

NOW, THEREFORE, I, Ronald Reagan, President of the United States of America, ratify and confirm the said Convention, subject to the above reservations and understandings.

IN TESTIMONY WHEREOF, I have signed this instrument of ratification and caused the seal of the United States of America to be affixed.

> DONE at the city of Washington this fourteenth day of November in the year of our Lord one thousand nine hundred eighty-eight and of the Independence of the United States of America the two hundred thirteenth.

By the President:

Secretary of State

# EXHIBIT
# E-44

Case 4:23-cv-05829-JSW    Document 19-12    Filed 11/16/23    Page 222 of 274



# PBS NEWS HOUR

# Biden calls Russian war in Ukraine 'genocide'

Politics   Apr 13, 2022 9:58 AM EST

DES MOINES, Iowa (AP) — President Joe Biden said Russia's war in Ukraine amounted to "genocide," accusing President Vladimir Putin of trying to "wipe out the idea of even being a Ukrainian."

"Yes, I called it genocide," he told reporters in Iowa on Tuesday shortly before boarding Air Force One to return to Washington. "It's become clearer and clearer that Putin is just trying to wipe out the idea of even being a Ukrainian."

WATCH: Resilient Ukrainians maintain resistance against unabating Russian onslaught

At an earlier **event in Menlo, Iowa**, addressing spiking energy prices resulting from the war, Biden had implied that he thought Putin was carrying out genocide against Ukraine, but offered no details. Neither he nor his administration announced new consequences for Russia or assistance to Ukraine following Biden's public assessment.

Biden's comments drew praise from Ukrainian President Volodymyr Zelenskyy, who had encouraged Western leaders to use the term to describe Russia's invasion of his country.

"True words of a true leader @POTUS," he tweeted. "Calling things by their names is essential to stand up to evil. We are grateful for US assistance provided so far and we urgently need more heavy weapons to prevent further Russian atrocities."

A United Nations treaty, to which the U.S. is a party, defines genocide as actions taken with the "intent to destroy, in whole or in part, a national, ethnical, racial or religious group."

Past American leaders often have dodged formally declaring bloody campaigns such as Russia's in Ukraine as genocide, hesitating to trigger an obligation that under international convention requires signing countries to intervene once genocide is formally identified. That obligation was seen as blocking President Bill Clinton from declaring Rwandan Hutus' killing of 800,000 ethnic Tutsis in 1994 as genocide, for example.

READ MORE: U.S. official says violent Myanmar repression of Muslim Rohingya amounts to genocide

Biden said it would be up to lawyers to decide if Russia's conduct met the international standard for genocide, as Ukrainian officials have claimed, but said "it sure seems that way to me."

"More evidence is coming out literally of the horrible things that the Russians have done in Ukraine, and we're only going to learn more and more about the **devastation** and let the lawyers decide internationally whether or not it qualifies," he said.

Just last week Biden said he did not believe Russia's actions amounted to genocide, just that they constituted "**war crimes**."

During a trip to Europe last month, Biden faced controversy for a **nine-word statement** seemingly supporting regime change in Moscow, which would have represented a dramatic shift toward direct confrontation with another nuclear-armed country. "For God's sake, this man cannot remain in power," Biden said.

# EXHIBIT
# E-45

Case 4:23-cv-05829-JSW Document 19-12 Filed 11/16/23 Page 224 of 274



**United Nations** | **Secretary-General**

**New York**

**06 November 2023**

# Secretary-General's Press Conference - on the Middle East
**The Secretary-General**

Very good morning.

The nightmare in Gaza is more than a humanitarian crisis.

It is a crisis of humanity.

The intensifying conflict is shaking the world, rattling the region and, most tragically, destroying so many innocent lives.

Ground operations by the Israel Defense Forces and continued bombardment are hitting civilians, hospitals, refugee camps, mosques, churches and UN facilities – including shelters.

No one is safe.

At the same time, Hamas and other militants use civilians as human shields and continue to launch rockets indiscriminately towards Israel.

I reiterate my utter condemnation of the abhorrent acts of terror perpetrated by Hamas on 7 October – and repeat my call for the immediate, unconditional and safe release of hostages held in Gaza.

Nothing can justify the deliberate torture, killing, injuring and kidnapping of civilians.

The protection of civilians must be paramount.

I am deeply concerned about clear violations of international humanitarian law that we are witnessing.

Let me be clear:  No party to an armed conflict is above international humanitarian law.

Ladies and gentlemen of the press,

Gaza is becoming a graveyard for children.  Hundreds of girls and boys are reportedly being killed or injured every day.

More journalists have reportedly been killed over a four-week period than in any conflict in at least three decades.

More United Nations aid workers have been killed than in any comparable period in the history of our organization.

I salute all those who continue their life-saving work despite the overwhelming challenges and risks.

The unfolding catastrophe makes the need for a humanitarian ceasefire more urgent with every passing hour.

The parties to the conflict -- and, indeed, the international community -- face an immediate and fundamental responsibility: to stop the inhuman collective suffering and dramatically expand humanitarian aid to Gaza.

Today, the United Nations and our partners are launching a $1.2 billion humanitarian appeal to help 2.7 million people – that's the entire population of the Gaza Strip and half a million Palestinians in the West Bank, including East Jerusalem.

Some life-saving aid is getting into Gaza from Egypt through the Rafah crossing.
But the trickle of assistance does not meet the ocean of need.

And let's be clear:  the Rafah crossing alone does not have the capacity to process aid trucks at the scale required.

Just over 400 trucks have crossed into Gaza over the past two weeks – compared with 500 a day before the conflict.  And crucially, this does not include fuel.

Without fuel, newborn babies in incubators and patients on life support will die.

Water cannot be pumped or purified.

Raw sewage could soon start gushing onto the streets, further spreading disease.

Trucks loaded with critical relief will be stranded.

The way forward is clear.

A humanitarian ceasefire.  Now.

All parties respecting all their obligations under international humanitarian law.  Now.

This means the unconditional release of the hostages in Gaza.  Now.

The protection of civilians, hospitals, UN facilities, shelters and schools.  Now.

More food, more water, more medicine and of course fuel – entering Gaza safely, swiftly and at the scale needed.  Now.

Unfettered access to deliver supplies to all people in need in Gaza.  Now.

And the end of the use of civilians as human shields.  Now.

None of these appeals should be conditional on the others.

And for all of this, we need more funding – now.

In addition, I remain gravely concerned about rising violence and an expansion of the conflict.  The occupied West Bank, including East Jerusalem, is at a boiling point.

Let us also not forget the importance of addressing the risks of the conflict spilling over to the wider region.

We are already witnessing a spiral of escalation from Lebanon and Syria, to Iraq and Yemen.

That escalation must stop.

Cool heads and diplomatic efforts must prevail.

Hateful rhetoric and provocative actions must cease.

I am deeply troubled by the rise in antisemitism and anti-Muslim bigotry.

Jewish and Muslim communities in many parts of the world are on high alert, fearing for their personal safety and security.

Emotions are at a fever pitch.  Tensions are running high.

The images of suffering are heart breaking and soul crushing.

But we must find a way to hold on to our common humanity.

I think of civilians in Gaza – the vast majority women and children -- terrified by the relentless bombardment.

I join the UN family in mourning 89 of our UNRWA colleagues who have been killed in Gaza – many of them together with members of their family.

Case 4:23-cv-05829-JSW   Document 19-12   Filed 11/16/23   Page 227 of 274

They include teachers, school principals, doctors, engineers, guards, support staff and a young woman named Mai.

Mai did not let her muscular dystrophy or her wheelchair confine her dreams.  She was a top student, became a software developer and devoted her skills to working on information technology for UNRWA.

I am so deeply inspired by her example.

I think of all those tortured and killed in Israel nearly one month ago and the hostages – abducted from their homes, their families, their friends while simply living their lives.

Ten days ago, I met with some of the family members of those hostages.

I heard their stories, felt their anguish and was deeply moved by their compassion.

I will never relent in working for their immediate release.  This is essential in itself and central to solving many other challenges.

One mother movingly shared with me her desolation over her abducted son, Hersh.

She also spoke outside the Security Council – and on the subject of confronting hatred, she said:

"When you only get outraged when one side's babies are killed, then your moral compass is broken and your humanity is broken."

Even in her utter despair, she stood before the world and reminded us:

"In a competition of pain, there is never a winner."

We must act now to find a way out of this brutal, awful, agonizing dead end of destruction.

To help end the pain and suffering.

To help heal the broken.

And to help pave the way to peace, to a two-state solution with Israelis and Palestinians living in peace and security.

Thank you.

# EXHIBIT

# E-46

Case 4:23-cv-05829-JSW   Document 19-12   Filed 11/16/23   Page 229 of 274

An official website of the United States Government    Here's how you know

Home  >  ...  > Department Press Briefing – November 7, 2023

# Department Press Briefing – November 7, 2023

**VEDANT PATEL, PRINCIPAL DEPUTY SPOKESPERSON**

**WASHINGTON, D.C.**

NOVEMBER 7, 2023

---

## ARTICLE INDEX

**ISRAEL/PALESTINIAN TERRITORIES/REGION**

**IRAN/IRAQ/REGION**

**ISRAEL/PALESTINIAN TERRITORIES**

**TÜRKIYE/SWEDEN/NATO**

**ISRAEL/PALESTINIAN TERRITORIES/REGION**

**DEPARTMENT**

**UKRAINE/RUSSIA**

**GEORGIA/RUSSIA**

**ARMENIA/AZERBAIJAN**

**CHINA/REPUBLIC OF KOREA/REGION**

**GEORGIA**

**CLIMATE**

**RUSSIA/UKRAINE**

**PAKISTAN/AFGHANISTAN**

**ISRAEL/PALESTINIAN TERRITORIES/REGION**

**LEBANON**

that simultaneously ensure that Hamas is not in a position in which it can regroup, restrengthen itself, position itself in a way to further conduct attacks on the Israeli people while also creating conditions that perhaps will allow for the further provision of humanitarian aid into Gaza that will perhaps allow conditions that other hostages can be released as well.

**QUESTION:** Well, Hamas is still firing – I'm sorry.

**MR PATEL:** Go ahead. I've taken two of your questions. Go ahead.

**QUESTION:** Thank you. Just to – thank you. Just to follow up on Sam.

**MR PATEL:** Yeah.

**QUESTION:** In March 2021, Secretary Blinken accused China of the crime of genocide for its alleged treatment of the Uyghur minority, but he didn't accuse them of killing on any mass scale or forcible transfer. Now we see with Israel's military assault on Gaza something like one out of every 200 people in the Gaza Strip has been eliminated, over 4,000 children killed. The ministry of intelligence, as Sam pointed out, in Israel has published a blueprint for the forced transfer of the entire Palestinian population to Egypt. We have the intent to commit genocide expressed at the highest level of the Israeli Government, including Netanyahu himself referring to the Palestinian population as Amalek, the biblical Amalek.

So I wonder, when you're accusing one country of genocide without accusing them of mass killing, and then blocking ceasefires to enable another country's military assault, what metric are you using to determine genocide? Or is this just political rhetoric?

**MR PATEL:** It's certainly not political rhetoric. The department – and I talked a little bit about this yesterday – we have a rigorous process in place for evaluating whether something constitute as genocide or not, and that is true in any country that that situation might be being looked at.

That is not a term that we have assessed pertains to this current conflict. We are, of course, monitoring the evolving situation and are examining facts as they develop. This continues to be an incredibly challenging and fraught situation, but it's also important to remember that Hamas bears responsibility for sparking this war, and they have brought this tragic war to Gaza.

**MR PATEL:** We are not justifying – we are – there is no one in this administration that is justifying killing of civilians. Any civilian life lost is incredibly troubling, heartbreaking to us. Any number above zero is deeply troubling to us. What we are doing is we are working with our Israeli partners to ensure that steps can be taken to minimize the impact on civilian life. And we also have – believe that there is a moral imperative, there is a strategic imperative to take steps to minimize loss of civilian life.

I'm going to work the room. I've answered like four of your questions.

**QUESTION:** Can I just follow up – sorry – on your answer to the genocide question?

**MR PATEL:** Yeah. Yeah.

**QUESTION:** You said you're monitoring the evolving situation and examining the facts as they develop. Is – are you confirming that the U.S. is examining Israeli bombardment of Gaza to see if its actions constitute —

**MR PATEL:** No, that's not – I did not say that to indicate that there is some active, ongoing process. This is par for the course as we observe conditions and circumstances around the world.

**QUESTION:** So there's no active process looking at this specifically?

**MR PATEL:** Correct. Correct.

**QUESTION:** Okay.

**QUESTION:** Given – just to follow on that briefly, given the circumstances, is one likely?

**MR PATEL:** I'm just not going to get into internal deliberative processes that exist at State. I want to – is it cool I go to Shaun and then I can come back to you, before you, sir?

**QUESTION:** Sure, no problem.

**MR PATEL:** Yeah.

**QUESTION:** It's related somewhat.

**MR PATEL:** Okay.

# EXHIBIT
# E-47

## TRANSCRIPT

# Deputy Pentagon Press Secretary Sabrina Singh Holds an On-Camera Press Briefing

**Nov. 7, 2023**

DEPUTY PRESS SECRETARY SABRINA SINGH: Hi, everyone. Good morning -- nope, good afternoon. Sorry about that. Okay, so I have a few items to pass along at the top, and then I'd be happy to jump in and take your questions.

So, the department continues to closely monitor the situation in the Middle East and maintains a steady focus on our critical lines of effort that include protecting our forces and citizens in the region, strengthening our force posture, flowing critical security assistance to Israel and supporting their right to self-defense and helping secure the release of hostages held by Hamas, including American citizens.

Earlier today, the secretary convened a call with Egyptian Minister of Defense General Zaki to discuss efforts to bolster security in the Middle East. These calls are part of his ongoing outreach and keeping in close contact with allies in the -- and partners in the region. The secretary expressed appreciation for Egypt's work to facilitate the delivery of humanitarian aid and the safe evacuation of U.S. citizens from Gaza. They also discussed the importance of civilian protection, and a full readout of the discussion will be posted later today on our department's website.

Q: What qualifies as an attack versus an attempted attack? How do you define that?

MS. SINGH: I think General Ryder spoke probably a little bit better about this the other day, but you know, it's more of an art than a science. It's the threat to U.S. forces and to -- how close a drone or a rocket gets to the base.

So, we assess each one each time on what constitutes an attack. There are different ways on how different agencies also characterize the attacks. So, we're trying to do the best we can and provide you the most transparent information that we can as quickly as possible, but it -- it's more of the -- the threat in the vicinity of that would characterize the attack.

Q: And separately, yesterday, General Ryder acknowledged that thousands of civilians in Gaza have been killed from Israel's attacks, and at the same -- in the same briefing, also acknowledged that the U.S. is not putting any conditions on the weapons its sending. Is the Pentagon comfortable with the fact that the weapons it's sending could be used to kill civilians?

MS. SINGH: Well, we don't put conditions on weapons that we're -- that we're sending or that Israel is using, but I can tell you, in all of our -- both public and -- and private conversations, the Secretary and this administration has been very clear that humanitarian law, proportionality, always be taken into consideration when conducting any type of response within Gaza.

And I -- I think that, you know, we're going to continue to have these conversations. That's what a good partner does, is also having these tough conversations, both, you know -- you -- you're seeing Secretary Blinken there right now in the region, or -- or maybe just coming back. You've seen Secretary Austin, on a near daily basis, have these calls with Minister Gallant.

So again, we're going to continue to voice our concerns, we're going to continue to urge that Israel uphold the laws of war, the humanitarian laws, but -- it is up -- it is really the IDF and their operations, that they would need to speak to those more specifically.

Yeah?

Q: Once the weapons are in the hands of the IDF, does the U.S. have any sort of way of tracking how they're being used?

MS. SINGH: Like an end use monitoring?

Q: Yeah.

MS. SINGH: Well, in any time we provide -- any time we provide any type of U.S. security assistance, we expect whatever nation is using our weapons to uphold them with the laws that, you know, we -- we -- we put on them, upholding humanitarian laws. So, I wouldn't say it's necessarily an end use monitoring, but we expect them to be used in accordance with the laws.

Janne?

Q: Thank you, Sabrina. One on South Korea, one on Hamas. The South Korean Ministry of National Defense is claiming that the September 19, 2019 military agreement between South Korea and North Korea should be suspended because it has a negative impact on South Korea's defense posture. As you know, because of this agreement, U.S. reconnaissance activities are restricted. Do you think this agreement should be suspended for the United States to effectively defend South Korea?

MS. SINGH: I think you're -- you're talking about the 2019 agreement.

Q: Yeah.

MS. SINGH: So, I would -- I -- that's something that the Republic of Korea would have to speak to and -- and make a decision about. I just don't have anything to offer on that.

Q: And on Hamas --

MS. SINGH: Sure.

# EXHIBIT

# E-48

NOVEMBER 07, 2023

# Press Briefing by Press Secretary Karine Jean-Pierre and NSC Coordinator for Strategic Communications John Kirby

James S. Brady Press Briefing Room

2:02 P.M. EST

MS. JEAN-PIERRE:  So much excitement out here.

Q    It's the jacket.

MS. JEAN-PIERRE:  All right, all right.  All right, class, everybody — (laughter).

Okay.  All right, everyone.  It is — it is a serious day indeed.

So, good afternoon.  Today, as part of our "10 days of 10 Drugs" series, we're highlighting Januvia, a drug that treats diabetes and that was selected for Medicare price negotiation as part of President Biden's Inflation Reduction Act.

Last year, around 885,000 seniors were prescribed Januvia and spent, on — on average, up to 500 bucks a month for this lifesaving drug.

One of those seniors is Stephen from North Carolina, who wrote to the President that he pays over 500 bucks a month for this lifesaving medicine.

For years, politicians talked about taking on Big Pharma to lower drug prices for seniors.  All the while, Big Pharma continued to rake in record profits and spent $400 million on lobbyists to keep prices high for seniors.

some.  I mean, one of the ways we were able to get those first few hostages out was a pause in the fighting.

And Prime Minister Netanyahu, I believe, in a — in an interview last night, also talked about the fact that he has approved certain pauses throughout the country.

So, there have been.  And we are going to continue to work with our Israeli counterparts going forward to make sure that — that we can continue to do them.

But the idea here is, you know, they're localized in terms of geography, they're limited in time and duration, and they're usually for a specific purpose or purposes: getting stuff in, getting people out.  And we have every expectation that we'll be able to continue to have those conversations.

MS. JEAN-PIERRE:  Go ahead, Seung Min.

Q    Just to follow up on what you just said about the Prime Minister's comment about the little pauses.  So — so, does the U.S. see that as sort of a satisfactory response to the humanitarian pauses that President Biden has been calling for?  He's talked about, like, an hour here, an hour there.

MR. KIRBY:  It's in keeping with the conversations that we've been having with our Israeli counterparts about the need for humanitarian pauses in the fighting.

MS. JEAN-PIERRE:  Seung Min.

Q    I wanted to ask —

MS. JEAN-PIERRE:  Asma, sorry.

Q    Oh, sorry.

Q    Oh, no, that's okay.

Q    I figured.  (Laughter.)

==In late October, you had referred to the fact that the administration is not drawing any red lines for Israel. As the death toll for civilians in the Gaza Strip has gone up, I wanted to ensure: Is that still the case, that the administration has no red lines at all?==

==MR. KIRBY: That is still the case.==

Q    Okay. And then, also, a follow-up. You all have spoken a number of times about a two-state solution. And I — this is not so tangential to the immediate conflict, but I wanted to understand. Coming in, you all have maintained a policy of recognizing Israel's control over the Golan Heights. That was a move that your predecessor made, reversing, you know, U.S. policy after half a century. Is that still the Biden administration's policy, that you have — that you believe that Israel has sovereignty over the Golan Heights?

MR. KIRBY: Let me get back to you on that specific policy question. I don't want to freelance it from here.

But you said something at the beginning that — that — talking about a two-state solution —

Q    Yes.

MR. KIRBY: — seems tangential to what's going on, and I would respectfully disagree. It's actually — what's going on underscores how important it is that we continue to try to make progress towards a two-state solution.

But I will get you a better answer on the Golan Heights.

Q    On the Golan Heights. Okay, thank you.

MR. KIRBY: I'd rather not just spitball that.

MS. JEAN-PIERRE: Nadia.

Q    Thank you. I want to follow up on the previous question, and I have another question.

# EXHIBIT
# E-49

An official website of the United States Government  Here's how you know

Home > Department Press Briefing – November 9, 2023

# Department Press Briefing – November 9, 2023

**VEDANT PATEL, PRINCIPAL DEPUTY SPOKESPERSON**

**WASHINGTON, D.C.**

NOVEMBER 9, 2023

## ARTICLE INDEX

**ISRAEL/PALESTINIAN TERRITORIES/EGYPT/REGION**

**DEPARTMENT/ISRAEL/PALESTINIAN TERRITORIES**

**SYRIA/IRAQ/REGION**

**SWEDEN/NATO**

**ISRAEL/PALESTINIAN TERRITORIES/REGION**

**APEC**

**INDIA/REGION**

**ISRAEL/PALESTINIAN TERRITORIES/REGION**

**DPRK/RUSSIA**

**INDIA/CANADA**

**RUSSIA/UKRAINE**

**DEPARTMENT/ISRAEL/PALESTINIAN TERRITORIES**

**HUMAN RIGHTS**

**MR PATEL:** Well, you're right, I'm absolutely not going to get ahead of the President's schedule or the Secretary's own schedule as well.  But let me just say that we are thrilled to be serving as APEC's host this year, and the Leaders' Week is going to mark the culmination of our efforts as it relates to APEC.  And we have been focused on showcasing and highlighting our economic leadership as well as our commitment to multilateral engagement in the Asia-Pacific and the world broadly, and we believe that APEC has an opportunity to highlight the direct benefits of the international economic engagement and some of the things that the United States has been leading on.  So I would say tune in next week, and we'll have more to share over the course of the summit.

**QUESTION:** And secondly, so the – reportedly there – the President Xi and President Biden will – the meeting between them will result in an announcement to resume military-to-military communication between the two countries.  Is that the case?  Can you confirm it?

**MR PATEL:** Again, I think I just said I'm not going to speak to the President or the Secretary's schedule.  I will leave it to the White House to announce any plans for the President.  So —

**QUESTION:** And if I – if I may —

**MR PATEL:** I'm going – you got two questions already.

**QUESTION:** Okay.  Thank you.

**MR PATEL:** Go ahead – from the back.

**QUESTION:** Thanks.  Back to Palestine-Israel, the UN high commissioner for human rights yesterday said that the – quote/unquote, "The atrocities perpetrated by Palestinian armed groups on October 7th were heinous, they were war crimes[.]" He also said the collective punishment by Israel of Palestinian civilians is also a war crime and that the unlawful forcible evacuation of civilians is as well.  Does the U.S. agree with the UN assessment?  (Inaudible.)

**MR PATEL:** I spoke about this earlier this week in the – when it relates to questions about any of these kinds of legal determinations.  We have a rigorous process in place for evaluating these kinds of things and have not made that assessment in this case.  But this is a situation we're going to continue to pay attention to and remain in close partnership with Israel.

**QUESTION:** So it's an ongoing evaluation as things develop day by day (inaudible)?

continue to raise directly with our Israeli partners.  You've seen us do so.  We've laid out steps that could potentially be taken to minimize this.  We welcome the news today on the humanitarian pause, and we'll continue to work at this.

Last question, Simon.

**QUESTION:**  Wanted to come back to the phrase that you – you talked about the rigorous process that's in place to assess, in different situations, crimes against humanity, genocide, those kind of things.  To just clarify, it sounded like there is a rigorous process in place to make those determinations, but you haven't initiated a process in this – in this case.

**MR PATEL:**  That is correct.  I think a colleague from your exact newsroom asked the same question a couple days ago.

**QUESTION:**  I think it's probably an important question, so we —

**MR PATEL:**  I – No, I'm not – I'm not at all parsing the importance of the question.  I just think I've spoken to it a couple times this week.

**QUESTION:**  Yeah, but – so what —

**MR PATEL:**  I'm not going to get into the specifics of those rigorous processes.  These are internal, deliberative processes.  That is par for the course when we talk about the ways in which we go about this.  But there is a rigorous process in place, and we have not come to that conclusion in this specific case.

**QUESTION:**  Who's decision is it to initiate that rigorous process?

**MR PATEL:**  It is a process across the interagency is my understanding, but I'm happy to see if we have any specifics we can share.

**QUESTION:**  Is it – can you say sort of it would be a – something initiated by the Secretary of State to say we're going to look into a case —

**MR PATEL:**  Again, I don't want to misspeak the specifics of the parameters, of how they work, so I'm happy to check back and get back you in a broad sense.

# EXHIBIT
# E-50

NOVEMBER 09, 2023

# Remarks by President Biden Before Marine One Departure

South Lawn

10:20 A.M. EST

Q   Mr. President, why did you strike the Revolutionary Guard?  Mr. President, why did you strike Iran's Revolutionary Guard?

THE PRESIDENT:  Because they struck us.

Q   And, President Biden, why did —

Q   Do you plan to hit them again?

THE PRESIDENT:  If they strike us.

Q   Why do you think it is, in this election season —

THE PRESIDENT:  Why do you think it is I always take your question?  (Laughs.)

Q   It's a good one.  I got two good ones.  Why do you think it is that people should be more concerned about abortion access than your age?

THE PRESIDENT:  I don't think it's comparable comparison.
Q   Why do you think it is that you're trailing Trump in all these swing state polls?

THE PRESIDENT:  Because you don't read the polls (inaudible).  Ten polls. Eight of them, I'm beating him in those places.  Eight of them.  You guys only do two.  CNN and New York Times.  Check it out.  Check it out.  We'll get you

a copy of all those other polls.

Q   You don't believe you're trailing in battleground states?

THE PRESIDENT:  No, I don't.

(Cross-talk.)

Q   (Inaudible) Gaza ceasefire, Mr. President?

THE PRESIDENT:  Pardon me?

Q   What are the chances of a Gaza ceasefire?

THE PRESIDENT:  None.  No possibility.

Q   Any update on getting hostages out?

THE PRESIDENT:  We're still optimistic.

Q   What's the — what's the delay on getting more hostages?

Q   What's your message to the families of the hostages in Gaza?

THE PRESIDENT:  We're not going to stop until we get them out.

Q   How confident are you that you will get them out?

Q   What's been the delay?

Q   Mr. President, are the retaliatory strikes working?  Mr. President, are the retaliatory strikes working in the Middle East?

THE PRESIDENT:  Yes.  I mean, they're — they're working in the sense that we're hitting the targets they're seeking.

Q   Mr. President, Angola will celebrate the Day of Independence this Saturday.  We are celebrating 48 years of independence.  And you have been

# EXHIBIT
# E-51

NOVEMBER 09, 2023

# Press Gaggle with NSC Coordinator for Strategic Communications John Kirby

Via Teleconference

10:30 A.M. EST

MODERATOR: Hey, everyone. Thank you for your patience and bearing with us while we got through that, but — Kirby has a few words at the top and then we'll take as many questions as we can.

MR. KIRBY: Hey. Good morning, everybody.

Look, as you know, we have been in very active discussions with the Israelis about the importance of tactical humanitarian pauses here to permit civilians to depart areas of active hostilities, to increase the flow of aid, and, of course, to help enable hostage releases.

Today, the Israelis have announced some potentially important steps in this direction.

First, there will now be two humanitarian corridors allowing people to flee the areas of hostilities in the northern part of Gaza. The first such corridor, open between four and five hours every day for the past few days, has already enabled many thousands of people to reach safer areas in the south, away from the main area of ground operations.

The second route, along the coastal road, will enable many more thousands to reach safer areas in the south. Of course, we remain concerned that Hamas will discourage or prevent civilians from fleeing.

At the same time, when encouraging people to leave areas of active operations, it's critical — absolutely vital — that humanitarian supplies and

Q   Hi, Sam.  Good morning, John.  Just to catch up what you said in the beginning.  So, this four-hour pause, how long will it last for?  Are we talking about a week, or you evaluate it as we go along?  And also, can it be extended?  Because as you know, the people are fleeing on foot, so do you think that four hours is enough for civilians to move while they walk into a safer place?

And second, if you allow me, you know that there's two summits going to take place the next two days in Saudi Arabia.  One is the Arab League and the other is Islamic Summit.  The gap is big between your alliance and your partners and the administration.  They wanted ceasefire; you talk about humanitarian pause.

How can you — what message would you send to them?

And second, the Iranian President is — is attending the Islamic Summit.  Do you think that's an asset, or do you think that will have some kind of negative effect on the final communiqué that would be issued?

Thank you so much.

MR. KIRBY:  On your first question, we're glad that this process of these four-hour pauses is starting today.  And I'll let the Israelis speak to the — the implementation of that and the execution of that.

As we've said, we think this is a — these are significant first steps here.  And obviously, we want to see them continue and, certainly, you know, for as long as they're needed.

But I couldn't give you a — you know, a calendar in terms of, like, whether they'll stop or not or for how long.  We — we think this is a good first step — significant steps.  And — and we want to see them continue.

On your second question about the ceasefire, every nation can speak for themselves on this; we've spoken loud and clear where we are.  We still don't believe a ceasefire is appropriate at this time.  It does nothing but — I mean, Hamas benefits from it.  And, frankly, a ceasefire at this time would — would, in all practicality, legitimize what they did on October 7th.  And we simply aren't going to stand for that at this time.

# Exhibit

# E-52

# Defense Official Said U.S. Won't Hesitate to Defend Its Troops in Middle East

Nov. 9, 2023  |  By C. Todd Lopez , DOD News

**Over the last three weeks, Iran-backed militia groups have attacked U.S. bases and facilities in Iraq and Syria 41 times. The U.S. has defended itself against those attacks and will continue to do so, the deputy assistant secretary of defense for the Middle East said.**

"On October 26, at President Biden's direction, U.S. forces conducted precision, self-defense strikes on facilities in eastern Syria used and operated by Iran's Islamic Revolutionary Guard Corps, IRGC, and its affiliates," said Dana Stroul during testimony yesterday before the House Foreign Affairs Committee. "We will not hesitate to take further necessary measures to protect our people."

Following the Oct. 7 attacks on Israel by the terrorist group Hamas, Stroul said the department has organized efforts in the Middle East along four lines of effort, including protecting U.S. forces and interests in the region, supporting Israel's right to defend itself, coordinating with Israel on hostage recovery efforts, and containing the ongoing conflict to Gaza.



U.S. force enhancements in the Middle East, include recently deployed Terminal High Altitude Area Defense and Patriot missile defense systems, additional fighter squadrons, two carrier strike groups, and an Ohio-class nuclear-powered guided missile submarine, Stroul said.

"We also placed over 2,000 personnel and a range of units on a heightened state of readiness, some of which [were] subsequently deployed," Stroul said. "These deployments demonstrate our commitment to Israel's security, to regional stability, and to deterring those who seek to widen this conflict. It also bolsters the department's ability to respond quickly to the evolving security environment."

The department's commitment to Israel's right to defend itself from terrorism is "ironclad," and the department is working daily to help Israel do that, Stroul told lawmakers.

"We are working around-the-clock to determine which munitions and equipment from U.S. inventory can quickly be made available," Stroul said. "Air defense is a high priority, as are medical supplies, artillery, ammunition and precision-guided munitions. Deliveries are taking place on a near daily basis."

Since the initial attack, Stroul said Hamas has been using civilians as human shields, has blocked the delivery of humanitarian aid, and continues to hold at least 200 civilians.

"The Department of State designated Hamas a foreign terrorist organization in 1997," she said. "Hamas is responsible for the abhorrent terrorist attack in Israel. And Israel is executing military operations to ensure that Hamas is never again able to perpetuate a terrorist attack like it did in October."

Hosted by Defense Media Activity - WEB.mil

# Exhibit

# E-53



Al Jazeera
See this story on our app

VIEW IN APP


ALJAZEERA

🔴 LIVE ✕

Israel-Palestine conflict  >   Live updates   If Gaza was your city   A simple guide   Live tracker   Israel's weapons   Military analysis: G   >

EXPLAINER

News | Israel-Palestine conflict

## How are Gaza casualty updates affected by Israeli attacks on hospitals?

*The hospitals in northern Gaza are under heavy assault by the Israeli military, making it difficult to document casualty figures.*



Patients and internally displaced people are pictured at al-Shifa Hospital in Gaza City on November 10 [Khader al-Zanoun/AFP]

By **Maziar Motamedi**
12 Nov 2023

  

The Ministry of Health in Gaza has been struggling to update casualty figures as Israeli forces have increasingly targeted hospitals and allied services in the besieged enclave.

The United Nations has confirmed that the "collapse of services and communications" at hospitals in northern Gaza is se-

**You rely on Al Jazeera for truth and transparency**

We use cookies and other tracking technologies to deliver and personalize content and ads, enable features, measure site performance, and enable social media sharing. You can choose to customize your preferences. **Learn more about our Cookie Policy.**

Allow all    Cookie preferences

Palestinians in Lebanon disappointed that Hezbollah won't escalate

Israel's war on Gaza: List of key events, day 37

Largest pro-Palestinian rally held in London

Israeli raids kill 3 more Palestinians in West Bank, health officials say

---

So, when was the last time we got an update, how has the ministry managed its figures so far, and how dire is the situation of hospitals in Gaza?

## When was the last update?

On Sunday, the government media office in Gaza updated the casualty figures after a gap of two days. It raised the death toll to 11,100, including more than 8,000 children and women. The last official update came on November 10 at 2pm (12:00 GMT).

"Due to the targeting of hospitals and the prevention of entry of any of the bodies or wounded, the Ministry of Health was unable, on Saturday, to issue accurate statistics for the numbers of dead and injured during the past hours," the media office said in a statement.

The Health Ministry in Gaza has been providing daily updates since the war started following the surprise Hamas attack inside Israel killed about 1,200 people.

Last week, Barbara Leaf, assistant US secretary of state for Near Eastern affairs, told a House panel that the number of those killed in Gaza – home to 2.3 million people – is likely "higher than is being cited".

The UN relief agency confirmed in its latest update on Saturday that a communications breakdown has prevented new figures from coming in.

Advertisement

Nearly 3,000 Palestinians remain missing and may be trapped or dead under the rubble while another 27,490 Palestinians have reportedly been injured, the Health Ministry said on Friday.

**You rely on Al Jazeera for truth and transparency**

We use cookies and other tracking technologies to deliver and personalize content and ads, enable features, measure site performance, and enable social media sharing. You can choose to customize your preferences. **Learn more about our Cookie Policy.**

11/15/23, 3:54 PM    How are Gaza casualty updates affected by Israeli attacks on hospitals? | Israel-Hamas conflict News | Al Jazeera

Case 4:23-cv-05829-JSW    Document 19-12    Filed 11/16/23    Page 257 of 274



'Never seen it': Norwegian doctor disputes Hamas in hospitals

## How does the system work?

The Health Ministry had previously explained its methodology for compiling data on Palestinian casualties.

Sign up for Al Jazeera

# Week in the Middle East

Catch up on our coverage of the region, all in one place.

E-mail address

Sign up

By signing up, you agree to our **Privacy Policy**

protected by **reCAPTCHA**

Once a victim who arrives at the emergency department of a government hospital is identified, their data, including ID number and personal information, along with the time of arrival, are recorded in the hospital's computerised information system.

Each hospital also records the cases of death for the wounded who spent a period in the hospital before their death.

The daily information about the killed Palestinians is transferred from the decentralised hospital system to the central database of a government registry.

You rely on Al Jazeera for truth and transparency

We use cookies and other tracking technologies to deliver and personalize content and ads, enable features, measure site performance, and enable social media sharing. You can choose to customize your preferences. **Learn more about our Cookie Policy.**

Advertisement

The ministry processes the data, verifies its completeness, and ensures there are no duplicates or errors after the transfer is completed.

The ministry's information centre prepares daily reports, which are sent to the government-run Health Emergency Operations Centre for approval and dissemination.

## How bad are hospitals in Gaza having it?

Israeli air raids have struck areas in and surrounding hospitals and medical centres across Gaza to devastating effect since the start of the war based on a claim disputed by Palestinians as well as international medical NGOs that Hamas is operating in those areas. Israel has not provided any proof for its claims.

But as Israel's ground offensive has progressed in northern Gaza, its forces have also increasingly focused on hospitals, and the past few days have marked a sharp increase in their targeting.

Israeli tanks have now surrounded al-Shifa Hospital, the largest facility in Gaza, and snipers and drones positioned all around are shooting at people.

You rely on Al Jazeera for truth and transparency

We use cookies and other tracking technologies to deliver and personalize content and ads, enable features, measure site performance, and enable social media sharing. You can choose to customize your preferences. Learn more about our Cookie Policy.

that the Israeli military had said civilians could take.

"We can hardly treat the patients within the hospital and are in the middle of the warzone. There are continuous air strikes, and the drones are hovering within the hospital area," Dr Ahmad Mokhallalati said.

The facility's director, Mohammed Abu Salmiya, told Al Jazeera on Saturday that two premature babies have died after an electricity failure at the neonatal intensive care unit, and 37 more babies are at risk of imminent death.



On Sunday, the Palestine Red Crescent Society said Al-Quds Hospital was no longer operational due to a shortage of fuel and a power outage.

The World Health Organization (WHO) said early on Sunday that it had lost communication with its contacts at the hospital and confirmed receiving reports of people being killed while trying to flee.

Advertisement

You rely on Al Jazeera for truth and transparency

We use cookies and other tracking technologies to deliver and personalize content and ads, enable features, measure site performance, and enable social media sharing. You can choose to customize your preferences. **Learn more about our Cookie Policy.**

For weeks, the UN and international rights groups have warned that Palestinians in Gaza, especially the most vulnerable, have no place safe to turn to.



PRCS ✓
@PalestineRCS · Follow

@PalestineRCS announces Al-Quds Hospital out of service and no longer operational.

⚕️🤚 The cessation of services is due to the depletion of available fuel and power outage.

⚫ PRCS holds the international community and signatories of the Fourth Geneva Convention accountable... Show more

4:51 AM · Nov 12, 2023                                                    ⓘ

♥ 2.2K          💬 Reply          ↑ Share

Read 84 replies

UN shelters have not been spared either, and the organisation has said as of Friday, 66 internally displaced people have been killed and 588 have been injured while staying in UN shelters.

"Hundreds of thousands of people who remain in the north are struggling to get the essentials for their survival. Consumption of water from unsafe sources raises serious concerns about dehydration and waterborne diseases," the UN said.

It noted that hospitals are explicitly entitled to specific protection under international humanitarian law.

You rely on Al Jazeera for truth and transparency

We use cookies and other tracking technologies to deliver and personalize content and ads, enable features, measure site performance, and enable social media sharing. You can choose to customize your preferences. Learn more about our Cookie Policy.



SOURCE: AL JAZEERA

About ⌄

Connect ⌄

Our Channels ⌄

Our Network ⌄

Follow Al Jazeera English:

**You rely on Al Jazeera for truth and transparency**

We use cookies and other tracking technologies to deliver and personalize content and ads, enable features, measure site performance, and enable social media sharing. You can choose to customize your preferences. **Learn more about our Cookie Policy.**

© 2023 Al Jazeera Media Network

**You rely on Al Jazeera for truth and transparency**

We use cookies and other tracking technologies to deliver and personalize content and ads, enable features, measure site performance, and enable social media sharing. You can choose to customize your
preferences.  **Learn more about our Cookie Policy.**

Exhibit

E-54

11/15/23, 3:58 PM
Friend and Ally: U.S. Support for Israel after Hamas' Barbaric Attack | Hearings & Briefings | Foreign Affairs Committee
Case 4:23-cv-05829-JSW Document 19-12 Filed 11/16/23 Page 264 of 274

(/)

## HEARINGS & BRIEFINGS (/HEARINGS)

# Friend and Ally: U.S. Support for Israel after Hamas' Barbaric Attack (/hearings?ID=0359D77C-0EE9-4DBB-8AF9-DF480417BCAD)

## November 8, 2023 3:15 PM

**Room Number:** 210
**Location:** HVC

## Witnesses:

**The Honorable Barbara A. Leaf**
*Assistant Secretary, Bureau of Near Eastern Affairs*
U.S. Department of State

**Ms. Dana Stroul**
*Deputy Assistant Secretary of Defense for the Middle East*
U.S. Department of Defense

## Documents:

- **Hearing Notice (https://democrats-foreignaffairs.house.gov/index.cfm?a=Files.Serve&File_id=9A0DF4EA-5BD0-46BC-965C-E5C1B87F2B86)**
- **Committee Repository (https://docs.house.gov/Committee/Calendar/ByEvent.aspx?EventID=116504)**

11/15/23, 3:58 PM
Friend and Ally: U.S. Support for Israel after Hamas' Barbaric Attack | Hearings | House Foreign Affairs Committee
Case 4:23-cv-05829-SLW Document 19-12 Filed 11/16/23 Page 265 of 274

Friend and Ally: U.S. Support for Israel after Hamas' Barbaric Attack



00:00                                    ▶                                    03:4

# Exhibit

# E-55

11/15/23, 11:22 AM
Case 4:23-cv-05829-JSW Document 19-12 Filed 11/16/23 Page 267 of 274
US is quietly sending Israel more ammunition, missiles | World | leadertelegram.com

http://tribunecontentagency.com


AP

# US is quietly sending Israel more ammunition, missiles

Tony Capaccio - Bloomberg News (TNS)
Nov 14, 2023

WASHINGTON — The Pentagon has quietly ramped up military aid to Israel, delivering on requests that include more laser-guided missiles for its Apache gunship fleet, as well as 155mm shells, night-vision devices, bunker-buster munitions and new army vehicles, according to an internal Defense Department list.

The weapons pipeline to Israel is extending beyond the well-publicized provision of Iron Dome interceptors and Boeing Co. smart bombs. It continues even as Biden administration officials increasingly caution Israel about trying to avoid civilian casualties in the Gaza Strip.



"What do you need? How can I help?"
It's what our clients often hear.

MORE INFO

The arms sought by Israel as it fights Hamas, designated as a terrorist group by the U.S. and European Union, are listed in a document labeled "Israel Senior Leader" requests that's dated late October and is circulating in the Pentagon.

The arms are already being shipped or the Defense Department is working to make them available from stockpiles in the U.S. and Europe, according to the document reviewed by Bloomberg News. As of late October, for example, all 36,000 rounds of 30mm cannon ammunition, 1,800 of the requested M141 bunker-buster munitions and at least 3,500 night-vision devices were delivered, the tally shows.

A Pentagon spokesman declined to discuss specifics, but the Defense Department said in a statement that it's "leveraging several avenues — from internal stocks to U.S. industry channels – to ensure Israel has the means to defend itself."

"This security assistance continues to arrive on a near-daily basis," according to the statement. It said the U.S. was rapidly providing precision-guided munitions, small-diameter bombs, 155mm artillery shells and other munitions. That's along with Iron Dome interceptors and medical support equipment.

The provision of artillery shells and other munitions has drawn criticism from nongovernmental organizations that say the U.S. supplies have allowed Israel to press ahead with a bombing campaign that Hamas-run health authorities in the Gaza Strip say have killed more than 10,000 people.

In a letter Monday, more than 30 relief organizations wrote to Defense Secretary Lloyd Austin urging him not to send the 155mm shells in particular.

"In Gaza, one of the world's most densely populated places, 155mm artillery shells are inherently indiscriminate," the organizations said. "These munitions are unguided and have a high error radius." They said the shells often land 25 meters (82 feet) away from the intended target.

The ammunition for AH-64 Apache helicopter gunships includes about 2,000 Hellfire Laser Guided missiles made by Lockheed Martin Corp., some of which Israel has transferred to its forces as U.S. Army teams seek supplies from stocks in Germany and South Korea, according to the tally. It also includes more than 36,000 rounds of 30mm ammunition to be fired by the Apache's cannon.

Israel's defense forces have flown the Boeing-built Apaches for years.

The Israeli military appears to be using the Apache helicopters "to support Israel troops in contact with Hamas fighters, using their 30mm chain guns against fighters caught out in the open and Hellfire missiles against vehicles and fighting position or bunkers used by Hamas," Michael Eisenstadt, director of military and security programs at the Washington Institute for Near East Policy, said in an email.

"They may also be using Hellfires for the targeted killing of senior commanders when the opportunity presents itself," he said.

Reverse trip

Israel has also requested more than 57,000 155mm High Explosive artillery shells and 20,000 M4A1 rifles, as many as 5,000 PVS-14 night vision devices, 3,000 M141 hand-held bunker-buster munitions that U.S. Central Command is supplying, 400 120mm mortars and 75 of the Army and Marine Corps' new Joint Light Tactical Vehicle, which is replacing the Hummer.



According to the tally, the U.S. has also donated its inventory of 312 Tamir missile interceptors. The Army's two Iron Dome batteries are traveling to Israel by sealift.

The weapons shipments include a reverse trip for 155mm shells. The 57,000 had been sent from U.S. stocks in Israel to U.S. European Command locations to restock munitions that were sent to Ukraine for its fight against Russia's invasion. Now the restocked munitions are being sent back to Israel for its use in the conflict with Hamas, according to a congressional aide and U.S. officials.

In contrast to Israel, the U.S. has provided more than 2 million 155mm shells and more than 800,000 105mm rounds to Ukraine, according to a new State Department summary.

Switchblade drones

Israel has also requested 200 armor-piercing Switchblade 600 dive-bombing drones made by AeroVironment Inc. Ukraine has bought the drones directly from the company.

The U.S. Army doesn't have any Switchblade 600s in its inventory. It's unclear whether AeroVironment has the drones in stock or would need to build them. An AeroVironment spokesperson declined to comment.

The U.S. could steer Foreign Military Financing grants for purchase through the Foreign Military Sales process, according to an industry official familiar with the issue. DefenseScoop, a Washington-based defense technology newsletter, disclosed the Switchblade 600 request earlier.

---

©2023 Bloomberg L.P. Visit bloomberg.com. Distributed by Tribune Content Agency, LLC.

Copyright 2023 Tribune Content Agency.

Exhibit

E-56



Israel & Palestine

# Joint Letter to Secretary of Defense Lloyd Austin Opposing 155mm Artillery Shell Transfer to Israel

November 13, 2023

Dear Secretary Austin,

We, the undersigned humanitarian, national security, human rights, faith-based, civilian protection, and grassroots organizations, write to express our alarm regarding the possible transfer of 155mm artillery shells to support Israel's ground operations in the Gaza Strip. We urge you to refrain from granting the government of Israel access to the U.S.-origin 155mm munitions currently stockpiled there.

Since Israel launched its military response to Hamas' brutal attacks on October 7, President Biden has stressed Israel's responsibility to protect its people within the limits of international humanitarian law (IHL). IHL requires, among other things, that parties to armed conflict distinguish between civilian and military personnel and objects. Accordingly, the use of weapons incapable of being directed at military objectives under particular circumstances is prohibited.

When explosive weapons are used in populated areas, on average 90 percent of the victims are civilians.[1] The International Committee of the Red Cross has called on states to avoid using explosive weapons in populated areas due to the significant likelihood they will have indiscriminate effects and thereby violate fundamental principles of IHL.[2] The United States has also joined 82 other states in endorsing the Political Declaration on Strengthening the Protection of Civilians from the Humanitarian Consequences Arising from the Use of Explosive Weapons in Populated Areas, a commitment to both avoid and address civilian harm from the use of explosive weapons in populated areas and to actively promote the Declaration with other states.[3]

In Gaza, one of the world's most densely populated places, 155mm artillery shells are inherently indiscriminate. [4] These munitions are unguided and have a high error radius, often landing 25 meters away from the intended target. Upon impact, 155mm shells expel 2,000 sharp metal fragments in every direction, risking injury, death, and permanent disability to civilians within 300 meters of the blast. Simply put, it is difficult to imagine a scenario in which high explosive 155mm artillery shells could be used in Gaza in compliance with IHL.

The Israeli Defense Forces' (IDF) past use of artillery in Gaza bears out our concerns: the IDF fired 8,000 155mm shells during Operation Cast Lead in 2008-9 and 34,000 shells during Operation Protective Edge in 2014. These

munitions hit schools, neighborhoods, hospitals, shelters, and refugee camps, killing, wounding, and displacing scores of civilians. In accordance with the Biden administration's Conventional Arms Transfer policy, this historical record must be considered in determining the likelihood that proposed transfers may contribute to IHL violations.[5]

The Biden administration has also reportedly counseled against expansive ground operations lacking clear objectives in Gaza in light of the devastating humanitarian catastrophe unfolding there. Israeli operations have killed 11,180 Palestinians, gravely injured thousands more, and displaced more than 1.4 million from their homes. Safe water, sanitation, and proper healthcare are largely unavailable, leading to massive public health risks. Transferring 155mm artillery shells right now would be viewed as a green light for the sort of large-scale, destructive ground invasion that the Israeli government is currently pursuing. This sort of legally unconstrained operation would exponentially exacerbate what is already a terrifying humanitarian nightmare.

155mm artillery shells do not serve legitimate defense needs and pose a grave risk to civilians. Under the current circumstances, granting the government of Israel access to these munitions would undermine the protection of civilians, respect for international humanitarian law, and the credibility of the Biden administration. For these reasons, we strongly urge you to withhold authorization for this transfer of 155mm artillery shells to the government of Israel.

Signed,

Action Corps

American Friends Service Committee (AFSC)

Amnesty International USA

Anera

Center for International Policy

Center for Civilians in Conflict (CIVIC)

Christian and Jewish Allies

Demand Progress Education Fund

Evangelical Lutheran Church in America

Friends Committee on National Legislation

ICNA Council for Social Justice

Indivisible

Islamic Center of Detroit

LIFE for Relief and Development

MADRE

Maryknoll Office for Global Concerns

Mennonite Central Committee U.S.

Muslim Peace Fellowship

Nonviolent Peaceforce

Oxfam America

Pax Christi USA

Peace Action

Peace & Social Justice Committee

Presbyterian Church (USA) Office of Public Witness

Project on Middle East Democracy (POMED)

Quincy Institute for Responsible Statecraft

Refugees International

ReThinking Foreign Policy

University Network for Human Rights

WESPAC Foundation, Inc.

Win Without War

Women for Weapons Trade Transparency

Yemen Relief and Reconstruction Foundation

# NOTES

1. https://www.unocha.org/explosive-weapons-populated-areas

2. https://www.icrc.org/en/publication/4716-explosive-weapons-populated-areas

3. https://www.dfa.ie/our-role-policies/international-priorities/peace-and-security/ewipa-consultations/

4. https://www.oxfamamerica.org/explore/research-publications/artillery-shells-transfer/

5. https://www.whitehouse.gov/briefing-room/presidential-actions/2023/02/23/memorandum-on-united-states-conventional-arms-transfer-policy/