AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Joseph R. Biden, Jr.; Anthony J. Blinken; Lloyd James Austin III was received by me on *(date)* 11/16/2023 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Yvonne Nickerson, Office of the U.S. Attorney for the Northern District of California , who is designated by law to accept service of process on behalf of *(name of organization)* Joseph R. Biden; Anthony J. Blinken; Lloyd James Austin III on *(date)* 11/16/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/16/2023

*Server's signature*

Christine Raymond
*Printed name and title*

Van Der Hout LLP
360 Post Street, Suite 800
San Francisco, CA 94108
*Server's address*

Additional information regarding attempted service, etc: