BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
United States Department of Justice
DIANE KELLEHER
Assistant Branch Director
Federal Programs Branch
JEAN LIN
Special Litigation Counsel
JONATHAN D. KOSSAK
   Trial Attorney, DC BAR No. 991478
   Dep't of Justice, Federal Programs Branch
   1100 L St. NW, Washington, DC 20005
   Tel: (202) 305-0612
   Email: Jonathan.kossak@usdoj.gov

*Attorneys for all Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BAIM ELKARRA; and DR. OMAR EL-NAJJAR, <br><br>        Plaintiffs, <br><br>v. <br><br>JOSEPH R. BIDEN, Jr., *President of the United States*; ANTHONY J. BLINKEN, *United States Secretary of State;* LLOYD JAMES AUSTIN III *United States Secretary of Defense*, in their official capacities, <br><br>        Defendants. | No. 4:23-cv-05829-DMR <br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR ALL DEFENDANTS** <br><br>Hon. Donna M. Ryu <br> United States Magistrate Judge |

PLEASE TAKE NOTICE that Jonathan D. Kossak, Trial Attorney of the United States Department of Justice, Federal Programs Branch, hereby enters his appearance as counsel for all Defendants in the above-captioned matter.  This notice is made without waiving any defense, *inter alia*, objections to service, venue, and jurisdiction.

Dated: November 17, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

DIANE KELLEHER,
Assistant Branch Director
Federal Programs

JEAN LIN
Special Litigation Counsel

*/s/ Jonathan D. Kossak*
JONATHAN D. KOSSAK
Trial Attorney (DC Bar No. 991478)
Dep't of Justice, Federal Programs Branch
1100 L Street, N.W., Washington, DC 20005
Tel: (202) 305-0612
Email: Jonathan.kossak@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link of this document to all attorneys of record.

Dated: November 17, 2023      /s/ *Jonathan D. Kossak*
JONATHAN D. KOSSAK
Trial Attorney
United States Department of Justice
Federal Programs Branch