BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
United States Department of Justice
DIANE KELLEHER
Assistant Branch Director
Federal Programs Branch
JEAN LIN
Special Litigation Counsel
JONATHAN D. KOSSAK
Trial Attorney
    Dep't of Justice, Federal Programs
    Branch
    1100 L St. NW, Washington, DC 20005
    Tel: (202) 514-3716
    Email: jean.lin@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BAIM ELKARRA; and DR. OMAR EL-NAJJAR,<br><br>    Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, Jr., President of the United States; ANTHONY J. BLINKEN, *United States Secretary of State;* LLOYD JAMES AUSTIN III *United States Secretary of Defense*,<br><br>    Defendants. | No. 23-cv-05829-CRB<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS**<br><br>Hon. Charles R. Breyer<br>United States District Court Judge |

PLEASE TAKE NOTICE that JEAN LIN, Special Litigation Counsel of the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel for all Defendants in the above-captioned matter. This notice is made without waiving any defense, inter alia, objections to service, venue, and jurisdiction.

Dated: November 17, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

DIANE KELLEHER,
Assistant Branch Director
Federal Programs

*/s/ Jean Lin*
JEAN LIN
Special Litigation Counsel
Dep't of Justice, Civil Division
Federal Programs Branch
1100 L Street, N.W., Washington, DC 20530
Tel: (202) 514-3716
Email: jean.lin@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link of this document to all attorneys of record.

Dated: November 17, 2023              /s/ *Jean Lin*____
                                      JEAN LIN