Marc Van Der Hout, Cal. Bar No. 80778
Johnny Sinodis, Cal. Bar No. 290402
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco, CA 94108
(415) 981-3000
ndca@vblaw.com

Sadaf M. Doost, Cal. Bar No. 346104
Baher A. Azmy, admitted *pro hac vice*
Katherine Gallagher, admitted *pro hac vice*
Maria C. LaHood, admitted *pro hac vice*
Astha Sharma Pokharel, admitted *pro hac vice*
Samah Sisay, admitted *pro hac vice*
Pamela C. Spees, admitted *pro hac vice*
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6464
sdoost@ccrjustice.org
bazmy@ccrjustice.org
kgallagher@ccrjustice.org
mlahood@ccrjustice.org
asharmapokharel@ccrjustice.org
ssisay@ccrjustice.org
pspees@ccrjustice.org

Attorneys for Plaintiffs DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE, et al.

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States*, ANTHONY J. BLINKEN, *Secretary of State*, LLOYD JAMES AUSTIN III, *Secretary of Defense*, in their official capacities,<br><br>Defendants. | Case No.  3:23-cv-5829<br><br>**AFFIDAVIT OF SERVICE** |

AFFIDAVIT OF SERVICE
*Defense for Children International – Palestine, et al. v. Biden, et al.*, Case No. 23-cv-5829

I, Johnny Sinodis, the undersigned, say:

I am over the age of eighteen years and not a party to the within action or proceedings; my business address is Van Der Hout LLP, 360 Post Street, Suite 800, San Francisco, CA 94108.

I caused to be served the following documents in the above-captioned matter:

- Conformed Summons;
- Civil Cover Sheet;
- Complaint;
- Motion for Pseudonym;
- Orders Granting the Applications for Admission of Attorney Pro Hac Vice for Samah Mcgona Sisay, Astha Sharma Pokharel, Pamela Spees, Katherine Gallagher, Baher Azmy, and Maria LaHood;
- Notice of Motion and Motion for Preliminary Injunction; Memorandum of Points and Authorities in Support Thereof and Accompanying Declarations and Exhibits;
- Notice of Assignment of Case to a United States Magistrate Judge for Trial;
- Order Setting Initial Case Management Conference and ADR Deadlines;
- Standing Order for Magistrate Judge Donna M. Ryu;
- Notice Re Telephonic Appearance Procedures for Magistrate Judge Donna M. Ryu;
- Notice of Settlement Conference and Settlement Conference Order Template for Magistrate Judge Donna M. Ryu;
- Standing Order for All Judges of the Northern District of California; and
- ECF Registration Information Handout.

on opposing counsel by personal delivery on November 16, 2023, to the following address:

>   Civil Process Clerk
>   Office of the United States Attorney
>   Northern District of California
>   450 Golden Gate Avenue, 11th Floor
>   San Francisco, CA 94102

and on Defendants by certified mail on November 17, 2023, to the following addresses:

AFFIDAVIT OF SERVICE
*Mora Lopez v. U.S. Citizenship and Immigration Services, et al.*, Case No. 3:23-cv-04189-AGT

1

President Joseph R. Biden, Jr.
Executive Office of the President
The White House
1600 Pennsylvania Ave. N.W.
Washington, D.C. 20500

Secretary of State Anthony J. Blinken
U.S. Department of State
The Executive Office
Office of the Legal Adviser, Suite 5.600
600 19th St. N.W.
Washington, D.C. 20522

Secretary of Defense Lloyd J. Austin III
U.S. Department of Defense
1000 Defense Pentagon
Washington, D.C. 20301-1000

Assistant Attorney General for Administration
Justice Management Division
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

Executed on November 19, 2023 at San Francisco, California. I declare under the penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

/s/Johnny Sinodis
Johnny Sinodis
Declarant

AFFIDAVIT OF SERVICE
*Defense for Children International – Palestine, et al. v. Biden, et al.*, Case No. 23-cv-5829