BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
United States Department of Justice
DIANE KELLEHER
Assistant Branch Director
Federal Programs Branch
JEAN LIN
Special Litigation Counsel
JONATHAN D. KOSSAK
Trial Attorney (D.C. Bar # 991478)
   U.S. Dep't of Justice,
   Federal Programs Branch
   1100 L St. NW, Washington, DC 20005
   Tel: (202) 305-0612
   Email: Jonathan.kossak@usdoj.gov

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

DEFENSE FOR CHILDREN
INTERNATIONAL – PALESTINE;
AL_HAQ; AHMED ABU ARTEMA;
MOHAMMED AHMED ABU ROKBEH;
MOHAMMAD HERZALLAH; A.N.;
LAILA ELHADDAD; WAEIL ELBHASSI;
BAIM ELKARRA; and DR. OMAR EL-
NAJJAR,

          Plaintiffs,

          v.

JOSEPH R. BIDEN, Jr., President of the
United States; ANTHONY J. BLINKEN,
*United States Secretary of State;* LLOYD
JAMES AUSTIN III *United States Secretary
of Defense*, in their official capacities,

          Defendants.

No. 4:23-cv-05829-JSW

**STIPULATED REQUEST TO SET
BRIEFING SCHEDULE AND
HEARING DATE AND TO STAY
CASE MANAGEMENT DEADLINES**

Honorable Jeffrey S. White
United States District Judge

1

2

**STIPULATED REQUEST TO SET BRIEFING SCHEDULE AND HEARING DATE**
**AND TO STAY CASE MANAGEMENT DEADLINES**

3

4

5

6

7

8

Pursuant to Local Rule 6-2, the Parties in the above-captioned case, through their respective undersigned counsel, stipulate to the following briefing schedule, subject to the Court's approval.  Plaintiffs filed their Complaint on November 13, 2023, *see* ECF No. 1, and a motion for preliminary injunction on November 16, 2023, *see* ECF No. 19,  triggering a response deadline of November 30, 2023, for Defendants.  Plaintiffs re-noticed their motion on November 21, 2023, and noticed a hearing date of January 12, 2024, *see* ECF No. 32.

9

10

11

12

Defendants have informed Plaintiffs that they intend to file a motion to dismiss the Complaint.  The Parties agree that the most efficient manner of proceeding is for the Parties to brief both motions under a coordinated briefing schedule.  Accordingly, they respectfully request that the Court adopt the following briefing schedule:

13

14

15

16

**December 8, 2023**: Defendants' deadline to file their response to Plaintiffs' Motion for Preliminary Injunction and to file their Motion to Dismiss, in a consolidated brief;

17

18

19

**December 22, 2023**:  Plaintiffs' deadline to file their reply in support of their Motion for Preliminary Injunction and opposition to Defendants' Motion to Dismiss;

20

21

**January 12, 2024**: Defendants' deadline to file their reply in support of their Motion to Dismiss.

22

23

**January 19, 2024**: Hearing date (9 a.m., or at a date and time convenient for the Court).[1]

24

25

26

27

28

---

[1] The Parties recognize that the January 19, 2024 hearing date is less than the customary 14 days following Defendants' reply, but Plaintiffs request an expedited hearing date in light of the nature of their claims.  Defendants do not oppose such an expedited hearing date if the Court is amenable to it.

STIPULATED REQUEST TO SET BRIEFING SCHEDULE AND HEARING DATE AND TO STAY CASE
MANAGEMENT DEADLINES
Case No. 4:23-cv-05829-JSW

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Parties anticipate that this schedule will allow them sufficient time to thoroughly present the issues to the Court.  Defendants require the time requested given other litigation deadlines and the need to solicit input from components within the Executive Branch whose equities have been implicated by Plaintiffs' Complaint.

The Parties further respectfully stipulate and request that all other deadlines under the Local Rules, the Federal Rules of Civil Procedure, and the initial case management scheduling order be continued until after the Court resolves the Parties' respective motions.

Dated: November 24, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

DIANE KELLEHER,
Assistant Branch Director
Federal Programs

JEAN LIN
Special Litigation Counsel

*/s/ Jonathan D. Kossak*
JONATHAN D. KOSSAK
Trial Attorney (DC BAR No. 991478)
Dep't of Justice, Federal Programs Branch
1100 L Street, N.W., Washington, DC 20005
Tel: (202) 305-0612
Email: Jonathan.kossak@usdoj.gov

*Counsel for Defendants*

Johnny Sinodis, Cal. Bar No. 290402
Marc Van Der Hout, Cal. Bar No. 80778
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco CA 94108
(415) 981-3000
ndca@vblaw.com

*/s/ Maria C. LaHood*
Maria C. LaHood, admitted *pro hac vice*
Sadaf M. Doost, Cal. Bar No. 346104
Baher A. Azmy, admitted *pro hac vice*
Katherine Gallagher, admitted *pro hac vice*
Astha Sharma Pokharel, admitted *pro hac vice*
Samah Sisay, admitted *pro hac vice*
Pamela C. Spees, admitted *pro hac vice*
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6430
mlahood@ccrjustice.org

STIPULATED REQUEST TO SET BRIEFING SCHEDULE AND HEARING DATE AND TO STAY CASE
MANAGEMENT DEADLINES
Case No. 4:23-cv-05829-JSW

2

sdoost@ccrjustice.org
bazmy@ccrjustice.org
kgallagher@ccrjustice.org
asharmapokharel@ccrjustice.org
ssisay@ccrjustice.org
pspees@ccrjustice.org

*Counsel for Plaintiffs*

STIPULATED REQUEST TO SET BRIEFING SCHEDULE AND HEARING DATE AND TO STAY CASE
MANAGEMENT DEADLINES
Case No. 4:23-cv-05829-JSW

3