# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL_HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BAIM ELKARRA; and DR. OMAR EL-NAJJAR,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>JOSEPH R. BIDEN, Jr., President of the United States; ANTHONY J. BLINKEN, *United States Secretary of State;* LLOYD JAMES AUSTIN III *United States Secretary of Defense*, in their official capacities,<br><br>　　　　Defendants. | No. 4:23-cv-05829-JSW<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO SET BRIEFING SCHEDULE AND HEARING DATE AND TO STAY CASE MANAGEMENT DEADLINES**<br><br>Honorable Jeffrey S. White<br>United States District Judge |

Having considered the Joint Stipulated Request to Set Briefing Schedule and Hearing Date and to Stay Case Management Deadlines, and good cause appearing therefore, IT IS HEREBY ORDERED that the following briefing schedule will apply in this case:

**December 8, 2023**: Defendants' deadline to file their response to Plaintiffs' Motion for Preliminary Injunction and to file their Motion to Dismiss, in a consolidated brief;

**December 22, 2023**: Plaintiffs' deadline to file their reply in support of their Motion for Preliminary Injunction and opposition to Defendants' Motion to Dismiss;

**January 12, 2024**: Defendants' deadline to file their reply in support of their Motion to Dismiss.

**January 19, 2024**: Hearing date, 9 a.m.

It is further **ORDERED** that all other deadlines under the Local Rules, the Federal Rules of Civil Procedure, and the initial case management scheduling order be continued until after the Court resolves the Parties' respective motions.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: _____

_____
JEFFREY S. WHITE
United States District Judge