Marc Van Der Hout, Cal. Bar No. 80778
Johnny Sinodis, Cal. Bar No. 290402
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco CA 94108
(415) 981-3000
ndca@vblaw.com

Sadaf M. Doost, Cal. Bar No. 346104
Baher A. Azmy, admitted *pro hac vice*
Katherine Gallagher, admitted *pro hac vice*
Maria C. LaHood, admitted *pro hac vice*
Astha Sharma Pokharel, admitted *pro hac vice*
Samah Sisay, admitted *pro hac vice*
Pamela C. Spees, admitted *pro hac vice*
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6464
sdoost@ccrjustice.org
bazmy@ccrjustice.org
kgallagher@ccrjustice.org
mlahood@ccrjustice.org
asharmapokharel@ccrjustice.org
ssisay@ccrjustice.org
pspees@ccrjustice.org

Attorneys for Plaintiffs DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE, et al.

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEFENSE FOR CHILDREN
INTERNATIONAL – PALESTINE; AL-
HAQ; AHMED ABU ARTEMA;
MOHAMMED AHMED ABU ROKBEH;
MOHAMMAD HERZALLAH; A.N.;
LAILA ELHADDAD; WAEIL ELBHASSI;
BASIM ELKARRA; and DR. OMAR EL-
NAJJAR

                    Plaintiffs,

        v.

JOSEPH R. BIDEN, JR., *President of the
United States,* ANTONY J. BLINKEN,
*Secretary of State,* LLOYD JAMES
AUSTIN III, *Secretary of Defense,* in their
official capacities,

                    Defendants.

Case No.: 23-cv-5829-JSW

**STIPULATION AND [PROPOSED]
ORDER FOR ADMINISTRATIVE
RELIEF TO FILE PRELIMINARY
INJUNCTION MOTION, AND ANY
OPPOSITION THERETO, IN EXCESS
OF FIFTEEN PAGES**

Hearing: January 12, 2024 at 9:00 am

Through this stipulation, the parties respectfully request that the Court issue an order permitting Plaintiffs to file a Motion for Preliminary Injunction and Memorandum in Support Thereof in excess of this Court's 15-page limit. Specifically, the parties stipulate that Plaintiffs be permitted to file a Motion for Preliminary Injunction and Memorandum in Support Thereof that is 25 pages in length, *nunc pro tunc*. The parties further request that the Court issue an order similarly permitting Defendants to file any Opposition to the Motion for Preliminary Injunction and Memorandum in Support Thereof in excess of the 15-page limit, for a total of not more than 25 pages.

**CERTIFICATION**

In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

Dated: November 21, 2023                    Respectfully submitted,

<table>
<tr>
<td>

Johnny Sinodis, Cal. Bar No. 290402
Marc Van Der Hout, Cal. Bar No. 80778
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco CA 94108
(415) 981-3000
ndca@vblaw.com

</td>
<td>

/s/ Maria C. LaHood
Maria C. LaHood, admitted *pro hac vice*
Sadaf M. Doost, Cal. Bar No. 346104
Baher A. Azmy, admitted *pro hac vice*
Katherine Gallagher, admitted *pro hac vice*
Astha Sharma Pokharel, admitted *pro hac vice*
Samah Sisay, admitted *pro hac vice*
Pamela C. Spees, admitted *pro hac vice*
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6430
mlahood@ccrjustice.org
sdoost@ccrjustice.org
bazmy@ccrjustice.org
kgallagher@ccrjustice.org
asharmapokharel@ccrjustice.org
ssisay@ccrjustice.org
pspees@ccrjustice.org

*Counsel for Plaintiffs*

</td>
</tr>
</table>

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

DIANE KELLEHER,
Assistant Branch Director
Federal Programs

JEAN LIN
Special Litigation Counsel

*/s/ Jonathan Kossak*
JONATHAN D. KOSSAK
Trial Attorney (DC Bar No. 991478)
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Washington, D.C. 20005
(202) 305-0612
jonathan.kossak@usdoj.gov

*Counsel for Defendants*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[~~PROPOSED~~] ORDER**

IT IS HEREBY ORDERED that the Joint Stipulation for Administrative Relief to File Preliminary Injunction Motion, and Any Opposition Thereto, in Excess of Fifteen Pages is GRANTED. Plaintiffs are permitted to file a Motion for Preliminary Injunction and Memorandum in Support Thereof that is 25 pages in length, *nunc pro tunc*. Defendants may also file an Opposition to Plaintiffs' Motion for Preliminary Injunction that is 25 pages in length.

Dated: November  28  , 2023

_____

THE HON. JEFFREY S. WHITE
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER                                 Case No. 23-CV-5829
FOR ADMINISTRATIVE RELIEF TO FILE PRELIMINARY INJUNCTION MOTION, AND
ANY OPPOSITION THERETO, IN EXCESS OF FIFTEEN PAGES