**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States,* ANTONY J. BLINKEN, *Secretary of State,* LLOYD JAMES AUSTIN III, *Secretary of Defense,* in their official capacities,<br><br>Defendants. | Case No.: 3:23-cv-5829<br><br>UNOPPOSED<br>[~~PROPOSED~~]   ORDER   GRANTING ^ PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER PSEUDONYM |

Upon consideration of Plaintiff A.N.'s Motion to Proceed Under a Pseudonym, and good cause appearing therefore, the Motion is **GRANTED**, and **IT IS FURTHER ORDERED** that:

(a) The Parties shall refer to Plaintiff by the pseudonym A.N. in all filings and public proceedings;

(b) The Parties shall redact all personally identifying information, including Plaintiff's true full name (leaving only initials), from all filings consistent with Federal Rule of Civil Procedure 5.2.

Dated: November ~~13~~ 29, 2023

_____
United States District Judge
*Jeffrey S. White*