# Exhibit B

## *8:23cv2697, Muslim Citizens Of The State Of Israel Et Al V. United States Of America Et Al*

US District Court Docket

United States District Court, Florida Middle

(Tampa)

**This case was retrieved on 11/27/2023**

## Header

| | |
|---|---|
| **Case Number:** 8:23cv2697 | **Class Code:** Open |
| **Date Filed:** 11/26/2023 | **Statute:** 18:2333 |
| **Assigned To:** Judge Thomas P. Barber | **Jury Demand:** None |
| **Referred To:** Magistrate Judge Thomas G. Wilson | **Demand Amount:** $0 |
| **Nature of Suit:** Other Statutory Actions (890) | **NOS Description:** Other Statutory Actions |
| **Cause:** Civil Remedies - International Terrorism | |
| **Lead Docket:** None | |
| **Other Docket:** None | |
| **Jurisdiction:** U.S. Government Defendant | |

## Participants

### Litigants

Muslim Citizens of the State of Israel
**Plaintiff**
Non-Israeli State Citizens Indigenous Palestinians
**Plaintiff**
The Peoples of the U.S.A.
individually, who see the same truths or have direct relations
to this conflict |
**Plaintiff**
Christopher N. Wieland
**Plaintiff**

United States of America
**Defendant**
Joseph R. Biden, Jr.
President of the United States |
**Defendant**
Anthony J. Blinken
Secretary of State |
**Defendant**
Lloyd James Austin III
Secretary of Defense |
**Defendant**

### Attorneys

Christopher N. Wieland
PRO SE

2095 Exeter Rd, Suite 80 Box 301
Germantown, TN  38138
USA
907-360-3877

8:23cv2697, Muslim Citizens Of The State Of Israel Et Al V. United States Of America Et Al

## Proceedings

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 1 | 11/26/2023 | COMPLAINT for damages and Injunctive Relief against Lloyd James Austin III, Joseph R. Biden, Jr, Anthony J. Blinken, United States of America filed by The Peoples of the U.S.A., Non-Israeli State Citizens Indigenous Palestinians, Muslim Citizens of the State of Israel, Christopher N. Wieland. (Attachments: # 1 Civil Cover Sheet)(AA) (Entered: 11/27/2023) | |
| 2 | 11/26/2023 | MOTION to Proceed In Forma Pauperis / Affidavit of Indigency by Muslim Citizens of the State of Israel, Non-Israeli State Citizens Indigenous Palestinians, The Peoples of the U.S.A., Christopher N. Wieland. (AA) Motions referred to Magistrate Judge Thomas G. Wilson. (Entered: 11/27/2023) | |
| 3 | 11/27/2023 | ENDORSED ORDER: Plaintiff's complaint is dismissed with prejudice. The Court initially notes that Plaintiff does not have appear to have the ability to sue on behalf of the named plaintiffs, in part because he cannot represent any entities pro se. Moreover, the complaint states no cognizable cause of action. See Sharp v. Dolan, No. 8:23-cv-1409-JLB-SPF, 2023 WL 4931221, at *1 (M.D. Fla. July 26, 2023), report and recommendation adopted by 2023 WL 5173769 (M.D Fla. Aug. 11, 2023) (explaining that private citizens cannot invoke or compel enforcement of criminal law). Although a party should typically be given at last one opportunity to amend, given Plaintiff's allegations, he cannot state a valid, nonfrivolous claim for relief that is plausible on its face. Consequently, this frivolous complaint is dismissed with prejudice. The Clerk is directed to terminate any pending motion and deadlines, and thereafter close this case. Signed by Judge Thomas P. Barber on 11/27/2023. (ANL) (Entered: 11/27/2023) | |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**End of Document**