IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, Jr., *President of the United States*; ANTHONY J. BLINKEN, *United States Secretary of State;* LLOYD JAMES AUSTIN III *United States Secretary of Defense*, in their official capacities,<br><br>Defendants. | No. 4:23-cv-05829-JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Honorable Jeffrey S. White<br>United States District Judge |

Defendants Joseph R. Biden Jr., President of the United States, Anthony J. Blinken, United States Secretary of State, and Lloyd James Austin III, United States Secretary of Defense have filed a motion to dismiss this action pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and an opposition to Plaintiffs' Motion for Preliminary Injunction. Having considered both motions, and all filings in support thereof or opposition thereto, it is hereby **ORDERED** that Defendants' motion to dismiss is **GRANTED**, Plaintiffs' Motion for Preliminary Injunction is denied as moot, and the above-captioned action is dismissed. **IT IS SO ORDERED**.

DATED: _____

_____
JEFFREY S. WHITE
United States District Judge