Marc Van Der Hout, Cal. Bar No. 80778
Johnny Sinodis, Cal. Bar No. 290402
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco CA 94108
(415) 981-3000
ndca@vblaw.com

Sadaf M. Doost, Cal. Bar No. 346104
Baher A. Azmy, admitted *pro hac vice*
Katherine Gallagher, admitted *pro hac vice*
Maria C. LaHood, admitted *pro hac vice*
Astha Sharma Pokharel, admitted *pro hac vice*
Samah Sisay, admitted *pro hac vice*
Pamela C. Spees, admitted *pro hac vice*
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6464
sdoost@ccrjustice.org
bazmy@ccrjustice.org
kgallagher@ccrjustice.org
mlahood@ccrjustice.org
asharmapokharel@ccrjustice.org
ssisay@ccrjustice.org
pspees@ccrjustice.org

Attorneys for Plaintiffs DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE, et al.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States,* ANTONY J. BLINKEN, *Secretary of State,* LLOYD JAMES AUSTIN III, *Secretary of Defense,* in their official capacities,<br><br>Defendants. | Case No.: 23-cv-5829-JSW<br><br>**DECLARATION OF MARIA LAHOOD IN SUPPORT OF IN-PERSON AND ZOOM HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing: January 26, 2024, at 9:00 am |

DECLARATION OF MARIA LAHOOD
IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF
FOR IN-PERSON AND ZOOM HEARING

Case No. 23-CV-5829

I, Maria LaHood, under penalty of perjury declare as follows:

1. On November 30, 2023, counsel for Plaintiffs requested Defendants' position on Plaintiffs' Motion for an In-Person Hearing and to have the hearing streamed and video-recorded.

2. On December 1, 2023, counsel for Defendants responded that "[t]he government takes no position on Plaintiffs' motion and will defer to the Court as to how it wishes to proceed regarding the hearing."

3. The Plaintiffs who live in the United States and who have family in Gaza plan to attend the January 26th proceedings in person.

4. Staff from Plaintiffs Defense for Children International-Palestine and Al-Haq plan to travel to be present in person for the January 26th hearing.

5. According to the United Nations Office for the Coordination of Humanitarian Affairs (OCHA): "According to the [Ministry of Health] in Gaza, between 7 October and 9 December afternoon, at least 17,700 Palestinians were killed in Gaza, about 70 per cent of whom are said to be women and children, and over 48,700 are reportedly injured." *Hostilities in the Gaza Strip and Israel: Flash Update #64*, United Nations Office for the Coordination of Humanitarian Affairs (Dec. 9, 2023), https://www.ochaopt.org/content/hostilities-gaza-strip-and-israel-flash-update-64.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 11th day of December, 2023, in Brooklyn, New York.

    /s/ Maria C. LaHood
    Maria C. LaHood

DECLARATION OF MARIA LAHOOD    1    Case No. 23-CV-5829
IN SUPPORT OF MOTION FOR ADMINSTRATIVE RELIEF
FOR IN-PERSON AND ZOOM HEARING