IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, Jr., *President of the United States*; ANTHONY J. BLINKEN, *United States Secretary of State;* LLOYD JAMES AUSTIN III *United States Secretary of Defense*, in their official capacities,<br><br>Defendants. | No. 4:23-cv-05829-JSW<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO PRESENT LIVE TESTIMONY AT THE HEARING ON DEFENDANTS' MOTION TO DISMISS AND PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Honorable Jeffrey S. White<br>United States District Judge |

Defendants oppose Plaintiffs' Motion for Administrative Relief for In-Person and Zoom Hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss only to the extent Plaintiffs seek to present live testimony at the January 26, 2024 hearing. Having considered Plaintiffs' motion and Defendants' opposition, it is hereby **ORDERED** that to the extent Plaintiffs are requesting to present live testimony at the January 26, 2024 hearing, such a request is **DENIED. IT IS SO ORDERED**.

DATED: _____                                    _____

JEFFREY S. WHITE
United States District Judge