| | |
|---|---|
| Marc Van Der Hout, Cal. Bar No. 80778<br>Johnny Sinodis, Cal. Bar No. 290402<br>Van Der Hout LLP<br>360 Post Street, Suite 800<br>San Francisco CA 94108<br>(415) 981-3000<br>ndca@vblaw.com | Sadaf M. Doost, Cal. Bar No. 346104<br>Baher A. Azmy, admitted *pro hac vice*<br>Katherine Gallagher, admitted *pro hac vice*<br>Maria C. LaHood, admitted *pro hac vice*<br>Astha Sharma Pokharel, admitted *pro hac vice*<br>Samah Sisay, admitted *pro hac vice*<br>Pamela C. Spees, admitted *pro hac vice*<br>Center for Constitutional Rights<br>666 Broadway, 7th Floor<br>New York, NY 10012<br>(212) 614-6464<br>sdoost@ccrjustice.org<br>bazmy@ccrjustice.org<br>kgallagher@ccrjustice.org<br>mlahood@ccrjustice.org<br>asharmapokharel@ccrjustice.org<br>ssisay@ccrjustice.org<br>pspees@ccrjustice.org |

Attorneys for Plaintiffs DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE, et al.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States,* ANTONY J. BLINKEN, *Secretary of State,* LLOYD JAMES AUSTIN III, *Secretary of Defense,* in their official capacities,<br><br>Defendants. | Case No.: 23-cv-5829-JSW<br><br>**PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF FOR IN-PERSON AND ZOOM HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing: January 26, 2024, at 9:00 am |

Plaintiffs submit this short Reply to Defendants' Opposition to Plaintiffs' Motion for Administrative Relief for In-Person Hearing and Zoom Hearing simply to clarify that, in their Motion filed on December 11, Plaintiffs were not moving to present oral testimony, per Local Rule 7-6. Plaintiffs merely indicated that they were prepared to present live testimony as one of many reasons to support holding a hearing on their Preliminary Injunction Motion and Defendants' Motion to Dismiss both in-person and on Zoom.  Defendants do not oppose Plaintiffs' request for an in-person and Zoom hearing, but defer to the Court on that issue. Plaintiffs intend to file a forthcoming motion to present oral testimony, at which time Defendants will have an opportunity to oppose that.

Dated: December 12, 2023

Johnny Sinodis, Cal. Bar No. 290402
Marc Van Der Hout, Cal. Bar No. 80778
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco, CA 94108
(415) 981-3000
ndca@vblaw.com

Respectfully submitted,

*/s/ Maria C. LaHood*
Maria C. LaHood, admitted *pro hac vice*
Sadaf M. Doost, Cal. Bar No. 346104
Baher A. Azmy, admitted *pro hac vice*
Katherine Gallagher, admitted *pro hac vice*
Astha Sharma Pokharel, admitted *pro hac vice*
Samah Sisay, admitted *pro hac vice*
Pamela C. Spees, admitted *pro hac vice*
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6430
mlahood@ccrjustice.org
sdoost@ccrjustice.org
bazmy@ccrjustice.org
kgallagher@ccrjustice.org
asharmapokharel@ccrjustice.org
ssisay@ccrjustice.org
pspees@ccrjustice.org