Marc Van Der Hout, Cal. Bar No. 80778
Johnny Sinodis, Cal. Bar No. 290402
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco CA 94108
(415) 981-3000
ndca@vblaw.com

Sadaf M. Doost, Cal. Bar No. 346104
Baher A. Azmy, admitted *pro hac vice*
Katherine Gallagher, admitted *pro hac vice*
Maria C. LaHood, admitted *pro hac vice*
Astha Sharma Pokharel, admitted *pro hac vice*
Samah Sisay, admitted *pro hac vice*
Pamela C. Spees, admitted *pro hac vice*
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6464
sdoost@ccrjustice.org
bazmy@ccrjustice.org
kgallagher@ccrjustice.org
mlahood@ccrjustice.org
asharmapokharel@ccrjustice.org
ssisay@ccrjustice.org
pspees@ccrjustice.org

Attorneys for Plaintiffs DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE, et al.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br>               Plaintiffs,<br><br>   v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States,* ANTONY J. BLINKEN, *Secretary of State,* LLOYD JAMES AUSTIN III, *Secretary of Defense,* in their official capacities,<br>               Defendants. | Case No.: 23-cv-05829-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF TO FILE MEMORANDA IN EXCESS OF FIFTEEN PAGES**<br><br>Hearing: January 26, 2024 at 9:00 am<br><br>Honorable Jeffrey S. White<br>United States District Judge |

Through this stipulation, the parties respectfully request that the Court issue an order permitting Plaintiffs to file a combined Memorandum in Opposition to Defendants' Motion to Dismiss and Reply to Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, in excess of this Court's 15-page limit. Specifically, the parties stipulate that Plaintiffs be permitted to file a combined Memorandum in Opposition and Reply that is no more than 30 pages in length. Plaintiffs believe it is more efficient to file one brief, rather than a separate Opposition to Defendants' Motion to Dismiss and Preliminary Injunction Reply at 15 pages each.

The parties further request that the Court issue an order permitting Defendants to file any Reply to the Memorandum in Opposition to Defendants' Motion to Dismiss in excess of this Court's 15-page limit, but not to exceed 20 pages in length.

**CERTIFICATION**

In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

Dated: December 13, 2023                     Respectfully submitted,

                                             */s/ Maria C. LaHood*

Johnny Sinodis, Cal. Bar No. 290402          Maria C. LaHood, admitted *pro hac vice*
Marc Van Der Hout, Cal. Bar No. 80778        Sadaf M. Doost, Cal. Bar No. 346104
Van Der Hout LLP                             Baher A. Azmy, admitted *pro hac vice*
360 Post Street, Suite 800                   Katherine Gallagher, admitted *pro hac vice*
San Francisco CA 94108                       Astha Sharma Pokharel, admitted *pro hac vice*
(415) 981-3000                               Samah Sisay, admitted *pro hac vice*
ndca@vblaw.com                               Pamela C. Spees, admitted *pro hac vice*
                                             Center for Constitutional Rights
                                             666 Broadway, 7th Floor
                                             New York, NY 10012
                                             (212) 614-6430
                                             mlahood@ccrjustice.org
                                             sdoost@ccrjustice.org
                                             bazmy@ccrjustice.org
                                             kgallagher@ccrjustice.org
                                             asharmapokharel@ccrjustice.org
                                             ssisay@ccrjustice.org
                                             pspees@ccrjustice.org

                                             *Counsel for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

DIANE KELLEHER,
Assistant Branch Director
Federal Programs

JEAN LIN
Special Litigation Counsel

*/s/ Jonathan Kossak*
JONATHAN D. KOSSAK
Trial Attorney (DC Bar No. 991478)
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Washington, D.C. 20005
(202) 305-0612
jonathan.kossak@usdoj.gov

*Counsel for Defendants*

STIPULATION AND [PROPOSED] ORDER  2
FOR ADMINISTRATIVE RELIEF TO FILE
MEMORANDA IN EXCESS OF FIFTEEN PAGES

Case No. 23-CV-5829

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Joint Stipulation for Administrative Relief to File a combined Memorandum in Opposition to Defendants' Motion to Dismiss and Reply to Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, in Excess of Fifteen Pages is GRANTED. Plaintiffs are permitted to file a combined Memorandum in Opposition and Reply that is no more than 30 pages in length. Defendants may also file a Reply to Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss that is no more than 20 pages in length.

Dated: December ____, 2023

_____
THE HON. JEFFREY S. WHITE
United States District Judge