| | |
|---|---|
| Marc Van Der Hout, Cal. Bar No. 80778 | Sadaf M. Doost, Cal. Bar No. 346104 |
| Johnny Sinodis, Cal. Bar No. 290402 | Baher A. Azmy, admitted *pro hac vice* |
| Van Der Hout LLP | Katherine Gallagher, admitted *pro hac vice* |
| 360 Post Street, Suite 800 | Maria C. LaHood, admitted *pro hac vice* |
| San Francisco CA 94108 | Astha Sharma Pokharel, admitted *pro hac vice* |
| (415) 981-3000 | Samah Sisay, admitted *pro hac vice* |
| ndca@vblaw.com | Pamela C. Spees, admitted *pro hac vice* |
| | Center for Constitutional Rights |
| | 666 Broadway, 7th Floor |
| | New York, NY 10012 |
| | (212) 614-6464 |
| | sdoost@ccrjustice.org |
| | bazmy@ccrjustice.org |
| | kgallagher@ccrjustice.org |
| | mlahood@ccrjustice.org |
| | asharmapokharel@ccrjustice.org |
| | ssisay@ccrjustice.org |
| | pspees@ccrjustice.org |

Attorneys for Plaintiffs DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE, et al.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States,* ANTONY J. BLINKEN, *Secretary of State,* LLOYD JAMES AUSTIN III, *Secretary of Defense,* in their official capacities,<br><br>Defendants. | Case No.: 23-cv-05829<br><br>**DECLARATION OF BASIM ELKARRA IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing: January 26, 2024 at 9:00 am<br><br>Honorable Jeffrey S. White<br>United States District Judge |

I, Basim Elkarra, declare as follows:

1. I am one of the Plaintiffs in *Defense for Children International-Palestine v. Biden*

2. The area that my entire extended family lived in - Bani Sohaila, Khuzaa' and Abasan - have been almost completely destroyed. All of my relatives have been displaced. We do not know if their houses still stand. Based on the news reports of the near total demolition of those areas, it is unlikely. All the houses that I used to visit in Khuzaa and Abasan where we would stay when we would visit are likely destroyed.

3. I believe that we have lost over 70 relatives. It is difficult to know the numbers anymore, as there are several relatives that we haven't heard from in some time. It is unfathomable that we don't know who from our family is alive or dead.

4. Those who are alive are displaced and hungry. They do not have basic food and water. Some are staying in UN Schools in Khan Younis and Rafah, and others are staying in tents in Khan Younis in Rafah. We have lost touch with many of them.

5. I am experiencing this trauma of feeling guilty, as an American, that my taxpayer dollars are paying for the bombs being dropped on my family. I'm feeling tremendous guilt and shame. I spend sleepless nights wondering what can I do to stop the genocide.

6. Not knowing who is alive and who is dead is causing a lot of anxiety. But so is the idea that starvation is being used as a weapon, and knowing that it has been so deliberately calculated. The Israeli defense minister said that he was going to impose a blockade on food and water against my people, and now my family, and the people of Gaza, are starving.

7. My children keep asking me questions. How am I supposed to explain a genocide against their people to them? How am I supposed to explain to them what is happening to their relatives, to their cousins? I've started to try to shield them because we don't want them to be

traumatized. But at the same time they need to know. So we try to strike a balance. They will say to each other don't waste your food, your cousins have no food or no water to drink.

8. Despite over 20,000 killed and thousands under the rubble, Secretary Blinken and other U.S. officials make comments that seem to only value Israeli lives and Israeli safety. This means that Palestinian lives don't mean anything to the United States. It's very dehumanizing. This is how genocides have historically been justified.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 22nd day of December, 2023.

_____
Basim Elkarra

DECLARATION OF BASIM ELKARRA                                    Case No. 23-CV-05829

2