Marc Van Der Hout, Cal. Bar No. 80778
Johnny Sinodis, Cal. Bar No. 290402
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco CA 94108
(415) 981-3000
ndca@vblaw.com

Sadaf M. Doost, Cal. Bar No. 346104
Baher A. Azmy, admitted *pro hac vice*
Katherine Gallagher, admitted *pro hac vice*
Maria C. LaHood, admitted *pro hac vice*
Astha Sharma Pokharel, admitted *pro hac vice*
Samah Sisay, admitted *pro hac vice*
Pamela C. Spees, admitted *pro hac vice*
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6464
sdoost@ccrjustice.org
bazmy@ccrjustice.org
kgallagher@ccrjustice.org
mlahood@ccrjustice.org
asharmapokharel@ccrjustice.org
ssisay@ccrjustice.org
pspees@ccrjustice.org

Attorneys for Plaintiffs DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE, et al.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States,* ANTONY J. BLINKEN, *Secretary of State,* LLOYD JAMES AUSTIN III, *Secretary of Defense,* in their official capacities,<br><br>Defendants. | Case No.: 23-cv-05829<br><br>**SECOND DECLARATION OF OMAR AL-NAJJAR IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing: January 26, 2024 at 9:00 am<br><br>Honorable Jeffrey S. White<br>United States District Judge |

I, Omar Al-Najjar, under penalty of perjury, declare as follows:

1. I am one of the Plaintiffs in *Defense for Children International-Palestine v. Biden.*

2. I have had only sporadic access to the internet, which has limited my ability to communicate with my lawyers.

3. I sent the following information via voice note and text messages to my lawyers on December 22, 2023 as an update to my previous declaration from November 16, 2023.

**My family's fourth displacement since October 8, 2023**

4. Since Israel's attacks on Gaza began on October 7, my family has now been displaced four times and we are currently in Rafah in the southern Gaza Strip.

5. On December 1, 2023, due to Israeli military assaults, heavy airstrikes, and leaflets threatening residents to leave, I, along with four members of my immediate family (mother, father, brother, sister), fled from Bani Suheila to Khan Younis. My parents also received phone calls from the Israeli army, which we also received when we first fled our family home in Khuza'a.

6. The school shelters were full. Despite trying everywhere and calling everyone I knew in Khan Younis, I could not find shelter for my family, and they ended up sheltering in a school yard for 5 days, from December 1-5, 2023.

7. Meanwhile, I was working and living at Nasser Medical Complex in Khan Younis doing everything I could to help treat the huge numbers of patients. I wanted my parents to be able to stay near me while I worked there, but unfortunately I wasn't able to find a place for them.

| SECOND DECLARATION OF OMAR AL-NAJJAR | Case No. 23-CV-05829 |
|---|---|

1

8. Finally on December 5th, I was able to find shelter for them with a friend in Rafah and we made the extremely difficult decision to displace our family for the fourth time to move in with my friend and his family in their home.

**Impact on my family of continued Israeli attacks**

9. Many people in our extended family have been killed, including at least two adult cousins and one child, a little girl.

10. One family stayed behind in Bani Suheila, unable to flee like my family did, and the home where they were staying was surrounded by occupation forces and shelled or bombed. Two little girls – cousins – were pulled from the rubble, already dead. I later learned today, through a Facebook post, that many others from that family were killed: the two grandparents, three sons, and their families. Another cousin who had been sheltering in a school in Khan Younis, was in one of the classrooms when she was shot and killed by a quadcopter drone.

**The situation at Kuwaiti Hospital**

11. Since December 5, 2023, I have been working and living at Kuwaiti Hospital in Rafah.

12. The bombing is less intense than in Khan Younis, though just today we received patients whose car was bombed, and we are treating a young child with severe injuries, and another young child has died.

13. We are seeing enormous amounts of children with severe dehydration, febrile convulsions, and infectious diseases, including hepatitis and mumps.

14. There are no oral rehydration salts in the Gaza Strip, which is a fluid and electrolyte therapy especially for dehydrated children with severe diarrhea.

15. I have never seen these levels of malnutrition especially amongst children that I'm seeing now.

**Access to food**

16. The situation of malnutrition across the population is terrible, and access to basic necessities is limited and irregular.

17. For example, since the beginning of Israel's attacks, my family's name has still not come up in the UNRWA list to receive a distribution of flour.

18. If our name does come up, the wait time is four to five days to receive the flour distribution, and even then, it is uncertain.

19. It has been 76 days, and people are no longer discussing the ceasefire, they are tired of waiting.

20. I have authorized my attorney to sign on my behalf, since signing this document is virtually impossible given that I have weak internet connectivity and no electricity. If required to do so, I will provide a signature when I am able to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 22nd day of December, 2023.

*Maria C LaHood*
Maria C. LaHood signing on
behalf of Dr. Omar Al-Najjar

| | |
|---|---|
| SECOND DECLARATION OF OMAR AL-NAJJAR | Case No. 23-CV-05829 |

3