Marc Van Der Hout, Cal. Bar No. 80778
Johnny Sinodis, Cal. Bar No. 290402
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco CA 94108
(415) 981-3000
ndca@vblaw.com

Sadaf M. Doost, Cal. Bar No. 346104
Baher A. Azmy, admitted *pro hac vice*
Katherine Gallagher, admitted *pro hac vice*
Maria C. LaHood, admitted *pro hac vice*
Astha Sharma Pokharel, admitted *pro hac vice*
Samah Sisay, admitted *pro hac vice*
Pamela C. Spees, admitted *pro hac vice*
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6435
sdoost@ccrjustice.org
bazmy@ccrjustice.org
kgallagher@ccrjustice.org
mlahood@ccrjustice.org
asharmapokharel@ccrjustice.org
ssisay@ccrjustice.org
pspees@ccrjustice.org

Attorneys for Plaintiffs DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE, et al.

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States,* ANTONY J. BLINKEN, *Secretary of State,* LLOYD JAMES AUSTIN III, *Secretary of Defense,* in their official capacities,<br><br>Defendants. | Case No.: 23-cv-5829<br><br>**DECLARATION OF SADAF M. DOOST IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing: January 26, 2024 at 9:00 am |

### DECLARATION OF SADAF M. DOOST

I, Sadaf M. Doost, under penalty of perjury, declare as follows:

1.     I represent the Plaintiffs in this action and submit this declaration in support of their Reply Brief in Support of their Motion for Preliminary Injunction, for the purpose of bringing to the Court's attention official government disclosures and admissions by Defendants and other United States officials since the filing of Plaintiffs' Motion, as well as updated information in the public domain about the continued mass killings of the Palestinian people in Gaza, the serious physical and mental harm done to them, and the urgent and severe impacts of Israel's total siege of Gaza on the Palestinian population.

2.     My colleagues and I have not heard from Plaintiff Ahmed Abu Artema since Monday, December 11, 2023. We do not know whether he is still alive and healthy, or whether he is able to secure food or water. Although our legal team has not been able to communicate directly with Plaintiff Mohammed Ahmed Abu Rokbeh, we have learned through his colleagues that his mother sustained a gunshot in the leg and he was seeking to evacuate her from Jabaliya refugee camp to Khan Younis, as she required surgery.

### Updated Facts, Casualties, and Circumstances of Israel's Current Military Assault and Siege on Gaza

3.      Since October 7, 2023, Israel's assault, bombardment, and total siege of Gaza has had catastrophic impacts on the Palestinian population, killing approximately 20,000 – an estimated 70 percent of whom are women and children, and more specifically over 8,000 of whom are children – and injuring approximately 52,586. Over 1.9 million have been forcibly displaced into life-threatening conditions. Since the filing of Plaintiffs' Complaint and Motion for Preliminary Injunction, the United Nations and humanitarian aid organizations have continued to warn of the deteriorating health and medical situation, including warning of the risk of starvation and dehydration, attacks on health care

services and infrastructure, and increases in infections and illnesses. Meanwhile, Israeli officials have continued and escalated their genocidal campaign against the Palestinian population of Gaza.

a.     Attached as Exhibit A-1 is a true and correct copy of *Hostilities in the Gaza Strip and Israel: Flash Update #75*, United Nations Office for the Coordination of Humanitarian Affairs ("OCHA"), Dec. 21, 2023. The Gaza Ministry of Health has not provided an updated number of casualties since December 19, 2023. "The Gaza Government Media Office reported on the fatalities as of 21 December, although their methodology is unknown. Taken together, with the noted caveats, these figures amount to about 20,000. Of them, more than 8,000 are said to be children and more than 6,200 women."

b.     Attached as Exhibit A-2 is a true and correct copy of *Hostilities in the Gaza Strip and Israel: Flash Update #74*, OCHA, Dec. 20, 2023. Between October 7, 2023 and December 19, 2023, at least 19,667 Palestinians have been killed, approximately 70 percent of whom are women and children. Approximately 52,586 have been injured.

c.     Attached as Exhibit A-3 is a true and correct copy of UNRWA Situation Report #54 on the situation in the Gaza Strip and the West Bank, including East Jerusalem, United Nations Relief & Works Agency for Palestine Refugees in the Near East ("UNRWA"), Dec. 19, 2023. "Since 7 October, up to 1.9 million people (or over 85 per cent of the population) have been displaced across the Gaza Strip, some multiple times."

d.     Attached as Exhibit A-4 is a true and correct copy of Mark Landler, *'Erase Gaza': War Unleashes Incendiary Rhetoric in Israel*, The New York Times, Nov. 15, 2023 (just five weeks into the war, calls for Gaza to be "flattened," "erased" or "destroyed" were mentioned approximately 18,000 times as compared to only 16 times in the 6 weeks before October 7).

e.     Attached as Exhibit A-5 is a true and correct copy of *Gaza: UN experts call on international community to prevent genocide against the Palestinian people*, United Nations

Human Rights Office of the High Commissioner, Nov. 16, 2023, whereby UN experts issued

a press release outlining:

> Grave violations committed by Israel against Palestinians in the aftermath of 7 October, particularly in Gaza, point to a genocide in the making . . . They illustrated evidence of [Israeli officials'] increasing genocidal incitement, overt intent to "destroy the Palestinian people under occupation", loud calls for a 'second Nakba' in Gaza and the rest of the occupied Palestinian territory, and the use of powerful weaponry with inherently indiscriminate impacts, resulting in a colossal death toll and destruction of life-sustaining infrastructure.

> "Many of us already raised the alarm about the risk of genocide in Gaza," the experts said. "We are deeply disturbed by the failure of governments to heed our call and to achieve an immediate ceasefire. We are also profoundly concerned about the support of certain governments for Israel's strategy of warfare against the besieged population of Gaza, and the failure of the international system to mobilise to prevent genocide," they said.

f.      Attached as Exhibit A-6 is a true and correct copy of Nidal Al-Mughrabi et. al., *Hamas, Israel release more hostages, prisoners in fifth day of Gaza truce*, Reuters, Nov. 28, 2023 (reporting Palestinians are using the humanitarian pause to search for those missing under the rubble and bury those killed).

g.      Attached as Exhibit A-7 is a true and correct copy of Alexander Smith & Keir Simmons, *Israel and Hamas discuss a broader hostage deal, but a renewed assault still looms*, NBC News, Nov. 28, 2023 (reporting Israeli Prime Minister Netanyahu declared Israel "will go to realizing [its] goals with full force" including, *inter alia*, "ensuring that Gaza will not go back to being what it was").

h.      Attached as Exhibit A-8 is a true and correct copy of Press Release, Prime Minister's Office, *Statement by PM Netanyahu*, Nov. 29, 2023, whereby Israeli Prime Minister Netanyahu states: "There is no situation in which we do not go back to fighting until the end. This is my

policy. The entire Security Cabinet is behind it. The entire Government is behind it. The soldiers are behind it. The people are behind it — this is exactly what we will do."

i.      Attached as Exhibit A-9 is a true and correct copy of *Hostilities in the Gaza Strip and Israel: Flash Update #55*, OCHA, Nov. 30, 2023 (reporting "[w]hile the humanitarian pause that started on 24 November has largely held, sporadic incidents have been reported"; providing an account of released Palestinian detainees held in Israeli prisons, and hostages held in Gaza, during the pause).

j.      Attached as Exhibit A-10 is a true and correct copy of an excerpt of Mati Tuchfeld, *The Prime Minister's plan for the citizens of the Gaza Strip: the direction - out*, Israel Hayom, Nov. 30, 2023, in the automated Google translation of the original Hebrew (reporting that in regards to "thinning the population of Gaza to the minimum possible" Netanyahu "tasked his confidant in the War Cabinet, Minister Ron Dermer, to formulate a staff [to] work on the matter.).

k.      Attached as Exhibit A–11 is a true and correct copy of an excerpt of *Press Briefing by the United Nations Information Service*, United Nations, Dec. 1, 2023 (reporting that the seven-day pause permitted the limited entry of required humanitarian aid; around 1,000 children had amputations in the last week).

l.      Attached as Exhibit A-12 is a true and correct copy of *WHO appeals for protection of the health system from further attacks and degradation of its capacity*, World Health Organization ("WHO"), Dec. 4, 2023 (declaring "[o]nce again, nowhere is safe in Gaza" and reporting increases in infectious diseases and widespread attacks on healthcare services and infrastructure).

m.      Attached as Exhibit A-13 is a true and correct copy of *Statement of the Humanitarian Coordinator for the Occupied Palestinian Territory, Lynn Hastings*, OCHA, Dec. 4, 2023. According to the Humanitarian Coordinator for the Occupied Palestinian Territory:

The conditions required to deliver aid to the people of Gaza do not exist. If possible, an even more hellish scenario is about to unfold, one in which humanitarian operations may not be able to respond. What we see today are shelters with no capacity, a health system on its knees, a lack of clean drinking water, no proper sanitation and poor nutrition for people already mentally and physically exhausted: a textbook formula for epidemics and a public health disaster.

n.    Attached as Exhibit A-14 is a true and correct copy of *Hostilities in the Gaza Strip and Israel: Flash Update #60*, OCHA, Dec. 5, 2023 (documenting that the humanitarian pause lasted from between November 24 to November 30; reporting that "since the resumption of hostilities on 1 December and until 5 December 18:00, at least 1,207 Palestinians were killed, 70 per cent of whom were children and women.").

o.    Attached as Exhibit A-15 is a true and correct copy of Letter from UNRWA Commissioner-General Philippe Lazzarini to the UN General Assembly President Dr. Dennis Francis, Dec. 7, 2023, whereby Lazzarini warns that "UNRWA's ability to implement its General Assembly mandate in Gaza is today severely limited with immediate and dire consequences for the UN humanitarian response and the lives of civilians in Gaza. The long-term implications for Palestine Refugees and prospects for a fair and lasting political solution are grave." Lazzarini outlines that "as a result of Israeli's military operation, nearly 1.2 million civilians are sheltering in UNRWA premises," yet nearly 90 UNRWA premises have been struck or impacted by munitions; warns of the "collapse of [his] mandate"; and urges an immediate humanitarian ceasefire, among other actions, to prevent an "irreversible disaster."

p.    Attached as Exhibit A-16 is a true and correct copy of Allegra Goodwin et. al., *Infants found dead and decomposing in evacuated hospital ICU in Gaza. Here's what we know*, CNN, Dec. 8, 2023, reporting that a November 27 video from a Gaza reporter reveals the bodies of babies which "appear to be darkening and disintegrating from decay, with little more than

skeletons left in some of the beds" and further describes "[f]lies and maggots are visibly crawling across the skin of one child." CNN reports it "geolocated the video to Al-Nasr hospital in northern Gaza," which was reportedly evacuated on November 10, and according to one nurse, the IDF only gave the Al-Nasr staff 30 minutes to evacuate, while no ambulances could reach the hospital.

q.      Attached as Exhibit A-17 is a true and correct copy of *Hostilities in the Gaza Strip and Israel - reported impact: Day 63*, OCHA, Dec. 8, 2023.

r.      Attached as Exhibit A-18 is a true and correct copy of *WHO Director-General's opening remarks at the Special Session of the Executive Board on the health situation in the occupied Palestinian territory - 10 December 2023*, World Health Organization ("WHO"), Dec. 10, 2023 (stating "Gaza's health system is on its knees and collapsing").

s.      Attached as Exhibit A-19 is a true and correct copy of  *Hostilities in the Gaza Strip and Israel: Flash Update #68*, OCHA, Dec. 13, 2023 (reporting Israeli forces, upon raid, detained and beat hospital staff).

t.      Attached as Exhibit A-20 is a true and correct copy of *Hostilities in the Gaza Strip and Israel: Flash Update #70*, OCHA, Dec. 15, 2023 (reporting about OHCHR in the occupied Palestinian territory "[e]xpressing its alarm at the unprecedented rate of journalists and media workers killed in Gaza since 7 October," and that it "has verified the killing of 50 journalists and media workers, and received information that 30 more may have died, amounting to approximately six per cent of all those registered with the Journalists' Syndicate in Gaza").

u.      Attached as Exhibit A-21 is a true and correct copy of *UN Human Rights Office - OPT: Disturbing reports from the north of Gaza of mass detentions, ill-treatment and enforced disappearances of possibly thousands of Palestinians*, OHCHR (accessible via ReliefWeb (OCHA)), Dec. 16, 2023, reporting:

> OHCHR has received numerous disturbing reports from the north of Gaza of mass detentions, ill-treatment and enforced disappearance of possibly thousands of Palestinian men and boys, and a number of women and girls, at the hands of Israeli Defence Forces (IDF). Most were rounded up as they were attempting to move south or were taken during operations conducted on their homes, hospitals, schools and other places of refuge.
>
> Reports claim that children as young as 12 and persons as old as 70 are among those detained. Most concerningly, there are numerous reports that many of those detained were subjected to serious ill-treatment, which in some instances may amount to torture. This includes allegations that many were forced to strip down to their underwear, were blindfolded and tightly handcuffed, and were filmed and photographed in deliberately humiliating positions prior to being transported, without their clothing and with little food or water, to unknown places of detention . . . Credible information has also been received that approximately 140 women and girls have been arbitrarily detained and are currently being detained in undisclosed locations.

v.      Attached as Exhibit A-22 is a true and correct copy of *UNICEF Geneva Palais briefing note Gaza: The world's most dangerous place to be a child*, UNICEF, Dec. 19, 2023 (reporting ". . . without sufficient safe water, food and sanitation that only a humanitarian ceasefire can bring – child deaths due to disease could surpass those killed in bombardments.").

w.      Attached as Exhibit A-23 is a true and correct copy of *WFP Palestine Emergency Response External Situation Report #11*, World Food Programme ("WFP") (accessible via ReliefWeb (OCHA)), Dec. 19, 2023 (reporting that 90 percent of the population has "gone a full day and night without eating," up to 20 percent of whom "have gone 10 out of 30 days without food.").

x.      Attached as Exhibit A-24 is a true and correct copy of *WFP delivers first aid convoy from Jordan to Gaza*, WFP, Dec. 20, 2023 (reporting "half of the population is now starving" in Gaza).

**International Calls to Prevent Ongoing Atrocities in Gaza**

4.      Contrary to the United States' position, the overwhelming majority of countries have called for an immediate ceasefire, and United Nations bodies have issued urgent appeals calling on states to prevent ongoing atrocities against the Palestinian people.

a.      Attached as Exhibit B-1 is a true and correct copy of Letter by the Secretary-General to the President of Security Council invoking Article 99 of the United Nations Charter, Dec. 6, 2023 (declaring that "[n]owhere is safe in Gaza" and stating that "[t]he international community has a responsibility to use all its influence to prevent further escalation and end this crisis. I urge the members of the Security Council to press to avert a humanitarian catastrophe. I reiterate my appeal for a humanitarian ceasefire to be declared. This is urgent.").

b.      Attached as Exhibit B-2 is a true and correct copy of an excerpt of *UN General Assembly votes by large majority for immediate humanitarian ceasefire during emergency session*, UN News, Dec. 12, 2023 (reporting 153 Member States voted in favor of adopting a United Nations General Assembly resolution favoring an immediate humanitarian ceasefire).

c.      Attached as Exhibit B-3 is a true and correct copy of *Prevention of Racial Discrimination, Including Early Warning and Urgent Action Procedure Decision 2 (2023)*, UN Committee on the Elimination of Racial Discrimination, Dec. 21, 2023 (calling upon state parties, which includes the United States, to respond to Israel's attack on Gaza and "bring an end [to] the violations that are taking place and to prevent atrocity crimes, particularly genocide[.]").

**United States' Continued Failure to Prevent and Complicity in Genocide**

5.      As Israel's genocidal campaign on Gaza has continued, the United States has escalated its provision to Israel of unconditioned military, financial, and political assistance and cover, despite Defendants' knowledge of Israel's indiscriminate bombardment and siege on Gaza, further demonstrating Defendants' failure to prevent, and complicity in, an unfolding genocide.

a.      Attached as Exhibit C-1 is a true and correct copy of Robert Tait, *US asks Qatar to 'turn down the volume' of Al Jazeera news coverage*, The Guardian, Oct. 27, 2023 (reporting that Defendant Blinken asked Qatar to moderate Al Jazeera's coverage of Israel's assault on Gaza).

b.      Attached as Exhibit C-2 is a true and correct copy of *Joint open letter on transfer of 155mm artillery shells to Israel from humanitarian, national security, human rights, and faith-based organizations*, ReliefWeb (OCHA), Nov. 13, 2023 (urging Defendant Austin "to withhold authorization" of a "transfer of 155mm artillery shells to the government of Israel," explaining that "[i]n Gaza, one of the world's most densely populated places, 155mm artillery shells are inherently indiscriminate.").

c.      Attached as Exhibit C-3 is a true and correct copy of an excerpt of *Performing the Duties of Deputy Under Secretary of Defense for Policy Dr. Mara Karlin Hosts Media Roundtable on Strategy and Implementation*, U.S. Dep't of Defense, Nov. 16, 2023, where Department of Defense official Dr. Mara Karlin discussed the Pentagon's daily engagement with Israeli counterparts: "And as you know, we are communicating with the Israelis every day." Dr. Karlin further stated that Defendant "Secretary Austin has had . . . near daily conversations with Israeli Minister of Defense Gallant since the horrific events of October 7th."

d.      Attached as Exhibit C-4 is a true and correct copy of excerpts of *Transcript: Deputy Pentagon Press Secretary Ms. Sabrina Singh Holds a Press Briefing*, U.S. Dep't of Defense, Nov. 21, 2023. When asked if the Pentagon "is actively monitoring reports of civilian casualties in Gaza" Singh stated ". . . it's accurate for this -- for CHMRO, the Civilian Harm Mitigation and Response Office, to be doing that," while reaffirming later in the briefing that "we don't put conditions on how [weapons supplied to Israel] are used."

e.      Attached as Exhibit C-5 is a true and correct copy of excerpts of *Press Briefing by Press Secretary Karine Jean-Pierre and NSC Coordinator for Strategic Communications John Kirby*, The White House, Nov. 30, 2023. In response to a question relating to "Israel . . . vow[ing] to resume this fighting will full force" at the end of the humanitarian pause, Kirby acknowledged this to be the case, stating:

> [Israel has]. . . spoken for their military campaign, and they have said very clearly that – that when these pauses are over, they intend to go back at it. And as they make that decision, they will continue to find support from the United States in terms of tools and capabilities, the weapons systems that they need, as well as the advice and the perspectives that we can offer in terms of urban warfare. . . . [President Biden] has been clear publicly and certainly in his discussions with the War Cabinet that they will continue to have the United States' support as they go after these terrorists.

Kirby also disclosed the United States' support in Israel's ground incursion into Gaza, including by sending "military advisors and experts," as well as reiterated that the United States "do[es] not support a permanent ceasefire at this time."

f.      Attached as Exhibit C-6 is a true and correct copy of an excerpt of *Transcript: Senior Advisor to the Secretary and Senior Defense Official Backgrounder on Secretary of Defense Travel to California*, U.S. Dep't of Defense, Nov. 30, whereby a Senior Military Official states that the Secretary of Defense will "underscore . . . America's commitment to Israel's security is ironclad" during his visit to California.

g.      Attached as Exhibit C-7 is a true and correct copy of Jared Malsin & Nancy A. Youssef, *U.S. Sends Israel 2,000-Pound Bunker Buster Bombs for Gaza War*, The Wall Street Journal, Dec. 1, 2023, outlining that the following weapons, arms, and equipment had been delivered by the United States to the Israeli government: i) 100 BLU-109 2,000-pound bunker buster bombs; ii) 5,000 Mk82 "dumb" bombs and iii) 5,400 Mk84 2,000 pound warhead bombs.

h.      Attached as Exhibit C-8 is a true and correct copy of an excerpt of *Transcript: Deputy Pentagon Press Secretary Ms. Sabrina Singh Holds an Off-Camera, On-the-Record Press Briefing*, U.S. Dep't of Defense, Dec. 4, 2023. During the briefing, in response to a request for an update on the status of "U.S. security assistance to Israel and also on the no conditions status," Singh revealed that the United States is "continuing to support Israel in what it needs" and "security assistance is still flowing." Singh further states: "Again, we don't put conditions on -- on the security assistance[.]"

i.      Attached as Exhibit C-9 is a true and correct copy of John Paul Rathbone, *Military briefing: the Israeli bombs raining on Gaza*, Financial Times, Dec. 5, 2023. According to a recording the newspaper Israel Hayom gained, Israeli Prime Minister Netanyahu stated to local government officials: "We need three things from the US: munitions, munitions, and munitions."

j.      Attached as Exhibit C-10 is a true and correct copy of an excerpt of *Transcript: Pentagon Press Secretary Brig. Gen. Pat Ryder Holds a Press Briefing*, U.S. Dep't of Defense, Dec. 5, 2023, whereby Ryder, in response to a question about the future of the U.S.'s support to Israel, discloses that the U.S. "consult[s] closely with Israel, Secretary Austin speaks to his counterpart on a near daily basis[.]"

k.      Attached as Exhibit C-11 is a true and correct copy of an excerpt of *Press Briefing by Press Secretary Karine Jean-Pierre and NSC Coordinator for Strategic Communications John Kirby*, The White House, Dec. 6, 2023, whereby Kirby states that the United States will "continue to work with [Prime Minister Netanyahu]" and ensure he " knows the United States will continue to have [Israel's] back. . ." Kirby further states "we have done everything we can — and we'll continue to do it — not just in terms of weapons and capabilities, but advice and counsel and perspective and lessons learned from our own experience in this kind of warfare."

l.      Attached as Exhibit C-12 is a true and correct copy of an excerpt of *US vetoes resolution on Gaza which called for 'immediate humanitarian ceasefire'*, UN News, Dec. 8, 2023 (reporting "US vetoed a resolution put forward by the United Arab Emirates and backed by over 90 Member States.").

m.      Attached as Exhibit C-13 is a true and correct copy of Edith M. Lederer, *US vetoes UN resolution backed by many nations demanding immediate humanitarian cease-fire in Gaza*, AP News, Dec. 9, 2023 (reporting that the United States Deputy Ambassador Robert Wood on behalf of the United States vetoed a United Nations resolution "demanding an immediate humanitarian cease-fire in Gaza" and Israel's Defense Minister Yoav Gallant "thank[ed] the United States for its 'bold leadership.'").

n.      Attached as Exhibit C-14 is a true and correct copy of *Israel – M830A1 120mm Tank Cartridges*, Defense Security Cooperation Agency, Dec. 9, 2023. "The Secretary of State has approved a possible Foreign Military Sale to the Government of Israel of 120mm M830A1 High Explosive Anti-Tank Multi-Purpose with Tracer (MPAT) tank cartridges and related equipment for an estimated cost of $106.5 million." The Agency further stated: "The Secretary of State determined and provided detailed justification to Congress that an emergency exists that requires the immediate sale to the Government of Israel of the above defense articles and services in the national security interests of the United States, thereby waiving the Congressional review requirements under Section 36(b) of the Arms Export Control Act, as amended."

o.      Attached as Exhibit C-15 is a true and correct copy of Missy Ryan et. al., *Biden's arming of Israel faces backlash as Gaza civilian toll grows*, Washington Post, Dec. 9, 2023 (reporting that "[i]n the first month and a half, Israel dropped more than 22,000 guided and unguided bombs on Gaza that were supplied by Washington . . . And during that time, the

United States has transferred at least 15,000 bombs, including 2,000-pound bunker busters, and more than 50,000 155mm artillery shells.").

p.      Attached as Exhibit C-16 is a true and correct copy of *At cabinet meeting, Netanyahu thanks Biden for UN veto, tank ammo*, The Times of Israel, Dec. 10, 2023, whereby it was reported that "At the outset of the weekly cabinet meeting, Prime Minister Benjamin Netanyahu thanks US President Joe Biden for his administration's vetoing of a UN Security Council resolution urging a ceasefire, and for its approval of an urgent shipment of some 14,000 tank shells he says is due to start arriving today."

q.      Attached as Exhibit C-17 is a true and correct copy of Michael D. Shear, *Biden Warns Israel It is 'Losing Support' Over War*, The New York Times, Dec. 12, 2023 (reporting that "Prime Minister Netanyahu stated: 'I greatly appreciate the American support for destroying Hamas and returning our hostages,' Mr. Netanyahu said. 'Following an intensive dialogue with President Biden and his team, we received full backing for the ground incursion and blocking the international pressure to stop the war.'").

r.      Attached as Exhibit C-18 is a true and correct copy of Barak Ravid, *Israelis outline post-war Gaza strategy as U.S. ramps up pressure*, Axios, Dec. 12, 2023 (reporting that "[t]op Israeli military officials are in Washington to show U.S. officials Israel's military strategy for Gaza").

s.      Attached as Exhibit C-19(i) is a true and correct copy of an excerpt of *Remarks by President Biden at a Campaign Reception*, The White House, Dec. 12, 2023, whereby Defendant Biden stated: ". . . [I]n the meantime, we're not going to do a damn thing other than protect Israel in the process.  Not a single thing." During his remarks, Defendant Biden acknowledged Israel's indiscriminate bombing, while maintaining that the United States supports Israel:

---

DECLARATON OF SADAF M. DOOST          13          Case No. 23-CV-5829

And, folks, look, if you think about it, one of the things that Bibi understands, I think, now — but I'm not sure Ben-Gvir and his War Cabinet do, who I've spoken to several times — is that Israel's security can rest on the United States, but right now it has more than the United States. It has the European Union, it has Europe, it has most of the world supporting it. But they're starting to lose that support by the indiscriminate bombing that takes place.

t.      Attached as Exhibit C-19(ii) is a true and correct copy of an excerpt of Remarks by President Biden in a Press Conference, The White House, Nov. 16, 2023 (acknowledging Israel's actions in Gaza as including "indiscriminate bombing" as early as November 16, 2023).

u.      Attached as Exhibit C-20 is a true and correct copy of Ken Klippenstein, *Pentagon Taps "Tiger Team" to Rush Weapons to Israel*, The Intercept, Dec. 14, 2023, which reported on the Department of Defense's deployment of a "Tiger Team of experts to facilitate the transfers" and "expedite weapons exports to Israel," detailing that the "Tiger Team meets daily with the Pentagon's Defense Security Cooperation Agency . . . which executes U.S. arms sales, to overcome barriers to arms sales to Israel." The article further reports that civilian harm has been raised by the Tiger Team, but such issues are "being met with absolute lack of interest and direction from the top to keep the process moving[.]"

v.      Attached as Exhibit C-21 is a true and correct copy of Robin Stein et. al., *A Times Investigation Tracked Israel's Use of One of Its Most Destructive Bombs in South Gaza*, New York Times, Dec. 22, 2023 ("During the first six weeks of the war in Gaza, Israel routinely used" 2,000-pound bombs in Gaza, "one of its biggest and most destructive bombs").

w.      Attached as Exhibit C-22 is a true and correct copy of Julia Frankel, *Israel's military campaign in Gaza seen as among the most destructive in recent history, experts say*, AP, Dec. 21, 2023 ("But from blast fragments found on-site and analyses of strike footage, experts are confident that the vast majority of bombs dropped on [Gaza] are U.S.-made.").

**Track Record of U.S. Pressure on Israeli Government, Resulting in Subsiding Violent and Harmful Actions Against Palestinians Has Been Demonstrated for Decades**

6.    Historically, when the U.S. has objected to the actions of the Israeli government and its officials, it has resulted in Israeli officials ending such actions altogether, or taking remedial measures so as to not violate its agreements with the U.S. government.

a.    Attached as Exhibit D-1 is a true and correct copy of *Reagan Demands End To Attacks In A Blunt Telephone Call To Begin*, The New York Times, Aug. 13, 1982 (ceasefire occurred within 30 minutes of  President Ronald Reagan calling Israeli Prime Minister Begin to demand Israel cease its bombing campaign in Lebanon).

b.    Attached as Exhibit D-2 is a true and correct copy of Yaniv Kubovich, *U.S. Pressure Behind Israeli Delay in Evacuating Bedouin Village, Defense Official Says*, Haaretz, June 18, 2019 (reporting that upon pressure by U.S. officials, the Israeli government delayed the forced evacuation of a Bedouin village in the West Bank).

c.    Attached as Exhibit D-3 is a true and correct copy of an excerpt of Barak Ravid, *Under U.S. pressure, Israel allows Palestinian-Americans to travel from West Bank*, Axios, Dec. 11, 2023 (reporting that "[t]wo U.S. and Israeli officials said the Biden administration told the Israeli government that if the issue [of Israel violating a visa waiver agreement] wasn't resolved this week it could lead to a suspension of Israel's membership in the U.S. Visa Waiver Program, which allows a country's citizens to travel to the U.S. for 90 days without first obtaining a visa.").

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 22nd day of December, 2023.



_____
Sadaf M. Doost