# EXHIBIT A-1



Gaza grapples with catastrophic hunger as new report predicts famine if conflict continues. A displaced Palestinian man cooking food on wood fire due to gas shortages in the schools where he takes shelter with his family. Photo by UNICEF/Omar Al-Qattaa, 7 December 2023

OPT HOME

# Hostilities in the Gaza Strip and Israel | Flash Update #75

*21 Dec 2023*

## Key points

- On 21 December, at about 20:40, the main telecommunication provider in Gaza announced that its services were gradually returning to the southern and central Gaza. This followed a shut down since 14 December, apart from 18 to 20 December, where there was a partial resumption at about ten per cent capacity in southern Gaza. Humanitarian agencies and first responders have warned that telecommunication blackouts jeopardize the already constrained provision of life-saving assistance. As a result of limited communication throughout the day, this Flash Update provides limited updated information about the humanitarian situation in Gaza over the past 24 hours.

- On 21 December, heavy Israeli bombardments from air, land, and sea, continued across most of the Gaza Strip. Intense ground operations and fighting between Israeli forces and Palestinian armed groups continued, in most areas of Gaza, with the exception of Rafah. The firing of rockets by Palestinian armed groups into Israel continued.

- Between 7 October and 19 December, 19,667 fatalities were reported by the Gaza Ministry of Health (MoH), which has not published updated tolls since then. The Gaza Government Media Office reported on the fatalities as of 21 December, although their methodology is unknown. Taken together, with the noted caveats, these figures amount to about 20,000. Of them, more than 8,000 are said to be children and more than 6,200 women. The Under-General

Secretary stated: "That such a brutal conflict has been allowed to continue and for this long – despite the widespread condemnation, the physical and mental toll and the massive destruction – is an indelible stain on our collective conscience."

- Between 20 and 21 December, four Israeli soldiers were reportedly killed in Gaza. Since the start of the ground operations, 138 soldiers have been killed in Gaza, and 771 soldiers have been injured, according to the Israeli military.

- The entire population in the Gaza Strip faces an imminent risk of famine, according to the latest estimates from the Integrated Food Security Phase Classification (IPC) global partnership on 21 December. Bombardment, ground operations, and the besiegement of the entire population, coupled with restricted humanitarian access, have resulted in catastrophic levels of acute food insecurity, intensifying the risk of famine each day, according to IPC.

- Should the situation continue, it is precited that between 8 December 2023 and 7 February 2024, Gaza's population will be the highest share of people facing high levels of acute food insecurity ever classified by the IPC initiative for any given area or country, since its establishment in 2004. (More details under the food security section).

- On 20 December, Israeli forces raided the Palestine Red Crescent Society's (PRCS) ambulance centre in Jabalya, north of Gaza, after a two-day siege. Reportedly, staff members and paramedics were arrested and taken to an unknown location. Some 127 people, including 22 injured patients who were being treated by staff, were inside the building. Contact was lost with the operations room and PRCS team in Gaza, due to the telecommunications blackout.

- On 21 December, The World Health Organization (WHO) stated that northern Gaza had been left without a functional hospital due to the lack of fuel, staff, and supplies. Only nine out of 36 health facilities are partially functional in the whole of Gaza, with no functional hospital in the north. Al Ahli is still treating patients but not admitting new ones, along with Al-Shifa, Al Awda and Al Sahaba hospitals. These hospitals are still sheltering thousands of displaced people

- Under such conditions, people are unable to avail of hospitals' services. For example, 42 babies have been born within a school functioning as a shelter in Deir al Balah (Middle Area), according to UNRWA, instead of in health facilities.

- On 20 December, the International Labour Organization and the Palestinian Central Bureau of Statistics assessed that at least 66 per cent of employment, the equivalent of 192,000 jobs, has been lost in Gaza since the escalation of hostilities on 7 October. The effects of the escalation are also felt in the West Bank, where 32 per cent of employment has been lost, the equivalent of 276,000 jobs, in the same time period, according to the two bodies.

- On 21 December, 78 trucks carrying supplies and five ambulances entered Gaza through Rafah crossing and 22 trucks entered through Kerem Shalom crossing. This remains well below the daily average of 500 truckloads (including fuel and private sector goods) that entered every working day prior to 7 October.

## Hostilities and casualties (Gaza Strip)

- The following are among the deadliest incidents reported on 21 December:
  - At about 19:00, 28 Palestinians, including children and women, were reportedly killed, and tens of others were injured, when two houses and agricultural land sheltering internally displaced persons (IDPs) were struck near the European Hospital, in Khan Yunis.

  - At about 17:10, 13 Palestinians were reportedly killed, and ten others were reportedly injured when a house was struck in Al-Amal neighbourhood, west of Khan Yunis.



- On 20 December, at about 17:20, Israeli forces reportedly forced Palestinian families out of their homes before setting those structures on fire at An Nazla area in Jabalya city, northern Gaza.

- On 20 December, the UN Human Rights Office issued a statement on reports of an incident on 19 December between 20:00 and 23:00, whereby Israeli forces reportedly shot and killed at least 11 Palestinian men, and allegedly injured an unconfirmed number of women and children in the Al Awda residential building, also known as the "Annan building," in Ar Remal neighbourhood, Gaza city. Three related families were sheltering inside this building during the incidents. Initial witness reports circulating through media allege that the men were separated from women and children and were then shot and killed in what may amount to a war crime. The details of this incident are yet to be verified.

## Displacement (Gaza Strip)

- Areas encompassing about 30 per cent of the Gaza Strip (excluding the orders to evacuate the areas north of Wadi Gaza) have been marked for evacuation on the Israeli military's online map. Access to this information is impaired by recurrent interruptions in telecommunications and the lack of electricity.

- Inflow of IDPs to Rafah governorate continued on 20 December. As shelters in Rafah city have exceeded their capacity significantly, most newly arriving IDPs have settled in the streets and in empty spaces across the city. Rafah governorate has become the most densely populated area in the Gaza Strip, with hundreds of thousands of IDPs squeezed into extremely overcrowded spaces and in dire living conditions. Population density is assessed to now exceed 12,000 people per square kilometre, a fourfold increase prior to the escalation. Thousands of people line up before aid distribution centres in need of food, water, shelter, and protection, amid the absence of latrines and adequate water and sanitation facilities in informal displacement sites and makeshift shelters. This situation is compounded by the cold winter and rain over the last week, which have flooded tents and other makeshift shelters.

- Obtaining an accurate figure of the total number of IDPs remains challenging. According to UNRWA, 1.9 million people in Gaza, or nearly 85 per cent of the population, are estimated to be internally displaced, including people who have been displaced multiple times.

- Lack of food, basic survival items, and poor hygiene, exacerbate the already dire living conditions, amplify protection and mental health issues, and increase the spread of disease.

## Electricity

- Since 11 October, the Gaza Strip has been under an electricity blackout, after the Israeli authorities cut off the electricity supply, and fuel reserves for Gaza's sole power plant were depleted. For more information on electricity supply to the Gaza Strip, please see this  dashboard.

## Health care, including attacks (Gaza Strip)

- According to WHO, as of 19 December, nine out of Gaza's 36 hospitals are partially functional, all located in the south. These hospitals are operating at three times their capacity, while facing critical shortages of basic supplies and fuel. According to the MoH in Gaza, occupancy rates are now reaching 206 per cent in inpatient departments and 250 per cent in intensive care units.

## Water, Sanitation and Hygiene

- On 20 December, UNICEF stated that children in Gaza are not able to access 90 per cent of their normal water use. The impact on children is severe, as they are more susceptible to dehydration, diarrhoea, disease, and malnutrition. Concerns of waterborne diseases such as cholera and chronic diarrhoea are particularly heightened given the lack of safe water, especially following the seasonal rains and flooding. Officials have recorded almost 20 times the

monthly average of reported cases of diarrhoea among children under the age of 5, 160,000 cases of acute respiratory infection, and increases in other infectious conditions and illnesses, such as scabies, lice, chicken pox, and skin rashes.

- On 20 December, the Director General of WHO echoed a concern for the rises in infectious disease stating that "Gaza is already experiencing soaring rates of infectious disease outbreaks. Diarrhoea cases among children aged under 5 are 25 times what they were before the conflict. Such illnesses can be lethal for malnourished children, more so in the absence of functioning health services."

## Food security

- On 19 December, according to WFP's Regional Director for the Middle East and North Africa, half of Gaza's population is starving in a situation of extreme or severe hunger, and 90 per cent of the population regularly go without food for a whole day. Only ten per cent of the food currently required for 2.2 million people has entered Gaza in the last 70 days. On 17 December, media reported people jumping onto aid trucks, attempting to secure food and other supplies.

- The Inegrated Food Security Phase Classification (IPC), identify 5 Phases of classification for food security: Generally Food Secure (1), Borderline Food Insecure (2), Acute food and Livelihood Crisis (3), Humanitarian Emergency (4) and Famine/Humanitarian Catastrophe (5). The recent estimates from the IPC reveal an unprecedented level of acute food insecurity in the Gaza Strip. Over 90 percent of the population in the Gaza Strip (about 2.08 million people) was estimated to face high levels of acute food insecurity, classified in IPC Phase 3 or above (Crisis or worse). Among these, over 40 percent of the population (939,000 people) were in Emergency (IPC Phase 4) and over 15 percent (378,000 people) were in Catastrophe (IPC Phase 5).

- Furthermore, in the projected period from the latest IPC findings, spanning from 8 December 2023 to 7 February 2024, the entire population in the Gaza Strip (approximately 2.2 million people) is anticipated to experience severe food insecurity, classified as IPC Phase 3 or higher (Crisis or worse). The IPC Famine Review Committee has been activated amid evidence exceeding acute food insecurity Phase 5 threshold. Among these, over half a million people are facing catastrophic conditions—IPC Phase 5 (Catastrophe), characterized by households experiencing an extreme lack of food, starvation, and exhaustion of coping capacities.

- On 20 December, WFP delivered hot meals to 2,000 people in Gaza city communities. These were done in addition to the distribution of food parcels to 2,500 people in Rafah communities.

## Hostilities and casualties (Israel)

- Over 1,200 Israelis and foreign nationals have been killed in Israel, including 36 children, according to the Israeli authorities, the vast majority on 7 October.

- During the humanitarian pause (24-30 November), 86 Israeli and 24 foreign national hostages were released. The Israeli authorities estimate that about 129 Israelis and foreign nationals remain captive in Gaza. On 21 December, UN Special Representative of the Secretary-General on Sexual Violence in Conflict, called for the immediate, safe, and unconditional release of remaining hostages.

## Violence and casualties (West Bank)

- On 20 December, Israeli forces shot and killed a 16-year-old Palestinian child and injured seven others with live ammunition in Husan (Bethlehem), during confrontations between Israeli forces and Palestinians which erupted during a search-and-arrest operation. On the same day, Israeli forces shot and killed one Palestinian man while inside his vehicle on Road 60 next to a military checkpoint near Beit 'Einoun (Hebron). According to Israeli



12/22/23, 9:34 AM
Hostilities in the Gaza Strip and Israel | Flash Update #75 | United Nations Office for the Coordination of Humanitarian Affairs - occupied Palestinian territory
Case 4:23-cv-05829-JSW   Document 44-9   Filed 12/22/23   Page 6 of 271

authorities, the man tried to run over soldiers; no Israeli injuries were reported. Ambulances were prevented from accessing the body as Israeli authorities withheld it.

- Since 7 October, 293 Palestinians, including 76 children, have been killed in the West Bank, including East Jerusalem. Additionally, two Palestinians from the West Bank were killed while carrying out an attack in Israel on 30 November. Of those killed in the West Bank, 283 were killed by Israeli forces, eight by Israeli settlers and another two either by forces or settlers. This toll represents more than half of all Palestinians killed in the West Bank this year. With a total of 493 Palestinians killed in the West Bank, 2023 is the deadliest year for Palestinians in the West Bank since OCHA began recording casualties in 2005.

- Since 7 October, four Israelis, including three members of the Israeli forces, have been killed in attacks by Palestinians in the West Bank, including East Jerusalem. Another four Israelis were killed in an attack by Palestinians from the West Bank in West Jerusalem (one of the four was killed by Israeli forces who misidentified him).

- Seventy-one per cent of the Palestinian fatalities in the West Bank since 7 October have occurred during search-and-arrest and other operations carried out by Israeli forces, including some – mainly in Jenin and Tulkarm governorates – involving exchanges of fire with Palestinians. Half of the fatalities were reported in operations that did not involve armed clashes.

- Since 7 October, Israeli forces have injured 3,801 Palestinians, including at least 575 children; 51 per cent in the context of search-and-arrest and other operations and 41 per cent of them in the context of demonstrations. Another 88 Palestinians have been injured by settlers and 18 other Palestinians injured either by Israeli forces or settlers. Some 33 per cent of those injuries have been caused by live ammunition, compared with 9 per cent in the first nine months of 2023

## Settler Violence

- Since 7 October, OCHA has recorded 353 Israeli settler attacks against Palestinians, resulting in Palestinian casualties (35 incidents), damage to Palestinian-owned property (27 incidents), or both casualties and damage to property (46 incidents).

- The weekly average of incidents since 7 October stands at 33, compared with 21 incidents per week between 1 January and 6 October 2023. The number of incidents since 7 October has declined from 80 incidents in the first week (7-14 October) to 21 incidents between 9 and 14 December. One-third of these incidents included firearms, including shootings and threats of shootings. In nearly half of all recorded incidents, Israeli forces were either accompanying or reportedly seen as supporting the attackers.

## Displacement (West Bank)

- Since 7 October, at least 198 Palestinian households comprising 1,208 people, including 586 children, have been displaced amid settler violence and access restrictions. The displaced households are from at least 15 herding/Bedouin communities. More than half of the displacements occurred on 12, 15, and 28 October, affecting seven communities.

- Also, since 7 October, 378 Palestinians, including 198 children, have been displaced following the demolition of their homes in Area C and East Jerusalem, due to lack of Israeli-issued building permits in Area C of the West Bank and East Jerusalem, which are almost impossible to obtain. The monthly average of displacement between 7 October and 7 December represents 27 per cent increase compared with the monthly average of displacement in the first nine months of the year.

- A total of 19 homes have been demolished on punitive grounds since 7 October, resulting in the displacement of 95 Palestinians, including 42 children. This figure is higher than the 16 homes punitively demolished in the first nine months of the year, resulting in the displacement of 78 Palestinians. The Human Rights Committee, in its review of the fourth periodic report of Israel, in 2014, concluded that punitive demolitions are a form of collective punishment and as such are illegal under international law.

- Another 451 Palestinians, including 207 children, have been displaced since 7 October following the destruction of 69 residential structures during other operations carried out by Israeli forces across the West Bank; 55 per cent of the displacement was reported in Jenin Refugee Camp, and 39 per cent in Nur Shams and Tulkarm Refugee Camps (both in Tulkarm).

## Funding

- As of 20 December, Member States have disbursed [US$609.5 million](#) against the [updated Flash Appeal](#) launched by the UN and its partners to implement its response plan in support of 2.2 million people in the Gaza Strip and 500,000 in the West Bank. This constitutes nearly 50 per cent of the $1.2 billion requested. Private donations are collected through the [Humanitarian Fund](#).

# HUMANITARIAN NEEDS AND RESPONSES: 11-17 December

## Health

UNRWA carried out the following health activities across Gaza between 7 and 9 December:

- Eight out of 22 UNRWA health centres are still operational in the middle and southern areas of Gaza. On 13 December, 8,265 refugees and non-refugees received health services.

- Midwives are providing care for post-natal and high-risk pregnant women at the eight operational health centres. There are an estimated 50,000 pregnant women in Gaza, with more than 180 giving birth every day. A total of 124 post-natal and high-risk pregnancy cases were attended to at health centres.

- UNRWA continued providing health care to IDPs at shelters through 97 medical teams. Each team is composed of one or two doctors and a nurse. Some 591 health workers in health centres and shelters provided support to 12,305 patients.

## Protection

- The situation in Gaza has deteriorated to the extent whereby protection actors are largely unable to operate, due to communication outages, safety and security risks and the lack of access to northern Gaza, and severe constraints on the activities of service providers and frontline actors.

- There are major and mounting protection concerns for vulnerable groups, including children separated from their families, pregnant and lactating women (PLWs), newborns, persons with disabilities (PwDs), and the elderly.

- The following activities were undertaken during past week included:
  - The Palestine Medical Relief Society distributed 1,616 dignity kits to PwDs and vulnerable women/girls in UNRWA shelters in Khan Younis

  - The Treatment and Rehabilitation Centre for Victims of Torture provided 25 people with remote psychological first aid support.

12/22/23, 9:34 AM                    Hostilities in the Gaza Strip and Israel – reported impact | Day 65 | United Nations Office for the Coordination of Humanitarian Affairs - occupied Palestinian territory

Case 4:23-cv-05829-JSW   Document 44-9   Filed 12/22/23   Page 8 of 271

## Food security

- Between 7 October to 10 December, UNRWA distributed flour to about 160,000 people north of Gaza. In the south, flour distribution reached about 1,153,020 people, including 75,000 families outside shelters.

- Since the beginning of December, WFP distributed high energy biscuits (HEB) to about 600,000 internally displaced people (IDPs) in designated shelters. WFP has also distributed food parcels or wheat flour to about 110,000 IDPs during the past two week.

- Some 11,385 IDPs residing in host communities received food parcels to support their food needs for 15 days.

- Throughout the reporting week, only two partners—UAWC and Taawon—managed to implement operations in the northern area of Gaza; they distributed food parcels to approximately 46,250 IDPs in public shelters.

- In the southern area, 11 partners have provided ready-to-eat (RTE) food, food parcels, flour, and hot meals to about 2.5 million people over the past week.

- World Central Kitchen (WCK), in partnership with ANERA and MECA, provided hot meals and RTE to a variety of family sizes. WCK plans to provide community kitchen kits, wood pellets or charcoal, and food products for 28,000 meals.

- The Food Security Cluster (FSS) has set a primary objective to meet the daily food needs of 2.2 million people, for a weekly cumulative target of 15.4 million people. In the current reporting week, FSS partners achieved a coverage of only 18 per cent of the cumulative weekly target.

## Nutrition

Nutrition partners provided the following essential nutrition preventive and curative supplies during the reporting period to prevent malnutrition among children and mothers:

- UNICEF delivered Ready to Use Therapeutic Food (RUTF) quantities to its partners, Juzour and UNRWA, to launch the implementation of the simplified approached for the management of wasting, for children under five with severe acute malnutrition (SAM) and moderate acute malnutrition (MAM).

- UNICEF managed to deliver Lipid-based supplements (SQ-LNS) covering the need of 61,600 children (6-24 months) inside shelters for one month; micronutrient supplements for 1,660 pregnant and breastfeeding women; and Vitamin A supplements for 3,370 infants (6-11 months).

- UNRWA distributed HEBs to 320,000 people and 27,184 date bars to people in shelters, as an immediate urgent food response in emergency.

## Water, Sanitation and Hygiene (WASH)

- A total of 20 WASH partners are currently active and operating across the Gaza Strip. Several organizations are trying to reactivate their operations in Rafah (15), Khan Younis (15), Gaza City (10), and northern Gaza (7).

- The constraints on the import of dual-use items inhibits an adequate WASH response. A consignment of piping and generators were not allowed into Gaza during the humanitarian pause. During the pause, few WASH supplies entered Gaza, despite the use of the prioritization list for entry. No new storage tanks, jerry cans, or cleaning kits entered through Rafah crossing. No latrines were built.

- Water quality and access standards remain unachieved. Access is a key challenge. Water networks are fractured, production points are reduced, power for pumping and distribution is restricted, and storage and outlets are

12/22/23, 9:34 AM Hostilities in the Gaza Strip and Israel - Reported impact | Day 77 | United Nations Office for the Coordination of Humanitarian Affairs - occupied Palestinian territory

Case 4:23-cv-05829-JSW Document 44-9 Filed 12/22/23 Page 9 of 271

8/9

minimized. Many communities are isolated across Gaza, particularly north of Wadi Gaza.

- The CMWU and WASH agencies have produced on average 41,068 cubic metres of water, and have distributed around 80,000 litres of fuel, approximately 11,430 litres daily.

## Shelter and Non-Food Items (NFI)

- During the reporting period, despite some progress in delivering and distributing basic NFIs, including bedding, there remains significant shortages of shelter winterization materials, including tents, tarpaulins, and plastic sheeting.

- IDPs are increasingly seeking shelter in large ad hoc sites.

- Shelter Cluster partners distributed the following items inside and outside collective centres in the southern governorates:
  - 2,300 kitchen kits

  - 56,800 blankets and 27,450 mattresses

  - 2,000 mats

  - 7,300 tarpaulin sheets

## Logistics

- The Logistics Cluster, together with HELP Logistics and JSI, coordinated an assessment of the Gaza public health capacity for warehousing and logistics between November-December 2023, available here.

- The Cluster has handed over and installed a total of 14 Mobile Storage Units (MSUs) that have augmented the offloading capacity in the Rafah handover point and the storage capacity of four UN Agencies and International NGOs.

- In Al Arish, Egypt, the Logistics Cluster augmented the ERC storage capacity with the installation of 10 MSUs with a dedicated set-up for the temperature-controlled cargo through four inflatable cold rooms, in addition to eight prefabs and four ablution units.

- Prevention of Sexual Exploitation and Abuse

- To enhance communication with communities, the PSEA network adopted a new visual identity named 'Sanad,' which regularly disseminates safeguarding messages through various mediums, including printed brochures, stickers, and radio spots tailored to the emergency context.

- Given communication challenges in Gaza and limited internet access, the network predominantly relies on printed brochures and stickers to reach the population. UNICEF sent 500,000 Sanad brochures to Gaza for distribution, alongside hygiene kits.

- Sanad initiated social media channels to convey safeguarding messages. In the initial two weeks, messages on these platforms reached about 150,000 users, with over 90 per cent from the West Bank. There are further plans to increase the reach of these channels to a broader audience in the weeks ahead.

**Protection against sexual abuse and exploitation (PSEA) remains a cross-cutting priority for all clusters. The SAWA helpline, reachable at 121 and through WhatsApp at +972 59-4040121 (East Jerusalem at 1-800-500-121), operates 24/7. This toll-free number is widely disseminated across all areas of intervention to report cases of SEA and to facilitate**

emergency counselling and referrals for affected communities to access life-saving services. The PSEA Network monitors calls daily and will increase the number of counsellors if necessary.



* Asterisks indicate that a figure, sentence, or section has been rectified, added, or retracted after the initial publication of this update.

# EXHIBIT A-2



Early on 20 December, Israeli forces reportedly destroyed 56 buildings in Ash Shuja'iyeh, eastern Gaza city. This is one of multiple incidents resulting in casualties, devastation, or both, reported over the past day despite the ongoing telecommunications shutdown. Photo by PRCS volunteer Fuad Khamash, 20 December 2023

OPT HOME

# Hostilities in the Gaza Strip and Israel | Flash Update #74

*20 Dec 2023*

## Key points

- On 20 December at about 9:30, the main telecommunication provider in Gaza announced that all telecommunications services had shut down due to cuts in the main fibre routes in Khan Younis. This followed the longest shutdown across the Strip between 14 and 18 December, and a partial resumption at about ten per cent capacity in southern Gaza. Humanitarian agencies and first responders have warned that telecommunications blackouts jeopardize the already constrained provision of life-saving assistance. As a result, this Flash Update provides limited updated information about the humanitarian situation in Gaza over the past 24 hours.

- On 20 December, heavy Israeli bombardments from air, land, and sea, continued across Gaza, with the most intense shelling reported in Beit Lahiya and multiple areas in Gaza city (north), eastern Khan Yunis and the eastern and western areas of Rafah city (south). Intense ground operations and fighting between Israeli forces and Palestinian armed groups continued, in northern Gaza, Gaza City, the Middle Area, and Khan Younis, in southern Gaza. The firing of rockets by Palestinian armed groups into Israel also continued.

- On 19 December, at about 17:37, a five-storey building was reportedly struck in Ar Remal neighbourhood in Gaza city, resulting in damage to the building. Reportedly, more than 100 people were killed and another 16 people

injured. Additional 50 people are reported missing under the rubble.

- On 20 December, the Ministry of Health (MoH) in Gaza did not update its casualty figures. The latest reported figures as of 19 December afternoon stood at 19,667 Palestinians who have been killed in Gaza. About 70 per cent of those killed are said to be women and children. As of then, about 52,586 people have been injured, according to the MoH. Many other people are missing, presumably buried under the rubble, waiting for rescue or recovery.

- Between 19 and 20 December, two Israeli soldiers were reported killed in Gaza. Since the start of the ground operations, 134 soldiers have been killed in Gaza, and 740 soldiers have been injured, according to the Israeli military.

- On 20 December, the UN Human Rights Office issued a [statement](#) on reports of an incident on 19 December between 20:00 and 23:00, whereby Israeli forces reportedly shot and killed at least 11 Palestinian men, and allegedly injured an unconfirmed number of women and children in the Al Awda residential building, also known as the "Annan building," in Ar Remal neighbourhood, Gaza city. Three related families were sheltering inside this building during the incidents. Initial witness reports circulating through media allege that the men were separated from women and children and were then shot and killed in what may amount to a war crime. The details of this incident are yet to be verified.

- On 20 December, the Israeli military designated a new area covering about 20 per cent of central and south of Khan Younis city for immediate evacuation. The area was marked in an online map published on social media. Prior to the onset of hostilities, this area was home to nearly 111,542 people. The area also includes 32 shelters that accommodated about 141,451 internally displaced persons (IDPs), the vast majority of whom were previously displaced from the north. Instructions accompanying the map call residents to move immediately to shelters further south of Khan Younis, specifically in Ash Shaboura, Tel as Sultan and Az Zahur neighbourhoods in Rafah governorate which are already overcrowded. The scope of displacement resulting from the order to evacuate is unclear.

- On 20 December, 71 trucks carrying supplies entered Gaza through Rafah crossing and 120 trucks entered through Kerem Shalom crossing, including 46 trucks carrying more than 750 metric tons of life saving food organized by World Food Programme (WFP) and the Jordan Hashemite Charity Organization (JHCO). This marks the first time a direct aid convoy enters the Strip through Jordan. This remains well below the daily average of 500 truckloads (including fuel and private sector goods) that entered every working day prior to 7 October.

- On 19 December, 55 injured people, 56 of their accompaniers and 548 dual nationals, were evacuated from Gaza to Egypt. Updates for 20 December are unavailable as of midnight on 20 December. The total number of wounded Palestinians and other medical cases evacuated since 7 October represents one per cent of the reported injury toll.

## Hostilities and casualties (Gaza Strip)

- The following are among the deadliest incidents reported on 19 and 20 December:
  - On 19 December, at about 19:20, 13 Palestinians were reportedly killed, and more than 34 Palestinians were injured, including women and children when a residential building on Al-Beshara Street in Deir Al-Balah, Middle Gaza was struck.

  - On 19 December, at about 19:30, 15 Palestinians were reportedly killed, and several others were injured, when a house in Block "G", in Khan Yunis, southern Gaza was struck.

- On 20 December, in the early morning hours, Israeli forces reportedly destroyed 56 buildings in the suburb of Ash Shuja'iyeh, eastern Gaza city. Casualty numbers are unavailable as of the time of reporting.

- On 19 December, at about 16:50, an Israeli military drone (quadcopter) reportedly opened fire inside Al Hanawi School, western Khan Yunis, southern Gaza, injuring four IDPs. It is not clear how many IDPs were sheltering at the school at the time of the attack. This is the second such incident of casualties from drones' strikes on schools in western Khan Yunis, following the killing of a girl on 14 December.

- According to UNRWA as of 18 December, 55 of its installations have been directly hit, and 62 others sustained collateral damage, resulting in the killing of at least 299 IDPs who were sheltering in UNRWA shelters and the injury of at least 1,037 IDPs since the beginning of hostilities.

## Displacement (Gaza Strip)

- Areas encompassing about 30 per cent of the Gaza Strip (excluding the orders to evacuate the areas north of Wadi Gaza) have been marked for evacuation on the Israeli military's online map. Access to this information is impaired by recurrent interruptions in telecommunications and the lack of electricity.

- Inflow of IDPs to Rafah governorate continued on 20 December. As shelters in Rafah city have exceeded their capacity significantly, most newly arriving IDPs have settled in the streets and in empty spaces across the city. Rafah governorate has become the most densely populated area in the Gaza Strip, with hundreds of thousands of IDPs squeezed into extremely overcrowded spaces and in dire living conditions. Population density is assessed to now exceed 12,000 people per square kilometre, a fourfold increase prior to the escalation. Thousands of people line up before aid distribution centres in need of food, water, shelter, and protection, amid the absence of latrines and adequate water and sanitation facilities in informal displacement sites and makeshift shelters. This situation is compounded by the cold winter and rain over the last week, which have flooded tents and other makeshift shelters.

- Obtaining an accurate figure of the total number of IDPs remains challenging. According to UNRWA, almost 1.9 million people in Gaza, or nearly 85 per cent of the population, are estimated to be internally displaced, including people who have been displaced multiple times.

- Nearly 1.4 million of these IDPs are registered in 155 UNRWA facilities across Gaza, including more than 1.2 million in 98 UNRWA shelters in the Middle Area, Khan Younis and Rafah governorates. The average number of IDPs in UNRWA shelters located south of Wadi Gaza is about 12,400 people, more than four times its capacity.

- Lack of food, basic survival items, and poor hygiene, exacerbate the already dire living conditions, amplify protection and mental health issues, and increase the spread of disease. More than 360,000 cases of infectious diseases, including acute respiratory infections, meningitis, jaundice, impetigo, and chickenpox, have been recorded in UNRWA shelters.

## Electricity

- Since 11 October, the Gaza Strip has been under an electricity blackout, after the Israeli authorities cut off the electricity supply, and fuel reserves for Gaza's sole power plant were depleted. For more information on electricity supply to the Gaza Strip, please see this [dashboard](#).

## Health care, including attacks (Gaza Strip)

- On 18 December, WHO, OCHA and UNDSS jointly visited Nasser Medical Complex in Khan Younis, where one person was killed, and four others injured in an incident on the same day. The team met with the health staff to discuss the incident and to observe the damage caused by the shelling.

- On 20 December, a WHO-led mission delivered medical supplies to Al Ahli and Shifa hospitals in Gaza city, together with OCHA and UNDSS. Encumbered by the ongoing hostilities, risk of unexploded ordnances, and other

impediments, this is only the third humanitarian convoy to reach areas north of Wadi Gaza since the end of the humanitarian pause on 1 December. Humanitarian needs in that area remain immense and widespread.

- On 20 December, As Sahaba Hospital was the only functional maternity hospital in the north reported that it is expected to run out of fuel imminently. The hospital is located in an area where the delivery of fuel is very difficult due to insecurity. On the same day, at about 07:00, Al Aqsa Hospital was struck in Deir Al Balah, Middle Area, with no reported casualties.

- On 20 December, according to Palestine Red Crescent Society (PRCS), Israeli forces besieged its ambulance centre in Jabalya, north of Gaza. Some 127 people, including 22 injured patients being treated by staff, are inside the building. Contact was lost with the operations room and PRCS team in Gaza, due to the telecommunications blackout.

- According to WHO, as of 19 December, nine out of Gaza's 36 hospitals are partially functional, all located in the south. These hospitals are operating at three times their capacity, while facing critical shortages of basic supplies and fuel. According to the MoH in Gaza, occupancy rates are now reaching 206 per cent in inpatient departments and 250 per cent in intensive care units.

## Water, Sanitation and Hygiene

- On 20 December, UNICEF stated that children in Gaza are not able to access 90 per cent of their normal water use. The impact on children is severe, as they are more susceptible to dehydration, diarrhoea, disease, and malnutrition. Concerns of waterborne diseases such as cholera and chronic diarrhoea are particularly heightened given the lack of safe water, especially following the seasonal rains and flooding. Officials have recorded almost 20 times the monthly average of reported cases of diarrhoea among children under the age of 5, 160,000 cases of acute respiratory infection, and increases in other infectious conditions and illnesses, such as scabies, lice, chicken pox, and skin rashes.

- On 20 December, the Director General of WHO echoed a concern for the rises in infectious disease stating that, "Gaza is already experiencing soaring rates of infectious disease outbreaks. Diarrhoea cases among children aged under 5 are 25 times what they were before the conflict. Such illnesses can be lethal for malnourished children, more so in the absence of functioning health services."

## Food security

- On 19 December, according to WFP's Regional Director for the Middle East and North Africa, half of Gaza's population is starving in a situation of extreme or severe hunger, and 90 per cent of the population regularly go without food for a whole day. Only ten per cent of the food currently required for 2.2 million people has entered Gaza in the last 70 days. On 17 December, media reported people jumping onto aid trucks, attempting to secure food and other supplies.

## Hostilities and casualties (Israel)

- Over 1,200 Israelis and foreign nationals have been killed in Israel, including 36 children, according to the Israeli authorities, the vast majority on 7 October.

- During the humanitarian pause (24-30 November), 86 Israeli and 24 foreign national hostages were released. The Israeli authorities estimate that about 129 Israelis and foreign nationals remain captive in Gaza.

## Violence and casualties (West Bank)

- Since 7 October, 291 Palestinians, including 75 children, have been killed in the West Bank, including East Jerusalem. Additionally, two Palestinians from the West Bank were killed while carrying out an attack in Israel on 30 November. Of those killed in the West Bank, 281 were killed by Israeli forces, eight by Israeli settlers and another two either by forces or settlers. This toll represents more than half of all Palestinians killed in the West Bank this year. With a total of 491 Palestinians killed in the West Bank, 2023 is the deadliest year for Palestinians in the West Bank since OCHA began recording casualties in 2005.

- Since 7 October, four Israelis, including three members of the Israeli forces, have been killed in attacks by Palestinians in the West Bank, including East Jerusalem. Another four Israelis were killed in an attack by Palestinians from the West Bank in West Jerusalem (one of the four was killed by Israeli forces who misidentified him).

- Seventy-one per cent of the Palestinian fatalities in the West Bank since 7 October have occurred during search-and-arrest and other operations carried out by Israeli forces, including some – mainly in Jenin and Tulkarm governorates – involving exchanges of fire with Palestinians. Half of the fatalities were reported in operations that did not involve armed clashes.

- Since 7 October, Israeli forces have injured 3,665 Palestinians, including at least 562* children; 51 per cent in the context of search-and-arrest and other operations and 41 per cent of them in the context of demonstrations and. Another 88 Palestinians have been injured by settlers and 18 other Palestinians injured either by Israeli forces or settlers. Some 33 per cent of those injuries have been caused by live ammunition, compared with 9 per cent in the first nine months of 2023.

## Settler Violence

- On 19 and 20 December, two settler attacks resulting in damage to Palestinian-owned property were reported. In two of the incidents, Israeli settlers bulldozed privately owned Palestinian lands in Ramin (Tulkarm) and Umm Safa (Ramallah), vandalizing at least 70 olive trees and demolishing an agricultural room.

- Since 7 October, OCHA has recorded 353 Israeli settler attacks against Palestinians, resulting in Palestinian casualties (35 incidents), damage to Palestinian-owned property (27 incidents), or both casualties and damage to property (46 incidents).

- The weekly average of incidents since 7 October stands at 33, compared with 21 incidents per week between 1 January and 6 October 2023. The number of incidents since 7 October has declined from 80 incidents in the first week (7-14 October) to 21 incidents between 9 and 14 December. One-third of these incidents included firearms, including shootings and threats of shootings. In nearly half of all recorded incidents, Israeli forces were either accompanying or reportedly seen as supporting the attackers.

## Displacement (West Bank)

- Since 7 October, at least 198 Palestinian households comprising 1,208 people, including 586 children, have been displaced amid settler violence and access restrictions. The displaced households are from at least 15 herding/Bedouin communities. More than half of the displacements occurred on 12, 15, and 28 October, affecting seven communities.

- Also, since 7 October, 378 Palestinians, including 198 children, have been displaced following the demolition of their homes in Area C and East Jerusalem, due to lack of Israeli-issued building permits in Area C of the West Bank and East Jerusalem, which are almost impossible to obtain. The monthly average of displacement between 7 October

12/22/23, 9:28 AM
Case 4:23-cv-05829-JSW Document 44-9 Filed 12/22/23 Page 17 of 271
Hostilities in the Gaza Strip and Israel | Flash Update #44 | United Nations Office for the Coordination of Humanitarian Affairs - occupied Palestinian territory

and 7 December represents 27 per cent increase compared with the monthly average of displacement in the first nine months of the year.

- On 19 December, in Area B of Aqraba (Nablus), Israeli forces demolished, on punitive grounds, a three-storey residential building belonging to family whose member was accused of killing two Israelis in Huwwara in August 2023. As a result, one household comprising nine people, including two children, were displaced.

- Bringing the total number of people displaced following the demolition of 19 homes on punitive grounds since 7 October to 95 Palestinians, including 42 children. This is compared with 16 homes punitively demolished in the first nine months of the year, resulting in the displacement of 78 Palestinians. The Human Rights Committee, in its review of the fourth periodic report of Israel, in 2014, concluded that punitive demolitions are a form of collective punishment and as such are illegal under international law.

- Another 451 Palestinians, including 207 children, have been displaced since 7 October following the destruction of 69 residential structures during other operations carried out by Israeli forces across the West Bank; 55 per cent of the displacement was reported in Jenin Refugee Camp, and 39 per cent in Nur Shams and Tulkarm Refugee Camps (both in Tulkarm).

## Funding

- As of 20 December, Member States have disbursed US$609.5 million against the updated Flash Appeal launched by the UN and its partners to implement its response plan in support of 2.2 million people in the Gaza Strip and 500,000 in the West Bank. This constitutes nearly 50 per cent of the $1.2 billion requested. Private donations are collected through the Humanitarian Fund.

# HUMANITARIAN NEEDS AND RESPONSES: 11-17 December

## Health

UNRWA carried out the following health activities across Gaza between 7 and 9 December:

- Eight out of 22 UNRWA health centres are still operational in the middle and southern areas of Gaza. On 13 December, 8,265 refugees and non-refugees received health services.

- Midwives are providing care for post-natal and high-risk pregnant women at the eight operational health centres. There are an estimated 50,000 pregnant women in Gaza, with more than 180 giving birth every day. A total of 124 post-natal and high-risk pregnancy cases were attended to at health centres.

- UNRWA continued providing health care to IDPs at shelters through 97 medical teams. Each team is composed of one or two doctors and a nurse. Some 591 health workers in health centres and shelters provided support to 12,305 patients.

## Protection

- The situation in Gaza has deteriorated to the extent whereby protection actors are largely unable to operate, due to communication outages, safety and security risks and the lack of access to northern Gaza, and severe constraints on the activities of service providers and frontline actors.

- There are major and mounting protection concerns for vulnerable groups, including children separated from their families, pregnant and lactating women (PLWs), newborns, persons with disabilities (PwDs), and the elderly.

- The following activities were undertaken during past week included:



- ○ The Palestine Medical Relief Society distributed 1,616 dignity kits to PwDs and vulnerable women/girls in UNRWA shelters in Khan Younis

- ○ The Treatment and Rehabilitation Centre for Victims of Torture provided 25 people with remote psychological first aid support.

## Food security

- Between 7 October to 10 December, UNRWA distributed flour to about 160,000 people north of Gaza. In the south, flour distribution reached about 1,153,020 people, including 75,000 families outside shelters.

- Since the beginning of December, WFP distributed high energy biscuits (HEB) to about 600,000 internally displaced people (IDPs) in designated shelters. WFP has also distributed food parcels or wheat flour to about 110,000 IDPs during the past two week.

- Some 11,385 IDPs residing in host communities received food parcels to support their food needs for 15 days.

- Throughout the reporting week, only two partners—UAWC and Taawon—managed to implement operations in the northern area of Gaza; they distributed food parcels to approximately 46,250 IDPs in public shelters.

- In the southern area, 11 partners have provided ready-to-eat (RTE) food, food parcels, flour, and hot meals to about 2.5 million people over the past week.

- World Central Kitchen (WCK), in partnership with ANERA and MECA, provided hot meals and RTE to a variety of family sizes. WCK plans to provide community kitchen kits, wood pellets or charcoal, and food products for 28,000 meals.

- The Food Security Cluster (FSS) has set a primary objective to meet the daily food needs of 2.2 million people, for a weekly cumulative target of 15.4 million people. In the current reporting week, FSS partners achieved a coverage of only 18 per cent of the cumulative weekly target.

## Nutrition

Nutrition partners provided the following essential nutrition preventive and curative supplies during the reporting period to prevent malnutrition among children and mothers:

- UNICEF delivered Ready to Use Therapeutic Food (RUTF) quantities to its partners, Juzour and UNRWA, to launch the implementation of the simplified approached for the management of wasting, for children under five with severe acute malnutrition (SAM) and moderate acute malnutrition (MAM).

- UNICEF managed to deliver Lipid-based supplements (SQ-LNS) covering the need of 61,600 children (6-24 months) inside shelters for one month; micronutrient supplements for 1,660 pregnant and breastfeeding women; and Vitamin A supplements for 3,370 infants (6-11 months).

- UNRWA distributed HEBs to 320,000 people and 27,184 date bars to people in shelters, as an immediate urgent food response in emergency.

## Water, Sanitation and Hygiene (WASH)

- A total of 20 WASH partners are currently active and operating across the Gaza Strip. Several organizations are trying to reactivate their operations in Rafah (15), Khan Younis (15), Gaza City (10), and northern Gaza (7).

- The constraints on the import of dual-use items inhibits an adequate WASH response. A consignment of piping and generators were not allowed into Gaza during the humanitarian pause. During the pause, few WASH supplies entered Gaza, despite the use of the prioritization list for entry. No new storage tanks, jerry cans, or cleaning kits entered through Rafah crossing. No latrines were built.

- Water quality and access standards remain unachieved. Access is a key challenge. Water networks are fractured, production points are reduced, power for pumping and distribution is restricted, and storage and outlets are minimized. Many communities are isolated across Gaza, particularly north of Wadi Gaza.

- The CMWU and WASH agencies have produced on average 41,068 cubic metres of water, and have distributed around 80,000 litres of fuel, approximately 11,430 litres daily.

## Shelter and Non-Food Items (NFI)

- During the reporting period, despite some progress in delivering and distributing basic NFIs, including bedding, there remains significant shortages of shelter winterization materials, including tents, tarpaulins, and plastic sheeting.

- IDPs are increasingly seeking shelter in large ad hoc sites.

- Shelter Cluster partners distributed the following items inside and outside collective centres in the southern governorates:
  - 2,300 kitchen kits
  - 56,800 blankets and 27,450 mattresses
  - 2,000 mats
  - 7,300 tarpaulin sheets

## Logistics

- The Logistics Cluster, together with HELP Logistics and JSI, coordinated an assessment of the Gaza public health capacity for warehousing and logistics between November-December 2023, available here.

- The Cluster has handed over and installed a total of 14 Mobile Storage Units (MSUs) that have augmented the offloading capacity in the Rafah handover point and the storage capacity of four UN Agencies and International NGOs.

- In Al Arish, Egypt, the Logistics Cluster augmented the ERC storage capacity with the installation of 10 MSUs with a dedicated set-up for the temperature-controlled cargo through four inflatable cold rooms, in addition to eight prefabs and four ablution units.

- Prevention of Sexual Exploitation and Abuse

- To enhance communication with communities, the PSEA network adopted a new visual identity named 'Sanad,' which regularly disseminates safeguarding messages through various mediums, including printed brochures, stickers, and radio spots tailored to the emergency context.

- Given communication challenges in Gaza and limited internet access, the network predominantly relies on printed brochures and stickers to reach the population. UNICEF sent 500,000 Sanad brochures to Gaza for distribution, alongside hygiene kits.

12/22/23, 9:28 AM
Case 4:23-cv-05829-JSW Document 44-9 Filed 12/22/23 Page 20 of 271
Hostilities in the Gaza Strip and Israel | Flash Update #44 | occupied Palestinian territory

- Sanad initiated social media channels to convey safeguarding messages. In the initial two weeks, messages on these platforms reached about 150,000 users, with over 90 per cent from the West Bank. There are further plans to increase the reach of these channels to a broader audience in the weeks ahead.

Protection against sexual abuse and exploitation (PSEA) remains a cross-cutting priority for all clusters. The SAWA helpline, reachable at 121 and through WhatsApp at +972 59-4040121 (East Jerusalem at 1-800-500-121), operates 24/7. This toll-free number is widely disseminated across all areas of intervention to report cases of SEA and to facilitate emergency counselling and referrals for affected communities to access life-saving services. The PSEA Network monitors calls daily and will increase the number of counsellors if necessary.



\* Asterisks indicate that a figure, sentence, or section has been rectified, added, or retracted after the initial publication of this update.

# EXHIBIT A-3



**UNRWA Situation Report #54 on the situation in the Gaza Strip and the West Bank, including East Jerusalem**

**Information is valid as of 17–18 December 2023 at 22:30 (local time)**

**Day 72–73 of Hostilities**

**Published 19 December 2023**



IDPs at an UNRWA school turned shelter, southern Gaza Strip, on 17 December 2023. © 2023 UNRWA Photo by Mohammed Hinnawi

## 1.  Key points

**The Gaza Strip**

▪ As of 18 December, the total number of UNRWA colleagues killed since the beginning of hostilities is 136.

▪ Since 7 October, **up to 1.9 million people** (or over 85 per cent of the population) have been displaced across the Gaza Strip, some multiple times. Families are forced to move repeatedly in search of safety.

▪ As of 13 December, **nearly 1.4 million internally displaced persons (IDPs)** were sheltering in **155 UNRWA facilities** across all five governorates of the Gaza Strip, including in the north and in Gaza City. UNRWA shelter information is updated daily to the extent possible; the information for north Gaza and Gaza City was last updated on 12 October due to access constraints and security situation.

▪ **More than 1.2 million IDPs are sheltering in 98 UNRWA facilities in the Middle, Khan Younis and Rafah areas**.

## The West Bank, including East Jerusalem

- On December 18, Israeli Security Forces (ISF) conducted a search and arrest operation in Far'a refugee camp, northern West Bank. Four Palestine Refugees, including two minors, were killed and three Palestinians were injured with live ammunition.

- On December 17, ISF search and arrest operation continued in Nur Shams refugee camp, northern West Bank until the early morning. ISF reportedly used bulldozers to damage the infrastructure of the camp. UNRWA operations in the camp were suspended.

- On December 17, ISF search and arrest operations in Tulkarm city and Tulkarm refugee camp northern West Bank continued until the early morning.  Three Palestinians, including two women, were detained. UNRWA operations in the camp were suspended.

## 2. Overall situation

### The Gaza Strip

- Between 7 October and the afternoon of **18 December** the Ministry of Health in Gaza has reported that **19,453 Palestinians** have been killed in the Gaza Strip, about 70 per cent of them are reported to be women and children, and over **52,286** have reportedly been injured.

### The West Bank, including East Jerusalem

- According to OCHA, since 7 October 291 Palestinians, including 75 children, have been killed in the West Bank, including East Jerusalem.  Of the dead, 281 Palestinians have been killed by ISF eight have been killed by Israeli settlers and a further two killed either by ISF or settlers.

- This year (2023) has been the deadliest year for Palestinians in the West Bank since the UN began recording casualties in 2005.

## 3. Humanitarian access & protection of civilians

### The Gaza Strip

- UNRWA is working to verify the details of incidents reportedly affecting UNRWA premises between December 16–18. Further information will be provided once it becomes available.

- Different incidents have been reported impacting UNRWA installations and IDPs sheltering there. While verification of details and casualty figures are ongoing, initial reports indicate the following:
  - On 16 December **a child** sheltering in the Khan Younis Training Centre (KYTC) was injured as result of a stray bullet that directly impacted the shelter; additionally, a stray bullet directly hit the generator of the shelter's warehouse, and shrapnel fell in the same warehouse.
  - On 17 December, **a school** in Gaza city sheltering around **2,500 IDPs** sustained damage when it reportedly directly struck by a shell; **one IDP** sheltering in KYTC was reportedly injured as result of shrapnel falling; three **children** sheltering in a school at

Khan Younis were injured as a result of a wall  directly struck; **two IDPs** sheltering in a school in  Khan Younis were killed and several others were injured as result of nearby strikes.

- **183** incidents impacting UNRWA facilities and people inside them have been reported since the beginning of hostilities (some with multiple incidents impacting the same location) **55** different UNRWA installations were directly hit, and **62** different installations sustained collateral damage.

UNRWA estimates that in total at least **299** IDPs sheltering in UNRWA shelters have been killed and at least another **1,037** were injured since the start of the war. UNRWA continues to verify casualty figures due to incidents that impacted its installations.

## 4. UNRWA response

### The Gaza Strip

### UNRWA Shelters

- In total, **nearly 1.4 million displaced people are now sheltering in 155 UNRWA installations**.

- The average number of IDPs in UNRWA shelters located in middle and southern areas is **12,387, more than four times their capacity.**

### Health

*Eight out of 22 health centres are operational, however due to internet outages and what has been the fifth cut in telecommunciations since the war began, we are not able to present the full results across the eight health centres.  For December 17 cover only six of these health centres.*

- Eight (out of 22) UNRWA health centres are still operational in the Middle and Southern areas, recording **8,656 patients visits between December 16-17** including Palestine Refugees and non-refugees.
- Midwives are providing care for post-natal and high-risk pregnant women at the eight operational health centres. There are an estimated 50,000 pregnant women in Gaza, with more than 180 giving birth every day. **A total of 206 post-natal and high-risk pregnancy cases were attended to at health centres.**
- **UNRWA continued to provide health care to IDPs at shelters through 97 medical teams.** Each team is composed of one - two doctors and a nurse.  **480 health workers in health centres and shelters provided support to 19,009 patients.**

### Psychosocial support (PSS)

*Due to internet outages we are unable to provide any updates beyond 12 December.*

- **UNRWA teams, including 284 social workers in the shelters, continue to provide psychosocial first aid and other specialized protection services to IDPs. Due to internet outages we are unable to provide updated figures. From October 7–12 December 101,211 IDPs were reached.**

## Food security

- UNRWA continued to **distribute flour** outside of shelters in southern governorates. **A total of 112,733 families have been reached so far.**

### Water and Sanitation Services (WASH)

- **Between 17 - 18 December, UNRWA operated six water wells pumping about 10,000 cubic metres of water to provide potable and domestic water.**
- Between 17 – 18 December solid waste management has continued in Rafah and Khan Younis, where approximately 130 loadings were transferred to temporary dumping sites. There remains a clear shortage of sanitation trucks.
- Shelters in Rafah and the Middle area continued to receive potable water through tankers from the Coastal Municipalities Water Utility.

### Quote from Amera Salem, 5-year-old from Gaza

"I dream of going back to my home and twirling around in my favorite dress."

**ENDs -**



## FOR MORE INFORMATION, PLEASE CONTACT:

**Laurane March**

**Global Media Requests**
**Mobile: + +962-7-9130-0567 (WhatsApp**
**preferred)**
**On Twitter: @UNRWA**
**Email: l.march@unrwa.org**

**Estefania Diaz**
**[English / French / Spanish language]**
**European Media Requests**
**Mobile: +32-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**
**On Twitter: @UNRWA**
**Email: e.diaz@unrwa.org**

**Lily Esposito**
**[English / French language]**
**European Media Requests**
**Mobile: +972-54-240-2680 (what's app)**
**On Twitter: @UNRWA**
**Email: l.esposito@unrwa.org**

**Asako Nitta**
**[Japanese language]**
**Japanese Media Requests**
**Mobile: +972-54-240-2727 (what's app)**
**On Twitter: @UNRWA**
**Email: a.nitta@unrwa.org**

# EXHIBIT A-4

# 'Erase Gaza': War Unleashes Incendiary Rhetoric in Israel

Experts say that inflammatory statements by prominent Israelis are normalizing ideas like the killing of civilians and mass deportations.



**By Mark Landler**
Reporting from Jerusalem

Nov. 15, 2023

> **Sign up for the Israel-Hamas War Briefing.** The latest news about the conflict. Get it sent to your inbox.

Shock, grief and pain have cascaded across Israel since Hamas gunmen poured out of Gaza to kill an estimated 1,200 Israeli civilians and soldiers on Oct. 7. So have anger and a thirst for vengeance, which the country's leaders are verbalizing in language that critics in Israel say often crosses the line into incitement.

"We are fighting human animals, and we are acting accordingly," said Yoav Gallant, the defense minister, two days after the attacks, as he described how the Israeli military planned to eradicate Hamas in Gaza.

"We're fighting Nazis," declared Naftali Bennett, a former prime minister.

"You must remember what Amalek has done to you, says our Holy Bible — we do remember," said Prime Minister Benjamin Netanyahu, referring to the ancient enemy of the Israelites, in scripture interpreted by scholars as a call to exterminate their "men and women, children and infants."

Inflammatory language has also been used by journalists, retired generals, celebrities, and social media influencers, according to experts who track the statements. Calls for Gaza to be "flattened," "erased" or "destroyed" had been mentioned about 18,000 times

since Oct. 7 in Hebrew posts on X, the site formerly known as Twitter, said FakeReporter, an Israeli group that monitors disinformation and hate speech. The phrases were only mentioned 16 times in the month and a half before the war.

The cumulative effect, experts say, has been to normalize public discussion of ideas that would have been considered off limits before Oct. 7: talk of "erasing" the people of Gaza, ethnic cleansing, and the nuclear annihilation of the territory.

Incendiary statements are not limited to Israel, of course. Ghazi Hamad, a senior leader of Hamas, vowed on Oct. 24 that the group would wipe out Israel as a country, and appeared to exult in the barbaric acts that his militants had carried out against Israeli civilians. "We are not ashamed to say it with full force," he said. "We have to teach Israel a lesson, and we will do it again and again."

But the proliferation of such language by Israelis has opened a debate in Israel, where far-right and ultranationalist politicians were testing the boundaries of acceptable speech even before Oct. 7. Itamar Ben-Gvir, a right-wing settler who went from fringe figure to minister of national security in Mr. Netanyahu's cabinet, has a long history of making incendiary remarks about Palestinians. He said in a recent TV interview that anyone who supports Hamas should be "eliminated."

Concerns about the spread of extremist rhetoric are an extension of a political battle within Israel that has been raging all year between Mr. Netanyahu's ultraright government and a civic opposition, some of whom now worry that it will inure Israelis to the civilian toll in Gaza as the war goes on.

The idea of a nuclear strike on Gaza was raised last week by another right-wing minister, Amichay Eliyahu, who told a Hebrew radio station that there was no such thing as noncombatants in Gaza. Mr. Netanyahu suspended Mr. Eliyahu, saying that his comments were "disconnected from reality."

Mr. Netanyahu says that the Israeli military is trying to prevent harm to civilians. But with the death toll rising to more than 11,000, according to the Gaza health ministry, those claims are being met with skepticism, even in the United States, which has pressed Israel to allow daily four-hour humanitarian pauses in the combat.

Case 4:23-cv-05829-JSW Document 44-9 Filed 12/22/23 Page 30 of 271

Such reassurances are also belied by the language Mr. Netanyahu uses with audiences in Israel. His reference to Amalek came in a speech delivered in Hebrew on Oct. 28 as Israel was launching the ground invasion. While some Jewish scholars argue that the scripture's message is metaphoric not literal, his words resonated widely, as video of his speech was shared on social media, often by critics.

"These are not just one-off statements, made in the heat of the moment," said Michael Sfard, an Israeli human rights lawyer and author of "The Wall and the Gate: Israel, Palestine and the Legal Battle for Human Rights."

"When ministers make statements like that," Mr. Sfard added, "it opens the door for everyone else."

Yehuda Shaul, co-director of Ofek, a think tank in Jerusalem, has collected 286 statements since Oct. 7 that he classifies as having the potential to incite unlawful behavior. His list includes Eyal Golan, an Israeli pop singer; Sara Netanyahu, the wife of Mr. Netanyahu; and Yinon Magal, a host on Israel's right-wing Channel 14.

"Erase Gaza. Don't leave a single person there," Mr. Golan said in an interview with Channel 14 on Oct. 15.

"I don't call them human animals because that would be insulting to animals," Ms. Netanyahu said during a radio interview on Oct. 10, referring to Hamas.

"It's time for Nakba 2," Mr. Magal wrote on X on Oct. 7, a reference to the mass displacement and flight of Palestinians before and after Israel's creation in 1948, which Palestinians refer to as the "nakba," or "catastrophe."

In the West Bank last week, several academics and officials cited Mr. Eliyahu's remark about dropping an atomic bomb on Gaza as evidence of Israel's intention to clear the enclave of all Palestinians — a campaign they call a latter-day nakba.

On Saturday, the Israeli agriculture minister, Avi Dichter, said that the military campaign in Gaza was explicitly designed to force the mass displacement of Palestinians. "We are now rolling out the Gaza nakba," he said in a television interview. "Gaza nakba 2023."

The rise in incendiary statements comes against a backdrop of rising violence in the West Bank. Since Oct. 7, according to the United Nations, Israeli soldiers have killed 150 Palestinians, including 44 children, in clashes. Jewish settlers, some of whom are armed and informally allied with the military, have killed eight people, one of them a child, according to the United Nations.

Israeli officials point out that Hamas is also active in the West Bank and say that many of those clashes resulted from the military's efforts to root out militants. Three Israelis have been killed in attacks by Palestinians since Oct. 7.

Eran Halperin, a professor of psychology at Hebrew University in Jerusalem, argued that the use of inflammatory language by Israeli leaders is not surprising, and even understandable, given the brutality of the Hamas attacks, which inflicted collective and individual trauma on Israelis.

For the first time since the Yom Kippur War of 1973, he said, Israel's survival hangs in the balance. The country is facing the prospect of a multi-front conflict against Hezbollah and Hamas, as well as a potential uprising in the West Bank.

"People in this situation look for very, very clear answers," Professor Halperin said. "You don't have the mental luxury of complexity. You want to see a world of good guys and bad guys."

"Leaders understand that," he added, "and it leads them to use this kind of language, because this kind of language has an audience."

Casting the threat posed by Hamas in stark terms, Professor Halperin said, also helps the government ask people to make sacrifices for the war effort: the compulsory mobilization of 360,000 reservists, the evacuation of 126,000 people from border areas in the north and south, and the shock to the economy.

But Mr. Sfard warned that Israel's dehumanization of the people of Gaza could open the door to further discrimination and mistreatment of Palestinian citizens in Israel. It will also make Israelis more inured to the civilian death toll in Gaza, which has isolated Israel around the world, he added. A civilian death toll of 10,000 or 20,000, he said, could seem to "the average Israeli that it's not such a big deal."

In the long run, Mr. Sfard said, such language dooms the chance of ending the conflict with the Palestinians, erodes Israel's democracy and breeds a younger generation that is "easily using the language in their discussion with their friends."

"Once a certain rhetoric becomes legitimized, turning the wheel back requires a lot of education," he said. "There is an old Jewish proverb: 'A hundred wise men will struggle a long time to take out a stone that one stupid person dropped into the well.'"

Adam Sella contributed reporting.

**Mark Landler** is the London bureau chief. In three decades at The Times, he has been bureau chief in Hong Kong and Frankfurt, White House correspondent, diplomatic correspondent, European economic correspondent, and a business reporter in New York. More about Mark Landler

A version of this article appears in print on , Section A, Page 7 of the New York edition with the headline: 'Erase Gaza': Conflict Unleashes Inflammatory Rhetoric From Israeli Leaders

# EXHIBIT A-5

Case 4:23-cv-05829-JSW Document 44-9 Filed 12/22/23 Page 34 of 271



🏠 Welcome to the United Nations

Resource    English

 



**Latest** / **Media Center**

PRESS RELEASES | SPECIAL PROCEDURES

# Gaza: UN experts call on international community to prevent genocide against the Palestinian people

**16 November 2023**

**Share**

GENEVA (16 November 2023) – Grave violations committed by Israel against Palestinians in the aftermath of 7 October, particularly in Gaza, point to a genocide in the making, UN experts said today. They illustrated evidence of increasing genocidal incitement, overt intent to "destroy the Palestinian people under occupation", loud calls for a 'second Nakba' in Gaza and the rest of the occupied Palestinian territory, and the use of powerful weaponry with inherently indiscriminate impacts, resulting in a colossal death toll and destruction of life-sustaining infrastructure.

"Many of us already raised the alarm about the risk of genocide in Gaza," the experts said. "We are deeply disturbed by the failure of governments to heed our call and to achieve an immediate ceasefire. We are also profoundly concerned about the support of certain governments for Israel's strategy of warfare against the besieged population of Gaza, and the failure of the international system to mobilise to prevent genocide," they said.

The bombardment and siege of Gaza have reportedly killed over 11,000 people, injured more than 27,000 and displaced 1.6 million persons since 7 October 2023, while thousands are still under the rubble. Of those killed, about 41 per cent are children and 25 percent are women. On average, one child is killed and two are injured every 10 minutes during the war, turning Gaza into a "graveyard for children," according to the UN Secretary-General. Almost 200 medics, 102 UN staff, 41 journalists, frontline and human rights defenders, have also been killed, while dozens of families over five generations have been wiped out.

"This occurs amidst Israel's tightening of its 16-year unlawful blockade of Gaza, which has prevented people from escaping and left them without food, water, medicine and fuel for weeks now, despite international appeals to provide access for critical humanitarian aid. As we previously said, intentional starvation amounts to a war crime," the experts said.

They noted that half of the civilian infrastructure in Gaza has been destroyed, including more than 40,000 housing units, as well as hospitals, schools, mosques, bakeries, water pipes, sewage and electricity networks,

in a way that threatens to make the continuation of Palestinian life in Gaza impossible.

"The reality in Gaza, with its unbearable pain and trauma on the survivors, is a catastrophe of enormous proportions," the experts said.

"Such egregious violations cannot be justified in the name of self-defense after attacks by Hamas on 7 October, which we have condemned in the strongest possible terms," the experts said. "Israel remains the occupying power in the occupied Palestinian territory, which also includes the Gaza Strip, and therefore cannot wage a war against the population under its belligerent occupation," they said.

"In order to be legitimate, Israel's response must be strictly within the framework of international humanitarian law," the UN experts said. "The presence of underground tunnels in parts of Gaza does not eliminate the civilian status of individuals and infrastructure that cannot be directly targeted nor suffer disproportionately," they said.

The experts also raised the alarm about the escalation of violence against Palestinians in the occupied West Bank, by soldiers and armed settlers. Since 7 October 2023, at least 190 Palestinians have been killed, more than 2,700 injured, and over 1,100 individuals displaced in the occupied West Bank. On 9 November, Israeli forces also bombed, for the second time, the Jenin refugee camp with heavy artillery and airstrikes, killing at least 14 Palestinians. The increasingly coercive environment has also led to forcible displacement of several communities of pastoralists and Bedouin People in the Jordan Valley and south of the Hebron Hills.

"We are deeply distressed at the failure of Israel to agree to – and the unwillingness of the international community to press more decisively for – an immediate ceasefire. The failure to urgently implement a ceasefire risks this situation spiralling towards a genocide conducted with 21st century means and methods of warfare," the experts warned.

They also expressed alarm over discernibly genocidal and dehumanising rhetoric coming from senior Israeli government officials, as well as some

professional groups and public figures, calling for the "total destruction", and "erasure" of Gaza, the need to "finish them all" and force Palestinians from the West Bank and east Jerusalem into Jordan. The experts warned that Israel has demonstrated it has the military capacity to implement such criminal intentions.

"That is why our early warning must not be ignored," the experts said.

"The international community has an obligation to prevent atrocity crimes, including genocide, and should immediately consider all diplomatic, political and economic measures to that end," the experts said. They urged immediate action by UN Member States and the UN system as a whole.

In the short-term, the experts reiterated their call to Israel and Hamas to implement an immediate ceasefire, and:

1. Allow unimpeded delivery of desperately needed humanitarian aid to the people in Gaza;

2. Ensure the unconditional, safe and secure release of the hostages taken by Hamas;

3. Ensure that Palestinians arbitrarily detained by Israel are released immediately;

4. Open humanitarian corridors toward the West Bank, east Jerusalem and Israel, especially for those that have been most affected by this war, the sick, persons with disabilities, older persons, pregnant women and children;

They also recommended:

5. The deployment of an international protective presence in the occupied Palestinian territory under the supervision of the UN;

6. Collaboration of all parties with the Commission of Inquiry on the Occupied Palestinian Territory, including East Jerusalem, and Israel,

and the Prosecutor of the International Criminal Court on the investigation opened in March 2021, as well as crimes arising from the recent events, underlining that the crimes committed today are partly due to a lack of deterrence and continued impunity;

7. Implement an arms embargo on all warring parties;

8. Address the underlying causes of the conflict by ending the Israeli occupation of the Palestinian territory.

"The international community, including not only States but also non-State actors such as businesses, must do everything it can to immediately end the risk of genocide against the Palestinian people, and ultimately end Israeli apartheid and occupation of the Palestinian territory," the experts said.

"We remind Member States that what is at stake is not only the fate of Israelis and Palestinians, but a serious conflagration of the conflict in the region, leading to more human rights violations and suffering of innocent civilians," they said.

ENDS

*The experts: Francesca Albanese, *Special Rapporteur on the situation of human rights in the Palestinian Territory occupied since 1967*; Margaret Satterthwaite, *Special Rapporteur on the Independence of Judges and Lawyers*; Dorothy Estrada Tanck* (Chair), *Claudia Flores, Ivana Krstić, Haina Lu, and Laura Nyirinkindi, *Working group on discrimination against women and girls*; Surya Deva, *Special Rapporteur on the right to development*; Ravindran Daniel* (Chair-Rapporteur), *Sorcha MacLeod, Chris Kwaja, Jovana Jezdimirovic Ranito, Carlos Salazar Couto, *Working Group on the use of mercenaries*; Barbara G. Reynolds* (Chair), *Bina D'Costa, Dominique Day, Catherine Namakula, *Working Group of Experts on People of African Descent*; Pedro Arrojo-Agudo, *Special Rapporteur on the human rights to safe drinking water and sanitation*; Olivier De Schutter, *Special Rapporteur on extreme poverty and human rights*; Farida Shaheed, *Special Rapporteur on the right to*

*education*; **Damilola Olawuyi** *(Chairperson)*, **Robert McCorquodale** *(Vice-Chairperson)*, **Elżbieta Karska**, **Fernanda Hopenhaym**, *and* **Pichamon Yeophantong**, *Working Group on the issue of human rights and transnational corporations and other business enterprises*; **Siobhán Mullally**, *Special Rapporteur on trafficking in persons, especially women and children*; **Livingstone Sewanyana**, *Independent Expert on the promotion of a democratic and equitable international order*; **Balakrishnan Rajagopal**, *Special Rapporteur on the right to adequate housing*; **Ashwini K.P.** *Special Rapporteur on contemporary forms of racism, racial discrimination, xenophobia and related intolerance*; **Paula Gaviria Betancur**, *Special Rapporteur on the human rights of internally displaced persons*; **Mary Lawlor**, *Special Rapporteur on the situation of human rights defenders*; **Claudia Mahler**, *Independent Expert on the enjoyment of all human rights by older persons*; **Ben Saul**, *Special Rapporteur on the promotion and protection of human rights and fundamental freedoms while countering terrorism*; **Irene Khan** *Special Rapporteur for Freedom of Opinion and Expression*; **Ms Reem Alsalem**, *Special Rapporteur on violence against women and girls, its causes and consequences*; **Tomoya Obokata**, *Special Rapporteur on contemporary forms of slavery, including its causes and consequences*; **Damilola Olawuyi** *(Chairperson)*, **Robert McCorquodale** *(Vice-Chairperson)*, **Elżbieta Karska**, **Fernanda Hopenhaym**, *and* **Pichamon Yeophantong**, *Working Group on the issue of human rights and transnational corporations and other business enterprises*.

*The Special Rapporteurs, Independent Experts and Working Groups are part of what is known as the* **Special Procedures** *of the Human Rights Council. Special Procedures, the largest body of independent experts in the UN human rights system, is the general name of the Council's independent fact-finding and monitoring mechanisms. Special Procedures mandate-holders are independent human rights experts appointed by the Human Rights Council to address either specific country situations or thematic issues in all parts of the world. Special Procedures experts work on a voluntary basis; they are not UN staff and do not receive a salary for their work. They are independent of any government or organisation and serve in their individual capacity.*

For additional information and **media requests**, please contact **hrc-sr-opt@un.org**.

For **media enquiries** regarding other UN independent experts, please contact Maya Derouaz (**maya.derouaz@un.org**) and Dharisha Indraguptha (**dharisha.indraguptha@un.org**)

Follow news related to the UN's independent human rights experts on Twitter: **@UN_SPExperts**
Concerned about the world we live in?
**Then stand up for someone's rights today.**
#Standup4humanrights and visit the website at
**http://www.standup4humanrights.org**

## Tags

Israel    Palestine    Independence of judges and lawyers    International order

Freedom of opinion and expression    Mercenaries    Terrorism

Racial discrimination    Extreme poverty    Education    Adequate housing

Right to development    Water and sanitation    Human trafficking    Slavery

Business    Human rights defenders    Internally displaced persons    Older persons

People of African descent    Women and children    Violence against women

## Related

PRESS RELEASES

**Occupied Gaza Strip: UN Committee calls for immediate ceasefire and urges end to hate speech amid fears of broader conflict**

PRESS RELEASES

# EXHIBIT A-6

# Hamas, Israel release more hostages, prisoners in fifth day of Gaza truce

reuters.com/world/middle-east/more-israeli-hostages-palestinians-expected-be-freed-with-extended-truce-2023-11-27

Nidal Al-Mughrabi, Mohammed Salem, James Mackenzie

0 seconds of 30 secondsVolume 0%

Summary

- LATEST DEVELOPMENTS:
- ICRC confirms Hamas has released 12 more hostages, including 10 Israelis and two foreign nationals
- Israeli military says all 12 are now on Israeli territory

GAZA/JERUSALEM, Nov 28 (Reuters) - Hamas freed 12 more hostages and Israel released 30 Palestinian prisoners on Tuesday, the fifth day of an extended six-day truce between the militant Palestinian group and Israel in the Gaza war.

The International Committee of the Red Cross (ICRC) said the 12 hostages had been transferred from Gaza, and Israel's military confirmed that the 10 Israeli citizens and two foreign nationals were with its special forces on Israeli territory.

Advertisement · Scroll to continue

The hostages were among some 240 people seized by Hamas gunmen during a rampage into southern Israel on Oct. 7 in which Israel says 1,200 people were killed. Israel's bombardment of Hamas-ruled Gaza in retaliation has killed more than 15,000 Gazans, health authorities there said.

Live video images broadcast by Al Jazeera television on Tuesday showed a bus with Palestinian prisoners leaving Israel's Ofer Prison in the occupied West Bank.

Advertisement · Scroll to continue

Israel said it freed 30 Palestinian detainees from Ofer and a detention centre in Jerusalem. Earlier it said they would be 15 women and 15 teenage males, according to the Palestinian Prisoner's Club, a semi-official organisation.

Al Jazeera said the Palestinians had arrived in the West Bank city of Ramallah and Jerusalem.

A spokesman for the foreign ministry of Qatar, which is mediating in the conflict, said the freed Israeli hostages included nine women and one minor.

1/5

Advertisement · Scroll to continue

Some of the hostages were handed over by the Al Quds Brigades, the armed wing of the Palestinian Islamic Jihad movement, it said on Telegram.

The truce has brought Gaza its first respite after seven weeks of fighting and bombardment that has reduced much of the Gaza Strip to rubble. It had been due to expire overnight into Tuesday but both sides agreed to extend the pause to allow for the release of more hostages held by Hamas and of Palestinian prisoners held by Israel.

Israel has said the truce could be prolonged further, provided Hamas continues to free at least 10 Israeli hostages per day. But with fewer women and children still in captivity, keeping the guns quiet beyond Wednesday may require negotiating to free at least some Israeli men for the first time.

The total number of hostages released by Hamas since the start of the truce last Friday now stands at 81, including 60 Israelis - all women and children - and 21 foreign nationals, many of them Thai farmworkers.

Israel had freed 150 prisoners before Tuesday's releases.

## FURTHER EXTENSION?

On Tuesday, Israeli forces and Hamas fighters largely held their fire and both sides expressed their hope for further extensions of the pause in fighting.



**[1/22]**People embrace after released Palestinian prisoners are released amid a hostages-prisoners swap deal between Hamas and Israel, in Ramallah in the Israeli-occupied West Bank, November 28. REUTERS/Ammar Awad <u>Acquire Licensing Rights</u> ⧉

<u>Qatar hosted</u> the spy chiefs from Israel's Mossad and the United States' CIA at a meeting to "build on the progress of the extended humanitarian pause agreement and to initiate further discussions about the next phase of a potential deal", a source briefed on the visits told Reuters.

Although conditions on the ground in Gaza remained largely peaceful, Israel's military said three explosive devices had been detonated on Tuesday afternoon near its troops in two different locations in the northern Gaza Strip, violating the truce terms.

In one location, gunmen opened fire on the soldiers who returned fire and a number of soldiers were lightly injured, it said.

Earlier, a single column of black smoke could be seen rising above the obliterated wasteland of the northern Gaza war zone from across the fence in Israel, but for a fifth day there was no sign of war planes in the sky or rumble of explosions.

Lieutenant-General Herzi Halevi, chief of Israel's armed forces, told a press briefing that the military remained on alert in Gaza and was prepared to continue fighting.

## BURYING THE DEAD

More than two-thirds of Gaza's 2.3 million people have lost their homes to Israeli bombardments, with thousands of families sleeping rough in makeshift shelters with only the belongings they could carry.

Many are using the truce to return to abandoned or underlined destroyed homes, like Abu Shamaleh, who was picking through the rubble of his flattened home in Khan Younis, looking for anything recoverable.

He said 37 family members had been killed and that there was no machinery to excavate the body of a cousin still buried in the ruins.

"The truce is the time to lift the rubble and search for all the missing people and bury them. We honour the dead by burying them. What use is the truce if the bodies remain under the rubble?" he said.

Among Israeli hostages yet to be freed was 10-month-old baby Kfir Bibas, along with his brother Ariel, 4, and their parents Yarden and Shiri, seized from a kibbutz by gunmen on Oct 7.

Yarden's sister told reporters relatives had learned the family would not be in the group to go free on Tuesday. Israeli officials said they believed the family was being held by a militant group other than Hamas.

"Kfir ... is a child who still doesn't even know how to say 'Mommy'," Jimmy Miller, a cousin, told Channel 12 TV. "We in the family are not managing to function ... The family hasn't slept for a long, long time already - 51 days."

When the war resumes, Israel has said it intends to press on with its assault from the northern half of Gaza into the south. U.S. officials said they have told their ally to be more careful protecting civilians as its forces press on.

Israel's siege has led to the collapse of Gaza's health care system, especially in the north where no hospitals remain functioning. The World Health Organization said more Gazans could soon be dying of disease than from bombing and many had no access to medicines, vaccines, safe water and hygiene and no food.

Reporting by Nidal al-Mughrabi in Cairo, Mohammed Salem and Roleen Tafakji in Gaza, Henriette Chacar and Dan Williams in Jerusalem, Ali Sawafta in Ramallah and Reuters bureaux Writing by Peter Graff, Gareth Jones and Cynthia Osterman Editing by Nick Macfie, Angus MacSwan and Grant McCool

Our Standards: The Thomson Reuters Trust Principles.



Acquire Licensing Rights ↗ , opens new tab

Nidal Al-Mughrabi

Thomson Reuters

A senior correspondent with nearly 25 years' experience covering the Palestinian-Israeli conflict including several wars and the signing of the first historic peace accord between the two sides.

# EXHIBIT A-7

# Israel and Hamas discuss a broader hostage deal, but a renewed assault still looms

nbcnews.com/news/world/israel-remains-focused-crushing-hamas-even-cease-fire-rcna126764

Alexander Smith, Keir Simmons

The gunfire, bombardment and cries of anguished relatives have for days now largely been replaced by the relief and joy of hostages reunited with loved ones and growing diplomatic murmurs of an extended cease-fire.

But while the U.S. and others push for a broader deal, government rhetoric and public opinion in Israel seem unequivocal: Sooner or later the intense military campaign in the Gaza Strip must and will resume.

A four-day pause in Israel's war against Hamas has been extended by two days. And CIA Director William Burns is in Qatar, which hosts Hamas leaders and has mediated negotiations, focusing on ways to extend the reprieve so more hostages can be released, according to a senior administration official.

Negotiations now include groups other than women and children, said a diplomat with knowledge of the talks, who said the proposal is for a pause longer than two or four days.

"Ideally we would not keep coming back to the table but instead agree a longer pause to get all the remaining hostages released," the diplomat told NBC News.

It is just one of the many pressures being visited on Israeli Prime Minister Benjamin Netanyahu: from the U.S., to moderate his military response; from the families of the hostages, to prolong the pause in fighting; and from members of his hard-right government, who disavow any letup at all, regardless of hostages, in the war against Hamas.

While the military campaign has paused in the past week to secure the release of dozens of hostages, Netanyahu and his officials have been clear that uprooting Hamas is still very much the plan.



A woman walks with a child through the mud during a pause in fighting near Gaza City on Monday.
Ibraheem Abu Mustafa / Reuters

In a speech Sunday, Netanyahu said that the pause would be "welcome" but that then "we will go to realizing our goals with full force: eliminating Hamas, ensuring that Gaza will not go back to being what it was."

Meanwhile, Lt. Gen. Herzi Halevi, the chief of staff of the Israel Defense Forces, said at a news briefing Tuesday that his troops were ready to resume fighting "today" if necessary and were using the pause for "learning" and "strengthening readiness" to "dismantle Hamas."

## 'Our eyes are on the prize'

Such statements are being made against a backdrop of colossal pressure on the Israeli government being exerted from multiple sides. Following Hamas' Oct. 7 attack, in which 1,200 people were killed and 240 were kidnapped, the vast majority of Israelis support the goals of toppling Hamas and freeing the hostages — more than 90%, according to a poll the Israel Democracy Institute released Friday.

But there is a latent tension within that consensus.

The same survey said 49% of people deemed the hostages most important, while 37% prioritized toppling Hamas. The first group is led by the victims' families, who have campaigned tirelessly for a longer cease-fire, partly because they fear their loved ones will be killed in the fighting.

"Our eyes are on the prize, and we still have a lot of work ahead of us," said Zohar Avigdori, whose sister-in-law, Sharon Avigdori, and nephew, Noam, were kidnapped from the Be'eri kibbutz and released Saturday. He spoke in a call with journalists Tuesday of the families' "determination of the pause not stopping until the last hostage is back." But he acknowledged there was a "concern" that won't happen.

In fact, Israel has indicated that it may expand its ground campaign into southern Gaza, where it told northern residents to flee but where it says some Hamas leaders have also taken refuge.

That's prompting concern in the U.S. government.

The U.S. has been calling on Israel to do more to protect Palestinian civilians, 15,000 of whom have been killed so far, including more than 5,000 children, according to Palestinian officials. And a senior Biden administration official said the White House doesn't want a repeat once the fighting restarts.

"You cannot have the sort of scale of displacement that took place in the north replicated in the south," the official said on a call with journalists. "We don't support them moving in the south unless or until they can demonstrate a plan that accounts for the additional civilian life that is now in south Gaza."

And despite the devastation wrought on the Palestinian enclave, the challenges of truly eliminating Hamas from Gaza were highlighted in a video the militant group released over the weekend showing it handing over prisoners in a neighborhood of Gaza City, which had been the focus of Israel's assault in the days before the truce.



Israeli Prime Minister Benjamin Netanyahu meets with troops in the Gaza Strip on Sunday. EyePress News / Reuters

The pause has allowed Palestinians there some semblance of normal life, with people setting out fruit and vegetable stalls and cooking over makeshift stoves, albeit through the grief and amid the rubble of their lives.

Gazans are clear they need a fuller cease-fire, and the war's diplomatic brokers have expressed some hope that the truces could build to one. But few in Israel expect anything but a resumption in the fighting — and sooner rather than later.

At some point, "we will run out of hostages, or Hamas will want a new deal for men and soldiers," said Aviv A. Oreg, a major in the Israeli reserves whose career has included senior roles within Israel's intelligence services. "And at that point Israel will have to decide what to do. Right now I think that all of Israel is in support of fighting Hamas."

Ultimately Netanyahu's own political future may play a part. He faces nosediving opinion polls and a looming court case over allegations of bribery, fraud and breach of trust, which he denies.

His hold on power relies on a fragile coalition with right-wing parties, whose influence could be seen Tuesday as, even amid the temporary truce, his Cabinet approved a contentious wartime budgetary change that will direct more money toward security for Israeli settlements

in the occupied West Bank, which are considered illegal under international law and whose inhabitants have been accused of rising violence and intimidation against Palestinians.

Given the widespread loss of faith in its institutions after Oct. 7, "Israel cannot allow itself to stop the war with any less than the goal, which is uprooting Hamas politically and militarily from the Middle Eastern panorama," said Uzi Rabi, the director of the Moshe Dayan Center for Middle Eastern and African Studies at Tel Aviv University. It poses distinct challenges for Netanyahu, he said. "Why? Because Israel has to repair the damage and the loss of confidence with its own society."

For people such as Avigdori, that won't be easy or quick.

"In terms of repairing the contract between the Israeli state and its citizens, I think it will take much, much longer," he said. "We are talking decades here."

# EXHIBIT A-8

Press Releases
# Statement by PM Netanyahu

**Government:** The 37th Government
**Publish Date:** 29.11.2023

**Prime Minister Benjamin Netanyahu, today:**

"From the start of the war, I set three goals: Eliminating Hamas, returning all of our hostages and ensuring that Gaza will never again go back to being a threat to the State of Israel. These three goals still stand.

In the past week, we have had a very great achievement – the return of dozens of our hostages. A week ago this seemed imaginary but we achieved it.

But in recent days I have heard a question: After completing this stage of the return of our hostages, will Israel go back to the fighting? My answer is an unequivocal yes.

There is no situation in which we do not go back to fighting until the end. This is my policy. The entire Security Cabinet is behind it. The entire Government is behind it. The soldiers are behind it. The people are behind it – this is exactly what we will do."

This page was last updated on 29.11.2023

**Useful information**

All services

Contact the government

RSS

Terms of use

**Support**

Call Us 1299

Central Government Call Center

Technical support for online services

Contact information security

**More information**

About

Accessibility

Site map

Freedom of Information (Heb)

Use of cookies

  

# EXHIBIT A-9

# Hostilities in the Gaza Strip and Israel | Flash Update #55 [EN/AR/HE]

**Key points**

- On 30 November, the humanitarian pause entered its seventh consecutive day. It has enabled a major increase in the delivery of basic supplies into and across Gaza, primarily by the Egyptian and Palestinian Red Crescent Societies and UN agencies. However, as stressed by the UN Secretary-General(https://reliefweb.int/node/4018853) on 29 November, the level of aid remains completely inadequate to meet the needs.

- Aid convoys to areas to the north of Wadi Gaza (hereafter: the north), which prior to the pause have received almost no supplies, continued on 30 November. Since the start of the pause until 29 November, approximately 4,850 metric tons (MT) of food, (primarily wheat flour, rice and canned food), 1,700 MT of blankets and mattresses, 1,110 MT of bottled water, 148 MT of medical supplies and 29,500 litres of fuel were delivered to UNRWA shelters, hospitals and warehouses in the north. About 88 per cent of this assistance was delivered by the Palestine Red Crescent Society (PRCS), in coordination with the UN, and the remainder by UN agencies.

- South of Wadi Gaza (hereafter: the south), where most internally displaced persons (IDPs) are staying, enhanced aid distribution, including fuel to hospitals, water and sanitation facilities, and shelters, also continued on 30 November. Between 24 and 29 November, 630 MT of wheat flour were distributed to 224,000 people in the south, along with 63,000 blankets and mattresses. Cooking gas has been entering daily from Egypt during this period and has been available in the market at one distribution centre in the south, albeit in quantities well below the demand.

- On 29 November, the Director-General of the World Health Organization (WHO) reiterated his concern about the high risk of infectious diseases in IDP shelters, attributing this to severe overcrowding and the disruption of health, water, and sanitation systems. He noted that more than 111,000 cases of acute respiratory infection, 36,000 cases of diarrhoea in children below five, and 24,000 cases of skin rash had been recorded since the start of the crisis.

- On 30 November, eight Israelis held as hostages in Gaza, and 30 Palestinian detainees, held in Israeli prisons, were released. The freed hostages comprised six women, one girl and one man. Among the Palestinian detainees were seven women and 23 children. Since the start of the pause, 240 Palestinians, 86 Israelis, and 24 foreign nationals have reportedly been released.

**Hostilities and casualties (Gaza Strip)**

- While the humanitarian pause that started on 24 November has largely held, sporadic incidents have been reported. On 29 November, at about 18:00, Israeli troops reportedly opened fire at Palestinians in northern Gaza city, killing two of them; the circumstances remain unclear. On 30 November, additional

12/21/23, 10:36 PM
Case 4:23-cv-05829-JSW   Document 44-9   Filed 12/22/23   Page 57 of 271
Hostilities in the Gaza Strip and Israel | Flash Update #55 | OCHA

shooting incidents were reported in Gaza city, as well as shelling by the Israeli navy towards the Gaza shore in the south, none of which resulted in casualties.

- According to the Government Media Office (GMO) in Gaza, since the start of hostilities, more than 15,000 Palestinians have been killed in Gaza, including about 6,150 children and 4,000 women. The GMO, which is under the de facto authorities in Gaza, has been reporting casualties since the Ministry of Health (MoH) in Gaza stopped doing so on 11 November, following the collapse of services and communications at hospitals in the north.

- The fatality toll since 7 October includes at least 198 Palestinian medics, according to the Gaza Ministry of Health; 112 UN staff; 70 journalists and media workers, according to the Palestinian Journalist Syndicate; and at least 15 Civil Defense staff, according to the Palestinian Civil Defense.

- Overall, 75 Israeli soldiers have been killed in Gaza since the start of the Israeli ground operations, according to official Israeli sources.

**Displacement (Gaza Strip)**

- Movement of people from the north to the south has been declining since the start of the pause on 24 November and almost halted on 29 and 30 November. In previous weeks, the Israeli military has been calling and exerting pressure on residents of the north to leave southwards through a "corridor" along the main traffic artery, Salah Ad Deen Road.

- Up to 1.8 million people in Gaza, or nearly 80 per cent of the population, are estimated to be internally displaced. However, obtaining an accurate count is challenging; including because of difficulties in tracking IDPs staying with host families and accounting for those who returned to their homes during the pause but remain registered in UNRWA and other shelters.

- Nearly 1.1 million IDPs are registered in 156 UNRWA facilities across Gaza, of whom about 86 per cent (946,000) are registered in 99 UNRWA shelters in the south. Another 191,000 IDPs are estimated to be staying in 124 public schools and hospitals, as well as in other venues such as wedding halls, offices, and community centres. The rest are hosted by families.

- Due to the overcrowding and poor sanitary conditions at UNRWA shelters in the south, there have been significant increases in some communicable diseases and conditions such as diarrhoea, acute respiratory infections, skin infections and hygiene-related conditions like lice. There are also initial reports of disease outbreaks, including hepatitis.

- Concerns have been raised(https://reliefweb.int/node/4017524/) about vulnerable groups of people who are struggling with difficult shelter conditions. This includes people with disabilities; women who are pregnant, have recently given birth, or are breastfeeding; people who are recovering from injuries or surgeries; and those with compromised immune systems.

**Humanitarian Access (Gaza Strip)**

- On 30 November, as in previous days, significantly larger convoys than prior to the pause, carrying a variety of humanitarian supplies, fuel and cooking gas entered Gaza from Egypt. The Egyptian border crossing also opened for the evacuation of wounded and sick people, and the entry of Gaza residents who had been stranded outside; figures are not available at the time of writing.

**Electricity**

- Since 11 October, the Gaza Strip has been under an electricity blackout, after the Israeli authorities cut off the electricity supply, and fuel reserves for Gaza's sole power plant depleted.

**Health care, including attacks (Gaza Strip)**

- According to media reports, the decomposed bodies of five premature babies were discovered on 29 November in An Nasr Paediatric Hospital in Gaza city. This facility was reportedly forcefully evacuated on 10 November by Israeli forces. The circumstances of the case remain unclear.

- On 29 November, a Jordanian field hospital recently established next to the Nasser Hospital, in Khan Younis, has started operating. Surgeries and maternal services are ongoing. Both hospitals have established a mechanism for mutual referrals.

- Since the start of the pause, the number of hospitals operating in the north, and admitting patients, has risen to six (out of 24), although they are only providing limited services. On 29 November, UN agencies delivered to two hospitals in Gaza city, Al Ahli and As Sahaba, lifesaving medicines and surgical supplies (in addition to fuel) estimated to be sufficient to meet the urgent health needs of 100 patients at each facility.

**Water and sanitation (Gaza Strip)**

- Despite the pause, there has been almost no improvement in the access of residents in the north to water for drinking and domestic purposes, as most of the main water production facilities remain shut, due to the lack of fuel and some also due to damages. Water is primarily available from small private and UNRWA wells. Concerns about waterborne diseases due to water consumption from unsafe sources persist.

- On 30 November, UNRWA and UNICEF continued delivering fuel to Gaza's main water utility, which in turn distribute it to water and sanitation facilities in the south: two seawater desalination plants, 79 water wells, 15 water pumping stations, 18 sewage pumping stations, and one wastewater treatment plant. Supply of potable water in the south via two pipelines coming from Israel has continued.

- Also in the south, UNRWA continues to operate eight water wells that provide potable and domestic water to IDP shelters, alongside water trucking operations. Solid waste collection from the camps, and emergency shelters and transfer to landfills also continues, reducing the level of health and environmental riks.

**Food security**

- On 29 November, UNICEF and the World Food Programme (WFP) delivered nutritious biscuits, bottled water, and other essential supplies to IDPs in 13 shelters in the north.

- On 28 November, the Palestinian Central Bureau of Statistics (PCBS) stated that Gaza suffers a US$1.6 million daily loss in farm production. The institution assesses the losses are likely higher considering the destruction of farm equipment and farmland, and damage caused to thousands of trees, especially olive trees. The economic impact is also significant, considering that 55 per cent of Gaza's agricultural products used to be sold outside the coastal enclave, PCBS stated.

- The amount of cooking gas that has reportedly entered Gaza from Egypt since the start of the pause (about 85 tons per day) is a third of the equivalent daily average that entered between January and August 2023. Queues at a filling station in Khan Younis have reportedly extended for about 2 kilometres, with people waiting at them overnight.

**Hostilities and casualties (Israel)**

- On 28 November, for the seventh consecutive day, no rocket fire from Gaza towards Israel was reported. In total, over 1,200 Israelis and foreign nationals have been killed in Israel, according to the Israeli authorities, the vast majority on 7 October.

- Following the release of 102 hostages since 24 November, 137 people remain captive in Gaza, including Israelis and foreign nationals, according to Israeli official sources. Furthermore, on 28 November, one Israeli civilian and three soldiers, initially missing, were declared killed. Before the pause, four civilian hostages had been released by Hamas, one Israeli soldier had been rescued by Israeli forces, and three bodies of hostages had reportedly been retrieved by Israeli forces.

**Violence and casualties (in and around the West Bank)**

- On 30 November, two Palestinian men from East Jerusalem opened fire at a bus stop in West Jerusalem, killing three Israelis, including an elderly man and two women, one of whom was reportedly pregnant. The assailants were shot and killed by an Israeli civilian and two off-duty soldiers. Additionally, Israeli media reports that a fourth Israeli was also killed after being mistakenly identified as one of the assailants. Hamas reportedly claimed responsibility for the attack.

- On 30 November, two Palestinian men were shot and killed by Israeli forces. One was killed during confrontations with Palestinians who gathered to welcome released detainees near the Israeli prison of Ofer in Ramallah. The second Palestinian was killed after he rammed and injured two Israeli soldiers near Tubas.

- Monitoring by the UN Human Rights Office indicates that the 8- and 15-year-old Palestinian boys shot and killed by Israeli forces on 29 November during an operation in the Jenin Camp (see Flash Update #54(https://reliefweb.int/node/4018878/), did not seem to pose any concrete threat to the Israeli forces when shot at.

- Between 7 October and 30 November, 241 Palestinians, including 63 children, were killed in the West Bank, including East Jerusalem. Additionally, two Palestinians from the West Bank were killed in Israel, one by Israeli forces and another by an Israeli civilian (see above). Of those killed in the West Bank, 231 were killed by Israeli forces, eight by Israeli settlers and two either by forces or settlers. The seven-week toll represents more than half of all Palestinians killed in the West Bank this year. Already, 2023 is the deadliest year for Palestinians in the West Bank since OCHA began recording casualties in 2005.

- Two-thirds of the Palestinian fatalities in the West Bank since 7 October have occurred during search-and-arrest and other operations carried out by Israeli forces, including some – mainly in Jenin and Tulkarm governorates – involving exchange of fire with Palestinians. More than half of the fatalities were reported in operations that did not involve armed clashes.

- Since 7 October, Israeli forces have injured 3,187 Palestinians, including at least 509 children; 45 per cent of them in the context of demonstrations and 46 per cent in the context of search- and- arrest and

other operations. An additional 78 Palestinians have been injured by settlers and 18 others either by Israeli forces or settlers. Some 33 per cent of those injuries have been caused with live ammunition, compared with nine per cent in the first nine months of 2023.

- On 30 November, Israeli settlers and Israeli forces opened fire, and shot teargas canisters and sound grenades at Palestinian farmers who were harvesting olive trees in their land in Kafr Ad Dik village, west of Salfit; ten olive trees were vandalized.

- Since 7 October, OCHA has recorded 299 settler attacks against Palestinians, resulting in Palestinian casualties (33 incidents), damage to Palestinian-owned property (226 incidents), or both casualties and damage to property (40 incidents). This reflects a daily average of five incidents, compared with three since the beginning of the year. One-third of these incidents included threats with firearms, including shootings. In nearly half of all incidents, Israeli forces were either accompanying or actively supporting the attackers.

## Displacement (West Bank)

- Since 7 October, at least 143 Palestinian households comprising 1,014 people, including 388 children, have been displaced amid settler violence and access restrictions. The displaced households are from 15 herding/Bedouin communities.

- Additionally, 220 Palestinians, including 114 children, have been displaced since 7 October following demolitions in Area C and East Jerusalem, due to lack of permits; and 63 Palestinians, including 31 children, have been displaced following punitive demolitions.

## Funding

- As of 29 November, Member States have disbursed USD$352.6 million against the updated Flash Appeal(https://reliefweb.int/node/4012426) launched by the UN and its partners to implement its response plan in support of 2.2 million people in the Gaza Strip and 500,000 in the West Bank. This constitutes about 29 per cent of the $1.2 billion requested. Private donations are collected through the Humanitarian Fund .

30 November 2023

# EXHIBIT A-10

# The Prime Minister's plan for the citizens of the Gaza Strip: the direction - out

The emergency government broadcasts uniformity regarding the resumption of fighting, but regarding the day after - the story is different • Besides the issue of control of the Strip, a plan formulated by Ron Dermer at Netanyahu's request, which examines ways to thin the population in Gaza to a minimum • In addition to the issue of control of the Strip, is also expected to cause controversy considers it an unrealistic fantasy

**Mati Tuchfeld**
30/11/2023, 05:11, Updated30/11/2023, 05:11



175 ▶Playback

    



No transfer - releasing the stranglehold on the borders. Gaza residents flee south . Photo: AFP





Throughout the days of the cease-fire in the fighting in Gaza, the war cabinet ministers, and in fact all the government ministers, made sure to emphasize that it was a temporary cease-fire. They made it clear not only to the citizens of Israel - also to world leaders, led by President Joe Biden.

October 7 was a defining event. A moment when an entire nation was humiliated and received a painful blow. Even at a time when the campaign captains are instructing the IDF to lay siege to the fire, it is important for them to broadcast a united front and make it clear that the fire will return again. This principle is also preserved in the closed rooms of the security consultations, in the limited and extensive cabinet. It seems that for fear of things getting out, even to themselves, the senior officials do not dare to say anything Other.

And yet, despite the uniform front and the consistent line, it is possible to recognize in the nuances the difference between the leaders of the war. Naturally, the thin cracks in the first act will lead to political turmoil in the latter. And if already at the stage of conducting the war there are different opinions, then in the question of "the day after" the significant differences between the main players are already evident.

---

**More from Israel today**

### "She came under the
### ilding and left a note with



### Wa
### Kir

To the full article

---

The issue of the day after is one of the most sensitive today, and dealing with it does not take place in any official forum but only in internal consultations. If there is a significant point of disagreement with the Biden administration on the Gaza issue, then it concerns this question. As for the other things, you can manipulate. To introduce humanitarian aid at the request of the American president, and even fuel. Even the new demand not to cause harm to the displaced people in the southern Gaza Strip when the IDF starts operating there, can be answered with a non-binding statement that "we will try".

But bringing Abu Mazen into Gaza to replace the IDF forces on the ground is a completely different story. Benny Gantz and Gadi Eisenkot would gladly do it. Benjamin Netanyahu and Yoav Galant less so. The common thing is that they all convey a message that Israel has no intention of controlling the territory by itself from a civilian point of view. Galant means In all seriousness. As for Netanyahu - not sure. His clear statements that an authority that supports terrorism, that transfers salaries to terrorists and educates its children to incite against Jews will not control Gaza, will not allow the Ramallah gang to enter Gaza. There is no other substitute. Hence the IDF will continue to control the Strip , military and civilian, at least in the foreseeable future.

Another program is added to this. Most of the cabinet ministers do not know about her. Not even the ministers of the war cabinet. It is not discussed in these forums due to its obvious explosiveness: thinning the population of Gaza to the minimum possible. Biden is strongly opposed and so is the entire international community. Galant, the Chief of Staff and the top of the IDF claim that there is no such possibility. But Netanyahu sees this as a strategic goal. He even tasked his confidant in the War Cabinet, Minister Ron Dermer, to formulate a staff work on the matter.

This is a plan that will bypass the American resistance without a confrontation, the Egyptians' determined resistance without them starting to shoot refugees who will enter their territory through the Philadelphia axis, and the general global resistance that will arise when the first Gazans leave their home and migrate to another place.

# EXHIBIT A-11

Case 4:23-cv-03609-JSW Document 44-9 Filed 02/22/23 Page 66 of 271

Welcome to the United Nations    English ▼

    **United Nations** | The United Nations Office at Geneva

Menu

Home → News & Media → Press Centre



# PRESS BRIEFING BY THE UNITED NATIONS INFORMATION SERVICE

01 December 2023   **BI-WEEKLY BRIEFING**

Rolando Gómez, Chief of the Press and External Relations Section at the United Nations Information Service (UNIS) in Geneva, chaired the hybrid briefing, which was attended by spokespersons and representatives from the United Nations Children's Fund, the World Health Organization, the Office of the High Commissioner for Human Rights, the United Nations Office for the Coordination of Humanitarian Affairs, the United Nations Conference on Trade and Development and the United Nations High Commissioner for Refugees.

## Conflict Resumes in Gaza

James Elder for the United Nations Children's Fund (UNICEF) said today in Gaza there were a lot of bombardments and those in power decided that the killing of children in Gaza would recommence. The humanitarian situation in Gaza was so perilous that anything other than sustained peace and emergency aid would mean a catastrophe for the children of Gaza. The dire water, health, nutrition and sanitation situation was threatening a disaster of unparalleled magnitude for the children of Gaza. Such was the enormity of need that despite huge efforts for all of the United Nations, the health, nutrition and sanitation situation had been worsening by the day.

A lasting ceasefire needed to be implemented. The alternative was unthinkable for Palestinians who were already living in a nightmare. Inaction, at its core, was an approval of the killing of children.

Case 4:23-cv-05829-JSW Document 44-9 Filed 02/28/23 Page 67 of 271
UN-05829-JSW THE UNITED NATIONS INFORMATION SERVICE | The Biennial Office at Geneva

The bombs had started just a few seconds after the ceasefire ended. Mr. Elder was in Nasser Medical Hospital. As he had approached the hospital, a missile hit the ground around 50 metres away. Nasser was the largest functioning hospital in Gaza. It was at around 200 per cent capacity. Children with the wounds of war were everywhere. Hundreds of women and children were taking refuge there. Families of five were sitting on mattresses for two, seeking refuge from the cold. Nowhere was safe from the attacks.

Mr. Elder met with children and brave, tireless Palestinian health workers in Nasser every day this week. He had tried to play with the children to bring them a sense of normalcy. Fear had now returned. So had the wounded. Ambulances were coming into Nasser Hospital. People were running with bloody bodies on stretchers.

It was reckless to think that more attacks would lead to anything other than carnage. There were four blasts very close to the hospital while Mr. Elder was there, and many more in the last 30 minutes.

Any conversations around the children Gaza had to begin with empathy and compassion. It was deeply unsettling to hear how some had been able to overlook the tragic deaths of thousands of boys and girls and were seemingly comfortable with the attacks starting again.

To accept the sacrifice of the children in Gaza was humanity giving up. This was our last chance before we would be forced to explain why yet another entirely avoidable tragedy was not stopped.

In response to questions, Mr. Elder said it had been a good seven days of aid. WHO had been supplying everything they could. Fuel and emergency kits had been delivered, as well as food, nutrition kits, medicines, blankets, tents and water. It was the right type of aid but was not nearly enough. The United Nations was well aware of what was required, but a ceasefire was needed to deliver the required aid. 100 trucks per day were coming in during the pause, but now we had chaos once again.

Waiting rooms in hospitals were filled with hundreds of people. Nowhere was safe in Gaza. Children and aid workers were not safe.

Mr. Elder said he had helped carry a child from a bus whose leg had started to decompose. Around 1,000 children had had an upper or lower limb amputated over the past week. Children were now being evacuated from hospitals. Most children were very much in the eye of the storm.

Richard Peeperkorn, World Health Organization (WHO) representative in the occupied Palestinian territory, said everywhere in Gaza was unsafe. Violence had resumed and bombardments could be heard very close by in the south.

Gruesome data from two days ago said that there had been over 15,000 fatalities. Over 6,150 children had died, over 4,000 females and roughly 4,850 males. There were more than 36,000 injuries. The Gaza health system had been crippled by the ongoing attacks.

WHO was extremely concerned about hospital functionality. The Gaza health system had been crippled by the ongoing hostilities. It could not afford to lose any more hospitals or hospital beds. 18 out of the 36 hospitals were partially functional, and some were barely functional. There were only 1,500 hospital beds available, but at least 5,000 were needed. Hospitals lacked supplies. There was a need to restore primary health care functions, treat non-communicable diseases and provide psychosocial support. 51 out of 72 primary health care facilities were not functioning; the others were partly functional.

In the south, there were 12 hospitals that were extremely overwhelmed. European Gaza Hospital, which had a capacity of 370 beds, had received a substantial number of transfers from Al-Shifa and Al-Ahli and was currently operating nearly triple its capacity, with 900 patients. Al-Aqsa Hospital, with a 200-bed capacity, currently had 600 patients. Nasser Medical Hospital had 350 beds, but now had over 700 patients. Extra tents had been installed by the Ministry of Health, but these were not enough.

WHO had been focusing on getting supplies in. It had made nine distributions over the past weeks. This was not enough, and it needed to continue. WHO was also busy organising a medical evacuation procedure. It was further reporting what was happening on the ground, providing situation reports, including on attacks on healthcare.

WHO was extremely concerned by disease outbreaks. There was massive overcrowding in all the makeshift shelters. It had seen close to 120,000 cases of acute respiratory infections and over 85,000 cases of diarrhea, 20-fold higher than the level last year. It had also seen cases of jaundice and meningitis.

We could not afford to lose any more hospital beds and we could not afford any more displacements. These would only increase the disaster.

In response to questions, Dr. Peeperkorn said WHO and partners had brought in supplies, including a minimal level of anaesthesia drugs to support surgeries. WHO was making pleas in all fora for an end to hostilities. It was extremely concerned about the vulnerability of the health system. It wanted to expand the capacity of the system to 3,000 beds.

Most medical referrals had been ad-hoc. There were critically injured patients who needed better care. WHO was helping with the evacuation of children. A system to deliver patients to Egypt was needed. As the violence had resumed, it was impossible to conduct operations. Bombardments needed to stop. The UN and partners needed to assist the health system to remain operational.

WHO's operational plan was to strengthen the existing system; expand the number of beds; respond to outbreaks; provide supplies; and coordinate medical transfers. It was assisting in transferring patients from the north to the south. Several patients had been referred to Egypt as well. Bilateral discussions on an organised system for transferring patients were ongoing. Egypt had 15,000 beds and ambulances available to transfer patients, and other countries had also offered to receive patients. WHO was preparing a list of the patients in highest need of aid, including cancer patients. These patients needed to be referred to Egypt to get the care that they deserved.

12/21/23, 10:39 PM
Case 4:23-cv-05829-JSW Document 44-9 Filed 02/22/23 Page 69 of 271
WHO, OHCHR, UNRWA and the UN Information Service at Geneva

The only functioning mental health hospital in Gaza was now closed. There had always been a high number of mental health issues in Gaza, but this had vastly increased due to the war. All people, including humanitarian staff, were tremendously affected. One WHO staff member had been killed, along with most members of her extended family. There were some excellent Palestinian non-governmental organizations who worked in the area of mental health, but a ceasefire was needed to allow them to provide the needed support.

Before the war, there were 485,000 people with mental health disorders in Gaza. This was a reflection of what Gazans had gone through over many decades. The current conflict would have huge detrimental effects on mental and psychosocial health. Every year, over 2,000 people were diagnosed with cancer in Gaza. There were over 60,000 patients with diabetes and 40,000 with cardio-vascular diseases.

Rob Holden, World Health Organization (WHO) Senior Emergency Coordinator, said he had visited Al-Ahli Hospital in the north of Gaza three times. This was a relatively small hospital and not built as a major receiving centre for trauma patients but was the only receiving centre for trauma for a large part of Gaza. It currently had 30 beds but over 100 patients.

Walking into the hospital felt like being in a horror movie. Patients were on the floor with the most traumatic injuries that you could imagine. They were given the best possible care, but the number of staff available was relatively small. Many of the staff had fled or been killed. On entering the hospital, you were met with deceased bodies lined up in the car park. There was no standing room; the floor was awash with blood. The doctors, nurses, lab technicians and engineers who kept the machinery running were working 22 hours a day to provide the most basic level of service.

During the pause, much was done by the United Nations, led by WHO and supported by UNICEF and the World Food Programme (WFP), to work with the Palestinian Red Crescent Society to help transfer patients to the south and deliver food, water and medical supplies.

Casualties in their tens and possibly hundreds would arrive at Al-Ahli Hospital today. Doctors would do everything they could, knowing that it would not be enough. The bombs had to stop. The healthcare system was on its knees. It would continue to struggle and would only get worse each day that the bombs fell. There were not enough supplies and access was fragile.

Rolando Gómez, Chief of the Press and External Relations Section at the United Nations Information Service (UNIS) in Geneva, said the United Nations Secretary-General António Guterres had just posted on X about the crisis, saying "I deeply regret that military operations have started again in Gaza. I still hope that it will be possible to renew the pause that was established. The return to hostilities only shows how important it is to have a true humanitarian ceasefire."

Ahmed Dahir, World Health Organization (WHO) Team Leader in Gaza, said that he had been visiting the three main hospitals in north Gaza, which were all over capacity. Patients were everywhere. It was catastrophic, and very difficult for medical staff to provide the quality care that patients deserved. The situation was dire. WHO was working to see how it could bring in additional beds to alleviate the burden, but it was a very difficult and complex emergency.

Margaret Harris for the World Health Organization (WHO) said an important paper was published in The Lancet. This was an analysis conducted by the London School of Hygiene and Tropical Medicine that examined a list of 7,028 people reported dead. The paper concluded that the assessments of the Palestinian Ministry of Health were accurate. It was possible that the current data underreported mortality, as there were missing people who could be buried under rubble. People who were dying were not necessarily being brought to hospitals.

For its operational response plan, which went from October 2023 to January 2024, WHO was asking for 110 million United States dollars (USD). It still had a 92 per cent funding gap, but 50 million USD was apparently in the pipeline.

Jens Laerke for the United Nations Office for the Coordination of Humanitarian Affairs (OCHA) said it was difficult to hear testimonies from Gaza. Hell on earth had returned to Gaza. OCHA's Humanitarian Coordinator Lynn Hastings had tweeted that, "Today, children, women and men in Gaza and Israel woke up again to war. Parties must protect civilians and provide access to humanitarian actors to deliver across Gaza according to needs as per international humanitarian law. Humanitarian aid must continue unconditionally. Hostages must be released unconditionally. The UN will continue to stay and deliver food, water, medical and other critical supplies to save lives."

Yesterday, 30 November, as in previous days, significantly larger convoys than prior to the pause entered Gaza from Egypt, carrying a variety of humanitarian supplies, fuel and cooking gas. These convoys also reached areas north of where the Gaza, which prior to the pause, had received almost no supplies. During the pause, thousands of metric tonnes of food, water and fuel was delivered to United Nations Relief and Works Agency for Palestine Refugees in the Near East (UNRWA) shelters, hospitals and warehouses in the north. Around 80 per cent of these supplies were delivered by the Palestinian Red Crescent Society, facilitated by the United Nations. We needed a resumption of the pause and not a return to war.

In response to questions, Mr. Laerke said OCHA's revised flash appeal was 29 per cent funded. It had received 353 million USD.

OCHA would not participate in the establishment of any safe zone in Gaza that was set up without the agreement of all the parties, and unless fundamental conditions were in place to ensure safety, other essential needs were met, and a mechanism was in place to supervise its implementation.

Ravina Shamdasani for the Office of the High Commissioner for Human Rights (OHCHR) said the bombs had to stop. Again, civilians were living a nightmare. Civilians were being told to flee, but nowhere was safe.

UN High Commissioner for Human Rights Volker Türk had issued a statement, which said that recent comments by Israeli political and military leaders indicating that they were planning to expand and intensify the military offensive, were very troubling.

Since 7 October, thousands of Palestinians had been killed in Gaza, according to the Ministry of Health in Gaza. More now faced the same fate. Others risked being forcibly displaced to already

severely over-crowded and unsanitary parts of Gaza.

The situation was beyond crisis point.

Under international humanitarian law, Israel as the occupying power, was required to ensure that the basic needs of the population in Gaza, such as food, water, and medical care, are met. Mr. Türk reminded all parties of their obligation to allow and facilitate rapid and unimpeded passage of humanitarian relief for civilians in need, throughout Gaza.

The way forward needed to be through an immediate end to the violence, the prompt and unconditional release of all remaining hostages, the cessation of firing of indiscriminate rockets and use of explosive weapons with wide-area effects in populated areas, humanitarian aid commensurate to the immense need and rapid unimpeded access, an end to practices of arbitrary detention by Israel, and concrete steps to avert further disaster, founded on full respect and protection of the human rights of Palestinians and Israelis.

In response to questions, Ms. Shamdasani said OHCHR had not received a response to its request to access Gaza and the West Bank. There was a real need for objective verification of the situation on the ground to combat the disinformation that was being spread. It was vital that the High Commissioner was granted access.

Nowhere in Gaza was safe. Leaflets had been dropped asking civilians to evacuate, but there was nowhere to evacuate to. Israel had a responsibility to protect civilians and comply with the principles of international humanitarian law. The identification of military objects did not absolve it of this responsibility.

### Support Needed for Humanitarian and Recovery Efforts in Ukraine

Philippe Leclerc, United Nations High Commissioner for Refugees (UNHCR) Bureau Director for Europe, said he was in Ukraine, 50 kilometres away from Kyiv, in a city where heavy fighting had taken place in March 2022. A sense of normalcy was slowly returning to the area, with repairs taking place. 5,000 households in the area had been supported with shelter, mostly people who had been displaced in other parts of Ukraine.

Mr. Leclerc had visited several oblasts, meeting people who had been benefitting from shelter and support, enabling them to get back to places which were occupied by the Russian Armed Forces for seven months. People were willing to go back to their homes, often close to the frontlines, such as in Kherson City.

UNHCR was targeting 900,000 people who should benefit from winter assistance. A sense of normalcy was extremely important for those affected. With the leadership of the Ukrainian Government, UNHCR was identifying the most vulnerable families so they could be supported through the winter. Access to documentation, legal aid, individual cash assistance and psychosocial support was needed as a consequence of the prolonged war.

# EXHIBIT A-12

12/21/23, 10:40 PM
WHO appeals for protection of the health system from further attacks and degradation of its capacity
Case 4:23-cv-05829-JSW   Document 44-9   Filed 12/22/23   Page 73 of 271



# WHO appeals for protection of the health system from further attacks and degradation of its capacity

4 December 2023 | Statement | Geneva | Reading time: 3 min (685 words)



Once again, nowhere is safe in Gaza. WHO is gravely concerned about the resumption of hostilities, including heavy bombardment in Gaza, and reiterates its appeal to Israel to take every possible measure to protect civilians and civilian infrastructure, including hospitals, as per the laws of war.

We have seen what happened in northern Gaza. This cannot be the blueprint for the south. Gaza cannot afford to lose another hospital as health needs continue to soar.

As more civilians in southern Gaza receive immediate evacuation orders and are forced to move, more people are being concentrated into smaller areas, while the remaining hospitals in those areas run without sufficient fuel, medicines, food, water, or protection of health workers.

WHO and other partners are less able to provide support, given dwindling access to our supplies or any assurance of safety when we move supplies or staff.

12/21/23, 10:40 PM
WHO appeals for protection of the health system from further attacks and degradation of its capacity
Case 4:23-cv-05829-JSW Document 44-9 Filed 12/22/23 Page 74 of 271

This morning WHO was contacted with advice to move as many medical supplies as possible from a warehouse in Gaza, situated in an area ordered to be evacuated. Access to storage could become challenging over the coming days due to ground operations.

Intensifying military ground operations in southern Gaza, particularly in Khan Younis, are likely to cut thousands off from health care – especially from accessing Nasser Medical Complex and European Gaza Hospital, the two main hospitals in southern Gaza – as the number of wounded and sick increases.

Lack of access would also limit WHO's ability to deliver aid to these hospitals.

About 1.9 million people, nearly 80% of Gaza's population, are estimated to be internally displaced. Recent evacuation orders cover 20% of Khan Younis and localities east of Khan Younis, which prior to the hostilities were home to nearly 117 000 and 352 000 people, respectively.

In less than 60 days, the number of functioning hospitals has dropped from 36 to 18. Of these, three are only providing basic first aid, while the remaining hospitals are delivering only partial services. Those able to admit patients are delivering services well over their intended capacities, with some treating two to three times as many patients as they were designed for. The 12 hospitals that are still operational in the south are now the backbone of the health system.

On a recent visit to Nasser Medical Complex in Khan Younis, the WHO team described the situation inside as catastrophic, with the building and hospital grounds grossly overcrowded with patients and displaced people seeking shelter. The emergency ward is overflowing with patients. There is a shortage of health workers compared to the overwhelming needs. Those who are available have been working non-stop and are exhausted. Many patients are being treated on the floor. Bed capacity has been overwhelmed. Patients and families sheltering at the hospital are scared for their security.

Disease surveillance systems are hampered, but syndromic surveillance has noted increases in infectious diseases, including acute respiratory infections, scabies, jaundice, diarrhoea, and bloody diarrhoea. Shelters in the south are also reporting cases of acute jaundice syndrome, a worrisome signal of hepatitis.

From 7 October to 28 November, WHO recorded an unprecedented number of attacks on health care: 203 attacks on hospitals, ambulances, medical supplies, and the detention of health-care workers. This is unacceptable. There are means to protect civilians and civilian infrastructure, and they should be instituted.

The only viable solution is a sustained ceasefire.

**Note to editors:**

On 3 December alone, 349 people were killed and 750 injured according to reports from the Ministry of Health.

According to the Ministry of Health, the bed occupancy rate at operational hospitals stands at 171%, while in the intensive care units the occupancy rate is up to 221%.

Currently, there are 1000 patients and thousands of people sheltering at the 350-bed Nasser Medical Complex, and 1000 patients and an estimated 70 000 people sheltering at the 370-bed European Gaza Hospital. Both hospitals are three times beyond their capacity.

As of 3 December, per Ministry of Health reports, more than 15 899 people have died, over two-thirds of them women and children. An additional 42 003 people, also mostly women and children, have been injured.

# EXHIBIT A-13

# Statement of the Humanitarian Coordinator for the Occupied Palestinian Territory, Lynn Hastings

*04 Dec 2023*

The 7-day ceasefire brought respite to everyone; hostages were reunited with their families and desperately needed aid went into Gaza. We need more of this; all hostages released and considerably more aid and protection for Palestinian civilians.

But since the resumption of hostilities in Gaza on 1 December, 700 Palestinians have reportedly been killed in addition to the 15,500 already killed. Israeli military operations have expanded into southern Gaza, forcing tens of thousands of others into increasingly compressed spaces, desperate to find food, water, shelter and safety.

Nowhere is safe in Gaza and there is nowhere left to go.

The conditions required to deliver aid to the people of Gaza do not exist. If possible, an even more hellish scenario is about to unfold, one in which humanitarian operations may not be able to respond.

What we see today are shelters with no capacity, a health system on its knees, a lack of clean drinking water, no proper sanitation and poor nutrition for people already mentally and physically exhausted: a textbook formula for epidemics and a public health disaster.

The quantities of relief supplies and fuel allowed in are utterly insufficient. Despite the enormous efforts of the Egyptian and Palestinian Red Crescent Societies, UN agencies and other partners, the use of only the Rafah crossing - meant for pedestrians - to bring in trucks of goods does not work.

Humanitarian operations cannot be kept on a drip feed of fuel. It is the foundation of social services and our operations; including for hospitals, desalination plants, clean drinking water and sanitation.

Space for the humanitarian response allowed inside Gaza is constantly shrinking. The two most important routes – the coastal road and Salahaddin road – are now cut off to our teams and trucks, hindering our ability to help people wherever they are.

The UN and NGOs alone cannot support a population of 2.2 million.  Commercial and public sectors must be allowed to bring supplies into Gaza to restock markets. This must include fuel in a manner which ensures Israel's security.

Announcements of establishing so-called safe zones and tented cities without assurances that people will be able to move freely and that assistance can be delivered where there is need are alarming. These zones cannot be safe nor humanitarian when unilaterally declared.

The UN stands ready to work with all parties to expand the number of UN-managed safe shelters and to deliver assistance where it is needed.

* Also read statement attributable to the Spokesperson for the Secretary-General – on the Middle East

# EXHIBIT A-14



"Nowhere is safe in Gaza. Not hospital, not shelters, not refugee camps. No one is safe. Not children. Not health workers. Not humanitarians. Such blatant disregard for basic humanity must stop. The fighting must stop." (the Emergency Relief Coordinator, Martin Griffiths). Photo by UNRWA

OPT HOME

# Hostilities in the Gaza Strip and Israel | Flash Update #60

*05 Dec 2023*

## Key points

- Israeli bombardments from air, land, and sea across Gaza have significantly intensified since 4 December afternoon, alongside intense fighting between Israeli forces and Palestinian armed groups, in particular in the eastern parts of Gaza city, Jabalia refugee camp, and areas east of Khan Younis. Rocket firing by Palestinian armed groups to Israel also increased.

- On 5 December, the Emergency Relief Coordinator, Martin Griffiths stated: "Nowhere is safe in Gaza. Not hospital, not shelters, not refugee camps. No one is safe. Not children. Not health workers. Not humanitarians. Such blatant disregard for basic humanity must stop. The fighting must stop."

- According to the Gaza Ministry of Health (MoH), since the resumption of hostilities on 1 December and until 5 December 18:00, at least 1,207 Palestinians were killed, 70 per cent of whom were children and women. On 5 December, the UN Human Rights Office stated that "the pattern of attacks that target or impact on civilian infrastructure raises serious concerns about Israel's compliance with international humanitarian law and significantly raises the risk of atrocity crimes."

12/21/23, 10:45 PM
Case 4:23-cv-05829-JSW Document 44-9 Filed 12/22/23 Page 81 of 271
occupied Palestinian territory

- On 5 December, dozens of aid trucks carrying humanitarian supplies and fuel entered from Egypt into Gaza; however, as of 23:00, figures were not available. The ability of the UN to receive incoming loads of aid has been significantly impaired over the past three days by several factors. These include a shortage of trucks within Gaza, with some being stranded in the Middle Area, which has been severed from the south; the telecommunications blackout on 4 December; and the increasing number of staff who were unable to report to the Rafah crossing due to the hostilities. On 4 December, the Deputy Special Coordinator and Resident and Humanitarian Coordinator for the Occupied Palestinian Territory, Lynn Hastings stated that "the use of only the Rafah crossing - meant for pedestrians - to bring in trucks of goods does not work."

- On 5 December, for the third consecutive day, Rafah was the only governorate in Gaza where limited aid distributions took place. In the adjacent Khan Younis governorate, aid distribution largely stopped due to the intensity of hostilities. The Middle Area was largely disconnected from the south, following Israeli forces' restrictions of movement along the main roads. Access from the south to areas north of Wadi Gaza (hereafter: the north) came to a halt on 1 December, with the resumption of hostilities.

- Since 3 December, tens of thousands of IDPs have arrived in Rafah, presumably from the areas across the Khan Younis governorate. As shelters in Rafah city have exceeded their capacity by far, most newly arriving IDPs have settled in the streets and in empty spaces across the city. UNRWA has distributed hundreds of tents, which have been erected in two separate sites alongside hundreds of makeshift shelters.

- On 3 December, the Israeli military designated an area covering about 20 per cent of Khan Younis city for immediate evacuation. Similar evacuations orders were issued in previous days for a large area east of Khan Younis. Together, these areas in Khan Younis governorate encompass about 22 per cent of the Gaza Strip. Prior to the hostilities, they were home to about 381,000 people; an additional 245,000 IDPs were staying there in 71 shelters; alongside others staying with host families. The Israeli military instructed residents to move to two areas in Rafah and to Al Fakhouri in eastern Khan Younis,

- Under international humanitarian law, parties to a conflict must take all feasible precautions to avoid, and in any event to minimize, civilian harm. This can entail evacuating civilians or giving effective advance warning of attacks, which provides civilians enough time to leave, as well as a safe route and place to go. All possible measures must be adopted to ensure that those civilians displaced can afford satisfactory conditions of safety, shelter, nutrition, and hygiene and ensure that family members are not separated. Civilians choosing to stay in areas designated for evacuation do not lose their protection.

- On 4 December, the World Health Organization (WHO), expressed concern that the intensification of hostilities in and around Khan Younis "are likely to cut thousands off from health care – especially from accessing Nasser Medical Complex and European Gaza Hospital, the two main hospitals in southern Gaza – as the number of wounded and sick increases."

- On 5 December, the World Food Programme (WFP) stated that "the resumption of hostilities in Gaza will only intensify the catastrophic hunger crisis that already threatens to overwhelm the civilian population." The statement indicated that "the renewed fighting makes the distribution of aid almost impossible and endangers the lives of humanitarian workers."

## Hostilities and casualties (Gaza Strip)

- The following are among the deadliest incidents reported since the afternoon of 4 December, involving the hitting of residential buildings:
  - On 4 December, at about 14:40, seven people, including two girls, were reportedly killed in Deir al -Balah;



- On 4 December, at about 15:40, seven people were reportedly killed in Khan Yunis;

- On 5 December, at about 07:30, 15 people were reportedly killed in Jabalia;

- On 5 December, at about 8:50, ten people were reportedly killed in the new camp in Nuseirat, Middle Area.

- On 3 December, an UNRWA school in Khan Younis sheltering nearly 3,800 IDPs was hit following a strike nearby, killing four IDPs and injuring seven, while another UNRWA school in Deir Al Balah, sheltering about 6,170, sustained damage. Since 7 October, an estimated 222 IDPs sheltering in UNRWA shelters have been killed and another 911 injured.

- According to the Ministry of Health (MoH) in Gaza, between 7 October and 5 December, at least 16,248 Palestinians were killed in Gaza, about 70 per cent of whom are said to be women and children. Many more are missing, presumably under the rubble, awaiting rescue or recovery.

- Overall, 85 Israeli soldiers have been killed in Gaza since the start of the Israeli ground operations, according to official Israeli sources.

## Displacement (Gaza Strip)

- On 1 December, the Israeli military issued a detailed online map, where the Gaza Strip is divided into hundreds of small areas. Reportedly, the map is intended to facilitate orders to evacuate people to specific areas ahead of their targeting. On the following two days, various areas, encompassing about 28 per cent of the Gaza Strip, were marked for evacuation. The ability of residents to access this information is impaired by the recurrent interruptions in telecommunications and the lack of electricity to charge electronic devices.

- According to UNRWA, nearly 1.9 million people in Gaza, or nearly 85 per cent of the population, are estimated to be internally displaced (IDPs) as of 3 December. Nearly 1.2 million of these IDPs are registered in 156 UNRWA facilities across Gaza, of whom about one million are registered in 99 UNRWA shelters in the south. Another 191,000 IDPs are estimated to be staying in 124 public schools and hospitals, as well as in other venues such as wedding halls, offices, and community centres. The rest are hosted by families or out in on the open, near shelters. However, obtaining an accurate count is challenging, especially given difficulties in tracking IDPs staying with host families, movement of IDPs following evacuation orders since 1 December, and access restrictions.

- Due to the overcrowding and poor sanitary conditions at UNRWA shelters in the south, there have been significant increases in some communicable diseases and conditions such as diarrhea, acute respiratory infections, skin infections and hygiene-related conditions like lice. There are also initial reports of disease outbreaks, including potentially Hepatitis A.

- Concerns have been raised about vulnerable groups of people who are struggling with difficult shelter conditions. This includes people with disabilities;women who are pregnant, have recently given birth, or are breastfeeding; people who are recovering from injuries or surgeries; and those with compromised immune systems.

## Electricity

- Since 11 October, the Gaza Strip has been under an electricity blackout, after the Israeli authorities cut off the electricity supply, and fuel reserves for Gaza's sole power plant depleted. Depending on the availability of fuel, electricity is produced by generators, as well as by solar panels. For more information on electricity supply to the Gaza strip, please see this dashboard.

- Health care, including attacks (Gaza Strip)



- Between 4 and 5 December, two series of airstrikes hit the vicinity of Kamal Adwan Hospital in Jabalia, resulting in an unknown number of casualties; ground battles between Israeli forces and Palestinian armed groups have been ongoing nearby. Over 10,000 IDPs have been sheltering inside and around the hospital and are unable to leave due to the fighting. Media reports indicate that corpses have been accumulating inside the facility without possibility of burial.

- On 5 December, at about 11:30, a number of people were injured, including a paramedic, when two Palestine Red Crescent Society (PRCS) ambulances transporting people injured and killed south of Deir al Balah were hit.

- Hospitals in the south are barely able to cope with the influx of injuries including two hospitals which Médecins Sans Frontières (MSF) supports – Al Aqsa and An Nasser. This challenge is compounded the MSF's suspension of support to two medical clinics located in areas under evacuation orders. MSF reported that, on 3 and 4 December, more than 100 fatalities and 400 injuries arrived at Al Aqsa hospital. To address this surge, a temporary wound dressing unit has been set up to provide wound management to patients with chronic wounds or injuries.

- The 12 hospitals in the south are partially functional. At present, the bed capacity across Gaza is 1,400, down from 3,500 beds prior to the hostilities. This decline comes amid a surge in those seeking treatment. Only one of the currently functional hospitals has the capacity to treat critical trauma cases or perform complex surgery, according to WHO.

## Water and sanitation (Gaza Strip)

- Grave concerns about waterborne diseases due to water consumption from unsafe sources persist, particularly in the north where the water desalination plant and the pipeline from Israel was shut down. There has been almost no improvement in the access of residents in the north to water for drinking and domestic purposes for weeks.

- UNRWA continues to operate nine water wells pumping about 10,000 cubic metres a day to provide potable and domestic water supply in shelters across Gaza. Potable water trucking operations to the shelters in Rafah and Khan Younis areas continue despite the dangerous conditions. Additionally, shelters in Rafah started receiving potable water through tankers from the Coastal Municipalities Water Utility.

- Solid waste collection from the camps, shelters and transfer to landfills continued in the Middle Area, Khan Younis and Rafah. About 45 loadings were transferred to temporary dumping sites on 3 December. There is an urgent need for additional sanitation trucks and vehicles.

## Hostilities and casualties (Israel)

- The indiscriminate rocket fire by Palestinian armed groups from Gaza towards Israel intensified on 5 December; no fatalities were reported. Over 1,200 Israelis and foreign nationals have been killed in Israel, according to the Israeli authorities, the vast majority on 7 October.

- During the humanitarian pause (24-30 November), 86 Israeli and 24 foreign national hostages were released. It is estimated that about 138 people remain captive in Gaza, including Israelis and foreign nationals, according to Israeli sources. Before the pause, four civilian hostages had been released by Hamas, one Israeli soldier had been rescued by Israeli forces, and three bodies of hostages had reportedly been retrieved by Israeli forces.

## Violence and casualties (in and around the West Bank)

- On 4 December, two Palestinian men were shot and killed by Israeli forces in Sa'ir (Hebron) next to their homes; no confrontations were reported at the time of the shooting. On 5 December, Israeli forces shot in the head and killed a Palestinian man after breaking into his apartment in Qalandiya refugee camp (Jerusalem) during a search and arrest operation.

- Since 7 October, 249 Palestinians, including 65 children, have been killed in the West Bank, including East Jerusalem. Additionally, two Palestinians from the West Bank were killed while carrying out an attack in Israel on 30 November. Of those killed in the West Bank, 239 have been killed by Israeli forces, eight by Israeli settlers and another two have been killed either by forces or settlers. The eight-week toll represents more than half of all Palestinians killed in the West Bank this year. Already, 2023 is the deadliest year for Palestinians in the West Bank since OCHA began recording casualties in 2005.

- Since 7 October, four Israelis, including three members of Israeli forces, have been killed in attacks by Palestinians in the West Bank, including East Jerusalem. An additional four were killed in West Jerusalem in a Palestinian attack (one of whom was killed by Israeli forces who misidentified him).

- Two-thirds of the Palestinian fatalities in the West Bank since 7 October have occurred during search-and-arrest and other operations carried out by Israeli forces, including some – mainly in Jenin and Tulkarm governorates – involving exchanges of fire with Palestinians. More than half of the fatalities were reported in operations that did not involve armed clashes.

- Since 7 October, Israeli forces have injured 3,325 Palestinians, including at least 528 children; 45 per cent of them in the context of demonstrations and 46 per cent in the context of search-and-arrest and other operations. An additional 84 Palestinians have been injured by settlers and 18 others either by Israeli forces or settlers. Some 33 per cent of those injuries have been caused with live ammunition, compared with 9 per cent in the first nine months of 2023.

## Settler Violence

- On 4 December, armed assailants who are known by Palestinian residents to be settlers but were wearing Israeli military uniforms, raided the community of Khirbet Zanuta (Hebron); they demolished one residential structure, two animal structures, and partially destroyed the walls of a classroom of the school in the community.

- Since 7 October, OCHA has recorded 318 settler attacks against Palestinians, resulting in Palestinian casualties (35 incidents), damage to Palestinian-owned property (241 incidents), or both casualties and damage to property (42 incidents). The weekly average of such incidents during this period stands at 39, compared with 21 incidents between 1 January and 6 October 2023. However, the number of incidents since 7 October has gradually declined from 80 incidents in the first week (7-14 October) to 18 incidents in the last (27 November - 3 December). One-third of these incidents included firearms, including shootings and threats of shootings. In nearly half of all recorded incidents, Israeli forces were either accompanying or reportedly seen as supporting the attackers.

## Displacement (West Bank)

- Since 7 October, at least 143 Palestinian households comprising 1,014 people, including 388 children, have been displaced amid settler violence and access restrictions. The displaced households are from 15 herding/Bedouin communities.

- On 2 December, Israeli forces sealed off on punitive grounds the homes of two brothers from Sur Bahir, in East Jerusalem, accused of killing three Israelis in West Jerusalem, on 30 November. As a result, two households comprising of five people, including two women and three children, were displaced.

- Additionally, 283 Palestinians, including 149 children, have been displaced since 7 October following demolitions in Area C and East Jerusalem, due to lack of Israeli issued building-permits; and 63 Palestinians, including 31 children, have been displaced following punitive demolitions.



Case 4:23-cv-05829-JSW Document 44-9 Filed 12/22/23 Page 85 of 271

## Funding

- As of 4 December, Member States have disbursed US$377.1 million against the [updated Flash Appeal](#) launched by the UN and its partners to implement its response plan in support of 2.2 million people in the Gaza Strip and 500,000 in the West Bank. This constitutes about 31 per cent of the $1.2 billion requested. Private donations are collected through the [Humanitarian Fund](#).

# HUMANITARIAN NEEDS AND RESPONSES: 27 November – 3 December

## Health

During the reporting period, Cluster partners have carried out the following activities across Gaza:

- Some 150 mobile medical teams provided primary health-care services to IDPs. Partners are working to increase the number of mobile teams to cover more shelters;

- About 40,000 primary healthcare consultations were conducted daily through fixed and mobile services, including shelters in the north;

- Some 600 individual clean delivery kits were distributed to 13 shelters north of Gaza;

- Some 10,000 hygiene kits were distributed to IDPs in shelters in the north;

- A daily average of 500 post-natal care and high-risk pregnancy consultations were conducted;

- Cash assistance was provided to 455 patients with non-communicable diseases in the north to procure medications;

- Mental health and psycho-social support services were delivered to about 11,000 people through mobile health teams;

During the humanitarian pause, coordination of movement of health partners and medical supplies, especially to the north was complex. Insecurity in Gaza has forced partners to stop operations and/or prevented them from reaching certain locations, especially the north. Lack of fuel, and other essential supplies continues to pose major challenges for partners' response. Displacement of partners, their staff and families also continue to affect operational capacity. Overcrowding in the shelters is complicating the delivery of health services and increasing the risk of communicable diseases, including outbreak-prone diseases.

## Protection

Risk education, conflict preparedness, explosive ordinance assessment and ultimately mine disposal remain key priorities. During the reporting period, cluster partners dessiminated text messages on Explosive Ordnance Risk Education (EORE) and Conflict Preparedness( CPP) to more than 1 million people. More than 11,100 children and adults IDPs in shelters participated in 227 EORE sessions, and 900 EORE/ CPP posters, including safety messages were distributed by Humanity and Inclusion (HI), an international NGO, in the southern governorates. The United Nations Mine Service (UNMAS) delivered two short training for trainers' sessions on EORE to 100 UNRWA protection focal points in Khan Younis and Rafah – who will then train people in UNRWAs southern shelters. NPAs Social media campaign reached over 2 million people (52 per cent in Gaza, 48 per cent in the West Bank) and another campaign organized by UNMAS/ Mine Action Group (MAG) reached 1.2 million in Gaza and 980k in WB). A scale up on all fronts is urgently needed. Access constraints and communication challenges as well as shortage of material information supplies suitable for different groups including children remain challenging.



An explosive threat assessment (ETA) was conducted at an UNRWA Health Centre in Al Bureij. The centre was struck by several tank rounds impacting the southern and southwest walls, causing extensive damage inside.. A second ETA was conducted at two schools/shelters in Nuseirat that were hit twice in November.

UNMAS accompanied aid missions to Gaza city and conducted an ETA at UNRWA Field Office in Gaza. The compound perimeter walls were damaged by airstrikes hitting surrounding areas. There was also fire damage and evidence of looting. Much of the damage is assessed to be quickly repairable.

'Humanity and Inclusion' teams assessed 98 UN and non-UN shelters in the south and conducted 67 recreational activities providing psychosocial support to more than 28,800 people. 'Stars of Hope,' an INGO, issued position papers on the complex impact and challenges facing persons with disabilities in Gaza.

UNICEF is signing an agreement with SOS Children's Village International for the referral of unaccompanied and separated children to specialized services. Since 7 October, SOS has been hosting 75 children, and it has capacity to host another 15 children. Once non-food items are delivered, hosting capacity will increase to an additional 40 places for children 3 years and above. UNRWA and UNICEF are preparing a referral mechanism for unaccompanied and separated children. UNRWA Protection is also coordinating with Terres des Hommes, another NGO, on the provision of psychological first aid, individual counselling and referral support to the Gaza Community Mental Health Programme, including provision of medications for UNRWA's shelters.

## Food security

Food assistance response during the reporting period has included the following:

- • UNRWA distributed flour to 23,384 families in the south. Flour continued to be prioritised for distribution in the north as part of the humanitarian convoys that took place during the ongoing humanitarian pause.

- • UN agencies and the Palestine Red Crescent Society provided ready-to-eat food, including 7.6 metric tons of high-energy biscuits distributed by WFP, covering the minimal daily food intake for 23,616 people at UNRWA shelters in Jabalia.

- • Since the start of the humanitarian pause, WFP reached 121,000 people in shelters and host communities with bread, food parcels, and e-vouchers. WFP is partnering with Global Communities to distribute food parcels to IDPs in host communities. WFP also started distributing hot meals in coordination with local partners, reaching around 6,000 people over two days.

- • Secure Islamique France distributed baskets to 3,000 people in Khan Younis.

- • ANERA continues buying fresh meat and fish from poor farmers, cooking and distributing hot meals (meat and rice or fish and rice), reaching 460,000 people.

- • PUI distributed food baskets to 3,000 IDPs in Khan Younis and the Middle area in public shelters, as well as to cancer patients and their families in Al Salam Hospital. PARC distributed 500 vegetable baskets to IDPs in host communities in Khan Younis and the Middle Area.

- • IHH is distributing 5,000 cooked meals and 500 daily bread bundles on a daily basis and plans to distribute ready-to-eat (RTE) food to 30,000 families staying in UN and non-UN shelters in different locations.

- • Oxfam, in partnership with ESDC, is distributing fresh vegetable parcels and food. The parcels include tomatoes, eggplant, and cucumbers, which could be changed according to the availability of vegetables.

- • In partnership with PARC, UPA continues distributing fresh vegetable baskets, reaching around 5,000 people.

- • PARC will distribute 251 E-Vouchers through FSS's emergency response and 231 E-Vouchers.

- • Middle East Children's Alliance targets providing food parcels to 20,000 people staying with host families in the Khan Younis area.

## Nutrition

The Nutrition cluster was officially activated on 9 November. UNICEF is leading the cluster, which currently has 27 partners. The cluster monitors the nutrition situation in Gaza and supports partners to scale up aid for mothers and children through preventive and curative interventions.

During the reporting period, the following nutrition responses were undertaken:

- UNICEF delivered anaemia treatment for more than 33,300 pregnant and breastfeeding women; High Energy Biscuits for 15,000 children (6-23 months); micronutrients supplementation for 16,000 children (24-59 months); and 2,400 pregnant and breastfeeding women.

- Vitamin A and Zink supplementation were provided to more than 260,000 children (6-59 months).

- WFP delivered 8,420 cartons of High Energy Biscuits that benefitted 105,830 people in need.

## Shelter and Non-Food Items (NFI)

During the reporting period, it is observed that there is still a significant shortage of basic shelter materials, which includes supplying tents, tarpaulines, and plastic sheeting for protection during rainy days, particularly for people living outside the shelters. Shelter partners distributed the following items to IDPs:

- 16,500 winter clothing kits.

- 3,800 kitchen kits.

- 7,500 blankets and mattresses.

- 4,400 washing kits.

- 300 sealing-off kits for winterization.

Due to limited supplies, shelter partners were only able to cover less than 10 per cent of the overall Shelter/NFIs needs. There is still a major gap in shelter winterization materials and essential NFIs, including sealing off kits for damaged houses; a high shortage in bedding sets, including mattresses and blankets to cover the needs of the IDPs in various settings, including UNRWA shelters, as well as winterized tents to protect homeless IDPs from harsh weather condition.

## Education

Since 7 October, nine Education Cluster partners have reached 50,726 students and teachers. The main deliverables included emergency learning and recreational supplies (26,833 people reached), psychosocial support (31,318 reached), and recreational activities (49,726 reached). The response has been focusing on Khan Younis, Rafah, and the Middle Area governorates, as North Gaza and Gaza governorates are inaccessible.

## Multi-Purpose Cash assistance (MPCA)

Since the beginning of the hostilities, 66,870 households (including roughly 449,000 people) received Emergency MPCA. Cash out rates across the response stand at 70-75 per cent but have been declining slightly over the past few days. While distribution is delivered across the Gaza strip, the vast majority is now concentrated in the south.

Formal market actors, such as supermarkets and retailers are largely depleted and facing major challenges in re-stocking and operating. However, informal markets, such as vendors, minimarts, carts and stalls, reportedly turned into the main source for goods. Information is still unclear on whether shops and markets actors were able to restock during the pause.

Post distribution monitoring data from recipients of cash assistance point to food, water, medicines, hygiene products, and clothing as the top expenditures reported. About 81 per cent of respondents reported that unrestricted cash helped them accessing needed goods and services, either fully or partially. Over 95 per cent reported unrestricted cash as their preference for future assistance.

## Logistics

The Logistics Cluster developed and disseminated a new online reporting form to collect information regarding incoming supplies as well as the current stock levels in Egypt and other countries. The form was shared with 34 organisations that are part of the Logistics Cluster and other Clusters and is an ongoing project to be updated on a weekly basis.

On 22 November, 21 mobile storage units (MSUs) arrived in Al Arish, Egypt. The MSUs will be installed, in Egypt to augment the Egyptian Red Crescent's (ERC) warehousing capacity, and 11 will be delivered to Gaza to expand the storage capacity in key locations. An additional three MSUs were already delivered to Gaza and are in the process of being installed. The latter MSUs will provide an additional 960 m2 of storage capacity. To further support partners inside Gaza, an International NGO will support with providing access to their storage capacity through the Logistics Cluster to receive I/NGOs' cargo on behalf of the wider humanitarian community.

## Emergency Telecommunications

The Emergency Telecommunications Cluster (ETC) continues to coordinate a collective approach among partners for the importation of telecommunications equipment into Gaza. On 3 December, the ETC team, UNDSS, the NGO Help, and UNOCHA met with the Israeli Coordinator of Government Activities in the Territories (COGAT) to discuss the list of technical equipment and solutions submitted for importation into Gaza— to install an independent connectivity and security communications services for humanitarian responders. Following the feedback received from COGAT, the team is developing a revised detailed proposal containing the consolidated description of all equipment and solutions required to operate in Gaza. On 3 December, COGAT also authorized the team to purchase 20 satellite phones from a local service provider and import into Gaza for use by humanitarian responders. The ETC alerted COGAT of the ongoing limited internet connectivity for humanitarian responders, while UNOCHA raised the issue of limited fuel access for Mobile Network Operators—to power telecommunications towers.

## Water, Sanitation and Hygiene (WASH)

N/A

Protection against sexual abuse and exploitation (PSEA) remains a cross-cutting priority for all clusters. The SAWA helpline, reachable at 121 and through WhatsApp at +972 59-4040121 (East Jerusalem at 1-800-500-121), operates 24/7. This toll-free number is widely disseminated across all areas of intervention to report cases of SEA and to facilitate emergency counselling and referrals for affected communities to access life-saving services. The PSEA Network monitors calls daily and will increase the number of counsellors if necessary.



\* Asterisks indicate that a figure, sentence, or section has been rectified, added, or retracted after the initial publication of this update.

# EXHIBIT A-15



the commissioner-general
المـفـوض الـعـام

7 December 2023

Dear Mr President,

I write pursuant to my responsibilities as Commissioner-General of the General Assembly-mandated United Nations Relief and Works Agency for Palestine Refugees in the Near East (UNRWA), at the darkest hour in the Agency's 75-year history.

I submit this letter fully cognizant that the United Nations (UN) Secretary-General has written to the President of the Security Council on December 6, invoking article 99 of the UN charter.

I must inform you that UNRWA's ability to implement its General Assembly mandate in Gaza is today severely limited with immediate and dire consequences for the UN humanitarian response and the lives of civilians in Gaza. The long-term implications for Palestine Refugees and prospects for a fair and lasting political solution are grave.

On 7 October, Hamas and other militants launched abhorrent attacks in Israel killing more than 1,200 people, among them children and women, and taking over 240 hostages.

By the end of that day, as details of Hamas' action became public, several thousand civilians in Gaza moved pre-emptively to UNRWA premises, fearing unprecedented conflict and seeking safety under the UN flag protected by the Convention on the Privileges and Immunities of the United Nations and by international humanitarian law.

Today, as a result of Israel's military operation, nearly 1.2 million civilians are sheltering in UNRWA premises. The Agency has become the primary platform for humanitarian assistance to over 2.2 million people in Gaza – a platform on the verge of collapse.

His Excellency
Mr Dennis Francis
President of the General Assembly
New York

the united nations relief and works agency for palestine refugees in the near east
sheikh jarrah | p.o.box 19149 | east jerusalem
t +972 2 589 0222 | f +972 2 589 0240 | www.unrwa.org

UNRWA is, as of today, still operational in Gaza, though just barely. Our staff are still operating health centers, managing shelters, and supporting traumatized people, some arriving carrying their dead children. We are still distributing food, even though the corridors and courtyards of our premises are too crowded to walk through. Our staff take their children to work so they know they are safe or can die together. More than 130 UNRWA staff are confirmed killed in bombardments, most with their families; the number might rise by the time you read this. At least 70% of UNRWA staff are displaced, and lack food, water and adequate shelter. We are hanging on by our fingertips. If UNRWA collapses, humanitarian assistance in Gaza will also collapse.

The humanitarian situation is now untenable. Conditions in Gaza were already appalling when I stayed overnight two weeks ago. I witnessed constant explosive munitions from sky, land and sea, and the massive destruction of civilian infrastructure.

This week, the Israeli military forces have instructed people to move further South, forcing Gaza's population into an ever-shrinking space. Shelters are shockingly overcrowded, with high risk of epidemic illness. In these overfull and unsanitary spaces, more than 700 people use a single toilet, women give birth (an average of 25 per day), and people nurse open wounds. Tens of thousands sleep in courtyards and streets. People burn plastic to stay warm. Nearly 90 UNRWA premises, including schools, have been hit or impacted by munitions, killing over 270 internally displaced people, many this week. In Gaza as a whole, over 16,000 people, two thirds of whom are women and children, are reported killed during bombardments. Large swathes of Gaza are destroyed and uninhabitable.

The premise of UNRWA's mandate – to provide services to Palestine Refugees until there is a political solution – is at great risk: without safe shelter and aid, civilians in Gaza risk death or will be forced to Egypt and beyond. Forced displacement out of Gaza may end prospects for the political solution that is intrinsic to UNRWA's mandate, with grave risks for regional peace and security. A forced displacement beyond Palestinian land, reminiscent of the 1948 Nakba, must be prevented.

In my 35 years working in complex emergencies, I have never written such a letter - predicting the killing of my staff and the collapse of the mandate I am expected to fulfill.

To prevent such an irreversible disaster, I urge you, as President of the General Assembly, and through you, Members States to take immediate action to (i) implement an immediate humanitarian ceasefire; (ii) enforce international law, including the protection of civilians and UN staff, as well as UN premises, hospitals and public buildings that provide safe shelter from attacks, disease, deprivation and indignity; and (iii) protect prospects for a political solution that is vital to peace, security and rights for Palestinians, Israelis and the region.

the united nations relief and works agency for palestine refugees in the near east
sheikh jarrah | p.o.box 19149 | east jerusalem
t +972 2 589 0222 | f +972 2 589 0240 | www.unrwa.org

Calling for an end to the decimation of Gaza and its people is not a denial of the atrocities of 7 October. It is the opposite. It is recognition of the equal rights of all people – recognition that is essential to the future of Palestinians and Israelis alike. Our response to the situation in Gaza today will mark the history of the General Assembly and of the UN.

I implore the General Assembly to take immediate action.

Please accept, Excellency, the assurances of my highest consideration.

Sincerely yours,

Philippe Lazzarini

the united nations relief and works agency for palestine refugees in the near east
sheikh jarrah | p.o.box 19149 | east jerusalem
t +972 2 589 0222 | f +972 2 589 0240 | www.unrwa.org

# EXHIBIT A-16

# Al-Nasr hospital: Infants found dead and decomposing in evacuated Gaza ICU. Here's what we know

cnn.com/2023/12/08/middleeast/babies-al-nasr-gaza-hospital-what-we-know-intl/index.html

Allegra Goodwin, Jomana Karadsheh, Abeer Salman, Florence Davey-Attlee, Mihir Melwani          December 8, 2023



The bodies of decomposing babies are seen on hospital beds inside the Al-Nasr hospital ICU ward in northern Gaza, in this screen grab taken from a video filmed by Al Mashhad reporter Mohamed Baalousha, reportedly on November 27. The image has been blurred due to its graphic nature.

Mohamed Baalousha/Al Mashhad
***Editor's Note:*** *The following story includes graphic material. Audience discretion is advised.*

*CNN* —

The scene inside the <u>Al-Nasr hospital</u> ICU ward is chilling. The tiny bodies of babies, several still attached to wires and tubes that were meant to keep them alive, decomposing in their hospital beds. Milk bottles and spare diapers still next to them on the sheets.

The video inside the hospital was filmed on November 27 by Mohamed Baalousha, a Gaza reporter for UAE-based news outlet Al Mashhad. He shared an unblurred version with CNN, which shows the remains of at least four infants.

Three of them appear to be still connected to hospital machines. The bodies of the babies appear to be darkening and disintegrating from decay, with little more than skeletons left in some of the beds. Flies and maggots are visibly crawling across the skin of one child.

The circumstances around one of the most horrifying videos to emerge from the war in Gaza remain unclear, but after days of piecing together available information, using interviews, published statements and video, a chaotic scene can been painted of hospital staff trying to protect their most vulnerable patients, caught in the middle of a raging battle – waiting for help that never arrived.

## Here is what CNN found

CNN geolocated the video to Al-Nasr hospital in northern Gaza. This area has been largely unreachable to journalists in recent weeks due to the intensity of fighting but during the seven-day truce Baalousha says he was able to access the hospital to film what was left there.

From early November, the Al-Nasr and Al-Rantisi children's hospitals, which form part of the same complex, had become the frontline of fighting between Israeli and Hamas forces.

In public statements and interviews, several medical staff and health officials from Al-Nasr said they had to hurriedly evacuate the hospital on November 10, under the direction of Israeli forces.

Medical staff described having to leave young children behind in the ICU because they had no means to safely move them.

A doctor associated with the hospital, who did not want to be named, told CNN that two of the children – a two-year-old and a nine-month-old baby – had died shortly before the evacuation but that three children were left alive still connected to respirators. One of those left alive was two months old. Several of the infants on the ICU had been suffering from genetic disorders, according to the doctor.

The condition of those left behind alive – both at the time the fighting reached the hospital and when the evacuation took place – remains unclear.

In a video on November 9, the head of Al-Nasr and Al-Rantisi pediatric hospitals, Dr. Mustafa al-Kahlout, said Al-Nasr hospital had been "struck twice" sustaining "a lot of damage."

Kahlout warned oxygen to the ICU "was cut off" and reported at least one patient had died as a result, with others facing the risk of death.

It's unclear whether oxygen cylinders, seen next to some of the beds in the video from the hospital, were functioning or whether supplies had run out.

"The situation is really bad, we are surrounded… ambulances cannot reach the hospital, and ambulances that tried to reach Al-Nasr were targeted," Kahlout said, calling on international organizations, including the International Committee of the Red Cross (ICRC), to intervene and save the medical staff and patients who remained in the ICU.

Video shared on social media on November 9, which CNN verified, was filmed from inside Al-Nasr hospital and appears to show the aftermath of the building being hit.

Another from November 10 showed an Israel Defense Forces (IDF) tank outside Al-Nasr, indicating the IDF was operating in the area. Another video from the same date showed civilians holding up makeshift white flags attempting to flee the hospital amid gunfire, then being forced to run back inside. It is not possible to tell from the video who is shooting.

Satellite imagery reviewed by CNN from November 11 shows large craters around the hospital complex, indicating the area had been under bombardment, making evacuation difficult.

But, in an <u>audio recording</u> of a conversation between a senior official at Al-Rantisi hospital and an officer from COGAT, which coordinates the Israeli government's activities in the Palestinian territories and Gaza, it appears Israeli forces instructed hospital patients and staff to evacuate.

In the recording, released by the IDF on November 11, the Israeli officer assures the hospital official that ambulances will be arranged.

The hospital official tells the COGAT officer that ambulances cannot reach the hospital, and the officer replies: "I'll arrange coordination with the primary aid center. Don't worry, I'm near the army, it will be okay."

"Will the ambulances take the patients and the medical staff?" the hospital official asks.

"No problem," the COGAT officer responds, in the recording.

The hospital official then confirms that the COGAT officer is aware that people will be evacuating both Al-Nasr and Al-Rantisi hospitals, and the COGAT officer says "yes, yes."

But hospital officials say the ambulances never arrived.

"Many of the patients were carried out by their families, ambulances couldn't reach the hospital," Kahlout said in a news conference on November 14, following the evacuation.

Three children were left in the ICU attached to hospital machines but without oxygen, Kahlout said.

In an underlined audio recording from November 10 released by Médecins Sans Frontières (MSF) a nurse who the organization said was volunteering in a personal capacity, said the hospital had been shelled, hitting multiple floors, water tanks, and electricity and oxygen stations.



Amnesty investigation claims US-made weapon used in two Israeli airstrikes in Gaza that killed 43 civilians

The nurse – who CNN is not identifying for security reasons – said Al-Nasr staff were given 30 minutes to evacuate by the IDF, adding no ambulances were able to reach the hospital.

"We walked out a little bit there was shooting around us," he said in the recording. Then he said someone from the IDF told him "I'll give you safe passage, you have from 1130am until 12 noon."

"So, we walked out with our hands up in the air carrying white flags and carrying families and children," the nurse said in the recording.

He said he managed to carry one baby with him as he escaped and handed it to an ambulance headed for the Al-Shifa hospital. But four children were left behind in the ICU according to the nurse, in a discrepancy from the number given by Kahlout.

"To leave my patient dying in front of my eyes is the hardest thing I have ever experienced, it's indescribable, they broke our hearts, we couldn't help them, we couldn't take them, we barely left ourselves with our children, we are civilians, we are a medical crew, we are displaced civilians," he said in the recording.

Over the past week, CNN has tried to speak to medical staff and hospital officials from Al-Nasr, but all have either said they are too afraid to speak or cannot be reached.

The director of Gaza's hospitals at the Hamas-controlled Ministry of Health, Dr. Mohammad Zaqout, told CNN that people in the hospital were forced to leave by the IDF.

"We were forced to leave them behind to die because we didn't have a safe medical evacuation… we informed them that these children were on beds and couldn't be evacuated. We held other children in our arms while being forced to evacuate," Zaqout said.

The IDF has strongly denied responsibility for the deaths of the children in Al-Nasr ICU. "Given that the IDF did not operate inside the Al-Nasr hospital, these allegations are not only false but also a perverse exploitation of innocent lives, used as tools to spread dangerous

misinformation," the IDF said in a statement to CNN.

Asked repeatedly by CNN why it hadn't provided ambulances for the evacuation, as the COGAT officer had promised in the recorded conversation with the hospital official, and if they were aware of the presence of children left in the ICU, as Zaqout alleged, the IDF did not directly respond.

During an online Q&A for journalists Saturday, IDF spokesman Doron Spielman dismissed the story as merely a "rumor."

"There were no premature babies that decomposed because of the IDF. There were probably no babies that decomposed whatsoever," Spielman said. "But Hamas is in charge of Nasr hospital, we are not occupying Nasr hospital."

Israel has repeatedly accused Hamas of using hospitals as command centers and even as places to hold hostages.

Zaqout denies the allegation and has repeatedly called for "neutral entities, human rights organizations, and media outlets to enter the hospitals and verify for themselves that they are used solely for civilian and humanitarian purposes."

CNN cannot independently confirm what state the children were in when they were left at the hospital. But Stefan Schmitt, a forensic scientist at Florida International University reviewed the video for CNN and said the level of decomposition of the infants was advanced.

Schmitt said he believed the room had not been disturbed since the children were left. "Those remains decomposed in situ, meaning they decomposed there on those beds," he said. "You can see that from the bodily fluids that have leaked out over the time of decomposition."

Schmitt also said one of the corpses appeared to be wrapped in fabric, possibly a shroud, noting there was no medical equipment attached to the body, suggesting the body may already have been dead or severely injured. The room appeared to have been abandoned in a hurry, Schmitt continued, noting the infant car seat and what appears to be a bag packed for one of the children next to its bed.

A statement from the Hamas-controlled Gaza Ministry of Health issued in response to the video of the babies' remains said Al-Nasr nursing staff were ordered to leave by the IDF, who told them the ICRC was coming to evacuate the patients.

"Instead, their decomposed bodies were found in their beds," reads the statement. "These babies drew their last breaths alone and died alone."

The ICRC told CNN it received "several requests" for evacuation from hospitals in the north of Gaza, but due to the "security situation" it was "not involved in any operations or evacuations, nor did teams commit to doing so." The ICRC added the footage of the deceased children was an "unspeakable tragedy."

*CNN's Gianluca Mezzofiore, Nic Robertson, Celine Alkhadi, Katie Polglase, Mostafa Salem and Sahar Akbarzai contributed to this report*

# EXHIBIT A-17

# HOSTILITIES IN THE GAZA STRIP AND ISRAEL - REPORTED IMPACT

8 December 2023 at 23:59

**DAY 63**

## OVERVIEW

The snapshot provides a comprehensive overview of the ongoing humanitarian crisis in Gaza as of 8 December 2023, including casualties, particularly among women and children.

Significant damage has been inflicted upon critical infrastructure and essential services, affecting people's ability to maintain their dignity and basic living standards.

This snapshot highlights reported figures on the impact of hostilities on people in Gaza, where a major humanitarian crisis has unfolded.



**17,487*** Fatalities
**46,480*** Injuries
**~1.93** million internally displaced (78% of Gaza)
**0** hours Full electricity blackout

*Sorces: Government Media Office, MoH*

## REPORTED CASUALTIES (Cumulative) as of 8 December 2023

### Palestinians*



Over **17,487** Reported fatalities *in addition to ~1,000 fatalities in Israel, including people involved in the 7 October attack*

~5,153 Women
~7,729 Children — **70%** of Reported fatalities

**Families with multiple fatalities**
**1,550**

*Sorces: Ministry of Health, Government Media Office*

Over **46,480** Reported injuries



### Israelis**

#### Israel

Over **1,200*** Reported fatalities

1,162 identified fatalities, including at least 33 children

~**5,400** Reported injuries

#### Gaza

**97** Reported fatalities    **NA** Reported injuries

138 hostages remain in Gaza (including soldiers and foreign nationals)

** According to Israeli media citing official sources
***The reported estimate, which includes foreign nationals, has been changed by the Israeli sources

## DAMAGE*

52,000+ Destroyed housing units
253,000+ Partially damaged housing units

- Over **60%** of Gaza's housing units reportedly destroyed or damaged
- **339** education facilities reportedly damaged
- **11** bakeries reportedly destroyed
- **26** hospitals and **56** health care centres out of service
- **56** ambulances damaged
- **20** WASH facilities damaged
- At least **3** churches and **104** mosques damaged

*Ministry of Public Works and Housing as of 3 Dec.*

## BASIC SERVICES AND LIVELIHOODS

### FOOD SECURITY

- Lack of food in the north is of increasing concern
- The situation is catastrophic and WFP stocks inside Gaza are running out
- The last functioning mill in Gaza was destroyed on 15 November

**4-6 hours** average waiting time to receive half of normal bread portion

### WATER AND SANITATION

- **Two** pipelines coming from Israel supply about 1,100 cubic metres per hour for the south and Middle area.
- **No Access** to clean water in the northern governorates. Fuel shortage impacts: 60 water wells, 2 desalination plants, sewage stations and pumps, wastewater treatment.

### HEALTH

- Hospitals are being under heavy strikes.
- The number of functioning hospitals has dropped from 36 to 18

**At high risk**
At least **1,000** kidney failure, >**2,000** cancer patients, **130** neonates in incubators

**Critical shortages**
of drugs, blood products and supplies
(Fuel at the hospitals is being severely rationed)

### EDUCATION

**625K (100%)** Students with no access to education
**Over 51%** of Gaza's education facilities have been hit

### INCOMING TRUCKLOADS


**500 trucks** including fuel pre-crisis average per working day in 2023


**3,159** trucks excluding fuel with humanitarian aid entered Gaza since 21 October.

### HUMANITARIAN OPERATION

- **132** UN staff killed:
  UNRWA: **132**; WHO: **1**
- At least **286** health workers killed
- **32** Civil Defence killed while on duty
- **81** Journalists killed

### MOVEMENT AND ACCESS

The two crossings with Israel remain closed since 7 October
Rafah crossing with Egypt is partially open. Prohibition of sea access and restrictions near Israel's perimeter fence.

Created: 8 December 2023
Feedback: ochaopt@un.org

Disclaimer: The UN has so far not been able to produce independent, comprehensive, and verified casualty figures; the current numbers have been provided by the Government Media Office in Gaza and the Israeli authorities and await further verification. Other yet-to-be verified figures are also sourced.

# EXHIBIT A-18



# WHO Director-General's opening remarks at the Special Session of the Executive Board on the health situation in the occupied Palestinian territory – 10 December 2023

10 December 2023

**Français**   **Русский**

Your Excellency Dr Hanan Mohamed Al Kuwari, Chair of the Executive Board,

Excellencies, dear colleagues and friends,

I think we all agree that this is a meeting we would rather not be having.

As I have said repeatedly, I deplore the barbaric and unjustifiable attacks by Hamas on Israel on the 7th of October, which killed more than 1200 people.

I am appalled by reports of gender-based violence during the attacks, and by the mistreatment of hostages.

I am relieved that 114 hostages have now been released, and I repeat my call for the remaining hostages to be released.

I well understand the anger, grief and fear of the Israeli people following the horrific attacks two months ago.

I also understand the anger, grief and fear of the people of Gaza, who had already suffered through 16 years of blockade, and are now enduring the destruction of their families, their homes, their communities and the life they knew.

Dr Mike Ryan and his team will provide a more detailed presentation on the health situation in Gaza, but it is stating the obvious to say that the impact of the conflict on health is catastrophic.

More than 17 000 people are reported to have died in Gaza, including 7000 children – and we don't know how many are buried under the rubble of their homes.

More than 46 000 injuries have been reported.

1.9 million people have been displaced – almost the entire population of the Gaza strip – and are looking for shelter anywhere they can find it. But nowhere and no-one is safe in Gaza.

As more and more people move to a smaller and smaller area, overcrowding, combined with the lack of adequate food, water, shelter and sanitation, are creating the ideal conditions for disease to spread.

On average, there is one shower unit for every 700 people, and one toilet for every 150 people.

There are worrying signals of epidemic diseases including bloody diarrhoea and jaundice, and there have also been reports of high levels of diarrhoeal diseases and respiratory infections.

The risk is expected to worsen with the deteriorating situation and approaching winter conditions.

Gaza's health system is on its knees and collapsing.

Only 14 hospitals out of the original 36 are even partially functional, 2 north of the Wadi Gaza and 12 in the south.

Only 1400 beds are available out of an original 3500, while about two-thirds of primary health care centres are non-functional.

The two major hospitals in southern Gaza are operating at three times their bed capacity, running out of supplies and sheltering thousands of displaced people.

Meanwhile, more than 180 women give birth in Gaza every single day.

There are 2000 patients on cancer therapy;

350 000 patients with diabetes, heart disease and hypertension;

And at least 20 000 civilians in need of acute psychiatric care, and many more are expected to suffer from severe mental disorders as a result of the conflict.

I visited Al-Shifa hospital in Gaza City five years ago, in 2018. I toured a dialysis ward and a neonatal intensive care unit, and spoke with health workers and patients.

Even then, conditions were extremely difficult for health workers, and for patients.

Now the work of the health workers is impossible, and they are directly in the firing line.

Since the 7th of October, WHO has verified more than 449 attacks on health care in Gaza and the West Bank, and 60 attacks on health care in Israel. Health care should never be a target.

I also grieve the loss of more than 100 of our UN colleagues in Gaza, including our own Dima Alhaj, who was killed alongside her six-month old son, her husband and her two brothers.

In summary, health needs have increased dramatically, and the capacity of the health system has been reduced to one third of what it was.

WHO is on the ground in Gaza, alongside our partners, to support health workers, who are physically and mentally exhausted and are doing their best in unimaginable conditions.

By the way, today I have our colleague Rob Holden with us, who just returned from Gaza, and our Regional Director Dr Ahmed Al-Mandhari and his team are with us for any questions you have. They can give you the first-hand situation.

Resupplying these health facilities has become extremely difficult and is deeply compromised by the security situation on the ground and inadequate resupply from outside Gaza.

Humanitarian agencies are struggling to cope.

The resolution you are discussing today, if adopted, asks me as Director-General to do several things:

To report on the public health implications of the crisis;

To assess the extent of psychiatric morbidity;

To strengthen technical and material assistance;

And to strengthen our work with partners.

But I must be frank with you: these tasks are almost impossible in the current circumstances.

Indeed, it is for that reason that the Secretary-General last week invoked Article 99 of the United Nations Charter, and called for a humanitarian ceasefire.

I echo the Secretary-General's call – a call I have made repeatedly myself, including during my report to the Security Council two weeks ago. A ceasefire is the only way to truly protect and promote the health of the people of Gaza.

I deeply regret that the Security Council was unable to adopt a resolution on such a ceasefire last Friday.

I know that negotiations on the resolution for this meeting have been difficult, but I very much appreciate the spirit of cooperation and compromise you have demonstrated, and I welcome your commitment to finding consensus.

It is only through dialogue, mutual understanding and finding common ground that we can ever hope to find a resolution to this crisis, and to the many other crises in our troubled world.

This year is our 75th year as WHO. The opening words of our constitution remain more relevant than ever: that health is a fundamental human right for all people, and that health is fundamental to peace and security.

I urge you to use this moment to fulfil that vision, recognising as our founders did in 1948 that there is no health without peace, and no peace without health.

I hope you will use health as a bridge to peace.

Thank you very much, and Chair, back to you.

# EXHIBIT A-19



A 6-year-old displaced boy in southern Gaza, where heavy rains have worsened the already dreadful living conditions of people staying outdoors, adding to the risk of waterborne diseases. Photo by UNICEF/El-Baba, 6 December 2023

OPT HOME

# Hostilities in the Gaza Strip and Israel | Flash Update #68

 

*13 Dec 2023*

## Key points

- Heavy Israeli bombardments from air, land, and sea across Gaza continued on 13 December, especially in Jabalya, in the northern Gaza Strip. According to the Ministry of Health (MoH) in Gaza, between the afternoons of 12 and 13 December, at least 196 Palestinians were killed and another 499 were injured in Gaza. Since 7 October, MoH has reported on at least 18,608 fatalities and about 50,594 injuries. About 70 per cent of the total fatalities are said to be women and children. Many more people are missing, presumably buried under the rubble, waiting for rescue or recovery.

- Additionally, intense ground operations and fighting between Israeli forces and Palestinian armed groups continued, especially in An Nuseirat Refugee Camp in the Middle Area. According to the Israeli military, ten Israeli soldiers, including several senior officers were killed overnight, bringing the total number of Israeli soldiers who have been killed in Gaza since the start of the ground operations to 115, with 619 injured. The firing of rockets by Palestinian armed groups into Israel has also continued.

- On 13 December, for the second consecutive day, Israeli troops, accompanied by tanks, raided Kamal Adwan Hospital, in Beit Lahiya, north of Gaza city, with reports of mass arrests and ill-treatment of people who they have detained. On 13 December, Israeli forces released five doctors and all the female staff from custody detained the previous day. The director of the hospital and about 70 other medical staff remain detained in an unknown location outside of the hospital. Reports from those released indicate that they were interrogated, beaten and exposed to the harsh weather, before they eventually returned to the hospital.

- WHO expressed its concern about the raid on Kamal Adwan Hospital. According to the MoH in Gaza, there are 65 patients including several needing intensive care, and 45 medical staff in the hospital. The hospital was operating at a minimal level due to acute shortages of fuel, water, food and medical supplies even before the raid. WHO called "for the protection of all people inside the hospital".

- On 13 December, an UNRWA school which was sheltering internally displaced persons (IDPs) in Jabalya Refugee Camp was hit, with casualties reported. The same school had been hit several times previously. On the same day, another school in Jabalya, which was also sheltering IDPs, was raided by Israeli forces with initial media reports and footage indicating IDP casualties.

- UNRWA is verifying recent reports of incidents at UNRWA facilities. Since 7 October, 156 incidents affecting UNRWA premises have been reported, including at least 12 cases of military use and/or interference at UNRWA premises.

- On 13 December, the Israeli military designated an additional area southwest of Khan Younis city, encompassing about 1.4 square kilometres, for immediate evacuation. This area was home to about 37,000 residents and an estimated 5,000 IDPs who took shelter in three designated emergency shelters in October 2023. Similar evacuations orders were issued in previous days for a large area east of Khan Younis. Collectively, these areas in the Khan Younis governorate encompass about 22 per cent of the Gaza Strip.

- Limited aid distributions continue to take place in Rafah governorate, where almost half of Gaza's population is now estimated to be residing. In the rest of the Gaza Strip, aid distribution has largely stopped, due to the intensity of hostilities and restrictions on movement along the main roads, except for limited fuel deliveries to key service providers and a high-risk mission on 9 December to Al Ahli hospital in Gaza city.

- On 13 December, for the second consecutive day, aid trucks were screened at the Israeli-controlled Kerem Shalom crossing, before being allowed to enter Gaza through the Rafah crossing. While this measure should help alleviate the delays in aid trucks entering Gaza, as screening is now conducted in two locations, humanitarian agencies report this is insufficient; they have been advocating for the complete re-opening of the Kerem Shalom crossing, which prior to 7 October was the main access point for goods entering and exiting the Gaza Strip. In a press briefing in Geneva on 13 December, the Humanitarian Coordinator reiterated that "without Kerem Shalom, we will never be able to properly deliver humanitarian assistance in Gaza." She further noted: "Israel, as the occupying power, is responsible to protect the Palestinian civilian population. This means they have to provide for basic needs. Allowing trucks to get to the border between Egypt and Gaza is insufficient. They need to ensure that the conditions inside of Gaza are also such that we will be able to provide assistance to everybody who is in need."

- On 13 December, as of 22:00, 152 trucks carrying humanitarian supplies, and four tankers of fuel entered Gaza from Egypt. This is above the daily volume recorded since the resumption of hostilities on 1 December but remains well below the daily average of 500 truckloads (including fuel and private sector goods) that entered every working day prior to 7 October.

- The ability of the UN to receive incoming aid is being significantly undermined by a shortage of trucks within Gaza; the continuing lack of fuel; telecommunications blackouts; and the increasing number of staff unable to reach the Rafah crossing safely, due to the intensity of hostilities. More aid and fuel are needed to enter Gaza, but equally, more capacity is needed in Gaza to handle incoming aid.

- On 13 December, 268 dual nationals were evacuated from Gaza to Egypt; no injured people evacuated. The total number of wounded Palestinians and other medical cases evacuated since October 7 represents only one per cent of the total Palestinians injured in hostilities. Over 400 evacuated, while more than 20 times more injured – some 8,000 of the estimated 50,000 - urgently need medical intervention.

- A new World Bank report warned of the severe impact that the current crisis is having on the Palestinian economy, stating that" the loss of life, speed and extent of damages to fixed assets and reduction in income flows across the Palestinian territories are unparalleled." The Gaza Strip operated at only 16 per cent of its productive capacity in October, while prices have increased on average by 12 per cent, due to demand for products that are increasingly difficult to find on the local market. Approximately 85 per cent of workers in Gaza have been unemployed since the hostilities started, with most of Gaza's 56,000 formal business establishments suspending operations, according to the World Bank. The West Bank economy has also been significantly affected, following Israel's decision to prohibit access to 200,000 workers who previously worked in Israel and the settlements. Prior to the conflict, the World Bank forecast 3.2 per cent real GDP growth for the Palestinian economy in 2023, which has now been revised to 3.7 per cent.

## Hostilities and casualties (Gaza Strip)

- The following are among the deadliest incidents reported between 14:00 on 12 December and 14:00 on 13 December:
  - At least eight Palestinians were reportedly killed, and several others were injured in a residential building that was hit in Ash Shabora area in Rafah.

  - At least nine Palestinians were reportedly killed in a residential building that was hit in Al Amal project, western Khan Younis.

- Additionally, on 11 December, an IDP sheltering in an UNRWA installation in Khan Younis was reportedly shot and killed. Since 7 October, 43 UNRWA installations have been directly hit and 60 installations have sustained collateral damage, according to UNRWA. Some 284 IDPs sheltering in UNRWA facilities have been killed and another 976 injured.

- According to Ministry of Education, as of 5 December, more than 3,477 students and 203 educational staff have been killed, more than 5,429 students and 507 teachers have been injured in the Gaza Strip. Some 342 school buildings sustained damage (over 69 per cent of all school buildings in Gaza). Of the 70 UNRWA-damaged schools, including at least 56 currently serving as shelters for IDPs during these hostilities. Several schools, including UNRWA schools, in the Gaza Stirp were directly hit by Israeli strikes or tank shell.

## Displacement (Gaza Strip)

- To date, nearly 30 per cent of the Gaza Strip (excluding the orders to evacuate the areas north of Wadi Gaza) have been marked for evacuation on the Israeli military's online map that was launched on 1 December. Residents' access to this information is impaired by recurrent interruptions in telecommunications and the lack of electricity.

- Following multiple orders by Israeli forces for Palestinians to evacuate, many IDPs are presently sheltering in southern Gaza. The two largest sites in the Rafah governorate, where thousands have relocated and erected makeshift structures and tents, are located in an under-construction hospital ('the Qatari field hospital') and the campus of the Al Quds Open University.

- Tens of thousands of IDPs, who have arrived in Rafah since 3 December, continue to face extremely overcrowded conditions both inside and outside shelters. Large crowds wait for hours around aid distribution centres, in desperate need of food, water, shelter, health, and protection. Without enough latrines, open-air defecation is prevalent, increasing concerns of further spread of disease, particularly during rains and related flooding. The heavy rains and flooding which affected large parts of Gaza on 13 December are compounding human misery and adding to the risk of waterborne diseases.

- As of 12 December, according to UNRWA, almost 1.9 million people in Gaza, or nearly 85 per cent of the population, are estimated to be internally displaced, many of them have been displaced multiple times.

- As of 11 December, nearly 1.3 million of these IDPs were registered in 155 UNRWA facilities across Gaza, including more than 1.1 million in 98 UNRWA shelters in the Middle Area, Khan Younis and Rafah governorates. Obtaining an accurate total is challenging, given the difficulties involved in tracking IDPs staying with host families, the renewed movement of IDPs following evacuation orders since 1 December, and the evacuation of five UNRWA shelters on the orders of the Israeli military in eastern Khan Younis on 6 December.

- Due to the overcrowding and poor sanitary conditions at UNRWA shelters in the south, there have been significant increases in some communicable diseases and conditions such as diarrhea, influenza, chicken pox, meningitis, jaundice, impetigo acute respiratory infections, skin infections and hygiene-related conditions like lice.

- On average, UNRWA shelters south of Wadi Gaza are sheltering nine times their intended IDP capacity.

## Electricity

- Since 11 October, the Gaza Strip has been under an electricity blackout, after the Israeli authorities cut off the electricity supply, and fuel reserves for Gaza's sole power plant were depleted. For more information on electricity supply to the Gaza strip, please see this [dashboard](#).

## Health care, including attacks (Gaza Strip)

- The Ministry of Health (MoH) in Gaza has announced that it has run out of vaccinations, leading to catastrophic health repercussions for children and the spread of diseases, especially among displaced people in overcrowded shelters. On 12 December, the MoH's spokesperson in Gaza said that the ministry had documented 360,000 cases of infectious diseases in shelters, noting that the actual number is believed to be higher.

- For the eighth consecutive day, Al Awda Hospital in Jabalya, northern Gaza, remains surrounded by Israeli troops and tanks, and fighting with armed Palestinian groups is reported in its vicinity. Reportedly, 250 doctors, patients, and their family members are trapped inside the hospital. On 9 December, two medical staff were reportedly killed while on duty inside the hospital, during clashes between Israeli forces and Palestinian armed groups.

- Currently, only 11 out of 36 hospitals in the Gaza Strip are partially functional and able to admit new patients, although services are limited. Only one of these hospitals is in the north, according to WHO. The two major hospitals in southern Gaza are operating at three times their bed capacity, while facing critical shortages of basic supplies and fuel. According to the MoH in Gaza, occupancy rates are now reaching 206 per cent in inpatient departments and 250 per cent in intensive care units. Additionally, these hospitals are providing shelter to thousands of IDPs.

- On 13 December, the vicinity of Nasser hospital in Khan Younis was repeatedly bombarded, impeding the access of dozens of casualties. This hospital is among the ten hospitals in the south which are still partially operational and are sheltering thousands of IDPs.

## Water, sanitation and hygiene (WASH)

- On 13 December, water, sanitation, and hygiene (WASH) partners reported an urgent need for pipelines and construction material. Stockpiles of material for the repairing of water pipelines systems are running low, and many of the pipelines have been damaged and are in need of repair. Inability to provide repairs could result in water being cut off from certain areas in the south of Gaza.

- On 13 December, heavy rains fell on Gaza, flooding many of the areas, worsening the struggle of displaced Palestinians amid the lack or limited capacity to manage sewage, particularly in IDP shelters, and the accumulation of solid waste in various locations. These factors, coupled with the absence of effective waste management, which have been attracting insects, mosquitoes, and rats, are significantly elevating the risk of spreading of disease, threatening both physical and mental wellbeing.

- On 13 December, WASH partners have also highlighted that due to overcrowded conditions, lack of toilets and sanitation services in shelters, people are forced to wait in line for hours to access toilets, and in other locations where IDPs are located and where no toilets are available at all have forced people to implement open air defecation, increasing concerns of disease spreading.

## Hostilities and casualties (Israel)

- The indiscriminate rocket fire by Palestinian armed groups from Gaza towards Israel continued on 12 December. Over 1,200 Israelis and foreign nationals have been killed in Israel, including 36 children, according to the Israeli authorities, the vast majority on 7 October.

- During the humanitarian pause (24-30 November), 86 Israeli and 24 foreign national hostages were released. On 13 December, reportedly, two additional hostages were declared as dead. It is estimated that about 133 people remain captive in Gaza, including Israelis and foreign nationals, according to Israeli sources. Before the pause, four civilian hostages had been released by Hamas, one Israeli soldier had been rescued by Israeli forces, and bodies of three hostages had reportedly been retrieved by Israeli forces.

## Violence and casualties (West Bank)

- On 13 December, no Palestinian fatalities were reported in the West Bank.

- Since 7 October, 271 Palestinians, including 69 children, have been killed in the West Bank, including East Jerusalem. Additionally, two Palestinians from the West Bank were killed while carrying out an attack in Israel on 30 November. Of those killed in the West Bank, 261 have been killed by Israeli forces, eight by Israeli settlers and another two either by forces or settlers. This toll represents more than half of all Palestinians killed in the West Bank this year. Already, 2023 is the deadliest year for Palestinians in the West Bank since OCHA began recording casualties in 2005.

- Since 7 October, four Israelis, including three members of the Israeli forces, have been killed in attacks by Palestinians in the West Bank, including East Jerusalem. An additional four Israelis were killed in an attack by Palestinians from the West Bank in West Jerusalem (one of the four was killed by Israeli forces who misidentified him).

- Two-thirds of the Palestinian fatalities in the West Bank since 7 October have occurred during search-and-arrest and other operations carried out by Israeli forces, including some – mainly in Jenin and Tulkarm governorates – involving exchanges of fire with Palestinians. More than half of the fatalities were reported in operations that did not involve armed clashes.

- Since 7 October, Israeli forces have injured 3,488 Palestinians, including at least 541 children; 45 per cent of them in the context of demonstrations and 46 per cent in the context of search-and-arrest and other operations. An additional 85 Palestinians have been injured by settlers and 18 others either by Israeli forces or settlers. Some 33 per cent of those injuries have been caused by live ammunition, compared with 9 per cent in the first nine months of 2023.

## Settler Violence

- Between 12 and 13 December, three settler attacks resulting in damage to Palestinian-owned property were reported. In two of the incidents, armed assailants who are known by Palestinians to be settlers but were wearing Israeli military uniforms, broke into the Palestinian community of Susiya in Hebron, where they reportedly stole agricultural equipment and water tanks. In another incident, Israeli settlers, reportedly from the newly established Israeli settlement outpost near Havat Ma'on, broke into Mantiqat Shi'b al Butum community in Masafer Yatta in southern Hebron Hills and stole water tanks and broke the windows of a Palestinian-owned vehicle.

- Since 7 October, OCHA has recorded 343 settler attacks against Palestinians, resulting in Palestinian casualties (35 incidents), damage to Palestinian-owned property (263 incidents), or both casualties and damage to property (45 incidents).

- The weekly average of incidents since 7 October stands at 38, compared with 21 incidents per week prior to 7 October (between 1 January and 6 October 2023). The number of incidents since 7 October has gradually declined from 80 incidents in the first week (7-14 October) to 21 incidents between 9 and 14 December. One-third of these incidents included firearms, including shootings and threats of shootings. In nearly half of all recorded incidents, Israeli forces were either accompanying or reportedly seen as supporting the attackers.

## Displacement (West Bank)

- Since 7 October, at least 143 Palestinian households comprising 1,026 people, including 396 children, have been displaced amid settler violence and access restrictions. The displaced households are from 15 herding/Bedouin communities. More than half of the displacements occurred on 12, 15, and 28 October, affecting seven communities.

- On 13 December, Israeli forces demolished a residential building comprising four apartments, for lacking an Israeli-issued building permit, in Ras Al A'mud, East Jerusalem. As a result, five Palestinian households, including two refugee families, comprising 29 people, including 14 children, were displaced.

- Also, since 7 October, 367 Palestinians, including 196 children, have been displaced following the demolition of their homes in Area C and East Jerusalem, due to lack of Israeli-issued building permits in Area C of the West Bank and East Jerusalem, which are almost impossible to obtain. The monthly average of displacement between 7 October and 7 December represents 27 per cent increase compared with the monthly average of displacement in the first nine months of the year.

- Another 68 Palestinians, including 34 children, have been displaced following the demolition of 16 homes on punitive grounds since 7 October. The same number of homes were punitively demolished in the first nine months of the year. The Human Rights Committee, in its review of the fourth periodic report of Israel, in 2014, concluded that punitive demolitions are a form of collective punishment and as such are illegal under international law.

- Another 269 Palestinians, including 121 children, have been displaced since 7 October following the destruction of 42 residential structures during other operations carried out by Israeli forces across the West Bank; 61 per cent of the displacement was reported in Jenin Refugee Camp, and 29 per cent in Nur Shams and Tulkarm Refugee Camps (both in Tulkarm).

## Funding

- As of 13 December, Member States have disbursed US$479 million against the updated Flash Appeal launched by the UN and its partners to implement its response plan in support of 2.2 million people in the Gaza Strip and

500,000 in the West Bank. This constitutes nearly 39 per cent of the $1.2 billion requested. Private donations are collected through the Humanitarian Fund.

# HUMANITARIAN NEEDS AND RESPONSES: 4 December – 10 December

## Health

UNRWA carried out the following health activities across Gaza between 7 and 9 December:

- Some 97 medical teams attended about 30,000 IDPs in UNRWA shelters.

- Some 10,700 medical consultations were provided at health centres daily.

- Some 18,208 patients received health care in eight UNRWA health centres in the middle and south areas of Gaza.

- Mental health and psycho-social support services (MHPSS) were delivered to about 2,000 people.

## Protection

- Explosive Ordnance Risk Education and Conflict Preparedness and Protection messages continue to be disseminated via available channels.

- UNMAS, Mines Advisory Group and NPA continue with social media campaigns and HI and UNMAS are planning SMS campaigns to educate the public and to mitigate Explosive Remnants of War risks.

- A total of 35 Child Protection Case Management actors attended remote training on Identification, Documentation, Tracing and Reunification of unaccompanied and separated children.

- Child protection partners reached 35,290 boys and girls and 13,780 women and men in the past 15 days with awareness raising messages regarding protection issues, MHPSS support, case management and winter clothing kits.

- Temporary alternative care shelter in Rafah has been arranged for unaccompanied children who are identified and registered. Hosting capacity for children will be arranged in phases, with 15 children accommodated in the first phase.

- Partners specializing in addressing gender-based violence continue to provide support to women and girls in the south. During the reporting period, partners distributed 17,000 menstrual health management (MHM) kits and 9,500 dignity kits to 26,500 women and girls of reproductive age in the south.

## Food security

Most food distribution focused on IDPs in UNRWA shelters, public shelters, and host families. Food security partners have provided the following responses during the reporting period:

- UNRWA distributed flour to about 160,000 people in the north of Gaza. In the south, flour distribution reached about 1,153,020 people.

- About 100,000 people received food parcels and about 130,000 people received hot meals in southern Gaza.

## Nutrition

Nutrition partners provided the following essential nutrition preventive and curative supplies during the reporting period to prevent malnutrition among children and mothers:

- UNICEF delivered Ready to Use Therapeutic Food (RUTF) for over 4,850 high-risk children with severe and moderate acute malnutrition.

- UNICEF delivered additional quantities of High Energy Biscuits (HEB) to 11,760 children under the age of five. To date, 24,000 children have received HEB since the start of the response on 9 November.

- WFP delivered medium-quantity lipid-based supplements to cover the needs of 57,500 pregnant-breastfeeding women and children under two years of age.

- Some 500 pregnant and breastfeeding women received iron-folate supplementation to prevent malnutrition.

## Water, Sanitation and Hygiene (WASH)

No updates were provided for the reporting period. Below are the updates for the period, 27 November to 4 December:

- Some 3,896 cubic metres of water, and 690 cubic metres of bottled water were distributed to displaced people.

- Two desalination plants were installed in two IDP centres in Khan Younis. During the ceasefire period, WASH actors increased their activities in IDP locations. However, fewer WASH supplies entered Gaza, and there were no new deliveries of storage tanks, jerry cans, or cleaning kits to Rafah. No latrines were built. A consignment of pipes and generators was refused entry over the ceasefire period. Fuel supply to WASH facilities, currently at 19,520 litres per day is at 35 per cent of the amount needed to operate water production, treatment and distribution, sewage treatment and storm water management.

## Shelter and Non-Food Items (NFI)

During the reporting period, a significant shortage of basic shelter materials was reported, which includes tents, tarpaulins, and plastic sheeting for protection during rainy days, particularly for people living outside shelters. Shelter partners distributed the following items to IDPs:

- 470 mattresses.

- 420 water jerrycans.

- 250 sleeping mats.

- 150 kitchen sets.

There is still a major gap in shelter winterization materials and essential NFIs, including sealing off kits for damaged houses; a high shortage in bedding sets, including mattresses and blankets to cover the needs of the IDPs in various settings, including UNRWA shelters, as well as winterized tents to protect IDPs in the open air.

## Education

Education Cluster's 10 partners currently active in the Gaza strip have reached 84,262 individual students and teachers since 7 October with provision of emergency learning and recreational supplies (52,653 reached), psychosocial support (64,854 reached), and recreational activities (83,262 reached), in Khan Younis, Rafah and Middle governorates.

The Gaza Education Cluster conducted an Observation Assessment between 25 to 27 November in the three Southern governorates to assess the level of damage of 41 schools and conduct a preliminary mapping of available space for setting up temporary learning spaces as well as the presence of teachers and personnel trained to carry out recreational activities at shelters. All assessed schools sustained some level of damage. The assessment report includes recommendations to the Ministry of Education and UNRWA, Education cluster partners, and for the education cluster

coordination team itself. Two task forces for the Gaza response were activated following this exercise, one on MHPSS and recreational activities and one on Continuity of Education. The assessment of school damage will continue if/when security allows.

## Multi-Purpose Cash assistance (MPCA)

**Needs:**

- Post-distribution monitoring data from recipients of cash assistance indicate that food, water, medicines, hygiene products, and clothing are the top expenditures reported.

- About 81 per cent of respondents reported that unrestricted cash helped them access needed goods and services, either fully or partially.

- Over 95 per cent reported unrestricted cash as their preference for future assistance.

**Response:**

- Since the beginning of hostilities, 66,870 households (including roughly 449,000 people) received Emergency MPCA.

- Cash out rates across the response stand at 70-75 per cent but have been declining slightly.

- While distribution has been provided across the Gaza Strip, the vast majority is now concentrated in the south.

- Formal market actors, such as supermarkets and retailers are largely depleted and face major challenges in re-stocking and operating. Therefore, informal markets, such as vendors, minimarts, carts, and stalls are reportedly the main source for goods.

## Logistics

- The Logistics Cluster launched common storage services in Gaza and Egypt.

- In Gaza, three warehouses, managed by a Logistics Cluster partner, are available for storage in Deir al Balah (495 square metres), Khan Yunis (170 square metres), and Rafah (70 square metres).

- The Logistics Cluster also facilitates transport from Rafah to the three warehouse locations in the Gaza Strip.

- In Port Said, Egypt, 800 pallet positions are available for common storage for the humanitarian community.

- Additionally, a cargo notification service in Rafah will support the access of partners' cargo into Gaza: details of the process in Standard Operating Procedures.

- The Logistics Cluster installed three Mobile Storage Units (MSUs) at the Rafah transshipment base to increase partners' offloading capacity in Rafah with an additional 960 square metres. Three more MSUs have been installed at the UNRWA base in Rafah to increase warehousing capacity.

- An additional eight MSUs will be installed in Gaza by the Logistics Cluster, pending assessment with partners regarding key locations. The IMPACCT Working Group (hosted at the Global Logistics Cluster) held a national workshop on the importation of humanitarian aid with relevant ministries, authorities, the Egyptian Red Crescent, UN and INGOs.

Emergency Telecommunications

- The Emergency Telecommunications Cluster (ETC) continues to coordinate a collective approach among partners for the importation of telecommunications equipment into Gaza.

- On 3 December, the ETC team, UNDSS, the NGO Help, and OCHA met with the Israeli Coordinator of Government Activities in the Territories (COGAT) to discuss the list of technical equipment submitted for importation into Gaza and install an independent connectivity and security communications services for humanitarian responders.

- On 3 December, COGAT authorized the team to import 20 satellite phones into Gaza for humanitarian responders.

Protection against sexual abuse and exploitation (PSEA) remains a cross-cutting priority for all clusters. The SAWA helpline, reachable at 121 and through WhatsApp at +972 59-4040121 (East Jerusalem at 1-800-500-121), operates 24/7. This toll-free number is widely disseminated across all areas of intervention to report cases of SEA and to facilitate emergency counselling and referrals for affected communities to access life-saving services. The PSEA Network monitors calls daily and will increase the number of counsellors if necessary.



* Asterisks indicate that a figure, sentence, or section has been rectified, added, or retracted after the initial publication of this update.

# EXHIBIT A-20



"These are all our memories, our entire lives. For over 50 years, we have been living here .... Now it's all gone; everything has turned into ashes." Screenshot from a video by UNRWA

OPT HOME

# Hostilities in the Gaza Strip and Israel | Flash Update #70

  

*15 Dec 2023*

## Key points

- Since about 17:45 on 14 December and as of midnight on 15 December, communication with the Gaza Strip has been severely disrupted due to the shutdown of telecommunication and internet services in the Middle Area and southern Gaza after damage was reported to the main telecommunications fibre lines in Khan Younis. Telecommunication and internet services in North Gaza has been also impacted. This marks the fifth blackout since 7 October. As a result, this Flash Update provides limited updated information about the humanitarian situation in Gaza over the past 24 hours.

- On 15 December, heavy Israeli bombardments from air, land, and sea across Gaza continued, with the most intense airstrikes reported in Khan Yunis and Rafah, along with naval shelling off the coast of Rafah. Since 14 December, the Ministry of Health (MoH) in Gaza has not updated its casualty figures. The latest reported figures as of 14 December afternoon stood at 18,787 Palestinians killed.arAbout 70 per cent are said to be women and children. About 50,5897 Palestinians have reportedly been injured. Many people are missing, presumably buried under the rubble, waiting for rescue or recovery.

- Additionally, intense ground operations and fighting between Israeli forces and Palestinian armed groups continued, especially in Khan Younis and Rafah in southern Gaza. According to the Israeli military, three Israeli soldiers were killed in Gaza on 15 December, bringing the total number 119 soldiers killed in Gaza since the start of the ground operations with 648 soldiers injured. The firing of rockets by Palestinian armed groups into Israel has also continued, reaching Jerusalem and surrounding areas, while a fall was reported near Ramallah in the West Bank.

- On 15 December, an airstrike struck a school sheltering Internally Displaced People (IDPs), in Khan Yunis, reportedly killing 12 Palestinians, and injuring dozens of others. Since 7 October, at least 288 IDPs sheltering in UNRWA shelters have been killed and at least 998 injured, according to UNRWA. A total of 342 school buildings have sustained damage (about 70 per cent of all school buildings in Gaza). Seventy of the schools damaged are UNRWA schools, with at least 56 serving as shelters for IDPs. Several schools, including UNRWA schools, have been directly hit by Israeli airstrikes or tank shells.

- On 15 December, two Palestinian journalists were injured from a missile fired from a drone in Khan Younis, with one dying of his wounds after paramedics were impeded from reaching him for hours, according to media reports Expressing its alarm at the unprecedented rate of journalists and media workers killed in Gaza since 7 October, the UN Human Rights Office (OHCHR) in the occupied Palestinian territory has verified the killing of 50 journalists and media workers, and received information that 30 more may have died, amounting to approximately six per cent of all those registered with the Journalists' Syndicate in Gaza.

- Since 3 December, tens of thousands of IDPs, who have arrived in Rafah, continue to face extremely overcrowded conditions both inside and outside shelters. With an estimated fourfold increase in population density, exceeding 12,000 per square kilometre, it is now the most densely populated area within the Gaza Strip.

- A new World Food Programme (WFP) rapid food security assessment reveals alarming trends in the food security situation in southern Gaza, with 44 per cent of assessed households facing very severe hunger. This is an increase from the 24 per cent recorded in the previous assessment undertaken during the humanitarian pause (24-30 November).

- On 15 December, as of 22:00, there are initial reports that 115 trucks carrying humanitarian supplies and four tankers of fuel have entered the Gaza Strip. This is well below the daily average of 500 truckloads (including fuel and private sector goods) that entered every working day prior to 7 October.

- On 14 December, 69 injured people and 543 dual nationals were evacuated from Gaza to Egypt. The total number of wounded Palestinians and other medical cases evacuated since 7 October represents one per cent of the reported injury toll. This corresponds to 500 people, while an additional 8,000 of the reported 50,500 injured are said to require immediate medical intervention.

- On 15 December, the Israeli Security Cabinet approved the re-opening of the Kerem Shalom crossing for the entry of humanitarian aid into Gaza. Since 13 December, aid trucks have been screened at the crossing, before being allowed to enter Gaza through Rafah crossing. Aid agencies have been advocating the complete re-opening of Kerem Shalom, which prior to 7 October was the main access point for both humanitarian and commercial goods entering and exiting Gaza. Welcoming the announcement, Under-Secretary-General for Humanitarian Affairs and Emergency Relief Coordinator, Martin Griffiths said the, "fast implementation of this agreement will increase the flow of aid. But what the people in Gaza need most is an end to this war."

## Hostilities and casualties (Gaza Strip)

- The following are among the deadliest incidents reported between 14:00 on 14 and 15 December:
  - On 14 December, at about 12:00, continuous Israeli forces shelling in the centre of Khan Younis, hit several locations including Osama Bin Zaid Mosque, Al Hoob market, and Jasser building killing at least 13 Palestinians and injuring many others.

  - On 14 December, at about 19:20, at least five Palestinians were reportedly killed when a house in Ash Shaboura Refugee Camp, in Rafah was hit.

- On 14 December, at about 11:10, an Israeli military drone reportedly killed two Palestinians in a school sheltering IDPs in Ad Darraj area, in Gaza city. According to the Ministry of Education (MoE), between 7 October and 5 December, more than 3,477 students and 203 educational staff were reportedly killed, and more than 5,429 students and 507 teachers injured.

## Displacement (Gaza Strip)

- Areas encompassing nearly 30 per cent of the Gaza Strip (excluding the orders to evacuate the areas north of Wadi Gaza) have been marked for evacuation on the Israeli military's online map that was launched on 1 December. Access to this information is impaired by recurrent interruptions in telecommunications and the lack of electricity.

- Obtaining an accurate total of the IDPs remains challenging, but as of 12 December, according to UNRWA, almost 1.9 million people in Gaza, or nearly 85 per cent of the population, are estimated to be internally displaced, including people who have been displaced multiple times.

- Nearly 1.3 million of these IDPs are registered in 155 UNRWA facilities across Gaza, including more than 1.2 million in 98 UNRWA shelters in the Middle Area, Khan Younis and Rafah governorates.

- The average number of IDPs in UNRWA shelters located in middle and southern areas is about 12,400 more than four times their capacity.

## Electricity

- Since 11 October, the Gaza Strip has been under an electricity blackout, after the Israeli authorities cut off the electricity supply, and fuel reserves for Gaza's sole power plant were depleted. For more information on electricity supply to the Gaza strip, please see this [dashboard](#).

## Health care, including attacks (Gaza Strip)

- Currently, only 11 out of 36 hospitals in the Gaza Strip are functional and able to admit new patients, although services are limited. Only one of these hospitals is in the north, according to WHO. The two major hospitals in southern Gaza are operating at three times their bed capacity, while facing critical shortages of basic supplies and fuel. According to the MoH in Gaza, occupancy rates are now reaching 206 per cent in inpatient departments and 250 per cent in intensive care units. Additionally, these hospitals are providing shelter to thousands of IDPs.

- On 14 December, an airstrike hit the vicinity of Al Ahli Hospital in the east of Gaza City, causing large damage in the hospital facilities with no reported casualties.

## Food security

- On 15 December, the World Food Programme (WFP), through its partners distributed 9,270 hot meals to IDP outside shelters and with host families and food parcels to IDPs in UNRWA shelters in three locations in Rafah and Deir Al Balah.

- Between 3 and 12 December, WFP conducted a [rapid food security assessment](#), following the significant deterioration of the food security situation in the south of Gaza, following the large influx of IDPs with the resumption of hostilities on 1 December. Very severe hunger levels were reported in 44 per cent of respondent households, compared with 24 per cent in a previous assessment conducted on 27-30 November. The proportion of IDP households reporting members going to sleep hungry at night increased from 34 per cent to half of all assessed households. The acute shortage of cooking gas has led to heavy dependence on firewood, wood residues, and waste burning, raising the risk of respiratory diseases. The food security situation in the northern governorates of Gaza is believed to be significantly worse.

## Hostilities and casualties (Israel)

- Over 1,200 Israelis and foreign nationals have been killed in Israel, including 36 children, according to the Israeli authorities, the vast majority on 7 October.

- During the humanitarian pause (24-30 November), 86 Israeli and 24 foreign national hostages were released. The Israeli authorities estimate that about 130 people remain captive in Gaza, including Israelis and foreign nationals. On 15 December, three hostages who are believed to have eluded their captors were mistakenly shot and killed by Israeli forces, according to Israeli officials.

## Violence and casualties (West Bank)

- On 15 December, Israeli forces killed a Palestinian man at Huwwara checkpoint (Nablus), following an alleged stabbing attack, according to the Israeli army. No Israeli casualties were reported.

- Since 7 October, 278 Palestinians, including 70 children, have been killed in the West Bank, including East Jerusalem. Additionally, two Palestinians from the West Bank were killed while carrying out an attack in Israel on 30 November. Of those killed in the West Bank, 268 have been killed by Israeli forces, eight by Israeli settlers and another two either by forces or settlers. This toll represents more than half of all Palestinians killed in the West Bank this year. With a total of 477 Palestinians killed in the West Bank, 2023 is the deadliest year for Palestinians in the West Bank since OCHA began recording casualties in 2005.

- Since 7 October, four Israelis, including three members of Israeli forces, have been killed in attacks by Palestinians in the West Bank, including East Jerusalem. An additional four Israelis were killed in an attack by Palestinians from the West Bank in West Jerusalem (one of the four was killed by Israeli forces who misidentified him).

- Two-thirds of the Palestinian fatalities in the West Bank since 7 October have occurred during search-and-arrest and other operations carried out by Israeli forces, including some – mainly in Jenin and Tulkarm governorates – involving exchanges of fire with Palestinians. More than half of the fatalities were reported in operations that did not involve armed clashes.

- Since 7 October, Israeli forces have injured 3,607 Palestinians, including at least 552 children; 45 per cent of them in the context of demonstrations and 46 per cent in the context of search-and-arrest and other operations. Another 85 Palestinians have been injured by settlers and 18 other Palestinians injured either by Israeli forces or settlers. Some 33 per cent of those injuries have been caused by live ammunition, compared with 9 per cent in the first nine months of 2023.

## Settler Violence

- Since 7 October, OCHA has recorded 344 Israeli settler attacks against Palestinians, resulting in Palestinian casualties (35 incidents), damage to Palestinian-owned property (264 incidents), or both casualties and damage to property (45 incidents).

- The weekly average of incidents since 7 October stands at 35, compared with 21 incidents per week between 1 January and 6 October 2023. The number of incidents since 7 October has declined from 80 incidents in the first week (7-14 October) to 21 incidents between 9 and 14 December. One-third of these incidents included firearms, including shootings and threats of shootings. In nearly half of all recorded incidents, Israeli forces were either accompanying or reportedly seen as supporting the attackers.

## Displacement (West Bank)

- Since 7 October, at least 189 Palestinian households comprising 1,257 people, including 582 children, have been displaced amid settler violence and access restrictions. The displaced households are from 15 herding/Bedouin communities. More than half of the displacements occurred on 12, 15, and 28 October, affecting seven communities.

- Also, since 7 October, 338 Palestinians, including 182 children, have been displaced following the demolition of their homes in Area C and East Jerusalem, due to lack of Israeli-issued building permits in Area C of the West Bank and East Jerusalem, which are almost impossible to obtain. The monthly average of displacement between 7 October and 7 December represents 27 per cent increase compared with the monthly average of displacement in the first nine months of the year.

- On 14 December, in Area B of 'Urif (Nablus), Israeli forces demolished, on punitive grounds, two residential buildings belonging to families whose members were accused of killing four Israeli settlers near Eli settlement in June 2023. As a result, three families comprising 18 people were displaced. Punitive demolitions are a form of collective punishment and are prohibited under international law.

- Another 68 Palestinians, including 34 children, have been displaced following the demolition of 16 homes on punitive grounds since 7 October. The same number of homes were punitively demolished in the first nine months of the year. The Human Rights Committee, in its review of the fourth periodic report of Israel, in 2014, concluded that punitive demolitions are a form of collective punishment and as such are illegal under international law.

- Another 269 Palestinians, including 121 children, have been displaced since 7 October following the destruction of 42 residential structures during other operations carried out by Israeli forces across the West Bank; 61 per cent of the displacement was reported in Jenin Refugee Camp, and 29 per cent in Nur Shams and Tulkarm Refugee Camps (both in Tulkarm).

### Funding

- As of 14 December, Member States have disbursed US$525 million against the updated Flash Appeal launched by the UN and its partners to implement its response plan in support of 2.2 million people in the Gaza Strip and 500,000 in the West Bank. This constitutes nearly 39 per cent of the $1.2 billion requested. Private donations are collected through the Humanitarian Fund.

## HUMANITARIAN NEEDS AND RESPONSES: 4 December – 10 December

### Health

UNRWA carried out the following health activities across Gaza between 7 and 9 December:

- Some 97 medical teams attended about 30,000 IDPs in UNRWA shelters.

- Some 10,700 medical consultations were provided at health centres daily.

- Some 18,208 patients received health care in eight UNRWA health centres in the middle and south areas of Gaza.

- Mental health and psycho-social support services (MHPSS) were delivered to about 2,000 people.

### Protection

- Explosive Ordnance Risk Education and Conflict Preparedness and Protection messages continue to be disseminated via available channels.

- UNMAS, Mines Advisory Group and NPA continue with social media campaigns and HI and UNMAS are planning SMS campaigns to educate the public and to mitigate Explosive Remnants of War risks.

- A total of 35 Child Protection Case Management actors attended remote training on Identification, Documentation, Tracing and Reunification of unaccompanied and separated children.

- Child protection partners reached 35,290 boys and girls and 13,780 women and men in the past 15 days with awareness raising messages regarding protection issues, MHPSS support, case management and winter clothing kits.

- Temporary alternative care shelter in Rafah has been arranged for unaccompanied children who are identified and registered. Hosting capacity for children will be arranged in phases, with 15 children accommodated in the first phase.

- Partners specializing in addressing gender-based violence continue to provide support to women and girls in the south. During the reporting period, partners distributed 17,000 menstrual health management (MHM) kits and 9,500 dignity kits to 26,500 women and girls of reproductive age in the south.

## Food security

Most food distribution focused on IDPs in UNRWA shelters, public shelters, and host families. Food security partners have provided the following responses during the reporting period:

- UNRWA distributed flour to about 160,000 people in the north of Gaza. In the south, flour distribution reached about 1,153,020 people.

- About 100,000 people received food parcels and about 130,000 people received hot meals in southern Gaza.

## Nutrition

Nutrition partners provided the following essential nutrition preventive and curative supplies during the reporting period to prevent malnutrition among children and mothers:

- UNICEF delivered Ready to Use Therapeutic Food (RUTF) for over 4,850 high-risk children with severe and moderate acute malnutrition.

- UNICEF delivered additional quantities of High Energy Biscuits (HEB) to 11,760 children under the age of five. To date, 24,000 children have received HEB since the start of the response on 9 November.

- WFP delivered medium-quantity lipid-based supplements to cover the needs of 57,500 pregnant-breastfeeding women and children under two years of age.

- Some 500 pregnant and breastfeeding women received iron-folate supplementation to prevent malnutrition.

## Water, Sanitation and Hygiene (WASH)

No updates were provided for the reporting period. Below are the updates for the period, 27 November to 4 December:

- Some 3,896 cubic metres of water, and 690 cubic metres of bottled water were distributed to displaced people.

- Two desalination plants were installed in two IDP centres in Khan Younis. During the ceasefire period, WASH actors increased their activities in IDP locations. However, fewer WASH supplies entered Gaza, and there were no new deliveries of storage tanks, jerry cans, or cleaning kits to Rafah. No latrines were built. A consignment of pipes and generators was refused entry over the ceasefire period. Fuel supply to WASH facilities, currently at 19,520 litres per

day is at 35 per cent of the amount needed to operate water production, treatment and distribution, sewage treatment and storm water management.

## Shelter and Non-Food Items (NFI)

During the reporting period, a significant shortage of basic shelter materials was reported, which includes tents, tarpaulins, and plastic sheeting for protection during rainy days, particularly for people living outside shelters. Shelter partners distributed the following items to IDPs:

- 470 mattresses.

- 420 water jerrycans.

- 250 sleeping mats.

- 150 kitchen sets.

There is still a major gap in shelter winterization materials and essential NFIs, including sealing off kits for damaged houses; a high shortage in bedding sets, including mattresses and blankets to cover the needs of the IDPs in various settings, including UNRWA shelters, as well as winterized tents to protect IDPs in the open air.

## Education

Education Cluster's 10 partners currently active in the Gaza strip have reached 84,262 individual students and teachers since 7 October with provision of emergency learning and recreational supplies (52,653 reached), psychosocial support (64,854 reached), and recreational activities (83,262 reached), in Khan Younis, Rafah and Middle governorates.

The Gaza Education Cluster conducted an Observation Assessment between 25 to 27 November in the three Southern governorates to assess the level of damage of 41 schools and conduct a preliminary mapping of available space for setting up temporary learning spaces as well as the presence of teachers and personnel trained to carry out recreational activities at shelters. All assessed schools sustained some level of damage. The assessment report includes recommendations to the Ministry of Education and UNRWA, Education cluster partners, and for the education cluster coordination team itself. Two task forces for the Gaza response were activated following this exercise, one on MHPSS and recreational activities and one on Continuity of Education. The assessment of school damage will continue if/when security allows.

## Multi-Purpose Cash assistance (MPCA)

**Needs:**

- Post-distribution monitoring data from recipients of cash assistance indicate that food, water, medicines, hygiene products, and clothing are the top expenditures reported.

- About 81 per cent of respondents reported that unrestricted cash helped them access needed goods and services, either fully or partially.

- Over 95 per cent reported unrestricted cash as their preference for future assistance.

**Response:**

- Since the beginning of hostilities, 66,870 households (including roughly 449,000 people) received Emergency MPCA.

- Cash out rates across the response stand at 70-75 per cent but have been declining slightly.

- While distribution has been provided across the Gaza Strip, the vast majority is now concentrated in the south.

- Formal market actors, such as supermarkets and retailers are largely depleted and face major challenges in re-stocking and operating. Therefore, informal markets, such as vendors, minimarts, carts, and stalls are reportedly the main source for goods.

## Logistics

- The Logistics Cluster launched common storage services in Gaza and Egypt.

- In Gaza, three warehouses, managed by a Logistics Cluster partner, are available for storage in Deir al Balah (495 square metres), Khan Yunis (170 square metres), and Rafah (70 square metres).

- The Logistics Cluster also facilitates transport from Rafah to the three warehouse locations in the Gaza Strip.

- In Port Said, Egypt, 800 pallet positions are available for common storage for the humanitarian community.

- Additionally, a cargo notification service in Rafah will support the access of partners' cargo into Gaza: details of the process in [Standard Operating Procedures](#).

- The Logistics Cluster installed three Mobile Storage Units (MSUs) at the Rafah transshipment base to increase partners' offloading capacity in Rafah with an additional 960 square metres. Three more MSUs have been installed at the UNRWA base in Rafah to increase warehousing capacity.

- An additional eight MSUs will be installed in Gaza by the Logistics Cluster, pending assessment with partners regarding key locations. The IMPACCT Working Group (hosted at the Global Logistics Cluster) held a national workshop on the importation of humanitarian aid with relevant ministries, authorities, the Egyptian Red Crescent, UN and INGOs.

## Emergency Telecommunications

- The Emergency Telecommunications Cluster (ETC) continues to coordinate a collective approach among partners for the importation of telecommunications equipment into Gaza.

- On 3 December, the ETC team, UNDSS, the NGO Help, and OCHA met with the Israeli Coordinator of Government Activities in the Territories (COGAT) to discuss the list of technical equipment submitted for importation into Gaza and install an independent connectivity and security communications services for humanitarian responders.

- On 3 December, COGAT authorized the team to import 20 satellite phones into Gaza for humanitarian responders.

Protection against sexual abuse and exploitation (PSEA) remains a cross-cutting priority for all clusters. The SAWA helpline, reachable at 121 and through WhatsApp at +972 59-4040121 (East Jerusalem at 1-800-500-121), operates 24/7. This toll-free number is widely disseminated across all areas of intervention to report cases of SEA and to facilitate emergency counselling and referrals for affected communities to access life-saving services. The PSEA Network monitors calls daily and will increase the number of counsellors if necessary.



The Gaza Strip prior to the current escalation

\* Asterisks indicate that a figure, sentence, or section has been rectified, added, or retracted after the initial publication of this update.

# EXHIBIT A-21





**UN Human Rights in Occupied Palestinian Territory**

Ramallah

16 December 2023

**Disturbing reports from the north of Gaza of mass detentions, ill-treatment and enforced disappearances of possibly thousands of Palestinians.**

OHCHR has received numerous disturbing reports from the north of Gaza of mass detentions, ill-treatment and enforced disappearance of possibly thousands of Palestinian men and boys, and a number of women and girls, at the hands of Israeli Defence Forces (IDF). Most were rounded up as they were attempting to move south or were taken during operations conducted on their homes, hospitals, schools and other places of refuge.

Reports claim that children as young as 12 and persons as old as 70 are among those detained. Most concerningly, there are numerous reports that many of those detained were subjected to serious ill-treatment, which in some instances may amount to torture. This includes allegations that many were forced to strip down to their underwear, were blindfolded and tightly handcuffed, and were filmed and photographed in deliberately humiliating positions prior to being transported, without their clothing and with little food or water, to unknown places of detention. Reports further allege that the IDF instructed remaining civilians, usually women and children, to move south before destroying their shelters, in many cases resulting in multiple displacements. Credible information has also been received that approximately 140 women and girls have been arbitrarily detained and are currently being detained in undisclosed locations.

Families of detainees have not been provided any information on the fate or location of their loved ones or any reasons for their detention – exacerbating their sense of anguish and fear.

The IDF claims that they have been detaining only "Hamas affiliated" Palestinians and that they have "good reasons" to be suspicious of <u>all</u> Palestinians who remain in the north of Gaza contrary to orders issued by the IDF that they relocate south – raising concerns of collective punishment.

OHCHR notes that Israel's instructions to civilians to relocate south in no way relieves Israel of its obligations under international humanitarian law. Tens of thousands of civilians remain in northern Gaza, and Israel retains its obligations to ensure that they are respected and protected. International humanitarian law requires that civilians are only detained for imperative security reasons. Torture and other ill-treatment, including outrages upon personal dignity, are strictly prohibited under international law, regardless of the status of the detainee.

Israel must take urgent steps to ensure that civilians are only detained according to law – and that all persons arrested or detained are treated humanely, with dignity, and with full respect for their due process rights. Israel must also implement measures to provide families of detained persons access to all available information on their fate and location. All instances of ill-treatment or torture of people arrested or detained must be fully and transparently investigated, and if found to have taken place, action must be taken to ensure accountability and to prevent recurrence.

Of grave concern, OHCHR has received an increasing number of reports that civilians have been killed, including in apparent extrajudicial executions, in places of refuge, particularly schools. Such incidents may constitute war crimes that must be immediately and fully investigated.

<u>Arrests in Kamal Adwan Hospital</u>

In the morning of 12 December, IDF raided Kamal Adwan Hospital in Beit Lahyia, Northern Gaza, following several days of siege and shelling of the hospital. The hospital was reportedly hosting approximately 3,000 IDPs, in addition to patients and medical staff. IDF reportedly detained 1,000-1,200 Palestinians, mostly men and boys aged between 16 and 65 years old, including medical staff, patients and IDPs and transferred them to an unknown destination. More than 70 medical staff, including Dr. Ahmed Al Kahlout, General Director of the Hospital, remain detained.

<u>Arrests in Beit Lahiya Elem. Boys & Elem. Co-ed school (UNRWA School)</u>

On 7 December, IDF reportedly stormed Beit Lahiya Elem. Boys & Elem. Co-ed school, which was housing approximately 3,000 to 4,000 displaced persons. The IDF arrested tens of male Palestinians, allegedly including older men, boys and a well-known Palestinian journalist. IDF then blindfolded the detainees and stripped them down to their underwear before forcing them to sit on the street outside despite the cold weather. After apparently videoing and photographing the detainees, they were forced onto trucks, still unclothed, and transported to unknown destinations. On 9 December, footage of tens of already near-naked Palestinian men surrounded by IDF tanks, claimed by IDF as Hamas fighters surrendering weapons, was circulated in the media. Men were reportedly taken to an unknown destination, while children and women were instructed to move to the south. Later, it was reported that the school was set on fire by IDF soldiers.

<u>PRCS staff – WHO – detention and ill-treatment</u>

On 12 December, WHO expressed concern over the IDF's prolonged checking process and detention of a PRCS staff member during a joint mission to supply and evacuate Al Ahli Hospital in northern Gaza. WHO reported that one of the injured Palestinians died while being transported to the south while IDF hindered the convoy's movement. WHO also reported that IDF seized a member of the mission crew, a staff member of PRCS, and "forced (him) to kneel at gunpoint… (he was) taken out of sight, where he was reportedly harassed, beaten, stripped naked and searched". He was released later that night but "left to walk south with his hands still tied behind his back, without clothes or shoes."

ENDS

**For more information and media requests, please contact:**
Public Information Officer, Yusra Jamous – yusra.jamous@un.org

**Tag and share**
**Twitter @OHCHR_Palestine**
**Facebook UN Human Rights Palestine**

# EXHIBIT A-22

# UNICEF Geneva Palais briefing note - Gaza: The world's most dangerous place to be a child

*This is a summary of what was said by UNICEF Spokesperson James Elder – to whom quoted text may be attributed - at today's press briefing at the Palais des Nations in Geneva*

19 December 2023



UNICEF/UNI485696/El Baba

**GENEVA, 19 December 2023 -** "The Gaza Strip is the most dangerous place in the world to be a child. And day after day, that brutal reality is reinforced.

"Over the past 48 hours, the largest remaining fully functioning hospital was shelled, twice. That hospital – Al Nasser in Khan Yunis – not only shelters large numbers of children who had already been badly injured in attacks on their homes, but hundreds of women and children seeking safety.

"Over the weekend, UNICEF shared the story of 13-year-old Dina. When her house in Khan Yunis was completely destroyed, she was

injured and later her right leg was amputated. She lost both of her parents and two brothers. But Dina hadn't lost hope. She told us about her dreams of being a lawyer. She said, 'I feel injustice; when I grow up, I will become a lawyer so that I can enjoy my rights and the rights of all children'.

"Dina was one of the people killed at Nasser Hospital on Sunday, the day after she shared her story of hope.

"And so where do children and their families go? They are not safe in hospitals. They are not safe in shelters. And they are certainly not safe in the so-called 'safe' zones.

"Let me explain why these so-called safe zones are anything but safe.

Parties to the conflict have, of course, an obligation to take all feasible precautions to protect the civilian population. In this case, one of the precautions being taken is evacuation. That is, moving to so-called 'safe' zones.

"As the UN said over a month ago: these zones cannot be safe nor humanitarian when unilaterally declared.  In addition, under international law, the place where you evacuate people must have sufficient resources for survival – medical facilities, food, and water.

"That is, these so-called safe zones are only safe not just when they are free from bombardment, *but* when these conditions – food, water, medicine, protection - are also met.

"However, under the current besieged conditions, adequate supplies for such zones, are impossible. I have seen for myself this reality.

"These zones are tiny patches of barren land, or street corners, or half-built buildings, with no water, no facilities, no shelter from the cold and the rain.

"And critically no sanitation.

"Currently in Gaza, there's on average around one toilet for 700 children and families. Relocate families to places where there is no toilet and it's tens of thousands of people resorting to buckets, or open defecation.

"And so without water and sanitation, nor shelter, these so-called safe zones have become zones of disease.

"Diarrhea cases in children are above 100,000. Acute respiratory illness cases in civilians are above 150,000. Both numbers will be gross undercounts of the woeful reality.

"With malnutrition soaring among Gaza's children, diarrheal diseases are becoming deadly.  Consider this: More than 130,000 of Gaza's most vulnerable children (those aged 0 to 23 months) are not receiving the critical life-saving breastfeeding and age-appropriate complementary feeding practices, including micronutrient supplementation.

"With such a scenario - and without sufficient safe water, food and sanitation that only a humanitarian ceasefire can bring - child deaths due to disease could surpass those killed in bombardments.

"Parents are painfully aware that hospitals are not an option for their sick child – both because hospitals are getting hit, and because hospitals are overwhelmed with children and citizens with the ghastly wounds of war.

"As a parent of a critically sick child told me: 'Our situation is pure misery. I am overwhelmed. My son is very sick. I told my wife we have to lower expectations. All we have is hope. I don't know if we will make it through this. Please tell the world."

"As we speak, the delivery of aid is a matter of life or death for children in Gaza and the conditions to provide that aid are not being met. An immediate and long-lasting humanitarian ceasefire is the only way to end the killing and injuring of children, and child deaths from disease, and enable the urgent delivery of desperately needed lifesaving aid."

#####

# EXHIBIT A-23

**WFP PALESTINE EMERGENCY RESPONSE**
Situation Report 11                                    19 December 2023

## HIGHLIGHTS

- After more than two months of conflict, half of the population of Gaza is now facing severe hunger. The latest food security assessment findings show that, in Northern areas, 90 percent of people in Gaza have gone a full day and night without eating. Of those, up to 20 percent have gone 10 out of 30 days without food. In southern areas, one in every two people rely solely on humanitarian assistance to feed their families.
- Upon visiting Gaza on 8 December, WFP Deputy Director Carl Skau witnessed its dire situation with only a fraction of the needed food supplies coming in, absence of fuel, communications interruptions and lack of security for humanitarian staff and civilians at food distributions, hindering WFP operations. Renewed hostilities have further restricted aid efforts, pushing humanitarian operations towards collapse.
- The opening of Kerem Shalom crossing for humanitarian aid trucks into Gaza on 17 December is a long-awaited step to increase the flow of aid into Gaza, which allowed WFP to increase its distributions. However, humanitarian aid alone is not enough. WFP appeals for commercial supply corridors to be restored.
- As needs are soaring, WFP requires a minimum of **USD 314 million** to sustain its emergency response for up to 1.1 million affected people until April 2024. The response is currently 50 percent funded.



### IN NUMBERS

**740,000**
Affected people in Gaza and the West Bank received WFP assistance in December so far

**386 WFP Trucks**
crossed into Gaza through Rafah border with 5,200 mt of life-saving food supplies.

**USD 314M**
WFP emergency response estimated funding needs until April 2024

**1.1 million**
Affected people targeted by WFP emergency assistance until April 2024

### Situation Update

- The resumption of hostilities has pushed people into further displacement. Now, 1.9 million, 85 percent of the population is displaced, with around 1 million people sheltering in Rafah. People are setting up makeshift tents or residing in shelters over-exceeding their capacity, with no food, water, nor basic sanitary conditions.

WFP Representative and Country Director: **Samer AbdelJaber**, Samer.abdeljaber@wfp.org
Operational Information Management Officer: **Alia Zaki**, alia.zaki@wfp.org
@WFP_MENA For more information: **www.wfp.org/countries/Palestine**

### WFP Operations

 **General Food Assistance (GFA)**

- In December so far, WFP reached an estimated **740,000 people** with food and cash assistance across Gaza and the West Bank. Across Gaza, WFP assisted **665,000* vulnerable people** as follows:

  o Around **760,000 internally displaced people (IDPs) in designated shelters** received fortified biscuits, food parcels or wheat flour over the last two weeks.

  o **17,250 displaced people** in host communities received food parcels to support their food needs for 15 days.

  o WFP is supporting **community-kitchens to provide hot meals to IDPs** in partnership with its cooperating partner (CP), Rebuilding Alliance. WFP provided around 30 mt of wheat flour, chickpeas, and salt to community kitchens that have been reaching around 79,265 people across Gaza.

  o To support 57,500 pregnant and breastfeeding women and children aged 6-59 months, WFP in

*The total beneficiaries figure accounts for overlap between people receiving more than one type of assistance.*

**WFP Palestine Emergeny Response**
**External Situation Report 11,** 19 December 2023

partnership with the CP Sharek, began distributions of Lipid-Based Nutrient Supplement – a paste specifically made to complement their additional nutritional needs.

o  WFP has shifted its cash-based transfer assistance to in-kind as shops have run out of food. WFP is supporting local retailers by setting up food parcel distributions at WFP-contracted shops whose owners receive a transaction fee for their service.

##  Supply Chain

- Following the agreement for WFP to pilot the delivery of aid from Jordan to Gaza, 46 trucks organized by WFP and the Jordan Hashemite Charity Organization, carrying around 750 mt of life-saving food are on their way to Gaza through Kerem Shalom border crossing between Jordan and Israel. This would be the first convoy to move through Jordan corridor.

- In the first two weeks of December, around 120 WFP trucks with over 1,600 mt of food items crossed into Gaza and were immediately dispatched for distribution in coordination with CPs. Since 21 October, WFP has delivered over 4,500 mt of food items through 342 trucks into Gaza.

- Currently, **200 WFP** trucks loaded with around 4,000 mt of food commodities in Egypt and **80 trucks** in Jordan are ready to cross into Gaza through Kerem Shalom and Rafah crossing points. Additional 4,000 mt of food stocks are currently at Port Said (Egypt) awaiting clearance, of the and around 9,700 mt are under procurement to support Gaza emergency response.

- WFP has contracted a new warehouse in Rafah with 4,000 m² capacity to support the pre-positioning of aid supplies before dispatching to partners and distribution points across Gaza.

## Clusters and Common Services

### Logistics Cluster

- The Logistics Cluster together with the IMPACCT Working Group conducted a debriefing session with partners on 5 December to share the outcomes of the National Workshop on Customs Procedures for the Importation of Humanitarian Aid. The Debriefing presentation is available on the Palestine Logistics Cluster operation webpage.

- In Gaza, the Logistics Cluster installed a total of 14 mobile storage units (MSUs) to augment the offloading capacity in the Rafah handover point and enhance storage capacity on behalf of four humanitarian partners.

- In Al Arish (Egypt), the Logistics Cell installed 10 MSUs with a 3,200 m² space to augment the Egyptian Red Crescent storage capacity. The space has also dedicated set-up for the temperature-controlled cargo through four inflatable cold rooms.

- The temporary storage in Rafah is now operational and has started receiving shipments from partners.

###  Emergency Telecommunications Cluster (ETC)

- ETC procured 20 fully activated satellite phones on 8 December to enhance communication amongst humanitarian responders.

- ETC is currently coordinating and engaging with 31 organizations in the Gaza conflict emergency response.

###  Funding

- WFP urgently requires at least USD 314 million in funding to provide support for up to 1.1 million people until April 2024.

- As of now, WFP has USD 156.1 million confirmed contributions: USD 139.8 million from government donors (mainly from Canada, European Union (ECHO), France, Germany (GFFO), Sweden, Switzerland, and USA among others) and USD 16.2 million from the private sector including Share The Meal and Individual Giving campaigns.

### Gaza Market Monitoring

- WFP food security assessment carried out during the humanitarian pause showed that in northern areas, 90 percent of people have gone a full day and night without eating. In southern areas, one in every two people rely solely on humanitarian assistance to feed their families.

- Over the last 12 days since the end of the pause on 1 December, IDP households in southern Gaza showed severe levels of hunger and extreme consumption based coping strategies, higher than during the pause. In the northern governorates, households are expected to face catastrophic situation, having experienced already worse conditions during the pause.

###  Accountability to Affected Populations

- WFP received approximately 85,266 calls through the Inter-Agency community feedback mechanism (CFM) helpline, which provides a direct link between WFP and the affected population. Over 75 percent of the calls are requests for food or cash assistance. Some 2,447 are for shelter support.

**WFP Representative and Country Director: Samer AbdelJaber,** Samer.abdeljaber@wfp.org
**Operational Information Management Officer: Alia Zaki,** alia.zaki@wfp.org
**@WFP_MENA For more information: www.wfp.org/countries/Palestine**

**WFP Palestine Emergeny Response
External Situation Report 11,** 19 December 2023

# EXHIBIT A-24

12/21/23, 11:14 PM
Case 4:23-cv-05829-JSW    Document 44-9    Filed 12/22/23    Page 140 of 271
WFP delivers first aid convoy from Jordan to Gaza | World Food Programme

20 December 2023

# WFP delivers first aid convoy from Jordan to Gaza.

Case 4:23-cv-05829-JSW Document 44-9 Filed 12/22/23 Page 141 of 271



East Jerusalem – A 46-truck convoy, organized by WFP and the Jordan Hashemite Charity Organization (JHCO), on Wednesday carried more than 750 metric tons of life-saving food into Gaza, marking the first time a direct aid convoy from Jordan has reached the Strip since the upsurge in hostilities began on 7 October.

After weeks of coordination with all parties, this crucial first step could pave the way for a more sustainable aid corridor through Jordan and allow for the delivery of more aid at scale. That has so far not been possible with only one route through Egypt.

"Establishing a corridor through Jordan will increase the flow of aid and remove some of the pressure and congestion we are currently facing. This will allow us to secure more supplies and have more trucks on the road," said Samer AbdelJaber, WFP Palestine Representative and Country Director/Emergency Coordinator. "We are very grateful to everyone who made this possible. This is a promising step that will hopefully grant us more sustained and scaled-up access to reach more people in Gaza, faster."

In line with its commitment to provide life-saving food assistance to people in Gaza, WFP has been mobilizing food across all surrounding areas in the region. Delivering food from Jordan, to Gaza through Kerem Shalom crossing will increase the volume and speed of food reaching the Gaza Strip, as millions face the risk of starvation.

WFP has been continuously working with the Government of Jordan to augment the humanitarian response to Gaza since the start of the current crisis. In past weeks, WFP transported aid from Jordan to Gaza through the Aqaba – Nuweiba/Egypt crossing point and facilitated airlifts of inter-agency humanitarian supplies from Jordan to warehouse facilities at Al-Arish for eventual transport to Gaza.

This further collaboration has come following the recent Aqaba Process Meeting, hosted by His Majesty King Abdullah II, which called for the opening of additional border crossings and the use of Jordan as a base for aid entry into Gaza.

After 10 weeks of the crisis in Gaza, half of the population is now starving, with little access to food, water, and shelter. WFP is committed to providing vital food assistance to reach people in Gaza wherever they are in the fastest way possible. To do so, WFP calls for an immediate ceasefire and the opening of all border crossings to provide relief and put an end to the suffering.

\#           \#           \#

The United Nations World Food Programme is the world's largest humanitarian organization saving lives in emergencies and using food assistance to build a pathway to peace, stability and prosperity for people recovering from conflict, disasters and the impact of climate change.

Follow us on Twitter @wfp_media

# EXHIBIT B-1

The President of the Security Council presents his compliments to the members of the Council and has the honour to transmit herewith, for their information, a copy of a letter dated **6 December 2023 from the Secretary-General** addressed to the President of the Security Council.

This letter will be issued as a document of the Security Council under the symbol S/2023/962.

6  December 2023



**THE SECRETARY-GENERAL**

6 December 2023

Dear Mr. President,

I am writing under Article 99 of the United Nations Charter to bring to the attention of the Security Council a matter which, in my opinion, may aggravate existing threats to the maintenance of international peace and security.

More than eight weeks of hostilities in Gaza and Israel have created appalling human suffering, physical destruction and collective trauma across Israel and the Occupied Palestinian Territory.

More than 1,200 people were brutally killed, including 33 children, and thousands were injured in the abhorrent acts of terror by Hamas and other Palestinian armed groups on 7 October 2023, which I have repeatedly condemned. Some 250 people were abducted, including 34 children, more than 130 of whom are still captive. They must be immediately and unconditionally released. Accounts of sexual violence during the attacks are appalling.

Civilians throughout Gaza face grave danger. Since the start of Israel's military operation, more than 15,000 people have reportedly been killed, over 40 per cent of whom were children. Thousands of others have been injured. More than half of all homes have been destroyed. Some 80 per cent of the population of 2.2 million has been forcibly displaced, into increasingly smaller areas. More than 1.1 million people have sought refuge in UNRWA facilities across Gaza, creating overcrowded, undignified, and unhygienic conditions. Others have nowhere to shelter and find themselves on the street. Explosive remnants of war are rendering areas uninhabitable. There is no effective protection of civilians.

The health care system in Gaza is collapsing. Hospitals have turned into battlegrounds. Only 14 hospitals out of 36 facilities are even partially functional. The two major hospitals in south Gaza are operating at three times their bed capacity and are running out of basic supplies and fuel. They are also sheltering thousands of displaced persons. Under these circumstances, more people will die untreated in the coming days and weeks.

Nowhere is safe in Gaza.

His Excellency
Mr. José Javier de la Gasca Lopez Domínguez
President of the Security Council
New York

Amid constant bombardment by the Israel Defense Forces, and without shelter or the essentials to survive, I expect public order to completely break down soon due to the desperate conditions, rendering even limited humanitarian assistance impossible.  An even worse situation could unfold, including epidemic diseases and increased pressure for mass displacement into neighbouring countries.

In Resolution 2712 (2023), the Security Council "calls for the scaling up of the provision of such supplies to meet the humanitarian needs of the civilian population, especially children."

The current conditions are making it impossible for meaningful humanitarian operations to be conducted.  We are, nevertheless, preparing options for monitoring the implementation of the resolution, even if we recognize that in the present circumstances, that is untenable.

While delivery of supplies through Rafah continues, quantities are insufficient and have dropped since the pause came to an end.  We are simply unable to reach those in need inside Gaza.  The capacity of the United Nations and its humanitarian partners has been decimated by supply shortages, lack of fuel, interrupted communications, and growing insecurity. Humanitarian personnel have joined the vast majority of Gazan civilians in evacuating to south Gaza ahead of advancing military operations.  At least 130 UNRWA colleagues have been killed, many with their families.

We are facing a severe risk of collapse of the humanitarian system.  The situation is fast deteriorating into a catastrophe with potentially irreversible implications for Palestinians as a whole and for peace and security in the region.  Such an outcome must be avoided at all cost.

The international community has a responsibility to use all its influence to prevent further escalation and end this crisis.  I urge the members of the Security Council to press to avert a humanitarian catastrophe.  I reiterate my appeal for a humanitarian ceasefire to be declared.  This is urgent.  The civilian population must be spared from greater harm.  With a humanitarian ceasefire, the means of survival can be restored, and humanitarian assistance can be delivered in a safe and timely manner across the Gaza Strip.

Please accept, Mr. President, the assurances of my highest consideration.

*with my warmest personal regards*

António Guterres

# EXHIBIT B-2

Case 4:23-cv-05829-JSW   Document 44-9   Filed 12/22/23   Page 148 of 271

 **United Nations**

EN ⌄

 **UN News**
Global perspective Human stories

AUDIO HUB 🎙    SUBSCRIBE ✉

# UN General Assembly votes by large majority for immediate humanitarian ceasefire during emergency session



**UN Photo/Loey Felipe** | UN General Assembly adopts a resolution on "Protection of civilians and upholding legal and humanitarian obligations" during the 45th plenary meeting of the resumed 10th Emergency Special Session.

**12 December 2023** | **Peace and Security**

The UN General Assembly met on Tuesday afternoon in Emergency Special Session on the decades long Israel-Palestine

**conflict and as the ongoing crisis in Gaza shows no signs of abating.**

Member States adopted a resolution, demanding an "immediate humanitarian ceasefire", the immediate and unconditional release of all hostages and well as "ensuring humanitarian access".




**Video of the Emergency Special Session of the General Assembly.**

- It passed with a large majority of 153 in favour and 10 against, with 23 abstentions
- The resolution also reiterated the General Assembly's demand that all parties comply with their obligations under international law, including international humanitarian law, "notably with regard to the protection of civilians"
- Prior to the resolution, two amendments making specific reference to extremist group Hamas were voted down by members
- The General Assembly will resume the emergency session on Friday afternoon in New York starting at 3pm
- At the start of the session, Assembly President Dennis Francis underscored the urgency of ending the suffering of innocent civilians in Gaza. "We have one singular priority – only one – to save lives," he stressed
- Check out this explainer on what an emergency special session of the Assembly is and how it works

---

**6:16 PM**

The acting President of the General Assembly adjourned the meeting. The session will reconvene at 3 PM (New York time) on Friday, 15 December, with the Assembly resuming its debate.

**4:30 PM**

Delegations are now speaking in explanation of their votes, after the vote.

**4:26 PM**

# EXHIBIT B-3

COMMITTEE ON THE ELIMINATION
OF RACIAL DISCRIMINATION


ADVANCE UNEDITED VERSION


**PREVENTION OF RACIAL DISCRIMINATION, INCLUDING
EARLY WARNING AND URGENT ACTION PROCEDURE**


Decision 2 (2023)


*The Committee on the Elimination of Racial Discrimination*,

*Acting* under its Early Warning and Urgent Action Procedure;

*Recalling* its Statement 5 (2023) of 27 October 2023 on the ongoing armed conflict in Israel and the State of Palestine, the scale of violence and the humanitarian catastrophe in the occupied Gaza Strip;[1]

*Gravely concerned* about the resumption of the brutal hostilities in the occupied Gaza Strip on 1 December 2023 after a seven-day "pause";

*Deeply concerned* about the launching of rockets towards Israel, taking of hostages, and the brutal attacks carried out by Hamas and other armed groups on 7 October 2023, resulting in the death of at least 1,200 Israelis and foreign nationals, including at least 33 children, and the injuries of more than 5,400;[2]

*Deeply shocked* about the intensified, brutal and indiscriminate Israeli bombardments from the air, land and sea all across the occupied Gaza Strip and the expansion of the Israeli military ground operation to the south of the occupied Gaza Strip, resulting in the killing of more than 19,600 Palestinians, including at least 7,700 children and 5,100 women, and the injuries of more than 52,500 since 7 October 2023, as well as that several thousand reportedly being trapped under rubble;[3]

*Highly concerned* that 1.9 out of 2.2 million Palestinians in the occupied Gaza Strip, which amounts to nearly 85 per cent of the population, are reportedly forced to flee their homes, as well as concerned about the destruction or damage of 60 per cent of housing units in the occupied Gaza Strip;[4]

---

[1]  Statement on Israel and the State of Palestine, 27 October 2023.
[2]  Hostilities in the Gaza Strip and Israel  - reported impact, Day 73, 19 December 2023.
[3]  Ibid.
[4]  Ibid.

*Deeply concerned* about reports on the damage of hundreds of education facilities, mostly operated by the United Nations Relief and Works Agency for Palestine Refugees in the Near East (UNRWA), and that most hospitals and healthcare centres in the occupied Gaza Strip have gone out of service, with only 8 out of 36 hospitals still functioning;[5]

*Highly concerned* about reports that half of the population in occupied Gaza Strip is starving in a situation of extreme or severe hunger, and that 90 per cent of the population regularly go without food for a whole day;[6]

*Highly concerned* about reports that displaced Palestinian children are accessing only 1.5 to 2 litres of water each day, while for survival alone, the estimated minimum is 3 litres per day, and that waterborne diseases such as cholera and chronic diarrhoea are particularly heightened given the lack of safe water;[7]

*Highly alarmed* about the reported killing of at least 136 staff of the United Nations as a result of the ongoing Israeli military operation in the occupied Gaza Strip since October 2023;[8]

*Gravely concerned* about the racist hate speech, incitement to violence and genocidal actions, as well as dehumanizing rhetoric targeted at Palestinians since 7 October 2023 by Israeli senior government officials, members of the Parliament, politicians and public figures;

*Deeply concerned* about the impact of the ongoing Israeli military operation throughout the occupied Gaza Strip on the Palestinian population in terms of high number of civilian casualties and injuries due to the Israeli military heavy bombardments, indiscriminate attacks using explosive weapons with wide-area effects in populated areas, collective punishment and obstruction of humanitarian aid, as well as about the pattern of Israeli attacks that target or impact civilian infrastructure leading to a catastrophic humanitarian crisis in the occupied Gaza Strip and raise serious concerns regarding the obligation of Israel and other State parties to prevent crimes against humanity and genocide;

*Highly alarmed* about the deteriorating human rights situation in the occupied West Bank and East Jerusalem since October 7, including the restrictions on freedom of movement, the increase in unlawful use of lethal force by the Israeli forces and increase in settler violence, leading to killings and injuries of Palestinians, including children,[9] as well as the significant increase in arbitrary arrests and detention of Palestinian citizens of Israel and Palestinians in the occupied West Bank and East Jerusalem, in which more than 3,000 Palestinian have been arrested and six Palestinians have died in Israeli custody since 7 October 2023;[10]

---

[5] Ibid. and Hostilities in the Gaza Strip and Israel | Flash Update #73, 19 December 2023.

[6] Hostilities in the Gaza Strip and Israel | Flash Update #73, 19 December 2023.

[7] 'Barely a drop to drink': children in the Gaza Strip do not access 90 per cent of their normal water use, Press release by UNICEF, 20 December 2023.

[8] Hostilities in the Gaza Strip and Israel  - reported impact, Day 73, 19 December 2023.

[9] Hostilities in the Gaza Strip and Israel | Flash Update #73, 19 December 2023.

[10] UN Human Rights Office - OPT: Dramatic rise in detention of Palestinians across occupied West Bank, 1 December 2023.

*Takes note* of the letter by the UN Secretary-General to the Security Council, on 6 December 2023, invoking Article 99 of the UN Charter, in which he reiterated his call for a humanitarian ceasefire and highlighting the "fast deteriorating into a catastrophe" of the situation and "potentially irreversible implications for Palestinians as a whole and for peace and security in the region";[11]

*Notes* that the Office of the Prosecutor of the International Criminal Court received a referral concerning the situation in the State of Palestine on 17 November 2023 and that the investigation into the situation in the State of Palestine, which was initiated on 3 March 2021, would extend to the escalation of hostilities and violence since 7 October 2023;[12]

*Also notes* that the Independent International Commission of Inquiry on the Occupied Palestinian Territory, including East Jerusalem, and Israel, established by the United Nations Human Rights Council in March 2021, is investigating violations of international law in light of the violence erupted on 7 October 2023 and to identify those responsible for violations and abuses of international law on all sides, both those directly committing international crimes and those in positions of command responsibility;[13]

*Takes note of* the call of the Human Rights Council's Special Procedures mandate holders on the international community to prevent genocide against the Palestinian people;[14]

*Notes* the call of the United Nations High Commissioner for Human Rights to "all parties to heed calls by the international community for a sustainable ceasefire" and to immediately and fully investigate all allegations of breaches of international law;[15]

**Urges** Israel, the State of Palestine and other State parties to institute an immediate and sustained ceasefire in the occupied Gaza Strip;

**Reiterates** its Statement 5 (2023) of 27 October 2023, particularly:

(a) Calling upon Israel to fully respect its international obligations, in particular those arising from the International Convention on the Elimination of All Forms of Racial Discrimination;

(b) Urging the release of hostages taken by Hamas and other armed groups as well as the release of Palestinians from the occupied West Bank and East Jerusalem and Palestinian citizens of Israel who are arbitrarily detained by Israel;

(c) Calling upon Israel and other State parties to provide all necessary financial and humanitarian aid to Palestinians in the occupied Gaza Strip and the creation of humanitarian corridors that allow people to leave Gaza and return;

---

[11] The Secretary-General letter to the President of Security Council invoking Article 99 of the United Nations Charter, 6 December 2023.

[12] Statement of the Prosecutor of the International Criminal Court, Karim A.A. Khan KC, on the Situation in the State of Palestine: receipt of a referral from five States Parties, 17 November 2023.

[13] Commission of Inquiry collecting evidence of war crimes committed by all sides in Israel and Occupied Palestinian Territories since 7 October 2023, 10 October 2023.

[14] UN experts call on international community to prevent genocide against the Palestinian people, 16 November 2023.

[15] Türk urges ceasefire as civilians pushed to frontier amid escalation, 19 December 2023.

(d) Urging Israel to ensure that all Palestinians under its effective control, particularly those in Gaza Strip, enjoy full rights under the Convention without discrimination especially, their right to life and security of person, as well as their right to medical care and right to freedom of movement;

(e) Calling upon Israel to firmly condemn any form of hate speech and distance itself from racist hate speech expressed by politicians and public figures, including members of the government and parliament, and ensure that such acts are investigated and adequately and robustly punished.

**Urges** Israel and State of Palestine to conduct effective, thorough and impartial investigations into allegations of violations and abuses of human rights committed during the ongoing armed conflict since 7 October 2023, and prosecute and punish perpetrators of violations with penalties commensurate to the offences;

**Calls upon** Israel and the State of Palestine to fully cooperate with the Prosecutor of the International Criminal Court and the Commission of Inquiry on the Occupied Palestinian Territory, including East Jerusalem, and Israel, in their investigations into allegations of human rights violations and abuses committed since 7 October 2023;

**Calls upon** Israel to grant access to the UN Office of the High Commissioner for Human Rights in order to engage with relevant stakeholders, as well as to look into and document significant violations of international humanitarian law and international human rights law that are alleged to have taken place in the context of the current conflict in the occupied Palestinian territories, including as committed by Hamas and other Palestinian armed groups on and since 7 October 2023;

**Calls upon** all State parties to fully respect their international obligations, in particular those arising from the International Convention on the Elimination of All Forms of Racial Discrimination and the Convention on the Prevention and Punishment of the Crime of Genocide and to cooperate to bring an end the violations that are taking place and to prevent atrocity crimes, particularly genocide;

**Calls upon** all State parties to ensure that all those responsible for war crimes and crimes against humanity, as well as any other international crimes committed in the ongoing armed conflict, especially persons with command responsibility, are promptly brought to justice.

*21 December 2023*

# EXHIBIT C-1

# Al Jazeera

🕐 This article is more than **1 month old**

# US asks Qatar to 'turn down the volume' of Al Jazeera news coverage

**Secretary of state Antony Blinken made request of Qatari prime minister Sheikh Mohammed during frantic trip to Doha**



📷 The US secretary of state, Antony Blinken, shakes hands with Qatar's prime minister, Sheikh Mohammed, in Doha on 13 October 2023. Photograph: Karim Jaafar/AFP/Getty Images

**Robert Tait** *in Washington*

Fri 27 Oct 2023 13.54 EDT

The US secretary of state, Antony Blinken, has reportedly asked Qatar to moderate Al Jazeera's coverage of Israel's war against Hamas, amid concerns within the Biden administration that the channel is inflaming public opinion and heightening the risks of a wider conflict.

Blinken raised the satellite news channel's coverage with the Qatari prime minister, Sheikh Mohammed bin Abdulrahman bin Jassim al-Thani, according to the website Axios, which said the US's top diplomat had disclosed the request in a meeting with US Jewish leaders.

The US administration's concern over the network reflects the high impact its coverage has on public opinion in the Arab world.

Al Jazeera is one of the few news organisations with a functioning bureau in Gaza, enabling it to report on the destructive impact of Israel's heavy bombardment of the territory, which the Palestinian health ministry says has so far killed 7,028 people, nearly 3,000 of them minors.

This week Al Jazeera's chief correspondent, Wael al-Dahdouh, became part of the unfolding story when his entire immediate family was killed in an Israeli airstrike on a house in the Nuseirat refugee camp, where they had relocated to after Israel's warning on 13 October for residents to move from northern Gaza.

The network broadcast footage of al-Dahdouh breaking down in grief as he peered at the body of his son in the hospital morgue. His wife, daughter and grandson were also killed in Tuesday's strike, along with 21 other people.

"They take revenge on us in our children?" he said, as he knelt over his son's body.

In a statement, the network said it "strongly condemns the indiscriminate targeting and killing of innocent civilians in Gaza, which has led to the loss of Wael al-Dahdouh's family and countless others".

Another Al Jazeera journalist, Shireen Abu Akleh, was shot dead last year while reporting on an Israeli raid in the West Bank. The Israeli military subsequently admitted there was a "high probability" that one of its soldiers had shot her, after initially insisting she had been killed by Palestinian gunfire. A joint investigation conducted by Forensic Architecture and the Palestinian human rights group Al-Haq later alleged that she had been killed "deliberately" and Al Jazeera submitted a formal complaint to the International Criminal Court.

The Al Jazeera Media Network, which is funded by the Qatari royal family, insists it has editorial independence. But the network is widely seen by foreign governments as a soft-power tool for the Gulf monarchy.

Al Jazeera's reporting has previously drawn accusations of inciting terrorism from the governments of Saudi Arabia, Egypt, the United Arab Emirates and Bahrain.

Last week, the Israeli government agreed to emergency measures that would lead to the closure of Al Jazeera's office in Israel, on the grounds that its broadcasts promote Hamas and amount to "incitement". The matter still must be given final approval by the security cabinet.

Trita Parsi, of the Washington-based Quincy Institute for Responsible Statecraft, said Al Jazeera was widely respected in the Arab world as an authoritative source on the current war because it had continued to focus on the Israeli-Palestinian conflict even after other Arab media outlets had scaled back their coverage.

"After the Arab spring, there was a general trend in which Arab societies turned inward – or in the case of the Syrian civil war, had their own problems – and the Israel-Palestine conflict fell down their priority list," he said. "There was a faulty assumption that it had lost its potency in the Arab world, but it hadn't – and Al Jazeera is well-positioned to cover it now because it never stopped covering it in the first place."

Blinken's comments about the network reportedly came during a visit to the Qatari capital, Doha, on 13 October, as he embarked on a frantic round of diplomacy aimed at limiting the fallout from Hamas's deadly attacks on Israel six days earlier, which killed at least 1,400 people.

## Sign up to First Thing

📧 Free daily newsletter

Our US morning briefing breaks down the key stories of the day, telling you what's happening and why it matters

**Enter your email address**

Sign up

**Privacy Notice:** Newsletters may contain info about charities, online ads, and content funded by outside parties. For more information see our Privacy Policy. We use Google reCaptcha to protect our website and the Google Privacy Policy and Terms of Service apply.

He identified Al Jazeera's coverage as an example of what Qatar could do to change its friendly public posture towards Hamas, Axios reported.

Blinken asked Sheikh Mohammed to "turn down the volume on Al Jazeera's coverage because it is full of anti-Israel incitement", the website quoted one of its sources as saying.

No specific offending examples of the station's output were given but it is thought Blinken was referring to its Arabic-language rather than its English-language channels.

12/22/23, 7:48 AM
Case 4:23-cv-05829-JSW Document 44-9 Filed 12/23/23 Page 159 of 271
US asks Qatar to turn down the volume of Al-Jazeera news coverage | Israel-Hamas war | The Guardian

Neither the US state department nor the Qatari foreign ministry has publicly commented.

Addressing a news conference alongside Sheikh Mohammed after their meeting, Blinken told journalists that there "could be no more business as usual with Hamas".

The Gulf kingdom is home to two senior exiled Hamas leaders, Ismail Haniyeh and Khaled Mashal, who initially moved there after being expelled from Jordan by King Abdullah in 1999, two years after surviving an Israeli assassination attempt in the Jordanian capital, Amman.

Blinken's complaints about Al-Jazeera are particularly sensitive because Qatar is deeply involved in negotiations to release hostages seized by Hamas from Israel and taken to Gaza in this month's attack.

Last month, the country was also at the centre of a complex agreement between the US and Iran that resulted in the release of five long-term US detainees in Tehran in exchange for the Iranian government accessing $6bn in oil revenues that had been frozen under sanctions imposed by the Trump administration.

However, the US subsequently reached a "quiet understanding" with Qatar to stop Iran from withdrawing the funds – which had been moved to a Qatari bank account – amid suspicions over a possible Iranian role in the Hamas attack.

# EXHIBIT C-2

12/22/23, 7:50 AM                     Joint open letter on transfer of 155mm artillery shells to Israel - occupied Palestinian territory | ReliefWeb

Case 4:23-cv-05829-JSW   Document 44-9   Filed 12/23/23   Page 161 of 271

**oPt(https://reliefweb.int/country/pse)**

# Joint open letter on transfer of 155mm artillery shells to Israel

News and Press Release

**Sources:** AFSC(https://reliefweb.int/organization/afsc),
Amnesty(https://reliefweb.int/organization/amnesty),
Anera(https://reliefweb.int/organization/anera), + 9 more

**Posted:** 13 Nov 2023

**Originally published:** 13 Nov 2023

---



**Download Report**

(PDF | 46 KB)

(https://reliefweb.int/attachment
s/a7888b67-002d-4564-925d-4e
7933c4d5ec/Joint%20open%20le
tter%20on%20transfer%20of%20
155mm%20artillery%20shells%2
0to%20Israel.pdf)

Dear Secretary Austin,

We, the undersigned humanitarian, national security, human rights, faith-based, civilian protection, and grassroots organizations, write to express our alarm regarding the possible transfer of 155mm artillery shells to support Israel's ground operations in the Gaza Strip. We urge you to refrain from granting the government of

Israel access to the U.S.-origin 155mm munitions currently stockpiled there.

Since Israel launched its military response to Hamas' brutal attacks on October 7, President Biden has stressed Israel's responsibility to protect its people within the limits of international humanitarian law (IHL). IHL requires, among other things, that parties to armed conflict distinguish between civilian and military personnel and objects. Accordingly, the use of weapons incapable of being directed at military objectives under particular circumstances is prohibited.

When explosive weapons are used in populated areas, on average 90 percent of the victims are civilians . The International Committee of the Red Cross has called on states to avoid using explosive weapons in populated areas due to the significant likelihood they will have indiscriminate effects and thereby violate fundamental principles of IHL. The United States has also joined 82 other states in endorsing the Political Decl aration on Strengthening the Protection of Civilians from the Humanitarian Consequences Arising from the Us e of Explosive Weapons in Populated Areas , a commitment to both avoid and address civilian harm from the use of explosive weapons in populated areas and to actively promote the Declaration with other states.

In Gaza, one of the world's most densely populated places, 155mm artillery shells are inherently indiscriminate . These munitions are unguided and have a high error radius, often landing 25 meters away from the intended target. Upon impact, 155mm shells expel 2,000 sharp metal fragments in every direction, risking injury, death, and permanent disability to civilians within 300 meters of the blast. Simply put, it is difficult to imagine a scenario in which high explosive 155mm artillery shells could be used in Gaza in compliance with IHL.

The Israeli Defense Forces' (IDF) past use of artillery in Gaza bears out our concerns: the IDF fired 8,000 155mm shells during Operation Cast Lead in 2008-9 and 34,000 shells during Operation Protective Edge in 2014. These munitions hit schools, neighborhoods, hospitals, shelters, and refugee camps, killing, wounding, and displacing scores of civilians. In accordance with the Biden administration's Conventional Arms Transfer p olicy , this historical record must be considered in determining the likelihood that proposed transfers may contribute to IHL violations.

The Biden administration has also reportedly counseled against expansive ground operations lacking clear objectives in Gaza in light of the devastating humanitarian catastrophe unfolding there. Israeli operations have killed 11,180 Palestinians, gravely injured thousands more, and displaced more than 1.4 million from their homes. Safe water, sanitation, and proper healthcare are largely unavailable, leading to massive public health risks. Transferring 155mm artillery shells right now would be viewed as a green light for the sort of large-scale, destructive ground invasion that the Israeli government is currently pursuing. This sort of legally unconstrained operation would exponentially exacerbate what is already a terrifying humanitarian nightmare.

155mm artillery shells do not serve legitimate defense needs and pose a grave risk to civilians. Under the current circumstances, granting the government of Israel access to these munitions would undermine the protection of civilians, respect for international humanitarian law, and the credibility of the Biden administration. For these reasons, we strongly urge you to withhold authorization for this transfer of 155mm artillery shells to the government of Israel.

Signed,

Action Corps
American Friends Service Committee (AFSC)
Amnesty International USA
Anera
Center for International Policy
Center for Civilians in Conflict (CIVIC)
Christian and Jewish Allies
Demand Progress Education Fund
Evangelical Lutheran Church in America
Friends Committee on National Legislation
ICNA Council for Social Justice
Indivisible
Islamic Center of Detroit
LIFE for Relief and Development
MADRE
Maryknoll Office for Global Concerns
Mennonite Central Committee U.S.
Muslim Peace Fellowship
Nonviolent Peaceforce
Oxfam America
Pax Christi USA
Peace Action
Peace & Social Justice Committee
Presbyterian Church (USA) Office of Public Witness
Project on Middle East Democracy (POMED)
Quincy Institute for Responsible Statecraft
Refugees International
ReThinking Foreign Policy
University Network for Human Rights
WESPAC Foundation, Inc.
Win Without War
Women for Weapons Trade Transparency
Yemen Relief and Reconstruction Foundation

**American Near East Refugee Aid:**
To learn more about ANERA, please visit http://www.anera.org/.

---

**Primary country:**

12/22/23, 7:50 AM     Joint Open Letter on Transfer of 155 mm Artillery shells to Israel - occupied Palestinian territory - ReliefWeb

Case 4:23-cv-05829-JSW   Document 44-9   Filed 12/23/23   Page 164 of 271

occupied Palestinian territory(https://reliefweb.int/country/pse)

**Sources:**

American Friends Service Committee(https://reliefweb.int/organization/afsc) / American Near East Refugee Aid(https://reliefweb.int/organization/anera) / Amnesty International(https://reliefweb.int/organization/amnesty) / Center for Civilians in Conflict(https://reliefweb.int/organization/civic-0) / Center for International Policy(https://reliefweb.int/organization/cip-1) / Life for Relief and Development(https://reliefweb.int/organization/life) / MADRE(https://reliefweb.int/organization/madre) / Mennonite Central Committee(https://reliefweb.int/organization/mcc) / Mercy Corps(https://reliefweb.int/organization/mercy-corps) / Nonviolent Peaceforce(https://reliefweb.int/organization/np) / Oxfam(https://reliefweb.int/organization/oxfam) / Refugees International(https://reliefweb.int/organization/ri-0)

**Format:**

News and Press Release(https://reliefweb.int/updates?list=News%20and%20Press%20Release%20Updates&advanced-search=%28F8%29)

**Theme:**

Protection and Human Rights(https://reliefweb.int/updates?list=Protection%20and%20Human%20Rights%20Updates&advanced-search=%28T4600%29)

**Language:**

English(https://reliefweb.int/updates?list=English%20Updates&advanced-search=%28L267%29)

---

# Related Content

**oPt(https://reliefweb.int/country/pse)**    **Gaza: Joint Statement by High Representative Josep Borrell and Commissioner for Crisis Management Janez Lenarčič on the risk of**

12/22/23, 7:50 AM    Subscribe to ReliefWeb to get the latest humanitarian updates on the Israel-Gaza war and Protection of Civilians - ReliefWeb

Case 4:23-cv-05829-JSW    Document 44-9    Filed 12/22/23    Page 165 of 271

**famine(https://reliefweb.int/report/occupied-palestinian-territory/gaza-joint-statement-high-representative-josep-borrell-and-commissioner-crisis-management-janez-lenarcic-risk-famine)**

News and Press Release

**Sources:** EC(https://reliefweb.int/organization/ec), ECHO(https://reliefweb.int/organization/echo)

**Posted:** 22 Dec 2023

**Originally published:** 22 Dec 2023

---

oPt(https://reliefweb.int/country/pse)    **Israel working to expel civilian population of Gaza, UN expert warns(https://reliefweb.int/report/occupied-palestinian-territory/israel-working-expel-civilian-population-gaza-un-expert-warns)**

News and Press Release

**Source:** UN HRC(https://reliefweb.int/organization/un-hrc)

**Posted:** 22 Dec 2023

**Originally published:** 22 Dec 2023

---

oPt(https://reliefweb.int/country/pse)    **12,000 children a day forcibly displaced in Gaza, as new 'evacuation orders' issued to civilians(https://reliefweb.int/report/occupied-palestinian-territory/12000-children-day-forcibly-displaced-gaza-new-evacuation-orders-issued-civilians)**

News and Press Release

**Source:** Save the Children(https://reliefweb.int/organization/save-children)

**Posted:** 22 Dec 2023

**Originally published:** 22 Dec 2023

---

oPt(https://reliefweb.int/country/pse) + 2 more    **Regional Response to the Crisis in Occupied Palestinian Territory: Situation Report #12 - 21 December 2023(https://reliefweb.int/report/occupied-palestinian-territory/regional-response-crisis-occupied-palestinian-territory-situation-report-12-21-december-2023)**

Situation Report

12/22/23, 7:50 AM                    Joint open letter on transfer of 155mm artillery shells to Israel - occupied Palestinian territory | ReliefWeb

Case 4:23-cv-05829-JSW   Document 44-9   Filed 12/22/23   Page 166 of 271

**Source:** IOM(https://reliefweb.int/organization/iom)

**Posted:** 22 Dec 2023

**Originally published:** 22 Dec 2023

# EXHIBIT C-3

## TRANSCRIPT

# Performing the Duties of Deputy Under Secretary of Defense for Policy Dr. Mara Karlin Hosts Media Roundtable on Strategy Implementation

**Nov. 16, 2023**

STAFF:  Hey, so good afternoon, ladies and gentlemen.  Today, we have Dr. Mara Karlin with us.  She is performing the duties of the Deputy Undersecretary of Defense for Policy and will be providing you all with an update on the progress with our National Defense Strategy and implementation efforts across the department and whole of government.  Additionally, she'll be able to provide some insights on her recent travel to the Indo-Pacific and some ongoing insights on the Secretary's travel in the region as well.

We'll have roughly 40 minutes for the conversation, which will be on record, and I ask that you limit to one question and one follow-up.  Lastly, Deputy Press Secretary Sabrina Singh will hold an on camera briefing shortly following this briefing to answer more news of the day questions.

And with that, I'll turn to Dr. Karlin.  Ma'am?

PTDO DEPUTY UNDER SECRETARY OF DEFENSE (POLICY) MARA KARLIN:  All right.  You want me to turn this on?  It appears to not actually — all right, great.

Q:  The civilian casualty issue, this is coming up with Israel. The Pentagon, under congressional mandate to set up a civilian casualty process for monitoring what U.S. operations may be causing, in terms of civilian casualties.  You're aware that it's your office is in charge of that.  Is any of that process or mechanism ...

DR. KARLIN:  Yes. OSD Policy.

Q:  For — for the sake of wholeness

DR. KARLIN:  Yeah.

Q:  ... is that process at all being used at all in reviewing Israel's use of U.S. equipment and the potential for civilian casualties?  Is there any segue at all?

DR. KARLIN:  So I think what you're citing is the CHMR effort, the Civilian Harm Mitigation and Reduction [Response] — I'm not getting the acronym entirely right — that — that effort.  And we have involved those folks as we have looked at these issues.

Q:  How so?  Monitoring Human Rights Watch reports or things like that?

DR. KARLIN:  We are making sure that we are closely tracking all of the information coming in from various sources and making sure that we understand it.  And as you know, we are communicating with the Israelis every day.

Secretary Austin has had tens of conversations, I believe — I think near daily's probably the best way to put it — near daily conversations with Israeli Minister of Defense Gallant since the horrific events of October 7th.  And in those conversations, he regularly talks about the importance of protecting civilians.

STAFF:  We'll stay on this side of the room.  Jim?

DR. KARLIN:  Hi.

# EXHIBIT C-4

## TRANSCRIPT

# Deputy Pentagon Press Secretary Ms. Sabrina Singh Holds a Press Briefing

**Nov. 21, 2023**

Deputy Pentagon Press Secretary Sabrina Singh

DEPUTY PRESS SECRETARY SABRINA SINGH: Hi, everyone. Mike, nice to see that you're back. Hope you're recovering well. So good afternoon. Just a few things here at the top and then I'd be happy to dive in and take your questions.

So as you know, the Secretary recently traveled to Ukraine earlier this week, where he met with Ukrainian leaders to reinforce the staunch support of the United States for Ukraine's fight for freedom. While there, he met with President Zelenskyy and Minister of Defense Umerov and other leaders to receive an update on the situation on the battlefield in Ukraine.

Additionally, during his trip, the Secretary announced the 51st tranche of equipment to be provided from DOD inventories for Ukraine since August 2021. Valued at $100 million, this package includes additional air defense capabilities, artillery ammunition, anti-tank weapons, and other equipment to help Ukraine defend its sovereign territory and fight for its freedom from Russia's ongoing war of aggression.

And on the heels of Secretary's visit to Ukraine, tomorrow the Secretary will virtually host the 17th meeting of the Ukraine Defense Contact Group, further reinforcing our commitment to Ukraine along with our more than 50 allies.

don't have more specific details on that. It's something that, you know, as you mentioned, the Civilian Harm, Mitigation and Response entity continues to look at, and their review does inform senior leaders here in the building.

Q: So it's fair to say, accurate to say, that the Pentagon is actively monitoring reports of civilian casualties in Gaza?

MS. SINGH: I would say it's accurate for this -- for CHMRO, the Civilian Harm Mitigation and Response Office, to be doing that.

Q: Thank you.

MS. SINGH: Yeah. Of course.

Liz, yeah?

Q: Thanks. On the announced retaliatory strikes, have any of those killed any militants?

MS. SINGH: I think I read this out in the topper, but I did say that we believe there are some fatalities. You mean the strikes that we have taken proactive, like that we had announced from the second -- or the...

Q: (inaudible).

MS. SINGH: Sure. Oh, for the other announcement? I don't have anything more for you on other casualties.

Q: OK.

MS. SINGH: Yeah.

Q: And then to follow on the separate topic, last week, Senator Lindsey Graham suggested that the U.S. should target Iran directly instead of these Iranian-affiliated groups in Iraq and Syria. Why is the Pentagon not doing that? Can you -- any reaction?

Q: Thanks, Sabrina. Two questions. One is -- both to clarify for me.

The -- the kinetic action last night, the -- the gunship was already in the air?

MS. SINGH: Correct.

Q: OK, thank you. And on what Mike was asking about, the letter that may have gone out to others to get back service personnel, there's been reports that the action by the Pentagon was illegal because the COVID vaccine had not yet been approved by the FDA. Have you heard anything about this?

MS. SINGH: I am sorry, I have not.

Q: OK, thanks.

MS. SINGH: Yeah.

Brandi?

Q: Thanks, Sabrina. Just a quick follow-up on the North Korea satellite, have you guys assessed specifically if it's a military satellite at this point?

MS. SINGH: No, all I have for you is that we know it's a space launch vehicle, but that's all I have.

Yeah. Chris, yes?

Q: Thanks, Sabrina. On the matter in Gaza, of course you know the north -- the whole Gaza Strip is one of the world's mostly densely populated areas, and with the people going southward, the population density has increased even more in the south. So I know you said, like, it's not our operation, but it's your weapons that the Israeli government is -- or the army is using there.

So the last week, you said that even though you are providing these weapons with no restrictions, but still you are following if any weapon given by the United States to any ally around the world should be used according to the international law and to look for the humanitarian issue as well.

So in this frame, do you have any special contact with your Israeli counterpart? And do you follow up to avoid any civilian casualties, increased civilian casualties since the numbers are bigger than before in the south now?

MS. SINGH: Yeah, so thanks for the question. And there's, I think, two in there, so just taking them apart.

Again, with any partner or ally that we give -- or we supply our military weapons to, we expect them to follow the laws of armed conflict that we ourselves do as well. We expect them to uphold humanitarian laws. So when -- I think you were paraphrasing a bit of what I said -- while we don't put conditions on how they are used, we do expect them to be used in accordance with how we would use them as well. And so there -- so I think that's an important distinction to make.

And then I think your second question was on the population and the potential operation that could happen in the south, if I'm ...

Q: ... using these weapons there on -- and a higher density population in the south could create a bigger risk than before. So ...

MS. SINGH: Right. Sorry, that's right. That's not something that we want to see. Of course we want to see -- we know that there are innocent civilians that have moved from the north into the south of Gaza, seeking refuge, seeking security.

And so again, it's something that the Secretary continues to speak with Minister Gallant about, about the need to protect innocent civilians. And again, I don't want to get ahead of anything. We haven't seen an operation happen. We haven't seen, you know, exactly what this could look like.

# EXHIBIT C-5

NOVEMBER 30, 2023

# Press Briefing by Press Secretary Karine Jean-Pierre and NSC Coordinator for Strategic Communications John Kirby

James S. Brady Press Briefing Room

1:26 P.M. EST

MS. JEAN-PIERRE:  Hi.  Good afternoon, everyone.

Q    Good afternoon.

MS. JEAN-PIERRE:  Happy Thursday?  (Laughs.)

Q    Question mark.

MS. JEAN-PIERRE:  Question mark.  (Laughs.)

So, today I am honored to speak to you from our brand new press toast lectern.  Yay.

Q    Yay.

MS. JEAN-PIERRE:  Yay.  And I'm proud to name the lectern in honor of Alice Dunnigan and Ethel Payne, the first two Black women in White House press corps.  In addition to the annual White House Correspondents Association Award in their name, we are excited to help remember their service to the American public in this way.

The Dunnigan-Payne lectern and its accompanying seal were designed over the last year, and they replace the previous lectern, which had been used in our briefing room since 2007.

record speed, including pursuing additional investments through the President's flagship Partnership for Global Infrastructure and Investment to build quality, sustainable infrastructure that connects Angola to — to global markets.

And, of course, we'll have a readout of that meeting when it's over.

Thank you.  Appreciate your forbearance.

Q    Thank you, Admiral.  So, the U.S. administration has been clear that they've asked Israel to be more targeted in its military operations in Southern Gaza, but Israel has vowed to resume this fighting with full force —

MR. KIRBY:  Yeah.

Q    — when it starts again.  So, what has the President specifically told Netanyahu?  And how much daylight is there between what the President wants and what Israel wants?

MR. KIRBY:  So, obviously, we continue to believe that Israel has the right and responsibility to go after Hamas.  They have said — they have spoken for their military campaign, and they have said very clearly that — that when these pauses are over, they intend to go back at it.

And as they make that decision, they will continue to find support from the United States in terms of tools and capabilities, the weapons systems that they need, as well as the advice and the perspectives that we can offer in terms of urban warfare.  No nation should have to stand for what Israel had to — had to experience on the 7th of October.

So, I won't speak for their operations.  And I'm certainly not going to get into private conversations that the President has had with the Prime Minister.

But he has been clear publicly and certainly in his discussions with the War Cabinet that they will continue to have the United States' support as they go after these terrorists.

And, again, just look at what happened today in Jerusalem.  I mean, if

So, I'm asking — you know, talk is one thing, but should there be actions that draw a line to say, "Hey, if you don't do what we're asking, there will be consequences"?

MR. KIRBY:  We believe that the approach that we're taking thus far has produced effective results — again, without discounting civilian deaths, and I don't mean to dismiss that at all.  We — each one is a tragedy, and we mourn them all.

But — but we are — the approach that we're taking thus far is having results, and it has — it has actually had a practical effect on the way our Israeli counterparts have prosecuted these operations.  I mean, just look at, for instance, the — the ground incursion into — into Gaza.

I mean, without getting into too much detail, I'll tell you, we — we shared with them our own experience in that kind of urban warfare in places like Fallujah and in places like Mosul, and we sent over military advisors and experts to talk to them about some of those lessons learned.

And I can tell you, they were receptive to those lessons learned.  And it did affect — again, I don't think I'm giving anything away for the Israeli military, but it did affect the way they ultimately chose to go into Gaza.

So, I would just say we're going to — we're going to keep at that.

Q    Thank you.

MS. JEAN-PIERRE:  So, we're running out of time.

MR. KIRBY:  I'm sorry.  I'm sorry.

MS. JEAN-PIERRE:  So, we've got to go really quickly.  (Laughs.)  Go ahead, Chris.  And then I've got to go to the back too.

Q    What impact has the shooting that Hamas has taken credit for in Jerusalem had on the efforts to extend the humanitarian pauses?  And is the U.S. goal to turn these — these pauses into a more permanent ceasefire?  Is that the overall trendline that the U.S. is going for?

MR. KIRBY:  I don't know, and no.  So, I don't know.  I don't think there's been —

Q   Which one is which?

MR. KIRBY:  (Laughs.)  I don't think there's been any effect that — not that I — not that I've heard or seen — effect on the — on the deal — extending the deal by the violence in Jerusalem.  I've seen nothing that indicates an effect on that.

And, again, we do not support a permanent ceasefire at this time.  We do support the idea of humanitarian pauses.  And we would love to see — as I said at the outset, we want to see this 7-day pause turn into 8, 9, 10, and beyond.  But ultimately, that's going to take Israel and Hamas to agree to the parameters of extending that deal.

But in the United States, they'll continue to find an advocate for extension.

Q   And how has the alleged plot by an Indian government official to assassinate somebody on U.S. soil — how has that affected U.S.-Indian relations?  You know, given that, you know, the President recently hosted Modi for a state dinner, you know, relations have been trying to, you know, improve — tighten those relations, what impact does that plot have?

MR. KIRBY:  I would remind you the state dinner happened before we knew about this.

Q   Sure.  Yeah.  But —

MR. KIRBY:  And — and I want to be careful here that I don't get ahead of the Department of Justice and talk about an ongoing investigation.
I would just say two things: Isra- — India remains a strategic partner, and we're going to continue to work to improve and strengthen that strategic partnership with India.

At the same time, we take this very seriously.  These allegations and this investigation — take it very seriously.

# EXHIBIT C-6

## TRANSCRIPT

# Senior Advisor to the Secretary and Senior Defense Official Backgrounder on Secretary of Defense Travel to California

**Nov. 30, 2023**

Senior Military Official: Hey, good morning, everybody. Thanks very much for being here today, and for your patience. Just a couple things here.

First of all, thank you for being here. As I'm sure [the military official] mentioned, this'll all be embargoed until Reagan. But what we wanted to do is just kind of give you a quick preview of the secretary's trip to California, and then [the Senior Advisor to the Secretary] will provide you with an overview of what to expect on the secretary's speech. We will endeavor to provide you with an embargoed copy by tomorrow afternoon. We're still making some final tweaks on that, but it'll at least give you an idea of what's expected on this trip. And then to the main event -- we'll turn it over to [the Senior Defense Official], who will talk to you about this and give you a preview of the outcomes of tomorrow's meetings.

So broadly speaking, the secretary will head out tomorrow morning -- will go to Moffett Field in California, where we will visit with the Defense Innovation Unit. And while we're there, the secretary will have the opportunity to see some demonstrations that DIU has been working on in terms of capabilities. Those capabilities will focus on artificial intelligence for a small unit maneuver. He'll be seeing some capability demonstrations as it pertains to integrated air defense system for our own national air defense systems, some capability demos on tactical augmented reality, space architecture, and then virtual training

He will argue that the rules-based international order, as he's richly spoken about beforehand, is not some abstract piece of jargon, but a towering achievement of human government, something that has given our country and the entire world an unprecedented period of peace and prosperity since 1945. He will argue that peace is non-self-executing, that order does not maintain itself, and he will argue that the troubles of our time will only grow worse without strong and steady American leadership to defend the rules-based order that keeps us safe.

I'll give you one sort of key quote he will say. And again, this is all embargoed until delivery. But he will say, ", in every generation, some Americans prefer isolation to engagement, and they try to pull up the drawbridge. They try to kick loose the cornerstone of American leadership and they try to undermine the security architecture that has produced decades of prosperity without great power war. And you'll hear some people try to brand an American retreat from responsibility as bold, new leadership. So, when you hear that, make no mistake: It is not bold, it is not new, and it is not leadership."

I'll give you another quote from that section. He will say, "Over the long sweep of American history, the cost of courage has always been war, but the cost of cowardice and the cost of abdication has always far outweighed the cost of leadership."

Another one: "The world will only become more dangerous if tyrants and terrorists believe that they can get away with wholesale aggression and mass slaughter." And again, check these against delivery; still working.

He'll talk about the need for principled American leadership on the key challenges pressing in the Middle East, Russia's unprovoked invasion of Ukraine and the department's pacing challenge from the People's Republic of China. On Israel, he'll underscore the -- America's commitment to Israel's security is ironclad, and that we'll continue to do everything that we can to help release every hostage being held by Hamas, including American citizens. He will outline our stronger force posture in the region and warn that Iran is playing with fire. He'll make clear that attacks on American personnel must stop.

He'll also talk about some of the lessons that he learned while leading the international Coalition to Defeat ISIS. He'll note that one of the key lessons that he's learned about urban warfare in the region and that we can win in urban warfare by protecting civilians. The

# EXHIBIT C-7

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

https://www.wsj.com/world/middle-east/u-s-sends-israel-2-000-pound-bunker-buster-bombs-for-gaza-war-82898638

EXCLUSIVE   **MIDDLE EAST**

# U.S. Sends Israel 2,000-Pound Bunker Buster Bombs for Gaza War

After sending massive bombs, artillery shells, U.S. also urges Israel to limit civilian casualties

*By Jared Malsin* Follow *and Nancy A. Youssef* Follow

*Updated Dec. 1, 2023 1:34 pm ET*



Bombs undergoing maintenance at Mountain Home Air Force Base in Idaho in 2020. PHOTO: U.S. AIR FORCE PHOTO BY AIRMAN 1ST CLASS AKEEM K. CAMPBELL

The U.S. has provided Israel with large bunker buster bombs, among tens of thousands of other weapons and artillery shells, to help dislodge Hamas from Gaza, U.S. officials said.

The surge of arms, including roughly 15,000 bombs and 57,000 artillery shells, began shortly after the Oct. 7 attack and has continued in recent days, the officials said. The U.S. hasn't previously disclosed the total number of weapons it sent to Israel nor the transfer of 100 BLU-109, 2,000-pound bunker buster bombs.

The airlift of hundreds of millions of dollars in munitions, primarily on C-17 military cargo planes flying from the U.S. to Tel Aviv, shows the diplomatic

challenge facing the Biden administration. The U.S. is urging its top ally in the region to consider preventing large-scale civilian casualties while supplying many of the munitions deployed.

"I made clear that after a pause, it was imperative that Israel put in place clear protections for civilians, and for sustaining humanitarian assistance going forward," Secretary of State Antony Blinken said in Dubai on Friday.

Some security analysts say the weapons transfers could undercut the administration's pressure on Israel to protect civilians.

"It seems inconsistent with reported exhortations from Secretary Blinken and others to use smaller-diameter bombs," said Brian Finucane, a senior adviser at the nonprofit International Crisis Group, and a former attorney-advisor at the State Department.



In southern Israel, near the border with the Gaza Strip, smoke rose from buildings as Israel resumed its offensive in Gaza on Friday. PHOTO: JOHN MACDOUGALL/AGENCE FRANCE-PRESSE/GETTY IMAGES

Unlike in Ukraine where the U.S. has published regular updates on some of the weapons it has provided to support Kyiv's fight against the Russian invasion, Washington has disclosed little about how many and what types of weapons it has sent to Israel during the current conflict. U.S. officials say the lack of disclosure is a result partly of the fact that Israel's weapons come through a different mechanism, including military sales. Israel also is one of the largest recipients of U.S. military aid, receiving $3.8 billion every year.

Israel resumed its offensive in Gaza on Friday after negotiations to extend a weeklong cease-fire broke down. Israeli officials have said repeatedly that they planned to resume the war at the end of the truce, which began on Nov. 24 with an agreement that freed dozens of hostages held by Hamas in Gaza in exchange for Palestinian prisoners held by Israel.

The arsenal of artillery, bombs and other weapons and military gear have been used by the U.S. in Iraq, Afghanistan, Syria, Somalia and Libya, among other places, usually to target large groups of gathered enemy forces. In Gaza, by contrast, Israel is battling militants who are among civilians in dense urban environments.

"They are kind of the weapons of choice for the fights we had in Afghanistan and Syria in open, nonurban areas," said Mick Mulroy, a former deputy assistant secretary of defense and officer in the Marine Corps and C.I.A. "The U.S. may use them in more urban areas, but first it would do a lot of target analysis to make sure the attack was proportional and based on military necessity."

The Israeli Prime Minister's Office and the Ministry of Defense didn't respond to a request for comment on the weapons transfers. The White House National Security Council didn't immediately respond to a request for comment.

## 'Maximum damage'

President Biden initially expressed full support for Israel and its military campaign to destroy Hamas after the Oct. 7 attack, but the soaring civilian death toll in Gaza has caused the administration to shift in recent days.

Israel's military says it already takes precautions to protect civilians, though in the initial days of the war its air force also said its strikes were causing "maximum damage." Israeli officials have also said they have a limited capacity for precision strikes because its forces are stretched thin.

More than 15,000 Palestinians, mostly women and children, have been killed in Gaza since the war began, according to the authorities in the Hamas-controlled enclave. The number doesn't distinguish between civilians and combatants. Hamas killed more than 1,200 Israelis, most of them civilians, during the Oct. 7 attack.

Among the munitions the U.S. has transferred to Israel are more than 5,000 Mk82 unguided or "dumb" bombs, more than 5,400 Mk84 2,000 pound warhead bombs, around 1,000 GBU-39 small diameter bombs, and approximately 3,000 JDAMs, which turn unguided bombs into guided "smart" bombs, according to an internal U.S. government list of the weapons described to The Wall Street Journal by U.S. officials.

The BLU-109 bunker buster carries a 2,000 pound warhead and is designed to penetrate a concrete shelter. The U.S. military also used the bombs in the Gulf war and the war in Afghanistan.

Military analysts say the transfer of large bombs to Israel illustrates the choices facing the Israeli military as it attempts to wipe out Hamas in Gaza, a tiny, densely populated ribbon of land that is home to more than two million Palestinians. Israel urged more than a million civilians to leave the northern part of the Gaza Strip to give its military a freer hand there, but tens if not hundreds of thousands of civilians have remained in the area.



The U.S. has transferred about 1,000 GBU-39 small diameter bombs to Israel to help dislodge Hamas from Gaza; a U.S. Air Force senior airman guides a bomb rack unit equipped with GBU-39s, as seen in 2020. PHOTO: 379TH AIR EXPEDITIONARY WING PUBLIC AFFAIRS

In Gaza, Hamas's military wing also uses a vast network of underground tunnels, which Israel could attempt to strike with the bunker busters, analysts say. The tunnels however lie beneath Gaza's urban landscape of apartment blocks, schools, hospitals, and other civilian buildings.

U.S. officials say Israel used an American-provided bomb with a large payload in one of the deadliest strikes of the entire war, an attack that leveled an apartment block in Gaza's Jabalia refugee camp, killing more than 100 people. Israel said the strike killed a Hamas leader.

"There is potentially a legitimate use for these things, to bust underground bunkers," said Finucane, the former attorney-advisor at the State Department. "The problem is there's a massive refugee camp with hundreds of thousands of civilians on top of those tunnels when you drop the bomb. You need to factor in the harm to civilians."

The U.S. has also sent Israel roughly 57,000 155mm artillery shells—a key munition the U.S. has also provided Ukraine since the 2022 Russian invasion— along with thousands of other artillery shells and various small arms.

Even before the war in Gaza began, 155mm artillery rounds were in such short supply that the U.S. has reached deep into its global stockpiles and turned to allies South Korea and Japan, among other countries, to provide more to Ukraine.

The U.N., humanitarian agencies, and Arab countries mediating negotiations between the two sides have called for a permanent cease-fire. The Biden administration has rejected calls for a long-term cease-fire and expressed support for Israel's fight to ultimately uproot Hamas from power in Gaza.

*—Vivian Salama in Dubai contributed to this article.*

Write to Jared Malsin at jared.malsin@wsj.com and Nancy A. Youssef at nancy.youssef@wsj.com

*Appeared in the December 2, 2023, print edition as 'U.S. Provides Bunker-Buster Bombs to Israel'.*

# EXHIBIT C-8

## TRANSCRIPT

# Deputy Pentagon Press Secretary Ms. Sabrina Singh Holds an Off-Camera, On-the-Record Press Briefing

**Dec. 4, 2023**

Sabrina Singh, Deputy Pentagon Press Secretary

DEPUTY PRESS SECRETARY SABRINA SINGH:  Good morning, everyone.  Happy Monday.  It's pretty busy, so just to provide some information upfront and then we'll happily take questions.

So, as probably most folks are tracking, there were four attacks against three separate commercial vessels yesterday that were operating in international waters in the southern Red Sea.

The USS Carney responded to distress calls from the ships and provided assistance.  These attacks represent a direct threat to international commerce and maritime security.  They have jeopardized the lives of international crews representing multiple countries around the world.  And we also believe these attacks, while launched from -- while launched by the Houthis in Yemen, are fully enabled by Iran.

The United States will continue all appropriate responses in full coordination with its international allies and partners.

Q:  Okay, because the Iraqis are, like the Iraqis considering this as a violation of their sovereign -- sovereignty.  So my question is under the security agreement with the Iraqis, does -- the United States has the right to conduct such -- such strikes without coordinating or notifying the government of Iraq?

MS. SINGH:  We have the inherent right to self-defense.  When we saw what these five militants were doing and -- and were preparing to do to take action against our forces, we took action so that they would not harm or damage any infrastructure.  That is inherently our right to self-defense.

We did notify the Iraqi government, and as I mentioned, they did go out and confirm that all five militants were dead, but I'm just going to leave it at that for now.

Q:  On a separate subject, can you please give us an update on the U.S. security assistance to Israel and also on the no conditions status?

MS. SINGH:  Sure.  So we're still, again, continuing to support Israel in what it needs in its -- in its fight against a terrorist network in Gaza, against Hamas.  So security assistance is still flowing.  Is that what you were asking about?  So security assistance, we're still supporting Israel.  We are doing that through FMS and FMF.  Those are the two mechanisms -- or some of the mechanisms that we are supporting Israel with.

Again, we don't put conditions on -- on the security assistance but, I mean, as you heard the Secretary say at the Reagan National Defense Forum, I think he was pretty clear that we are constantly and continue to engage the Israelis on ensuring that they are protecting civilian lives, innocent civilians, and that's something that, you know, he even spoke about -- his near daily conversations with Minister Gallant, that's something that he continues to emphasize.

Yeah, I'll switch it over here.  Phil and then Haley

Q:  Just going back to the Red Sea real quick --

MS. SINGH:  Sure.

# EXHIBIT C-9

Israel-Hamas war

# Military briefing: the Israeli bombs raining on Gaza

From precision missiles to 2,000lb explosives, Israel's air campaign is one of the heaviest in history

**John Paul Rathbone** in London DECEMBER 5 2023

## Unlock the Editor's Digest for free

Roula Khalaf, Editor of the FT, selects her favourite stories in this weekly newsletter.

| Enter your email address | Sign up |

Benjamin Netanyahu, at least in private, has been blunt about what Israel needs most to destroy Hamas: a steady supply of more US bombs.

"We need three things from the US: munitions, munitions, and munitions," the Israeli prime minister told a group of local government officials, according to a recording obtained by the Israel Hayom newspaper.

"There are huge demonstrations in western capitals," added Netanyahu, who is concerned political pressure overseas might threaten the US arms shipments. "We need to apply counter-pressure . . . There have been disagreements with the best of our friends."

Israel has expended vast amounts of ammunition in its war against Hamas in Gaza. The modern western weaponry used, from satellite-guided "bunker busting" bombs to pinpoint-accurate laser-guided missiles, have eroded Hamas's military capabilities and, according to the Israel Defense Forces, killed more than 5,000 of the group's estimated 30,000 fighters.

# Aerial bombs used by Israel

Israel uses the Mark 80 series of general-purpose US-supplied aerial bombs, with each differing by amount of explosive



**Steel casing** produces fragmentation after bomb's explosion. Scoring the body greatly increases the lethal range of fragments

**Explosive content**

**Fuze locations** (front, rear or both)

**Tail attachment**

**Mk 84**

Weight **907kg (2,000lb)**
Explosive **429kg**

3.84m

**Mk 83**

Weight **450kg (1,000lb)**
Explosive **202kg**

3.04m

**Mk 82**

Weight **227kg (500lb)**
Explosive **89kg**

2.21m

## Improving bomb accuracy

Fitted with GPS/INS guidance kits, general-purpose bombs become precision-guided 'smart' munitions, or JDAMs. 500lb, 1,000lb and 2,000lb Mk 80 bombs are then referred to as GBU-38, 32 and 31 respectively

Actuators

Guidance control unit

GPS antennae

Mk 84 bomb body

Batteries

Movable control fins

Suspension lugs

**Strakes** fixed in place, increase range

### Circular error probability*

Mk 82 bomb:

With GPS guidance **5m**

With inertial navigation guidance back-up if GPS guidance is jammed **30m**

Unguided **94.5m**

* Measure of weapon accuracy defined as radius of circle affected by 50% of projectiles

Football pitch to scale

## GBU-39 Small Diameter Bomb

Another US-supplied GPS/INS-guided munition in use by Israel

**Extending wings** Give range greater than 60km

**Low weight** of 113kg (250lb) total with 93kg warhead allows carriage of more weapons, while relying on accuracy for target destruction

Case 4:23-cv-05829-JSW    Document 44-9    Filed 12/22/23    Page 195 of 271




Photos: Dreamstime; US Air Force
Sources: GICHD; Federation of American Scientists; USAF; Boeing; JCRules; FT research
© FT

However, the damage wrought by Israel's attack — triggered by Hamas's assault on October 7 when it killed 1,200 people and took more than 200 hostages — has been catastrophic.

Citing estimates of damage to urban areas, military analysts say the destruction of northern Gaza in less than seven weeks has approached that caused by the years-long carpet-bombing of German cities during the second world war.

"Dresden, Hamburg, Cologne — some of the world's heaviest-ever bombings are remembered by their place names," said Robert Pape, a US military historian and author of *Bombing to Win*, a landmark survey of 20th century bombing campaigns. "Gaza will also go down as a place name denoting one of history's heaviest conventional bombing campaigns."



Devastation of northern Gaza comparable to Allied bombing campaign of German cities
Per cent of buildings damaged during conflict

* high end estimate October 5 to November 29 for buildings with at least 50% damage
Sources: FT research; damage analysis of Copernicus Sentinel-1 satellite data by Corey Scher of CUNY Graduate Center and Jamon Van Den Hoek of Oregon State University
© FT

Whole neighbourhoods have been levelled. By December 4, more than 60 per cent of the buildings in north Gaza had been severely damaged, according to analysis of satellite radar data by Corey Scher of CUNY Graduate Center and Jamon Van Den Hoek of Oregon State University.

That rises to as much as 70 per cent of buildings in some districts. Across the whole of Gaza, between 82,600 and 105,300 buildings have been left in ruins, according to the estimate, which counts buildings where at least half the structure was damaged.

By contrast, over the space of two years, between 1943 and 1945, the Allied bombing of 61 major German cities razed an estimated 50 per cent of their urban areas, according to Pape. One US military review from 1954 estimated 7,100 tonnes of allied munitions were dropped on Dresden, severely damaging 56 per cent of non-industrial buildings, half of homes, and killing about 25,000.



Dresden, Germany in 1945 © Ullstein Bild/Getty Images

One reason for the scale of destruction is the munitions that Israel uses. The IDF has not released public information, but images posted daily by the Israeli military show its jets taking off, loaded with ordnance that has been identified to the Financial Times by explosives experts.

Some of the munitions are pinpoint accurate, which can help limit collateral damage. Among them are precision-guided 250lb small-diameter bombs which, because of their relatively small size, "inherently reduces the probability of collateral damage", according to the US Air Force.

Israeli attack helicopters have also carried laser-guided "Hellfire" missiles, a mainstay of US urban fighting against Isis militants in Iraq and Syria, and "fire and forget" Spike missiles, which are traditionally Israel's weapon of choice for precise, targeted killings.



Israeli attack helicopter fires a missile near the Gaza border © Jack Guez/AFP/Getty Images

However, Israeli jets have also dropped unguided M117 "dumb bombs", as first used by US forces during the Korean and Vietnam wars. In addition, Israel has used earth-shaking 2,000lb GBU-31 bombs, which are four times bigger than the 500lb bombs that were typically the largest ordnance used by allied forces in the battle for the Iraqi city of Mosul, military analysts said.

"Hamas's October 7 attack was a laundry list of war crimes and it continues to produce daily evidence of further possible war crimes," said Janina Dill, professor of global security at Oxford university's Blavatnik School of Government. "Even so, it has been striking how often the Israeli army has reached for 2,000lb bombs."

The force of these bombs, which are enhanced with a global positioning system that turns them into "smart bombs" or so-called Joint Direct Attack Munitions (JDAMs), is so immense that blast survivors have said they feel they are "surfing liquid earth", said Marc Garlasco, a military adviser for Dutch organisation PAX and a former Pentagon intelligence analyst.

"Buildings pancake, their support disintegrates so they collapse in on themselves, and then there are the area effects — including the secondary fragmentation of cement, metal, peoples' cell phones and everything else that flies out from the explosion at supersonic speeds," he said.

"The only reason I can think of why they have been used is that the IDF has been trying to collapse Hamas's tunnel network," Garlasco added. "What is remarkable though is their widespread use."

The campaign group Amnesty International this week called for a war crimes investigation over Israel's use of such heavy munitions, claiming there was evidence indicating that 1,000lb and 2,000lb bombs were used in strikes on homes in Gaza that killed 43 people.



### Risk-estimate distances modelling*

Probability of incapacitation (PI)
- 0.1% (1 in 1,000)
- 10% (1 in 10)

GBU-39 (Small Diameter Bomb)

Mk 82 bomb

400m   300m   200m   100m

Football pitch to scale →

Mk 84 bomb        Mk 83 bomb

\* A US military designation estimating probability of incapacitating injury to troops. Danger to unprotected civilians would be higher

Source: *Multi-service tactics, techniques, and procedures for the joint application of firepower*, Dec 2007
© FT

A second reason for the high level of destruction is the speed and intensity of Israel's bombing campaign, military analysts said, as well as relaxed targeting rules which may have allowed for a greater number of expected civilian casualties.

In past conflicts, the Jewish state's strikes underwent a vetting process whereby they were first cleared by IDF lawyers. While rarely a black and white process, "if they [the IDF lawyers] say something is not legal, you can't do it", said Pnina Sharvit Baruch, a former senior IDF legal adviser who now heads the law and national security programme at Israel's Institute for National Security Studies.

Yet from the first moment after Hamas's October 7 attack, Israel officials have said their response would be of a completely different magnitude to previous operations.

In just the first two weeks of its campaign, Israel used at least 1,000 air-to surface munitions daily, estimated John Ridge, an open-source intelligence analyst and munitions expert. By comparison, during the most intense periods of the US and coalition air campaign in Mosul, roughly 600 munitions were dropped a week.



As for its ground operations, the IDF has said it has shortened "kill chains" so that it takes less than 10 minutes for real-time intelligence to identify a target and then hit it with an air strike.

"The sheer pace of the campaign does raise questions about the Israeli rules of engagement, its targeting process, and the levels of civilian casualties it is prepared to accept," said Jeremy Binnie, Middle East defence specialist at Janes, a defence and open-source intelligence firm in London.

Assaf Orion, the former head of IDF strategy, admitted as much last week when he said the Israeli military has "its own interests to decrease the damage to civilian population as collateral . . . but at the same time we cannot keep on being . . . overcautious . . . as we used to in the past".

Israel has said, given the scale of the Hamas atrocities, it had no choice but to "eliminate" such a threat from recurring in future. Israeli officials acknowledge that pursuing this aim in a densely populated urban area, against heavily fortified militants fighting from within residential neighbourhoods, has put civilian lives at risk. IDF chief of staff Herzi Halevi on Tuesday said Israeli forces were having to operate "powerfully, while making big efforts to mitigate as much as possible harm to civilians".



Palestinians search for casualties at the site of Israeli strikes on houses in Jabalia © Anas al-Shareef /Reuters

But the rising civilian death toll has also strained the support of Israel's allies. US secretary of state Antony Blinken said last week he had warned Netanyahu "that the massive loss of civilian life and displacement of the scale we saw in northern Gaza [must] not be repeated in the south". US defence secretary Lloyd Austin also said the Jewish state risked "strategic defeat" unless it protected Palestinian civilian lives in Gaza.

Israel's military has responded by saying it will take a different approach in the south, using data to identify densely populated areas and calculate evacuation routes as well as sharing maps indicating where people should flee.

More than 15,000 Gazans had died before Israel even began its southern offensive
last week, according to Palestinian officials in the Hamas-controlled territory.
Israel claims this includes up to 5,000 Hamas fighters. By comparison, 12,000
civilians were recorded as killed in the first nine months of the 2003 US invasion of
Iraq.

"By any measure, Gaza is already a high civilian punishment campaign," said
military historian Pape. "It will go down in history as one of the heaviest ever
undertaken with conventional weapons."

*Additional reporting by Mehul Srivastava and Neri Zilber in Tel Aviv and Chloe
Cornish in Jerusalem*

*Illustrations by Ian Bott*

---

Copyright The Financial Times Limited 2023. All rights reserved.

---

# EXHIBIT C-10

## TRANSCRIPT

# Pentagon Press Secretary Brig. Gen. Pat Ryder Holds a Press Briefing

**Dec. 5, 2023**

Brigadier General Pat Ryder, Pentagon Press Secretary

BRIGADIER GENERAL PAT RYDER: All right, good afternoon, everyone. I have quite a bit to share at the top today, so thank you in advance for your patience, then we'll get right to your questions.

This morning, the Air Force announced that the search and rescue effort for the Air Force Special Operations Command Osprey aircraft mishap in Japan has transitioned to a search and recovery effort. Of the eight airmen onboard the aircraft at the time of the mishap, the remains of three airmen have already been recovered and the remains of another three airmen have been located and are in the process of being recovered. The recovery operation will now focus on locating and recovering the remaining two airmen and aircraft debris.

All families have been contacted about and notified about the loss of their loved ones, and our deepest condolences go out to the families, friends, and colleagues of these eight American airmen who are impacted by this tragic mishap and the immeasurable loss of life. We want to thank the government of Japan for all of their assistance.

Air Force Special Operations Command is investigating this mishap and I'd refer you to them for any further questions.

GEN. RYDER: I'll have to take that question. I don't have any further information.

Let me go back here to (Waafa ?) and then Nancy.

Q: (Inaudible) Israeli Defense Secretary said the -- or predicted the war and its current intensity will last for at least another two months. Does the Pentagon share this assessment? And will the U.S. (inaudible) be providing or continue to provide Israel with the security assistance as long as this war will take?

GEN. RYDER: Yeah, so I can't put a timeline on an Israeli operation. That's really a question for the Israelis to address. I can tell you what we're focused on -- and you've heard me talk about this before -- number one is protecting U.S. forces and citizens. Number two is ensuring that Israel has what it needs to defend itself from future terrorist attacks by Hamas. We're also continuing to work closely with Israel, in terms of hostage recovery. And then also ensuring that this crisis does not escalate into a broader regional conflict. So that will continue to remain our focus.

Q: And so you -- you continue to provide the military assistance as long as this war will take?

GEN. RYDER: We will continue to consult closely with Israel to ensure that they have what they need to defend themselves, to prevent a future terrorist attack.

Q: One -- one more thing. Can you confirm that the U.S. is flying ISR flights over Lebanon? And also if you can tell us if you resumed the ISR flights over Gaza?

GEN. RYDER: I'll have to take that question. I don't have that.

Nancy?

Q: Thank you. I wanted to follow up on some of the comments that Secretary Austin made over the weekend in his speech. He warned that -- that there was the possibility that an -- that Israel could replace a tactical victory with a strategic defeat.

And so what I'd like to understand is if he is -- if that worry is leading to any changes, in terms of the types of weapons that the United States provides Israel, or -- or how it advises Israel to prevent the strategic defeat that he warned of?

GEN. RYDER: Yeah, thanks, Nancy. So I'm not going to get into the specifics, other than to say again we consult closely with Israel, Secretary Austin speaks to his counterpart on a near daily basis, and part of those discussions includes the kind of security assistance Israel needs to prevent a future terrorist attack in the future.

Those conversations also include a robust discussion, as he highlighted in his remarks, of ensuring that civilian safety is taken into account, as well as the importance of ensuring that humanitarian assistance is being provided to the people of Gaza. So I'll just leave it at that. Thank you very much.

Ma'am?

Q: So the Wall Street Journal actually, they reported yesterday that the Israelis are weighing a plan to flood Gaza's tunnels used by Hamas with seawater. And I'm just wondering if that's something that U.S. defense officials have been told about by their Israeli counterparts, a plan that they've been consulting on and/or something they would support?

GEN. RYDER: Yeah, I'd have to refer you to the IDF to talk about their operations. Thanks, Natasha.

Let me go to the phone here before I get in trouble. Let's go to Lara Seligman with Politico.

Q: Hi. Yes, thanks, Pat. Sorry. I hope you can hear me. I'm in kind of a loud space. But I'm just wondering if the Secretary has (inaudible) discussions or (presented ?) any options about whether to -- about striking back potentially on any of the Houthi targets in -- in Yemen or the Houthis that have been launching attacks at commercial shipping?

GEN. RYDER: Yeah, thanks, Lara. So again, I'm not going to telegraph or speculate on potential strikes in the future. As you've heard us say, we're going to do what's necessary to protect our forces.

# EXHIBIT C-11

Case 4:23-cv-05829-JSW   Document 44-9   Filed 12/22/23   Page 207 of 271

DECEMBER 06, 2023

# Press Briefing by Press Secretary Karine Jean-Pierre and NSC Coordinator for Strategic Communications John Kirby

James S. Brady Press Briefing Room

2:52 P.M. EST

MS. JEAN-PIERRE:  What's going on?  Where's the rest of the class?

(Cross-talk.)

MS. JEAN-PIERRE:  MJ.

Q    Sorry.  (Laughter.)

MS. JEAN-PIERRE:  It's all good.

All right.  Good afternoon, everyone.

Q    Good afternoon.

MS. JEAN-PIERRE:  A strong bipartisan majority of Congress supports Ukraine in its fight against Putin's brutal war.

Unfortunately, some Republicans are now holding urgently needed Ukraine funding hostage to a set of completely unrelated — bipartisan, I should say — border demands.

Instead of negotiating in good faith, as a group of Democrats and Republicans have been doing for some weeks now, they're doubling down on an all-or-nothing approach.

bicameral support for Ukraine up on Capitol Hill.  We got a small number of Republicans that are pushing back on that.

The President is not going to give up on this.

Q    You've also got a small window now.

MR. KIRBY:  Well, the window is definitely getting smaller.  I've been saying that for weeks now.  The runway is getting shorter and shorter, and we've got, basically, until the end of this month.

Q    On Israel, does President Biden regard Prime Minister Netanyahu as a capable or even a great military leader?

MR. KIRBY:  The — the President respects the position that Prime Minister Netanyahu is in.  This is a man he's known for many, many years.  They don't agree on everything.  But he is the elected prime minister of our good friend, ally, and partner in Israel.

And we're going to continue to work with him and make sure that he knows the United States will continue to have their back, as well, as they fight Hamas.

Q    But he believes that Mr. Netanyahu knows what he's doing right now as a military —

MR. KIRBY:  James —

Q    — (inaudible)?

MR. KIRBY:  James, I'm — I'm not going to play this game, and we're not going to get into characterizing foreign leaders here from this podium.

He's the elected leader of Israel.  The President has respect for him.  He understands the challenges that the Prime Minister is going through right now.  And — and we have done everything we can — and we'll continue to do it — not just in terms of weapons and capabilities, but advice and counsel and perspective and lessons learned from our own experience in this kind of

warfare.

Q    But, presumably, the President would not preside over the provision of all of this money and intelligence and weaponry and strategic counsel to Mr. Netanyahu if Mr. Biden felt that Mr. Netanyahu did not know what he was doing with it all.

MR. KIRBY:  He feels that Israel has every right and responsibility to defend itself against a truly genocidal threat represented by Hamas — a threat that was on display for the whole world to see in sickening ways on the 7th of October.

He's coming at this from years and years of support and experience with Israel and leaders of all sizes and stripes coming from Israel.  That's where this is coming from: a true love and respect for Israel as a nation and the Israeli people and the right for themselves to — to be able to live in peace and security.

Thanks.

MS. JEAN-PIERRE:  Thanks.  Thanks, Admiral.

Q    Thanks, John.

Q    Thank you, John.

MR. KIRBY:  Thank you, guys.

MS. JEAN-PIERRE:  Thank you so much, Admiral.

All right, Aamer.

Q    Thanks.  Just going back on the Ukraine/border conversation with Republicans.  Can you drill down specifically on what some of the compromises the President is willing to support?

MS. JEAN-PIERRE:  I mean, look, I'm just going to reiterate what my colleague just s- — just stated, that there is — there is no negotiating from

# EXHIBIT C-12

🏠 Welcome to the United Nations

Русский  Español  Português

AUDIO HUB 🎙  SUBSCRIBE ✉

# US vetoes resolution on Gaza which called for 'immediate humanitarian ceasefire'



 **UN News**
Global perspective Human stories  ☰

**8 December 2023** | **Peace and Security**

The UN Security Council held an emergency meeting Friday morning New York time to discuss the catastrophic situation in Gaza. This follows Wednesday's **urgent letter** by **Secretary-General António Guterres** – one of the most powerful tools at his disposal – urging the body to help end carnage in the war-battered enclave through a lasting humanitarian ceasefire. A resolution tabled late afternoon in the chamber calling for an immediate humanitarian ceasefire was vetoed by the United States.

**4:30 PM**

The Security Council meeting has adjourned.

# Here are the key points:

- The US vetoed a resolution put forward by the United Arab Emirates and backed by over 90 Member States. There were 13 votes in favour and the United Kingdom abstained.

- The UN chief began this latest meeting on the crisis with a stark warning that "the conditions for the effective delivery of humanitarian aid **no longer exist**."



UN News ✔ ✕
@UN_News_Centre · **Follow**

#BREAKING United States vetoes Security Council draft resolution that would have demanded an immediate humanitarian ceasefire in Gaza, and immediate and unconditional release of all hostages

VOTE
In Favour: 13
Against: 1 (US)
Abstain: 1 (UK)

12:49 PM · Dec 8, 2023    ⓘ

❤️ **32.6K**    💬 **Reply**    🔗 **Copy link**

**Read 9K replies**

- He said "the eyes of the world - and the eyes of history - are watching", demanding that the international community "do everything possible" to end the ordeal of the people of Gaza.

- Mr. Guterres said "the **UN is totally committed to stay and deliver** for the people of Gaza."

- The resolution which failed to pass took note of the Secretary-General's invocation of Article 99, expressed grave concern over the "catastrophic situation" in Gaza, and emphasized that both Palestinian and Israeli civilians must be protected.

- It demanded an immediate humanitarian ceasefire, and the immediate and unconditional release of hostages as well as humanitarian access.

# EXHIBIT C-13

WORLD NEWS

## US vetoes UN resolution backed by many nations demanding immediate humanitarian cease-fire in Gaza



EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT. SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.    DONATE

Israel-Hamas war    Biden cannabis pardons    Holiday COVID spike    Prague mass shooting    Trump legal issues



Both Russia and the U.S. abstained in the vote.

The United States has vetoed a United Nations resolution demanding a humanitarian cease-fire in the Gaza Strip.

Read More

Photos    5

BY EDITH M. LEDERER

Updated 8:49 AM EST, December 9, 2023

UNITED NATIONS (AP) — The United States vetoed a United Nations resolution Friday backed by almost all other Security Council members and dozens of other nations demanding an immediate humanitarian cease-fire in Gaza. Supporters called it a terrible day and warned of more civilian deaths and destruction as the war goes into its third month.

The vote in the 15-member council was 13-1, with the United Kingdom abstaining. The United States' isolated stand reflected a growing fracture between Washington and some of its closest allies over Israel's monthslong bombardment of Gaza. France and Japan were among those supporting the call for a cease-fire.

In a vain effort to press the Biden administration to drop its opposition to calling for a halt to the fighting, the foreign ministers of Egypt, Jordan, the Palestinian Authority, Qatar, Saudi Arabia and Turkey were all in Washington on Friday. But their meeting with Secretary of State Antony Blinken took place only after the U.N. vote.

ADVERTISEMENT

Along with the vote, the Arab diplomats' mission served to shift responsibility more squarely onto the United States for protecting Israel from growing demands to stop the airstrikes that are killing thousands of Palestinian civilians.

**MORE ISRAEL-HAMAS WAR COVERAGE**



**Israel presses on with its Gaza offensive after US veto derails Security Council efforts to halt war** ▶



**'Shadows of children:' For the youngest hostages, life moves forward in whispers**



**Bloodshed, fear, hunger, desperation: Palestinians try to survive war's new chapter in southern Gaza**

"What is the message we are sending Palestinians if we cannot unite behind a call to halt the relentless bombardment of Gaza?" United Arab Emirates deputy ambassador Mohamed Abushaha asked after the vote. "Indeed, what is the message we are sending civilians across the world who may find themselves in similar situations?"

U.S. deputy ambassador Robert Wood called the resolution "imbalanced" and criticized the council after the vote for its failure to condemn Hamas' Oct. 7 attack on Israel in which the militants killed about 1,200 people, mostly civilians, or to acknowledge Israel's right to defend itself. He declared that halting military action would allow Hamas to continue to rule Gaza and "only plant the seeds for the next war."

"Hamas has no desire to see a durable peace, to see a two-state solution," Wood said before the vote. "For that reason, while the United States strongly supports a durable peace, in which both Israelis and Palestinians can live in peace and security, we do not support calls for an immediate cease-fire."

Israel's military campaign has killed more than 17,400 people in Gaza — 70% of them women and children — and wounded more than 46,000, according to the Palestinian territory's Health Ministry, which says many others are trapped under rubble. The ministry does not differentiate between civilian and combatant deaths.

Abushahab, the UAE diplomat, said before the vote that the resolution, which his country sponsored, had garnered nearly 100 co-sponsors in less than 24 hours, a reflection of global support for efforts to end the war and save Palestinian lives.

After the vote, he expressed deep disappointment at the U.S. veto and warned that the Security Council is growing isolated and "appears untethered" from its mandate to ensure international peace and security.

Ambassador Nicolas De Rivière of France, a veto-wielding permanent council member who supported the resolution, lamented its lack of unity and pleaded "for a new, immediate and lasting humanitarian truce that should lead to a sustainable cease-fire."

Russia's deputy U.N. ambassador Dmitry Polyansky called the vote "one of the darkest days in the history of the Middle East" and accused the United States of issuing "a death sentence to thousands, if not tens of thousands more civilians in Palestine and Israel, including women and children."

He said "history will judge Washington's actions" in the face of what he called a "merciless Israeli bloodbath."

The council called the emergency meeting to hear from Secretary-General Antonio Guterres, who for the first time invoked Article 99 of the U.N. Charter, which enables a U.N. chief to raise threats he sees to international peace and security. He warned of an "humanitarian catastrophe" in Gaza and urged the council to demand a humanitarian cease-fire.

Guterres said he raised Article 99 — which hadn't been used at the U.N. since 1971 — because "there is a high risk of the total collapse of the humanitarian support system in Gaza." The U.N. anticipates this would result in "a complete breakdown of public order and increased pressure for mass displacement into Egypt," he warned.

Gaza is at "a breaking point," he said, and desperate people are at serious risk of starvation.

Guterres said Hamas' brutality against Israelis on Oct. 7 "can never justify the collective punishment of the Palestinian people."

"While indiscriminate rocket fire by Hamas into Israel, and the use of civilians as human shields, are in contravention of the laws of war, such conduct does not absolve Israel of its own violations," he stressed.

The U.N. chief detailed the "humanitarian nightmare" Gaza is facing, citing intense, widespread and ongoing Israeli attacks from air, land and sea that reportedly have hit 339 education facilities, 26 hospitals, 56 health care facilities, 88 mosques and three churches.

Over 60% of Gaza's housing has reportedly been destroyed or damaged, some 85% of the population has been forced from their homes, the health system is collapsing, and "nowhere in Gaza is safe," Guterres said.

Riyad Mansour, the Palestinian U.N. ambassador, told the council that Israel's objective is "the ethnic cleansing of the Gaza Strip" and "the dispossession and forcible displacement of the Palestinian people."

"If you are against the destruction and displacement of the Palestinian people, you have to be in favor of an immediate cease-fire," Mansour said. "When you refuse to call for a cease-fire, you are refusing to call for the only thing that can put an end to war crimes, crimes against humanity and genocide."

After the vote, he called the U.S. veto "disastrous" and said it was "a terrible day for the Security Council."

"We reject this result, and we'll continue resorting to every legitimate avenue to stop these abhorrent atrocities," Mansour said.

But Israel's Defense Minister Yoav Gallant thanked the United States for its "bold leadership."

"A cease-fire is handing a prize to Hamas, dismissing the hostages held in Gaza, and signaling terror groups everywhere," he said in a statement. "Stand with Israel in our mission. We are fighting for our future, and we are fighting for the free world."

In Washington, Jordan's top diplomat told reporters that the killings of Palestinian civilians in Israel's bombardment and siege of Gaza were war crimes and threatened to destabilize the region, the U.S. and the world for years to come.

"If people are not seeing it here, we are seeing it," Jordanian Foreign Minister Ayman Safadi said, adding: "We're seeing the challenges that we are are facing talking to our people. They are all saying we're doing

nothing. Because despite all our efforts, Israel is continuing these massacres."

Amnesty International's Secretary General Agnès Callamard criticized the U.S. for continuing to transfer munitions to the Israeli government "that contribute to the decimation of entire families."

And Louis Charbonneau, U.N. director at Human Rights Watch, said that by providing weapons and diplomatic cover to Israel "as it commits atrocities, including collectively punishing the Palestinian civilian population in Gaza, the U.S. risks complicity in war crimes."

———

Associated Press writers Ellen Knickmeyer and Matthew Lee in Washington contributed.

# EXHIBIT C-14



**Defense Security Cooperation Agency**

# NEWS RELEASE

On the web:  http://www.dsca.mil

Media/Public Contact:
pm-cpa@state.gov

Transmittal No. 24-15

## <u>Israel – M830A1 120mm Tank Cartridges</u>

WASHINGTON, December 9, 2023 - The Secretary of State has approved a possible Foreign Military Sale to the Government of Israel of 120mm M830A1 High Explosive Anti-Tank Multi-Purpose with Tracer (MPAT) tank cartridges and related equipment for an estimated cost of $106.5 million.  The Defense Security Cooperation Agency delivered the required certification notifying Congress of this possible sale on December 8, 2023.

The Government of Israel has requested to buy thirteen thousand nine hundred eighty-one (13,981) 120mm M830A1 High Explosive Anti-Tank Multi-Purpose with Tracer (MPAT) tank cartridges.  Also included are publications and technical documentation; U.S. Government and contractor engineering, technical, and logistics support services; studies and surveys; and other related elements of logistics and program support.  The estimated total cost is $106.5 million.

The Secretary of State determined and provided detailed justification to Congress that an emergency exists that requires the immediate sale to the Government of Israel of the above defense articles and services in the national security interests of the United States, thereby waiving the Congressional review requirements under Section 36(b) of the Arms Export Control Act, as amended.

The United States is committed to the security of Israel, and it is vital to U.S. national interests to assist Israel to develop and maintain a strong and ready self-defense capability.  This proposed sale is consistent with those objectives.

Israel will use the enhanced capability as a deterrent to regional threats and to strengthen its homeland defense. Israel will have no difficulty absorbing this equipment into its armed forces.

The proposed sale of this equipment and support will not alter the basic military balance in the region.

This will be a sale from U.S. Army inventory.  There are no known offset agreements proposed in connection with this potential sale.

Implementation of this proposed sale will not require the assignment of any additional U.S. Government or contractor representatives to Israel.

There will be no adverse impact on U.S. defense readiness as a result of this proposed sale.

The description and dollar value are for the highest estimated quantity and dollar value based on initial requirements.  Actual dollar value will be lower depending on final requirements, budget authority, and signed sales agreement(s), if and when concluded.

All questions regarding this proposed Foreign Military Sale should be directed to the State Department's Bureau of Political Military Affairs, Office of Congressional and Public Affairs, pm-cpa@state.gov.

-30-

# EXHIBIT C-15

# The Washington Post

*Democracy Dies in Darkness*

# Biden's arming of Israel faces backlash as Gaza's civilian toll grows

## Critics, including fellow Democrats, say the administration must do more to ensure proper use of U.S. weapons

By Missy Ryan, Michael Birnbaum, Abigail Hauslohner and John Hudson

December 9, 2023 at 6:41 p.m. EST

The Biden administration faces mounting pressure over its provision of powerful weapons to Israel, with the spiraling death toll in Gaza deepening questions about whether the United States, as the country's chief military backer, must do more to ensure civilians' safety.

Rights groups, along with a growing bloc from within President Biden's Democratic Party, are intensifying scrutiny of the arms flow to Israel that has included tens of thousands of bombs since Hamas militants' bloody attacks of Oct. 7. Local authorities say that at least 17,700 people, many of them civilians, have been killed in Israel's operation to dismantle the Palestinian group.

At the heart of the debate, as Biden seeks billions of dollars in additional military aid for Israel's Gaza operation, are the administration's own rules for arming foreign nations, which indicate weapons transfers must not take place when the U.S. government assesses that violations of international law are "more likely than not" to occur.

Administration officials, offering the first detailed account of their approach to navigating those guidelines, say they have held extensive discussions with Israeli counterparts to ensure they understand the country's obligations under international humanitarian law. But they acknowledge the United States is not conducting real-time assessments of Israel's adherence to the laws of war.

A senior U.S. official, who like other officials spoke on the condition of anonymity to describe sensitive internal discussions, said the administration was unable to make a contemporaneous evaluation of Israel's compliance in part because officials lack access both to the intelligence Israeli forces use to plan their operations and to commanders' intentions.

"What we can do from here in real time, feasibly but still rigorously, is to talk about the framework, the legal principles, talk about even some pretty nuanced, particular points of it," the official said, referring to international norms governing conflict.

**Israel-Gaza war**

The United States on Friday abstained from a vote on a U.N. Security Council resolution in support of an indefinite pause in fighting to allow the flow of humanitarian aid to the Gaza Strip. More than 20,000 people have been killed in the enclave during the war between Israel and Hamas, according to the Gaza Health Ministry.

**For context:** Understand what's behind the Israel-Gaza war.

(Oded Balilty/AP)

In certain instances, administration officials have posed specific questions to the Israelis, as they did following an October strike that killed more than 100 people in a refugee camp. In such cases, Israeli officials have shared information about their targeting and legal analysis, affirming U.S. officials' conclusion that Israel shares their understanding of its obligations.

"We're having some very rigorous and at times very tough conversations," the official said.

Some legal experts say those discussions must be followed by more active monitoring of what occurs with American weapons before additional arms are supplied.

"That's just the first step," said Brian Finucane, a former State Department lawyer who now serves as senior adviser with the International Crisis Group. "Even if the U.S. and Israel agree on the same black letter rule, in this case the rules relevant to the conduct of hostilities and targeting, that still leaves open the question of how those rules are being interpreted."

The heightened focus on American arms supplies comes as Israel intensifies its operations in southern Gaza, with the goal of ensuring that Hamas can never again mount the kind of assault that killed at least 1,200. Biden has vowed unqualified support to Washington's closest Middle East ally, which for decades has ranked as the top recipient of U.S. security aid. This week, his administration took the unusual step of invoking an emergency declaration to expedite a sale of tank rounds to Israel despite mounting congressional concerns.

American-made arms have played a central role in the war. In the first month and a half, Israel dropped more than 22,000 guided and unguided bombs on Gaza that were supplied by Washington, according to previously undisclosed intelligence figures provided to Congress. And during that time, the United States has transferred at least 15,000 bombs, including 2,000-pound bunker busters, and more than 50,000 155mm artillery shells.

Gaza, meanwhile, is gripped by humanitarian crisis as millions seek shelter from Israeli airstrikes and a ground offensive that have turned to rubble vast swaths of the Palestinian enclave. The United Nations has warned of catastrophe if shipments of vital supplies are not increased significantly.

The situation presents a worsening dilemma for Biden, who has vowed absolute support for Israel's security but has also promised to put human rights at the center of U.S. foreign policy.

His administration has established a new system at the Pentagon for curbing civilian deaths in U.S. military operations and launched a separate initiative at the State Department to track harm caused by allies employing U.S. arms. Last year, the United States endorsed a global declaration designed to curb the use of explosive weapons in urban areas.

The suffering in Gaza has prompted unusual public admonitions from senior officials including Defense Secretary Lloyd Austin and Secretary of State Antony Blinken, who has pressed Israeli officials to proceed with greater caution.

Since fighting resumed after a seven-day cease-fire on Dec. 1, administration officials have lamented Israel's use of powerful bombs near densely populated areas — a practice U.S. officials had urgently discouraged in private conversations and meetings in Israel, two U.S. officials said.

"There does remain a gap between exactly what I said when I was there, the intent to protect civilians, and the actual results that we're seeing on the ground," Blinken said Thursday.

Israel's military has sought to outline its procedures for avoiding civilian deaths but has also stressed what it says is the urgent threat facing its citizens. Like the United States, the Israeli military has lawyers who provide commanders with input, attempt to distinguish between combatants and civilians, and provide advance notice of airstrikes in certain situations. Israeli officials say, however, that Hamas embeds militants within civilian sites or in tunnels under them, including hospitals and apartment buildings, and that the group violated the laws of war, including by executing and kidnapping civilians, in its October assault.

U.S. officials who have met with Israeli counterparts in recent weeks cite the process Israeli forces use for calculating the value of individual militant targets and how many civilians are considered acceptable collateral damage. But they also said that Israel's bar is far higher than the United States' would be.

Publicly, U.S. officials say that it is too soon to judge whether Israel's conduct complies with the laws of war and that the administration is gathering information to ensure U.S. aid is not being used in ways that violate U.S. laws, a process that could outlast the current conflict.

"This is an extremely challenging space where there is fog of war, where there are challenges to our ability to get proper information," Mira Resnick, deputy assistant secretary of state in charge of arms transfers, said in a recent interview.

"We don't have information that would indicate that we have crossed that more-likely-than-not threshold," she said.

The Biden administration has not declined any request from Israel, officials said, and no cutoff of military assistance is being considered or communicated. And officials stressed that the administration believes it can better influence Israel's treatment of civilians if it maintains strong backing for the Jewish state.

Still, the senior U.S. official cautioned that the Biden administration's viewpoint may evolve as the conflict wears on.

"There is never a final answer to this and never a 'put your pencil down' moment in looking at what other actors are doing in the world, especially ones we're providing support to," the senior official said. "We are always evaluating, and reevaluating and reevaluating, our understanding of what they're doing with it and our comfort with it."

The situation recalls earlier moments when Washington has faced difficult decisions about arming allies, as it did in 2016, when the Obama administrations suspended certain arms sales to Saudi Arabia over its repeated bombing of civilian sites in Yemen. The decision followed warnings from State Department lawyers who worried that the United States risked becoming complicit in potential Saudi war crimes in Yemen because it supplies arms to Riyadh.

During the Reagan administration, the United States did suspend arms shipments to Israel over concerns about the use of cluster munitions in neighboring Lebanon.

Annie Shiel, U.S. advocacy director for the Center for Civilians in Conflict, questioned how Biden's position achieves his stated goal of protecting innocent Gazans.

"On one hand, U.S. officials are saying Israel must do more to protect civilians, while on the other essentially providing a blank check, with no conditions, for how Israel is actually using U.S. assistance," she said. "Where is the leverage in that?"

It is unclear whether the administration can allay growing concerns in Congress. Democrats have flagged the potential use of American weapons in lethal attacks involving civilians, including an incident in which, according to Amnesty International, U.S. bombs were used in what the group called an unlawful strike that killed 43 civilians in Gaza. Civil society groups have also voiced concerns that U.S. artillery shells could be used in a way that endangers Gazans.

This week, five senators appealed to Biden, condemning the Hamas attack but also decrying the human suffering resulting from Israel's campaign.

"The risk of violating international law and our own standards increases as Israel uses explosive weapons in densely populated areas," Sens. Elizabeth Warren (D-Mass.), Jeff Merkley (D-Ore.), Bernie Sanders (I-Vt.), Tim Kaine (D-Va.), and Martin Heinrich (D-N.M.) wrote.

Lawmakers also complain about the administration's lack of transparency about the weapons provided to Israel, a stark contrast to how it has accounted for aid to Ukraine. A measure introduced this week by Sen. Chris Van Hollen (D-Md.) would require the administration to verify that arms are being used in accordance with international law.

In an interview, Warren said the U.S. government had an obligation to condition assistance on compliance with U.S. and global laws.

"It is critical, she said, "that we follow in real time whether those who receive our aid are, in fact, protecting civilian lives."

# EXHIBIT C-16

🔴 **LIVE UPDATE** / FROM THE LIVEBLOG OF SUNDAY, DECEMBER 10, 2023

# At cabinet meeting, Netanyahu thanks Biden for UN veto, tank ammo

10 December 2023, 11:48 am

At the outset of the weekly cabinet meeting, Prime Minister Benjamin Netanyahu thanks US President Joe Biden for his administration's vetoing of a UN Security Council resolution urging a ceasefire, and for its approval of an urgent shipment of some 14,000 tank shells he says is due to start arriving today.

The premier also says he told the leaders of France and Germany over the weekend that "one can't support eliminating Hamas on the one hand, and on the other hand pressure us to end the war."

Netanyahu says the fighting in Gaza is continuing in full force, and that "justice is on our side."

# EXHIBIT C-17

# Biden Warns Israel It Is 'Losing Support' Over War

nytimes.com/2023/12/12/world/middleeast/biden-israel-netanyahu-gaza.html

Michael D. Shear                                                                 December 12, 2023



Sign up for the Israel-Hamas War Briefing.  The latest news about the conflict.
President Biden told Israel's leaders on Tuesday that they were losing international support for their war in Gaza, exposing a widening rift with Prime Minister Benjamin Netanyahu, who rejected out of hand the American vision for a postwar resolution to the conflict.

Mr. Biden delivered the blunt assessment of America's closest ally in the Middle East during a fund-raiser in Washington, where he described Mr. Netanyahu as the leader of "the most conservative government in Israel's history," which doesn't "want anything remotely approaching a two-state solution" to the country's long-running dispute with Palestinians.

The president said that Israel had support from Europe and much of the world as well as the United States, but he added that "they're starting to lose that support by the indiscriminate bombing that takes place."

The president's remarks came hours after Mr. Netanyahu pledged to defy weeks of American pressure to put the Palestinian Authority in charge of Gaza once the fighting ends. Mr. Netanyahu ruled out any role there for the authority, which now governs Palestinian society in the Israeli-occupied West Bank.

Until Tuesday, the United States had largely backed Israel both in action and in rhetoric — supporting the assault on Gaza, <u>fending off calls for a cease-fire</u> at the United Nations and <u>authorizing the sale</u> of thousands of tank shells to the Israelis.

"There is disagreement about 'the day after Hamas,'" Mr. Netanyahu said in a video statement posted on social media. He said he hoped the two governments could reach an agreement about what happens after the war ends, but he vowed not to allow threats to Israel's population to continue.

"After the great sacrifice of our civilians and our soldiers, I will not allow the entry into Gaza of those who educate for terrorism, support terrorism and finance terrorism," Mr. Netanyahu said. "Gaza will be neither Hamastan nor Fatahstan."

Fatah is the political faction, a rival to Hamas, that controls the Palestinian Authority, which was ousted from Gaza in 2007 but still administers parts of the West Bank

In his remarks at the fund-raiser, Mr. Biden pledged to continue that support for Israel's effort to protect itself, saying that "we're not going to do a damn thing other than protect Israel in the process. Not a single thing."

"Without Israel as a free-standing state, not a Jew in the world is safe," he added.

But he also described his response to Mr. Netanyahu's private assertion that the United States had "carpet-bombed" Germany and dropped the atomic bomb on Japan.

"I said, 'Yeah, that's why all these institutions were set up after World War II, to see to it that it didn't happen again,'" Mr. Biden told the donors at the event.

Hours earlier, Mr. Netanyahu appeared to take note of the months of American support in his address.

"I greatly appreciate the American support for destroying Hamas and returning our hostages," Mr. Netanyahu said. "Following an intensive dialogue with President Biden and his team, we received full backing for the ground incursion and blocking the international pressure to stop the war."

## <u>Israel-Hamas War: Live Updates</u>

Updated
Dec. 22, 2023, 11:14 a.m. ET22 minutes ago
22 minutes ago

- <u>Israel tells Gaza residents to move south as its slow offensive grinds forward.</u>
- <u>A dual U.S.-Israeli citizen listed as a hostage is now said to have been killed.</u>

- The U.S. said it could support a resolution that would call for more aid to enter the enclave.

But the tone from both men suggested that the well-wishing could soon end.

Mr. Biden's remarks were his most critical to date of Mr. Netanyahu's handling of the war, which continues to claim the lives of civilians in Gaza. The two men had declared unshakable unity during Mr. Biden's visit to Israel days after Hamas launched a surprise attack on Oct. 7 and slaughtered 1,200 people.

Nearly two months of aerial bombardment by Israel and a continuing ground war have leveled much of Gaza City in the northern part of the tiny enclave, which is home to nearly two million Palestinians. More than 15,000 people, including several thousand children, have been killed in Gaza during the fighting, according to the territory's health authorities.

The United Nations says that more than 85 percent of the population has been displaced, with some aid organizations reporting rampant disease and widespread hunger.

Mr. Netanyahu says his government is determined to destroy Hamas's ability to threaten Israel's population, and has repeatedly warned Palestinians to move south. Some locations in the south of Gaza have also been bombed, drawing criticism from humanitarian organizations.

Fighting between Israeli forces and armed groups raged near a small hospital in northern Gaza on Monday and over the weekend. The hospital, Kamal Adwan, has 65 patients, including 12 children in intensive care, and is surrounded by Israeli troops and tanks, according to a report by the United Nations Office for the Coordination of Humanitarian Affairs.

The report said that the hospital's maternity department had been hit on Monday and that, "as a result, two mothers were reportedly killed, and several people were injured." It was not possible to verify the toll. The Israeli military did not immediately respond to a request for comment.

Top aides to Mr. Biden have said the president believes that his full-throated support of Israel has given him more leverage to press Mr. Netanyahu for restraint as Israel conducts its ground war in Gaza. He has repeatedly described his decades-long history with Israel; Monday evening, he declared at a White House Hanukkah reception: "I am a Zionist."

Last month, Mr. Biden and his top foreign policy aides helped broker a temporary pause in the fighting between Israel and Hamas to allow the delivery of humanitarian aid and the release of more than 100 of the roughly 240 hostages that Hamas seized on Oct. 7.

White House officials said Mr. Biden would meet at the White House on Wednesday with the families of Americans taken hostage by Hamas, his first face-to-face meeting with the relatives since the crisis began.

A White House official confirmed the meeting, but did not offer details about how many of the family members would attend the meeting in person. The president previously spoke with the families on a video call about a week after the attacks.

Biden administration officials have indicated there are about eight remaining hostages with American citizenship after several were released, including during a weeklong pause in fighting last month.

Mr. Biden's public message has evolved since the Oct. 7 attacks. He publicly urged Israel to do more to protect civilians in Gaza in its war against Hamas, and White House officials have said he has been blunt with Mr. Netanyahu and other Israeli officials during private conversations.

But the president has largely left it to other American officials, including Vice President Kamala Harris, to call out Israel for its actions on the battlefield. And his comments on Tuesday were the president's first direct acknowledgment of the condemnation by world leaders and humanitarian organizations of Israel's wartime behavior.

Using the prime minister's nickname, Mr. Biden said that "Bibi's got a tough decision to make."

The rising tension between the two men underscored the sensitive moment for the two allies as Mr. Biden seeks to persuade lawmakers in Washington to support more than $15 billion in additional aid for Israel's military campaign. That funding is currently caught up in a political dispute with Republicans over assistance for Ukraine and immigration policy changes at the U.S. border.

Mr. Biden has repeatedly asserted Israel's right to defend itself against terrorism by Hamas, and his administration on Friday vetoed a legally binding United Nations Security Council resolution calling for an immediate cease-fire in the war. On Tuesday, the U.N. General Assembly voted in favor of a nonbinding resolution making the same demand. The United States and Israel were among the 10 countries that opposed it; 153 countries approved.

But on Monday, administration officials said they were looking into reports that Israel's military had deployed white phosphorus supplied by the United States along the border with Lebanon, in violation of international law.

That allegation, made in reports by Amnesty International and The Washington Post, represented another potential disagreement between the two countries about Israel's conduct. Israel's military on Monday said it complies with international law and denied using

the weapon illegally.

John Kirby, a spokesman for the U.S. National Security Council, said the United States would be "asking questions" about the incident. White phosphorus is an incendiary, toxic substance used to create light and smoke screens during combat. Its use is not illegal, but deploying it deliberately against civilians or in a civilian setting violates the laws of war.

Eric Nagourney, Gaya Gupta and Johnatan Reiss contributed reporting.

# EXHIBIT C-18

# Netanyahu's govt charts a post-war Gaza strategy as U.S. pressure mounts

Λ **axios.com**/2023/12/12/gaza-us-biden-israel-hamas-netanyahu

December 12, 2023

Dec 12, 2023 - <u>Politics & Policy</u>

## Israelis outline post-war Gaza strategy as U.S. ramps up pressure



<u>Barak Ravid</u>



A Palestinian man examines the damage of a building in Khan Younis, Gaza, that was hit during an an Israeli airstrike last month. Photo: Ahmad Hasaballah/Getty Images

Top Israeli military officials are in Washington to show U.S. officials Israel's military strategy for Gaza, outline their plans to <u>capture or kill Hamas leaders</u> — and discuss the enclave's post-war future, three Israeli officials tell Axios.

**Why it matters:** The meetings come as <u>President Biden</u> is pushing for Israel's aggressive ground attack against Hamas to end within a few weeks — and <u>warning Israeli leaders</u> that they're losing international support for the war in Gaza.

- Israel officials say their ground attack soon will morph into lower-intensity fighting that will decrease civilian casualties and allow more humanitarian aid into Gaza.

- "We will continue to give military assistance to Israel until they get rid of Hamas," President Biden said Monday during a Hanukkah celebration at the White House.
- "But we have to be careful," Biden added. "The whole world's public opinion can shift overnight and we can't let that happen…we emphasize to our Israeli friends the need to protect innocent civilian lives."

**Palestinian health officials** say more than 18,000 people have been killed in Gaza since the Israel-Hamas war began Oct. 7. About 6,000 of those were Hamas militants, Israeli officials say.

**Driving the news:** Biden on Tuesday called on Israeli Prime Minister <u>Benjamin Netanyahu</u> to change his policy to find a long-term solution to the Israeli-Palestinian conflict.

- "I think he has to change, and ... this government in Israel is making it very difficult for him to move," Biden said, a reference to Netanyahu's far-right coalition.
- In a video released Tuesday, Netanyahu acknowledged there was "disagreement" between Israel and the U.S. over post-war Gaza. He reiterated his opposition to the Palestinian Authority overseeing the enclave, but the alternatives are unclear.

**Zoom in:** Maj. Gen. Eliezer Toledano, head of the Israeli Defense Forces' strategic branch, and Brig. Gen. Omer Tishler, deputy commander of the Israeli air force, briefed senior Pentagon and U.S. military officials on the war on Monday, Israeli officials said.

- The Israeli officials said the talks included details on how Israeli forces are trying to capture or kill Hamas leaders in the southern Gaza city of <u>Khan Younis</u>, where the IDF believes they're hiding.
- The Israelis also briefed their U.S. counterparts on Israel's post-war military plans, and how Israel is trying to minimize civilian casualties.
- Israeli officials claim there has been a decrease in civilian casualties in Gaza in the last few weeks, as the IDF changed some of its tactics from airstrikes to focus more on ground operations.

On Tuesday the head of the Israeli ministry of defense policy branch, Brig. Gen. (Retired) Dror Shalom, talked with U.S. officials at the Pentagon, White House and State Department about Israel's post-war plan for Gaza, Israeli officials said.

**What they're saying: "**These are two visits that are very important for the coordination between the U.S. and Israel and the designing of the next steps in the war," a senior Israeli defense official said.

**What's next:** The visits to Washington take place ahead of a flurry of visits by senior U.S. officials in Israel starting Thursday, when National Security Adviser Jake Sullivan arrives in the country, U.S. and Israeli officials say.

- Israeli officials said that on Friday, Joint Chiefs chair Gen. Charles Brown will be in Israel to discuss the war. It will be his first visit there since he assumed office a week before Hamas' Oct. 7 attack on Israel.
- On Monday, Defense Secretary Lloyd Austin is expected to visit Israel for the second time since the war started. Israeli officials said he'll meet with Netanyahu, Minister of Defense Yoav Gallant and other senior Israeli officials.
- The Pentagon didn't immediately respond to a request for comment.

Go deeper



Updated 4 hours ago - Politics & Policy
U.S.-Mexico border closures could cost billions



Photo illustration: Annelise Capossela/Axios. Photos: Patrick T. Fallon/AFP, Eric Thayer/Bloomberg via Getty Images

Partial closures at key U.S.-Mexico border crossings could cost billions in trade and are causing chaos and political fallout.

**The big picture:** A massive influx of immigrants at the southern border has led U.S. Customs and Border Protection to divert resources from busy crossings in Arizona and Texas.

Go deeper (3 min. read)⟶

# EXHIBIT C-19(i)

DECEMBER 12, 2023

# Remarks by President Biden at a Campaign Reception

Salamander Washington D.C.

Washington, D.C.

11:54 A.M. EST

THE PRESIDENT:  Rosy, thank you very much.  (Applause.)

Please.  (Applause.)

Please.  Thank you.  Thank you, thank you, thank you.  Please.

Thank you all so very much.  Many of you have been my personal friends and political friends for a long time.  I know I don't look it, but I've been around a long while.  (Laughter.)

And I want to thank you all — all of you — for — for your steadfast support.  And, Rosy, particularly, thank you for that introduction and all the work you did to make this successful.

And most of all — in light of the introduction, it seems a little out of place — but Happy Hanukkah.  (Laughter and applause.)  Happy Hanukkah.

We know that this year's Hanukkah is different after October the 7th attack.  As I said after the attack, the safety of the Jewish people, the literal security of Israel as an independent Jewish state is literally at stake.  But it is unshakeable, our commitment to Israel.

We continue to provide military assistance to Israel as it goes after Hamas.  And I've personally spent hours — hours, without exaggeration — talking to the Qataris, the Egyptians, the Israelis to secure the freedom of more than

going to go — literally, not figuratively — from — from India into Saudi Arabia, Saudi Arabia into — to Jordan, Jordan to Israel, Israel, et cetera.

Because there — we have an opportunity to begin to unite the region — unite the region. And they still want to do it. But we have to make sure that — that Bibi understands that he's got to make some moves to strengthen ~~PLA~~ [PA] — strengthen it, change it, move it. You cannot say there's no Palestinian state at all in the future. And that's going to be the hard part.

But in the meantime, we're not going to do a damn thing other than protect Israel in the process. Not a single thing.

But, folks, there's a lot to do — a lot to do. We're going to have to be — as strong supporters of Israel, we're going to have to be honest about what we're doing and what the goal is. The goal is Israel's security. And if Israel — Israel's sec- — if there were no — many of you heard me say over the years: Were there not an Israel, we'd have to invent one — we'd have to invent one.

I believe, without Israel as a freestanding state, not a Jew in the world is safe — not a Jew in the world is safe. It's up to what happens at the moment.

And so, we got a lot of work to do, but we're not going to — in the meantime, none of it is going to walk away from providing Israel what they need to defend themselves and to finish the job against — against Hamas.

And, folks, look, if you think about it, one of the things that Bibi understands, I think, now — but I'm not sure Ben-Gvir and his War Cabinet do, who I've spoken to several times — is that Israel's security can rest on the United States, but right now it has more than the United States. It has the European Union, it has Europe, it has most of the world supporting it. But they're starting to lose that support by the indiscriminate bombing that takes place.

It was pointed out to me — I'm being very blunt with you all — it was pointed out to me that — by Bibi — that "Well, you carpet-bombed Germany. You dropped the atom bomb. A lot of civilians died."

I said, "Yeah, that's why all these institutions were set up after World War Two to see to it that it didn't happen again — it didn't happen again. Don't

# EXHIBIT C-19(ii)

NOVEMBER 16, 2023

# Remarks by President Biden in a Press Conference | Woodside, CA

Filoli Historic House & Garden
Woodside, California

5:20 P.M. PST

THE PRESIDENT:  I didn't know there were this many people in town.
Please have a seat.  As you know, I just concluded several hours of meetings
with President Xi, and I believe they were some of the most constructive and
productive discussions we've had.

I've been meeting with President Xi since both of us were vice president over
10 years ago.  Our meetings have always been candid and straightforward.
We haven't always agreed, but they've been straightforward.  And today, built
on the groundwork we laid over the past several months of high-level
diplomacy between our teams, we've made some important progress, I
believe.

First, I am pleased to announce that after many years of being on hold, we are
restarting cooperation between the United States and the PRC on
counternarcotics.

In 2019, you may remember, China took action to greatly reduce the amount
of fentanyl shipped directly from China to the United States.  But in the years
since that time, the challenge has evolved from finished fentanyl to fentanyl
chemical ingredients and — and pill presses, which are being shipped
without controls.  And, by the way, some of these pills are being inserted in
other drugs, like cocaine, and a lot of people are dying.

More people in the United States between the ages of 18 to 49 die from
fentanyl than from guns, car accidents, or any other cause.  Period.

Ambassador — any concern about anything between our nations or happening in our region, we should pick up the phone and then call one another, and we'll take the call. That's an important progress.

I'm embarrassed — I think it's CBS, but I can't remember who with CBS. I'm sorry.

Q   Thank you, Mr. President. Weijia Jiang with CBS.

THE PRESIDENT: Sorry. (Laughs.) I apologize.

Q   You continue to stress the need to ensure competition with China does not veer into conflict or confrontation. In the past two years, there have been more than 180 incidents of Chinese aggression against U.S aircraft in the Indo-Pacific and, of course, the ramped up military activity in the South China Sea. If that does not count as veering into confrontation, then what does? And did you issue any warnings Xi against continuing that behavior?

THE PRESIDENT: Well, first of all, none of it did end up in a con- — conflict. Number one.

Number two, you may recall: I did a few little things like get the Quad together, allow Australia to have access to new submarines, moving in the direction of working with the Philippines. So, our actions speak louder than our words. He fully understands.

Q   And because of the news of the day, sir, I do have a question about the IDF raid on the Al-Shifa Hospital, as it tries to contain and take out the Hamas operative that is there.

This week, you also said that we must protect hospitals. So, when you weigh the target against the number of civilians inside the hospital, is the operation underway justified?

THE PRESIDENT: Well, look, we did discuss this, by the way. We can't let it get out of control.

Here's the situation: You have a circumstance where the first war crime is

being committed by Hamas by having their headquarters, their military hidden under a hospital. And that's a fact. That's what's happened.

Israel did not go in with a large number of troops, did not raid, did not rush everything down. They've gone in and they've gone in with their soldiers carrying weapons or guns. They were told — told — let me be precise.

We've discussed the need for them to be incredibly careful. You have a circumstance where you know there is a fair number of Hamas terrorists. Hamas has already said publicly that they plan on attacking Israel again like they did before, to where they were cutting babies' heads off to burn — burning women and children alive.

And so, the idea that they're going to just stop and not do anything is not realistic. This is not the carpet bombing. This is a different thing. They're going through these tunnels; they're going in the hospital.

And if you notice, I — I was mildly preoccupied today. I apologize, I didn't see everything. But what I did see, whether — I haven't had it confirmed yet — I have asked my team to answer the question. But what happened is they're also bringing in incubators. They're bringing in other — other means to help the people in the hospital, and they've given the doctors and — I'm told — the doctors and nurses and personnel an opportunity to get out of harm's way.

So, this is a different story than I believe was occurring before, an indiscriminate bombing.

What do you got? Washington Post. I think that's right.

Q   Thank you, Mr. President.

THE PRESIDENT: Oh, there you are. Sorry. I couldn't see you in the light.

Q   That's okay. Mr. President, Israel's war in Gaza has killed more than 11,000 Palestinians in just over a month and created —

THE PRESIDENT: I'm sorry, you're breaking up. I didn't — would you —

# EXHIBIT C-20

# Pentagon Taps "Tiger Team" to Rush Weapons to Israel

theintercept.com/2023/12/14/israel-weapons-sales-us-military

Ken Klippenstein                                                December 14, 2023

The Pentagon is working to expedite weapons exports to Israel by deploying a so-called Tiger Team of experts to facilitate the transfers, according to procurement records reviewed by The Intercept. Some of the arms sales will be carried out through a new Army initiative designed specifically for the provision of weapons to Israel.

The Israel-specific program, called the Israel Significant Initiatives Group, is located within the Army's Defense Exports and Cooperation office, which oversees policy for U.S. arms sales.

The Tiger Team meets daily with the Pentagon's Defense Security Cooperation Agency, or DSCA, which executes U.S. arms sales, to overcome barriers to arms sales to Israel. The "tiger team," a crisis rapid response team involving a diverse set of experts, is supposed to examine potential bottlenecks and delays in weapons transfers and offer advice for alleviating the issues.

The existence of both the Tiger Team and the Israel Significant Initiatives Group have not been previously reported.

"As implementer of the vast majority of both State and Defense Department security assistance, DSCA sits at the center of our arms transfers to Israel," said Josh Paul, a former director for the State Department's Bureau of Political-Military Affairs, which oversees U.S. arms transfers. He said the creation of a Tiger Team is a policy choice by President Joe Biden to get weapons to Israel as fast as possible.

"This shows that at all levels of government, from policy to implementation, the Biden Administration is doing all it can to rush arms to Israel despite President Biden's recent explicit statement that Israel's bombing of Gaza is 'indiscriminate,' and despite extensive reporting that the arms we are providing are causing massive civilian casualties," said Paul, who resigned from the State Department in protest of the Biden administration's ongoing weapons assistance to Israel. "This will not be a proud moment for the Biden Administration, the State Department – or for DSCA."

The Defense Department did not respond to multiple requests for comment about the Tiger Team and the Israel Significant Initiatives Group.

According to a source familiar with the Tiger Team, who asked for anonymity to discuss sensitive deliberations, the group of experts has raised harm to civilians in Gaza as a potential issue with U.S. weapons sales to Israel.

"The Tiger Team is looking at issues of civilian harm, and is raising those issues, but is being met with absolute lack of interest and direction from the top to keep the process moving," the source said.

> "The Tiger Team is looking at issues of civilian harm, and is raising those issues, but is being met with absolute lack of interest."

Both the Tiger Team and the Israel Significant Initiatives Group are using defense contractors to staff up. Reference to the Tiger Team appears in a job postingOpens in a new tab by the Hoplite Group.

"In response to the 7 October 2023 attacks by Hamas on Israel, the Defense Security Cooperation Agency has served as the implementer of the Foreign Military Sales (FMS) process with Israel," the job listing says. "There is a desire to generate real-time Lessons Learned to assess major bottlenecks, anticipate major hurdles to overcome, and analyze the limits of FMS support to Partner Nations."

Another defense contractor, Sigmatech, listed a position for an "operations support specialist" to work on the Israel Significant Initiatives Group. The listing has since been removed.

The White House convened a Tiger Team in preparation for the Russian invasion of Ukraine, according toOpens in a new tab the Washington Post. After the invasion, the Tiger Team reportedlyOpens in a new tab developed contingency plans for how to respond in the event that Russian President Vladimir Putin resorted to chemical, biological, or nuclear weapons.

According to Paul, the new Tiger Team for Israel shows that the arms sales system, already supercharged after Russia's invasion of Ukraine, is still not fast enough for the administration.

"The assembling of a Tiger Team demonstrates that the Biden administration believes that all of the existing mechanisms of arms transfer — mechanisms which have proved their extreme ability to expedite arms transfers to Ukraine for the past two years — do not work fast enough," Paul said.

The Defense Exports and Cooperation office has previously touted its work providing security assistance to allied countries. Over the past year, for example, it has posted copies of several Defense Department press releases detailing security assistance to Ukraine, as well as other partner countries like Colombia and the Philippines.

"U.S. Sends Ukraine $400 Million in Military Equipment," a March press releaseOpens in a new tab is titled. The release includes a picture of a tank unit billowing smoke from its howitzers. Another press releaseOpens in a new tab, from December of last year, detailed a

security package to Ukraine, right down to the specific numbers of munitions like artillery, tank, and mortar rounds.

When it comes to Israel, the Defense Exports and Cooperation office has not posted a single press release this year. Secrecy has been a hallmark of the Biden administration's weapons transfers to Israel, as The Intercept has previously reported.



## Related

## Joe Biden Moves to Lift Nearly Every Restriction on Israel's Access to U.S. Weapons Stockpile

White House spokesperson John Kirby acknowledged the secrecy in October. "We're being careful not to quantify or get into too much detail about what they're getting — for their own operational security purposes, of course," he told reporters.

Shortly after the October 7 Hamas attack against Israel, the White House asked Congress to remove key restrictions on Israel's ability to access U.S. weapons stockpiles in the country, as The Intercept reported last month. The White House requestOpens in a new tab sought to "allow for the transfer of all categories of defense articles" from the stockpiles, as well as to remove requirements that such weapons be obsolete or surplus in nature.

In other instances of weapons sales to Israel, the administration has cut out Congress entirely. Last week, the Biden administration bypassedOpens in a new tab Congress to authorize the sale of 13,000 tank shells to Israel.

## Contact the author:



Ken Klippenstein   ken.klippenstein@theintercept.com   @kenklippenstein Opens in a new tab   on X
          Join The Conversation Opens in a new tab

# EXHIBIT C-21

Case 4:23-cv-05829-JSW Document 44-9 Filed 12/28/23 Page 252 of 271

VISUAL INVESTIGATIONS

# A Times Investigation Tracked Israel's Use of One of Its Most Destructive Bombs in South Gaza

By Robin Stein, Haley Willis, Ishaan Jhaveri, Danielle Miller, Aaron Byrd and Natalie Reneau
Published Dec. 21, 2023   Updated Dec. 22, 2023, 6:42 a.m. ET

During the first six weeks of the war in Gaza, Israel routinely used one of its biggest and most destructive bombs in areas it designated safe for civilians, according to an analysis of visual evidence by The New York Times.

The video investigation focuses on the use of 2,000-pound bombs in an area of southern Gaza where Israel had ordered civilians to move for safety. While bombs of that size are used by several Western militaries, munitions experts say they are almost never dropped by U.S. forces in densely populated areas anymore.

The Times programmed an artificial intelligence tool to scan satellite imagery of south Gaza for bomb craters. Times reporters manually reviewed the search results, looking for craters measuring roughly 40 feet across or larger. Munitions experts say typically only 2,000-pound bombs form craters of that size in Gaza's light, sandy soil.

**Visual Investigations**  Our investigative journalists use evidence that's hidden in plain sight to present a definitive account of the news. Get an email as soon as our next Visual Investigation is published. Get it sent to your inbox.

Ultimately, the investigation identified 208 craters in satellite imagery and drone footage. Because of limited satellite imagery and variations in a bomb's effects, there are likely to have been many cases that were not captured. But the findings reveal that 2,000-pound bombs posed a pervasive threat to civilians seeking safety across south Gaza.

In response to questions about the bomb's use in south Gaza, an Israeli military spokesman said in a statement to The Times that Israel's priority was destroying Hamas and "questions of this kind will be looked into at a later stage." The spokesman also said that the I.D.F. "takes feasible precautions to mitigate civilian harm."

But U.S. officials have said that Israel should do more to reduce civilian casualties while fighting Hamas. The Pentagon increased shipments to Israel of smaller bombs that it considers better suited to urban environments like Gaza. Still, since October, the United States has also sent more than 5,000 MK-84 munitions — a type of 2,000-pound bomb.

Eric Schmitt, John Ismay, Neil Collier, Yousur Al-Hlou and Christoph Koettl contributed reporting.

**Robin Stein** is a reporter on the Visual Investigations team at The Times, which combines traditional reporting with advanced digital forensics. More about Robin Stein

**Haley Willis** is a journalist with the Visual Investigations team. She has shared in two Pulitzer Prizes for investigations into the U.S. military's dismissal of civilian casualty claims and police killings during traffic stops. More about Haley Willis

**Natalie Reneau** is a senior video editor for the Visual Investigations team. More about Natalie Reneau

# EXHIBIT C-22

# Israeli military campaign in Gaza among deadliest in history, experts say

**AP** apnews.com/article/israel-gaza-bombs-destruction-death-toll-scope-419488c511f83c85baea22458472a796

JULIA FRANKEL                                           December 21, 2023



EVEN WHEN THE NEWS IS FREE, JOURNALISM IS NOT.
SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.



<u>World News</u>

## Israel's military campaign in Gaza seen as among the most destructive in recent history, experts say

0 of 1 minute, 9 secondsVolume 0%

A food kitchen is feeding hundreds of residents in the southern Gaza Strip city of Rafah as fighting between Israel and Hamas rages on in the territory. (Dec. 21)

JERUSALEM (AP) — The <u>Israeli military campaign</u> in Gaza, experts say, now sits among the deadliest and most destructive in recent history.

In just over two months, the offensive has wreaked more destruction than the razing of Syria's Aleppo between 2012 and 2016, Ukraine's Mariupol or, proportionally, the Allied bombing of Germany in World War II. It has killed more civilians than the U.S.-led coalition did in its three-year campaign against the Islamic State group.

The Israeli military has said little about what kinds of bombs and artillery it is using in Gaza. But from blast fragments found on-site and analyses of strike footage, experts are confident that the vast majority of bombs dropped on the besieged enclave are U.S.-made. They say the weapons include 2,000-pound (900-kilogram) "bunker-busters" that have killed hundreds in densely populated areas.

With the Palestinian death toll in Gaza surpassing 20,000, the international community is calling for a cease-fire. Israel vows to press ahead, saying it wants to destroy Hamas' military capabilities following the militant group's Oct. 7 cross-border rampage that triggered the war, in which it killed 1,200 people and took 240 others hostage.

The Biden administration has quietly continued to supply arms to Israel. Last week, however, President Joe Biden publicly acknowledged that Israel was losing international legitimacy for what he called its "indiscriminate bombing."

Here's a look at what is known so far about Israel's campaign on Gaza.

## HOW MUCH DESTRUCTION IS THERE IN GAZA?

Israel's offensive has destroyed over two-thirds of all structures in northern Gaza and a quarter of buildings in the southern area of Khan Younis, according to an analysis of Copernicus Sentinel-1 satellite data by Corey Scher of the CUNY Graduate Center and Jamon Van Den Hoek of Oregon State University, experts in mapping damage during wartime.

The percentage of damaged buildings in the Khan Younis area nearly doubled in just the first two weeks of Israel's southern offensive, they said.

That includes tens of thousands of homes as well as schools, hospitals, mosques and stores. U.N. monitors have said that about 70% of school buildings across Gaza have been damaged. At least 56 damaged schools served as shelters for displaced civilians. Israeli strikes damaged 110 mosques and three churches, the monitors said.

Israel holds Hamas responsible for civilian deaths by embedding militants in civilian infrastructure. Those sites also shelter multitudes of Palestinians who have fled under Israeli evacuation orders.

"Gaza is now a different color from space. It's a different texture," said Scher, who has worked with Van Den Hoek to map destruction across several war zones, from Aleppo to Mariupol.

## HOW DOES THE DESTRUCTION STACK UP HISTORICALLY?

By some measures, destruction in Gaza has outpaced Allied bombings of Germany during World War II.

Between 1942 and 1945, the allies attacked 51 major German cities and towns, destroying about 40-50% of their urban areas, said Robert Pape, a U.S. military historian. Pape said this amounted to 10% of buildings across Germany, compared to over 33% across Gaza, a densely populated territory of just 140 square miles (360 square kilometers).

"Gaza is one of the most intense civilian punishment campaigns in history," said Pape. "It now sits comfortably in the top quartile of the most devastating bombing campaigns ever."

The U.S.-led coalition's 2017 assault to expel the Islamic State group from the Iraqi city of Mosul was considered one of the most intense attacks on a city in generations. That nine-month battle killed around 10,000 civilians, a third of them from coalition bombardment, according an Associated Press investigation at the time.

During the 2014-2017 campaign to defeat IS in Iraq, the coalition carried out nearly 15,000 strikes across the country, according to Airwars, a London-based independent group that tracks recent conflicts. By comparison, the Israeli military said last week it has conducted 22,000 strikes in Gaza.

## WHAT TYPES OF BOMBS ARE BEING USED?

The Israeli military has not specified what it is using. It says every strike is cleared by legal advisers to make sure it complies with international law.

"We choose the right munition for each target — so it doesn't cause unnecessary damage," said the army's chief spokesman, Rear Adm. Daniel Hagari.

Weapons experts have been able to draw conclusions by analyzing blast fragments found on-site, satellite images and videos circulated on social media. They say the findings offer only a peek into the full scope of the air war.

So far, fragments of American-made Joint Direct Attack Munitions (JDAM) bombs and smaller diameter bombs have been found in Gaza, according to Brian Castner, a weapons investigator with Amnesty International.

The JDAM bombs include precision-guided 1,000- and 2,000-pound (450-kilogram and 900-kilogram) "bunker-busters."

"It turns earth to liquid," said Marc Garlasco, a former Pentagon defense official and a war crimes investigator for the U.N. "It pancakes entire buildings."

He said the explosion of a 2,000-pound bomb in the open means "instant death" for anyone within about 30 meters (100 feet). Lethal fragmentation can extend for up to 365 meters (1,200 feet).

In an Oct. 31 strike on the urban refugee camp of Jabaliya, experts say a 2,000-pound bomb killed over 100 civilians.

Experts have also identified fragments of SPICE (Smart, Precise Impact, Cost-Effective) 2000-pound bombs, which are fitted with a GPS guidance system to make targeting more precise. Castner said the bombs are produced by the Israeli defense giant Rafael, but a recent State Department release first obtained by The New York Times showed some of the technology had been produced in the United States.

The Israeli military is also dropping unguided "dumb" bombs. Several experts pointed to two photos posted to social media by the Israeli Air Force at the start of the war showing fighter jets stocked with unguided bombs.

## IS THE STRATEGY WORKING?

Israel says it has two goals: destroy Hamas and rescue the 129 hostages still held by militants.

Eleven weeks into the war, Israel says it has destroyed many Hamas sites and hundreds of tunnel shafts and has killed 7,000 Hamas fighters out of an estimated 30,000-40,000. Israeli leaders say intense military pressure is the only way to free more hostages.

But some families of hostages worry that the bombing endangers their loved ones. Hostages released during a weeklong cease-fire last month recounted that their captors moved them from place to place to avoid Israeli bombardment. Hamas has claimed that several hostages died from Israeli bombs, though the claims could not be verified.

The level of destruction is so high because "Hamas is very entrenched within the civilian population," said Efraim Inbar, head of the Jerusalem Institute for Strategy and Security, a think tank. He also said intense bombardment of Hamas' tunnels is needed to protect advancing Israeli ground forces from attacks.

# EXHIBIT D-1

Case 4:23-cv-05829-JSW Document 44-9 Filed 12/08/23 Page 260 of 271

**The New York Times** | https://www.nytimes.com/1982/08/13/world/reagan-demands-end-to-attacks-in-a-blunt-telephone-call-to-begin.html

# *REAGAN DEMANDS END TO ATTACKS IN A BLUNT TELEPHONE CALL TO BEGIN*

**By Bernard Weinraub**

Aug. 13, 1982



See the article in its original context from
August 13, 1982, Section A, Page 1    Buy Reprints

**VIEW ON TIMESMACHINE**

TimesMachine is an exclusive benefit for home delivery and digital subscribers.

*About the Archive*

*This is a digitized version of an article from The Times's print archive, before the start of online publication in 1996. To preserve these articles as they originally appeared, The Times does not alter, edit or update them.*

*Occasionally the digitization process introduces transcription errors or other problems; we are continuing to work to improve these archived versions.*

Chronology of Crisis About 6 A.M. (midnight Wednesday, New York time) - Israelis begin bombing west Beirut. As raids continue, Lebanon's Prime Minister, Shafik al-Wazzan, tells Philip C. Habib, the special American envoy, that the talks cannot continue.

2 P.M. (8 A.M., New York time) -The Israeli Cabinet meets. A message from President Reagan arrives, expressing ''outrage'' and, reportedly threatening to halt the Habib mission. The Cabinet decides to end the raids and order new ones only if they are ''essential.''

4 P.M. (10 A.M., New York time) -President Reagan tries for hour to call Mr. Begin but cannot get through. 4:50 P.M. (10:50 A.M., New York time) - King Fahd of Saudi Arabia calls Mr. Reagan. 5 P.M. (11 A.M., New York time) -A new cease-fire goes into effect in west Beirut. 5:10 P.M. (11:10 A.M., New York time) - Mr. Reagan reaches Mr. Begin for 10-minute telephone call. 5:40 P.M. (11:40 A.M., New York time) - Mr. Begin calls President Reagan to say that a ''complete cease-fire'' had been ordered.

WASHINGTON, Aug. 12 - President Reagan expressed ''outrage'' to Prime Minister Menachem Begin today over Israel's latest bombing raids in west Beirut, saying the attacks had resulted in ''needless destruction and bloodshed.'' It was the sharpest statement by Mr. Reagan since the start of the Israeli invasion of Lebanon nine weeks ago.

Larry Speakes, the deputy White House press secretary, said Mr. Reagan had been ''shocked'' by the Israeli attacks on west Beirut. Mr. Reagan voiced his feelings directly to Mr. Begin, according to Mr. Speakes.

Mr. Speakes said the Israeli action had threatened the efforts by Philip C. Habib, the special American envoy, to end the fighting in Lebanon and arrange for the withdrawal of the 6,000 to 9,000 Palestinian guerrillas trapped in west Beirut. In the last 48 hours, Mr. Habib's peace plan seemed on the verge of success. 'Massive Military Action'

"The President expressed his outrage over this latest round of massive military action,'' Mr. Speakes said early this afternoon. ''He emphasized that Israel's action halted Ambassador Habib's negotiations for a peaceful resolution of the Beirut crisis when they were at the point of success. The result has been more needless destruction and bloodshed.''

Mr. Speakes, asked whether Mr. Reagan had shouted at the Prime Minister, declined to comment. Mr. Speakes read a White House statement to reporters after a morning in which President Reagan sent an urgent message to Mr. Begin, then spoke twice with the Israeli leader and received a call from King Fahd of Saudi Arabia over the crisis. U.S. Officials Are Stunned

American officials - including, apparently, Mr. Reagan - were stunned by not only the scale of the Israeli air attacks but also the possibility that Mr. Habib's peace proposals could fall apart because of them.

As the Israeli attacks took place, State Department officials said, Lebanon's Prime Minister, Shafik al-W@azzan, told Mr. Habib in Beirut that the talks could not continue under the ''blackmail and pressure'' of the raids.

''Habib couldn't continue the talks,'' one State Department official said. ''The point was conveyed that he simply couldn't go on. The talks had come to a halt. It was impossible to continue to play our role in these circumstances.'' Unusually Blunt Statement

Officials denied reports from Israel that Mr. Reagan had warned Mr. Begin that Mr. Habib would return to Washington if the raids continued.

The unusually blunt White House statement said: ''The President was shocked this morning when he learned of the new heavy Israeli bombardment of west Beirut. As a result, the President telephoned Prime Minister Begin concerning the most recent bombing and shelling in Beirut.'' The statement said Mr. Reagan then ''expressed his outrage.''

''He emphasized that Israel's actions halted Ambassador Habib's negotiations for the peaceful resolution of the Beirut crisis when they were at the point of success,'' the statement said. ''The result has been more needless destruction and bloodshed.''

The statement continued: ''The President made clear that it is imperative that the cease-fire in place be observed absolutely in order for negotiations to proceed. We understand the Israeli Cabinet has approved a new cease-fire, which is in effect. It must hold.''

Asked if Mr. Reagan had threatened to suspend American arms aid or take other retaliation, Mr. Speakes replied, ''I won't discuss that.'' He also declined to discuss Mr. Begin's response.

A State Department official said, however, that no direct threats had been made in the telephone talks. 'Frank and Straightforward'

A White House aide said Mr. Reagan's phone conversations with Mr. Begin were ''his toughest yet - he used frank and straightforward language.''

During his conversations, Mr. Reagan was seated at his desk in the Oval Office. Secretary of State George P. Shultz, James A. Baker 3d, the White House chief of staff, and Robert C. McFarlane, the deputy assistant to the President for national security affairs, were nearby, according to White House officials.

In a chronology of the morning's events, Mr. Speakes and other White House officials said Mr. Reagan had received reports from Mr. Habib that the Israeli shellings had brought the talks to a halt.

Mr. Habib reported that the attacks had prevented him from meeting the Lebanese intermediaries serving as his contacts with the Palestine Liberation Organization. An Angrily Worded Message

Mr. Reagan then sent an angrily worded message to Mr. Begin through the United States Ambassador in Israel, Samuel W. Lewis. Because Mr. Begin was in the Israeli Parliament, the message was not delivered personally.

''The President expressed in the message generally what he expressed here,'' Mr. Speakes said, referring to the White House statement.

Between 10 A.M. and 11 A.M., Mr. Reagan tried to phone Mr. Begin, but the call could not be completed, Mr. Speakes said. In the meantime, King Fahd of Saudi Arabia called Mr. Reagan at 10:50 A.M., ''expressing his concern over the situation in west Beirut,'' according to Mr. Speakes.

At 11:10 A.M. - about 10 minutes after the latest cease-fire took effect - Mr. Reagan reached Mr. Begin and spoke for 10 minutes. Israel Orders a Cease-Fire

''Shortly before this phone call, we had learned that an order had gone out to cease the bombing in west Beirut,'' Mr. Speakes said. At 11:40 A.M., Mr. Begin phoned the President back. ''The information contained in this call was that a complete cease-fire had been ordered,'' Mr. Speakes said.

Before today's Israeli attacks, United States officials expressed hope that Mr. Habib's efforts would soon result in the withdrawal of the P.L.O. from Lebanon.

A version of this article appears in print on , Section A, Page 1 of the National edition with the headline: REAGAN DEMANDS END TO ATTACKS IN A BLUNT TELEPHONE CALL TO BEGIN

# EXHIBIT D-2

# U.S. Pressure Behind Israeli Delay in Evacuating Bedouin Village, Defense Official Says

haaretz.com/israel-news/2019-06-18/ty-article/defense-official-u-s-pressure-behind-israeli-delay-in-evacuating-bedouin-village/0000017f-e3c9-d9aa-afff-fbd96a610000

Yaniv Kubovich                                                                                           June 18, 2019





<u>Yaniv Kubovich</u>

Jun 18, 2019

The Israeli government is postponing the evacuation of the Bedouin village of Khan al-Ahmar in the West Bank until at least December at the Trump administration's request, a senior defense official told Haaretz on Monday.

The Americans want to <u>delay the evacuation</u> of the unauthorized village until the "Deal of the Century" peace plan is presented and to avoid any additional tension, or humiliation, with the Palestinian Authority, the official added. The State Prosecutor's Office, which informed the High Court of Justice of the delay during Sunday's hearing on a petition to carry out the evacuation, said the delay was necessary because of both the previous and upcoming elections.

In response to the petition, which filed by the right-wing Regavim nonprofit, the state asked the court to give it until December 16 to respond, since the new government that will be formed after the September elections will need time to consider its position. It added that the current transition government supports this request.

>> **The eviction of Khan al-Ahmar stinks up to high heaven** | Opinion

## Israel At War: Get a daily summary direct to your inbox

Please enter a valid email address

By signing up, I agree to Haaretzterms and conditions

Three days before the previous election, Prime Minister Benjamin Netanyahu promised in a televised interview that "the evacuation will happen very soon, at the soonest possible time." As of now, the defense establishment has not been asked to hurry the evacuation, nor has it been asked to prepare for it in any form.

- Advertisement -

The topic of evacuating Khan al-Ahmar was not discussed in defense forums in recent months, and the defense establishment has not been asked about it by the political leadership during that period, a defense official involved in the matter told Haaretz. No practical discussion on the evacuation has been held with leading politicians, including the prime minister.

Other officials who attended some of the closed meetings to assess the diplomatic implications of the evacuation told Haaretz that they were under the impression that Netanyahu is not interested in carrying out the evacuation, at least not for now.

The prime minister wants to postpone it out of fear that it will become a rallying point and lead to Palestinian riots at a time when the United States wants to ease tensions before the release of its peace plan, the officials said. And the evacuation of the village, which the United States and European Union oppose, will garner harsh criticism that Netanyahu would rather avoid.

- Advertisement -

A representative from Khan al-Ahmar, Eid Abu Khamis, was invited in April by American—Jewish left—wing NGO J Street for a three-week visit to the United States. As part of the visit, Abu Khamis participated in a number of the group's conferences and met with members of Congress, who promised to act to prevent the evacuation – at least until the peace plan is released.

Abu Khamis also met with representatives of the Jewish community in the United States, and was told they had tried to influence decision makers in Israel to prevent the evacuation in the near future. They offered to mediate a deal in which the residents would receive significant compensation if they agree to leave their homes.

Abu Khamis is now visiting Tunis, and is expected to travel to the United States again soon for another round of meetings. "I was invited to the United States again to meet with officials in Congress," he told Haaretz. He added that based on his talks, he expects "something good to happen."

# EXHIBIT D-3

# Under U.S. pressure, Israel allows Palestinian-Americans to travel from West Bank

⌃ axios.com/2023/12/11/israel-palestinian-americans-visa-waiver-west-bank

December 11, 2023

Dec 11, 2023 - World



Barak Ravid



People wait to enter Israel at the Qalandia checkpoint outside of the city of Ramallah on Dec. 10, 2023 in the occupied West Bank. Photo: Spencer Platt/Getty Images

Under U.S. pressure, Israel reversed its decision and is allowing Palestinian Americans who live in the occupied West Bank to enter its territory for the first time since the Oct. 7 Hamas attack.

**The big picture:** The Biden administration last month warned Israel it is violating a visa waiver agreement with the U.S. by preventing Palestinian Americans who live in the West Bank from traveling to Israel, Axios previously reported.

**Flashback:** Shortly after the Oct. 7 attack, the Israeli government imposed a closure of the West Bank for security reasons and barredentry for Palestinians who live there, including more than 100,000 Palestinian workers who previously entered Israel every day.

Tens of thousands of Palestinian Americanshad unprecedented access to Israel in recent months as a result of the reciprocity conditions of the visa waiver agreement.

**Behind the scenes:** Two U.S. and Israeli officials said the Biden administration told the Israeli government that if the issue wasn't resolved this week it could lead to a suspension of Israel's membership in the U.S. Visa Waiver Program, which allows a country's citizens to travel to the U.S. for 90 days without first obtaining a visa.

An Israel official said the Israeli government recognized it was in violation of the agreement with the U.S. and, faced with the threat of losing the visa waiver for Israeli citizens, made the decision last week to allow Palestinian Americans who reside in the West Bank to enter Israel.

Presented by Google

Deep dive into AI in Axios' five-part video series.

Series now available.

