1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *in his official capacity as President of the United States*;<br><br>ANTONY J. BLINKEN, *in his official capacity as Secretary of State*; and<br><br>LLOYD JAMES AUSTIN, *in his official capacity as Secretary of Defense*,<br><br>Defendants. | Case No.: 23-cv-5829<br><br>**[PROPOSED] ORDER DENYING MOTION TO DISMISS** |

Plaintiffs Defense for Children International – Palestine, Al-Haq, Ahmed Abu Artema, Mohammed Ahmed Abu Rokbeh, Mohammad Herzallah, A.N., Laila Elhaddad, Waeil Elbhassi, Basim Elkarra and Dr. Omar Al-Najjar (collectively "Plaintiffs") commenced this matter against

Defendants Joseph R. Biden Jr., President of the United States, Antony J. Blinken, United States Secretary of State, and Lloyd James Austin III, United States Secretary of Defense (collectively "Defendants") to enforce the legal obligations to prevent, and to not be complicit in, the crime of genocide in connection with Israel's assault on the Palestinian people in Gaza. Plaintiffs have also moved for a Preliminary Injunction seeking to enjoin Defendants from engaging in activity that supports, aids and abets, or otherwise furthers, the genocidal campaign against the Palestinian people in Gaza, including the transfer of any financial or material assistance to Israel.

Defendants have filed a motion to dismiss this action pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Having considered Defendants' motion to dismiss, and all the pleadings, legal authority, argument, and other filings presented in support thereof or opposition thereto, this Court finds that:

1. It has jurisdiction over Plaintiffs' claims for failure to prevent and for complicity in genocide under customary international law, 28 U.S.C. §§ 1331 and 1350;
2. Plaintiffs have standing to pursue these claims against these Defendants;
3. Plaintiffs have stated claims for failure to prevent and for complicity in genocide under customary international law, 28 U.S.C. §§ 1331 and 1350;

Accordingly, it is hereby ORDERED that Defendants' motion to dismiss is **DENIED**.

**IT IS SO ORDERED.**

Issued this __ day of _____, 2024.

_____
JEFFREY S. WHITE
U.S. District Judge

[PROPOSED] ORDER DENYING MOTION
TO DISMISS                                                                      Case No. 23-cv-5829