Eleanor Morton (SBN 220407)
LEONARD CARDER LLP
1999 Harrison Street, Suite 2700
Oakland, CA 94612
(510) 272-0169
Fax: (510) 272-0174
emorton@leonardcarder.com

Attorney(s) for *Amicus Curiae*
A Jewish Voice for Peace, Inc.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States,* ANTONY J. BLINKEN, *Secretary of State,* LLOYD JAMES AUSTIN III, *Secretary of Defense,* in their official capacities,<br><br>Defendants. | Case No.: 23-cv-05829<br><br>**UNOPPOSED MOTION OF A JEWISH VOICE FOR PEACE, INC FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing: January 26, 2024 at 9:00 a.m. |

A Jewish Voice for Peace, Inc., by its undersigned counsel, hereby moves for leave to file the attached proposed brief as *amicus curiae* in the above-captioned action. The plaintiffs have consented to this filing. Defendants have also consented, provided that the brief is filed no later than today, December 29, 2023. Thus, the motion is unopposed.

A Jewish Voice for Peace, Inc. believes that the analysis and policy considerations in the accompanying brief will help to inform the Court's analysis. Based on this and the consents received, proposed *amicus curiae* A Jewish Voice for Peace, Inc. prays that its unopposed motion to file the within proposed brief of amicus curiae be granted.

                                         Respectfully Submitted,

                                         /s/
                                         _____
                                         Eleanor Morton (SBN 220407)
                                         LEONARD CARDER LLP

                                         Attorneys for *Amicus*
                                         A Jewish Voice for Peace, Inc.