Eleanor Morton (SBN 220407)
LEONARD CARDER LLP
1999 Harrison Street, Suite 2700
Oakland, CA 94612
(510) 272-0169
Fax: (510) 272-0174
emorton@leonardcarder.com

Attorney(s) for *Amicus Curiae*
A Jewish Voice for Peace, Inc.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States,* ANTONY J. BLINKEN, *Secretary of State,* LLOYD JAMES AUSTIN III, *Secretary of Defense,* in their official capacities,<br><br>Defendants. | Case No.: 23-cv-05829<br><br>**PROPOSED BRIEF OF AMICUS CURIAE A JEWISH VOICE FOR PEACE, INC. IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing: January 26, 2024 at 9:00 a.m. |

**INTEREST OF AMICUS CURIAE**

A Jewish Voice for Peace, Inc. is a national grassroots organization with over 720,000 members and supporters across the United States. We are the largest progressive anti-Zionist Jewish organization in the world and have worked for over 25 years to build a future of collective liberation in which all Palestinians and Israelis can live in justice, equality, and freedom. Accordingly, *Amicus*

has a unique perspective and specific information that can assist the Court beyond what the parties can provide. *Amicus* seeks to appear in support of Plaintiffs' motion for a preliminary injunction and in opposition to Defendants' motion to dismiss.

As a U.S.-based and Jewish organization, we demand the Biden Administration uphold its irrefutable legal responsibility to prevent genocide. Acting in violation of the law can never be a policy choice -- including for the President of the United States. Biden does not have the discretion to decide to support a genocide, and we are appalled that he is doing so with our tax dollars and in our names.

**ARGUMENT**

For many American Jews - especially those with European ancestry or family members murdered in the Holocaust - the phrase "never again" was a core part of our upbringing. We were taught the dangerously powerful appeal of authoritarian rulers, fascism, and the dehumanization of "the other". We understand that the lesson of the Holocaust and all other genocides is that all human life is sacred and that we must struggle against all systems of power that say otherwise.

The Israeli government's intentions are public and clear, and to ignore them as the Biden administration has is egregious. Israeli officials have promised to open "the gates of hell" on Gaza. Israeli Defense Minister Yoav Gallant, when announcing the total siege of all 2.3 Palestinians in Gaza that is now killing people of starvation, dehydration, and disease, said the people trapped inside are "human animals". Israeli Major General Ghassan Alian said "There will be no electricity and water in Gaza, there will only be destruction. You want hell, you will have hell." Prime Minister Benjamin Netanyahu repeatedly invokes the language of a war of "civilization against barbarism". Meanwhile, the Biden administration has continued fast-tracking weapons shipments to Israel, even in the face of incontrovertible evidence that these weapons are being used to kill civilians, and has blocked international attempts to push for a ceasefire to end the bloodshed.

Seeing this, A Jewish Voice for Peace members and supporters have thrown every part of ourselves into the struggle against the Israeli government's current unfolding genocide against Palestinians in Gaza. Not in spite of our Jewishness, *but because of it*. And we submit this brief as Jews, the principal victims of the genocide that prompted the Convention on the Prevention and Punishment of the Crime of Genocide. The complicity of the United States in Israel's ongoing genocide not only erases the memory of those Jews and others slaughtered during the Holocaust, but makes a mockery of the Convention itself. If the Convention is not invoked to stop a genocide unfolding in front of our eyes on social media and beyond, will it ever be invoked? Or, in the words of one of our Jewish sages, "If not now, when?"

In response to Israel's horrifying slaughter of the people of Gaza, an unprecedented number of American Jews are taking action to demand the Biden administration withdraw complicity and support from this unfolding genocide. JVP's growth speaks to the groundswell of support. We have doubled or more by nearly every measure. We now have over 1.8 million followers on our social media accounts and over 720,000 people who JVP counts as our base. Our local groups, in over 80 cities across the country, are working to welcome and mobilize new members constantly — our largest chapters include thousands of active and engaged participants, and many of the smallest groups went from ten to twenty core members to hundreds.

American Jews have held vigils, sit-ins, marches, rallies, and protests in more than 80 cities. We've made over 300,000 calls to members of congress and the Biden administration demanding action. Tens of thousands of Jewish people have been in the streets, and many thousands have taken part in civil disobedience. As just one such example, on the night of Biden's White House Hanukkah party, eighteen elderly Jewish women chained themselves to the White House gates to demand the president uphold the law and act to prevent the historic atrocities being carried out by the Israeli government.

The Convention on the Prevention and Punishment of the Crime of Genocide was created in the wake of the Nazi Holocaust with the crucial goal of creating international systems to prevent further genocides. And under Article 1 of the Convention, the U.S. and other signatories have a specific duty to prevent and punish acts of genocide, an obligation the U.S. Congress made law in 1988 when it ratified the Convention and passed the Genocide Convention Implementation Act. 18 U.S.C. § 1091. Considering that the U.S. government also sends the Israeli military over $3.8 billion in military funding every single year - in spite of growing protest and opposition from Americans including American Jews - that duty is even greater.

If the Convention on the Prevention and Punishment of the Crime of Genocide does not apply to the protection of all people - in other words, if it is ignored or twisted when it comes to the lives of Palestinians - then it ultimately protects no one. If President Joe Biden, Secretary Antony Blinken, and Secretary Lloyd Austin are not held accountable for their failure to prevent this unfolding genocide and, indeed, their enabling of it, then there is no accountability guaranteed for any future U.S. government officials. We join with the Plaintiffs in urgently calling for an injunction to end U.S. government support for the genocide, including military assistance.

As Jews - one of the groups of people across the globe who have been the victims of a genocide - the idea that this Convention and the accountability mechanisms it seeks to uphold are in fact meaningless, puts all of us at heightened risk.

The words of the Israeli government and U.S. government, paired with the total and heart-wrenching destruction that the Israeli government has carried out since October 7 - killing more than 20,000 Palestinians approximately half of whom were children - has left us shattered. We at JVP are absolutely clear: the Israeli government is intentionally carrying out an unfolding genocide. And the Biden administration has not only failed in its duty to prevent it, but actively enabled and facilitated it.

Given that Israel's conduct does not accord with President Biden, Secretary Blinken and Secretary Austin's purported priority of minimizing civilian deaths and injuries, and taking all measures necessary to insure that the humanitarian needs of Gaza's civilian population are met, we urge the Court to grant the relief sought by the Plaintiffs, including, but not limited to, ordering President Biden, Secretary Blinken and Secretary Austin to take all measures within their power to exert influence over Israel to end its bombing of the Palestinian people of Gaza; lifting the suffocating siege on Gaza; preventing the forcible transfer and expulsion of Palestinians from Gaza; ending all U.S. military funding and assistance to Israel's genocide; and ending the administration's actions that provide diplomatic cover for Israel that obstruct the international community from protecting and promoting the human rights of Palestinians.

Respectfully Submitted,

/s/

_____
Eleanor Morton (SBN 220407)
LEONARD CARDER LLP

Attorneys for *Amicus*
A Jewish Voice for Peace, Inc.