Brittney Rezaei, Cal. Bar No. 309567
COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA
*San Francisco Bay Area Office*
3160 De La Cruz Blvd., Ste. 110
Santa Clara, CA 95054
(408) 986-9874
bRezaei@cair.com

Maria Kari (*pro hac vice* pending)
LAW OFFICE OF MARIA KARI, PLLC
7100 Regency Square Blvd., Ste. 290
Houston, TX 77036
(205) 862-8005
info@mariakari.org

*Attorneys for Amici Curiae*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States,* ANTONY J. BLINKEN, *Secretary of State,* LLOYD JAMES AUSTIN III, *Secretary of Defense,* in their official capacities,<br><br>Defendants. | Case No.: 23-cv-05829<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE, ARAB RESOURCE & ORGANIZING CENTER, COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA, AND ARAB-AMERICAN CIVIL RIGHTS LEAGUE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing: January 26, 2024 at 9:00 a.m. |

The American-Arab Anti-Discrimination Committee ("ADC"), the Arab Resource & Organizing Center ("AROC"), the Council on American-Islamic Relations, California ("CAIR-CA"), and the Arab-American Civil Rights League ("ACRL") (collectively "Proposed *Amici*") respectfully move this Court for leave to file, as *amici curiae*, the brief attached hereto as Exhibit 1 in support of Plaintiffs Defense for Children International-Palestine et al.'s Motion for a Preliminary Injunction and Opposition to Defendants' Motion to Dismiss in the above-captioned case.

The Court should exercise its discretion to allow Proposed Amici to file the attached brief. "The district court has broad discretion to appoint amici curiae," *NetChoice, LLC v. Bonta*, No. 22-CV-08861-BLF, 2023 WL 6131619, at *1 (N.D. Cal. Sept. 18, 2023) (citation omitted), and, in general, "courts have exercised great liberality in permitting amicus briefs," *California by & through Becerra v. United States Dep't of the Interior*, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019) (internal marks and citation omitted). "There are no strict prerequisites to qualify as amici. . . Amici need show only that their participation is useful to the court." *NetChoice, LLC v. Bonta*, No. 22-CV-08861-BLF, 2023 WL 6131619, at *1 (N.D. Cal. Sept. 18, 2023) (citation and quotation marks omitted); *see California by & through Becerra*, 381 F. Supp. 3d at 1164 ("There are no strict prerequisites that must be established prior to qualifying for amicus status; an individual seeking to appear as amicus must merely make a showing that his participation is useful or otherwise desirable to the court.").

Each of the Proposed *Amici* has a strong interest in the issues before the Court. Founded in 1980, the ADC is a non-profit civil rights organization committed to protecting and promoting the civil liberties and human rights of Arab Americans. Based in the San Francisco Bay Area, AROC is a grassroots organization that organizes and empowers Arab and Muslim communities and provides legal services to low-income immigrants. CAIR-CA is a non-profit grassroots civil rights and advocacy group, serving California's estimated one million Muslims. CAIR-CA's mission is to enhance the understanding of Islam, protect civil rights, promote justice, and empower Arab, Middle

Eastern, Muslim, and South Asian communities. The ACRL is a non-profit organization founded in 2011 to protect the constitutional rights and civil liberties of its members through litigation, education, and advocacy.

Proposed *Amici* respectfully submit that the attached brief will significantly aid the Court in its resolution of the pending issues. In particular, the Proposed *Amici* write to inform the Court of the public interest related to Defendants' continued provision of support, aid, and assistance to Israel's genocidal acts in the Occupied Gaza Strip. The attached brief highlights the scope and scale of harm to Palestinian Americans trapped in Gaza and to Palestinians in the United States with families in and other connections to Gaza. In doing so, the brief further supplements the experiences of U.S.-based Plaintiffs A.N., Laila Elhaddad, Waeil Elbhassi, Basim Elkarra, Laila Elhaddad, and Mohammad Herzallah as laid out in the complaint and their respective declarations.

All parties have consented to the filing of this brief. A copy of the proposed *amici curiae* brief and a proposed order are attached.

For the foregoing reasons, the ADC, AROC, CAIR-CA, and the ACRL respectfully request that the Court grant their motion to file the attached brief.

Dated: December 29, 2023

Respectfully submitted,

/s/
Brittney Rezaei, Cal. Bar No. 309567
COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CA
*San Francisco Bay Area Office*
3160 De La Cruz Blvd., Ste. 110
Santa Clara, CA 95054
(408) 986-9874
bRezaei@cair.com

Maria Kari (*pro hac vice* pending)
LAW OFFICE OF MARIA KARI, PLLC
7100 Regency Square Blvd., Ste. 290
Houston, TX 77036
(205) 862-8005
info@mariakari.org