Brittney Rezaei, Cal. Bar No. 309567
COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA
*San Francisco Bay Area Office*
3160 De La Cruz Blvd., Ste. 110
Santa Clara, CA 95054
(408) 986-9874
bRezaei@cair.com

Maria Kari (*pro hac vice* pending)
LAW OFFICE OF MARIA KARI, PLLC
7100 Regency Square Blvd., Ste. 290
Houston, TX 77036
(205) 862-8005
info@mariakari.org

*Attorneys for Amici Curiae*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br><br>                    Plaintiffs,<br><br>         v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States,* ANTONY J. BLINKEN, *Secretary of State,* LLOYD JAMES AUSTIN III, *Secretary of Defense,* in their official capacities,<br><br>                    Defendants. | Case No.: 23-cv-05829<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE, ARAB RESOURCE & ORGANIZING CENTER, COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA, AND ARAB-AMERICAN CIVIL RIGHTS LEAGUE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing: January 26, 2024 at 9:00 a.m. |

Having considered the Unopposed Motion for Leave to File Brief of *Amici Curiae* American-Arab Anti-Discrimination Committee, Arab Resource & Organizing Center, Council on American-Islamic Relations, California, and Arab-American Civil Rights League in Support of Plaintiffs' Motion for Preliminary Injunction and Opposition to Defendants' Motion to Dismiss, the Court concludes that the motion is GRANTED and that the proposed brief is deemed filed.

IT IS SO ORDERED.

Dated: _____         _____

                                                      HON. JEFFREY S. WHITE
                                     UNITED STATES DISTRICT COURT JUDGE