DAN SIEGEL, SBN 56400
SARA BELADI, SBN 348987
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, CA 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com

Attorneys for Amici
INTERNATIONAL HUMAN RIGHTS
ORGANIZATIONS

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States,* ANTONY J. BLINKEN, *Secretary of State,* LLOYD JAMES AUSTIN III, *Secretary of Defense,* in their official capacities,<br><br>Defendants. | Case No.: 23-cv-05829<br><br>**UNOPPOSED MOTION OF INTERNATIONAL HUMAN RIGHTS ORGANIZATIONS FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing: January 26, 2024 at 9:00 a.m. |

**UNOPPOSED MOTION OF INTERNATIONAL HUMAN RIGHTS ORGANIZATIONS FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Amici International Human Rights Organizations move the Court for leave to file a brief in support of Plaintiffs' Motion for Preliminary Injunction and Opposition to Defendants' Motion to Dismiss. The Plaintiffs consent to the filing of this brief, and the Defendants consent to the filing of this brief so long as it is filed by December 29, 2023.

Dated: December 29, 2023   Respectfully submitted,

SIEGEL, YEE, BRUNNER & MEHTA
MEENA JAGANNATH*
JEENA SHAH*

By: /s/ Dan Siegel
    Dan Siegel

Attorneys for Amici
INTERNATIONAL HUMAN RIGHTS ORGANIZATIONS

* Pro Hac Vice status pending