1   Mohammad Mehdi Ali, Cal. Bar #291417
2   University Network for Human Rights
    101 High Street
3   Middletown CT 06457
    (617) 669-8606
4   media@humanrightsnetwork.org

5   *Attorney for Amicus Palestinian Journalists' Syndicate*

6

7   **UNITED STATES DISTRICT COURT**
    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8
    DEFENSE FOR CHILDREN
9   INTERNATIONAL – PALESTINE; AL-        Case No.: 23-cv-05829
    HAQ; AHMED ABU ARTEMA;
10  MOHAMMED AHMED ABU ROKBEH;           **UNOPPOSED MOTION OF**
    MOHAMMAD HERZALLAH; A.N.;            **PALESTINIAN JOURNALISTS'**
11  LAILA ELHADDAD; WAEIL ELBHASSI;      **SYNDICATE FOR LEAVE TO FILE**
    BASIM ELKARRA; and DR. OMAR EL-      **AMICUS CURIAE BRIEF IN SUPPORT**
12  NAJJAR                               **OF PLAINTIFFS' MOTION FOR**
                                         **PRELIMINARY INJUNCTION AND**
13                 Plaintiffs,           **OPPOSITION TO DEFENDANTS'**
                                         **MOTION TO DISMISS**
14
        v.
15
16  JOSEPH R. BIDEN, JR., *President of the*    Hearing: January 26, 2024 at 9:00 a.m.
    *United States,* ANTONY J. BLINKEN,
17  *Secretary of State,* LLOYD JAMES
    AUSTIN III, *Secretary of Defense,* in their
18  official capacities,

19                 Defendants.

20

21

22

23

24

25

26

27

28

---

The Palestinian Journalists' Syndicate ("PJS") seeks leave to file an amicus curiae brief in support of Plaintiffs Defense for Children–International et al. in the above-captioned case. PJS represents approximately 3,000 Palestinian journalists and media workers across the occupied Palestinian territory, which includes Gaza. As an organization that advocates for the interests of journalists, PJS is deeply troubled that an unprecedented number of journalists have been killed by the Israeli military since the start of Israel's genocide in Gaza. These lethal attacks on journalists appear to be deliberate and targeted.

Plaintiffs have consented to the filing of this amicus curiae brief, and Defendants have consented so long as the brief is filed by December 29, 2023.