Mohammad Mehdi Ali, Cal. Bar #291417
University Network for Human Rights
101 High Street
Middletown CT 06457
(617) 669-8606
media@humanrightsnetwork.org

*Attorney for Amicus Palestinian Journalists' Syndicate*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR

Plaintiffs,

v.

JOSEPH R. BIDEN, JR., *President of the United States,* ANTONY J. BLINKEN, *Secretary of State,* LLOYD JAMES AUSTIN III, *Secretary of Defense,* in their official capacities,

Defendants.

Case No.: 23-cv-05829

**BRIEF OF AMICUS CURIAE PALESTINIAN JOURNALISTS' SYNDICATE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Hearing: January 26, 2024 at 9:00 a.m.

## STATEMENT OF INTEREST

The Palestinian Journalists' Syndicate ("PJS"), established in 1979, is the only trade union representing Palestinian journalists across the occupied Palestinian territory ("oPt", which consists of Gaza and the West Bank, including East Jerusalem) and abroad. All accredited Palestinian journalists in Gaza are members of PJS and have obtained their journalist credentials from PJS. There are approximately 3,000 Palestinian journalists and media workers in the oPt, about 1,200 of whom were based in Gaza at the start of the genocide.

PJS seeks to support and facilitate the work of Palestinian journalists within the framework of Palestinian self-determination, the national Palestinian policy agenda, and journalism's professional code of ethics.[1] PJS directly intervenes, engages with decisionmakers, and partners with local and international parties to address issues or obstacles that hinder the ability of Palestinian journalists to conduct their crucial work. PJS also engages in advocacy on behalf of its members, seeking to raise public consciousness and shift public opinion about the extraordinarily difficult conditions under which Palestinian journalists operate. PJS's direct interventions, partnerships with other entities, and demands for policy changes are guided by treaties and international charters that safeguard journalists' rights—most notably UN Security Council Resolution 2222—as well as the national Palestinian policy agenda and local and international codes of ethics for media professionals.

PJS submits this amicus brief to document the impact of the ongoing genocide in Gaza on Palestinian journalists, an unprecedented number of whom have been targeted and killed by the Israeli military since October 7, 2023. In the ten years before this genocide, PJS

---

[1] *See, e.g., Global Charter of Ethics for Journalists*, International Federation of Journalists, https://www.ifj.org/who/rules-and-policy/global-charter-of-ethics-for-journalists.

investigated and documented approximately 9,000 violations against Palestinian journalists in the oPt, including Israeli-perpetrated firing of tear gas, confiscation of cameras, restrictions on movement or filming, assaults, arrests, imprisonment, and dozens of killings. As the Committee to Protect Journalists noted in May 2023, the "deadly pattern" of journalist killings by the Israeli military over the past two decades—with no accountability—was alarming enough.[2] But in the last three months, an average of more than one journalist per day has been killed in Gaza, and PJS has had to dedicate most of its time to investigating and documenting these assassinations. Palestinian journalists no longer even report violations of a relatively minor nature, such as assaults or restrictions on movement, because of the lethal threats they are facing in Gaza.

In addition, PJS has been unable to properly fulfill its role in Gaza since the start of the genocide. PJS has been able to maintain contact with fewer than twenty percent of the journalists who remain alive in Gaza. Moreover, because of frequent communications blackouts, appalling living conditions, and constant and imminent lethal threats from Israeli bombardment, this contact is sporadic. PJS has also been unable to deliver essential protective gear—including bulletproof helmets and vests—to journalists in Gaza.

## I. ISRAEL'S TARGETED AND LETHAL ATTACKS ON JOURNALISTS IN GAZA

Israel's genocide in the Gaza Strip has exacted a horrific death toll, triggering mass popular protests and rallies across the world. As of December 29, 2023, Israel has killed 21,507 Palestinians in Gaza—nearly one percent of Gaza's total population. The proportion of journalists and media workers killed is even more staggering. Of the 1,200 Palestinian

---

[2] Committee to Protect Journalists, Deadly Pattern (May 2023), https://cpj.org/wp-content/uploads/2023/05/CPJ-Special-Report-May-2023_Deadly-Pattern.pdf.

journalists and media workers based in Gaza at the start of the genocide, at least 95—or nearly eight percent—have been killed as of December 19, 2023.[3] During previous Israeli military attacks in the oPt, the proportion of journalists killed has consistently been lower than the proportion of the population killed. In the current genocide, however, the proportion of journalists killed is orders of magnitude higher than the population-wide percentage. Indeed, Israel is perpetrating a truly unprecedented attack on journalists: according to data collected by the Committee to Protect Journalists, more journalists were killed in the first ten weeks of Israel's assault on Gaza than have ever been killed in a single country over the course of a whole year.[4] As Reporters Without Borders stated early in the genocide—when the number of journalists killed was half the current death toll—"This is one of the deadliest tolls in a century…the Palestinian territory has been subjected to a veritable eradication of journalism."[5]

Evidence strongly indicates that the vast majority of the journalists and media workers killed since the start of the genocide were specifically targeted for assassination by the Israeli military; according to information collected by PJS, their killings appear deliberate rather than incidental or collateral. At least 84 of the 95 deceased journalists were killed in "surgical" or sniper Israeli attacks that targeted either their homes (or, in one case, their personal vehicle) or the area where they were reporting, filming, or otherwise covering news stories. Many of these journalists received direct and specific threats to their lives—

---

[3] At least seven more journalists have been killed by the Israeli military since December 19, 2023, but information about them has been omitted from this brief as PJS continues to gather information about their deaths.

[4] *Israel-Gaza war takes record toll on journalists*, Committee to Protect Journalists (Dec. 21, 2023), https://cpj.org/2023/12/israel-gaza-war-takes-record-toll-on-journalists/.

[5] *Israel is eradicating journalism in Gaza, with ten reporters killed in three days, 48 since start of war*, Reporters Without Borders, https://rsf.org/en/israel-eradicating-journalism-gaza-ten-reporters-killed-three-days-48-start-war.

sometimes multiple such threats—from the Israeli military before they were targeted. Dozens of family members have also been killed in targeted strikes on journalists' homes. The Committee to Protect Journalists has stated that it is "particularly concerned about an apparent pattern of targeting of journalists and their families by the Israeli military."[6]

The Appendix to this brief contains a list of all Palestinian journalists and media workers killed in Gaza from October 7 to December 19, 2023, along with information about the circumstances surrounding each of their deaths. Some of the journalists, media workers, and family members targeted and killed by the Israeli military include:

- ***Hassouneh Sleem, Sari Mansour, and Saeed Al-Taweel, all of whom received direct threats to their lives and were subsequently assassinated by Israel.***

**Hassouneh Sleem**, a photojournalist at Al Quds News Agency, and **Sari Mansour**, Director General of Al Quds News Agency, both received online death threats approximately 24 hours before they were killed in an Israeli attack on the Bureij refugee camp in central Gaza on November 18, 2023.[7] Sleem's house was specifically targeted in the assault. **Saeed Al-Taweel**, editor-in-chief of the Al Khamesa News site, received death threats before an Israeli airstrike on October 9, 2023 targeted an area of western Gaza where several media outlets were based, killing Al-Taweel along with two other journalists, Mohammed Sobh and Hisham Alnwajha.[8]

- ***Rushdi Al Sarraj, Mohammad Abu Hatab, Montaser Al Sawaf, Mustafa Al Sawaf, Bilal Jadallah, Samer Abu Daqqa, Dr. Ahmad Abu Absa, Dr. Adham Hassouneh, Haneen Kashtan, Abdullah Alwan, Saleem Al-Naffar, Abdulhadi Habib, and***

---

[6] *Israel-Gaza war takes record toll on journalists*, Committee to Protect Journalists (Dec. 21, 2023), https://cpj.org/2023/12/israel-gaza-war-takes-record-toll-on-journalists/.

[7] *Israel is eradicating journalism in Gaza, with ten reporters killed in three days, 48 since start of war*, Reporters Without Borders, https://rsf.org/en/israel-eradicating-journalism-gaza-ten-reporters-killed-three-days-48-start-war.

[8] *Saeed al-Taweel*, Committee to Protect Journalists (Oct. 9, 2023), https://cpj.org/data/people/saeed-al-taweel/.

***Mohamad Abu Hassira, who were all targeted and killed in "surgical" Israel airstrikes without prior evacuation orders.***

**Roshdi Al Sarraj**, founder of Ain Media, was killed in an Israeli airstrike that targeted his house in Tal al-Hawa, Gaza on October 22, 2023.[9] As soon as Palestine TV correspondent **Mohammed Abu Hatab** returned home to Khan Younes after shooting a live television segment on November 2, 2023, he and eleven of his family members were killed in an Israeli airstrike that targeted the house.[10] **Montaser Al Sawaf**, a photojournalist with Anadolu Agency, was targeted by Israeli airstrikes twice: in the first assassination attempt on November 18, 2023, Montaser's father **Mustafa Al Sawaf**—himself a well-known journalist who worked for various media outlets, including the BBC—was killed along with his wife and two of his children, and Montaser was critically wounded.[11] In the second targeted strike on December 1, 2023, Montaser was killed in his house in southern Gaza along with his brother and other family members.[12] **Bilal Jadallah**, a prominent journalist and chair of the board of Press House-Palestine (a nonprofit organization that supports independent media and advocates for journalists in Palestine), was killed in a targeted Israeli strike on his car as he sought to evacuate from Gaza City on November 19, 2023.[13] **Samer Abu Daqqa**, a cameraman with Al Jazeera,

---

[9] *Palestinian Roshdi Sarraj is the 23rd journalist killed by Israel-Gaza war*, Al Jazeera (Oct. 23, 2023), https://www.aljazeera.com/news/2023/10/23/another-palestinian-journalist-slain-in-an-israeli-airstrike-in-gaza.

[10] Gaya Gupta, *Palestinian TV Reporter and 11 Family Members Killed in Gaza*, N.Y. Times (Nov. 3, 2023), https://www.nytimes.com/2023/11/03/world/middleeast/mohammed-abu-hatab-reporter-killed-gaza html.

[11] *Mustafa Al-Sawaf*, International Federation of Journalists (Nov. 18, 2023), https://www.ifj.org/media-centre/news/detail/article/mustafa-al-sawaf.

[12] *Israeli Strikes Kill World-Renowned Researcher Sofyan Taya, Journalist Montaser Al-Sawaf*, Democracy Now! (Dec. 5, 2023), https://www.democracynow.org/2023/12/5/headlines/israeli_strikes_kill_world_renowned_researcher_sofyan_taya_journalist_montaser_al_sawaf.

[13] *Israel is eradicating journalism in Gaza, with ten reporters killed in three days, 48 since start of war*, Reporters Without Borders, https://rsf.org/en/israel-eradicating-journalism-gaza-ten-reporters-killed-three-days-48-start-war.

bled to death for over five hours on December 15, 2023 while the Israeli military—after targeting and injuring Abu Daqqa in a drone strike on a Gaza school—blocked ambulances and rescue workers from reaching him.[14] Al Jazeera, which tried to coordinate with the Israeli military to rescue Abu Daqqa as he bled to death, plans to appeal to the International Criminal Court regarding their cameraman's assassination. "The legal file will also encompass recurrent attacks on the Network's crews working and operating in the occupied Palestinian territor[y] and instances of incitement against them," Al Jazeera said in a statement, adding that "[t]he network holds Israel accountable for systematically targeting and killing their journalists and their families."[15] **Dr. Ahmad Abu Absa**, journalist and Dean of Media and Technology at Gaza's University of Palestine, was killed when an Israeli airstrike targeted his home in Sheikh Radwan, Gaza on December 13, 2023. **Dr. Adham Hassouneh**, journalist and media professor at Gaza University and Al Aqsa University, was killed along with several of his family members when an Israeli airstrike targeted his home in Gaza City on December 1, 2023.[16] **Haneen Kashtan**, who contributed to various media outlets including Al-Kofiya and Baladna Web TV, was killed along with several of her family members in an Israeli airstrike on

[14] *Al Jazeera condemns Israeli forces killing of cameraman Samer Abudaqa*, Al Jazeera (Dec. 15, 2023), https://www.aljazeera.com/news/2023/12/15/al-jazeera-condemns-israeli-forces-killing-of-cameraman-samer-abu-daqqa; Ayesha Rascoe, *Remembering Samer Abu Daqqa, Al Jazeera journalist killed in an Israeli attack*, NPR (Dec. 17, 2023), https://www npr.org/2023/12/17/1219882797/remembering-samer-abu-daqqa-al-jazeera-journalist-killed-in-an-israeli-attack.

[15] *Al Jazeera to refer killing of cameraman in Gaza to war crimes court*, The Guardian (Dec. 16, 2023), https://www.theguardian.com/world/2023/dec/17/al-jazeera-to-refer-killing-of-cameraman-in-gaza-to-war-crimes-court;
*Al Jazeera cameraman killed in Israeli strike on Gaza school, broadcaster says*, The Guardian (Dec. 15, 2023), https://www.theguardian.com/world/2023/dec/16/al-jazeera-cameraman-killed-in-israeli-strike-on-gaza-school-broadcaster-says.

[16] *Adham Hassouna*, Committee to Protect Journalists (Dec. 1, 2023), https://cpj.org/data/people/adham-hassouna/.

Nuseirat refugee camp in northern Gaza on December 17, 2023.[17] **Abdullah Alwan**, an audio commentator for Al Jazeera, was killed in an Israeli airstrike that targeted his home in Jabalia on December 18, 2023.[18] **Saleem Al-Naffar**—a renowned poet and writer as well as journalist—was killed along with his family on December 7, 2023 in an Israeli airstrike on the home in Gaza City where they were sheltering.[19] **Abdulhadi Habib**, a journalist with Al-Manara News Agency and HQ News Agency, was killed along with his mother-in-law when an Israeli airstrike targeted his apartment in Gaza's Zeitoun neighborhood on October 16, 2023.[20] **Mohamed Abu Hassira**, a journalist with Wafa news agency, was killed along with 42 of his family members when an Israeli airstrike targeted his home near the Port of Gaza on November 7, 2023.[21]

- ***Family members of Anas Al-Sharif, Yasser Qudih, and Wael Dahdouh—all of whom received death threats before their homes were targeted and family members killed by the Israeli military—as well as Momen Al-Sharafi, who lost 22 relatives in an Israeli strike.***

On November 22, 2023, Al Jazeera reporter and videographer **Anas Al-Sharif** received multiple phone calls from Israeli military officers instructing him to stop reporting and leave northern Gaza. Al-Sharif also received voice notes on WhatsApp reporting his location, indicating that he was under surveillance. On December 11, 2023, an Israeli

---

17 *Haneen Kashtan*, Committee to Protect Journalists (Dec. 17, 2023), https://cpj.org/data/people/haneen-kashtan/.

18 *Abdallah Alwan*, Committee to Protect Journalists (Dec. 18, 2023), https://cpj.org/data/people/abdallah-alwan/.

19 Dan Sheehan, *These are the poets and writers who have been killed in Gaza* (Dec. 21, 2023), https://lithub.com/these-are-the-poets-and-writers-who-have-been-killed-in-gaza/.

20 *Abdulhadi Habib*, Committee to Protect Journalists (Oct. 16, 2023), https://cpj.org/data/people/abdulhadi-habib/; *Ongoing Israeli Attacks Kill Dozens Of Palestinian Civilians In Gaza*, International Middle East Media Center (Oct. 17, 2023), https://imemc.org/article/ongoing-israeli-attacks-kill-dozens-of-palestinian-civilians-in-gaza/.

21 *Mohamed Abu Hassira*, Committee to Protect Journalists (Nov. 7, 2023), https://cpj.org/data/people/mohamed-abu-hassira/.

airstrike targeted Al-Sharif's family home in Gaza's Jabalia refugee camp, killing his 90-year-old father.[22] On November 8, 2023, a pro-Israel pressure group published a report insinuating that photojournalist **Yasser Qudih** and three other photographers based in Gaza had prior knowledge of the October 7 attacks.[23] Along with other major media outlets, Reuters—which had published one of Qudih's photos—"categorically denie[d]" the claims in the report.[24] Although the pressure group then withdrew its false accusations, the report had already incited the targeting of Qudih and other journalists: in posts on X, Israeli Prime Minister Benjamin Netanyahu's office wrote that "[t]hese journalists were accomplices in "crimes against humanity" and former Israeli envoy to the United Nations Danny Danon vowed to "hunt them down together with the terrorists."[25] A few days later, on November 13, four Israeli missiles targeted Qudih's home in southern Gaza and killed eight of his family members.[26] The Committee to Protect Journalists expressed "deep alarm by the pattern of journalists in Gaza reporting receiving threats, and subsequently, their family members being killed."[27] On October 25,

---

[22] *Father of Al-Jazeera's Anas Al-Sharif killed in Gaza after journalist receives threats*, Committee to Protect Journalists (Dec. 11, 2023), https://cpj.org/2023/12/father-of-al-jazeeras-anas-al-sharif-killed-in-gaza-after-journalist-receives-threats/.

[23] Mohamed Mandour, *Attacks, arrests, threats, censorship: The high risks of reporting the Israel-Gaza war*, Committee to Protect Journalists (Dec. 20, 2023), https://cpj.org/2023/12/attacks-arrests-threats-censorship-the-high-risks-of-reporting-the-israel-hamas-war/.

[24] *Reuters denies any suggestion it had prior knowledge of Oct. 7 Hamas attack on Israel*, Reuters (Nov. 9, 2023), https://www reuters.com/world/middle-east/reuters-denies-it-had-prior-knowledge-oct-7-hamas-attack-israel-2023-11-09/.

[25] Crispian Balmer, *HonestReporting accepts news groups had no prior warning of Oct. 7 Hamas attack*, Reuters (Nov. 11, 2023), https://www reuters.com/world/middle-east/israeli-advocacy-group-accepts-news-outlets-had-no-prior-warning-hamas-attack-2023-11-10/.

[26] Mohamed Mandour, *Attacks, arrests, threats, censorship: The high risks of reporting the Israel-Gaza war*, Committee to Protect Journalists (Dec. 20, 2023), https://cpj.org/2023/12/attacks-arrests-threats-censorship-the-high-risks-of-reporting-the-israel-hamas-war/.

[27] *Father of Al-Jazeera's Anas Al-Sharif killed in Gaza after journalist receives threats*, Committee to Protect Journalists (Dec. 11, 2023), https://cpj.org/2023/12/father-of-al-jazeeras-anas-al-sharif-killed-in-gaza-after-journalist-receives-threats/.

2023, Al Jazeera's Gaza bureau chief **Wael Al-Dahdouh** lost his wife, daughter, son, and grandson in an Israeli airstrike on the home where they were sheltering in Nuseirat refugee camp.[28] Al-Dahdouh had remained in Gaza City to continue his coverage of Israeli atrocities, despite threats made against him.[29] On December 6, 2023, Al Jazeera correspondent **Momen Al-Sharafi** lost 22 family members—including his parents, siblings and their spouses, and nieces and nephews—in an Israeli airstrike on the home in Jabalia refugee camp where they had sought refuge.[30]

## II. CRITICAL ROLE OF PALESTINIAN JOURNALISTS IN EXPOSING ISRAEL'S GENOCIDE

Since the start of the genocide, Israel has not permitted the entry of foreign journalists into Gaza. On December 19, 2023, the Foreign Press Association ("FPA") in Jerusalem, which represents about 370 journalists from 130 media outlets in more than 30 countries, filed a petition with the Israeli Supreme Court requesting immediate access to Gaza for international media.[31] The FPA had previously submitted numerous unanswered requests to the Israeli government for access.[32] Because foreign journalists have not been able to enter Gaza, Palestinian journalists (and other members of Palestinian civil society who document and report on events and conditions on the ground) are the world's only portal into Gaza.

---

[28] *'Our voices will go on': Dahdouh's Al Jazeera team stands behind him*, Al Jazeera (Oct. 25, 2023), https://www.aljazeera.com/news/2023/10/25/our-voices-will-go-on-dahdouhs-al-jazeera-team-stands-behind-him.

[29] *Id.*

[30] *Israeli raid kills 22 members of Al Jazeera correspondent's family in Gaza*, Al Jazeera (Dec. 6, 2023), https://www.aljazeera.com/news/2023/12/6/israeli-raid-kills-21-members-of-al-jazeera-correspondents-family-in-gaza.

[31] Statement by Foreign Press Association regarding entry into Gaza for journalists, The Foreign Press Association (Dec. 19, 2023), https://foreignpressassociation.online/2023/12/19/fpa-statement-regarding-entry-to-gaza-for-journalists-december-19-2023/.

[32] *Foreign correspondents petition Israel Supreme Court for Gaza access*, Reuters (Dec. 19, 2023), https://www.reuters.com/world/middle-east/foreign-correspondents-petition-israel-supreme-court-gaza-access-2023-12-19/.

Indeed, Israel is targeting and killing Palestinian journalists in Gaza precisely because of the critical role they play in exposing Israel's criminal conduct for the world to see.

**CONCLUSION**

The systematic targeting and killing of Palestinian journalists and their families in Gaza is but one chilling aspect of Israel's ongoing genocide. President Biden, Secretary of State Blinken, and Secretary of Defense Austin—who have a legal obligation to prevent genocide—must be enjoined from providing any further weapons, funds, or diplomatic support to the state of Israel.

**APPENDIX: List of journalists and media workers killed in Gaza: October 7 - December 19, 2023**

| | Name | Age | Gender | Type of profession | Place of work | Date of killing | Place of killing | Circumstances surrounding killing |
|---|---|---|---|---|---|---|---|---|
| 1 | Adel Zorob | 43 | M | Freelance journalist | Worked with multiple media outlets | 19/12/2023 | Rafah | Killed in an Israeli airstrike on his home in Rafah, southern Gaza, along with 25 family members |
| 2 | Abdallah Alwan | 29 | M | Media worker, voiceover specialist | Multiple media outlets including the Al-Jazeera | 18/12/2023 | Jabalia | Killed in an Israeli airstrike on his home in Jabalia |
| 3 | Assem Kamal Moussa | | | produced visual and written news reports | Palestine Now | 17/12/2023 | Khan Younes | Killed in an Israeli airstrike on Khan Younes, southern Gaza |
| 4 | Haneen Kashtan | 31 | F | TV Al-Kofiya, Baladna Web TV | Multiple media outlets | 17/12/2023 | Nuseirat refugee camp | Killed in an Israeli airstrike on Nuseirat refugee camp in northern Gaza, along with other family members |
| 5 | Samer Abu Daqqa | 45 | M | Journalists | Video journalist of Al Jazeera Channel | 15/12/2023 | Khan Younes | Injured by an airstrike that targeted his work location with his colleague Wael Dahdouh, and he kept bleeding for more than 5 hours until death |
| 6 | Ahamd Abu Absa | 40 | M | Journalist | Journalist and Dean of media & technology college in Palestine University | 13/12/2023 | Sheikh Radwan | Killed by an airstrike that targeted his house in Sheikh Radwan, Gaza |
| 7 | Hanan Ayyad | 30 | F | Journalist | Freelancer | 13/12/2023 | Gaza | Killed with her husband and children by an airstrike that targeted her house in Gaza |
| 8 | Abdul Kareem Odeh | | M | Journalist | Freelande (Al Maydeen previously) | 12/12/2023 | Gaza | Killed by an airstrike that targeted his house in Gaza |
| 9 | Salim Naffar | 60 | M | Journalist | Palestinian journalist and writer | 7/12/2023 | Gaza | Killed with his wife, children, and sister's family by an airstrike that targeted her house in Al Nasser, Gaza |
| 10 | Narmeen Qawwas | 28 | F | Journalist | Intern at RT tv and worked previously in media institute for communication | 11/12/2023 | Gaza | Killed with her husband and children by an airstrike that targeted her house in Gaza |
| 11 | Mohammad Abu Samra | 27 | M | Journalist | Sport photojournalist | 10/12/2023 | Gaza | Killed by Israeli sniper's bullets in north Gaza |
| 12 | Dua Jbour | 20 | F | Journalist | Freelancer | 9/12/2023 | Khan Younes | Killed with her husband, children, and 14 members of her family by an airstrike that targeted her house in Khan Younes |
| 13 | Ola Attallah | | F | Journalist | Freelancer (Anadolu correspondent previously) | 9/12/2023 | Gaza | Killed with 9 members of her family by an airstrike that targeted her house in Gaza |
| 14 | Hussam Ammar | | M | Journalist | Amwaj sport radio | 8/12/2023 | Khan Younes | Killed with his family by an airstrike that targeted her house in Khan Younes |
| 15 | Abdul Hamid Qarnawi | 21 | M | Journalist | Sports photojournalist | 04/12/2023 | Deir Al Balah | Killed by an airstrike that targeted Deir Al Balah |
| 16 | Hamada Yazeji | 29 | M | Journalist | Editor at Kanaan news network | 4/12/2023 | Gaza | Killed with his family by an airstrike that targeted her house in Sheikh Radwan, north Gaza |
| 17 | Shaima Jazzar | | F | Journalist | Freelancer economic journalist (contracted Majedat Rafah network and Al Hayat newspaper) | 03/12/2023 | Rafah | Killed with 9 members of her family by an airstrike that targeted her house in Rafah |
| 18 | Dr Hassan Farajallah | | M | Journalist | Al Quds today channel, journalist and media professor at Gaza and Al Aqsa universities | 3/12/2023 | Gaza | Killed by an airstrike that targeted Gaza City |
| 19 | Mohammad Farajallah | | M | Journalist | Freelancer Photojournalist | 2/12/2023 | Gaza | Killed by an airstrike that targeted their house in Gaza |
| 20 | Marwan Sawwaf | | M | Journalist | Photojournalist at Alef Media | 2/12/2023 | Gaza | Killed with his brother Muntaser by an airstrike that targeted their house in Gaza |
| 21 | Dr Adham Hassouneh | 41 | M | Journalists | journalist and media professor at Gaza and Al Aqsa universities | 1/12/2023 | Gaza | Killed with his family by an airstrike that targeted her house in Gaza |
| 22 | Montaser Sawwaf | 33 | M | Journalist | Photojournalist at Anadolu | 1/12/2023 | Gaza | An airstrike that targeted south Gaza injured him, but later he died; also his brother and some of his relatives were killed by the airstrike |
| 23 | Abdullah Darwish | | M | Journalists | Video journalist at Al Aqsa TV | 1/12/2023 | North Gaza | Killed with his family by an airstrike that targeted his house in Gaza |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 24 | Nader Al Nazli | | M | Media worker | Technician at Palestine TV | 25/11/2023 | Gaza | He was found dead under rubble with his family one week after the bombing of his house |
| 25 | Amal Zuhud | 27 | F | Journalist | Freelancer | 23/11/2023 | Gaza | Killed with her husband and children by an airstrike that targeted her house in Gaza |
| 26 | Mustafa Bakeer | | M | Journalist | Al Aqsa TV | 23/11/2023 | Gaza | He was found dead under rubble with his family after the bombing of his house |
| 27 | Mohammad Mo'een Ayyash | 29 | M | Journalist | Gaza now photojournalist | 22/11/2023 | Nuseirat refugee camp | Killed by an airstrike that targeted Nuseirat refugee camp, along with 20 members of his family |
| 28 | Assem Adli Al Bursh | 34 | M | Media worker | Sound engineer at Al Rai radio | 22/11/2023 | Al Saftawi area, north Gaza strip | Killed by snipers' bullets north Gaza |
| 29 | Mohammad Nabil Al Ziq | 29 | M | Media worker | Administrative staff at Al Quds Today TV | 22/11/2023 | Shuja'ia area | Killed by an airstrike that targeted Shuja'ia area |
| 30 | Alaa Al Nimer | | M | Journalist | Media officer at Engineers union (media graduate) | 20/11/2023 | Gaza | Killed by an airstrike that targeted his house in Gaza |
| 31 | Jamal Hanieh | 21 | M | Media worker | Amwaj institution | 21/11/2023 | North Gaza | Killed by an airstrike that targeted north Gaza |
| 32 | Ayat Omar Khdourah | 27 | F | Journalist | Editor, podcast producer and public relations officer | 20/11/2023 | Beit Lahia | Killed by an airstrike that targeted her house in Beit Lahia |
| 33 | Bilal Jadallah Salem | 45 | M | Journalist | Director General of Press house | 19/11/2023 | Gaza | Direct bombing of his car |
| 34 | Hassouneh Sleem | 28 | M | Journalist | Photo journalists at Quds news | 18/11/2023 | Al Breij refugee camp | Killed by an airstrike that targeted his house in Al Breij refugee camp |
| 35 | Sari Mansour | 32 | M | Journalist | Director General of Al Quds news agency | 18/11/2023 | Al Breij refugee camp | Killed by an airstrike that targeted his house in Al Breij refugee camp |
| 36 | Abdul Halim Awad | 41 | M | Media worker | broadcasting vehicle driver of Al Aqsa TV | 18/11/2023 | Gaza | Killed by an airstrike that targeted his house in Gaza |
| 37 | Mustafa Sawwaf | 69 | M | Journalist | Correspondent in different media outlets such as BBC | 18/11/2023 | Gaza | Killed by an airstrike that targeted his house in Gaza |
| 38 | Amro Salah Abu Hayeh | | M | Media worker | Broadcasting engineer at Al Aqsa TV | 18/11/2023 | Gaza | Killed by an airstrike that targeted his house in Gaza |
| 39 | Mussab Ashur | | M | Journalist | Website administrator of Applied Science college | 18/11/2023 | Nuseirat | Killed by an airstrike that targeted his house in Nuseirat |
| 40 | Mahmoud Matar | | M | Journalist | Freelancer | 15/11/2023 | Gaza | Killed by an airstrike that targeted his house in Gaza |
| 41 | Yacoub Bursh | 30 | M | Journalist | Photojournalist at Nama radio | 14/11/2023 | Gaza | Killed by an airstrike that targeted his house in Gaza |
| 42 | Moussa Bursh | 30 | M | Media worker | Director General of Nama Radio | 13/11/2023 | Jabalia refugee camp | Killed by an airstrike that targeted his house in Jabalia |
| 43 | Ahmad Amin Fatimeh | 29 | M | Journalist | Correspondent of Cairo news channel | 13/11/2023 | Gaza | Killed by Israeli bullets at the surrounding of Al Shifaa hospital |
| 44 | Ahmad Qarra | 27 | M | Journalist | Al Aqsa university photojournalist | 10/11/2023 | Khuza'a, East Khan Younes | Killed by an airstrike that targeted his house in Khuza'a |
| 45 | Yahya Abu Manee | | M | Journalist | Al Aqsa Radio | 7/11/2023 | Gaza | Killed by an airstrike that targeted his house in Gaza |
| 46 | Mohammad Ghanem Al Jajeh | 31 | M | Journalist | Press house | 6/11/2023 | Al Nasser/ Gaza | Killed by an airstrike that targeted his house in Al Nasser, Gaza |
| 47 | Mohamad Abu Hassira | 53 | M | Media worker | Administrative staff at Wafa news agency | 7/11/2023 | Gaza | Killed by an airstrike that targeted his house, next to Gaza port |
| 48 | Haitham Harara | | M | Journalist | Government press office | 3/11/2023 | Gaza | Killed by an airstrike that targeted Al Shifaa hospital entrance |
| 49 | Iyad Matar | | M | Media worker | Administrative staff at Al Aqsa TV | 2/11/2023 | Gaza | Killed by an airstrike that targeted his house in Gaza |
| 50 | Mohammad Bayyari | | M | Journalist | Al Aqsa TV | 2/11/2023 | Gaza | Killed by an airstrike that targeted his house in Gaza |
| 51 | Mohammad Abu Hatab | 52 | M | Journalist | Palestine TV correspondent | 2/11/2023 | Khan Younes | Killed by an airstrike that targeted his house in Khan Younes |
| 52 | Majd Fadel Arandas | 29 | M | Journalist | Freelancer | 1/11/2023 | Nuseirat, Gaza | Killed by an airstrike that targeted his house in Nuseirat, Gaza |
| 53 | Majed Ahmad Kashko | 47 | M | Media worker | Administrative staff at Palestine TV | 30/10/2023 | Gaza | Killed by an airstrike that targeted his house in Gaza |
| 54 | Imad Abdul Mohdi Al Whaidi | 57 | M | Media worker | Administrative staff at Palestine TV | 30/10/2023 | Gaza | Killed by an airstrike that targeted his house in Gaza |
| 55 | Nazmi Nadeem | 54 | M | Media worker | Administrative staff at Palestine TV | 30/10/2023 | Al Zaitoun, Gaza | Killed by an airstrike that targeted his house in, Al Zaitoun Gaza |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 56 | Huthaifa Najjar | | M | Journalist | Freelancer | 28/10/2023 | Khan Younes | Killed by an airstrike that targeted his house in Khan Younes |
| 57 | Yasser Subhi Abu Namous | | M | Journalist | Al Sahel Media center | 26/10/2023 | Khan Younes | Killed by an airstrike that targeted his house in Khan Younes |
| 58 | Mohammad Fayez Al Hassani | | M | Media worker | Director General of Rawasi institution | 26/10/2023 | Gaza | Killed by an airstrike that targeted his house in Gaza |
| 59 | Dua' Sharaf | | F | Journalist | Al Aqsa radio | 26/10/2023 | Gaza | Killed by an airstrike that targeted his house in Gaza |
| 60 | Zaher Al Afghani | 27 | M | Journalist | | 25/10/2023 | Deir Al Balah | Killed by an airstrike that targeted his house in Deir Al Balah |
| 61 | Jamal Faqawi | 28 | M | Journalist | Mithaq media network | 25/10/2023 | Khan Younes | Killed by an airstrike that targeted his house in Khan Younes |
| 62 | Salma Mkhaimar | 34 | F | Journalist | Freelancer | 25/10/2023 | Rafah | Killed by an airstrike that targeted his house in Rafah |
| 63 | Ahmad Abdul Hai Abu Mhadi | 35 | M | Journalist | Al Aqsa TV | 25/10/2023 | Gaza | Killed by an airstrike that targeted his house in Gaza |
| 64 | Saed Samir Al Halabi | 42 | M | Journalist | Al Aqsa TV | 25/10/2023 | Jabalia refugee camp | Killed by an airstrike that targeted his house in Jabalia |
| 65 | Mahmoud Jamal Abu Tharifeh | 29 | M | Journalist | Saudi cultural center | 24/10/2023 | Gaza | Killed by an airstrike that targeted his house in Gaza |
| 66 | Iman Oqeili | 29 | F | Media worker | | 24/10/2023 | Gaza | Killed by an airstrike that targeted his house in Gaza |
| 67 | Mohammad Imad Labad | 27 | M | Journalist | Al Rissala media institution | 23/10/2023 | Gaza, Sheikh Radwan | Killed by an airstrike that targeted his house in Gaza |
| 68 | Rushdi Sarraj | 31 | M | Journalist | Ein Media company | 22/10/2023 | Gaza, Tal Al Hawa | Killed by an airstrike that targeted his house in Gaza |
| 69 | Ahmad Nahed Masoud | 32 | M | Media worker | | 22/10/2023 | Gaza | Killed by an airstrike that targeted his house in Gaza |
| 70 | Hani Madhoun | 59 | M | Media worker | Administrative staff at Al Aqsa TV | 21/10/2023 | Gaza | Killed by an airstrike that targeted his house in Gaza |
| 71 | Mohammad Ali (Abu Ahd) | 31 | M | Journalist | Shabab Radio | 20/10/2023 | North Gaza | Killed by an airstrike that targeted his house north Gaza |
| 72 | Ayed Ismail Najjar | | M | Journalist | Freelancer | 20/10/2023 | Gaza | Killed by an airstrike that targeted his house in Gaza |
| 73 | Khalil Ibrahim Abu Athra | 40 | M | Journalist | Al Aqsa TV video journalist | 19/10/2023 | Nasser, north Rafah | Killed by an airstrike that targeted his house in Rafah |
| 74 | Samih Abdul Razeq Al Nadi | 56 | M | Journalist | Director at Al Aqsa TV | 18/10/2023 | Gaza | Killed by an airstrike that targeted his house in Gaza |
| 75 | Rajab Naqib | 31 | M | Journalist | Freelancer | 17/10/2023 | Gaza | Killed by an airstrike that targeted his house in Gaza |
| 76 | Mohammad Jamil Balousheh | 36 | M | Media worker | Administrative officer Palestine Today TV | 17/10/2023 | Al Saftawi, Gaza | Killed by an airstrike that targeted his house in Gaza |
| 77 | Issam Mohammad Bhar | 39 | M | Journalist | Al Aqsa TV | 16/10/2023 | Al Sabra, Gaza | Killed by an airstrike that targeted his house in Gaza |
| 78 | Abdul Hadi Habib | 37 | M | Journalist | UNRWA educational TV | 16/10/2023 | Al Zaitoun, Gaza | Killed by an airstrike that targeted his house in Gaza |
| 79 | Yousef Dawwas | | M | Media worker | Writer at Waqa'e newspaper | 14/10/2023 | Beit Lahia | Killed by an airstrike that targeted his house in Beit Lahia |
| 80 | Salam Khalil Mema | 40 | F | Journalist | Freelancer | 13/10/2023 | Jabalia | Killed by an airstrike that targeted his house in Jabalia |
| 81 | Hussam Mahmoud Mubarak | 41 | M | Journalist | Al Aqsa TV | 13/10/2023 | North Gaza | Killed by an airstrike that targeted his house north Gaza |
| 82 | Ahmad Abdulrahman Shihab | 42 | M | Journalist | Prisoners voice radio | 12/10/2023 | Jabalia refugee camp | Killed by an airstrike that targeted his house in Jabalia |
| 83 | Abdul Rahman Rabee Shihab | 55 | M | Media worker | Director General of Atlas center for studies | 11/10/2023 | Jabalia | Killed by an airstrike that targeted his house in Gaza |
| 84 | Mohammad Fayez Abu Matar | 28 | M | Journalist | Freelancer photojournalist | 11/10/2023 | Rafah | Killed by an airstrike that targeted his house in Rafah |
| 85 | Mustafa Al Naqib | 28 | M | Journalist | Freelancer journalist and researcher | 11/10/2023 | Gaza | Killed by an airstrike that targeted Gaza |
| 86 | Salam Meimah | 27 | F | Journalist | Al Quds Radio | 11/10/2023 | Jabalia refugee camp | Killed with her husband and three children when Israeli warplanes bombed their house in Jabalia refugee camp, in northern Gaza |
| 87 | Hisham Nawajha | 27 | M | Journalist | Khabar news agency photojournalist | 10/10/2023 | West Gaza (Hajji Tower) | Killed by an airstrike that targeted west Gaza during performing his duty |
| 88 | Said Radwan Taweel | 37 | M | Journalist | Director of Al Khamesa | 10/10/2023 | West Gaza (Hajji Tower) | Killed by an airstrike that targeted west Gaza during performing his duty |
| 89 | Mohammad Rizeq Soboh | 36 | M | Journalist | Khabar news agency photojournalist | 10/10/2023 | West Gaza (Hajji Tower) | Killed by an airstrike that targeted west Gaza during performing his duty |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 90 | Anas Abu Shammaleh | 27 | M | Journalist | Freelancer | 9/10/2023 | Deir Al Balah | Killed by an airstrike that targeted Deir Al Balah |
| 91 | Assad Abdul Nsser Shamallakh | 20 | M | Journalist | Freelancer | 8/10/2023 | Sheikh Ejlin, Gaza | Killed by an airstrike that targeted his house in Gaza |
| 92 | Asaad Shamlikh | | M | Journalist | Freelance | 8/10/2023 | Sheikh Ijlin, the southern Gaza Strip | Killed along with 9 members of his family in an Israeli airstrike on their home in Sheikh Ijlin, a neighbourhood in the southern Gaza Strip |
| 93 | Mohamad Tohami Al Salhi | 29 | M | Journalist | Forth Authority news agency | 7/10/2023 | Est Breij | Killed by Israeli bullets east Breij during covering the events at eastern borders |
| 94 | Ibrahim Lafi | 21 | M | Journalist | Photojournalist at Ein Media | 7/10/2023 | Beit Hanoun crossing | Killed by Israeli bullets during covering the events at Beit Hanon crossing |
| 95 | Mohammad Sami Jarghoun | 28 | M | Journalist | Smart Media correspondent | 7/10/2023 | East Rafah | Killed by Israeli bullets during covering the events east Rafah |