Mark Kleiman, Cal. Bar No. 115919
Kleiman/Rajaram
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA 90025
(310) 392-5455
mark@krlaw.us
*Counsel for Amici*

Collin Poirot, *pro hac vice* motion pending
2603 Oak Lawn, Ste. 300
Dallas, TX 75205
(214) 392-2281
cpoirot@jd18.law.harvard.edu
*Counsel for Amici*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States,* ANTONY J. BLINKEN, *Secretary of State,* LLOYD JAMES AUSTIN III, *Secretary of Defense,* in their official capacities,<br><br>Defendants. | Case No.: 23-cv-05829<br><br>**UNOPPOSED MOTION OF MEDICAL PROFESSIONALS FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing: January 26, 2024 at 9:00 a.m. |

**UNOPPOSED MOTION OF MEDICAL PROFESSIONALS FOR LEAVE TO FILE AMICI CURIAE BRIEF**

Undersigned counsel hereby requests leave to file an amici curiae brief in support of the Plaintiff's Motion for Preliminary Injunction, and in opposition to Defendant's Motion to Dismiss in the above-captioned case. The proposed brief is filed contemporaneously with this motion as an appendix.

District courts may consider amicus briefs from non-parties with unique information or perspectives that are useful or otherwise desirable to the court. *See NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d. 1061, 1067 (N.D. Cal. 2005) (quoting *Cobell v. Norton*, 246 F. Supp. 2d. 59, 62 (D.D.C. 2003) and *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1064 (7th Cir. 1997)). "The 'classic role' of amicus curiae is to assist a court in a case of public interest by 'supplementing the efforts of counsel,'" and "generally courts have 'exercised great liberality' in permitting amicus briefs." *Cal. v. U.S. Dep t of the Interior*, 381 F. Supp. 3d 1153, 1163-64 (N.D. Cal. 2019) (quoting *Miller-Wohl Co. v. Comm'r of Labor & Indust.*, 694 F.2d 203, 204 (9th Cir. 1982); *Woodfin Suite Hotels, LLC v. City of Emeryville*, No. C 06-1254 SBA, 2007 WL 81911, at *3 (N.D. Cal. Jan. 9, 2007)).

While there are no strict prerequisites to qualify for amicus status, "[d]istrict courts frequently welcome amicus briefs from non-parties… if the amicus has unique information or perspective that can help the court beyond the help that the lawyers from the parties are able to provide." *Sonoma Falls Developers, L.L.C. v. Nev. Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003)(internal quotation marks and citation omitted). In addition, participation of amicus curiae may be appropriate where the legal issues in a case have potential ramifications beyond the parties directly involved. *Id.*.

In this case, the proposed amici are medical doctors and health professionals, seeking to inform the court regarding the relevant public health and medical facts in the instant proceeding, including in particular the targeted destruction of the health sector in Gaza and the manner in which it constitutes an act of genocide. The amici have watched Israel's intentional destruction of the

health sector in Gaza with grave concern, and are compelled to speak out as doctors bound by professional oaths, in opposition to this deliberate destruction of health infrastructure and targeted killing of healthcare professionals.

Plaintiffs consent to the filing of the proposed amicus brief, and Defendants do not object to *amicus* briefs filed by December 29th. For the foregoing reasons, the proposed amici respectfully request leave to file the enclosed brief in support of the Plaintiffs.

Respectfully submitted, this 29th day of December, 2023.

      */s/ Mark Kleiman*
Mark Kleiman, Cal. Bar No. 115919
Kleiman/Rajaram
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA 90025
(310) 392-5455
mark@krlaw.us
*Counsel for Amici*

Collin Poirot, *pro hac vice* motion pending
2603 Oak Lawn, Ste. 300
Dallas, TX 75205
(214) 392-2281
cpoirot@jd18.law.harvard.edu
*Counsel for Amici*