Mark Kleiman, Cal. Bar No. 115919
Kleiman/Rajaram
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA 90025
(310) 392-5455
mark@krlaw.us
*Counsel for Amici*

Collin Poirot, *pro hac vice* motion pending
2603 Oak Lawn, Ste. 300
Dallas, TX 75205
(214) 392-2281
cpoirot@jd18.law.harvard.edu
*Counsel for Amici*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *in his official capacity as President of the United States*;<br><br>ANTONY J. BLINKEN, *in his official capacity as Secretary of State*; and<br><br>LLOYD JAMES AUSTIN, *in his official capacity as Secretary of Defense*,<br><br>Defendants. | Case No.: 23-cv-5829<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE AMICUS BRIEF** |

Having considered the Unopposed Motion for Leave to File Brief of Amici Medical Professionals in Support of Plaintiffs' Motion for Preliminary Injunction and Opposition to Defendants' Motion to Dismiss, the Court concludes that the motion is **GRANTED** and that the proposed brief is deemed filed.

**IT IS SO ORDERED.**

Issued this ___ day of _____, 2023.

_____
JEFFREY S. WHITE
U.S. District Judge

[PROPOSED] ORDER GRANTING LEAVE
TO FILE AMICUS BRIEF            Case No. 23-cv-5829