1  Mark Kleiman, Cal. Bar No. 115919
2  Kleiman/Rajaram
   12121 Wilshire Blvd., Ste. 810
3  Los Angeles, CA 90025
   (310) 392-5455
4  mark@krlaw.us
   *Counsel for Amici*
5

6  Collin Poirot, *pro hac vice* motion pending
   2603 Oak Lawn, Ste. 300
7  Dallas, TX 75205
   (214) 392-2281
8  cpoirot@jd18.law.harvard.edu
   *Counsel for Amici*
9

10              **UNITED STATES DISTRICT COURT**
            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
11

12  DEFENSE FOR CHILDREN
    INTERNATIONAL – PALESTINE; AL-          Case No.: 23-cv-05829
13  HAQ; AHMED ABU ARTEMA;
    MOHAMMED AHMED ABU ROKBEH;              **UNOPPOSED MOTION FOR**
14  MOHAMMAD HERZALLAH; A.N.;                **AMINISTRATIVE NOTICE**
    LAILA ELHADDAD; WAEIL ELBHASSI;
15  BASIM ELKARRA; and DR. OMAR EL-
    NAJJAR                                   Hearing: January 26, 2024 at 9:00 a.m.
16

17                         Plaintiffs,

18          v.

19
    JOSEPH R. BIDEN, JR., *President of the
20  United States,* ANTONY J. BLINKEN,
    *Secretary of State,* LLOYD JAMES
21  AUSTIN III, *Secretary of Defense,* in their
    official capacities,
22
                           Defendants.
23

24

25

26

27

28

UNOPPOSED MOTION FOR                                      Case No. 23-CV-05829
ADMINISTRATIVE NOTICE

**UNOPPOSED MOTION FOR ADMINISTRATIVE NOTICE**

Undersigned counsel respectfully submits the instant Motion for Administrative Notice, moving the Court to take administrative notice that the Defendants do not object to the Motion of Medical Professionals for Leave to File Amici Curiae Brief in Support of Plaintiff's Motion for Preliminary Injunction and Opposition to Defendants' Motion to Dismiss, which was filed on December 30, 2023. ECF 52. Specifically, Defendants do not object to the Court's acceptance of the Medical Professionals' Motion for Leave and attached proposed Amici Curiae Brief even though it was filed fifteen minutes late. As amici medical professionals stated in their initial Motion for Leave filed on December 30, 2023, Defendants had originally consented to the submission of amicus briefs that were filed by December 29, 2023.

On December 30, 2023, amici medical professionals, through undersigned counsel, moved this Court to grant them leave to file an amicus curiae brief. In footnote 1 of the motion, amici indicated that Plaintiffs consented to the motion for leave, and that Defendants did not object to amicus briefs filed by December 29, 2023. ECF 52. Undersigned counsel attempted to file the proposed brief on December 29, but due to last minute technical difficulties was unable to successfully upload the brief until approximately 12:15am on December 30, 2023. Undersigned counsel subsequently received notice that Defendants do not object to the Court's acceptance of the proposed brief, although it was filed fifteen minutes later than intended.

As such, amici medical professionals move the Court to take administrative notice that the Defendants do not object to the Motion of Medical Professionals for Leave to File Amici Curiae Brief in Support of Plaintiffs' Motion for Preliminary Injunction and Opposition to Defendants' Motion to Dismiss filed on December 30, 2023.

Respectfully submitted this 2nd day of January 2024.

 _/s/ Mark Kleiman_____
Mark Kleiman, Cal. Bar No. 115919
Kleiman/Rajaram
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA 90025
(310) 392-5455
mark@krlaw.us
*Counsel for Amici*

1

2          Collin Poirot, *pro hac vice* motion pending
           2603 Oak Lawn, Ste. 300
3          Dallas, TX 75205
           (214) 392-2281
4          cpoirot@jd18.law.harvard.edu
           *Counsel for Amici*
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28