Mark Kleiman, Cal. Bar No. 115919
Kleiman/Rajaram
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA 90025
(310) 392-5455
mark@krlaw.us
*Counsel for Amici*

Collin Poirot, *pro hac vice* motion pending
2603 Oak Lawn, Ste. 300
Dallas, TX 75205
(214) 392-2281
cpoirot@jd18.law.harvard.edu
*Counsel for Amici*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *in his official capacity as President of the United States*;<br><br>ANTONY J. BLINKEN, *in his official capacity as Secretary of State*; and<br><br>LLOYD JAMES AUSTIN, *in his official capacity as Secretary of Defense*,<br><br>Defendants. | Case No.: 23-cv-5829<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR ADMINISTRATIVE NOTICE** |

Having considered the Unopposed Motion for Administrative Notice, filed by amici Medical Professionals on January 2, 2024, the Court concludes that the motion is **GRANTED**, and takes notice that the Defendants do not object to the Motion of Medical Professionals for Leave to File Amici Curiae Brief in Support of Plaintiffs' Motion for Preliminary Injunction and Opposition to Defendants' Motion to Dismiss, filed on December 30, 2023.

**IT IS SO ORDERED.**

Issued this ____ day of _____, 2024.

_____
JEFFREY S. WHITE
U.S. District Judge