|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

DCI-Palestine, et. al.,

Plaintiff(s),

v.

Joseph R. Biden, et. al.,

Defendant(s).

Case No. 23-cv-05829-JSW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Collin Poirot, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Amici Medical Professionals in the above-entitled action. My local co-counsel in this case is Mark Kleiman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 115919.

2603 Oak Lawn, Ste 300 Dallas, TX 75219
MY ADDRESS OF RECORD

12121 Wilshire, Ste 810, Los Angeles, 90025
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

2143922281
MY TELEPHONE # OF RECORD

3103925455
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

cpoirot@jd18.law.harvard.edu
MY EMAIL ADDRESS OF RECORD

mark@krlaw.us
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5673405.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 2, 2024

Collin Poirot
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Collin Poirot is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 5, 2024

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE