Marc Van Der Hout, Cal. Bar No. 80778
Johnny Sinodis, Cal. Bar No. 290402
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco CA 94108
(415) 981-3000
ndca@vblaw.com

Sadaf M. Doost, Cal. Bar No. 346104
Baher A. Azmy, admitted *pro hac vice*
Katherine Gallagher, admitted *pro hac vice*
Maria C. LaHood, admitted *pro hac vice*
Astha Sharma Pokharel, admitted *pro hac vice*
Samah Sisay, admitted *pro hac vice*
Pamela C. Spees, admitted *pro hac vice*
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6462
sdoost@ccrjustice.org
bazmy@ccrjustice.org
kgallagher@ccrjustice.org
mlahood@ccrjustice.org
asharmapokharel@ccrjustice.org
ssisay@ccrjustice.org
pspees@ccrjustice.org

Attorneys for Plaintiffs DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE, et al.

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States,* ANTONY J. BLINKEN, *Secretary of State,* LLOYD JAMES AUSTIN III, *Secretary of Defense,* in their official capacities,<br><br>Defendants. | Case No.: 23-cv-5829<br><br>**DECLARATION OF ASTHA SHARMA POKHAREL IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO PRESENT LIVE TESTIMONY DURING HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing: January 26, 2024, at 9:00 am |

DECLARATION OF ASTHA SHARMA POKHAREL
IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF
FOR LIVE TESTIMONY

Case No. 23-CV-5829

I, Astha Sharma Pokharel, under penalty of perjury declare as follows:

1. On January 5, 2024, counsel for Plaintiffs requested Defendants' position on Plaintiffs' Motion for Administrative Relief to Present Live Testimony During the Hearing on Plaintiffs' Motion for Preliminary Injunction.

2. On January 8, 2024, counsel for Defendants responded that "Defendants do not consent."

3. According to the United Nations Office for the Coordination of Humanitarian Affairs (OCHA): "between 7 October and 12:00 on 7 January, at least 22,835 Palestinians were killed in Gaza, according to the [Ministry of Health] in Gaza." *Hostilities in the Gaza Strip and Israel: Flash Update #86*, United Nations Office for the Coordination of Humanitarian Affairs (Jan. 7, 2024), https://www.ochaopt.org/content/hostilities-gaza-strip-and-israel-flash-update-86.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 8th day of January, 2024, in Oakland, California.

*/s/ Astha Sharma Pokharel*
Astha Sharma Pokharel

DECLARATION OF                                    1
ASTHA SHARMA POKHAREL                                          Case No. 23-CV-5829
IN SUPPORT OF MOTION FOR ADMINSTRATIVE RELIEF
FOR LIVE TESTIMONY