# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR, | No. 4:23-cv-05829-JSW |
| Plaintiffs, | **[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO PRESENT LIVE TESTIMONY DURING HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| JOSEPH R. BIDEN, Jr., *President of the United States*; ANTHONY J. BLINKEN, *United States Secretary of State;* LLOYD JAMES AUSTIN III *United States Secretary of Defense*, in their official capacities, | Honorable Jeffrey S. White<br>United States District Judge |
| Defendants. | |

Defendants oppose Plaintiffs' Motion for Administrative Relief to Present Live Testimony During Hearing on Plaintiffs' Motion for Preliminary Injunction.  Having considered Plaintiffs' motion and Defendants' opposition, it is hereby **ORDERED** that Plaintiffs' Motion for Administrative Relief is **DENIED**.  **IT IS SO ORDERED**.

DATED: _____

_____

JEFFREY S. WHITE

United States District Judge