Marc Van Der Hout, Cal. Bar No. 80778
Johnny Sinodis, Cal. Bar No. 290402
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco CA 94108
(415) 981-3000
ndca@vblaw.com

Sadaf M. Doost, Cal. Bar No. 346104
Baher A. Azmy, admitted *pro hac vice*
Katherine Gallagher, admitted *pro hac vice*
Maria C. LaHood, admitted *pro hac vice*
Astha Sharma Pokharel, admitted *pro hac vice*
Samah Sisay, admitted *pro hac vice*
Pamela C. Spees, admitted *pro hac vice*
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6462
sdoost@ccrjustice.org
bazmy@ccrjustice.org
kgallagher@ccrjustice.org
mlahood@ccrjustice.org
asharmapokharel@ccrjustice.org
ssisay@ccrjustice.org
pspees@ccrjustice.org

Attorneys for Plaintiffs DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE, et al.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States,* ANTONY J. BLINKEN, *Secretary of State,* LLOYD JAMES AUSTIN III, *Secretary of Defense,* in their official capacities,<br><br>Defendants. | Case No.: 23-cv-5829<br><br>**MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE SUR-REPLY TO DEFENDANTS' MOTION TO DISMISS REPLY**<br><br>Hearing: January 26, 2024, at 9:00 am |

Pursuant to Civil Local Rules 7-3(d) and 7-11, Plaintiffs respectfully request leave to file a Sur-Reply to Defendants' January 12, 2024 Reply in Support of their Motion to Dismiss, ECF No. 64. The Motion is scheduled for hearing on January 26, 2024 at 9:00 a.m. *See* ECF No. 36. With Defendants' consent, Plaintiffs seek leave to file the attached ten-page Sur-Reply to respond only to issues raised by Defendants for the first time in their Reply (Section II of their Reply). *See, e.g., Finley v. Fax,* 683 F. App'x 630, 631 (9th Cir. 2017) (denial of leave to file a sur-reply is not an abuse of discretion where defendants' reply raised no new issues that necessitated further argument).

For the first time on Reply, Defendants make two entirely new arguments that the Alien Tort Statute ("ATS")—28 U.S.C. § 1350—is "unavailing" because relief is barred by the Federal Tort Claims Act, 28 U.S.C. § 1346(b)(1), and because the Court has no authority to recognize a private cause of action against Defendants under the ATS. Defs.' Reply Br. 6-15. "It is well established in this circuit that '[t]he general rule is that appellants cannot raise a new issue for the first time in their reply briefs.'" *Nw. Acceptance Corp. v. Lynnwood Equip., Inc.*, 841 F.2d 918, 924 (9th Cir. 1988) (internal quotations omitted). Defendants spend half of their 20-page Reply on these new ATS arguments. Although Defendants claim that Plaintiffs "assert for the first time in their opposition brief that they seek to rely on the Alien Tort Statute," Defs.' Reply Br. 6, Plaintiffs' Complaint identified 28 U.S.C. § 1350 as one of the jurisdictional bases to bring their claims arising under customary international law, which is part of federal common law. Compl. ¶ 33, ECF No. 1. Plaintiffs should not be penalized for Defendants' oversight.

Courts routinely grant sur-replies to address new arguments raised in a reply. *See, e.g., Iglesia Cristiana Luz y Verdad v. Church Mut. Ins. Co.*, No. 15-CV-05621-RMW, 2016 WL 692839, at *2 n.2 (N.D. Cal. Feb. 19, 2016) (granting a motion for leave to file a sur-reply when new arguments were raised in a reply); *Gold v. Lumber Liquidators Inc.*, No. 14-CV-05373-TEH, 2017 WL 2688077, at *2 (N.D. Cal. June 22, 2017) (same). Even when an argument was not raised for the first time in a

reply, courts have permitted a sur-reply where there was no prejudice, and it would "allow the Court to thoroughly consider the parties' arguments." *Leuzinger v. Cnty. of Lake,* 253 F.R.D. 469, 477 (N.D. Cal. 2008). Plaintiffs should be permitted leave to file the attached short Sur-Reply to respond to Defendants' new arguments to avoid prejudice and to allow the Court the full benefit of the parties' arguments.

Defendants have consented to Plaintiffs' Motion for Leave to File a Sur-Reply that is between 5-10 pages and that responds only to the arguments raised in Section II of Defendants' Reply in Support of their Motion to Dismiss.

Dated: January 16, 2024                                    Respectfully submitted,

|  |  |
|---|---|
| Johnny Sinodis, Cal. Bar No. 290402<br>Marc Van Der Hout, Cal. Bar No. 80778<br>Van Der Hout LLP<br>360 Post Street, Suite 800<br>San Francisco, CA 94108<br>(415) 981-3000<br>ndca@vblaw.com | */s/ Astha Sharma Pokharel*<br>Astha Sharma Pokharel, admitted *pro hac vice*<br>Sadaf M. Doost, Cal. Bar No. 346104<br>Baher A. Azmy, admitted *pro hac vice*<br>Katherine Gallagher, admitted *pro hac vice*<br>Maria C. LaHood, admitted *pro hac vice*<br>Samah Sisay, admitted *pro hac vice*<br>Pamela C. Spees, admitted *pro hac vice*<br>Center for Constitutional Rights<br>666 Broadway, 7th Floor<br>New York, NY 10012<br>(212) 614-6462<br>asharmapokharel@ccrjustice.org<br>mlahood@ccrjustice.org<br>sdoost@ccrjustice.org<br>bazmy@ccrjustice.org<br>kgallagher@ccrjustice.org<br>ssisay@ccrjustice.org<br>pspees@ccrjustice.org |