# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States*; ANTONY J. BLINKEN, *Secretary of State*; LLOYD JAMES AUSTIN, *Secretary of Defense*, in their official capacities.<br><br>Defendants. | Case No.: 23-cv-5829<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFFS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE SUR-REPLY TO DEFENDANTS' MOTION TO DISMISS REPLY** |

## [PROPOSED] ORDER

Having considered Plaintiffs' Unopposed Motion for Administrative Relief For Leave to File Sur-Reply to Defendants' Reply in Support of their Motion to Dismiss, the Court concludes that the Motion is GRANTED and that Plaintiffs' Sur-Reply, which was attached to their January 16, 2024, Motion, is accepted as filed.

**IT IS SO ORDERED.**

Issued this __ day of _____, 2024.

_____
JEFFREY S. WHITE
U.S. District Judge