Marc Van Der Hout, Cal. Bar No. 80778
Johnny Sinodis, Cal. Bar No. 290402
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco CA 94108
(415) 981-3000
ndca@vblaw.com

Sadaf M. Doost, Cal. Bar No. 346104
Baher A. Azmy, admitted *pro hac vice*
Katherine Gallagher, admitted *pro hac vice*
Maria C. LaHood, admitted *pro hac vice*
Astha Sharma Pokharel, admitted *pro hac vice*
Samah Sisay, admitted *pro hac vice*
Pamela C. Spees, admitted *pro hac vice*
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6464
sdoost@ccrjustice.org
bazmy@ccrjustice.org
kgallagher@ccrjustice.org
mlahood@ccrjustice.org
asharmapokharel@ccrjustice.org
ssisay@ccrjustice.org
pspees@ccrjustice.org

Attorneys for Plaintiffs DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE, et al.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States,* ANTONY J. BLINKEN, *Secretary of State,* LLOYD JAMES AUSTIN III, *Secretary of Defense,* in their official capacities,<br><br>Defendants. | Case No.: 23-cv-5829-JSW<br><br>[~~PROPOSED~~] ORDER REGARDING MOTION FOR ADMINISTRATIVE RELIEF FOR IN-PERSON AND ZOOM HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO DISMISS<br><br>Hearing: January 26, 2024, at 9:00 am |

1
2
3
4
5
6
7
8

**[PROPOSED] ORDER**

9        IT IS HEREBY ORDERED that the Motion for Administrative Relief for In-Person and Zoom
10
Hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss is
11
GRANTED. The Court will conduct an in-person hearing on January 26, 2024. Furthermore, the
12
Court's videoconference capabilities will also remain enabled so that Plaintiffs and other interested
13
14
parties can access the Court and observe the hearing in real time via the Court's public Zoom link.

15
16        January 16, 2024
Dated: ~~December ____, 2023~~
17
18                                                 U.S. District Judge Jeffrey S. White
19
20
21
22
23
24
25
26
27
28

---

~~PROPOSED~~ ORDER ON MOTION FOR ADMINISTRATIVE RELIEF          Case No. 23-CV-5829
FOR IN-PERSON AND ZOOM HEARING