**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *in his official capacity as President of the United States*; ANTONY J. BLINKEN, *in his official capacity as Secretary of State*; LLOYD JAMES AUSTIN, *in his official capacity as Secretary of Defense*,<br><br>Defendants. | Case No.: 23-cv-5829<br><br>**[PROPOSED] ORDER REGARDING MOTION FOR ADMINISTRATIVE RELIEF TO PRESENT LIVE TESTIMONY DURING HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

---

[PROPOSED] ORDER ON
MOTION FOR ADMINISTRATIVE RELIEF
TO PRESENT LIVE TESTIMONY                                              Case No. 23-cv-5829

**[PROPOSED] ORDER**

Having considered Plaintiffs' Motion for Administrative Relief to Present Live Testimony on Plaintiffs' Motion for Preliminary Injunction, and Defendants' response thereto, the Court concludes that the Motion is GRANTED and that Plaintiffs shall be permitted to present live testimony at the hearing regarding their preliminary injunction motion scheduled for January 26, 2024 at 9am.

**IT IS SO ORDERED.**

Issued this 16th day of January, 2024.

_____
JEFFREY S. WHITE
U.S. District Judge

[PROPOSED] ORDER ON
MOTION FOR ADMINISTRATIVE RELIEF
TO PRESENT LIVE TESTIMONY                                     Case No. 23-cv-5829