1 Mohammad Mehdi Ali, Cal. Bar #291417
2 University Network for Human Rights
3 101 High Street
  Middletown CT 06457
  (617) 669-8606
4 media@humanrightsnetwork.org

5 *Attorney for Amicus Palestinian Journalists' Syndicate*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States,* ANTONY J. BLINKEN, *Secretary of State,* LLOYD JAMES AUSTIN III, *Secretary of Defense,* in their official capacities,<br><br>Defendants. | Case No.: 23-cv-05829<br><br>**UNOPPOSED MOTION OF PALESTINIAN JOURNALISTS' SYNDICATE FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing: January 26, 2024 at 9:00 a.m. |

1  Having considered the Unopposed Motion for Leave to File Brief of *Amicus Curiae* Palestinian
2  Journalists' Syndicate in Support of Plaintiffs' Motion for Preliminary Injunction and
3  Opposition to Defendants' Motion to Dismiss, the Court concludes that the motion is
4  GRANTED and that the proposed brief is deemed filed.

6  IT IS SO ORDERED.

9  Dated: _____          _____

                                    HON. JEFFREY S. WHITE
                                    UNITED STATES DISTRICT COURT JUDGE