Mohammad Mehdi Ali, Cal. Bar #291417
University Network for Human Rights
101 High Street
Middletown CT 06457
(617) 669-8606
media@humanrightsnetwork.org

*Attorney for Amicus Palestinian Journalists' Syndicate*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States,* ANTONY J. BLINKEN, *Secretary of State,* LLOYD JAMES AUSTIN III, *Secretary of Defense,* in their official capacities,<br><br>Defendants. | Case No.: 23-cv-05829<br>ORDER GRANTING<br>**UNOPPOSED MOTION OF PALESTINIAN JOURNALISTS' SYNDICATE FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing: January 26, 2024 at 9:00 a.m. |

1  Having considered the Unopposed Motion for Leave to File Brief of *Amicus Curiae* Palestinian
2  Journalists' Syndicate in Support of Plaintiffs' Motion for Preliminary Injunction and
3  Opposition to Defendants' Motion to Dismiss, the Court concludes that the motion is
4  GRANTED and that the proposed brief is deemed filed.

6  IT IS SO ORDERED.

9  Dated: January 17, 2024              _____
10                                         HON. JEFFREY S. WHITE
                                          UNITED STATES DISTRICT COURT JUDGE