UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States,* ANTONY J. BLINKEN, *Secretary of State,* LLOYD JAMES AUSTIN III, *Secretary of Defense,* in their official capacities,<br><br>Defendants. | Case No.: 23-cv-05829<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF A JEWISH VOICE FOR PEACE, INC. FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS<br><br>Hearing: January 26, 2024 at 9:00 a.m. |

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED,

The unopposed motion of A Jewish Voice for Peace, Inc. for Leave to File Amicus Curiae Brief in Support of Plaintiffs' Motion for Preliminary Injunction and in Opposition to Defendants' Motion to Dismiss is GRANTED.

Dated: January 17, 2024

By: /s/ Jeffrey S. White
Honorable Jeffrey S. White
United States District Judge

Case No. 23-CV-05829
[PROPOSED] ORDER RE *AMICUS* BRIEF OF A JEWISH VOICE FOR PEACE, INC.