DAN SIEGEL, SBN 56400
SARA BELADI, SBN 348987
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, CA 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com

MEENA JAGANNATH, Pro Hac Vice
JEENA SHAH, Pro Hac Vice

Attorneys for Amici Curiae
INTERNATIONAL HUMAN RIGHTS
ORGANIZATIONS

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States,* ANTONY J. BLINKEN, *Secretary of State,* LLOYD JAMES AUSTIN III, *Secretary of Defense,* in their official capacities,<br><br>Defendants. | Case No.: 23-cv-05829-JSW<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* INTERNATIONAL HUMAN RIGHTS ORGANIZATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing: January 26, 2024 at 9:00 a.m. |

HAVING CONSIDERED the unopposed motion for leave to file brief of *amici curiae* International Human Rights Organizations in Support of Plaintiffs' Motion for Preliminary Injunction and Plaintiffs' Opposition to Defendants' Motion to Dismiss, the Court concludes that the motion should be and is GRANTED and the proposed brief is DEEMED FILED.

IT IS SO ORDERED.

Dated: January 18, 2024

_____
Hon. Jeffrey S. White
United States District Judge

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF OF INTERNATIONAL HUMAN RIGHTS ORGANIZATIONS IN SUPPORT OF PLAINTIFFS - 2    Case No. 23-CV-05829