UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Defense for Children Int'l-Pale ,

      Plaintiff(s),

  v.

Biden, et al. ,

      Defendant(s).

Case No. 4:23-cv-5829-JSW (3 struck through)

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Diala Shamas, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is John Sinodis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: #290402.

666 Broadway, 7th Floor, NY, NY 10012
MY ADDRESS OF RECORD

360 Post St, #800, San Francisco, CA 94108
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

212-614-6426
MY TELEPHONE # OF RECORD

415-821-8820
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

dshamas@ccrjustice.org
MY EMAIL ADDRESS OF RECORD

jsin@vblaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5016829.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/19/2024                                   Diala Shamas
                                                   APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Diala Shamas is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 22, 2024

*Jeffrey S. White*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE