FILED

JAN 2 2 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## VETERANS IN PETITION FOR JUSTICE

Gloria & Robert Trevino, Petitioners – 12526 Olympia Drive – Houston, Texas  77077
(713)-309-5962, Email address; vip4justice@gmail.com

### (JUNE 7, 1946 – NOV. 3, 2022)



## "THE ASSASSINATION OF ROBERT TREVINO!"
### "DECORATED DISABLED HISPANIC VETERAN & POLITICAL PRISONER"

THE 1995- 2022, TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE OF ROBERT TREVINO, DECORATED DISABLED HISPANIC VETERAN AND POLITICAL PRISONER WRONGFULLY INCARCERATED FOR LIFE ON "BIG LIES" WITH "ZERO RAPE EVIDENCE" ON PRETEXT OF JUSTICE CONCOCTED BY NEO-NAZI GOVERNMENT OFFICIALS FROM WAXAHACHIE, ELLIS CO., TX, AND OUTLAW  WHITE GANG OF DEVIL WORSHIPERS WITH FELONY CHARGES AND FBI, AKA "KGB." ENGAGED WITH DA AND ROGUE POLICE OFFICER IN CRIMINAL CONSPIRACY SCHEME OF FRAUD, STIGMATIZED DISCRIMINATION, RETALIATION, CIVIL AND HUMAN RIGHTS VIOLATIONS, CRUEL AND UNUSUAL PUNISHMENT SYSTEMATIC INJUSTICE IN COLLUSION WITH GESTAPO AGENTS AND OTHERS, TO SABOTAGE CRIMINAL INVESTIGATIONS, DUE PROCESS, HINDERED PROSECUTION AFTER STATE'S STAR WITNESS "SANG LIKE A CANARY" CONFESSED, EXONERATED ROBERT, AND IMPLICATED OFFICIALS THAT COERCED HIM INTO AGGRAVATED PERJUREED TESTIMINY AGAINST ROBERT OR FACE HARSH PROSECUTION AND LONG PRISON SENTENCE ON FELONY CHARGES.  CONFESSION PROMPTED STATE OFFICIALS TO ACCELERATE PREMEDITATED ASSASSINATION OF ROBERT TO DEFRAUD HIM OUT OF MILLIONS OF DOLLARS FOR  EXONERATION, HONOR AND LEGACY AND TO "ESCAPE" TOTAL CRIMINAL AND CIVIL ACCOUNTABILITY FOR THEIR HOMICIDAL PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR AND COVER-UP/WHITEWASH  WITH IMPUNITY IN THE FIRST DEGREE!

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEFENSE FOR CHILDREN INTERNATIONAL  )
PALESTINE; AL-HAQ;AHMED ABU ARTEMA; )
MOHAMMED AHMED ABUROKBEH;                 )
MOHAMMAD HERZALLAH; A.N.;                        )          CASE NO.:3:23-CV-5829-
 LAILA ELHADDAD;  WAEIL, ELBHASSI;
BASIMELKARRA; and DR. OMAR EL-NAJJAR )
Plaintiffs,

VS.                                                                 )
JOSEPH R. BIDEN, JR., PRESIDENT OF THE      )
UNITED STATES, ANTONY J. BLINKEN,
SECRETARY OF STATE, LLOYD JAMES             )
AUSTIN III, SECRETARY OF DEFENSE,
IN THEIR OFFICIAL CAPACITIES,                       )
Defendants                                                       )

IN THE BEST INTEREST OF JUSTICE PRTITIONERS/INTERVENERS/PLAINTIFFS FILE
PETITION IN SUPPORT OF PLAINTIFFS TO IMMEDIATELY SHACKLE AND RESTRAIN JOE
BIDEN AND ADMINISTRATION FROM WEAPON IZATION OF GOVERNMENT RESOURCES
TO TARGET AND ENGAGE IN **"HATE CAMPAIGN OF GENOCIDE"** AGAINST THE
PALESTINIAN PEOPLE AND UNSUNG WOUNDED HISPANIC WAR HERO, POLITICAL
PRISONER,AND MARTYR TO THE SACRIFICE FOR FREEDOM AND EQUAL ACCESS TO
JUSTICE FOR ALL, ROBERT TREVINO AND FAMILY AND IMMEDIATELY FULFILL OUR
NATION'S PROMISE TO CARE OF AND AFFORD VETERANS EQUAL ACCESS TO JUSTICE
AND NEVER LEAVE ANY DISTRESSED VETERAN AND THEIR FAMILIES BEHIND TO BE
FORGOTTEN AND SHAMEFULLY HYPOCRITICALLY SUBJECTED TO THE AMERICAN
NIGHTMARE AND TWILIGHT ZONE AND COVER-UP/WHITEWASH WITH IMPUNITY.

VETERANS IN PETITION FOR JUSTICE IN LOVING MEMORY OF UNSUNG WOUNDED
HISPANIC PARALYZED WAR HERO, POLITICAL PRISONER AND MARTYR TO THE
SACRIFICE FOR FREEDOM AND EQUAL ACCESS TO JUSTICE FOR ALL, ROBERT TREVINO,
PETITIONERS, GLORIA TREVINO, MARIA TREVINO, JUAN TREVINO, JOE P. TREVINO, SR.,
12526 OLYMPIA DRIVE, HOUSTON, TEXAS 77077, PH. 713-309-5962, EMAIL,
vip4justice@gmail.com, HEREBY FILE OUR PETITION/ENTERVENTION/PLAINTIFFS IN
STEADFAST, UNWAVERING ALLEGIANCE AND SUPPORT FOR THE PLAINTIFFS
PALESTINIAN PEOPLE AND THEIR FAMILIES AND DEMAND THE HONORABLE COURT TO
IMMEDIATELY RESTRAIN AND SHACKLE  THE US, JOE BIDEN AND HIS
ADMINISTRATION TO IMMEDIATELY CEASE AND DESIST FROM ENGAGING IN
EGREGIOUS DIABOLICAL CRIMINAL CONSPIRACY SCHEME TO OVERTLY ABUSE THEIR
POWER AND GOVERNMENT RESOURCES FOR VIOLENT **"CAMPAIGN OF GENOCIDE"**
USING THE "MACHINERY OF WAR" TO DESTROY, SEIZE PALESTINIAN LAND AND
IRADICATE AND DISPLACE THE PALESTINIAN PEOPLE TO DIE WITHOUT BASIC HUMAN
NEEDS, LIKE CLEAN WATER, SHELTER, MEDICINE, MONEY AND WITHOUT CLEAN
CLOTHES , NOR PROTECTION  AND SO THE USA, BIDEN AND CO-CONSPIRATORS CAN
INDULGE IN RIDICULE AND AMUSEMENT OVER THE SPOILS OF THEIR CONQUEST WITH

1

IMPIUNITY, LIKE THEY DID TO HIGHLY DECORATED AMERICAN UNSUNG PARALYZED HISPANIC WAR HERO,, ROBERT TREVINO AND FAMILY. MALICIOUSLY SUBJECTING US TO THE AMERICAN NIGHTMARE AND TWILIGHT ZONE AND OTHER MINORITY DISTRESSED VETERANS AND PALESTINIANS ARE NOW, SIMILARLY SITUATED.. WHEATHER THE USA IN COMPLICITY WITH ISRAEL INGENIOUSLY PERNICIOUSLY COVERTLY OR WITH OVERT BRUTAL CARPET BOMBING "CAMPAIGN OF GENOCIDE" END RESULT IS THE SAME.  TO DATE, THE USA BATANTLY REFUSES TO LAUNCH AN UNBIASED CONGRESSIONAL CRIMINAL INVESTIGATION INTO THE "HANG EM HIGH TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE AND SUBSEQUENT ASSASSINATION OF UNSUNG PARALYZRD WAR HERO AND POLITICAL PRISONER AND MARTYR TO THE SACRIFICE TO FREEDOM AND EQUAL ACCESS TO JUSTICE FOR ALL, ROBERT TREVINO AND MASS MURDERS OF OTHER FAMILY MEMBERS IN ILLEGAL CUSTODY AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE AS IF WERE SOCIETYS YESTERDAY'S TRASH. THE INTERNATIONAL COMMUNITY ARE ALSO DEMANDING PEACE, NOT WAR OR GENOCIDE!  IN FURTHER SUPPORT, AND IN THE BEST INTEREST OF JUSTICE, FOR ROBERT TREVINO AND FAMILY, WE RESPECTFULLY REQUEST THAT WE BE APPOINTED AN UNBIASED HONEST ATTORNEY TO REPRESENT ROBERT TREVINO AND FAMILY AND GRANT THE PALESTINIAN PEOPLE THEIR FUNDAMENTAL GOD GIVEN RIGHT TO FREE SPEECH, DIGNITY, LIFE, LIBERTY AND THE PURSUIT OF HAPPYNESS AND FOR ANY OTHER RELIEF THAT THE HONORABLE COURT MAY DEEM JUST AND PROPER, AND  WORLD PEACE, WE  PRAY;

PETITIONERS/INTERVENERS/PLAINTIFF ARE TOTALLY DISABLED HISPANIC ELDERLY HONORABLE DISCHARGED VETERANS OF THE UNITED STATES ARMED FORCES AND VICTIMS OF STIGMATIZED DISCRIMINATION, COERCION, RETALIATION,FOR GOD GIVEN FREE SPEECH AND FOR PETITIONING THE GOVERNMENT FOR REDRESS OF GRIEVANCES,  AND CORRUPTION, GAS-LIGHTING, SYSTEMATIC INJUSTICE, OUTRIGHT FRAUD, EXPLOITATION  AND ABUS, POLICE BRUTALITY,, DEPRAVED HEART MURDER IN ILLEGAL CUSTODY, ABUSE OF POWER, PERPETUAL PERNICIOUS COVERT PSYCHOLOGICAL DOMESTIC TERRORIST, GUERRILLA WARFARE, BLACKLIST,ED, AMBUSHED, SABOTAGE OUR QUEST FOR JUSTICE FOR ROBERT TREVINO AND FAMILY, AND OTHER DISTRESSED VETERANS SIMILARLY SITUATED,  OUR GOVERNMENT IN COLUSION WITH OTHER HAVE REPEATEDLY TREATED ME WITH PSYCHOLOGICAL BRUTALITY, THREATS AND INTIMIDATION, SARCASM, AND TREATED WITH A TOTAL LACK OF CARE , DIGNITY AND COMPASSION, TOTAL DISREPECT FOR OUR PAIN AND SUFFERING, IN FURTHERANCE OF DECADES LONG DENIAL OF EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE,, LEAVING US WITH OUT THE MECHANISMS OF JUSTICE AND TO PROMPT REDRESS AND WELL AWARE OF ROBERT'S LIFE-THREATENING MEDICAL CONDITIONS AND WITHOUT REMORSE BUT EXTREME HATREAD MALICIOUSLY SUBJECTED ROBERT TO EXTREME ATRCITIES, INHUMANITIES, CRUEL AND UNUSUAL AND INHUMANE TREATMENT TO INDUCE HIS UNTIMELY DEAH AND DEMISE, INCLUDING ISOLATION, SECLUTION AND NOT EVEN ALLOWING HIM TO HAVE VISITS WITH FAMILY, NOT EVEN OVER THE PHONE  AND AFTER FORCIBLY REMOVED FROM THE ICU OF THE TDC, CYMF IN CRITICAL CONDITION AND WHERE HE WAS BEING MONITORED 24/7 BECAUSE HE WAS PARALYZED AND UNABLE TO DO ANYTHING FOR HIMSELF, NOT EVEN ROLL AROUND IN CONFINED BED.TO  THE WORSE INSANE ASYLUM IN THE WORLD, THE MONFORT

2

UNIT AT LEAST A MILE AWAY FROM NEAREST TRUAMA CENTER TO ACCELLERATE HIS ASSASSINATION IN FURTHER RETALIATION FOR US OBTAINING A CONFESSION FROM THE STATES STAR WITNESS EXONERATING ROBERT OF ANY CRIME AND IMPLICATED THE POLICE AND DA FOR CONCOCTING THE QUACKERY AGAINST ROBERT AND COERCING THEM TO LIE AGAINST ROBERT UNDER THREAT OF HARSH PROSECUTION FOR THEIR STATUTORY RAPE OF 12 YEAR OLD GIRL WITH LIFE SENTENCE IF THEY DIDN'T LIE AGAINST ROBERT. THE GOVRNMENT OFFICIALS, GESTAPO AGENTS, JOHN RICHARDS, NOEL PORTNOY AND THE INNOCENTS PROJECT, MIKE WARE, DAVID DOW AND OTHERS, WERE ALL ACTING ON BEHALF OF THE STATE OF TEXAS WHO IS ONE OF THEIR MANY SOURCES OF THE BILLIONS THEY ARE UNJUSTLY ENRICHING THEMSELVES AND IS A GREAT CONFLICT OF INTEREST AND THE RESON THE TDCJ REPEATEDLY REFUSED TO RELEASE ROBERT ON MRIS TO THE VA TO TAKE CARE OF HIM AND THE VA WAS ALSO NOT HELPING INSPITE OF ROBERT'S LIFE-THREATEN MEDICAL CONDITION AND I WAS LIKEWISED BEING TREATED LIKE A PARIAH AS WELL FOR HELPING ROBERT AND TO ALSO INDUCE MY DEATH AS WELL. THE VA WAS IN COMPLICITY  WITHTHE STATE FROM DAY ONE AND HELPED PUT THE FIRST NAIL ON ROBERT'S COFFIN AND THE LAST BECAUSE THEY DID NOT WANT TO TAKE CARE OF HIM AND LESS TAKE CARE OF ME FOR TRYING TO HELP ROBERT.  GOVERNMENT HAS DOUBLE DOWNED WITH THE BRUTALITY AND COLLUDED WITH BUSINESSES AND GIANT CORPORATIONS I DO BUSINESS WITH TO ABUSE THEIR POWER, COERCE, RETALIATE AND ENGAGE IN MAFIA RELATED ACTIVITIES, INCLUDING THE POLICE, AND LEGISLATORS AND HAVE ALLOWED FORD MOTOR COMPANY TO SEIZE UNLAWFUL POSESSION OF TWO OF MY CARS IN FOUR YARS AND CONTINUE TO REVICTIMIZE, RETRAUMATIZE TO INDUCE MY DEATH AS WELL,  NONE OF THE GOVERNMENT AGENCIES WILL HELP.  THEY COULD HAVE SAVED ROBERT'S LIFE BUT THEY WANTED HIM DEAD, LIKE OUR ILL-STRICKEN MOTHER AND INSULEN DEPENDANT OTHER BROTHER JUAN THAT WAS SIMILARLY INCARCERATED INILLEGAL CUSTODY AND ILLEGALLY DENIED INSULIN FOR THIS DIABETES TO DIE AND SLOW AND PAINFUL DEATH WITH OTHER DEADLY CANCER AS A RESULT OF NEGLECTED DIABETES, LIKE ROBERT. FORCEIBLY REMOVED FROM ICU FIVE MINUTES AWAY FROM NEAREST TRUAMA CENTER TO THE WORSE INSANE ASYLUM IN THE WOLRD AND WE BELIEVE IT WAS GESTAPO AGENTS JOHN RICHARDS AND NOEL PORTNOY THAT CONCEALED THE CONFESSION EXONERATING ROBERT AND IMPLICATING THE POLICE AND DA WHICH WAS IMMEDIATELY HIRED BY THE FBI WHO WAS SUPPOSE TO BE PROBING THE **"CLASSIC KANGAROO** " CASE.  AND EVERY ONE HAS INDULGED IN LAGHTER AND AMUSEMENT WITH ROBERT'S EXONERATION COMPENSATION OF 2 MILLION AND PLUS OVER 100 MILLION FOR THE MISCONDUCT AND "ESCAPED" CRIMINAL AND CIVIL ACCOUNTABILITY.  MEANWHILE THE VA, DOJ, TDCJ FORD MOTOR COMPLMY CONTINUE TO LAUGH AND RIDICULE ME OVER THE EXTENSIVE DISTRESS AND EXPLOITATION OF MY MONEY, CARS AND BLACKLIST ME FROM EQUAL ACCESS TO JUSTICE AND BIDEN AND THE OTHER PERPETRATORS ARE QUILTY OF TREASON,AND "THE CAMOUFLAGE AND SECRECY OF ESPIONAGE" AND OTHER HIGH CRIMES AND MISDEMEANORS IN FURTHERANCE OF THE "GANG-RAPE OF JUSTICE IN AMERICA" AND FULL-FLEDGE TYRANICAL BANANA REPUBLIC" AND GENOCIDE.AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE.

THE USDOJ HOTLINE WILL NOT RETURN MY CALLS AND THE VA HOTLINE, NORE THE US SENATE COMMITTEE ON VA AND WHISTLEBLOWERS US SENATE COMMITTEE WILL

NOT RETUEN ANY OF MY CALLS OF EMAILS.  THEY ARE ALL PART OF THIS CRIME
FAMILY AND WE BELIEVE THE COLLUDING WITH FORD MOTOR COMPANY, USAA,
WELLS FARGO, TDI, AND FORD DEALERSHIPS ARE ALSO INDULGING IN RIDICULE AND
LAGHTER OVER THEIR THEFT OF MY PERSONAL PROPERTY AND CRIMINAL ABUSE OF
ME.  FOR OVER SIX MONTHS, FORD HAS TAKEN ILLEGAL POSESSION OF MY OTHER
CAR AS WELL WITH IMPUNITY IN THE FIRST DEGREE. THEIR, ERRONEOUS,
MISREPRESENTATIONS CODE OF CONDUCT TO THE WORLD IS, "FORDSTANDS IN
SOLIDARITY WITH ALL PEOPLE – ESPECIALLY BLACK AND BROWN PEOPLE- AGAINST
INJUSTICE, RACISM, VIOLENCE AND HATE.  THEY HELD ME HOSTAGE AND REFUSED TO
RETUN MY CAR SO I WOULDN'T LEAVE AND COERCED ME TO SIGN A DETRIMENTAL
CONTRACT UNDER DURESS SO I COULD LEAVE, OUTRAGEOUS CRIMINAL CONDUCT.
THE GOVERNMENT AND RULING CLASS.S RETALIATORY BLACKLISTING OF ROBERT
TREVINO AND FAMILY HAS CREATED SUBSTANTIAL FIANCIAL HARDSHIP AND
SABOTAGED OUR RELENTLESS QUEST FOR EQUAL ACCESS TO JUSTICE. AND HAVE
BEEN BARRED FROM FUNDING, DOING BUSINESS, OR GETTING ANY OTHER SERVICES
AND PROTECTION FORM OUR GOVERNMENT AND THEY ARE TRYING TO EXPAND
THEIR CRIMINAL ENTERPRISE TO UNSUSPECTING PEOPLE AROUND THE WORLD BUT
DON'T WANT TO BE HELD CRIMINALLY AND CIVILLY ACCOUNTABLE BY THE ICC ONLY
WANTS ICC TO GO AFTER OTHERS BUT NOT THE USA BECAUSE THEY THINK THEY ARE
KINGS IN A MONARCHY AND ABOVE THE LAW AND HAVE CONCOCTED SELF SERVING
SHAM LAWS TO ALLOW THEM TO GET AWAY WITH COLD-BLOODED MURDER WITH GET
OUT OF JAIL FREE CARD WITH THIS QUALIFIED GOVRNMENT IMMUNITY DOCTRINE
WHICH IS IN CONTRADICTORY TO OUR DEMOCRISY, CREATED FOR AND BY THE
PEOPLE,  IT IS ALSO CONTRARY TO OUR US CONSTITUTION  THAT THEY TOOK A
SOLEMN OATH TO DEFEND AGAINST ALL ENEMIES, FOREIGN AND DOMESTIC AND
HAVE SUCCESSFULLY COVERTLY TURNED OUR COUNTRY INTO A FULL-FLEGED
TYRANNICAL BONANA REBULLIC.  WHILE TRUMP FAILED TO OVERTURN AN ELECTION
OVERTLY AND BY BRUTE FORCE TO MAINTAIN TYRANNICAL CONTROL REIGN OF
TERROR. NO ONE WANTS TO GIVE UP THEIR ROYAL THRONES.

HOWEVER, MANY IN OUR MILITARY DID NOT GO TO RISK THEIR LIVES ON THE
BATTLEFIELD FOR A TYRANNICAL BANANA REPUBLIC AND THEREFORE, THE
TREASONERS AND **"THE CAMOUFLAGE OF SECRECY OF ESPIONAGE."** AND MUST BE
PUT TO DEATH, LIKE THEY HAVE BEEN DOING FOR DECADES BY WEAPONIZATION OF
GOVERNMENT RESOURCES TO TARGET PEOPLE THEY "NEVER LIKED"  TRAMPLING
ALL OVER THE US CONSTITUTION IN TYRANNICAL REIGN OF TERROR, MASSIVE
INCARCERATION AND IN FURTHERANCE OF GANG-RAPE OF JUSTICE IN AMERICA AND
TYRANNICAL BANANA REPUBLIC." AND GENOCIDE AND COVER-UP/WHITEWASH WITH
IMPUNITY IN THE FIRST DEGREE.

BIDEN AND HIS ADMINISTRATION HAVE DIRTY BLOODY UNCLEAN HANDS IN HIS
COMPLICITY TO CARPET BOMBING ON PALESTINIANS, INCLUDING UNARMED WOMEN
AND CHILDREN AND ENGAGINGING IN EGREGIOUS DIOBOLICA SCHEME IN CAMPAIGN
OF GENOCIDE, NOT ONLY OF THE PALESTINIAN PEOPLE  BUT OF OUR OWN UNSUNG
WOUNDED HISPANIC WAR HEROS, ROBERT TREVINO AND FAMILY AND THOUSANDS OF
OTHER DISTRESSED VETERANS SIMILARLY SITUATED AND ARE BEING MISTREATED
AND DRIVEN TO SUICIDE BY THE HUNDREDS PER DAY. AND  REALIZED THIS IS NOT
THE AMERICA WE RISKED OUR LIVES TO DEFEND AND HAS BETRAYED AND BROKEN

SOLEMN PROMISE NOT TO LEAVE ANY VETERAN AND FAMILY BEHIND AND TO AFFORD US THE EQUAL ACCESS TO JUSTICE FOR ALL AND AFFORD US THE EQUAL OPPORTUNITY TO ACHIEVE THE AMERICA DREAM BUT INSTEAD WE BEEN STRIPE OF OUR HONOR AND THE RIGHTS AND BENEFITS WE HONORABLY EARNED ON THE BATTLEFIELD, DEFAMED, AND RAILROADED TO MODERN DAY DEATH-TRAP TO LANGUISH TO  LIVE THE AMERICAN NIGHTMARE AND TWILGHT ZONE AND BE FORGOTTEN IN CAMPAIGN OF GENOCIDE AND RIDICULEDAND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE AND THE GANG-RAPE OF JUSTICE IN AMERICA AND TYRANNICAL BANANA REPUBLIC.   .

THEREFORE, IN THE BEST INTEREST OF JUSTICE, ROBERT TREVINO AND FAMILY HAVE AN UNCONDITIONAL CONSTITUTIONAL RIGHT TO BE INVOLVED IN ANY FEDERAL COURT IN THE UNITED STATES AND INTERNATIONAL CRIMINAL COURT  WITH SIMILAR CAUSE OF ACTION  THEY ARE GUILTY OF TREASON AND ESPIONAGE AND IS THE GREATEST HOAX ON THE AMERICAN PEOPLE.. .

.

BIDEN AND HIS CRIMINAL CONSPIRATORS WANT TO START WORLD WAR III, HOWEVER, INSTEAD OF TAKING CARE OF OUR MOST VULNERABLE UNSUNG WOUNDED WAR HEROES, HE AND HIS ADMINISTRATION HAVE INGENIOUSLY, PERNICIOUS AND COVERTLY, ENGAGED IN SIMILAR CRIMINAL CONSPIRACY SCHEME TO STIGMATIZED DISCRIMINATATION, CORRUPTION, SYSTEMATIC INJUSTICE,  BLACKLIST, SANCTIONED AND WEAPONIZATION OF GOVERNMENT RESORCES TO TARGET INDIVIDUALS THEY "NEVER LIKED" AND MALICIOUSLY PERSECUTED IN  "HANG EM HIGH TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE ON "BIG LIES" WITH "ZERO EVIDENCE" ON PRETEXT OF JUSTICE AND CONDEMNED TO LIFE IMPRISONMENT IN MASSIVE INCARCERATION, WORSE IN THE WORLD, INCLUDING CHINA THAT HAS THREE TIMES THE POPULATION AS THE USA, IN MODERN DAY "DEATH-TRAP" AND INHUMANITIES AND ATROCITIES TO LANGUISH TO DEATH AND DEMISE, AKIN TO SLOW MOTION GENOCIDE AND DON'T HAVE TO TAKE CARE OF US.  FOR OVER 30 LONG AND OPPRESSIVE YEARS THE JOE BIDEN, USDOJ, FBI, AKA, "KGB" TX BAR, TX BAR FOUNDATION, ABA, IRS, SBA, SCORE, ESCH, GESTAPO AGENTS, JOHN E. RICHARDS & NOEL PORTNOY, MIKE WARE, DAVID DOW, ROBERT UDASHEN, MICHAEL ARAMBULA, AKA, "PINOCCHI,"USAA, FORD MOTOR COMPLANY, FORD ESP PREMIUM EXTENDED WARRANTY COMPANY, FORD CREDIT, TEXAS BOARD OF INSURANCE, CITI BANK HOME DEPO, THAT HAVE INGENIOUSLY ILLEGALLY SEIZED UNLAWFUL POSESSION OF TWO OF MY CARE TO RUN UP THE MILAGE TO FURTHER DEFRAUD ME OU FAIR COMPENSATION AND STILL HAM PAYING OUTRAGIOUS COERCED DEAL, AUTO INSURANCE , AND ISOLATED TO DRIVE ME TO SKID-ROW OR DEATH ROW, INNOCENCE PROJECTS PUT THE NAILS IN ROBERT'S COFFIN AND RIDICULE, AND ARE ALSO IN SEVERAL ALLEGED NON-PROFIT CRIMINAL ENTERPRSIES, LIKE THW YALE UNIVERSITY PROFESSORS. DO NOTHING GOVERNMENT OFFICIALS, INCLUDING  US REPRESENTATIVE LIZZIE FLETCHER, AND MANY OTHERS LOOK THE OTHER WAY, , TDCJ, VA, FTC, FCC, IRS, FORD MOTOR COMPANY, AND IT'S DEALERS, WELLS FARGO BANK, USAA, TEXAS DEPARTMENT OF INSURANCE SECRETARY OF TREASURY, SMALL BUSINESS ADMINISTRATION, IN COLLUSION WITH THE USDOJ, ET AL HAVE ILLEGALLY DENIED ROBERT TREVINO AND FAMILY, EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE FOR ALL.  THEY ARE LINING THEIR OWN POCKETS AND UNJUSTLY ENRICHING THEMSELVES WITH THE "**MAD BLOODY**

**BILLIONS" I**N CHARITABLE FUNDING ENTENDED TO AFFORD US EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE TO THE DETRIMENT AND DEMISE OF THOSE THEY ARE INTENDED TO PROTECT.  THEIR CRIMINAL ENTERPRISE HAS EXPANDED WITH MORE SHELL GOVERNMENT AGENCIES, DUMMY CORPORATION, FOUNDATIONS LAW UNIVERSITIES HELPING LAUNDERING THE MEGA BILLIONS, SHAM TRIALS WITH ARMIES OF MILLION DOLLAR A DAY LAWYERS AND JUDGES. MEANWHILE, ABOUT 200 VETERANS A DAY COMMITTING SUICIDE BECAUSE OF THE LACK OF CARE AND CONCERN FOR THEM AND ARE DRIVEN WITH BRUTALITY TO SUICDE OR HOMICIDE.  VA HOTLINE IRESPONSE ID DEROGATORY AND CONFRONTATIONAL AND ERRONEOUSLY ALLEGE, IT'S NOT 200 A DAY, IT'S ONLY ABOUT 25 A DAY OF VETERANS SUICIDES CONTRARY TO EXCULPATORY EVIDENCE SUBMITTED WITH OUR DOCUMENTATION.  IN ANY CASE, EVEN ONE RETALIATORY SENSELESS, UNTIMELY, DEATH, BY SUICIDE OR HOMICIDE, PHYCHOLOGICAL MURDER, DEATH BY COVERT ABUSE, ASSASSINATION OR GENOCIDE, IS ONE TO MANY AND NEED TO BE CONGRESSIONALLY "UNBIASEDLY" INVESTIGATED, INCLUDING ALL THE FACTS AND CIRCUMSTANCES SURROUNDING THE DEATH BY SUICIDE OR HOMICIDE BY PERNICIOUS ABUSE IN OR OUT OF ILLEGAL CUSTODY, SUCH AS IN THE PREDICTED FOREGONE CONCLUSION IN THE PREMEDITATED ASSASSINATION OF UNSUNG WOUNDED HISPANIC WAR HERO, ROBERT TREVINO AND FAMILY MEMBERS, MARIA TREVINO, JUAN TREVINO AND REPEATED ATTEMPTED MURDER OF GLORIA TREVINO TO SILENCE HER AND SABOTAGE RELENTLESS DECADES LONG AND OPPRESSIVE SOLITARY QUEST FOR JUSTICE FOR ROBERT TREVINO AND FAMILY.  A REAL AMERICAN NIGHTMARE AND TWIGHTLITE ZONE.  AND, LIKE THE MASSIVE INCARCERATION OF INNOCENT OTHER MINORITIES AND GENOCIDE BY COVERT PERNICIOUS PSYCHOLOGICAL DEPRAVED HEART MASS MURDER THAT HAPPENS IN SECRETIVELY, UNRECOGNIZABLE AND EXISTS IN EXTREMELY COVERT LEVEL AND IN THE ROBERT TREVINO AND FAMILY CASE VERY PREDICTABLE.  LIKEWISE, I CONTINUE TO BE THE TARGET OF GOVERNMENT' WEAPONIZATION OF GOVERNMENT RESOURCES AND LAW DEGREES IN COLLUSION WITH  FORD GIANT AND OTHER BIG BUINESSES, AND CRIMINAL ENTERPRISES OF MAFIA-RELATED ACTIVITIES TO TARGET, BLACKLIST, AMBUSH, SANCTION, ECONOMIC EXPLOITATION AND SBABOTAGE SOLITARY QUEST FOR EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE AND RIDICULED. OUR GOVERNMENT AND IT'S AGENCIES AND EVEN THEIR EMERGENCY HOTELINE NUMBERS TREAT ME WITH HOMICIDAL PSYCHOLOGICAL BRUTALITY AND SARCASM TO AGAIN INDUCE MY DEATH, LIKE PREVIOUSLY INDUCED ME INTO SUFFERING A NEAT DEATH AND HAD A STROKE WITH SERIOUS NERVE DAMAGE, BRAIN BLEAD AND EXACERBATING SERVICE-CONNECTED DISABILITIES AND DEBILITATING OTHER MEDICAL PROBLEMS AND THE GOVERMENT, INCLUDING REPRESENTATIVE LIZZIE FLETCHER AND MANO DE AYALA ARE AIDING AND ABETTING THE BRUTALITY AND ATTEMPTED MURDER OF ME , LIKE THEY DID ROBERT TREVINO AND FAMILY IN RETALIATION FOR CONTINUING TO EXERCISE OUR FUNDAMENTAL GOD GIVING FREE SPEECJH AND TO PETITION OUR GOVERNMENT FOR REDRESS OF GRIEVANCES. THEY TREAT ME LIKE A PARIAH, LIE IN BLATANT VIOLATION OF OUR CONSTITUTIONAL ERRONEOUSLY ALLEGE THEY HAVE NO JURISDICTION IN FURTHERANCE OF TARGETTING ME AND RETALIATION AND DEPRIVATION OF CIVIL AND HUMAN RIGHTS AND THE RIGHT TO INVESTIGATE THE HANG EM HIGH TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE AND SUBSEQUENT ASSASSINATION OF UNSUNG WOUNDED

HISPANIC WAR HERO, POLITICAL PRISONER AND MARTYR FOR THE SACRIFICES FOR FREEDOM AND EQUAL ACCESS TO EQUAL ACCESS TO JUSTICE FOR ALL, ROBERT TREVINO AND FAMILY. AND IN FURTHERANCE OF THE GANG-RAPE OF JUSTICE IN AMERICA, GENOCIDE AND FULL-FLEDGE TYANNICAL BANANA REBUBLIC AND RIDICULE AND COVER-UP, NOT ONLY THE SENSELESS GENOCIDE BUT TO COVER-UP AND PROTECT THEIR CRIME FAMILY THAT THEY ARE ALLOCATING BILLIONS OF CHARITABLE TAX-PAYER MONEY TO ON ERRONEOUS GUISE THAT THEY ARE GOING TO AFFORD MINORITIES EQUAL PROTECTION, EQUAL REPRESENTATION AND EQUAL ACCESS TO JUSTICE TO DISTRESSED VETERANS AND OTHER MINORITIES SIMILARLY SITUATED. HOWEVER, ARE UNJUSTLY ENRICHING THEMSELVES AND LING THEIR OWN POCKETS TO THE DETRIMENT AND DEMISE OF THOSE THEY ARE ENTRUSTED IN PROTECTING WITH THOSE MEGA BILLIONS IN **"MAD BLOOD MONEY."** FURTHERMORE, THEY ARE LAUNDERING , EMBEZZLING, AND EXPANDING THEIR CRIMINAL ENTERPRISE WITH SHAM NON-PROFITS IN LAW UNIVERSITIES TO HELP LAUNDER THE MEGA BILLIONS, TO LEGAL DEFENSE LAWYERS ASSOCIATIONS AND CREAT SHELL GOVERNMENT AGENCIES AND ALLEGED LEGAL AID SERVICES THAT REALLY ONLY HELPING GENERATE MORE "MAD BLOOD MONEY" AND FOR DECADES HAVE BLATANTLY REFUSED TO HELP ROBERT AND OTHER MINORITIES WITH AS BIGGER LIES AS THE ONES THEY USED TO SEND ROBERT TREVINO TO SKID ROW AND DEATH-ROW AND FORGET ABOUT HIM AS IF HE WERE A DOG OR SOCIETIES TRASH AND AS IF THE PERPETRATORS HAD ONLY COMMITTED **"JAYWALKING."** TO FURTHER HUMILIATE MINORITIES. MEANWHILE, ALLOWING BIGOTTED FEDERAL JUDGES GO TO THEIR TREASONOUS AND CAMOUFLAGED OF SECRECY OF ESPIONAGE MAKE HATE SPEECHES TO THEIR FUTURE LAWYERS, WHILE UNDER INVESTIGATION FOR DISCRIMINATION AND CORRUPTION, AND FOR UNREPORTED BILLIONS FROM FOREIGN COUNTRIES FOR SEVERAL YEARS THAT DON'T LIKE US AND NOT PAYING THE TAXES ON THE BILLIONS RECIEVED. FURTHERMORE, ERRONEOUSLY ALLEGING INDIGENCE, GET ARMIES OF LAWYERS TO REPRESENT THEM, ONLY CHARGED WITH LYING TO FBI, AKA, "KGB" ABOUT THEIR TREASON AND ESPIONAGE ACTIVITIES AND PAY ABOUT NOTHING BACK AND SPEND ALMOST NO TIME IN PRISON FOR CAPITAL DEATH PENALTY CASE OF TREASON, ESPIONAGE AND CRIMINAL ENTERPRISE AND OTHER HIGH CRIMES AND MISDEMEANERS. FURTHERMORE, ALLOW BIGOTTED AND CORRUPT JUDGES, LIKE STEFAN R. UNDERHILL, FROM YALE AND YALE SPONSERED LEGAL AID FOR PRO SE PARTIES BE CONDUCTING SHAM REPRESENTATIONS TO DENY PROSE PARTIES EQUAL ACCESS TO JUSTICE IN COHOOTS WITH THE JUDGE AND THE OTHER TWO PARTIES FILING IN BAD FAITH BOGUS LAWSUIT SPONSERED BY YALE AND USA WITH ARMIES OF LAWYERS REPRESENDING THEIR ALLEGED NON-PROFIT TO HELP DISTRESSED BLACK VETERANS HOWEVER, REFUSE TO HELP US BECAUSE THEY DON'T HELP HISPANICS OR WOMEN VETERANS AND CLEARLY JUST ANOTHER SHAM LAWSUIT TO LAUNDER MONEY BY ALLEGED LEGAL EXPENCES FROM YALE AND GET BILLIONS MORE FROM THE PAY-PAYERS, YET ILLEGALLY ENGAGE IN CRIMINAL CONSPIRACY TO CONTINUE TO SILENCE, DEFRAUD, AND SUPPRESS, RE-VICTIMIZE AND RE-TRAUMATIZE AND DEPRIVE REAL VICTIMS OF STIGMATIZED DISCRIMINATION AND CORRUPTION THE EQUAL ACCESS TO THE JUSTICE THEY THEY ARE LEGALLY AND MORALLY AND ETHICALLY ENTITLED TO AND THAT THEY DESERVE AND HAVE BEEN REPEATED LY ILLEGALLY DENIED AND COVERED-UP FOR DECADES, LEADING TO EGREGIOS PERNICIOUS COVERT PSYCHOLOGICAL MUDER, ERRONEOUSLY REFERRED TO AS NATURAL DEATHS AND COVER-UP. THE CRIMINAL ENTERPRISE CRIME FAMILY

AND MAFIA RELATED ACTIVITIES INCLUDE HAVING THIS STANGLEHOLE OF THE
BILLIONS IN CHARITABLE TAX-PAYER AND CORPORATE AND FOUNDATION FUNDING
ON THE ERRONEOUS GUISE OF HELP REDUCE MASSIVE INCARCERATION OF
WRONGFULLY CONDEMNED, LIKEWISE, THEY INGENIOUSLY HAVE A STRANGLEHOLE
OF THE MAINSTREAM MEDIA TO SIMILARLY BAMBOOZLE AND BILK THE PUBLIC AND
INTERNATIONAL COMMUNITY FOR THEIR OWN PERSONAL AND FINANCIAL GAIN AND
GENOCIDE.  YOU CAN BE ASSURED OF THE MEGA MILLIONS THE JOE BIDEN AND HIS
ADMINISTRATION WOULD UNJUSTLY ENRICH THEMSELVES WITH IN KICKBACKS AND
PAYBACKS IN COMPLICITY WITH ISREAL TO SEIZE PALESTINIAN LAND AND IRADICATE
AN ENTIRE RACE AND DEFENSELESS POPULATION AND DISRUPTING AND
ENDANGERING INTERNATIONAL PEACE AND STARTING WORLD WAR III AND CAN'T
TAKE CARE OF DISTRESSED VETERANS AND THEIR FAMILIES.  LIKE, FEDERAL JUDGE
STEFAN R. UNDERHILL, BIDEN IS UNFIT FOR PRESIDENT OF THE USA AND SHOULD BE
IMMEDIATEL IMPEACHED AND PROSECUTED HARSHLY UNDER THE UCMJ FOR HIS
CONTRIBUTORY ROLE IN THE DELIBERATE PREMEDITATED INHUMANITIES AND WAR
CRIMES AGAINST THE MOST VULNERABLE IN OUR SOCIETY AND AGAINST THE
PALESTINIAN PEOPLE TO UNJUSTLY ENRICH HIMSELF AND HIS ADMINISTRATION AND
BEFOR THEY DISRUPT THE WHOLE INERNATIONAL COMMUNITY AND STARTS WORLD
WAR III, THEY NEED TO FULFILL OUR NATION'S PROMISE TO TAKE CARE OF OUR
VETERANS AND NOT LEAVE ANY VETERAN AND THEIR FAMILIES BEHIND.  HOWEVER,
AS IN THIS UGLY CASE SCENARIO OF ROBERT TREVINO AND FAMILY, ROBERT WAS
FORGOTTEN AND SHAMEFULLY DISGUSTINGLY SBJECTED TO THE GREAT AMERICAN
NIGHTMARE AND TWIGHTLITE ZONE, WHILE MILLIONS OF OTHER DISTRESSED
VETERANS ARE DENIED CARE AND DRIVEN TO SUICIDE BY COVERT ABUSE.

BIDEN AND HIS ADMINISTRATION ARE EXTREMELY DANGEROUS AND NEED TO BE
IMMEDIATELY IMPEACHED, REMOVED FROM THEIR POWERFUL POSITIONS AND
HARSHLY PROSECUTED FOR TREASON, ESPIONAGE, MASS INCARCERATION AND
GENOCIDE AND COVER-UP.  THEIR  ALLEGIENCE IS TO THE ALL-MIGHTTY DOLLAR FOR
ABUSE OF POWER AND NOT TO OUR CONSTITUTION OF THE UNITED STATES OF
AMERICA WHICH THEY TOOK A SOLEMN OATH TO DEFEND AGAINST ALL ENEMIES,
FOREIGN AND DOMESTIC AND ARE GUILTY OF TREASON AND THE CAMOUFLAGED
AND SECRECY OF ESPIONAGE, FOR DECADES, THEY HAVE IGNORED THE CRYS OF THE
CRIMINALLY OPPRESSED WHILE CONTRIBUTING TO THE WORLD'S WORSE  MASSIVE
INCARCERATION OF INNOCENT MINORITIES, INCLUDING DISTRESSED DEFENSELESS
VETERANS AND TREATED LIKE SOCIETIES YESTERDAY'S TRASH AND FORGOTTEN,
LIKE THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND IN VIOLATION OF
OUR NATION'S SOLEMN PROMISE NOT TO LEAVE ANY VETERAN AND THEIR FAMILIES
BEHIND.  HOWEVER, THEY HAVE STRIPPED OUR UNSUNG WOUNDED HISPANIC WAR
HEROES OF THEIR HONOR, DIGNITY, FREEDOM, EQUAL ACCESS TO JUSTICE AND  WELL
EARNED DISTINGUISH MEDALS OF HONOR AND DEFAMED, RIDICULED AND
HUMILIATED EVEN AFTER DEATH BY ABUSING HIS CORPSE AND TO FURTHER
RETRAUMATIZE US, POSTING SHAM DEFAMITORY AND HUMILIATING COURT
DOCUMENTS BASED ON SHAM TRIAL BY RAGE, MODERN DAY 1600 CENTURY SALEM
WITCH TRIALS AND CLASSIC KANGAROO COURT PROCEEDINGS TO FURTHER
ENDANGER OUR LIVES BY INUCING OUR DEATH AND DEMISE .  THE GOVERNMENT
OFFICIALS AND VA WEAPONIZED THEIR GOVERNMENT RESORCES AND LAW DEGREES
TO TARGET ROBERT TREVINO AND MALICIOUSLY SUBJECTED HIM TO THE EGREGIOUS

8

HANG EM HIGH TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE, TRAMPLING ALL OVER THE CONSTITUTION OF THE UNITED STATES OF AMERICA IN COVERT WARLIKE AMBUSH AND GEUERRILLA WARFARE.  THIS SEEMS TO BE WHAT IS BEING TAUGHT IN LAW UNIVERSTIES, AKA "TRUMP UNIVERSITES." AND IS THE NORMALIZATION OF DISCRIMINATION AND CORRUPTION IN THE JUSTICE SYSTEM. BECAUSE THE RULING CLASS USES THE CONSTITUTION TO REMAIN THE MASTERS OF GOVERNMENT, THE MOST SERIOUS THREAT TO OUR CONSTITUTION ARE THE ONES THAT ALLOW GOVERNMENT TO IGNORE RATHER THAN FOLLOW IT.  THESE THREATS COMES FROM EACH OF THE THREE BRANCHES OF GOVERNMENTS & RULING CLASS.

THEREFORE, IT IS NO SURPRISE THAT GOVERNMENT WILL CONTINUE TO ABUSE THEIR POWER AND GOVERNMENT RESORCES, INTENDED TO AFFORD DISTRESSED VETERANS AND OTHER MINORITIES SIMILARLY SITUATED EQUAL ACCESS TO JUSTICE, HOWEVER, THE RULING CLASS IS LINING THEIR OWN POCKETS AND UNJUSTLY ENRICH THEMSELVES TO THE DETRIMENT AND DEMISE OF THOSE TARGETS THEY "NEVER LIKED" AND FURTHER DEPRIVING US OF OUR CONSTITUTIONAL CIVIL AND HUMAN RIGHTS, BLACKLIST, AMBUSH, SANCTION AND SABOTAGE THEIR VICTIMS DECADES LONG SOLITARY QUEST FOR EQUAL ACCESS TO JUSTICE IN CONTINUING EFFORT TO DISENTANGLE THEMSELVES FROM THE EGREGIOUS HANG EM HIGH TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE AND IN FURTHERANCE OF GANG-RAPE OF JUSTICE IN AMERICA  AND FULL-FLEDGED COVERT TYRANNICAL BANANA REPUBLIC AND SHAM DEMOCRACY, SHAM GOVERNMENT AGENCIES, SHAM NON-PROFITS, SHELL COMPANIES AND FOUNDATIONS GENERATED TO LAUNDER THE BILLIONS OF CHARITABLE FUNDING INTENDED FOR THEIR TARGETS AND MISDIRECTING THEM INTO THEIR OWN POCKETS.  TO DATE, THE CONSTITUTIONAL CIVIL AND HUMAN RIGHTS OF ROBERT TREVINO AND FAMILY CONTINUE TO BE INSIDIOUSLY PERNICIOUSLY COVERTLY AND OVERTLY VIOLATED IN ALL FORMS, INCLUDING , FIRST AMENDMENT RETALIATION, SPEECH SUPPRESSION, FALSE ARREST, DEFAMATION, FALSE IMPRISONMENT, FABRICATION OF QUACKERY, WRONGFUL MALICIOUS PERSECUTION, POLICE BRUTALITY/EXCESSIVE FORCE, STIGMATIZED DISCRIMINATION AND DENIAL OF EQUAL PROTECTION, SERVICES, EQUAL REPRESENTATION, EQUAL ACCESS TO JUSTICE,  BECAUSE OF RACE, COLOR,  SEX, DISABILITIES, NATIONALITY,, AGE AND POLITICS, PRISONER ABUSE, CRUEL AND UNUSUAL PUNISHMENT, REPEATED DELIBERATE INDIFFERENCE TO MEDICAL NECESSITY, ILLEGAL SERCH AND SEIZURE, MASSIVE WRONGFUL DEATHS/GENOCIDE,COERCION, REPEATED AND RECURRING THEFTS OF PERSONAL PROPERTY WITH IMPUNITY, SHAM REPRESENTATION, PERNICIOUS AND GAS-LIGHTING, PERPETUAL, COVERT PSYCHOLOGICAL ABUSE, DOMESTIC TERRORIST, EMOTIONAL, MENTAL AND SECRET ECONOMIC SANCTIONS AND SABOTAGE SOLITARY QUEST FOR JUSTICE,, DEATH THREATS, GOVERNMENT REPEATEDLY LYING I HAVE NO CIVIL OR HUMAN RIGHTS, BLATANTLY AND REPEATEDLY DENYING US BASIC CIVIL AND HUMAN RIGHTS AND US CONGRESSIONAL "UNBIASED" CRIMINAL INVESTIGATION INTO MALICIOUS MISCONDUCT AND PERSECUTION, "CLASSIC KANGAROO COURT" AND SUBSEQUENT DEPRAVED HEART MURDERS OF MARIA TREVINO, JUAN TREVINO AND ASSASSINATION OF ROBERT TREVINO AND REPEATED ATTEMPTED MURDER OF GLORIA TREVINO FOR HER DILIGENCE AND UNWAVERING DETERMINATION TO HOLD THE HOMICIDAL PSYCHOPATHIC GOVERNMENT OFFICIALS AND CRIMINAL ENTERPRISE AND CO-

DEFENDANTS, TOO BIG TO JAIL POLITICALLY AND FINANCIALLY INFLUENTIAL, FORD
MOTOR COMPANY AND DEALERSHIPS, FORD CREDIT FOR REPEATED
MISREPRESENTATIONS, COERCION, KIDNAPPING, TRESSPASSING ON PERSONAL
PRIVATE PROPERTY, STALKING, BRIBERY TO OBSTRUCT JUSTICE AND SABOTAGE MY
CASE AND WELL AS ROBERT TREVINO, CONCEALMENT OF EXCULPATORY EVIDENCE,
QUACKERY, CONFLICT OF INTEREST, UNLAWFUL SEIZURE OF TWO CARS, ONE A
LEMON UNDER MANUFACTURE WARRENTY, OF 35,000 MILES AND ONLY 26,000 MILES
AND FOR RUNNING UP MILES TO GO OVER THE MANUFACTURES WARRANTY AND
EVEN THOUGH I HAD EXTENDED PREMIUM 100,000 MILE WARRANTY, WITH FULL
COVERAGE WITH USAA AND NOBODY HONORING INSUANCE COVERAGE IN
COMPLICITY WITH THE TEXAS STATE DEPARTMENT OF INSURANCE TO FURTHER FUEL
MY ANGER AND DEPRESSION, PTSD, AND OTHER DEBILITATING SERVICE-CONNECTED
DISABILITIES AND INDUCE ME INTO HAVING ANOTHER STROKE AND KILL ME SINCE
AFTER ONE STROKE INCREASES CHANCES OF MORTALITY. AND TO  FOREVER,
"ESCAPE" JUSTICE FOR THE DIABOLICAL DEPRIVATION OF RIGHT TO LIFE, LIBERTY
AND/OR PROPERTY WITHOUT DUE PROCESS AND IN COMPLICITY WITH THE
GOVERNMENT AND OTHERS TO INDUCE MY DEATH AND DEMISE AND FOREVER,
"SILENCE ME," LIKE THEY, RIDICULE, HUMILIATED AND ABUSED ROBERT'S CORPSE..
AND CONTINUE TO LIE ERRONEOUSLY ALLEGING THAT AFTER DEATH IN ILLEGAL
CUSTODY, INMATES CANNOT BE EXONERATED.  ANOTHER "BIG LIE" IN CONTINUOUS
WEAPONIZATION OF GOVERNMENT RESOURCES TO TARGET PEOPLE THEY "NEVER
LIKED," AS IN THIS CASE, AND IN BLATANT VIOLATION OF THE CONSTITUTION OF THE
UNITED STATES OF AMERICA AND OUR BILL OF RIGHTS AND INTERNATIONAL HUMAN
RIGHTS THAT REFLECTS ON THE GENOCIDAL PSYCHOPATHIC CRIMINAL MINE AND
BEHAVIOR OF GESTAPO AGENTS JOHN E. RICHARDS, NOEL PORTNOY AND INNOCENT
PROJECTS, MIKE WARE, DAVID DOW AND OTHERS IN EFFORT TO  FURTHER DEFRAUD
ROBERT TREVINO AND FAMILY  OF THE POSTHUMOUS EXONERATION AND TO
FOREVER, "ESCAPE,"CRIMINAL AND CIVIL ACCOUNTABLE FOR OVER TWO DECADES
OF RETALIATION, HARASSMENT, EXTREME HATRED AND CORRUPTION, EXPLOITATION,
DOMESTIC TERRORIST, MASS MURDERS, MAFIA -RELATED ACTIVITIES, RIDICULED,
AND OTHER HIGH CRIMES AND MISDEMEANERS, AND LIVING THE AMERICAN
NIGHTMARE AND TWILIGHT ZONE IN THE COUNTRY , ROBERT COURAGEOUSLY
RISKED HIS LIFE TO DEFEND AND WHERE THE AMERICAN DREAM HAS BECOME
ANOTHER SHAM, PIPE DREAM AND A HOAX, JUST LIKE THE GOVERNMENTS
ELABORATE AND INGENIOUS CONCOCTION OF SELF-SERVING **QUALIFIED
GOVERNMENT IMMUNITY DOCTRINE.** BASICALLY A CONVENIENT, GET OUT OF JAIL
FREE CARD AND RIGHT TO GET AWAY WITH COLD-BLOODED MURDER.  THE BIGGEST
HOAX ON THE AMERICAN PEOPLE AND MORE UNDISPUTABLE EVIDENCE OF
VIOLATION OF OUR CONSTITUTION BECAUSE NO ONE IS ABOVE THE LAW IN AMERICA.
A DEMOCRACY.  ONLY ABSOLUTE MONARCHYS HAVE KINGS AND ROYALITES THAT
ARE ABOVE THE LAW.  OUR GOVERNMENT RULING CLASS HAS PERNICIOUSLY AND
COVERTLY UNDERMINED OUR CONSTITUTION TO A FULL-FLEDGE TYRANNICAL
BANANA REPUBLIC AND PUPPET DEMOCRACY. AND, LIKEWISE, PERNICIOUSLY
PSYCHOLOGICAL MURDER: DEATH BY COVERT ABUSE.- AKIN TO GENOCIDE.  IT GOES
UNRECONGNIZED IT EXIST IN AN EXTREMELY COVERT LEVEL, LIKE IN THIS UGLY
CASE SCENARIO OF ROBERT TREVINO AND FAMILY AND OTHERS SIMILARLY
SITUATED. IT HAPPENS BEHIND THE SCENES WITHOUT ANYONE EVEN BEING AWARE
OF WHAT THE PROBLEM IS  -THE REAL PROBLEM.  ESPECIALLY WHEN THE

10

GOVERNMENT IS WEAPONIZING GOVERNMENT RESOURCES AND LAW DEGREES TO TARGET AND AMBUSH THEIR DISTRESSED PREY. LIKE BLOOD IN THE WATER. OUR GOVERNMENT HAS BLACKLISTED AND OSTRACIZE AND DEMONIZED ROBERT TREVINO AND FAMILY AND MADE US THEIR PERFECT "SCAPEGOATS" BECAUSE OF OUR SERVICE-CONNECTED DISABILITIES EXACERBATED BY THEIR CONSTANT HARASSMENT, RETALIATION, INSIDIOUS, PERNICIOUS CRUEL MANIPULATION, DEATH-THREATS TO CONTROL AND SILENCE ME OR  FACE THEIR WRATH FOR NOT GOING ALONG WITH THEIR COVER-UP/WHITEWASH STRATEGY .

.
TREASON, ESPIONAGE AND GENOCIDE ARE CAPITOL CRIMES AND PUNISHABLE BY DEATH!  NO ONE IS ABOVE THE LAW IN AMERICA!

ONLY GOD IS KING AND ONLY GOD FORGIVES!

HOW TO GET AWAY WITH TREASON, ESPIONAGE, REPLACE THE CONSTITUTION AND OUR DEMOCRACY WITH FULL-FLEDGED TYRANNICAL BANANA REPUBLIC!

THE VA WHITEHOUSE HOTLINE AND HAS ALSO TREATED US WITH PSYCHOLOGICAL BRUTALITY AND HAVE DONE NOTHIGH TO HELP AND ARE ALSO AIDING AND ABETTING THE PERPETRATORS AND HINDERING THEIR PROSECUTION AND MAKING EXCUSES FOR THE LAWYERS IN THE VA SUPPOSEDLY THERE TO REPRESENT VETERANS ARE ALSO IN COMPLICIT WITH THE GOVERNMENT TO WEAPONIZE GOVERNMENT RESOURCES TO TARGET THEIR PREY. AND LINE THEIR OUR POCKETS TO UNJUSTLY ENRICH THEMSELVES TO THE DETRIMENT AND DEMISE OF DISTRESSED VETERANS. AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE.   THE VA HAS ALSO DENIED ME VA RIGHTS AND BENEFITS, TRIED TO HAVE ME ARRESTED ON BOGUS CHARGES BY HAVING THE HOUSTON POLICE LIKE, STORM TROOPERS/SWAT TEAM COME TO MY HOME WITH GUNS DRAWN AND OTHER DRAMATICS TO ARREST ME AS IF I WAS PUBLIC ENEMY NUMBER ONE, HOWEVER, FOUND MY OTHER BROTHER JULIO AT MY HOME INSTEAD.  HE SAVED MY LIFE, WHILE I HAD BEEN AT THE VET FOR EMERGENCY MEDICAL TREATMENT OF ONE OF MY DOGS.  THE VA DOESN'T LIKE WHAT I HAVE TO SAY OR  THE WAY I SAY IT EVEN THOUGH THEY KNOW I HAVE AN UNCONDITIONAL CONSTITUTIONAL RIGHT TO SAY IT AND, ALSO SINCE MY LOVING FATHER JOE P. TREVINO, SR, JULIO AND ROBERT TREVINO AND OUR MILITARY RISKED THEIR LIVES ON THE BATTLEFIELD FOR OUR CONSTITUTIONAL RIGHT TO FREE SPEECH AND TO PETITION OUR GOVERNMENT FOR REDRESS OF GRIEVANCES.

US CONGRESSIONALLY CHARTERED NON-PROFIT, DAV, ALSO EXPLOITED, DEFAMED AND DEFRAUDED ROBERT TREVINO AND FAMILY  AND HAVE DONE NOTHING BUT WERE IN COMPLICITY WITH THE VA AND GOVERNMENT CRIMINAL CONSPIRACY SCHEME FOR NORMALIZATION OF STIGMATIZED DISCRIMINTION, CORRUPTION, RETALIATION AND OUTRIGHT FRAUD AND SYSTEMATIC INJUSTICE AND THE CORRUPTION OFFICIALS TO THAT MALICIOUSLY DENIED EMERGENCY MEDICAL TREATMENT FOR ROBERT TREVINO INFURTHERANCE OF THE HANG EM HIGH RAILROAD OF HYPOCRISY AND INJUSTICE AND SUBJECTING US TO THE  AMERICAN NIGHTMARE AND TWILIGHT ZONE DOES NOT LIKE THE TRUTH,  LIKE IN THE COURT SYSTEM, THE LAST THING THEY WANT TO HEAR IS THE **"WHOLE TRUTH AND NOTHING BUT THE TRUTH"** THEY JUST WANT TO HEAR QUACKERY TO GO  WITH

WHATEVER SCHEME THEY HAVE IN MIND AND GANG-RAPE OF JUSTICE IN AMERICA AND FULL-FLEDGED TYRANNICAL BANANA REPUBLIC.AND GENOCIDE AND RIDICULE. LIKE ROBERT TREVINO AND FAMILIES. WE HAVE BEEN TREATED LIKE PARIAHS AND INTO MODERN DAY DEATH-TRAPS AND EXECUTIONS OF RETARDED AND INNOCENT MINORITIES, MASSIVE SUICIDES OF OUR DISTRESSED VETERANS BY COVERT ABUSE AND THE COLD-BLOODED PREMEDITATED ASSASSINATION OF ROBERT TREVINO AND FAMILY AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE AND GENOCIDE AND RIDICULE. NOT ONLY HERE IN AMERICA AGAINST THE MOST VULNERABLE IN SOCIETY BUT VIOLENTLY OVERTLY THOUGHOUT THE WORLD, DIRECTLY AND INDIRECTLY, TO IRADICATE THE PALESTIAN PEOPLE, SEIZE THEIR LAND, LIKE FORD MOTOR COMPANY IN COMPLICITY WITH THE AMERICA SEIZED MY CARS.WITHOUT PROCESS OF LAW AND WITH IMPUNITY IN COMPLICITY WITH OUR GOVERNMENT, UNJUSTLY ENRICH THEMSELVES TO OUR DETRIMENT AND DEMISE

OUR GOVERNMENT AND THE VA ACT LIKE THEY DON'T KNOW WHY ABOUT 200 VETERANS A DAY ARE COMMITTING SUICIDE AND WHY WE HAVE THE MOST MASSIVE INCARCERATION IN THE WORLD, INCLUDING CHINA WITH THREE TIMES THE POPULATION, THIS IS WHY! NO NEED TO CREATE MORE SHAM GOVERNMENT AGENCIES, SHAM NON-PROFITS, AND ALLOCATE, BILLIONS MORE TO INNOCENCE PROJECTS,YALE UNIVERSITY, AND EVERY SO-CALLED FREE LEGAL AID AND LEGAL INDUSTRY THAT ARE LAUNDERING THE BILLIONS IN FUNDING TO EXPAND THEIR CRIMINAL ENTERPRISE AND LINE THEIR OWN POCKETS TO THE DETRIMENT AND DEMISE OF THOSE THEY ARE ENTRUSTED IN PROTECTING.

ROBERT TREVINO AND FAMILY DID NOT HAVE TO DIE! BIDEN, LIZZIE FLETURE AND DOJ AND OTHERS, BLATANTLY REPEATEDLY REFUSED TO INVESTIGATE TOTALLY DISABLED HONORABLY DISCHARGED HISPANIC VETERANS OF THE UNITED STATES ARMED FORCES AND BIDEN HAS BEEN AWOL AND DERELICTION TO EXECUTE THE DUTY REQUIRED BY HIS POSITION AS CAMMANDER IN CHIEF TO LEAVE NO VETERAN AND THEIR FAMILIES BEHIND AND AFFORD US THE TOTAL RIGHTS AND BENEFITS WE HONORABLE EARNED ON THE BATTLEFIELD AND THAT OUR FATHER AND BROTHERS COURAGEOUSLY RISKED THEIR LIVES IN DEFENDING OUR COUNTRY AND PAID A VERY HIGH PRISE FOR. OUR GOVERNMENT OFFICIALS HAVE, LIKEWISE, BETRAYED OUR VETERANS AND ENGAGED IN SIMILAR CRIMINAL CONSPIRACY COVERT SCHEME TO NORMALIZE STIGMATIZE DISCRIMINATION AND CORRUPTION WHICH IS CLEARLY IN THE DNA OF BIDEN AND HIS ADMINISTRATION. THEY HAVE RAISED CORRUPTION AND BIGOTRY TO NEW ARTFORM, THEY ARE DOMESTIC TERRORIST AND ARE AIDING AND ABETTING IN THE MAFIA-RELATED ACTIVITIES AND SHOULD BE IMMEDIATELY HELD CRIMINALLY AND CIVILLY ACCOUNTABLE FOR THEIR GENOCIDAL PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR. BIDEN IS AMERICA'S GREATEST THREAT AND HIS CONTRIBUTORY ROLE IN THE GENOCIDE OF USSUNG WOUNDED WAR HEROES, POLITICAL PRISONER AND MARTYR TO THE SACRIFICE FOR FREEDOM AND EQUAL ACCESS TO JUSTICE FOR ALL, ROBERT TREVINO AND FAMILY WILL BE HIS UNDOING, NOT ONLY IN AMERICA BUT BIDEN IS AN EVEN GREATER DANGEROUS THREAT TO WORLD PEACE AS IS EVIDENT BY HIS FALURE . .

DEMAND USA IMMEDIATELY INITIATE IMPEACHMENT PROCEEDINGS AGAINST US PRESIDENT JOE BIDEN AND US JUDGE STEFAN R. UNDERHILL AND CONSPIRATORS FOR

13

DERELICTION OF DUTY, DISHONORABLE CONDUCT AND ENGAGING IN PERNICIOUS
CRIMINAL CONSPIRACY SCHEME OF NORMALIZATION OF STIGMATIZED, OUTRIGHT
FRAUD, DISCRIMINATION, CORRUPTION, RETALIATION, SYSTEMATIC INJUSTICE, AND
WEAPONIZATION OF GOVERNMENT RESOURCES AND LAW DEGREES TO TARGET
INDIVIDUALS THEY "NEVER LIKED" AND INDULGE IN AMUSEMENT OVER UNJUST
ENRICHMENT OF BILLIONS IN FUNDING ENTRUSTED IN AFFORDING EQUAL ACCESS TO
JUSTICE FOR THEIR VICTIMS, LIKE THIS ROBERT TREVINO AND FAMILY CASE, AND FOR
FAILURE TO PREVENT GENOCIDE. **"WE ARE NOT AMUSED AND CONTINUE TO FEEL**
**AGGRIEVED AND OUTRAGE!"** BOTH PARTIES, COVERTLY INCITED, AIDED & ABETTED
ENEMIES OF DEMOCRACY CREATING A LYNCH MOB TO THE GANG-RAPE OF JUSTICE IN
AMERICA AND THE WORLD, IN FURTHERANCE OF COVERT JUDICIAL COUP TO
BLATANT VIOLATION OF THE CONSTITUTION WHICH THEY TOOK AN OATH TO SUPPORT
AND DEFEND AND ARE GUILTY OF TREASON AND OTHER HIGH CRIMES AND
MISDEMEANERS AND COVER-UP/WHITEWASH WITH IMPUNITY IN THE FIRST DEGREE
AND GENOCIDE TO SILENCE. , **"SCAPEGOAT"** VICTIMS TO FOREVER, **"ESCAPE,"** TOTAL
CRIMINAL AND CIVIL ACCOUNTABILITY FOR THEIR HOMICIDAL PERPETUAL
PERNICIOUS PSYCHOPATHIC CRIMINAL MIND AND BEHAVIOR, TO DATE, & DEMAND
IMMEDIATE **"UNBIASED"** CRIMINAL INVESTIGATION INTO THE UGLY CASE SCENARIO
OF HANG EM HIGH TEXAS STYLE RAILROAD OF HYPOCRISY AND INJUSTICE ON **"BIG**
**LIES" WITH "ZERO EVIDENCE"**ON PRETEXT OF JUSTICE AGAINST UNSUNG WOUNDED
HISPANIC WAR HERO, POLITICAL PRISONER AND MARTYR TO THE SACRIFICE FOR
FREEDOM AND EQUAL ACCESS TO JUSTICE FOR ALL, ROBERT TREVINO AND FAMILY,
AND OTHER MORE VULNERABLE MINORITIES, SIMILARLY SITUATED AND VICTIMS OF
MASSIVE INCARCERATION -MODERN DAY DEATH TRAP, COVERT PSYCHOLOGICAL
DOMESTIC TERRORIST, BLACKLIST, AMBUSH, SANCTIONS AND SABOTAGED TO LIVE
THE AMERICAN NIGHTMARE AND TWILIGHT ZONE.." TRUMP, SUPPORTERS WERE MORE
OVERT IN FAILED COUP TO MAINTAIN TYRANNICAL CONTROL OF THEIR REIGN OF
TERROR HOWEVER, BIDEN, UNDERWOOD, MORE SUBTLE LYNCH MOB LIKEWISE, BE
EQUALLY PROSECUTED FOR THEIR MORE SUCCESSFUL PERNITIOUS COVERT COUP &
TYRANNICAL BANANA REPUBLIC THAT IS JUST AS DEADLY AND GENOCIDAL.

THE MAFIA RELATED CRIME FAMILY THAT HAS WERE COMPLICIT IN THE MASS
MURDER OF BELOVED MOTHER, MARIA TREVINO, JUAN TREVINO, DEPRAVED HEART
MURDER BY DENYING INSULIN TO DIABETES CONDITION CREATING CANCER AND
OTHER MORE DEADLY MEDICAL PROBLEMS THAT DIDNT HAVE TO DIE EITHER,
ASSASSINATION OF ROBERT TREVINO AND REPEATED ATTEMPTED MUDER OF ME BY
AMBUSH GUERRILLA WARFARE, BLACKLISTED, BARRED ME FROM THE LEGAL
INDUSTRY FOR WHISTLEBLOWER ON THEIR STANGLE HOLD ON THE BILLIONS OF
DOLLARS IN CHARITABLE FUNDING TO LINE THEIR OWN POCKETS AND UNJUSTLY
ENRICH THEMSELVE. AND ARE ACTIVELY ENGAGED IN DIVERTING, LAUNDERING,
EMBEZZLING, SHELL COMPANIES FOUNDATION, AND YALE UNIVERSITY, HOUSTON,
LAW UNIVERSITY, TX.TECH,CONNECTED TO THE TX INNOCENCE PROJECTS,

THE GOVERNMENT , VA, TX.INNOCENCE PROJECTS, MIKE WARE, DAVID DOW YALE
UNIVERSITY, GESTAPO AGENTS/TRAITORS JOHN E. RICHARDS , NOEL PORTNOY, STATE
BAR, STATE BAR FOUNDATION, JOE BIDEN, FBI, AKA, "KGB" FORD MOTOR CO.,
FORD CREDIT, FORD ESP, EXTENDED PREMIUM 100,000 MILE WARRANTY, USAA, WELLS

FARGO BANK,, MICHAEL ARAMBULA, AKA, **"PINOCCHIO,"** FORD STERLING MCCALL DELEARSHIP, MACHAIK FORD DEALER, ABA, FTC, FCC, US SENATE COMMITTEE ON JUDICIARY,  US SENATE COMMITTEE ON VETERANS AFFAIRS, JON TESTER

**JANUARY 10, 2024**

_Gloria Trevino_

**PETITIONERS/INTERVENERS/PLAINTIFF,**
**VETERANS IN PETITION FOR JUSTICE**
**IN LOVING MEMORY OF UNSUNG WOUNDED HISPANIC WAR HERO, POLITICAL**
**PRISONER AND MARTYR TO THE SACRIFICE TO FREEDOM AND EQUAL ACCESS TO**
**JUSTICE FOR ALL, ROBERT TREVINO, GLORIA TREVINO, MARIA TREVINO, JUAN**
**TREVINO AND JOE P. TREVINO SR.,**
**12526 OLYMPIA DRIVE**
**HOUSTON, TEXAS  77077**
**713-309-5962**
**vip4justice@gmail.com**

**ATTACHMENTS**
**OTHER RELEVENT SUPPORTING DOCUMENTS CAN BE OBTAINED FROM;**
**DC US  V. TRUMP, CASE NO. 1;23-CR-00257-TSC,  dcd_intake@dcd.uscourts.gov**
**AND**
**MONK VS. USA, CASE NO.  3;22-CVC-1503, US DIST. CT FOR DIST. OF CONNETICUT**
**FTC, IRS, TEXAS STATE BAR, TEXAS STATE BAR FOUNDATION**
**AND,**
**DEFENDANTS, TOO BIG TO JAIL POLITICALLY AND FINNCIALLY INFLUENTIAL**
**FORD MOTOR COMPANY, FORD CREDIT,  FORD DEALERSHIPS, MACHAIK FORD AND**
**STERLING MCCALL FORD DEALERSHIP, THEIR ALLEGED EXPERT, MICHAEL**
**ARAMBULA, AKA, PINOCCHIO, ET AL.,**
**AND,**
**GESTAPO AGENTS, JOHN RICHARDS, NOEL PORTNOY**
**USDOJIG,**
**USAG**
**US REPRESENTATIVE LIZZIE FLETCHER,**
**JOE BIDEN**
**TEXAS INSURANCE, COMMIISSIONER, CASSIE BROWN,**
**AND**
**USAA, EXECUTIVE, JAMIE CONLON & WAYNE PEACOCK, CEO**
**AND**
**TEXAS INNOCENT PROJECTS, MIKE WARE, DAVID DOW,**
**AND**
**TEXAS STATE BAR & TEXAS STATE BAR FOUNDATION & ABA**

**"IF YOU LOVE YOUR FREEDOM, THANK YOUR VETERANS!"**
**14**



**UNITED STATES POSTAL SERVICE** ®

**PRIORITY
MAIL
EXPRESS** ®



# FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## VISIT US AT USPS.COM ®
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

**GUARANTEED\* ▪ TRACKED ▪ INSURED**

**PRESS FIRMLY TO SEAL**



U.S. POSTAGE
PME 1-Day
HOUSTON, TX 77077
JAN 18, 2024
$28.75
R2305E124429-12

Retail

94102

RDC 07

# PRIORITY MAIL EXPRESS®

RECEIVED
JAN 22 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2



EI 515 491 463 US

## UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( )  703-508-9982

Gloria Treviño
12526 Olympia Dr.
Houston, Texas 77077

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)    PHONE ( )

US Dist Court For the
Northern District of California
450 Golden State Ave. 16th Floor
Box 36060
San Francisco, California
94102

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.



This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.

⬅ **PEEL FROM THIS CORNER**





## UNITED STATES POSTAL SERVICE®