BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
United States Department of Justice
DIANE KELLEHER
Assistant Branch Director
Federal Programs Branch
JEAN LIN
Special Litigation Counsel
JONATHAN D. KOSSAK
Trial Attorney
    Dep't of Justice, Federal Programs Branch
    1100 L St. NW, Washington, DC 20005
    Tel: (202) 305-0612
    Email: jonathan.kossak@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR, | No. 4:23-cv-05829-JSW |
| Plaintiffs, | **DEFENDANTS' NOTICE OF ADDITIONAL AUTHORITY** |
| v. | Hearing: January 26, 2024 at 9:00 am |
| JOSEPH R. BIDEN, Jr., *President of the United States*; ANTHONY J. BLINKEN, *United States Secretary of State;* LLOYD JAMES AUSTIN III *United States Secretary of Defense*, in their official capacities, | Honorable Jeffrey S. White United States District Judge |
| Defendants. | |

DEFS.' NOTICE OF ADDITIONAL AUTHORITY, CASE NO. 4:23-cv-05829-JSW

1    PLEASE TAKE NOTICE that pursuant to the Court's Order Re Questions, ECF No. 81,

2   Defendants hereby notify the Court and Plaintiffs' counsel that Defendants intend to rely on one

3   additional authority not cited in the prior briefing in this matter at tomorrow's hearing:  *Jewel v.*

4   *National Security Agency*, 965 F. Supp. 2d 1090, 1108-12 (N.D. Cal. 2013) (White, J.).

5   Defendants will make copies of the case available at the hearing.

6

7   Dated: January 25, 2024                          Respectfully submitted,

8                                                     BRIAN M. BOYNTON
9                                                     Principal Deputy Assistant Attorney General
                                                      Civil Division

10                                                    DIANE KELLEHER
11                                                    Assistant Branch Director
                                                      Federal Programs

12
13                                                    JEAN LIN
                                                      Special Litigation Counsel

14
15                                                    /s/ *JONATHAN D. KOSSAK*
                                                      JONATHAN D. KOSSAK
16                                                    Trial Attorney (DC Bar No. 991478)
                                                      U.S. Department of Justice
17                                                    Federal Programs Branch
                                                      1100 L Street, NW,
18                                                    Washington, DC 20005
                                                      Tel. (202) 305-0612
19                                                    Email: Jonathan.kossak@usdoj.gov

20                                                    *Counsel for Defendants*

21

22

23

24

25

26

27

28

DEFS.' NOTICE OF ADDITIONAL AUTHORITY, CASE NO. 4:23-cv-05829-JSW
1

1

## **CERTIFICATE OF SERVICE**

2      I hereby certify that on the 25th day of January, 2024, I electronically transmitted the

3  foregoing document to the Clerk of the Court using the ECF system for filing.

4

5  Dated: January 25, 2024                    /s/ *Jonathan D. Kossak*
                                              JONATHAN D. KOSSAK
6                                             Trial Attorney (DC Bar No. 991478)
                                              U.S. Department of Justice
7                                             Federal Programs Branch

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28