Marc Van Der Hout, Cal. Bar No. 80778
Johnny Sinodis, Cal. Bar No. 290402
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco CA 94108
(415) 981-3000
ndca@vblaw.com

Sadaf M. Doost, Cal. Bar No. 346104
Baher A. Azmy, admitted *pro hac vice*
Katherine Gallagher, admitted *pro hac vice*
Maria C. LaHood, admitted *pro hac vice*
Astha Sharma Pokharel, admitted *pro hac vice*
Samah Sisay, admitted *pro hac vice*
Pamela C. Spees, admitted *pro hac vice*
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6464
sdoost@ccrjustice.org
bazmy@ccrjustice.org
kgallagher@ccrjustice.org
mlahood@ccrjustice.org
asharmapokharel@ccrjustice.org
ssisay@ccrjustice.org
pspees@ccrjustice.org

Attorneys for Plaintiffs DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE, et al.

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States,* ANTONY J. BLINKEN, *Secretary of State,* LLOYD JAMES AUSTIN III, *Secretary of Defense,* in their official capacities,<br><br>Defendants. | Case No.: 23-cv-5829-JSW<br><br>**UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE SUPPLEMENTARY EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing: January 26, 2024 at 9:00 am |

Pursuant to Civil Local Rules 7-3(d) and 7-11, Plaintiffs respectfully request leave to file supplementary exhibits in support of their Motion for Preliminary Injunction. The Motion is scheduled for hearing on January 26, 2024, at 9:00 a.m. *See* ECF No. 36. Plaintiffs specifically seek to file the two attached exhibits, both of which were issued on January 23, 2024: (1) the United Nation's Secretary-General's remarks to the Security Council – on the Middle East; and (2) the United Nations Office for the Coordination of Humanitarian Affairs, Hostilities in the Gaza Strip and Israel – reported impact | Day 108. Defendants do not object to this Motion.

This Court may grant leave to submit supplementary material after a reply is filed where such supplementary material is relevant to a party's claims. *See, e.g.*, *Jacobsen v. Katzer*, No. 06-cv-01905-JSW, 2007 WL 2358628, at *3 n.1 (N.D. Cal. Aug. 17, 2007) (granting plaintiffs' motions for leave to file supplementary material in the form of an administrative ruling relevant to plaintiffs' claims); *see also Bhatavia v. Off. of U.S. Att'y*, Nos. 09-cv-5581-SBA, 08-cv-04208 SBA, 10–cv-00072-SBA, 05-cv-00334-SBA, 2011 WL 1298763, at *9 (Mar. 29, 2011) (supplementary material must have "bearing on the issues presented in [a party's] pending motion").

The two attached exhibits are relevant to Plaintiffs' claims and Motion for Preliminary Injunction, as they provide updated information and statistics demonstrating that the conditions continue to rapidly deteriorate in Gaza and are therefore material to Plaintiffs' claims that Defendants have failed to prevent and are complicit in Israel's unfolding genocide against the Palestinian people in Gaza.

Dated: January 25, 2024                            Respectfully submitted,

                                                    /s/ Johnny Sinodis
Maria C. LaHood, admitted *pro hac vice*           Johnny Sinodis, Cal. Bar No. 290402
Sadaf M. Doost, Cal. Bar No. 346104                Marc Van Der Hout, Cal. Bar No. 80778
Baher A. Azmy, admitted *pro hac vice*             Van Der Hout LLP
Katherine Gallagher, admitted *pro hac vice*       360 Post Street, Suite 800
Astha Sharma Pokharel, admitted *pro hac vice*     San Francisco CA 94108
Samah Sisay, admitted *pro hac vice*               (415) 981-3000
                                                    ndca@vblaw.com

UNOPPOSED MOTION FOR
ADMINISTRATIVE RELIEF                    1                          Case No. 23-CV-5829
FOR LEAVE TO FILE SUPPLEMENTARY MATERIAL

1  Pamela C. Spees, admitted *pro hac vice*
   Center for Constitutional Rights
2  666 Broadway, 7th Floor
   New York, NY 10012
3  (212) 614-6430
   mlahood@ccrjustice.org
4  sdoost@ccrjustice.org
   bazmy@ccrjustice.org
5  kgallagher@ccrjustice.org
   asharmapokharel@ccrjustice.org
6  ssisay@ccrjustice.org
   pspees@ccrjustice.org