# HOSTILITIES IN THE GAZA STRIP AND ISRAEL - REPORTED IMPACT
*23 January 2024 at 23:59*

**DAY 108**

## OVERVIEW

The snapshot provides a comprehensive overview of the ongoing humanitarian crisis in Gaza as of 23 January 2024, including casualties, particularly among women and children.

Significant damage has been inflicted upon critical infrastructure and essential services, affecting people's ability to maintain their dignity and basic living standards.

This snapshot highlights reported figures on the impact of hostilities on people in Gaza, where a major humanitarian crisis has unfolded.



Population **2.3** million
Area **365** km²

- **25,490*** Fatalities
- **63,354*** Injuries
- **~1.7 million**** internally displaced (75% of Gaza)
- **0 hours** Full electricity blackout

*Source: MoH Gaza  **Source: UNRWA

## REPORTED CASUALTIES (Cumulative) as of 23 January 2024

### Palestinians*

**25,490** Reported fatalities — in addition to ~**1,000** fatalities in Israel, including people involved in the 7 October attack

**63,354** Reported injuries

*Source: MoH Gaza

### Israelis**

**Israel**
Over **1,200**\*** Reported fatalities
1,162 identified fatalities, including at least 33 children
**~5,400** Reported injuries

**Gaza**
**219** Reported fatalities   **1,232** Reported injuries
136 hostages remain in Gaza (including soldiers and foreign nationals)

** According to Israeli media citing official sources
*** The reported estimate includes foreign nationals

## DAMAGE*



- **70,000+** Destroyed housing units
- **290,000+** Partially damaged housing units

- Over **60%** of Gaza's housing units reportedly destroyed or damaged
- **378** education facilities reportedly damaged
- **11** bakeries reportedly destroyed
- **122** ambulances damaged
- **20** WASH facilities damaged
- At least **3** churches and **157** mosques damaged

*GMO as of 19 Jan

## BASIC SERVICES AND LIVELIHOODS

### FOOD SECURITY*
- **2.2 million** people at imminent risk of famine
- **378,000** people at Phase 5 (catastrophic levels) Phase 5 refers to extreme lack of food, starvation, and exhaustion of coping capacities.
- **939,000** people at Phase 4 (emergency levels)

*Source: IPC, 21 December

### WATER AND SANITATION
- **One** out of the three water pipelines coming from Israel is operational.
- **No Access** to clean water in the northern governorates. Fuel shortage impacts: 60 water wells, 2 desalination plants, sewage stations and pumps, wastewater treatment.

### HEALTH
- Hospitals are under heavy strikes.
- **16** of Gaza's **36** hospitals are partially functional: 9 in the south and 6 in the north.

**At high risk**
At least **1,000** kidney failure, >**2,000** cancer patients, **130** neonates in incubators.

**Critical shortages** of drugs, blood products and supplies (**Fuel at the hospitals is being severely rationed**).

### EDUCATION
**625K (100%)** Students with no access to education.
**90%** of all school buildings have sustained significant damage.

### HUMANITARIAN OPERATION
- **153** UN staff killed: UNRWA: **151**; WHO: **1**; UNDP: **1**
- At least **337** health workers killed
- **45** Civil Defence killed while on duty
- **117** Journalists killed

### MOVEMENT AND ACCESS
- Civilian access to areas to the north of Wadi Gaza is only possible to humanitarian teams; however, in the first two weeks of 2024 the Israeli military denied the access of more than 75 per cent of missions planned to those areas.
- The Rafah crossing with Egypt and the Kerem Shalom crossing with Israel are open for the entry of approved goods.
- The Rafah crossing is also open for the movement of some wounded and sick people from Gaza to Egypt, and aid workers into and out of Gaza.
- Access to the sea and to areas near Israel's perimeter fence is prohibited.

### INCOMING TRUCKLOADS

The pre-crisis average per working day in 2023 was **500 truckloads, including fuel**.



| Week | 7-12 Oct | 13-19 Oct | 20-26 Oct | 27 Oct - 2 Nov | 3-9 Nov | 10-16 Nov | 17-23 Nov | 24-30 Nov | 1-7 Dec | 8-14 Dec | 15-21 Dec | 22-28 Dec | 29 Dec - 4 Jan | 5-11 Jan | 12-18 Jan | 19 Jan | 20 Jan | 21 Jan | 22 Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Daily total | 0 | 0 | 11 | 43 | 59 | 55 | 55 | 173 (Pause in hostilities) | 79 | 109 | 128 | 97 | 137 | 145 | 156 | 194 | 80 | 66 | NA |
| Weekly totals | 0 | 0 | 75 | 300 | 411 | 383 | 385 | 1209 | 550 | 764 | 894 | 681 | 957 | 1,017 | 1,094 | | | | |

Created: 23 January 2024
Feedback: ochaopt@un.org

*Disclaimer: The UN has so far not been able to produce independent, comprehensive, and verified casualty figures; the current numbers have been provided by the Ministry of Health or Government Media Office in Gaza and the Israeli authorities and await further verification. Other yet-to-be verified figures are also sourced.*