Marc Van Der Hout, Cal. Bar No. 80778
Johnny Sinodis, Cal. Bar No. 290402
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco CA 94108
(415) 981-3000
ndca@vblaw.com

Sadaf M. Doost, Cal. Bar No. 346104
Baher A. Azmy, admitted *pro hac vice*
Katherine Gallagher, admitted *pro hac vice*
Maria C. LaHood, admitted *pro hac vice*
Astha Sharma Pokharel, admitted *pro hac vice*
Samah Sisay, admitted *pro hac vice*
Pamela C. Spees, admitted *pro hac vice*
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6464
sdoost@ccrjustice.org
bazmy@ccrjustice.org
kgallagher@ccrjustice.org
mlahood@ccrjustice.org
asharmapokharel@ccrjustice.org
ssisay@ccrjustice.org
pspees@ccrjustice.org

Attorneys for Plaintiffs DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE, et al.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States,* ANTONY J. BLINKEN, *Secretary of State,* LLOYD JAMES AUSTIN III, *Secretary of Defense,* in their official capacities,<br><br>Defendants. | Case No.: 23-cv-5829-JSW<br><br>**PLAINTIFFS' NOTICE OF ADDITIONAL AUTHORITY**<br><br>Hearing: January 26, 2024, at 9:00 am |

PLEASE TAKE NOTICE that pursuant to the Court's Order Re Questions, ECF No. 81, Plaintiffs hereby notify the Court and Defendants' counsel that Plaintiffs intend to rely on one additional authority not cited in the prior briefing in this matter at tomorrow's hearing: *Dellums v. Bush*, 752 F.Supp. 1141, 1144-47 (D.D.C. 1990). Plaintiffs will make copies of the case available at the hearing.

Dated: January 25, 2024                                  Respectfully submitted,

|  |  |
|---|---|
| Sadaf M. Doost, Cal. Bar No. 346104<br>Baher A. Azmy, *pro hac vice* motion pending<br>Katherine Gallagher, *pro hac vice* motion pending<br>Maria C. LaHood, *pro hac vice* motion pending<br>Astha Sharma Pokharel, *pro hac vice* motion pending<br>Samah Sisay, *pro hac vice* motion pending<br>Pamela C. Spees, *pro hac vice* motion pending<br>Center for Constitutional Rights<br>666 Broadway, 7th Floor<br>New York, NY 10012<br>(212) 614-6430<br>sdoost@ccrjustice.org<br>bazmy@ccrjustice.org<br>kgallagher@ccrjustice.org<br>mlahood@ccrjustice.org<br>asharmapokharel@ccrjustice.org<br>ssisay@ccrjustice.org<br>pspees@ccrjustice.org | */s/ Johnny Sinodis*<br>Johnny Sinodis, Cal. Bar No. 290402<br>Marc Van Der Hout, Cal. Bar No. 80778<br>Van Der Hout LLP<br>360 Post Street, Suite 800<br>San Francisco CA 94108<br>(415) 981-3000<br>ndca@vblaw.com |