| | |
|---|---|
| Marc Van Der Hout, Cal. Bar No. 80778 | Sadaf M. Doost, Cal. Bar No. 346104 |
| Johnny Sinodis, Cal. Bar No. 290402 | Baher A. Azmy, admitted *pro hac vice* |
| Van Der Hout LLP | Katherine Gallagher, admitted *pro hac vice* |
| 360 Post Street, Suite 800 | Maria C. LaHood, admitted *pro hac vice* |
| San Francisco CA 94108 | Astha Sharma Pokharel, admitted *pro hac vice* |
| (415) 981-3000 | Samah Sisay, admitted *pro hac vice* |
| ndca@vblaw.com | Pamela C. Spees, admitted *pro hac vice* |
| | Center for Constitutional Rights |
| | 666 Broadway, 7th Floor |
| | New York, NY 10012 |
| | (212) 614-6464 |
| | sdoost@ccrjustice.org |
| | bazmy@ccrjustice.org |
| | kgallagher@ccrjustice.org |
| | mlahood@ccrjustice.org |
| | asharmapokharel@ccrjustice.org |
| | ssisay@ccrjustice.org |
| | pspees@ccrjustice.org |

Attorneys for Plaintiffs DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE, et al.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States,* ANTONY J. BLINKEN, *Secretary of State,* LLOYD JAMES AUSTIN III, *Secretary of Defense,* in their official capacities,<br><br>Defendants. | Case No.: 23-cv-5829-JSW<br><br>**UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE A SUPPLEMENTARY EXHIBIT IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing: January 26, 2024 at 9:00 am |

Pursuant to Civil Local Rules 7-3(d) and 7-11, Plaintiffs respectfully request leave to file an additional supplementary exhibit in support of their Motion for Preliminary Injunction. The Motion is scheduled for hearing on January 26, 2024, at 9:00 a.m. *See* ECF No. 36. Plaintiffs specifically seek to file the attached Curriculum Vitae of expert witness Dr. Barry Trachtenberg. Defendants do not object to this Motion.[1]

This Court may grant leave to submit supplementary material after a reply is filed where such supplementary material is relevant to a party's claims. *See, e.g.*, *Jacobsen v. Katzer*, No. 06-cv-01905-JSW, 2007 WL 2358628, at *3 n.1 (N.D. Cal. Aug. 17, 2007) (granting plaintiffs' motions for leave to file supplementary material in the form of an administrative ruling relevant to plaintiffs' claims); *see also Bhatavia v. Off. of U.S. Att'y*, Nos. 09-cv-5581-SBA, 08-cv-04208 SBA, 10–cv-00072-SBA, 05-cv-00334-SBA, 2011 WL 1298763, at *9 (Mar. 29, 2011) (supplementary material must have "bearing on the issues presented in [a party's] pending motion").

Dr. Trachtenberg submitted a joint declaration, along with Dr. John Cox and Dr. Victoria Sanford, in support of Plaintiffs' Motion for Preliminary Injunction. *See* ECF No. 19-6. Dr. Trachtenberg further plans to testify as an expert witness at the January 26, 2024, hearing. The attached Curriculum Vitae of Dr. Trachtenberg substantiates his qualifications as an expert in the subject matter upon which he plans to testify, and is therefore relevant to Plaintiffs' claims which form the basis of their Motion for Preliminary Injunction—that Defendants have failed to prevent and are complicit in Israel's unfolding genocide against the Palestinian people in Gaza.

Dated: January 25, 2024              Respectfully submitted,

                                                   */s/ Johnny Sinodis*

Maria C. LaHood, admitted *pro hac vice*     Johnny Sinodis, Cal. Bar No. 290402
Sadaf M. Doost, Cal. Bar No. 346104          Marc Van Der Hout, Cal. Bar No. 80778
Baher A. Azmy, admitted *pro hac vice*       Van Der Hout LLP

---

[1] However, while Defendants do not object to the filing of the attached exhibit, Defendants stated that they "continue to object to Dr. Trachtenberg's proposed 'expert' testimony on the subject of the public interest factor of the preliminary injunction standard."

UNOPPOSED MOTION FOR
ADMINISTRATIVE RELIEF                          1                          Case No. 23-CV-5829
FOR LEAVE TO FILE A SUPPLEMENTARY EXHIBIT

| | | |
|---|---|---|
| 1 | Katherine Gallagher, admitted *pro hac vice* | 360 Post Street, Suite 800 |
| 2 | Astha Sharma Pokharel, admitted *pro hac vice* | San Francisco CA 94108<br>(415) 981-3000 |
| 3 | Samah Sisay, admitted *pro hac vice*<br>Pamela C. Spees, admitted *pro hac vice* | ndca@vblaw.com |
| 4 | Center for Constitutional Rights<br>666 Broadway, 7th Floor | |
| 5 | New York, NY 10012<br>(212) 614-6430 | |
| 6 | mlahood@ccrjustice.org<br>sdoost@ccrjustice.org | |
| 7 | bazmy@ccrjustice.org<br>kgallagher@ccrjustice.org | |
| 8 | asharmapokharel@ccrjustice.org<br>ssisay@ccrjustice.org | |
|   | pspees@ccrjustice.org | |

UNOPPOSED MOTION FOR
ADMINISTRATIVE RELIEF               2                    Case No. 23-CV-5829
FOR LEAVE TO FILE A SUPPLEMENTARY EXHIBIT