**Barry Trachtenberg**
**Michael R. & Deborah K. Rubin Presidential Chair of Jewish History**
**Professor of History**
**Department of History - Tribble Hall B1**
**Wake Forest University**
**1834 Wake Forest Road, Winston Salem, NC 27109**
**336-758-2512** • *trachtbc@wfu.edu*

## Academic Employment
2016-2023. Michael R. & Deborah K. Rubin Presidential Chair of Jewish History Wake Forest University
    Professor of History (2023-Present); Associate Professor of History (2016-2023)
    Director, Jewish Studies Program (2017-2020)
2010-2016. University at Albany, State University of New York, Associate Professor
    Director of Programs in Judaic Studies and Hebrew Studies (2010-16)
    Interim Director of Center for Jewish Studies (2010-2013)
    January 2004-2009. University at Albany, Assistant Professor.
    Fall 2003. University at Albany, Lecturer.
2014. Balmuth Visiting Scholar, Skidmore College.
1993 (Fall), 1994 (Summer), 1997 (Summer). The University of Vermont, Lecturer.
1994 (Spring). Champlain College, Lecturer.
1993-1994, 1995-96. Community College of Vermont, Lecturer.

## Education
2004. Ph.D. in History. University of California, Los Angeles.
    -Summer 2000. Goethe Institut, Berlin.
    -Summer 1998. Oxford Institute for Yiddish Studies.
    -Summer 1996. YIVO Uriel Weinreich Program at Columbia University.
1995. Post-Graduate Diploma in Jewish Studies. Oxford University, Oxford Centre for Hebrew and Jewish Studies.
1993. M.A. in History. The University of Vermont.
1991. B.A. in English. Glassboro State College (now Rowan University of NJ).

## Books
*The Holocaust & the Exile of Yiddish: A History of the* Algemeyne Entsiklopedye. Rutgers University Press, 2022. Audiobook via Audible.com.
*The United States and the Nazi Holocaust: Race, Refuge, and Remembrance.* Bloomsbury, 2018.
*The Revolutionary Roots of Modern Yiddish, 1903-1917*. Syracuse University Press, 2008.

## Articles and Essays
"The Holocaust in American Public Memory." In Martin Henry Blatt, ed. *Violence and Public Memory*. London: Routledge, 2023, 35-56.
"Teaching *Maus* in an Age of Racial Panic and Reckoning." *EuropeNow*. May 2022.
"Shifting Sands: Zionism and U.S. Jewry." Co-authored with Kyle Stanton, *Journal of Palestine Studies* 190 Vol. 48, No. 2 (Winter 2019): 79-87.
"Bridging the 'Great and Tragic Mekhitse:' Pre-war European Yiddish Serials and the Transition to Post-Khurbn America." In Marion Aptroot, et al. eds., *Leket: yidishe shtudyes haynt | Jiddistik heute | Yiddish Studies Today*. Düsseldorf: Düsseldorf University Press, 2012, 565-584.

"Jewish Universalism, the Yiddish Encyclopedia and the Nazi Rise to Power." In Gennady Estraikh and Misha Krutikov, eds. *Yiddish in Weimar Berlin: At the Crossroads of Diaspora Politics and Culture*. Oxford: Legenda Press, 2010, 195-214.

"A Bible for a New Age: The Dubnow Encyclopedia Revisited." *Yearbook of the Simon Dubnow Institute*, Vol. 9 (2010) 507-521.

"The Revolutionary Origins of Yiddish Scholarship." In Stephanie Hoffman and Ezra Mendelsohn, eds. *The Revolution of 1905 and Russia's Jews*. Philadelphia: University of Pennsylvania Press, 2008, 174-184.

"Ber Borochov's "The Tasks of Yiddish Philology" *Science in Context* 20 (June 2007): 341-352.

"From Edification to Commemoration: *Di Algemeyne Entsiklopedye*, the Holocaust, and the Changing Mission of Yiddish scholarship" *Journal of Modern Jewish Studies* Vol. 5, No. 3 (Nov. 2006): 285-300.

"Inscribing the Yiddish Past: Inter-war Explorations of Old Yiddish Texts." In Gennady Estraikh and Misha Krutikov, eds. *Yiddish and the Left: Papers of the Third Mendel Friedman International Conference on Yiddish*. Oxford, Oxford University Press, 2001, 208-225.

"Dissenting Voices: US Gentile Rescuers in Service Organizations During the Holocaust." *Confronting the Holocaust: A Mandate for the 21st Century-Part Two, Studies in the Shoah Vol. XX*. Stephen C. Feinstein, *et al.* eds. Lanham, MD: University Press of America 1998, 169-181.

**Public Scholarship**

"Why I Signed the Jerusalem Declaration on Antisemitism," *Jewish Currents* March 26, 2021. https://jewishcurrents.org/why-i-signed-the-jerusalem-declaration-on-antisemitism.

"A Mentsh Trakht, Un Covid-19 Lakht." *AJS Perspectives: The Unfinished Issue* (Fall 2020): 30-31.

"The New *Kherem*, or 'Barry Trachtenberg Does Not Represent Us!': On speaking For and Against Jewish Self-interests." *Mondoweiss*. May 4, 2020. https://mondoweiss.net/2020/05/the-new-kherem-or-barry-trachtenberg-does-not-represent-us-on-speaking-for-and-against-jewish-self-interests

"Uměle vyvolaná panika nad hnutím BDS odvádí pozornost od neonacismu." *A2larm* 16 August 2019. https://a2larm.cz/2019/08/umele-vyvolana-panika-nad-hnutim-bds-odvadi-pozornost-od-neonacismu
Also revised and published as:
"Künstliche Fieberschübe, echter Hass: Die Panik angesichts der BDS-Bewegung lenkt uns von der wirklich antisemitischen Bedrohung durch Neonazis ab" *Die Tageszeitung* 19 October 2019 https://taz.de/Archiv-Suche/!5631712&s=trachtenberg&SuchRahmen=Print;
as
"Panic Over BDS Reaches Fever Pitch," *Electronic Intifada* 30 October 2019 https://electronicintifada.net/content/panic-over-bds-reaches-fever-pitch/28786;
and as
"El pánico al BDS alcanza el punto álgido," *Rebelión* 1 November 2019 http://www.rebelion.org/noticia.php?id=261979

"No Exception- On Teaching Zionism, Palestine, and Israel." *AJS News: The Pedagogy Issue* June 2019. https://www.associationforjewishstudies.org/publications-research/ajs-news/no-exception-on-teaching-zionism-palestine-and-israel

"Anti-Semitism Awareness Act Doesn't Protect Jews—It Protects Israel." *Forward* 3 July 2018 (reprinted in *The Arab American News* 7 July 2018).

"El Resurgir del Viejo Odio." *La Razón*. 28 March 2018.

"Expanding the Definition of Anti-Semitism Hurts Jews: Testimony before the House Judiciary Committee." *Forward* 17 November 2017.

"Another Take on the Monuments Issue." Co-authored with Lisa Blee. *Winston-Salem Journal*,

23 August 2017.
"Did U.S. Anti-Immigrant Hysteria Doom the Passengers On the 'St. Louis'? It's Complicated." *Tablet* 27 February 2017.
http://www.tabletmag.com/jewish-news-and-politics/225648/immigrant-hysteria-st-louis
"The Holocaust" (18 Lectures) in David Rubel, ed. *The Bedside Baccalaureate: A Handy Daily Cerebral Primer to Fill in the Gaps, Refresh Your Knowledge and Impress Yourself and Other Intellectuals.* (New York: Sterling Press, 2008).
"Satmar Fight Underlines its Assimilation." Co-authored with David N. Myers. *Jewish Journal* 11 May 2006.
"The Voters Turn Away from World." *Times Union.* 19 November 2004.
"May 1998 Update on the Bombing of Palestinian Women." *Tikkun* 3 (4): May 1998, pg. 12.

**Reviews**
Schwarz, Jan. *Survivors and Exiles: Yiddish Culture after the Holocaust.* Detroit, MI: Wayne State University Press, 2015, 2021. *Slavic Review*, (in press).
Greene, Daniel and Edward Phillips, eds. *Americans and the Holocaust: A Reader.* New Brunswick: Rutgers University Press, 2021. *The History Teacher*, (in press).
Elissa Bemporad, *Legacy of Blood: Jews, Pogroms, and Ritual Murder in the Lands of the Soviets.* Oxford: Oxford University Press, 2019. *Slavic Review* 80 no. 2 (2021): 430-431.
Anne C. Schenderlein, *Germany on Their Minds: German Jewish Refugees in the United States and Their Relationships with Germany, 1938–1988.* (New York: Berghahn, 2020). *Central European History.* Vol. 53. No. 3 (September 2020): 677-679.
Jeffrey Shandler, *Holocaust Memory in the Digital Age: Survivors' Stories and New Media Practices* (Stanford, California: Stanford University Press, 2017). *Journal of Religion* Vol. 100, No. 3 (July 2020): 419-421.
Rebecca Erbelding, *Rescue Board: The Untold Story of America's Efforts to Save the Jews of Europe.* New York: Doubleday, 2018. *History News Network*: (http://historynewsnetwork.org/article/168822).
*FRANKLIN: FDR Digital Library Collection. Journal of American History* (2016) 103 (1): 299.
Jeffrey Veidlinger, *In the Shadow of the Shtetl: Small-Town Jewish Life in Soviet Ukraine.* (Bloomington: Indiana University Press, 2013), *American Historical Review*, Vol. 199 No. 5 (2014): 1813-1814.
Joshua M. Karlip, *The Tragedy of a Generation: The Rise and Fall of Jewish Nationalism in Eastern Europe.* (Cambridge, Massachusetts: Harvard University Press, 2013). *Slavic Review* Vol. 73, no. 2 (Summer 2014): 399-401.
Kalman Weiser, *Jewish People, Yiddish Nation: Noah Prylucki and the Folkists in Poland.* (Toronto: University of Toronto Press, 2011). *Journal of Jewish Identities* Vol. 6, No. 1 (Jan. 2013): 89-91.
Eugene M. Avrutin, *Jews and the Imperial State: Identification Politics in Tsarist Russia.* (Cornell University Press, 2010.) *Slavonic and East European Review.* Vol. 90, No. 3 (July 2012) 549-551.
Oleg Budnitskii, *Russian Jews Between the Reds and the Whites, 1917-1920*, (Philadelphia: University of Pennsylvania Press, 2011), *Holocaust and Genocide Studies* Vol. 27: 349-351.
Barbara Henry, *Rewriting Russia: Jacob Gordin's Yiddish Drama.* (Seattle: University of Washington Press, 2011). H-Judaic (https://h-net.org/reviews/showpdf.php?id=34588).
Gabriella Safran, *Wandering Soul: The Dybbuk's Creator, S. An-sky.* (Cambridge: Harvard University Press, 2010). *Slavic Review.* Vol. 71, No. 1 (Spring 2012) 203-204.
Ari Y. Kelman, *Station Identification: A Cultural History of Yiddish Radio in the United States.* (Berkeley: University of California Press, 2009). *Historical Journal of Film, Radio, and Television.* Vol. 30, No. 2 (June 2010) 250–252.
Jan L. Feldman. *Lubavitchers as Citizens: A Paradox of Liberal Democracy.* (Ithaca: Cornell University Press 2003). *Jewish Quarterly Review.* Vol. 95, No. 2 (Spring 2005) 390-393.
Leonard Jay Greenspoon, ed., *Yiddish Language and Culture: Then and Now, Studies in Jewish Civilization 9.*

(Omaha, Ne: Creighton University Press, 1998). *East European Jewry* (Spring 2000).

**Encyclopedia Entries**
Entries "Ashkenazic Jews" and "Sephardic Jews" in *World Book Encyclopedia*. (2008).
Revised entries "Max Erik" and "Shmuel Niger" in *Encyclopedia Judaica*, 2nd ed. Fred Skolnik. (2006).

**Seminars, Instructor**
2023-21, 2019-17, 2014-13. Holocaust Education Foundation. Annual Summer Institute on the Holocaust and Jewish Civilization—Northwestern University. Evanston, IL. Faculty.
2021. Holocaust Education Foundation Regional Institute on Holocaust and Jewish Civilization—Duke University, Durham, NC. Co-organizer and Faculty.
2011. Curt C. and Elsie Silberman Seminar for University Faculty, United States Holocaust Memorial Museum. Washington, D.C. Co-facilitator.

**Seminars, Participant / Presenter**
2023-24 (Academic Year). Genocide and Public Memory. Wake Forest University's Humanities Institute. Co-convener.
2021-22 (Academic Year). The University and the Neighborhood. Wake Forest University's Humanities Institute. Participant.
2021. Wake Forest University History Department Seminar. "Introduction" to "The Nazi Holocaust and the Exile of Yiddish." Presenter.
2020. North Carolina Jewish Studies Seminar. "'A mentsh trakht un Hitler lakht': The Yiddish Encyclopedia in Paris, 1933-1940." Presenter.
2018-19 (Academic Year). Humanities Undercommons. Wake Forest University's Humanities Institute. Participant.
2013. Holocaust Education Foundation. Annual Summer Institute on the Holocaust and Jewish Civilization-Northwestern University. Evanston, IL. Fellow.
Winter 2008. Hess Faculty Seminar, United States Holocaust Memorial Museum. Washington, DC. Fellow.
Summer 1999. International Yiddish Seminar. Jerusalem and Tel Aviv. Fellow.

**Fellowships**
2013. Senior Research Fellow. Kiev Judaica Collection, The Gelman Library, The George Washington University. Washington, DC.
Summer 2009. Research Fellow, United States Holocaust Memorial Museum. Washington, DC.
Spring 2009. Fellow, The Frankel Institute for Advanced Judaic Studies at the University of Michigan, Ann Arbor.
2000-01, 1997-98 (Academic Years). Visiting Research Fellow. Hebrew University of Jerusalem.

**Professional Service**
2020-2023. Mentor. Holocaust Educational Fund of Northwestern University.
2020-2022. Mentor. Association for Jewish Studies.
2016-Present. Board of Scholars of Facing History and Ourselves.
2015-2020. Holocaust Education Foundation of Northwestern University, Academic Council (five-year term).
2019. Webinar instructor for Facing History and Ourselves on US and the Holocaust.
2018. External Program Evaluator, Center for Judaic, Holocaust, and Peace Studies, Appalachian State University.
2015. Consultant. Pedagogical Materials. *Facing History and Ourselves: Holocaust and Human Behavior.*

2015, 2017, 2018, 2019. Evaluator, Holocaust Educational Foundation Applicants, Northwestern University.
    2012. External Program Evaluator, Cohn-Haddow Center for Judaic Studies, Wayne State University, Detroit.
2010. External Reviewer, National Endowment for the Humanities grants.

**Articles/Manuscripts/Proposals Reviewed**
2023. Book Manuscript for Indiana University Press.
2023. Book Proposal for Princeton University Press.
2023. Book Manuscript from University of Pennsylvania Press.
2022. Book Manuscript for Indiana University Press.
2022. Article Manuscript for *East European Jewish Affairs*.
2022. Book Proposal for University of Pennsylvania Press.
2022. Book Reissue for Rowman and Littlefield.
2021. Article Manuscript for *Jewish Studies Quarterly*.
2020. Review for Grawemeyer Award for Ideas Improving World Order.
2019. Research Proposal for National Science Center-Narodowe Centrum Nauki-NCN, Poland.
2018. "Experiencing History" website for United States Holocaust Memorial Museum.
2018. Book Manuscript for University of North Carolina Press.
2018. Book Reissue for Bloomsbury.
2017. Article Manuscript for *East European Jewish Affairs*.
2016. Article Manuscript for *Journal of Modern Jewish Studies*.
2015. Article Manuscript for *In geveb: A Journal of Yiddish Studies*.
2014. Article Manuscript for *Praktyka Teoretyczna – Theoretical Practice*.
2012, 2013. Book Proposals for Bloomsbury.
2011, 2012. Article Manuscripts for *Slavic Review*
2010. Book Manuscript for Oxford University Press.
2009. Book Manuscript for University of Toronto Press.
2008, 2005, 2013. Book Manuscripts for SUNY Press.
2007. Book Reissue for Thompson Wadsworth.
2005. Book Reissue for Routledge Press.
2005. Book Proposal for Routledge Press.
2004. Book Proposal for Rowman and Littlefield Publishers, Inc.
2004. Book Manuscript for University of Nebraska Press.

**Grants**
2020. Book Development Grant. Wake Forest University's Humanities Institute.
2020. Summer Humanities Writing Grant. Wake Forest University's Humanities Institute.
2020 (Spring). Reynolds Leave / Sabbatical. Wake Forest University.
2020. Faculty Development Grant. Wake Forest University.
2019. Archie Fund for the Arts and Humanities Research Grant. Wake Forest University.
2017. Course (Re)Design Grant. Wake Forest University.
2005, 2007, 2010, 2011, 2015. Individual Development Award, New York State/United University Professions
2005, 2008, 2013. Faculty Research Award Program (B), University at Albany
2009. Jack and Anita Hess Seminar Follow-up Grant. United States Holocaust Memorial Museum. Washington, DC.
2008. National Endowment for the Humanities, Summer Research Grant
2004, 2005, and 2007. Travel Award: College of Arts and Sciences, University at Albany

2006. Release-Time Program: College of Arts and Sciences, University at Albany
2005. Maria Salit-Gitelson Tell Memorial Fellowship, YIVO Institute for Jewish Research
2002. Dissertation Fellowship: National Foundation for Jewish Culture
2001 and 2002. Dissertation Fellowship: Memorial Foundation for Jewish Culture

**Invited Talks**
Oct. 2023. "'Wenn uns Welten scheiden/When Worlds Separate Us': German Jewish Family Letters to America, 1937-1941." Rowan University, Glassboro, NJ.
- Department of German and Russian, Wake Forest University. Oct. 2023.
Jan. 2023. "The US and the Holocaust: Old Debates and New Approaches." International Holocaust Remembrance Day Lecture. Mercer County (NJ) Holocaust, Genocide and Human Rights Education Center.
Nov. 2022. "Yiddish as a Language of Exile and Sanctuary." Ca' Foscari University. Venice.
July 2022. "Displacement and Creative Resilience in the Modern Jewish Age." YIVO Institute for Jewish Research. New York City.
April 2022 - January 2023. Book talks on *The Holocaust and the Exile of Yiddish*:
- (Scheduled, March 2024). Serling Institute for Jewish Studies and Modern Israel. Michigan State University.
- (Scheduled, Jan. 2024). Maison de la culture yiddish-Bibliothèque Medem. Paris.
- Mayrent Institute for Yiddish Culture, University of Wisconsin, Madison.
- Chancellor Rose and Ray Wolfe Annual Lecture in Holocaust Studies. University of Toronto.
- Institute for Holocaust, Genocide, and Memory Studies. University of Massachusetts, Amherst.
- University College London, Institute of Jewish Studies and the Institute of Polish-Jewish Studies.
- Galerie ZeitZone. Berlin, Germany.
- Classrooms Without Borders. Pittsburgh.
- Congress for Jewish Culture. New York City.
- JewishLearningWorks/Workers Circle/Arbeter Ring of Northern California.
- Bookmarks. Winston-Salem, NC.
March 2021. "The US and the Holocaust: Teaching America's Ambiguous Role." Holocaust Resource Center. Buffalo, NY.
March 2021. Humanities Institute. Wake Forest University. Summer Writing Grant Talk, "The Holocaust and the Exile of Yiddish: A History of the *Algemeyne Entsiklopedye*."
February 2020. "'Barry Trachtenberg Does Not Represent Us!' - On Speaking For and Against Jewish Self-Interests." Queen's University, Kingston, Ontario.
November 2019. "No Exception—On Teaching Zionism, Palestine, and Israel." Appalachian State University, Boone, NC.
April 2019. "The US and the Holocaust: New Challenges to Historiographical Orthodoxies." Karl Schleunes Annual Lecture on the Holocaust and Genocide. Greensboro College, Greensboro, NC.
January 2019. "The Nazi Holocaust and the Exile of Yiddish." University of North Carolina, Chapel Hill.
November 2018. "The US and the Holocaust: Race, Refuge, and Remembrance." Vanderbilt University, Nashville, Tennessee.
November 2018. Roundtable on Antisemitism. Vanderbilt University, Nashville, Tennessee.
September 2015. "Race and Rescue: The United States and the Refugee Crisis, 1933-1945." University

of Tennessee at Chattanooga.
June 2015. "Crisis and Catastrophe: The Israeli/Palestinian Conflict." Aoyama Gakuin University. Tokyo, Japan.
June 2015. "Zionism, Then and Now." Notre Dame Seishin University. Okayama, Japan.
February 2015. "Feeble Protector: The United States and European Jewish Refugees, 1933-1939." Pacific Lutheran University. Tacoma, Washington.
March 2014. "Bystanders, Saviors, Heirs: Reflections on the Holocaust and American Society." Skidmore College. Saratoga, NY.
April 2013. "'If We Will It!': A History of the Yiddish Encyclopedia." Annual Podbrodz Society Lecture at the YIVO Institute for Jewish Research. New York, NY.
March 2013. "'If We Will It!': The Yiddish *Algemeyne Entsiklopedye* and the Modernization of Eastern European Jewry." The I. Edward Kiev Judaica Collection Senior Research Fellowship Lecture. George Washington University, Washington, DC.
March 2012. "Bible for a New Age: *Di Algemeyne Entsiklopedye* and the Exile of Yiddish." Annual Melrod Kraemer Lecture in Jewish Studies. Connecticut College, New London.
January 2010. "Culture in Exile: The Yiddish Encyclopedia, the Holocaust, and the Displacement of Jewish Scholarship." University of North Carolina, Wilmington.
December 2009. "Yiddish Intellectual Culture on the Eve of the Nazi Holocaust." Amsterdam Yiddish Symposium, University of Amsterdam.
October 2009. "War, Revolution, and the Making of Modern Yiddish." Russell Sage College. Troy, New York.
May 2009. "'Bearing the Heaviest Responsibility': European Yiddish Serials in Post-War America." "Transforming a Culture between Soft Covers: Yiddish Journals in the New World." Conference at the University of California, Los Angeles.
April 2009. "Culture in Exile: The Yiddish Encyclopedia, the Holocaust, and the Displacement of Jewish Scholarship." Georgia State University.
March 2009. "The Revolutionary Roots of Modern Yiddish." University of Michigan.
July 2008. "The Holocaust in Yiddish." Summer Workshop in Slavic, East European and Central Asian Languages at Indiana University, co-sponsored with the United States Holocaust Memorial Museum.
July 2008. "The Yiddish Encyclopedia and the Holocaust" Uriel Weinreich Program in Yiddish Language, Literature and Culture, New York University, co-sponsored the YIVO Institute of Jewish Research.
March 2007. "From Edification to Memorialization: *Di Algemeyne Entsiklopedye*, the Holocaust, and the Changing Tasks of Modern Yiddish Scholarship." State University College at Oneonta.
April 2006. "Ber Borochov and Romantic Yiddishism." Maria Salit-Gitelson Tell Memorial Lecture, YIVO Institute for Jewish Research, New York.
September 2005. "The Revolutionary Roots of Yiddish Scholarship." Williams College.
June 2000. "Secularizing the Jewish Past: The Yiddishist Turn to History." Annual Abraham and Rachela Melezin Lecture, YIVO Institute for Jewish Research, New York City.

**Conference/Seminar Participation**
January 2024 (scheduled). "The First Human Gesture Among Us: Rethinking Agency Among Holocaust Survivors." Rethinking Holocaust Historiographies. American Historical Association. San Francisco, CA.
December 2023 (scheduled). Chair and Respondent. "Escaping to the Soviet Wilderness and a Difficult Return Home: Jewish Refugees and Evacuees in the Soviet Union." Association for Jewish Studies. San Francisco, CA.
October 2023. "Muddying the Waters: The Possibilities and Problematics of the JDA and NEXUS

Definitions." Battling the "IHRA definition": Theory & Activism Conference. Institute for the Critical Studies of Zionism. Online.
July 2023. "Teaching *Maus* in an Age of Racial Panic and Reckoning." British and Irish Association for Jewish Studies (BIAJS) Conference. Edge Hill University, West Lancashire, UK.
March 2023. Respondent. "New Approaches to an Integrated History of the Holocaust." North Carolina German Studies Seminar.
January 2022. "Translating the Yiddish Past for the American Future: A History of the Jewish People Past and Present." Modern Language Association. Washington, DC.
December 2021. Respondent. "The Politics of Memory: Trials, Commemoration and Memorialization of the Holocaust." Association for Jewish Studies Conference. Chicago.
October 2021. Moderator, "Myths and Realities of American Responses to the Holocaust, 1938-1945." Examining American Responses to the Holocaust: Digital Possibilities Conference, FDR Library and Museum (Hyde Park, New York).
March 2021. Respondent. "Refugee and Migration Studies Panel." Southeast German Studies Workshop (Appalachian State University, Online).
December 2020. Moderator/Chair. "Histories of Jewish Prostitution." Association of Jewish Studies Conference (Online).
October 2020. "Suppressing Speech in Israel's Defense: The Case of the United States." International Network of Genocide Scholars, 7th Global Conference on Genocide (Online).
February 2020. "Becoming Allies: Muslim-Jewish Solidarity in the Face of Islamophobia and Antisemitism." Queen's University, Kingston, Ontario
~ Moderator. "Islamophobia and Antisemitism, Past and Present."
October 2019. German Studies Association. Portland, Oregon.
~ Roundtable Participant, "Why Yiddish in German Studies?"
~ Chair. "Philosophy before Hiroshima: Günther Anders on Labor, History, and Experience of Exile."
December 2018. Association for Jewish Studies Conference. Boston:
~ Chair and Respondent. "Past is Present? Reconsidering Jewish Refugees and Immigration Policies of World War II in Light of Contemporary Refugee Crises."
~ Discussant. "Holocaust Studies across the Curriculum." Sponsored by the Holocaust Educational Foundation of Northwestern University.
November 2018. Respondent. Graduate Student Lightning Round. Holocaust Educational Foundation Conference: Lessons and Legacies. St. Louis, Missouri.
March 2018. "Challenging the Anti-Semitism Awareness Act: Pushing Back Against Jewish Exceptionalist Politics," The Israel Lobby and American Policy Conference. Washington, DC.
January 2018. "Removing the Star: Memoirs of Liberation." Beyond Camps and Forced Labour Conference. Birkbeck College, London.
January 2018. "Race, Refuge, and Rescue: US Immigration Policy Reconsidered." American Historical Association Conference. Washington, DC.
March 2017. "Race and Refuge: Jews, Whiteness, the United States, and the Holocaust." Jews in Racialized Spaces. University of Cape Town, South Africa.
November 2016. Chair. "Dilemmas of Jewish Resistance and Partisan Warfare on the 'Eastern Front.'" Holocaust Educational Foundation Conference: Lessons and Legacies. Clermont, CA.
December 2015. Association for Jewish Studies Conference. Boston:
~ Respondent. "From the Shtetl to the Pletzl: Jewish Divorce, Mutual Aid, and Theater in Interwar France."
~Respondent. Graduate Student Lightning Session in Modern Jewish History.
~Chair. "Childhood, Youth, and the Literary Imagination in Holocaust Literature".
October 2014. Discussant: "Difficult Topics in Holocaust History (dedicated to Henry Friedlander

and Sybil Milton)." Holocaust Educational Foundation Conference: Lessons and Legacies. Boca Raton, FL.
December 2013. Respondent. "Jews and the Russian Revolution." Association for Jewish Studies Conference, Boston.
April 2013. Chair and Respondent. "Shifting Paradigms: Theology, Philosophy, and Doctrine" panel at Religious Studies Conference. SUNY Fredonia.
January 2012. "Writing to Remember, Writing to Rebuild: Jewish Refugees and Survivors in America." Violence, Memory, and Human Rights Conference. University of South Florida, Tampa.
October 2009. "Weimar and Yiddish Universalism: The Making of *Di algemeyne entsiklopedye*." Transforming Berlin's Urban Space: East European Jewish Migrants in Charlottengrad and the Scheunenviertel, 1918-1939. Freie Universität Berlin.
September 2009. "From a Jewish Encyclopedia to an Encyclopedia in Yiddish and Back Again: *Di algemeyne entsiklopedye* and the Legacy of the Nazi Holocaust." "Kaleidoscopic Knowledge. On Jewish and other Encyclopedias in Modernity." Workshop at the Simon Dubnow Institute. Leipzig.
October 2008. "'Write and Record!' The Yiddish Encyclopedia and the Holocaust." German Studies Association. St. Paul, Minnesota.
December 2007. "*Tsvishn toyt un lebn*: Metaphors of Death and Life in Yiddish Nationalist Discourse." INST Conference, "KCTOS: Knowledge, Creativity and Transformations of Societies." Vienna.
May 2007. "Laying the Cornerstones of Yiddish Scholarship." "Scholarship On and In Yiddish: Fifth Annual Yiddish Studies Conference." University of California, Berkeley.
March 2006. "Yiddishism, Philology, and the Nationalization of Russian Jewry." Association for the Study of Nationalism. Columbia University.
February 2006. Chair, "Responses to the Holocaust." Yiddish/Jewish Cultures: Literature, History, Thought in Eastern European Diasporas. New York University.
November 2005. ""Ber Borochov and the Task of *Yidishe Visnshaft*." "Looking Backward—Looking Forward: A Conference Commemorating the Centenary of the Birth of Dr. Shlomo Noble." Ohio State University.
October 2005. "The Revolutionary Roots of Modern Yiddish." "The Russian Revolution of 1905: Impacts, Effects, "Shock Waves." Moscow, Russia.
August 2005. "Mixed Blessing: Insularity and Accommodation in Kiryas Joel." 14th World Congress of Jewish Studies, Jerusalem.
June 2005. "Post-Holocaust Reconstruction of Hasidic Life in the United States." Sixth Biennial Conference of the International Association of Genocide Scholars. Boca Raton.
December 2004. "Shmuel Niger and the Canonization of Yiddish Literature." Modern Language Association. Philadelphia.
October 2004. "The Revolutionary Origins of Yiddish Scholarship." Inaugural Lecture for the Professorship in European Jewish Studies, University at Albany.
October 2004. Panel Chair and Respondent. "*Lang lebn zol yidish:* Has Yiddish Said Its Last Word?" Conference in Honor of Janet Hadda at University of California, Los Angeles.
May 2004. "The Revolutionary Origins of Modern Yiddish: 1903-1913." "The Revolution of 1905—A Turning Point in Jewish History?" Jerusalem.
December 2003. "Society and Politics in Contemporary Kiryas Joel." Association for Jewish Studies Conference, Boston.
December 2002. "Revolutionary Scholarship: The Political Origins of *Yidishe Visnshaft*." Association for Jewish Studies Conference, Los Angeles.
November 2001. "The Generation of 1905: The Founders of Modern Yiddish Scholarship."

"Beyond the *Shtetl*: Yiddish Language and Culture in Twentieth Century." Indiana University, Bloomington.
December 2000. "Inscribing the Yiddish Past: Interwar Explorations of Old Yiddish Texts." Association for Jewish Studies Conference, Boston.
March 1996. "Dissenting Voices: US Gentile Rescuers in Service Organizations During the Holocaust." 26th Annual Scholars' Conference on the Holocaust and the Churches, Minneapolis.

**Community Talks/Lectures**
Nov. 2023. "History of Zionism." Teach-in on the Gaza Genocide. Wake Forest University.
 - Parkway United Church of Christ (Nov. 2023)
 - University of North Carolina School of the Arts (Dec. 2023)
Nov. 2023. "The US and the Holocaust: Old Debates and New Approaches." Milwaukee Public Library. Online.
March 2023. Panelist, "Ben Shahn: Passion for Justice." Film Screening, Wake Forest Historical Museum.
March 2023. Panelist, "Remember This: The Lesson of Jan Karski." RiverRun Film Festival. Winston-Salem.
October 2022. Panelist, PBS documentary "The US and the Holocaust." Carolina Jews for Justice. Online.
April 2021. Panelist, "Challenging Antisemitism as Part of the Larger Struggle for Justice." Jewish Voice for Peace - South Florida.
February 2021. Panelist, "The IHRA Definition and the Fight Against Antisemitism: Opportunities and Struggles for Progressive Jews." Foundation for Middle East Peace.
November 2020. Guest Contributor, community read of Isabel Wilkerson's *Caste*. MUSE Winston-Salem.
May 2020. Online film discussion of *Jojo Rabbit* via Wake Forest University's Lifelong Learning Program and the Beaufort Picture Show.
April 2020. Moderator. *Who Will Write Our History*. Film screening and online conversation with director. South Arts - Southern Circuit Tour.
January 2020. "Tradition! Jewish Life in the Old Country." Sun Lakes Chapel. Chandler, Arizona
October 2019. "New Findings on the Nazi Holocaust." Temple Emanuel, Mavens. Winston-Salem.
February 2019. "Free Speech, Free Palestine" Panel Discussion. Wake Forest University. Winston-Salem.
February 2019. "The US and the Holocaust: Race and Refuge." College House at Wake Forest University. Winston-Salem.
January 2019. Guest Speaker. *Who Will Write Our History*. Film screening at Aperture Cinema. Winston-Salem.
November 2018. "Antisemitism in the Age of Trump." Roundtable Discussion at Wake Forest University, Winston-Salem. (Note: organized by Jewish Studies Program, which I direct.)
Fall 2018. Wake Forest University Lifelong Learning Program. Six lectures on "The Nazi Holocaust."
May 2018. "The Diaspora Experience: Tradition! Jewish Life in the Old Country." Temple Emanuel, Lifelong Learning Program. Winston-Salem.
April 2018. "Rethinking Liberation: Holocaust Survivors and Self-determination." Temple Emanuel Yom ha-Shoah Lecture. Winston-Salem.
October 2017. "Mendele Mocher Sforim, the Founder of Modern Hebrew and Modern Yiddish Literature." Temple Emanuel, Mavens. Winston-Salem.
April 2017. Panel Discussant. Screening of Ken Burns and Artemis Joukowsky, "Defying the Nazis: The Sharp's War" (2016) followed by panel with Professors Karl Schleunes (Emeritus,

UNCG) and Emily J. Levine (University of North Carolina, Greensboro), UNCG.
April 2016. Panelist. "Forum on Academic Freedom." University Senate and the Albany Chapter of United University Professions. University at Albany. Albany, NY.
April 2015. "The First Steps of Freedom: Holocaust Liberation and Self-Determination." Massry Residence, Daughters of Sarah Senior Community. Albany, NY.
Spring 2015. Humanities Institute for Lifelong Learning. Six lectures on "The Nazi Holocaust." Delmar, NY.
September 2014. "The Crisis in Israel/Palestine: A Critical Conversation" with Rebecca Vilkomerson of Jewish Voice for Peace. Albany, NY.
May 2014. Review of *FDR and the Jews* by Richard Breitman and Allan J. Lichtman. Albany Public Library. Albany, NY.
February 2014. "US and the Holocaust: Old Lessons and New Evaluations". Massry Residence, Daughters of Sarah Senior Community. Albany, NY.
May 2012. Review of *Unorthodox: The Scandalous Rejection of My Hasidic Roots* by Deborah Feldman. Colonie Public Library. Colonie, NY.
January 2012. "Antisemitism and Islamophobia: Continuities and Ruptures." Rotary Club. Latham, NY.
December 2011. "Bible for New Age: The Writing and Re-Writing of the Yiddish Encyclopedia." Congregation Gates of Heaven. Schenectady, NY.
November 2011. "Investigating Kiryas Joel." With Reporter Chris McKenna. Sidney Albert Jewish Community Center. Albany, NY.
March 2011. "Yiddish, the Ever-Dying Language: Reflections on the Modern Language Movement." Robert and Dorothy Ludwig Jewish Community Center. Schenectady, NY.
May 2008. Guest Speaker. "The World that was Destroyed: European Jewry on the Eve of the Holocaust" Yom Ha-Shoah Lecture. Rensselaer Polytechnic Institute. Troy, New York.
January 2007. Guest Speaker. "Live and Become" Schenectady Jewish Community Center Film Festival. Schenectady, NY.
April 2005. Guest Speaker. "Jewishfilm.2005: From Auschwitz to America and Israel." Talk given on the film "In Satmar Custody." Brandeis University.
March 2005. "What We Talk About When We Talk About Antisemitism." Agudat Achim Synagogue, Schenectady, NY.
January 2005. "Times Like Those: Nazism, Conformism, and the Invention of Enemies." Capital Repertory Theater, Albany, NY.
January 2005. Panel Discussant with the Actors/Director of John O'Keefe's play "Times Like These." Capital Repertory Theater, Albany, NY.
May 2004. "Contemporary Life in Kiryas Joel." Albany Jewish Community Center. Albany.
April 2004. "Moral Responsibility after the Holocaust." University at Albany. Albany.
January 2004. "Kiryas Joel." University at Albany's Center for Jewish Studies. Albany.

**University / College Courses Taught:**
Wake Forest University:
    First Year Seminar: The People of the (Comic) Book (2017)
    Europe and the World in the Modern Era (HST 102)
    European Jewry from the Middle Ages to the Present (HST 235)
    Nazi Holocaust until 1941 (HST 236)
    Nazi Holocaust from 1941 (HST 237)
    American Jewish History (HST 239)
    Write and Record! Diaries and Memoirs of the Nazi Holocaust (HST 320)
    Zionism, Palestine, and Israel in Historical Perspective (HST 321)

      Confronting the Holocaust (Study Abroad to Central Europe)
      Research Seminar: Investigating Genocide via Survivor Testimonies (HST 390)
- The United States and the Holocaust
- From Crisis to Catastrophe: The Holocaust in Europe

University at Albany (2003-2016):
    Freshman Seminar on Yiddish Culture (UFSP 100-0047)
    Secular Jewish Identity and Culture (JST/REL 145)
    Jewish Civilization: From the Birth of the Israelites until the Present (JST 150)
    The American Jewish Experience (JST 221)
        Also taught as special topics course: Jewish Life in New York State's Capital Region
    Imagining the Jewish Nation (JST 245)
    Holocaust in History (JST/HIS 250 in class and online)
    Medieval Jewish History (JST/REL 253/343/343z)
    The Jews in the Modern World (JST/REL 254/344/344z)
    World Jewry Since the Holocaust (JST/REL 256)
        Also taught as special topics courses: The Question of Faith After the Holocaust, and The United States and the Holocaust
    Radical Jews (JST/HIS 258)
    Antisemitism in Historical Perspective (JST/HIS 275, in class and online)
    Jewish Autobiographies: The Nazi Holocaust (JST 360)
    Jewish Literary Imagination (ENG/JST 367)
    Writing and Rewriting the Holocaust in the Twenty-First Century (JST 499/HIS 531)
    Readings in European History: Nazi Holocaust: History and Historiography (HIS 611/631)
    Research Seminar in American/European History: Making the Modern Nation (HIS 609/620)
    War and Genocide in the 20th Century (HST 611/626)

University of Vermont:
    Modern European Jewish History
    Modern Eastern European Jewish History
    United States since 1876

Champlain College (Vermont):
    Modern European History

Community College of Vermont:
    Dimensions of Learning I
    Dimensions of Learning II