# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States,* ANTONY J. BLINKEN, *Secretary of State,* LLOYD JAMES AUSTIN III, *Secretary of Defense,* in their official capacities,<br><br>Defendants. | Case No.: 23-cv-5829-JSW<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE A SUPPLEMENTARY EXHIBIT IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

**[PROPOSED] ORDER**

Having considered the Unopposed Motion for Administrative Relief for Leave to File a Supplementary Exhibit in Support of Plaintiffs' Motion for Preliminary Injunction, the Court concludes that the Motion is GRANTED.

**IT IS SO ORDERED.**

Issued this __ day of _____, 2024.

_____
JEFFREY S. WHITE
U.S. District Judge

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE A SUPPLEMENTARY EXHIBIT

Case No.: 23-cv-5829