Emilou H. MacLean (SBN 319071)
  emaclean@aclunc.org
Chessie Thacher (SBN 296767)
  cthacher@aclunc.org
Angélica Salceda (SBN 296152)
  asalceda@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN, INC.
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Attorneys for Amicus Curiae American Civil Liberties Union of Northern California, Inc.*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; AND DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States*, ANTONY J. BLINKEN, *Secretary of State*, LLOYD JAMES AUSTIN III, *Secretary of Defense*, in their official capacities,<br><br>Defendants. | Case No. 4:23-cv-05829-JSW<br><br>**MOTION FOR LEAVE TO FILE AMICUS BRIEF BY AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, INC. IN SUPPORT OF PLAINTIFFS' ORAL REQUEST TO PERMIT THE PUBLIC TO ATTEND THE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO DISMISS; PROPOSED AMICUS CURIAE BRIEF**<br><br>Judge:      Hon. Jeffrey S. White<br><br>Hearing:    9:00 a.m |

**Motion for Leave to File Amicus Brief**

The American Civil Liberties Union of Northern California, Inc, ("ACLU NorCal") by its undersigned counsel, hereby moves for leave to file the attached proposed brief as amicus curiae in the above-captioned action in support of Plaintiffs' oral request to access the judicial proceedings currently underway in Courtroom 5 before the Hon. Jeffrey S. White. Given that the courtroom was closed to the public without notice just prior to when today's hearing was set to begin and that the hearing is currently being conducted without the public in attendance, undersigned counsel have sought permission to file this amicus brief from both parties within a short timeframe. Plaintiffs' counsel has consented to this filing, but Defense counsel has yet to respond.

ACLU NorCal believes that the analysis and policy considerations in the accompanying brief will help to inform the Court's decision to open the courtroom proceedings to the public and therefore respectfully requests that its motion for leave to file the proposed amicus brief be granted.

For the reasons stated above, ACLU NorCal respectfully requests leave to file an *amicus curiae* brief in support of Plaintiffs' oral request to permit the public to attend the hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss.

Dated: January 26, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　AMERICAN CIVIL LIBERTIES UNION
　　　　　　　　　　　　　　　　　　　　　FOUNDATION OF NORTHERN CALIFORNIA, INC.

　　　　　　　　　　　　　　　　　　　　　/s *Emilou H. MacLean*
　　　　　　　　　　　　　　　　　　　　　Emilou H. MacLean (SBN 319071)
　　　　　　　　　　　　　　　　　　　　　Chessie Thacher (SBN 296767)
　　　　　　　　　　　　　　　　　　　　　Angélica Salceda (SBN 296152)


　　　　　　　　　　　　　　　　　　　　　*Attorneys for Amicus Curiae*

## INTRODUCTION

The American Civil Liberties Union of Northern California, Inc. ("ACLU NorCal") writes to respectfully request that the public be allowed to enter Courtroom 5 of the District Court for the Northern District of California (Oakland Division) in order to attend the hearing in *Defense for Children International - Palestine et al. v. Biden* (3:23-cv-05829). It is ACLU NorCal's understanding that the Court has neither issued an order prohibiting the public from attending the hearing in this matter nor issued an order prohibiting the public from entering the federal court building. To the contrary, on January 16, 2024, at ECF No. 67, this Court ordered the opposite. It confirmed that it would "conduct an in-person hearing" and that "the Court's videoconference capabilities w[ould] remain enabled so that Plaintiffs and other interested parties can access the Court and observe the hearing in real time via the Court's public Zoom link." As such, the attempt by the Marshals that ACLU NorCal understands is currently taking place to prohibit the public from entering the court building and attending the hearing is an abridgement of the public's right to access judicial proceedings. We therefore respectfully request the Court grant the public access to the proceedings.

## INTERESTS OF AMICUS CURIAE

The American Civil Liberties Union ("ACLU") is a nationwide, nonprofit, nonpartisan membership organization with approximately 2 million members, dedicated to preserving the guarantees of individual rights and liberties embodied in the United States and California Constitutions. ACLU NorCal is a regional affiliate of the ACLU and has a long history in protecting free speech rights and the public's right to access judicial proceedings. For example, ACLU NorCal has appeared as both direct counsel and *amicus curiae* in several free speech cases. *See, e.g., Int'l Soc'y for Krishna Consciousness of California, Inc. v. City of Los Angeles*, 48 Cal. 4th 446 (2010); *McDonald v. Lawson*, No. 822CV01805FWSADS, 2022 WL 18145254 (C.D. Cal. Dec. 28, 2022) (amicus); *ACLU of Southern California et al v. Harber-Pickens et al*, No. 120cv00889DADJLT (E.D. Cal 2020). Amicus curiae are very familiar with the constitutional issues at stake in this matter and is concerned by what appears to be an unlawful abridgment of certain fundamental rights.

### **THE PUBLIC HAS A RIGHT TO ACCESS JUDICIAL PROCEEDINGS**

Under the First Amendment, the public has a presumptive right to attend judicial proceedings, unless the court makes factual finding that closure is necessary to serve an overriding interest and is narrowly tailored to serve that interest. *See Oregonian Pub. Co. v. U.S. Dist. Court for Dist. of Oregon*, 920 F.2d 1462 (9th Circ. 1990). The closure of judicial proceedings without findings of fact or opportunity to object violates the First Amendment. The First Amendment requires that today's hearing in *Defense for Children International - Palestine et al. v. Biden* (3:23-cv-05829) be open to the public.

The hearing was scheduled, and publicly announced on the court website, for January 26, 2024 at 9:00 am. On January 16, 2024, at ECF No. 67, this Court confirmed that it would "conduct an in-person hearing" and that "the Court's videoconference capabilities w[ould] remain enabled so that Plaintiffs and other interested parties can access the Court and observe the hearing in real time via the Court's public Zoom link." In addition to these arrangements, ACLU NorCal further understands that Plaintiffs reserved an overflow room and provided public announcements about the hearing.

There is widespread public attention on this case. As evidence of the public's interest, efforts to access the Zoom court proceedings have been unsuccessful all morning because Zoom reports that "the meeting is at capacity."



In person, the public's interest in participating in the hearing is also significant. Undersigned counsel is present at the federal courthouse and can confirm that there were more than 100 people already assembled before 8:30 am with interest in attending the hearing.

And yet, when Plaintiffs' counsel arrived at the courthouse around 8:00am on January 26, U.S. Marshals responsible for security informed them that the public would not be permitted to enter, per order of the Court. The Marshals refused to provide any written confirmation or explanation about the denial to allow the public into the hearing. The courtroom deputy also confirmed to Plaintiffs' counsel that a decision had been made to deny public access to the proceedings, but also refused to provide written confirmation or explanation.

Undersigned counsel was similarly denied access to the start of the proceedings without explanation. Counsel understands, however, that the Court did summarily acknowledge that the courtroom was closed to the public without providing any factual findings elaborating as to why the courtroom had been closed.

This case is of national public interest and allowing the public to attend the judicial proceeding **in person** poses no serious or imminent threat to a competing interest. Indeed, it is ACLU NorCal's understanding that the Court has not made any findings on the record as to any serious or imminent threat to a protected competing interest. The closure of the courtroom without such findings risks violating the First Amendment, and ACLU NorCal respectfully urges this Court to permit the public to attend the proceedings in person.

## **CONCLUSION**

For all the reasons stated herein, ACLU NorCal respectfully requests that the public be permitted to enter the courtroom and view the proceedings in person. In the alternative, ACLU NorCal requests that this Court make findings on the record as to why the proceedings and courtroom should not be open to the public.

/

/

/

| | |
|---|---|
| Date: January 26, 2024 | Respectfully submitted, |

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.

<u>/s *Emilou H. MacLean*</u>
Emilou H. MacLean (SBN 319071)
Chessie Thacher (SBN 296767)
Angélica Salceda (SBN 296152)

*Attorneys for Amicus Curiae*
*American Civil Liberties Union of Northern California*