UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; AND DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br>v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States*, ANTONY J. BLINKEN, Secretary of State, LLOYD JAMES AUSTIN III, *Secretary of Defense*, in their official capacities,<br><br>Defendants. | Case No. 4:23-cv-05829-JSW<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF BY AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, INC. IN SUPPORT OF PLAINTIFFS' ORAL REQUEST TO PERMIT THE PUBLIC TO ATTEND THE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO DISMISS**<br><br>Judge:    Hon. Jeffrey S. White |

1  The Court, having considered the Motion of American Civil Liberties Union of Northern
2  California, for Leave to File an *Amicus Curiae* Brief and related documents, and good cause appearing
3  therefor, it is hereby Ordered that the application is GRANTED and the *Amicus Curiae* Brief is deemed
4  filed.

6  Dated: _____

_____
The Honorable Jeffrey S. White
U.S. District Court Judge