UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**AMENDED CIVIL MINUTE ORDER**

| | |
|---|---|
| **DATE**: January 26, 2024 | **TIME IN COURT**: 3 hours, 54 minutes |
| **JUDGE**: JEFFREY S. WHITE | **COURT REPORTER**: Raynee Mercado |

**COURTROOM DEPUTY**: Ki'i Kealalio-Puli

**CASE NO.**: 23-cv-05829-JSW

**TITLE**: Defense for Children International-Palestine, et al. v. Joseph R. Biden, et al.

| **COUNSEL FOR PLAINTIFF**: | **COUNSEL FOR DEFENDANT**: |
|---|---|
| <u>The Center for Constitutional Rights</u> | Jean Lin |
| Katherine Gallagher | Jonathan Kossak |
| Pamela C. Spees | |
| Maria C. LaHood | |
| Astha Sharma Pokharel | |
| Diala Shamas | |
| Baher A. Azmy | |
| Sadaf M. Doost | |
| Samah Sisay | |
| | |
| <u>Van Der Hout L.L.P.</u> | |
| Marc Van Der Hout | |
| Johnny Sinodis | |

**PROCEEDINGS**: Motion Hearings: Preliminary Injunction and Motion to Dismiss

**RESULTS**: Motion Hearing – HELD. Witness testimony and Plaintiff exhibit 1 admitted as stated on the record. The matter is taken under submission. A written order to follow.

Plaintiff Witnesses:
1) Dr. Omar Al-Najjar (via Zoom)
2) Ahmed Abofoul
3) Laila Elhaddad
4) Waeil Elbhassi
5) Mohammad Herzallah
6) Basim Elkarra
7) Khaled Quzmar (via Zoom)
8) Dr. Barry Trachtenberg