UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL-PALESTINE, et al., <br><br>Plaintiffs, <br><br>v. <br><br>JOSEPH R. BIDEN, et al., <br><br>Defendants. | Case No. 23-cv-05829-JSW <br><br><br>**JUDGMENT** |

Pursuant to the order issued this date, granting Defendants' motion to dismiss, the Court HEREBY ENTERS judgment in favor of Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: January 31, 2024

_____
JEFFREY S. WHITE
United States District Judge