Marc Van Der Hout, Cal. Bar No. 80778
Johnny Sinodis, Cal. Bar No. 290402
Van Der Hout LLP
360 Post Street, Suite 800
San Francisco CA 94108
(415) 981-3000
ndca@vblaw.com

Sadaf M. Doost, Cal. Bar No. 346104
Baher A. Azmy, admitted *pro hac vice*
Katherine Gallagher, admitted *pro hac vice*
Maria C. LaHood, admitted *pro hac vice*
Astha Sharma Pokharel, admitted *pro hac vice*
Samah Sisay, admitted *pro hac vice*
Pamela C. Spees, admitted *pro hac vice*
Diala Shamas, admitted *pro hac vice*
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6464
sdoost@ccrjustice.org
bazmy@ccrjustice.org
kgallagher@ccrjustice.org
mlahood@ccrjustice.org
asharmapokharel@ccrjustice.org
ssisay@ccrjustice.org
pspees@ccrjustice.org

Attorneys for Plaintiffs DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE, et al.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States,* ANTONY J. BLINKEN, *Secretary of State,* LLOYD JAMES AUSTIN III, *Secretary of Defense,* in their official capacities,<br><br>Defendants. | Case No.: 23-cv-5829-JSW<br><br>**MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO LIFT PSEUDONYM ORDER AND AMEND CASE CAPTION** |

Plaintiff A.N. moves the Court for an Order to lift his pseudonymous status in the present matter and to amend the case caption to substitute his pseudonym with his real name in all future filings and public proceedings.

Plaintiff A.N. previously moved this Court on November 13, 2023 (ECF #2) for an Order permitting him to proceed under a pseudonym in all filings and public proceedings due to inter alia increased instances of targeted harassment in the United States related to Israel's bombardment of Gaza; and fear that any retaliation for challenging the U.S. and Israeli governments' actions could negatively impact his family, including his wife and children in the U.S., and his parents, siblings, and other family members in Gaza. Finding that good cause had been shown, the Court granted the motion on November 29, 2023. ECF # 37. Plaintiff A.N.'s situation and orientation to the safety implications of participating in this litigation have changed, in light of which, he now seeks to have the protective measures in the form of a pseudonym lifted.

Plaintiff A.N. finds himself and his family members in Gaza in a different posture given the increasingly grave situation in Gaza: specifically, Plaintiff A.N. believes it is his responsibility to raise public awareness about the genocidal conditions his family in Gaza has continued to be subjected to, including by publicizing this case and his role in it, and that doing so outweighs the concerns he had regarding possible retaliation. Given that Israel's latest assault against the Palestinian population of Gaza is now in its fourth month, with more than 26,000 people killed, Plaintiff A.N. feels an immense responsibility to personally and publicly raise awareness about the harms Palestinians in Gaza have been facing, and believes he will be able to do so more effectively if his pseudonymous status is lifted in the present matter.

Moreover, most of Plaintiff A.N.'s family have been displaced since the filing of the case, altering his assessment to the risk of his family being specifically targeted by Israel in retaliation for

his participation in this case versus the overall risk that they face due to the continued attacks on the population as a whole and the looming famine.

Plaintiff contacted Defendants regarding this Motion, and Defendants have not responded with a position.

For the foregoing reasons, Plaintiff A.N. respectfully requests that the Court grant his Motion to amend the case caption of this case and lift his pseudonymous status as previously granted by the Court's Order to his Motion to Proceed Under a Pseudonym.

Dated: January 31, 2024					Respectfully submitted,

						*/s/ Samah Sisay*

| | |
|---|---|
| Johnny Sinodis, Cal. Bar No. 290402 | Samah Sisay, admitted *pro hac vice* |
| Marc Van Der Hout, Cal. Bar No. 80778 | Sadaf M. Doost, Cal. Bar No. 346104 |
| Van Der Hout LLP | Baher A. Azmy, admitted *pro hac vice* |
| 360 Post Street, Suite 800 | Katherine Gallagher, admitted *pro hac vice* |
| San Francisco CA 94108 | Maria C. LaHood, admitted *pro hac vice* |
| (415) 981-3000 | Astha Sharma Pokharel, admitted *pro hac vice* |
| ndca@vblaw.com | Pamela C. Spees, admitted *pro hac vice* |
| | Diala Shamas, admitted *pro hac vice* |
| | Center for Constitutional Rights |
| | 666 Broadway, 7th Floor |
| | New York, NY 10012 |
| | (212) 614-6430 |
| | ssisay@ccrjustice.org |
| | sdoost@ccrjustice.org |
| | bazmy@ccrjustice.org |
| | kgallagher@ccrjustice.org |
| | mlahood@ccrjustice.org |
| | asharmapokharel@ccrjustice.org |
| | pspees@ccrjustice.org |
| | dshamas@ccrjustice.org |