**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; A.N.; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States,* ANTONY J. BLINKEN, *Secretary of State,* LLOYD JAMES AUSTIN III, *Secretary of Defense,* in their official capacities,<br><br>Defendants. | Case No.: 23-cv-5829-JSW<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO LIFT PSEUDONYM ORDER AND TO AMEND CASE CAPTION** |

[~~PROPOSED~~] ORDER ON MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO LIFT PSEUDONYM ORDER AND AMEND CASE CAPTION

Case No. 23-CV-5829

**[PROPOSED] ORDER**

Upon consideration of Plaintiff A.N.'s Motion to Amend Case Caption to substitute Plaintiff's pseudonym with his real name in all future filings and public proceedings, the Motion is **GRANTED** and Plaintiff's previously granted Motion to Proceed Under Pseudonym is **LIFTED**.

**IT IS SO ORDERED.**

Issued this 7th day of February, 2024.

_____
JEFFREY S. WHITE
U.S. District Judge