# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF **Northern District of California**

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: **23-cv-5829-JSW**

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: **11/13/2023**

Date of judgment or order you are appealing: **1/31/2024**

Docket entry number of judgment or order you are appealing: **91, 92**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Defense for Children International–Palestine, Al-Haq, Ahmed Abu Artema, Omar El-Najjar, Mohammed Ahmed Abu Rokbeh, Mohammad Herzallah, Laila Elhaddad, Waeil Elbhassi, Basim Elkarra, and Ayman Nijim

Is this a cross-appeal?   ☐ Yes   ☒ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☐ Yes   ☒ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:            State:            Zip Code:

Prisoner Inmate or A Number (if applicable):

Signature: **/s/ Maria LaHood**            Date: **2/8/2024**

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                    Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Defense for Children International–Palestine, Al-Haq, Ahmed Abu Artema, Omar El-Najjar, Mohammed Ahmed Abu Rokbeh, Mohammad Herzallah, Laila Elhaddad, Waeil Elbhassi, Basim Elkarra, and Ayman Nijim

Name(s) of counsel (if any):

> Maria C. LaHood, Katherine Gallagher, Pamela C. Spees, Diala Shamas, Astha Sharma Pokharel, Samah Sisay, Sadaf M. Doost, Baher A. Azmy
> Center for Constitutional Rights

Address: 666 Broadway, 7th Floor, New York, NY 10012

Telephone number(s): 212-614-6430

Email(s): mlahood@ccrjustice.org, kgallagher@ccrjustice.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Joseph R. Biden, Jr., President of the United States, Antony J. Blinken, Secretary of State, Lloyd James Austin III, Secretary of Defense, in their official capacities

Name(s) of counsel (if any):

> Jonathan Kossak, Jean Lin
> U.S. Department of Justice
> Federal Programs Branch

Address: 1100 L Street, NW, Washington, DC 20005

Telephone number(s): (202) 305-0612

Email(s): Jonathan.kossak@usdoj.gov, Jean.Lin@usdoj.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Same as above

Name(s) of counsel (if any):
Johnny Sinodis, Marc Van Der Hout

Address: Van Der Hout LLP, 360 Post Street, Suite 800 San Francisco CA 94108

Telephone number(s): (415) 981-3000

Email(s): ndca@vblaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⊙ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                  2                                  *New 12/01/2018*