

Molly C. Dwyer
Clerk of Court

Office of the Clerk
United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000



**FILED**

FEB 8 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 24-704 |
| Originating Case Number: | 4:23-cv-05829-JSW |
| Short Title: | Defense for Children International-Palestine, et al. v. Biden, et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number: 24-704
Originating Case Number: 4:23-cv-05829-JSW

Case Title: Defense for Children International-Palestine, et al. v. Biden, et al.

**Tuesday, February 13, 2024**

| | |
|---|---|
| Defense for Children International-Palestine | Mediation Questionnaire due |
| Al-Haq | Mediation Questionnaire due |
| Ahmed Abu Artema | Mediation Questionnaire due |
| Mohammed Ahmed Abu Rokbeh | Mediation Questionnaire due |
| Mohammad Herzallah | Mediation Questionnaire due |
| Laila Elhaddad | Mediation Questionnaire due |
| Waeil Elbhassi | Mediation Questionnaire due |
| Basim Elkarra | Mediation Questionnaire due |
| Omar Al-Najjar | Mediation Questionnaire due |
| Ayman Nijim | Mediation Questionnaire due |

**Thursday, February 22, 2024**

| | |
|---|---|
| Defense for Children International-Palestine | Appeal Transcript Order Due |
| Al-Haq | Appeal Transcript Order Due |
| Ahmed Abu Artema | Appeal Transcript Order Due |
| Mohammed Ahmed Abu Rokbeh | Appeal Transcript Order Due |
| Mohammad Herzallah | Appeal Transcript Order Due |
| Laila Elhaddad | Appeal Transcript Order Due |

| | |
|---|---|
| Waeil Elbhassi | Appeal Transcript Order Due |
| Basim Elkarra | Appeal Transcript Order Due |
| Omar Al-Najjar | Appeal Transcript Order Due |
| Ayman Nijim | Appeal Transcript Order Due |

**Monday, March 25, 2024**

| | |
|---|---|
| Defense for Children International-Palestine | Appeal Transcript Due |
| Al-Haq | Appeal Transcript Due |
| Ahmed Abu Artema | Appeal Transcript Due |
| Mohammed Ahmed Abu Rokbeh | Appeal Transcript Due |
| Mohammad Herzallah | Appeal Transcript Due |
| Laila Elhaddad | Appeal Transcript Due |
| Waeil Elbhassi | Appeal Transcript Due |
| Basim Elkarra | Appeal Transcript Due |
| Omar Al-Najjar | Appeal Transcript Due |
| Ayman Nijim | Appeal Transcript Due |

**Thursday, May 2, 2024**

| | |
|---|---|
| Defense for Children International-Palestine | Appeal Opening Brief Due |
| Al-Haq | Appeal Opening Brief Due |
| Ahmed Abu Artema | Appeal Opening Brief Due |
| Mohammed Ahmed Abu Rokbeh | Appeal Opening Brief Due |
| Mohammad Herzallah | Appeal Opening Brief Due |
| Laila Elhaddad | Appeal Opening Brief Due |
| Waeil Elbhassi | Appeal Opening Brief Due |
| Basim Elkarra | Appeal Opening Brief Due |
| Omar Al-Najjar | Appeal Opening Brief Due |
| Ayman Nijim | Appeal Opening Brief Due |

**Monday, June 3, 2024**

| | |
|---|---|
| Joseph R. Biden | Appeal Answering Brief Due |
| Antony J. Blinken | Appeal Answering Brief Due |
| Lloyd J. Austin, III | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**