| | |
|---|---|
| Marc Van Der Hout, Cal. Bar No. 80778 | Sadaf M. Doost, Cal. Bar No. 346104 |
| Johnny Sinodis, Cal. Bar No. 290402 | Baher A. Azmy, admitted *pro hac vice* |
| Van Der Hout LLP | Katherine Gallagher, admitted *pro hac vice* |
| 360 Post Street, Suite 800 | Maria C. LaHood, admitted *pro hac vice* |
| San Francisco CA 94108 | Astha Sharma Pokharel, admitted *pro hac vice* |
| (415) 981-3000 | Samah Sisay, admitted *pro hac vice* |
| ndca@vblaw.com | Pamela C. Spees, admitted *pro hac vice* |
| | Diala Shamas, admitted *pro hac vice* |
| | Center for Constitutional Rights |
| | 666 Broadway, 7th Floor |
| | New York, NY 10012 |
| | (212) 614-6464 |
| | sdoost@ccrjustice.org |
| | bazmy@ccrjustice.org |
| | kgallagher@ccrjustice.org |
| | mlahood@ccrjustice.org |
| | asharmapokharel@ccrjustice.org |
| | ssisay@ccrjustice.org |
| | pspees@ccrjustice.org |
| | dshamas@ccrjustice.org |

Attorneys for Plaintiffs DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE, et al.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEFENSE FOR CHILDREN INTERNATIONAL – PALESTINE; AL-HAQ; AHMED ABU ARTEMA; MOHAMMED AHMED ABU ROKBEH; MOHAMMAD HERZALLAH; AYMAN NIJIM; LAILA ELHADDAD; WAEIL ELBHASSI; BASIM ELKARRA; and DR. OMAR EL-NAJJAR<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *President of the United States,* ANTONY J. BLINKEN, *Secretary of State,* LLOYD JAMES AUSTIN III, *Secretary of Defense,* in their official capacities,<br><br>Defendants. | Case No.: 23-cv-5829<br><br>**ERRATA TO TRANSCRIPT** |

Upon review of the Court Reporter's transcript of the proceedings held on January 26, 2024, filed February 27, 2024, ECF No. 100, Plaintiffs have identified the following errors in the transcript and submit the following table with corrections:

|    | Original transcript | Correction | Page, line |
|----|---------------------|------------|------------|
| 1  | since | fence | 62, 22 |
| 2  | Nassar | Nasser | 63, 1; 63, 8 |
| 3  | Hammad | Ahmed | 63, 17 |
| 4  | IRF | IOF | 63, 24 |
| 5  | broad | Hebrew | 64, 11 |
| 6  | my sister-in-law and brother-in-law | my sister's mother-in-law | 66, 3-4 |
| 7  | guard | car | 66, 12 |
| 8  | with a checkpoint | to check in | 67, 7 |
| 9  | station | session | 67, 10 |
| 10 | any | my | 77, 14 |
| 11 | underground | on the ground | 78, 23 |
| 12 | hadjes or hadjza | 'ajiz or 'ajza | 90, 5-6 |
| 13 | Shamas | Pokharel | 91, 19 |
| 14 | Noord | Noor | 94, 9 |
| 15 | Vira Sivou | Bir Elsabi' | 104, 19 |
| 16 | Warada | Warda | 105, 4; 105, 4 |
| 17 | Mahar | Maher | 105, 17; 105, 20; 105, 21; 105, 24; 106, 4; 106, 7; 106, 14; 106, 18; 106, 20; 106, 25; 107, 3; 107, 7; 107, 13; 107, 15; 108, 8 |
| 18 | Abdulah Haman | Abdul Rahman | 106, 17; 106, 20 |
| 19 | Amad | Imad | 107, 14; 108, 8 |
| 20 | confront | comfort | 110, 7 |
| 21 | Noonia | Dunya | 132, 15; 132, 15 |

| | |
|---|---|
| Dated: March 6, 2024 | Respectfully submitted, |
| | */s/ Maria LaHood* |
| Johnny Sinodis, Cal. Bar No. 290402 | Maria C. LaHood, admitted *pro hac vice* |
| Marc Van Der Hout, Cal. Bar No. 80778 | Katherine Gallagher, admitted *pro hac vice* |
| Van Der Hout LLP | Sadaf M. Doost, Cal. Bar No. 346104 |
| 360 Post Street, Suite 800 | Baher A. Azmy, admitted *pro hac vice* |
| San Francisco, CA 94108 | Astha Sharma Pokharel, admitted *pro hac vice* |
| (415) 981-3000 | Samah Sisay, admitted *pro hac vice* |
| ndca@vblaw.com | Pamela C. Spees, admitted *pro hac vice* |
| | Diala Shamas, admitted *pro hac vice* |
| | Center for Constitutional Rights |
| | 666 Broadway, 7th Floor |
| | New York, NY 10012 |
| | (212) 614-6430 |
| | mlahood@ccrjustice.org |
| | kgallagher@ccrjustice.org |
| | sdoost@ccrjustice.org |
| | bazmy@ccrjustice.org |
| | asharmapokharel@ccrjustice.org |
| | ssisay@ccrjustice.org |
| | pspees@ccrjustice.org |
| | dshamas@ccrjustice.org |