| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | OCT 10 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

DEFENSE FOR CHILDREN INTERNATIONAL-PALESTINE; et al.,

    Plaintiffs - Appellants,

v.

JOSEPH R. BIDEN, President of the United States; et al.,

    Defendants - Appellees.

No. 24-704

D.C. No. 4:23-cv-05829-JSW

Northern District of California, Oakland

MANDATE

The judgment of this Court, entered July 15, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT